# Exhibit 4




# City of Santa Fe, New Mexico
## Memorandum

**DATE:** June 27, 2024

**TO:** John W. Blair, City Manager

**VIA:** Maria Sanchez Tucker, Community Services Director *Maria Tucker (Aug 15, 2024 12:27 MDT)*
Manuel Sanchez, Division of Senior Services Director *Manuel Sanchez*

**FROM:** Theresa Trujillo, Program Manager

**ITEM AND ISSUE:**
Request for Approval of Grant Award Agreement No. 23SRDNM003 (Retired & Senior Volunteer Program) with Corporation for National and Community Service for Providing Volunteer Services for the Division of Senior Services Retired and Senior Volunteer Program in the Total Amount of $52,500.00 through March 31, 2025; Theresa Trujillo, Volunteer Program Manager tptrujillo@santafenm.gov.

i.   Request for Approval of a Budget Amendment Resolution (BAR) increasing FY25 Revenue and Expenses for the CNCS Retired Senior Volunteer Program.

**BACKGROUND AND SUMMARY:**
The Division of Senior Services is requesting the approval of the Corporation for National and Community Service (CNCS) No. 23SRDNM003 for the Retired and Senior Volunteer Program (RSVP). The attached Notice of Grant Award agreement No. 23SRDNM003 reflects the Grant Agreement with the CNCS for the RSVP Program. The awarded appropriation for the RSVP Program is in the amount of $52,500.00 for FY24 (April 1, 2024 – March 31, 2025).
Our Retired Senior Volunteer Program recruits and provides meaningful volunteer opportunities for senior volunteers to help others by sharing their experience, knowledge and efforts.  Our RSVP volunteers shall serve their communities by participating in special projects and supporting organizations to meet identified critical needs.

**CONTRACT NUMBER:**
The FY24 Munis contract number is
Project Ledger # (RSVP) 2524114

**FUNDING SOURCE:**
The funding source is via a reimbursable CNCS grant #23SRDNM003.
**Fund Name/Number**: SENCITZGRT/241

**Munis Org Name/Number**: US Department of Health and Human Services/490510
Senior Volunteer Programs/2410116
**Munis Object Name/Number:** Various

**ACTION REQUESTED:**
The Community Services Department respectfully requests your review and approval.

**ATTACHMENTS**:
Procurement Checklist
Summary of Contracts
Notice of Grant Award
RSVP Terms and Conditions
Project Ledger Request Approved Form RSVP Program
Budget Adjustment Request

| Log # (Finance use only): | |
|---|---|
| Journal # (Finance use only): | |

# City of Santa Fe, New Mexico
## BUDGET AMENDMENT RESOLUTION (BAR)

| DEPARTMENT / DIVISION NAME | | | | | DATE |
|---|---|---|---|---|---|
| Community Health and Safety/Senior Services | | | | | 6/27/2024 |

| ITEM DESCRIPTION | ORG | OBJECT | PROJECT | INCREASE | DECREASE |
|---|---|---|---|---|---|
| **EXPENDITURES** | | | | (enter as *positive* $) | (enter as *negative* $) |
| In State Transportation | 2410116 | 560550 | COM2524114 | 8,611.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **REVENUES** | | | | (enter as *negative* $) | (enter as *positive* $) |
| US Dept Health Hum Svc | 2410116 | 490510 | COM2424114 | (8,611) | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

JUSTIFICATION: (use additional page if needed)
--Attach supporting documentation/memo

Americops 23SRDNMD03 RSVP funding increase

| | $ - | $ - |
|---|---|---|

| | *[Complete section below if BAR results in a net change to ANY Fund]* | |
|---|---|---|
| | Fund(s) Affected | Fund Balance Increase/(Decrease) |
| | | |
| | | |
| | | |
| | TOTAL: | 0 |

| Manuel Sanchez | 6/27/2024 | *[Use this form for Finance Committee/ City Council agenda items ONLY]* | *Andy Hopkins* | Aug 12, 2024 |
|---|---|---|---|---|
| Prepared By (print name) | Date | **CITY COUNCIL APPROVAL** | Budget Officer | Date |
| | | City Council | *Emily K. Oster* | Aug 14, 2024 |
| Division Director Signature (optional) | Date | Approval Date | Finance Director (≤ $5,000) | Date |
| *Marie Tucker* | Aug 12, 2024 | Agenda Item #: | | |
| Department Director Signature | Date | | City Manager (≤ $60,000) | Date |

