# Exhibit 7



Vargas, Laurie <vargasl2@sfusd.edu>

## Re: Action Required: Federal Executive Order Compliance - 24AC261705 SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT

1 message

**Vargas, Laurie** <vargasl2@sfusd.edu>  Fri, Feb 21, 2025 at 10:47 AM
To: CV Funding <Funding@californiavolunteers.ca.gov>, Iram Jabbar <iram.jabbar@californiavolunteers.ca.gov>
Cc: "guthertze@sfusd.edu" <guthertze@sfusd.edu>, Christine Hardiman <hardimanc@sfusd.edu>, Hong Mei Pang <pangh@sfusd.edu>, "Wong, Christina" <wongc8@sfusd.edu>, "Su, Maria" <mariasu@sfusd.edu>, Diane Beall <bealls@sfusd.edu>

Good Morning All,

The District acknowledges receipt of your notification letter and will timely complete the provided form and any amendment regarding its AmeriCorps grant award.  The District asserts that all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management are unlawful and unconstitutional.  Accordingly, the District is completing the form and any amendment to its AmeriCorps award under protest and duress.   Notwithstanding the completion of the form and any amendment under protest and duress, the District reserves the right to seek declaratory and injunctive relief against relevant parties associated with this action and reserves its right to assert claims against such parties including but not limited to claims arising under federal laws and regulations, the United States Constitution, and the federal Administrative Procedures Act.

Thank you everyone for working with us. I will submit the form shortly.

Laurie

**Laurie Vargas-Zeuschner, M.S., PPSC**
(pronouns: she, her, hers - what's this?)
**District Coordinator**

  

Healthy Choices AmeriCorps & Mentoring For Success

Student & Family Services Division
San Francisco Unified School District

  

On Wed, Feb 19, 2025 at 7:10 PM CV Funding <Funding@californiavolunteers.ca.gov> wrote:

> Greetings,
>
> As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump,

the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking action to ensure compliance with these authorities.

Please review the attached guidance regarding your AmeriCorps award for application ID 24AC261705, SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT. Immediate action is required, and you must complete this process and submit your response to this form by February 20, 2025. Please contact your Program Specialist if you have any questions.

In service,

AmeriCorps Grants

California Volunteers

**Confidentiality Notice:** The information contained in this email and any attachments is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. It is the property of the California Governor's Office of Land Use and Climate Innovation. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender immediately by return email and destroy all copies of the original message and any attachments.