# Exhibit 9

| | |
|---|---|
| From: | Chene, David <DaChene@americorps.gov> |
| Sent: | Friday, February 21, 2025 11:18 AM |
| To: | HAMMOND-PAUL, HENRI M.; Bradshaw, Maryon; Mountain |
| Cc: | SCOTT, MARK A.; MCSHERRY, ERIN K.; WEBBER, ALAN M.; TUCKER, MARIA E.; SANCHEZ, MANUEL N. |
| Subject: | RE: [External] Re: Request for 3-Week Extension – Executive Order Compliance Submission |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Henri,

Received, thank you. We will circle back soon with next steps. It's my understanding that you are having technical issues with at least one of your submissions. Please make sure to track the ticket number from the help desk if you are seeking technical support from eGrants. We may need that. I recommend that you continue to try and submit. You may not hear back from the support desk when the issue is resolved.

Best,

David Chené
**Senior Portfolio Manager | Mountain Region**
AmeriCorps.gov

---

**From:** HAMMOND-PAUL, HENRI M.
**Sent:** Friday, February 21, 2025 12:00 PM
**To:** Bradshaw, Maryon ; Chene, David ; Mountain
**Cc:** SCOTT, MARK A. ; MCSHERRY, ERIN K. ; WEBBER, ALAN M. ; TUCKER, MARIA E. ; SANCHEZ, MANUEL N.
**Subject:** [External] Re: Request for 3-Week Extension – Executive Order Compliance Submission

Some people who received this message don't often get email from hmhammondpaul@santafenm.gov. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**SENT ON BEHALF OF MARK SCOTT, CITY MANAGER FOR THE CITY OF SANTA FE, NM**

Concurrent with this communication, City Staff has submitted an amended application bringing the City of Santa Fe into compliance with the aforementioned Executive Order.

At this time we' are also registering our profound disagreement with what we understand to be the intent, philosophy and legal authority of this Executive Order.

The three grants this applies to are as follows:

Grant Number: 23SFDNM002
Application ID: 24SF263957

Grant Number: 23SCDNM002
Application ID: 24SC263842

1

Grant Number: 23SRDNM003
Application ID: 24SR266327

--

**Henri M. Hammond-Paul**
*Director, Community Health and Safety*
C: 505-490-7818
📅 Book a meeting with me 📅

---

**From:** HAMMOND-PAUL, HENRI M. <hmhammondpaul@santafenm.gov>
**Date:** Wednesday, February 19, 2025 at 12:05 PM
**To:** MBradshaw@americorps.gov <MBradshaw@americorps.gov>, DaChene@americorps.gov <DaChene@americorps.gov>, Mountain@americorps.gov <Mountain@americorps.gov>
**Cc:** SCOTT, MARK A. <mscott@santafenm.gov>, MCSHERRY, ERIN K. <ekmcsherry@santafenm.gov>, WEBBER, ALAN M. <amwebber@santafenm.gov>, TUCKER, MARIA E. <metucker@santafenm.gov>, SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>
**Subject:** Request for 3-Week Extension – Executive Order Compliance Submission

**SENT ON BEHALF OF MARK SCOTT, CITY MANAGER FOR THE CITY OF SANTA FE, NM**

Hi Marion and David,

Per the conversation on the phone at 11:36 AM MST on 2/19/2025, the City of Santa Fe is formally requesting a three-week extension on the deadline to submit our response regarding Executive Order Compliance.
We are requesting this extension due to the following extenuating circumstances:

- The City Manager's first day on the job was this Monday (2/17/2025), and he is still in the process of onboarding.
- We are working to clarify the authority within the City regarding responding to Americorps' certification request. If the response requires City Council/Governing Body approval, the earliest we could bring it before the Governing Body at the meeting scheduled for 3/12/2025.

Given these circumstances, we kindly request an extension in line with the **"Executive Order Compliance Instructions" FAQ**, which states that extensions may be granted for extenuating circumstances, including scheduled leave or internal approval processes requiring additional time.
Please let us know if you need any additional information to process this request. We appreciate your time and consideration.


**From:** Bradshaw, Maryon <MBradshaw@americorps.gov>
**Sent:** Friday, February 14, 2025 10:29 AM
**To:** SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>; LUJAN, ERIKA V. <evlujan@santafenm.gov>; ARMIJO, ROBERTA P. <rparmijo@santafenm.gov>; TRUJILLO, THERESA P. <tptrujillo@santafenm.gov>; GURULE, BRITTANY S. <bsgurule@santafenm.gov>; CUELLAR ERIKA C <eccuellar@santafenm.gov>; BACA, MONA A. <mabaca@santafenm.gov>
**Cc:** Chene, David <DaChene@americorps.gov>; Mountain <Mountain@americorps.gov>
**Subject:** Executive Order Compliance – Response Required by February 19th

2

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter(s) regarding your AmeriCorps award(s).

Immediate action is required, and you must complete this process and reply all to this email by February 19, 2025. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Please note that while your attached letter is titled "RE: Executive Order Compliance - Action Required" you should follow the instructions for the "Executive Order - Potential Noncompliance" letters in the attached guidance. These titles refer to the same letter.

Sincerely,

**Maryon Bradshaw**
**Portfolio Manager | Mountain Region**
AmeriCorps.gov
M: 202.413.7465 Microsoft Bookings

