| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>MOLLY J. ALARCON, SBN 315244<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 554-3894<br>Facsimile:      (415) 437-4644<br>E-Mail:           molly.alarcon@sfcityatty.org<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT | WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR, SBN 224018<br>bhur@willkie.com<br>SIMONA AGNOLUCCI, SBN 246943<br>sagnolucci@willkie.com<br>EDUARDO E. SANTACANA, SBN 281668<br>esantacana@willkie.com<br>STEPHEN HENRICK, SBN 310539)<br>shenrick@willkie.com<br>ALYXANDRA VERNON, SBN 327699<br>avernon@willkie.com<br>MICHAEL MORIZONO, SBN 359395<br>mmorizono@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone:     (415) 858-7400<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

**NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that as soon as counsel may be heard in the United States District Court for Northern District of California, Plaintiffs San Francisco Unified School District ("SFUSD" or "the District") and City of Santa Fe, New Mexico ("Santa Fe"), will, and hereby do, move the Court pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 65-1 for a temporary restraining order prohibiting Defendants from enforcing the February 13, 2025 directive to AmeriCorps grant recipients entitled "Executive Order Compliance Instructions" (the "AmeriCorps Directive") and the new conditions set forth therein. The AmeriCorps Directive seeks to withhold funding from Plaintiffs on the basis of unlawful conditions imposed in violation of the Spending Clause and Administrative Procedure Act. Plaintiffs also seek an order preventing Defendants from imposing any similar conditions on Plaintiffs' AmeriCorps grants by another name.

This Motion presents the following three issues to be decided: (1) whether Plaintiffs have shown a likelihood of success on the merits of their claim that the AmeriCorps Directive violates the Spending Clause of the United States Constitution; (2) whether Plaintiffs have shown a likelihood of success on the merits of their claim that the AmeriCorps Directive violates the Administrative Procedure Act, 5 U.S.C. § 706(2)(A)-(C); and (3) whether Plaintiffs face a likelihood of irreparable harm in the absence of a temporary restraining order; and (4) whether the balance of equities and public interest favor injunctive relief.

Plaintiffs' Motion is based on the separate supporting Memorandum of Points and Authorities ("MPA") and Request for Judicial Notice filed concurrently herewith, declarations and exhibits in support of the MPA, and all pleadings, arguments, and matters before the Court.

Dated: March 11, 2025

        DAVID CHIU
        City Attorney, City and County of San Francisco
        YVONNE R. MERÉ
        Chief Deputy City Attorney
        MOLLIE M. LEE
        Chief of Strategic Advocacy
        SARA J. EISENBERG
        Chief of Complex and Affirmative Litigation
        MOLLY J. ALARCON
        Deputy City Attorney

        By: /s/ David Chiu
        DAVID CHIU
        City Attorney

        WILLKIE FARR & GALLAGHER LLP
        Benedict Hur
        Simona Agnolucci
        Eduardo Santacana
        Stephen Henrick
        Alyxandra Vernon
        Michael Morizono

        Attorneys for Plaintiff
        CITY AND COUNTY OF SAN FRANCISCO

        By: /s/ Erin K. Sherry
        ERIN K. MCSHERRY*
        City Attorney City of Santa Fe, New Mexico
        200 Lincoln Ave Santa Fe, NM 87501
        505-955-6512
        ekmcsherry@santafenm.gov

        Jill Habig, SBN 268770
        Jonathan B. Miller*
        Public Rights Project
        490 43rd Street, Unit #115
        Oakland, CA 94609
        (510) 738-6788
        jon@publicrightsproject.org

        Attorneys for Plaintiff
        CITY OF SANTA FE, NEW MEXICO

        * Application for admission pro hac vice forthcoming