CoSF Version 4 12.1.23



# City of Santa Fe
**Summary of Contract, Agreement, Amendment & Lease**

All applicable fields to be completed by department (complete 1.b only if you <u>are processing an amendment</u>):

**1.a** Munis Contract:_____   Procurement # (RFP/ITB# If any):[_____]

Contractor: CORPORATION FOR NATIONAL AND COMMUNITY SERVICE

Procurement Method/Vehicle:   Small Purchase [ ]   RFP [ ]   ITB [ ]   Sole Source [ ]   GSA [ ]   Cooperative [ ]   Exempt [ ]   SWPA/Existing [ ]

Description/Title: Administer the Retired Senior Volunteer Program (RSVP)

Contract: [O]    Agreement: [◉]    Lease/Rent: [O]    Amendment: [O]

Term Start Date: 04/01/2024    Term End Date: 03/31/2025    Total Contract Amount: $52,500.00

[ ] Approved by Council *(If over the City Manager's approval threshold, you must go through GB)* _____

Contract / Lease: CNCS #23SRDNM003

**1.b** Amendment #:_____ to the Original Contract/Lease #_____

Increase/(Decrease) Amount $:_____

Extend Expiration Date to:_____

[ ] Approved by Council *(If the original went through GB, all amendments must go through GB regardless of the amendment reason)* Date:_____

Amendment is for:_____

**2. HISTORY** of Contract, Amendments & Lease / Rent - Please Elaborate (option: attach spreadsheet if multiple amendments)

The City of Santa Fe Division of Senior Services has been receiving Federal grant funds from the Corporation for National and Community Service for over 20 years to administer the Retired and Senior Volunteer Program (RSVP).

**3. Procurement History:**_____

Purchasing Officer Review:_____ Date:_____

Comment & Exceptions:_____

**4. Funding Source:** US HHS - 490510    Org / Object: 2410116/Various

*Andy Hopkins*    Aug 12, 2024

Budget Officer Approval:_____ Date:_____

Comment & Exceptions:_____

**5. Grant History (if applicable):** _____

Grants Administrator Approval:_____ Date _____

Staff Contact who Completed This Form: Theresa Trujillo    Phone #: 505-955-4745

**To be recorded by City Clerk:**    Email: tptrujllo@santafenm.gov
Clerk #_____
Date of Execution:_____

ITT Representative (attesting that all information is reviewed)    Title    Date

ITEM #2-0561

For Official Use Only

Corporation for National and Community Service

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

# Notice of Grant Award

## Grantee

### Retired and Senior Volunteer Program

City of Santa Fe                                                        EIN: 856001168

200 Lincoln Ave Santa Fe NM 87501-1904                                 UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SRDNM003 | Performance Period: | 07/01/2023 - 03/31/2026 |
| Amendment No.: | 3 | Budget Period: | 04/01/2024 - 03/31/2026 |
| CFDA No.: | 94.002 | Grant Year: | 2 |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $52,500 | $0 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $52,500 | $0 | $52,500 |
| Cumulative Funding for Project Period | | | |
| Total Awarded in Previous Amendments | | | $90,000 |
| Total CNCS Funds Awarded to Date | | | $90,000 |

## Funding Source and Amount

Not applicable to this award.

## Special Conditions

Santa Fe City RSVP does not have a current single audit in the FAC. A special condition is added on the award for the grantee to submit the single audit to the FAC by September 30 for this award or the grant may be placed on manual hold.

## Award Description

The purpose of this amendment is to revise the project start date from 4/1/2023 to 7/1/2023, add a special condition related to their 2023 single audit and to change the Authorized Representative for the grant. All other terms and conditions of this award remain the same.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230810.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable Federal statutes, regulations and guidelines.

Corporation for National and Community Service:

# Notice of Grant Award

For Official Use Only

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SRDNM003 | Performance Period: | 07/01/2023 - 03/31/2026 |
| Amendment No.: | 3 | Budget Period: | 04/01/2024 - 03/31/2026 |
| CFDA No.: | | Grant Year: | 2 |

*Stacy L Bishop*                    06/06/2024

City of Santa Fe

**Legal Applicant**

---

Signature                    **Award Date**

---

Stacy Bishop

**Senior Grants Officer**

---

Daisy Gallardo, 202-815-4248

**Grants Officer**

---

Maryon Bradshaw

**Program Officer**

Ramona A. Baca

**Project Director**

---

Manuel Sanchez

**Certifying Official/Executive Officer**




# City of Santa Fe New Mexico
## *Finance Department*
### Project Ledger Request Form

Date of Request: 06/27/2024

Project Title: CNCS Retired Senior Volunteer Program (RSVP)

Project Type: ☐ CIP   ☐ Grant   ☑ Internal Tracking

Department: Comm. Services/Seniors    Project Manager: Theresa Trujillo    Ext: 4745

Project Date Range: 04/01/2024 to 03/31/2025    ☐ Create Fixed Asset

---

Project ID: COM2524114
Grant ID: F2507
Approved By: BSG/ MB7/21/24
(Finance Use Only)

---

☐ Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: US Dept of Health & Human Services    % of Funding: 100

MUNIS ORG: 2410116    MUNIS OBJ: 490510    Awarded Amount: $52,500.00

Funding Source: STATE TBD    % of Funding:

MUNIS ORG:    MUNIS OBJ:    Awarded Amount:

**Expense String Phase:**    LOCAL TBD

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc.  For Grants can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET    MUNIS ORG: 2410116    MUNIS OBJ: SEE ATTACHED SHEET

**Grants Only (list all grants if applicable):**

Grantor Name: Corporation for National and Community Service    Awarded Amount: $52,500.00

AR Charge Code: 2410116.490510    ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: A# 23SRDNM003    Federal CFDA (if applicable): 94. 0 ⊘

---

Grantor Name:    Awarded Amount:

AR Charge Code:    ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id:    Federal CFDA (if applicable):

---

*(If grants please provide all grant award documents with form)*    ☑ Attached Grant Documentation

**FY24 RSVP FEDERAL BUDGET EXPENSES**     April 1 - March 31     **PROJ.LEDGER#**
COM2524114

| ORG | OBJECT | ACCT NAME | AMOUNT | |
|---|---|---|---|---|
| 2410116 | 500110 | SALARIES | $ | 23,289.00 |
| 2410116 | 503100 | FICA | $ | 486.00 |
| 2410116 | 503150 | PERA | $ | 570.00 |
| 2410116 | 503200 | EMP. HEALTH INS. | $ | 5,072.00 |
| 2410116 | 503250 | RETIREE HEALTH CARE | $ | 305.00 |
| 2410116 | 503350 | WORKERS COMP | $ | 50.00 |
| 2410116 | 503400 | DENTAL | $ | 160.00 |
| 2410116 | 510340 | OTHER CONSULTING | $ | 285.00 |
| 2410116 | 530100 | OFFICE SUPPLIES | $ | 225.00 |
| 2410116 | 530200 | OPERATING SUPPLIES | $ | 299.00 |
| 2410116 | 531000 | GASOLINE | $ | - |
| 2410116 | 555860 | MISC. INSURANCE PREMIUM | $ | 1,330.00 |
| 2410116 | 560200 | OUT OF STATE PER DIEM | $ | 1,400.00 |
| 2410116 | 560500 | OUT OF STATE TRANS. | $ | 1,100.00 |
| 2410116 | 560550 | IN STATE TRANSPORTATION | $ | 16,527.00 |
| 2410116 | 561850 | ADVERTISING | $ | 602.00 |
| 2410116 | 562850 | RECOGNITION | $ | 800.00 |
| | | | **$** | **52,500.00** |

2410116     490510 US HHS (AmeriCorps-Federal)  $     52,500.00

**Signature:** _Matthew Bonifer_
Matthew Bonifer (Jul 23, 2024 17:17 MDT)

**Email:** mtbonifer@santafenm.gov

# 2024 Terms and Conditions for RSVP Grants

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the General Terms and Conditions, are binding on the recipient.**

**Table of Contents**

I.      CHANGES FROM THE 2023 RSVP GRANT TERMS AND CONDITIONS ........................ 1

II.     AWARD PERIOD AND INCREMENTAL FUNDING ........................................................ 1

III.    PROHIBITION ON USE OF FUNDS ............................................................................. 2

IV.     EXTERNAL EVALUATION AND DATA COLLECTION ..................................................... 4

V.      LOBBY DISCLOSURE .............................................................................................. 4

VI.     REPORTING REQUIREMENTS .................................................................................. 5

VII.    PROGRAM INCOME ................................................................................................ 6

VIII.   BUDGET AND PROGRAMMATIC CHANGES ............................................................... 7

IX.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING ........................................ 8

X.      KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING ........................ 8

## I.      CHANGES FROM THE 2023 RSVP GRANT TERMS AND CONDITIONS

- Section III.G. - Updated the citation.
- Section VI.A. - Removed programmatic reporting requirement for the reporting period covering July 1 – March 31
- Section VI.A. - Added language that the PRS must provide data to support evaluations as requested or needed.
- Section VI.B. – Removed financial reporting information for grantees with budget periods starting in July
- Section VI.C. – Added this section

## II.      AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project period, AmeriCorps generally provides funds for only the first year of operation.

Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations.  Grantees must submit continuation applications to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

III.    **PROHIBITION ON USE OF FUNDS**

As specified in 42 U.S.C. § 5043(c) and 45 CFR § 2553.91, while charging time to an RSVP grant, accumulating service or training hours, or otherwise performing activities supported by the RSVP grant or AmeriCorps, staff and volunteers may not engage in the following activities:

A.  **Political activities.**

1.  No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity.

    No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

    a.  Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

    b.  Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

    c.  Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2.  Notwithstanding 42 U.S.C. § 5043(c) and 45 CFR § 2553.91(a)(3), in accordance with  AmeriCorps' current appropriations legislation all recipients are prohibited, without exception, from using AmeriCorps funds  to pay the salary or expenses of any grant or contract recipient, or agent acting for such

2

recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B. Non-displacement of employed workers.**  An AmeriCorps Seniors volunteer may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of, employees, or impair existing contracts for services.

**C. Compensation for service.** An agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any RSVP program may not request or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

1. The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the award or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps award.

2. A volunteer station may contribute to the financial support of the RSVP Program. However, this support may not be a required precondition for a potential station to obtain RSVP Program services.

3. If a volunteer station agrees to provide funds to support additional RSVP volunteers or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

4. Under no circumstances may an RSVP volunteer receive a fee for service from service recipients (i.e., program beneficiaries), their legal guardians, members of their families, or friends.

**D. Labor and anti-labor activity.** The sponsor may not use award funds directly or indirectly to finance labor or anti-labor organizations or related activities.

**E. Fair labor standards.** A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as

3

determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

F. **Religious activities.** Neither an RSVP volunteer nor a member of the project staff funded by AmeriCorps may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her service or duties.

   1. A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

G. **Nepotism.** Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the Advisory Council or other community group established by the sponsor under 45 CFR § 2553.24 and upon prior notification and approval by AmeriCorps.

H. **Abortion Services or Referrals.**

   While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of such services.

## IV.    EXTERNAL EVALUATION AND DATA COLLECTION

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts.

As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

## V.    LOBBY DISCLOSURE

A. No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the

4

extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

**B.** Any recipient who requests or receives a grant from AmeriCorps Seniors must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of the Federal Government in connection with a specific grant or cooperative agreement.  By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section V.A. above.

**C.** For RSVP awards exceeding $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Senior Portfolio Manager.

## VI.  REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A. Progress Reports.**  The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|---|---|
| April 30 | April 1 – March 31 |

Per Section IV., the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

**B. Financial Reports.**  The recipient must complete and submit financial reports in eGrants to report the status of all funds.  The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the award over the performance period of the award, in accordance with AmeriCorps guidelines.

5

Recipients with budget periods starting in April submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| April 30 | October 1 – March 31 |
| October 30 | April 1 – September 30 |

**C. Reporting Other Federal Funds.** The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due October 30 or at the time the final financial report is submitted if the final report is due prior to October 30.

**D. Final Financial Report.** Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in eGrants. This final financial report is due no later than 120 days after the end of the project period.

**E. Requests for Extensions.** Each recipient must submit required reports by the given dates. Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the Recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Portfolio Manager, as appropriate.

## VII.  PROGRAM INCOME

**A. General.** Income, including fees for service earned as a direct result of the award-funded program activities during the award period, must be retained by the recipient and used to finance the award's non-AmeriCorps share.

**B. Excess Program Income.** Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR Parts 200 and 2205, in particular, 2 CFR 200.307 – Program Income and be deducted from total claimed costs, or with approval from AmeriCorps, through a budget amendment used to enhance the program (additive process). Recipients that have unexpended program income must report it on line "o" of the Federal Financial Report (FFR).

**C. Fees for service.** When using assistance under this award, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1. The service benefits a for-profit entity.

2. The service falls within the other prohibited activities set forth in statute, regulation, or these award terms and conditions.

## VIII.  BUDGET AND PROGRAMMATIC CHANGES

**A. Programmatic Changes.** The recipient must first obtain the prior written approval of the AmeriCorps Portfolio Manager before making any of the following changes (1-3):

1. Changes in the scope, objectives or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2. Changes in key personnel specified in the application.

3. The disengagement from the project for more than three months, or a 25 percent reduction in time devoted to the project by the approved Project Director.   Upon notification to the AmeriCorps Portfolio Manager, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps award requirements with the AmeriCorps Portfolio Manager. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

**B. Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Portfolio Manager before deviating from the approved budget in any of the following ways:

1. Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal awards at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2. Purchases of Equipment over $5,000 using award funds, unless specified in the approved application and budget.

7

3. Unless the AmeriCorps share of the award is $100,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

C. **Approval of Programmatic and Budget Changes.** AmeriCorps' Portfolio Managers are the only officials who have the authority to alter or change the terms and conditions or requirements of the award. Portfolio Managers will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a notice of grant award.  Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Portfolio Manager.

## IX.   NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com?C=325500.

Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient.  The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.

## X.   KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' Key Concepts of Financial Grants Management eCourse training every year to ensure that recipients are aware of major financial grants management requirements for all federal recipients. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/account/login/?C=7513619.

Each grant recipient must identify at minimum one staff person who has some responsibility for financial grants management compliance to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of

8

completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

IN WITNESS WHEREOF, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:

_John Blair_
John Blair (Sep 16, 2024 17:06 MDT)

JOHN BLAIR, CITY MANAGER

DATE: Sep 16, 2024

ATTEST:

GERALYN CARDENAS, INTERIM CITY CLERK

CITY ATTORNEY'S OFFICE:

Sep 5, 2024

REBECCA MNUK-HERRMANN, ASSISTANT CITY ATTORNEY

Sep 15, 2024

EMILY OSTER, FINANCE DIRECTOR

# RSVP-25 CM Packet

Final Audit Report                                                                                   2024-09-16

| | |
|---|---|
| Created: | 2024-09-13 |
| By: | Justin Gonzales (jmgonzales@santafenm.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9-e1rdsz5Nqil1Hke8XnkYNrw-7Gmbl4 |

## "RSVP-25 CM Packet" History

🗂 Document created by Justin Gonzales (jmgonzales@santafenm.gov)
2024-09-13 - 5:25:26 PM GMT- IP address: 63.232.20.2

📧 Document emailed to EMILY OSTER (ekoster@santafenm.gov) for signature
2024-09-13 - 5:28:15 PM GMT

🗂 Email viewed by EMILY OSTER (ekoster@santafenm.gov)
2024-09-16 - 3:46:48 AM GMT- IP address: 104.47.64.254

✍ Document e-signed by EMILY OSTER (ekoster@santafenm.gov)
Signature Date: 2024-09-16 - 3:49:18 AM GMT - Time Source: server- IP address: 73.98.86.84

📧 Document emailed to JOHN BLAIR (jwblair@santafenm.gov) for signature
2024-09-16 - 3:49:19 AM GMT

🗂 Email viewed by JOHN BLAIR (jwblair@santafenm.gov)
2024-09-16 - 11:06:14 PM GMT- IP address: 104.47.65.254

✍ Signer JOHN BLAIR (jwblair@santafenm.gov) entered name at signing as John Blair
2024-09-16 - 11:06:29 PM GMT- IP address: 63.232.20.2

✍ Document e-signed by John Blair (jwblair@santafenm.gov)
Signature Date: 2024-09-16 - 11:06:31 PM GMT - Time Source: server- IP address: 63.232.20.2

✅ Agreement completed.
2024-09-16 - 11:06:31 PM GMT

 
Powered by
Adobe
Acrobat Sign