DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:    molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, SBN 224018
bhur@willkie.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@willkie.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@willkie.com
STEPHEN HENRICK, SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON, SBN 327699
avernon@willkie.com
MICHAEL MORIZONO, SBN 359395
mmorizono@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:    (415) 858-7400

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence ("Rule") 201 and relevant case law, Plaintiffs respectfully request that the Court take judicial notice of the following materials in support of their Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, filed concurrently herewith:

1. Defendant AmeriCorps's "Executive Order Compliance Instructions," dated February 13, 2025, attached as **Exhibit A**;

2. Letter from California Volunteers, the California state commission that passes through AmeriCorps grants to recipients, to the San Francisco Unified School District entitled, "RE: Federal Executive Order Compliance – Action Required," dated February 19, 2025, attached as **Exhibit B**;

Defendant AmeriCorps's "Notice of Funding Opportunity" for fiscal year 2024 grants, attached as **Exhibit C** and accessible at the following web page: https://www.americorps.gov/sites/default/files/document/1%20FY%202024%20ASN%20Competitve%20-%20FINAL.508.pdf (last visited March 9, 2025).

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

The documents listed above are properly subject to judicial notice, and the Court should consider them when ruling on Plaintiffs' Motion for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue

**I.    LEGAL STANDARD**

Courts may take judicial notice of facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). Facts are not subject to reasonable dispute if they (1) are "generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id*.

## II.     THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE EXHIBITS

### A.     The Exhibits were prepared by the government and are not subject to reasonable dispute.

Courts within this district regularly take judicial notice of documents prepared by the government. Exhibits A and C were prepared by AmeriCorps, a federal government agency, and Exhibit B was prepared by California Volunteers, a state government agency. As such, their accuracy and authenticity cannot reasonably be disputed and they are subject to judicial notice. *E.g.*, *Rollins v. Dignity Health*, 338 F. Supp. 3d 1025, 1032 (N.D. Cal. 2018) ("[B]ecause of their perceived reliability, courts have often admitted records taken from websites maintained by government agencies."); *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking judicial notice of "government documents, court filings, press releases, and undisputed matters of public record"); *Nat'l Urban League v. Ross*, 508 F. Supp. 3d 663, 678 (N.D. Cal. 2020) (taking judicial notice of government reports); *In re Theos Dark Chocolate Litig.*, 2024 WL 4336631, at *3 (N.D. Cal. Sept. 27, 2024) (taking judicial notice of "court filings and a government letter"); *Richardson v. Cal. Dep't of Corr. and Rehab.*, 2023 WL 2394543, at *1 n.1 (N.D. Cal. Mar. 6, 2023) (taking judicial notice of a "government claim letter" and "subsequent rejection letter" from state government agency).

### B.     Exhibit C is publicly available and not subject to reasonable dispute.

Exhibit C is also subject to judicial notice because it is available on the AmeriCorps' webpage and has been provided by Plaintiffs. *E.g.*, *Caldwell v. Caldwell*, 2006 WL 618511, at *4 (N.D. Cal. Mar. 13, 2006) ("As a general matter, websites and their contents may be proper subjects for judicial notice" if the party requesting notice provides the court with a copy of the specific web page); *see also Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (N.D. Cal. 2014) (taking judicial notice of web pages); *Kinderstart.com, LLC v. Google, Inc.*, 2007 WL 831806, at *21 n.20 (N.D. Cal. Mar. 16, 2007 (taking judicial notice of a web page print out).

**III.    CONCLUSION**

      For the reasons stated herein, Plaintiffs request that the Court take judicial notice of Exhibits A through C attached to this Request.

Dated: March 11, 2025

                                                        DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

By: */s/ David Chiu*
DAVID CHIU
City Attorney

WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

By: */s/ Erin K. Sherry*
ERIN K. MCSHERRY*
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

* Application for admission pro hac vice
forthcoming

# EXHIBIT A



# Executive Order Compliance Instructions
February 13, 2025

250 E Street SW
Washington, D.C. 20525
202-606-5000/ 800-942-2677

# Table of Contents

Background ..................................................................................................................1

Timeline.....................................................................................................................1

Overview ...................................................................................................................1

Procedure ..................................................................................................................2

State Commission Instructions ...................................................................................5

Frequently Asked Questions .....................................................................................5

Appendix ..................................................................................................................7

# Background

As shared in an email sent by Carly Bruder, Acting Chief Program Officer on February 11, 2025, AmeriCorps is continuing to review all applicable executive orders, memoranda and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget and the Office of Personnel Management.

The agency is reviewing all current AmeriCorps awards to ensure compliance with these directives and administration priorities. This document includes guidance on next steps in this process to ensure compliance with these directives.

## Timeline

All grantees must respond to the Executive Order Compliance email by **February 19, 2025**, by submitting one of the following: a self-certification statement, a grant amendment to move your program into compliance with the executive orders, or a relinquishment letter. Your response to the Executive Order Compliance email should be sent to your Portfolio Manager and cc the region inbox for your state. In rare circumstances extensions to this deadline may be approved by regional office staff upon request.

## Overview

AmeriCorps conducted a review of active grants to identify activities described in each grant application that may not comply with executive orders.

All aspects of AmeriCorps grants/awards must comply with President Trump's executive orders, including, but not limited to:

- Grant applications for AmeriCorps resources

- Activities performed by AmeriCorps members/volunteers

- Training provided to members/volunteers

- Program materials, such as volunteer/member applications, enrollment forms, service opportunity listings, and handbooks



- Social media and website posts about your AmeriCorps award

Grantees/sponsors must also ensure all sub applicants/volunteer stations/operating sites/host sites are compliant with executive orders through their memorandum of understanding and subsite monitoring.

The agency sent one of two letters for each project, one for grants that appear to be in compliance with the executive orders or a second for grants that include language that may not be in compliance.

**Required Responses**

If your organization received the first letter – Titled, "Executive Order Self-Certification Required," then:

- Your organization can self-certify that this award (meaning all aspects of the grant activities described in the application and carried out under this grant, as described above) is in compliance. If you believe this award is not in compliance with the executive orders outlined in Appendix A, you may request to amend your grant or consider relinquishment.

If your organization received the second letter – Titled, "Executive Order – Potential Noncompliance," then:

- Your organization must review the sections that are identified in the letter as potentially being noncompliant.

- If your review determines the award (meaning all aspects of the grant activities described in the application and carried out under this grant, as described above) is compliant with executive orders, you can self-certify for this award.

- If any of the program activities are not in compliance with the executive orders, you must submit an amendment to the award to move it into compliance by **February 19, 2025** or email by **February 19, 2025** expressing an intent to relinquish

**Amending the application (s) (and potentially VADS for VISTA):** If your project **is** conducting noncompliant activities within the scope of your approved grant(s), and you wish to remain an AmeriCorps grantee/sponsor, then you must cease these activities immediately, initiate an amendment to your most recent award and remove or update any language related to out of compliance activities. If you have multiple awards, you must update each application that had findings.

**Relinquishment:** If your project **is** conducting noncompliant activities within the scope of your approved grant(s), and you wish to relinquish, then you must email the Regional Office by **February 19, 2025** expressing intent to relinquish**.** The Regional Office will provide additional instructions upon receipt.

# Procedure

**Self-Certification Instructions**



To self-certify, your organization must review the executive orders in Appendix A and affirm that your AmeriCorps grant/award complies with President Trump's executive orders. If any language from your application is highlighted as requiring clarification in the attached letter, please review this section of your application to determine whether it conflicts with any executive orders and make updates as necessary. If you determine your project is in full compliance and the narrative (and VAD for VISTA projects) complies with the executive orders, you must email your Portfolio Manager and cc your region-specific mailbox listed below with the following statement:

- [MidAtlantic@americorps.gov](mailto:MidAtlantic@americorps.gov)
- [Midwest@americorps.gov](mailto:Midwest@americorps.gov)
- [Mountain@americorps.gov](mailto:Mountain@americorps.gov)
- [NorthCentral@americorps.gov](mailto:NorthCentral@americorps.gov)
- [Northeast@americorps.gov](mailto:Northeast@americorps.gov)
- [SouthCentral@americorps.gov](mailto:SouthCentral@americorps.gov)
- [Southeast@americorps.gov](mailto:Southeast@americorps.gov)
- [West@americorps.gov](mailto:West@americorps.gov)

 "I certify that [Program Name], [application ID] complies with all administration Executive Orders and does not include any activities that promote DEI activities."

If any activities outlined in your application or VADS do not fully comply with the executive orders, you cannot self-certify, and must amend your grant or relinquish the award.

**Amending your award to address non-compliance**

If you need to amend your award to comply with the executive orders, your organization must initiate an amendment in eGrants.

Selecting amendment types: The amendment types that are relevant for this work are: Modify Performance Measures or Workplans, Revise Budget, and Revise Narrative. Consider what amendment types will be necessary to make all your proposed changes.

Existing amendments: If you already have an existing amendment open on a grant, you can combine this amendment with your current amendment if it can be completed by **February 19.** If you cannot complete an open amendment by **February 19**, please delete that amendment and create a new one for this process.

**VISTA Sponsors** may also need to amend the VISTA Assignment Description (VAD) to comply with the executive orders, and these also must be initiated through eGrants by your organization by **February 19, 2025.**

**Volunteer Generation Fund** grantees funded through American Rescue Plan will need to update their recently submitted FY 25 VGF ARP Continuation application. VGF ARP grantees will not submit an amendment but will make changes directly to their application once the Portfolio Manager has returned it in eGrants. If you have resolution items that were identified



during the initial review, please complete them at the same time as addressing EO non-compliance.

Links to grantee amendment award processing guidance by program:

- [AmeriCorps Seniors, VISTA, Volunteer Generation Fund, and Days of Service Amendment to Modify Grant Award Guidance](#)

- [AmeriCorps VISTA Amendment to VISTA Assignment Description (VAD) Guidance](#)

- [Initiating, Processing, or Requesting Post-Award Amendments on ASN Awards](#)

Grantees may make any necessary changes to the application to bring it into compliance so long as it complies with all program policies and requirements. This may require changes to staff roles and activities, member or volunteer roles and activities, trainings, service sites, performance measures, budget and any other components of a program that may conflict with the executive orders. Amendments to move into full compliance are due by **February 19**.

**Relinquishment Instructions**

 If your organization determines that your AmeriCorps project cannot be brought into compliance or that your organization no longer wishes to operate this project with AmeriCorps funding, please send a letter by **February 19** to your portfolio manager, with a copy to your region-specific mailbox listed below, indicating your intention to relinquish this award. Please include the grant number and proposed end date.

Your Regional Office will set-up a meeting with you to review the status of the grant funds for close-out. The grantee is responsible for completing the final project progress report and financial reports.

Region Mailboxes for cc:

- [MidAtlantic@americorps.gov](mailto:MidAtlantic@americorps.gov)
- [Midwest@americorps.gov](mailto:Midwest@americorps.gov)
- [Mountain@americorps.gov](mailto:Mountain@americorps.gov)
- [NorthCentral@americorps.gov](mailto:NorthCentral@americorps.gov)
- [Northeast@americorps.gov](mailto:Northeast@americorps.gov)
- [SouthCentral@americorps.gov](mailto:SouthCentral@americorps.gov)
- [Southeast@americorps.gov](mailto:Southeast@americorps.gov)
- [West@americorps.gov](mailto:West@americorps.gov)



# State Commission Instructions

The email you received included letters for your commission grants and a spreadsheet with review results for your subapplicants. You must review the grants referenced in the letters and self-certify they comply with all executive orders. To self-certify grants awarded to your commission, i.e.: CSG, CIF, VISTA, you must follow the above self certification, amendment, or relinquishment instructions.

To certify your subapplicant portfolio, you must use the attached spreadsheet.

For subapplicants included on the No Compliance Issue Identified tab you must certify that these sub applicants comply with all Executive Orders by:

- Copying and pasting the appropriate response next to each listed sub application:

    - ☐ I certify that [Program Name], [Application ID] complies with all administration Executive Orders and does not include any activities that promote DEI activities **OR**

    - ☐ The sub application is currently **noncompliant** within the scope of approved grant activities and requires an amendment to ensure compliance. The commission will inform the PM and initiate the amendment **OR**

    - ☐ This sub application must be relinquished. The commission will initiate this process.

For subapplicants included on the Potential Compliance Issue Identified tab you must:

- Instruct the program to immediately stop all noncompliant activities.

- The program must immediately initiate an amendment in eGrants to remove the noncompliant language and/or activities from their application.

- If the program chooses not to amend its grant to bring it into compliance it must relinquish its award.

- If you feel this assessment was in error, you must note this on the provided spreadsheet and in the Notes column self-certifying that the project is in compliance.

You must reply all to the email you received, including your Portfolio Manager *and* the region specific mailbox attaching the spreadsheet with your responses recorded. You must respond by **February 19, 2025** with the information requested. Nonresponse may result in the termination of your awards.

# Frequently Asked Questions

**Q1: In what scenarios can a grantee get approved for an extension to this deadline?**

Extensions could be granted if you have an extenuating circumstance such as scheduled leave or your internal process for approval from authorizing representative takes longer than the timeline allows. Please reach out to your Regional Office Staff to request an extension.

**Q2: How much can a grantee change the application and program model to come into compliance?**

Grantees are encouraged to make all necessary changes to come into compliance so long as the changes align with the funding notice. This may require changing staff roles and activities, member or volunteer roles and activities, trainings, service sites, performance measures, and any other components of a program that may conflict with the executive orders.

**Q3: The letter shared language that needed clarification. If I've reviewed the specified language in the context of my application, and it complies with executive orders, do I need to remove the language?**

No, if your review assessed that your application, as is, complies with the executive orders, no changes are needed, and your organization can self-certify.

**Q5: Can our Portfolio Manager or Regional Staff review our narratives before we submit an amendment?**

Due to the short timeline, regional office staff will have limited capacity to respond to individual requests and will not be able to review individual grant narratives before the **February 19** deadline. Grantees are responsible for ensuring that their application and program complies with President Trump's executive orders.

**Q6: If I choose to relinquish, can I finish the grant year?**

Only if you can certify that your program complies with executive orders, or you amend your grant to be fully compliant within the timeline provided.

**Q7: (ASN and VISTA) Am I able to transfer members to other operating sites or programs with available MSYs should my amendment require removing specific member activities?**

Yes., please contact your Regional Office staff for guidance on this process.

**Q8. Can I initiate multiple amendment types at the same time?**

Yes. You may select more than one type when initiating an amendment. You cannot have two amendments open at the same time.

**Q9. Can we change the number of MSY, VSY, or volunteers associated with this application?**

ASN grantees: Grantees are encouraged to fully enroll all MSY they have been awarded. It is allowable to enroll fewer members if necessary to comply with the administration's executive orders.



ACS grantees: Grantees may reduce VSY for positions that are deemed as non-compliant due to the administration's executive orders. Volunteer positions not included in performance measures and volunteers engaged in Other Community Priority performance measure who are engaged in non-compliant activities must also stop. VSY reduction for any other reason is not allowed. A reduction in VSY requires budget revisions.

**Q10. If I relinquish my grant, can my members be exited for compelling personal circumstances?**

Yes. For ASN grantees, if you relinquish your grant, your members may be exited for compelling personal circumstances. Per CFR 45 CFR 2522.230(a)(4)(C), members may be released from completing a term of service . . . "Conditions attributable to the program or otherwise unforeseeable and beyond the participant's control, such as a natural disaster, a strike, relocation of a spouse, **or the nonrenewal or premature closing of a project or program,** that make completing a term unreasonably difficult or impossible;" You must document the reason for the members compelling personal circumstances exit, including that the member could not be placed in another program.

For VISTA sponsors, please contact your Portfolio Manager regarding any members that may need to exit the project early.

# Appendix

**What is an Executive Order?**

The President of the United States manages the operations of the Executive branch of government through executive orders and memoranda. Executive orders and memoranda are written directives, signed by the president, that order the government to take specific actions to ensure "the laws be faithfully executed."

Information about presidential actions, including executive orders is available on the White House website.

**What part of my AmeriCorps grant must comply with Executive Orders?**

AmeriCorps, as part of the Executive branch of government, must comply with all applicable executive orders and memoranda. No AmeriCorps funding may be spent on any activity not compliant with the executive orders and memoranda.

All aspects of AmeriCorps grants/awards must comply with President Trump's executive orders, including, but not limited to:

- Grant applications for AmeriCorps resources

- Activities performed by AmeriCorps members/volunteers

- Training provided to members/volunteers



- Program materials, such as volunteer/member applications, enrollment forms, service opportunity listings, and handbooks

- Social media and website posts about your AmeriCorps award

Grantees/sponsors must also ensure all sub applicants/volunteer stations/operating sites/host sites are compliant with executive orders through their memorandum of understanding and subsite monitoring.

**<u>Which Executive Orders must I comply with?</u>**

AmeriCorps Grantee/Sponsors awards must comply with all executive orders, including but not limited to:

- [Defending Women From Gender Ideology Extremism And Restoring Biological Truth To The Federal Government – The White House](#)

  **Per the Trump-Vance Administration:**

  - *It is the policy of the United States to recognize two sexes, male and female.*

  - *"Sex" shall refer to an individual's immutable biological classification as either male or female. "Sex" is not a synonym for and does not include the concept of "gender identity."*

  - *When administering or enforcing sex-based distinctions, every agency and all Federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable Federal policies and documents.*

  - *Federal funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.*

- [Ending Radical And Wasteful Government DEI Programs And Preferencing – The White House](#)

  **Per the Trump-Vance Administration:**

  - *(i) terminate, to the maximum extent allowed by law, all DEI, DEIA, and "environmental justice" offices and positions (including but not limited to "Chief Diversity Officer" positions); all "equity action plans," "equity" actions, initiatives, or programs, "equity-related" grants or contracts; and all DEI or DEIA performance requirements for employees, contractors, or grantees.*

- [Ending Illegal Discrimination And Restoring Merit-Based Opportunity – The White House](#)

  **Per the Trump-Vance Administration:**



- - *(iv)  The head of each agency shall include in every contract or grant award:*
    *(A)  A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable Federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and*
    *(B)  A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable Federal anti-discrimination laws.*

- [Unleashing American Energy – The White House](#)

  **Per the Trump-Vance Administration:**

  - *(b)  All activities, programs, and operations associated with the American Climate Corps, including actions taken by any agency shall be terminated immediately.*

  **Are federally recognized Tribes subject to the executive orders?**

  Yes, the executive orders generally apply to federally recognized Tribes; however, the unique legal and political relationship that federally recognized Tribes have with the United States may impact how executive orders related to diversity, equity, and inclusion (DEI) apply. Grants serving Tribal members may have been mischaracterized in the application description as promoting DEI. If you are a Tribal grantee or are serving Tribal members and have additional questions, please reach out to: [nativeamericanaffairs@americorps.gov](mailto:nativeamericanaffairs@americorps.gov) and cc your portfolio manager.

# EXHIBIT B





Office of the Governor

1400 10th St
Sacramento, CA 95814
*OFFICE* 916-323-7646

Eric Guthertz
San Francisco Unified School District
1515 Quintara St
San Francisco, CA 94116

February 19, 2025

**RE: Federal Executive Order Compliance – Action Required**

As previously shared, the AmeriCorps federal agency is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management.  AmeriCorps is a federal program, and the grant agreements require that recipients comply with federal law and executive orders.

AmeriCorps has reviewed current awards to ensure compliance with these directives and administration priorities. The federal agency has issued a request to GO-Serve/California Volunteers, as state administrator of these federal funds, to certify compliance with the above-mentioned authorities. We are, in turn, asking for your assessment, of your compliance in order to ensure a fully-informed, coordinated, and complete response.  This review applies only to activities directly supported by federal grant funding from AmeriCorps.

AmeriCorps has requested review of the following program:

> Program Name: SFUSD SCHOOL HEALTH PROGRAMS
> DEPARTMENT
> Application ID: 24AC261705

Please review your application for compliance with executive orders (available here: https://www.federalregister.gov/presidential-documents/executive-orders/donald-trump/2025)

and take one of the following actions on this form. Please note that the link to this form is specific to the program identified above and should not be used to complete the form for another program.

1. If you assess the above award is **compliant** with executive orders and no revisions are required, once you have opened form select "self-certification" and check the box indicating that you certify that your application complies with all administration Executive Orders and does not include any activities that promote DEI activities.

2. If you assess the above award is currently **noncompliant** with executive orders within the scope of your approved grant activities, to maintain your AmeriCorps award, you must first stop providing those services in your program, then once you have navigated to the form select "request amendment" and describe the changes you need to make to your application. This may include removing or updating any language related to out of compliance activities. California Volunteers will initiate a grant amendment and notify you once it is available for you to make the required changes.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee, you may relinquish your award. To do so, once you are on the form select "relinquish grant" and check the box confirming that you wish to relinquish your grant. California Volunteers will provide further guidance once we receive it from AmeriCorps.

Please respond to this request by **Thursday, February 20, 2025, 5PM PST**. If we do not receive your response by February 20, 2025, adverse action up to and including termination of awards by the AmeriCorps federal agency may begin.

Upon receipt of your initial response due to California Volunteers on February 20th, California Volunteers will initiate an amendment to your grant, if requested by you, to allow you to remove or update any language related to out of compliance activities. **Please note that all grant amendments must be completed in eGrants by Friday, February 21, 2025**.

Please contact your Program Specialist if you have any questions about this request.

Thank you for your immediate attention to this matter.

In service,

Ia Moua
Director of State and National Service
California Volunteers, GO-Serve

# EXHIBIT C

# NOTICE of FUNDING OPPORTUNITY

**Federal Agency Name:**          AmeriCorps
**Funding Opportunity Title:**    Fiscal Year (FY) 2024 AmeriCorps State and National
                                  Competitive Grants
**Announcement Type:**            Initial Announcement
**Assistance Listing Number:**    94.006

**Summary Statement:** This is a funding opportunity for Institutions of higher education, local governments, including school districts, nonprofit organizations, State Service Commissions, States and US Territories, Indian Tribes, and public health departments to apply for AmeriCorps members to strengthen communities by serving.

**Disclosure**: Publication of this Notice of Funding Opportunity (Notice) does not obligate AmeriCorps to award any specific number of grants or to commit any particular amount of funding. The actual level, timing, and process of grant funding will be subject to the availability of annual appropriations.

**Important Dates**

- Applications are due no later than **Thursday, January 4, 2024** by 5:00 p.m. Eastern Time. Single-state applicant deadlines to State Service Commissions may be significantly before the AmeriCorps deadlines, so prospective state applicants should contact the Commission in the state or territory where they intend to apply as early as possible. The list of Commissions can be found on the [AmeriCorps State Service Commissions' webpage](#).
- Successful applicants will be notified by **mid April 2024**.
- Successful applicants will be issued awards by **mid July 2024**.

**Table of Contents**

**NOTICE OF FUNDING OPPORTUNITY** ................................................................ **1**

**A. PROGRAM DESCRIPTION** ........................................................................... **4**

-    A.1. Purpose of AmeriCorps State and National Funding ................................ 4
-    A.2. Funding Priorities .......................................................................... 4
-    A.3. Performance Goals or Expected Outcomes ........................................... 5
-    A.4. Program Authority ......................................................................... 6

**B. FEDERAL AWARD INFORMATION** ............................................................... **6**

-    B.1. Estimated Available Funds ............................................................... 6
-    B.2. Estimated Award Amount ................................................................ 6
-    B.3. Period of Performance ..................................................................... 6
-    B.4. Type of Award .............................................................................. 6

**C. ELIGIBILITY INFORMATION** ...................................................................... **8**

-    C.1. Eligible Applicants ........................................................................ 8
  -      *Types of Applicants* ........................................................................ *8*
  -      *Threshold Issues* ............................................................................ *9*
-    C.2. Cost Sharing or Matching .............................................................. 10
  -      *Cost Reimbursement Grants* ............................................................ *10*
  -      *Match Waiver* .............................................................................. *10*
  -      *Alternative Match* ......................................................................... *11*
-    C.3. Other Eligibility Requirements ........................................................ 11

**D. APPLICATION AND SUBMISSION INFORMATION** ........................................ **11**

-    D.1. Address to Request an Application Package ......................................... 11
-    D.2. Content and Form of Application Submission ...................................... 12
  -      *D.2.a. Application Content* ............................................................ *12*
  -      *D.2.b. Page Limits* .................................................................... *12*
-    D.3. Unique Entity Identifier and System for Award Management (SAM) ......... 13
-    D.4. Submission Dates and Times ........................................................... 13
  -      *D.4.a. Application Submission Deadline* ........................................... *13*
  -      *D.4.b. Additional Documents Deadline* ............................................ *14*
  -      *D.4.c. Late Applications* ............................................................. *14*
-    D.5. Intergovernmental Review ............................................................. 15
-    D.6. Funding Restrictions .................................................................... 15
  -      *D.6.a. Award Funding Requirements* ............................................... *15*
  -      *D.6.b. Indirect Costs* .................................................................. *17*
  -      *D.6.c. Pre-Award Costs* ............................................................. *17*
-    D.7. Other Submission Requirements ...................................................... 17
  -      *D.7.a. Electronic Application Submission in eGrants* ........................... *17*
  -      *D.7.b. Submission of Additional Documents* ..................................... *18*
  -      *D.7.c. Coordination Among State Service Commissions and National Direct Applicants* .... *19*

**E. APPLICATION REVIEW INFORMATION** ...................................................... **20**

o   E.1. Selection Criteria .................................................................................. 20
    *E.1.a. Executive Summary (0 percent):*......................................................................21
    *E.1.b. Program Design (50 percent):*........................................................................21
    *E.1.c. Organizational Capability (25 percent):*.........................................................25
    *E.1.d. Cost-Effectiveness and Budget Adequacy (25 percent):*..................................26
    *E.1.e. Evaluation Plan (Required for recompeting applicants - 0 percent):*...............26
    *E.1.f. Amendment Justification (0 percent):*............................................................27
    *E.1.g. Clarification Information (0 percent):*............................................................27
    *E.1.h. Continuation Changes (0 percent):*...............................................................27
o   E.2. Review and Selection Process ............................................................... 27
    *E.2.a. Initial Application Compliance and Eligibility Review* ...............................27
    *E.2.b. Application Review*........................................................................................27
    *E.2.c. Pre-Award Risk Assessment* .........................................................................28
    *E.2.d. Consideration of Integrity and Performance System Information*....................29
    *E.2.e. Selection for Funding*....................................................................................29
    *E.2.f. Applicant Resolution* .....................................................................................30
o   E.3. Feedback to Applicants ........................................................................ 30
o   E.4. Transparency in Grantmaking ............................................................. 30

**F. FEDERAL AWARD ADMINISTRATION INFORMATION** ........................................... **31**

o   F.1. Federal Award Notices ......................................................................... 31
o   F.2. Administrative and National Policy Requirements ................................ 31
    *F.2.a. Uniform Guidance* .........................................................................................31
    *F.2.b. Requests for Monitoring or Payment Integrity Information* ...........................31
    *F.2.c. AmeriCorps Terms and Conditions* ...............................................................31
    *F.2.d. National Service Criminal History Check Requirements* ...............................31
    *F.2.e. Official Guidance* ..........................................................................................32
o   F.3. Use of Material .................................................................................... 32
o   F.4. Reporting .......................................................................................... 33
o   F.5. Continuation Funding Information and Requirements ............................ 33

**G. FEDERAL AWARDING AGENCY CONTACTS**......................................................... **34**

**H. OTHER INFORMATION** ......................................................................................... **34**

o   H.1. Technical Assistance ........................................................................... 34
o   H.2. Re-Focusing of Funding ....................................................................... 34

**I. IMPORTANT NOTICES** .......................................................................................... **34**

**APPENDIX I – AMERICORPS FOCUS AREAS** ............................................................. **36**

o   AmeriCorps Focus Areas .......................................................................... 36

# FULL TEXT OF THE NOTICE

## A. PROGRAM DESCRIPTION

### A.1. Purpose of AmeriCorps State and National Funding

AmeriCorps improves lives, strengthens communities, and fosters civic engagement through service and volunteering. AmeriCorps brings people together to tackle some of the country's most pressing challenges through national service and volunteerism. AmeriCorps members and AmeriCorps Seniors volunteers serve with organizations dedicated to the improvement of communities and those serving. AmeriCorps helps make service a cornerstone of our national culture.

AmeriCorps grants are awarded to eligible organizations (Use Section C.1. Eligible Applicants) proposing to engage AmeriCorps members in evidence-based or evidence-informed interventions/practices to strengthen communities. An AmeriCorps member is an individual who engages in community service through an approved national service position. Members may receive a living allowance and other benefits while serving. Upon successful completion of their service, members earn a Segal AmeriCorps Education Award that they can use to pay for higher education expenses or apply to qualified student loans.

Please use the AmeriCorps Focus Areas in Appendix I.

### A.2. Funding Priorities

AmeriCorps released its 2022-2026 Strategic Plan, which defines the agency's goals and objectives to advance the agency's mission to improve lives and strengthen communities. AmeriCorps will execute the following goals to better position the agency to respond to national and local needs and help the communities it serves prosper:

1. Partner with communities to alleviate poverty and advance racial equity
2. Enhance the experience for AmeriCorps members and AmeriCorps Seniors volunteers
3. Unite Americans by bringing them together in service
4. Effectively steward federal resources
5. Make AmeriCorps one of the best and most equitable places to work in the federal government

AmeriCorps will invest in existing and new partnerships with non-profit, faith-based, and Tribal organizations, and State Service Commissions, to get things done for America. The agency will prioritize investment in the most critical issues of our time – public health, climate and the environment, and education and economic opportunity – within AmeriCorps' Focus Areas (Appendix 1) and will increase its efforts to ensure AmeriCorps members, AmeriCorps Seniors volunteers, and community-based volunteers reflect the communities where they serve. We will target our investments toward communities where the need is greatest, particularly those with populations that face racial inequality and poverty. These steps will enable more Americans than ever to strengthen the communities that need it most across the nation through their service.

AmeriCorps' priorities for this funding opportunity are:

- Organizations leading service in communities with concentrated poverty, rural communities, tribal communities, and those organizations serving historically underrepresented and underserved individuals, including but not limited to communities of color, immigrants and refugees, people with disabilities, people who identify as part of the LGBTQIA+ community, people with arrest and/or conviction records, and religious minorities;
- Evidence-based interventions on the [AmeriCorps Evidence Exchange](#) that are assessed as having Moderate or Strong evidence. Please note that many of these interventions have demonstrated effectiveness in improving outcomes for individuals living in underserved communities and that the agency has committed resources to supporting grantees seeking to replicate and evaluate these interventions in similar communities;
- Veterans and Military Families, Caregivers, and Survivors – a program model that improves the quality of life of veterans and improves the well-being of military and veteran families, caregivers, and survivors;
- Faith-based organizations;
- Programs that provide additional benefits to AmeriCorps members aimed at enhancing member experience and bolstering member recruitment and retention such as paying more than the minimum living allowance, transportation, housing, food, etc.;
- Programs that create workforce pathways for AmeriCorps members, including deliberate training, certifications, and hiring preferences or support;
- Environmental Stewardship, including supporting communities to become more resilient through measures that reduce greenhouse gas emissions, conserve land and water, increase renewable energy use and improve at-risk ecosystems, especially in underserved households and communities;
- Community-based programs that enhance and expand services to second chance youth and/or engage those youth as AmeriCorps members;
- Programs that support civic bridgebuilding programs and projects to reduce polarization and community divisions; and providing training in civic bridgebuilding skills and techniques to AmeriCorps members;
- Programs focused on implementing or expanding access to high-quality early learning and those that prepare AmeriCorps members to enter early learning careers.

To receive priority consideration, applicants must show that the priority area is a significant part of the program focus and intended outcomes and must include a high-quality program design. Proposing programs that receive priority consideration does not guarantee funding.

### A.3. Performance Goals or Expected Outcomes

**National Performance Measures**

AmeriCorps expects applicants to use National Performance Measures as part of a comprehensive performance measurement strategy that relies on both performance and evaluation data to learn from their work and make tactical and strategic adjustments to achieve their goals.

All applications must include at least one aligned performance measure (output and outcome) that corresponds to the proposed primary intervention. This may be a National

Performance Measure or an applicant-determined measure. For more information, please refer to the National Performance Measure Instructions.

### A.4. Program Authority

Awards under this Notice are authorized by the National and Community Service Act of 1990, as amended, (42 U.S.C. §12501 et seq.)

## B. FEDERAL AWARD INFORMATION

### B.1. Estimated Available Funds

AmeriCorps expects a highly competitive AmeriCorps grant competition. AmeriCorps reserves the right to prioritize providing funding to existing awards over making new awards. The actual level of funding is subject to the availability of annual appropriations.

### B.2. Estimated Award Amount

Award amounts will vary as determined by the scope of the projects.

### B.3. Period of Performance

AmeriCorps anticipates making three-year grant awards. AmeriCorps generally makes an initial award for the first year of the period of performance, based on a one-year budget. Applicants must submit a one-year budget. Applicants may propose any program start date that aligns with their program design. The period of performance may not be before July 1, 2024. Continuation awards for subsequent years are not guaranteed; they depend upon availability of future appropriations and satisfactory performance. For fully funded awards (those who have received more than one year of funding), those funds are guaranteed.

### B.4. Type of Award

Award recipients will be assigned to an AmeriCorps Portfolio Manager, who will be responsible for assessing recipient performance, providing training and technical assistance, and serving as the agency's primary point of contact.

AmeriCorps may award Operating Grants, including a Cost Reimbursement or a Fixed Amount grant, to any successful applicant, but the availability of a Full-Cost Fixed Amount grant is limited to certain applicants.

Professional Corps applicants are ineligible to receive for Cost Reimbursement grants. Use the C.1. Eligible Applicants section and the Mandatory Supplemental Information for more information, including definitions of terminology. AmeriCorps will not provide both types of grants for the same project in one fiscal year.

| Grant Types | Cost Reimbursement | Fixed Amount | | | |
|---|---|---|---|---|---|
| Available Subtypes | Traditional | Full-Cost | Education Award Program (EAP) | Professional Corps Use MSI for further requirements) | No Cost Slots |
| Maximum Cost per MSY* | $25,000 | $25,000 | $800 or $1,000** | $1,000 | $0 |
| Type of Slots in the National Service Trust*** | FT, TQT, HT, RHT, QT, MT, AT | FT, TQT, HT, RHT, QT, MT, AT | FT, TQT, HT, RHT, QT, MT, AT | FT Only | FT, TQT, HT, RHT, QT, MT, AT |
| Budget Submission Required | Yes | No | | No | No |
| Availability of Funds Linked to Enrollment and Retention of Awarded MSYs | No | Yes | | | No |
| Special Requirements | N/A | N/A | | Must place qualified professionals in communities with an inadequate # of such professionals. Member salaries & benefits must be paid entirely by organization where member serves & not included in budget. | N/A |
| Financial Reporting Requirements | Yes | No | | | |
| Available to New Applicants | Yes | No | Yes | | |

7

* Member Service Year (MSY): One Member Service Year (MSY) is equivalent to a full-time AmeriCorps position (at least 1,700 service hours.)

** Per 42 U.S.C. § 12581a, the Corporation may provide the operational support under this section for a program in an amount that is not more than $800 per individual enrolled in an approved national service position, or not more than $1,000 per such individual if at least 50 percent of the persons enrolled in the program are disadvantaged youth.

***FT = Full Time, TQT = Three Quarter Time, HT = Half Time, RHT = Reduced Half Time, QT = Quarter Time, MT = Minimum Time, AT = Abbreviated Time

## C. ELIGIBILITY INFORMATION

### C.1. Eligible Applicants
The following non-Federal entities (all of which are defined in 2 CFR 200.1) are eligible to apply:
- Indian Tribes
- institutions of higher education
- local governments, including school districts
- nonprofit organizations
- State Service Commissions
- states and US Territories

Applicants must have a valid SAM registration and Unique Entity Identifier to receive an award.  Use Section D.3. Unique Entity Identifier and System for Award Management (SAM) for more information.

### New Applicants
AmeriCorps encourages organizations that have not received prior funding from AmeriCorps to apply (e.g. small community based organizations, faith based organizations, etc.).

New applicants are eligible to apply for Cost Reimbursement and Education Award Program (EAP) grants but are not eligible to apply for Full Cost Fixed Amount grants.

### Types of Applicants
1. State and Territory Service Commissions (for Single-State Applicants)
Organizations that propose to operate in only one state must apply through the Governor-appointed State or Territory Commissions. Each Commission administers its own selection process and submits the applications it selects to compete for funding directly to AmeriCorps. Single-State applicants must contact their Commissions to learn about their state or territory processes and deadlines. State deadlines may be significantly earlier than the AmeriCorps deadlines and may have additional requirements. The list of Commissions can be found on the AmeriCorps.gov State Service Commissions webpage. A Single-State application from a State or Territory with a Commission that is submitted directly to AmeriCorps by the applicant rather than the Commission will be considered noncompliant and will not be reviewed. In order to be reviewed as a National Direct applicant rather than a

<u>Single-State applicant, at least two specific states must be named in the "multi-state operating sites" section of the application at the time of submission.</u> Use the <u>Mandatory Supplemental Information</u> for descriptions of National Direct and Single-State applicants.

2. <u>National Direct Applicants</u>
*Multi-State*: Organizations that propose to operate AmeriCorps programs in more than one State or Territory apply directly to AmeriCorps.

Although National Direct applicants do not have to apply to Commissions, there are substantial requirements to coordinate with the Commissions for states in which national service programs will operate. Use the <u>D.7.c. Coordination among State Service Commissions and National Direct Applicants section</u> for information on these important requirements.

*States and Territories without State Service Commissions:* Applicants in South Dakota, American Samoa, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands apply directly to AmeriCorps because this State and these Territories do not have an established Commission.

*Federally recognized Indian Tribes*: Applicants that are Indian Tribes apply directly to AmeriCorps.

In addition to Indian Tribes as defined in <u>2 CFR 200.1</u>, tribal organizations that are controlled, authorized, or chartered by Federally recognized Indian Tribes are also eligible to apply. If an entity applies for an award as a tribal organization that is controlled or chartered by one or more Indian Tribes, the organization must provide copies or links to documentation which demonstrates that the organization is controlled or chartered by a federally recognized Indian Tribe. If an entity applies as an organization authorized by a federally recognized tribe, or multiple specific federally recognized tribes, it must submit a resolution or other authorization, adopted by the Tribal Council (or comparable tribal governing body) of <u>each</u> Indian Tribe. The authorization(s) must identify the entity applying for an AmeriCorps award by name as a tribal organization that is authorized by the Indian Tribe(s) for the purpose of applying for AmeriCorps funding (or federal grant funds generally).

In addition to being eligible to apply under this Notice, Federally recognized Indian Tribes will also be eligible to apply for operating or planning grants under a separate Notice of Funding Opportunity for Indian Tribes at the <u>AmeriCorps.gov Funding Opportunities webpage</u> with an application deadline in the spring. AmeriCorps may request applicants apply under the Tribal competition, rather than under this Notice.

**Threshold Issues**
Applications should reflect that they meet the following threshold requirements for the grant type for which they are applying.
- Professional Corps applicants and/or applicants determined to be a Professional Corps by AmeriCorps, must demonstrate that the community in which it will place AmeriCorps members serving as professionals has an inadequate number of said professionals.

- If the proposed service activities require specialized member qualifications and/or training (e.g., tutoring programs: 45 CFR 2522.910-.940), the applicant must describe how the program will meet these requirements.
- In order to be considered for funding, all applicants must propose program designs that are either evidence-based or evidence-informed. Applicants assessed as lower than the Preliminary evidence tier (i.e., Pre-Preliminary) must provide adequate responses to the Evidence Quality review.

## C.2. Cost Sharing or Matching

There is no cost share or matching requirement for Fixed Amount grants. AmeriCorps does not provide all the funds necessary to operate the program, therefore organizations should raise the additional revenue required to operate the program.

New applicants are eligible to apply for Cost Reimbursement and Education Award Program (EAP) grants but are not eligible to receive Full-Cost Fixed Amount grants.

## Cost Reimbursement Grants

Applicants are required to match funds based on the chart below. The applicant's match can be non-AmeriCorps cash and/or in-kind contributions. Applicants must indicate whether the match is proposed or secured. Applicants must demonstrate the ability to meet the match requirement at the time of application submission. Use Section D.6. Funding Restrictions for more information.

A first-time successful applicant is required to match at 24 percent for the first three-year funding period. Starting with year four, the match requirement gradually increases every year to 50 percent by year ten, according to the minimum overall share chart found in 45 CFR 2521.60 and below.

| AmeriCorps Funding Year | 1, 2, 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10+ |
|---|---|---|---|---|---|---|---|---|
| Grantee Share Requirements | 24% | 26% | 30% | 34% | 38% | 42% | 46% | 50% |

42 U.S.C. §12571(e) requires grantees that use other Federal Funds as matching funds for an AmeriCorps grant to report those amounts and sources to AmeriCorps on a Federal Financial Report. Grantees must track and be prepared to report on that match separately each year and at closeout.

## Match Waiver

Please use the Match Waiver information for AmeriCorps State and National Grantees located on the AmeriCorps.gov Manage Your Grant webpage. Programs applying through State Service Commissions must submit requests for alternative match to the Commission, who will submit it to AmeriCorps on their behalf. Commissions and National Directs will submit requests via the Alternative Match Request form located on the AmeriCorps.gov Manage Your Grant webpage.

**Alternative Match**

Under certain circumstances, applicants may qualify to meet alternative matching requirements that increase over the years to 35 percent instead of 50 percent as specified in 45 CFR 2521.60(b). To qualify, applicants must demonstrate that the proposed program is either located in a rural county or in a severely economically distressed community as defined in the Application Instructions. Applicants who plan to request an alternative match schedule should submit a request at the time the application is submitted. Programs applying through State Service Commissions must submit requests for alternative match to the Commission, who will submit it to AmeriCorps on their behalf. Commissions and National Directs will submit requests via the Alternative Match Request form located on the AmeriCorps.gov Manage Your Grant webpage.

### C.3. Other Eligibility Requirements

Under Section 132A(b) of the National and Community Service Act of 1990, as amended, organizations that have violated a Federal criminal statute may not receive assistance described in this Notice.

Applications that propose to engage in activities that are prohibited under AmeriCorps' statutes, regulations, or the terms and conditions of its awards are not eligible to receive AmeriCorps funding.

Note that under appropriations provisions annually enacted by Congress, if AmeriCorps is aware that any corporation has any unpaid federal tax liability

- that has been assessed;
- for which all judicial and administrative remedies have been exhausted or have lapsed; and
- that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability;

that corporation is not eligible for an award under this Notice. However, this exclusion will not apply to a corporation that a federal agency has considered for suspension or debarment and determined that suspension or debarment is not necessary to protect the interests of the federal government.

Pursuant to the Lobbying Disclosure Act of 1995, an organization described in the Internal Revenue Code of 1986, 26 U.S.C. §501 (c)(4) that engages in lobbying activities is not eligible to apply for AmeriCorps funding.

## D. Application and Submission Information

This Notice should be read together with the AmeriCorps regulations, Application Instructions, Performance Measure Instructions, and Mandatory Supplemental Information. These documents are available online at AmeriCorps.gov Funding Opportunities webpage .

### D.1. Address to Request an Application Package

All information associated with this funding opportunity is available through the AmeriCorps Funding Opportunities webpages. Applicants should refer to AmeriCorps Funding Opportunities for more information and instructions on how to fully respond to this Notice.

Applicants can also send an email to americorpsgrants@cns.gov or call (202) 606-7508 for a printed copy of the Notice, Guidance, and Application Instructions.

## D.2. Content and Form of Application Submission

### D.2.a. Application Content

Complete applications must include the following elements:
- Standard Form 424 (SF-424) Face Sheet: Automatically generated when applicants complete the data elements in the eGrants system.
- Narrative Sections
  - Executive Summary:
  - Program Design
  - Organizational Capability
  - Cost-Effectiveness & Budget Adequacy
  - Evaluation Summary/Plan
- Logic Model
- Performance Measures
- Standard Form 424A Budget
- Continuation Changes
- Clarification
- Authorization, Assurances, and Certifications

### D.2.b. Page Limits

There are page limits for the Narratives and Logic Model:
- Narratives
  - Applications must not exceed 10 double-spaced pages for the Narrative or 12 pages for multi-state applications with more than five operating sites as the pages print out from eGrants. AmeriCorps will use the number of locations in the "multi-state operating sites" field in AmeriCorps' web-based management system to determine whether a multi-state application has more than five operating sites. The "multi-state operating sites" field can be found by clicking on the "operating sites" link in the system. Multi-state applicants that list five or fewer operating sites cannot exceed 10 pages for the Narrative.
  - The application sections that count towards the page limit include:
    - SF-424 Face Sheet
    - Executive Summary
    - Program Design, Organizational Capability, and Cost-Effectiveness & Budget Adequacy narratives
  - The application page limit does not include:
    - Evaluation Summary/Plan
    - Clarification Summary
    - Continuation Changes
    - Budget, Performance Measures
    - Any required additional documents.

- Logic Model
  - o The Logic Model may not exceed eight pages when printed with the application from the "Review" tab in AmeriCorps' web-based management system.

Please note that the length of the application as a word processing document may differ from the length of the document printed out from eGrants. The character limits in eGrants do not align with page limits set in the Notice. **AmeriCorps strongly encourages applicants to print out the application from the "Review and Submit" tab in eGrants prior to submission in order to confirm that the application does not exceed the page limit.**

AmeriCorps will not consider the results of any alternative printing methods when determining if an application complies with the page limit. Reviewers will also not consider material that is over the page limit, even if eGrants allows applicants to enter and submit additional text.

## D.3. Unique Entity Identifier and System for Award Management (SAM)

All applicants **must** register with the System for Award Management (SAM) and maintain an active SAM registration until the application process is complete. If an applicant is awarded a grant, it must maintain an active SAM registration throughout the life of the award. Use the SAM Quick Guide for Grantees for more information.

SAM registration must be renewed annually. AmeriCorps suggests that applicants finalize a new registration or renew an existing one at least three weeks before the application deadline, to allow time to resolve any issues that may arise. **Applicants must use their SAM-registered legal name and physical address on all grant applications to AmeriCorps. The legal applicant's name and physical address in eGrants must match exactly the applicant's SAM-registered information.**

Applications must include a valid Unique Entity Identifier (UEI), which is generated as part of the SAM registration process. AmeriCorps will not make awards to entities that do not have a valid SAM registration and UEI.

Applications must include an Employer Identification Number. The UEI and Employer Identification Number must be entered by the organization's Grantee Administrator as an organization attribute, and this will apply the information to all applications for the organization.

If an applicant has not fully complied with these requirements by the time AmeriCorps is ready to make a federal award, AmeriCorps may determine that the applicant is not qualified to receive an award and use that determination as a basis for making a federal award to another applicant.

## D.4. Submission Dates and Times

### D.4.a. Application Submission Deadline

Applications are due not later than **Thursday, January 4, 2024, by 5:00 p.m. Eastern Time**.

State Service Commissions' deadlines may be significantly before the AmeriCorps deadline, so prospective Single-State applicants should contact their respective Commission as soon as possible.

AmeriCorps will not consider applications submitted after the deadline, except as noted in Section D.4.c. Late Applications. AmeriCorps reserves the right to extend the submission deadline. AmeriCorps will post a notification in the event of an extended deadline on AmeriCorps' funding opportunities webpage.

### D.4.b. Additional Documents Deadline

Additional documents are due by the application submission deadline. Use Sections D.4.a. Application Submission Deadline and D.7.b. Submission of Additional Documents for more information.

### D.4.c. Late Applications

All applications received after the submission deadline published in this Notice, on **Thursday, January 4, 2024, at 5:00 p.m. Eastern Time**, are presumed to be non-compliant. To overcome this presumption, the applicant must:

- Submit a written explanation or justification of the extenuating circumstance(s) that caused the delay, including:
    - Timing and specific cause(s) of the delay
    - Ticket number if a request for assistance was submitted to the AmeriCorps Hotline
    - Information provided to the applicant by the AmeriCorps Hotline
    - Other documentation or evidence that supports the justification
- Ensure that AmeriCorps receives the written explanation or justification and any other evidence that substantiates the claimed extenuating circumstance(s), via email to LateApplications@cns.gov no later than 24 hours after the application deadline as stated in the Notice.

Communication with AmeriCorps staff, including an applicant's Portfolio Manager, is not a substitute for a written explanation or justification of the extenuating circumstance that caused the delay as outlined above. Applicants are required to continue working in eGrants, AmeriCorps' web-based application system, and with the AmeriCorps Hotline to submit the application. AmeriCorps will determine whether or not to accept a late application on a case-by-case basis.

Applicants that do not meet the application submission deadline and do not submit a written explanation or justification or any other evidence to overcome the presumption of non-compliance within the published timeframe will be deemed noncompliant. If AmeriCorps sustains a noncompliant determination, the application will not be reviewed or selected for award.

AmeriCorps will *not* consider an advance request to submit a late application. Please carefully review and follow the guidance in this section and submit your application as soon as possible.

### D.5. Intergovernmental Review

This Notice is not subject to Executive Order 12372, "Intergovernmental Review of Federal Programs."

### D.6. Funding Restrictions

### D.6.a. Award Funding Requirements
### 1. Member Living Allowance

A living allowance is not considered a salary or a wage. Programs are not required to provide a living allowance for members serving in less than full-time terms of service. If a program chooses to provide a living allowance to a less than full-time member, it must comply with the maximum limits in the table below. For Cost Reimbursement grants, the amount must be included in the proposed budget as either AmeriCorps or grantee share. Exceptions are noted below.

While Fixed Amount grant applicants are not required to submit detailed budgets, they are still required to provide a living allowance to members that complies with the minimum and maximum requirements. Exceptions are noted below. Fixed Amount grant applicants should indicate that amount in the application.

**Table: Minimum and Maximum Living Allowance**

| Service Term | Minimum # of Hours | Minimum Living Allowance | Maximum Total Living Allowance |
|---|---|---|---|
| Full-time | 1,700 | $18,700 | $37,400 |
| Three Quarter-time | 1,200 | n/a | $26,180 |
| Half-time | 900 | n/a | $18,700 |
| Reduced Half-time | 675 | n/a | $14,212 |
| Quarter-time | 450 | n/a | $9,724 |
| Minimum-time | 300 | n/a | $7,854 |
| Abbreviated-time | 100 | n/a | $2,244 |

**Exceptions to the Living Allowance Requirements**
**a. Programs existing prior to September 21, 1993**, are not required to offer a living allowance. If an applicant chooses to offer a living allowance, it is exempt from the minimum requirement, but not the maximum requirement set forth in the Living Allowance table in this Notice.

**b. Education Award Program (EAP) Grantees** are not required to provide a living allowance, but if a living allowance is provided, it must comply with the maximum requirements set forth in the Living Allowance Table in this Notice.

**c. Professional Corps Grantees** must provide members a living allowance or salary, which must meet the minimum, but may exceed the maximum living allowance set in the Living Allowance Table in this Notice. Professional Corps member salaries and benefits including

15

childcare are paid entirely by the organizations with which the members serve; and are not included in the budget request to AmeriCorps (Federal share).

**2. Maximum Cost per Member Service Year (MSY)**
The AmeriCorps cost per MSY is determined by dividing the AmeriCorps share of budgeted grant costs by the number of MSYs requested. It does not include childcare or the value of the education award a member may earn. The maximum amount an applicant may request from AmeriCorps per MSY is determined on an annual basis.

New and recompeting State Service Commission subgrantees/applicants will be held to the maximum cost per MSY for their grant type.

**Table: Maximum Cost per MSY**

| Grant Program | Maximum |
|---|---|
| Individual Competitive State/Territory Program (cost reimbursement) | $25,000 |
| Multi-state competitive (cost reimbursement) | $25,000 |
| Professional Corps competitive Fixed Amount Applicants/Grantees | $1,000* |
| Full-cost competitive Fixed Amount Grant | $25,000 |
| Education Award Program (EAP) Fixed Amount Grant (competitive and formula) | $800 or $1,000** |
| All non-EAP formula subgrants | $27,000*** |

*AmeriCorps requires **Professional Corps** programs to cover the operating expenses associated with the AmeriCorps program through -non-AmeriCorps resources. AmeriCorps will only consider operating funds of up to $1,000 per MSY if an applicant is able to demonstrate significant organizational financial need.

** Per 42 U.S.C. 12581a, the Corporation may provide the operational support under this section for a program in an amount that is not more than $800 per individual enrolled in an approved national service position, or not more than $1,000 per such individual if at least 50 percent of the persons enrolled in the program are disadvantaged youth.

***$18,000 adjusted for inflation as measured by the Consumer Price Index for all Urban Consumers (As of April 2023 CPI was 0.5 percent).

AmeriCorps reserves the right to 1) treat an applicant that meets the statutory requirements of a Professional Corps as such, whether or not they submitted their application as a professional corps program; and 2) determine whether an applicant has demonstrated inability to effectively operate in the absence of AmeriCorps operating funds.

**3. Segal AmeriCorps Education Award**
AmeriCorps members who successfully complete a term of service will be eligible for an Education Award from the National Service Trust. The amount of the Education Award is linked to the value of the Pell Grant. A member has up to seven years after their term of

service to use the Education Award. Use the Segal AmeriCorps Education Award webpage for more information.

### D.6.b. Indirect Costs

Application budgets may include indirect costs. Based on qualifying factors, applicants may either use a Federally approved indirect cost rate or a 10 percent *de minimis* rate of modified total direct costs, or may claim certain costs directly, as outlined in 2 CFR 200.4133 states, local governments, and Indian Tribes may use previously approved indirect cost allocation plans. All methods must be applied consistently across all federal awards. Applicants that have a federal negotiated indirect cost rate, or that will be using the 10% de minimis rate, must enter that information in the Organization section in eGrants. However, under section 121(d) of the National and Community Service Act of 1990, as amended and AmeriCorps' regulations at 45 CFR 2521.95 and 2540.110, no more than five percent of award funds may be used to recover indirect costs on AmeriCorps State and National grants.

Use the AmeriCorps eGrants Indirect Cost Rate (IDCR) User Instructions for how to enter the organization's indirect cost rate. Applicants should not submit documentation addressing the indirect cost rate agreement via email.

Please note: To request a federally negotiated indirect cost rate agreement, when AmeriCorps is the applicable cognizant agency for an organization's indirect costs, the applicant must submit a request to IndirectCostRate@cns.gov. The applicant may also obtain instructions and additional information by contacting the email address above.

### D.6.c. Pre-Award Costs

Pre-award costs, where authorized, are allowed after receiving written approval from AmeriCorps.

### D.7. Other Submission Requirements

### D.7.a. Electronic Application Submission in eGrants

Applicants must submit applications electronically via eGrants, AmeriCorps' web-based application system. AmeriCorps recommends that applicants create an eGrants account and begin the application at least three weeks before the deadline. Applicants should draft the application as a Word document, then copy and paste the text into the appropriate eGrants field no later than 10 days before the deadline.

The applicant's authorized representative must be the person who submits the application. The authorized representative must use their own eGrants account to sign and submit the application. A copy of the governing body's authorization for this official representative to sign must be on file in the applicant's office.

Applicants should contact the AmeriCorps Hotline at (800) 942-2677 if they have a problem when they create an account, prepare, or submit the application. Information about the AmeriCorps Hotline hours are also posted on the AmeriCorps Hotline webpage.

Be prepared to provide the application ID, organization's name, and the name of the Notice to which the organization is applying. If the issue cannot be resolved by the deadline, applicants must continue working with the AmeriCorps Hotline to submit via eGrants.

If circumstances make it impossible for an applicant to submit in eGrants, applicants may send a paper copy of the application via overnight carrier below. Applicants must include a written explanation and any other documentation or evidence that support their inability to submit their application electronically.

> AmeriCorps
> ATTN: Office of Grant Administration (OGA)/AmeriCorps State and National Application
> 250 E Street, SW, Suite 300
> Washington, DC 20525

Please use a non-U.S. Postal Service carrier to avoid security-related delays. **All deadlines and requirements in this Notice also apply to paper applications. AmeriCorps does not accept applications submitted via fax or email.**

### D.7.b. Submission of Additional Documents

All documents must be submitted by the Prime Applicants (State Service Commissions or National Directs).  Subapplicants cannot submit documentation on behalf of the Commission in the Notice.

All applicants:
1. Evaluation briefs, reports, studies. Please refer to the Evidence Base section and Mandatory Supplemental Information for detailed instructions by evidence tier. If multiple evaluation briefs/reports/studies are submitted by the applicant, the most recent (as measured by the date of completion or publication) will be reviewed first, and any documents submitted beyond the allowable number will not be reviewed.
2. Labor union concurrence (if applicable)
3. All applicants regardless of funding level are required to submit an Applicant Operational and Financial Management Survey . Please submit the OFMS using the online form, where applicants will be required to submit their response electronically. Forms submitted as a PDF, or any other document format may not be accepted.

Recompete applicants who have previously received **three or more years** of competitive funding for the same project being proposed:
1. Evaluation plan. Please use the evaluation plan template available on the Notice webpage. Evaluation plans are not scored and will not be reviewed until after funding decisions are made.

Recompete applicants who have previously received **six or more years** of competitive funding for the same project being proposed:
1. Evaluation report.  Please submit in Microsoft Word. The evaluation report should include a title page with the AmeriCorps grant number for the project that was evaluated, the name of the project, and the date of completion of the report. If any of this required information is missing, the applicant may not receive credit for meeting their evaluation requirements.

Entities applying on behalf of a Federally Recognized Tribe (New and recompeting)
　　1. Tribal organization eligibility documentation *(Use Section C.1 Eligible Applicants)*

Additional documents must be emailed to AdditionalDocuments@cns.gov with the following subject line: *"Legal Applicant Name" – "Application ID Number."* Emails should include:
- Legal applicant name and its point of contact information
- Application ID number
- List of documents that are attached to the email by filename, labeling each document type according to the above numbered list
- Individually attached files that are clearly labeled, and that include the legal applicant name and application ID number within the file name and heading of each document.
  - To ensure that all required additional documents are considered, please provide each document as a separate single file, labeled appropriately. Please do not send multiple documents in one combined file, and do not send a single document in multiple files.
  - If the size of an applicant's files requires multiple emails, please also include an ordering system in the subject line, such as "(1 of 3)"
- Prime applicants should send separate emails with each subapplicant's materials, referencing the subapplicant's Application ID

Failure to submit the required additional documents, following the email instructions in this section, by the deadline may have a negative effect on the assessment of an application.

***Do not submit any items that are not requested in this Notice or Application Instructions. AmeriCorps will not review or return them.***

### D.7.c. Coordination Among State Service Commissions and National Direct Applicants
AmeriCorps expects new/recompete Commissions and National Direct applicants to consult and coordinate activities at the local level, as specified in 42 U.S.C. § 12583. This consultation is designed to ensure the most effective use of national service resources and lead to enhanced coordination. The list of Commissions can be found on the AmeriCorps.gov State Service Commissions webpage.

To ensure coordination:
National Direct applicants, except Federally recognized Indian Tribes, must:
Before Application Submission:
- Consult with the Commission of each state and/or territory in which the organization plans to operate and describe this consultation in their applications. Contact the Commissions for details about the consultation process. Provide information that connects the proposed activities to the current State/Territory Service plan and/or State Logic Model.

After Award:
- Provide the Commission with contact information for National Direct programs in the state and/or territory and update the information on an annual basis.

- Participate in the Commissions' annual needs assessment and training plan development activities, and in the development of its state/territory service plan, as well as appropriate training and other events.
- Include the Commission on the National Direct's mailing/email distribution lists and invite it to appropriate training and other events.

State/Territory Service Commissions must:
Before Application Submission:
- Consult in a timely manner with the new/recompete National Direct applicants, except Indian Tribes, that contact them prior to application submission.

After Award:
- Consider the schedules and needs of National Direct applicants, including Indian Tribes, operating in their states when planning annual events and technical assistance activities.
- Include National Direct programs, including Indian Tribes, in their annual needs assessment and training plan development activities, and in the development of their state/territory service plan.
- Add staff of multi-state programs in their state/territory to their mailing/email distribution lists and invite them to appropriate training and other events.

AmeriCorps will solicit Commission input on National Direct applicants, except Indian Tribes, proposing to operate in their state/territory via the AmeriCorps' web-based management system. Commissions have the opportunity to select "support," "do not support," or "neutral," and provide comments. Participation by Commissions in providing this input is strongly encouraged. AmeriCorps reviews and considers Commission input on multi-state applicants proposing to operate in their state.

# E. APPLICATION REVIEW INFORMATION

## E.1. Selection Criteria
Each applicant must describe a project that will deploy AmeriCorps members effectively to solve a significant community problem. AmeriCorps urges applicants to submit high quality applications that carefully follow the guidance in this Notice and in the Application Instructions. The quality of an application will be an important factor in determining whether an organization will receive funding.

Applications should include a well-designed plan with clear and compelling justifications for receiving the requested funds. Reviewers will assess the quality of applications by using the selection criteria described below and will rate them accordingly.

| Categories/Subcategories | Percentage |
|---|:---:|
| **Executive Summary** | **0** |
| **Program Design** | **50** |
| • **Community and Logic Model** | 24 |
| • **Evidence Tier** | 12 |
| • **Evidence Quality** | 8 |
| • **Notice Priority** | 0 |
| • **Member Experience** | 6 |
| **Organizational Capability** | **25** |
| • **Organizational Background and Staffing** | 15 |
| • **Member Supervision** | 6 |
| • **Commitment to Diversity, Equity, Inclusion, and Accessibility** | 4 |
| **Cost-Effectiveness and Budget Adequacy** | **25** |
| • **Member Recruitment** | 7 |
| • **Member Retention** | 8 |
| • **Data Collection** | 7 |
| • **Budget Alignment to Program Design** | 3 |

### E.1.a. Executive Summary (0 percent):

Please fill in the blanks of these sentences to complete the Executive Summary. Do not deviate from this template:

> "The [Name of the organization] will have [Number of] AmeriCorps members who will [service activities the members will be doing] in [the locations the AmeriCorps members will serve]. At the end of the first program year, the AmeriCorps members will be responsible for [anticipated outcome of project]. In addition, the AmeriCorps members will leverage [number of leveraged volunteers, if applicable] who will be engaged in [what the leveraged volunteers will be doing].
>
> The AmeriCorps investment will be matched with $[amount of projected match], $[amount of local, state, and Federal Funds] in public funding and $[amount of non-governmental funds] in private funding."

Fixed-Amount grant applicants (EAP, Full-Cost Fixed, No Cost Slots) should list their Other Revenue (use the Mandatory Supplemental Information) in the Executive Summary because they are not required to provide a specific amount of match, but still raise significant additional resources to operate the program.

### E.1.b. Program Design (50 percent):

Reviewers will consider the quality of the application's response to the criteria below. Do not assume all sub-criteria are of equal value. Please ensure the Community and Logic Model incorporates the funding priorities listed above, for example supporting communities historically excluded and/or underserved from government services, addressing structural and institutional inequities, or increasing opportunity in order to achieve sustainable change in communities.

## 1. Community and Logic Model (24 points)

The applicant will provide a detailed summary of the community problem, including:
- The role current or historical inequities faced by underserved communities may play in contributing to the problem.
- The community need as it relates to the CDC's Social Vulnerability Index and to communicate the severity and prevalence of the problem.

The applicant's intervention is likely to lead to the outcomes identified in the organization's Logic Model. No narrative is needed other than what is contained within the logic model.

The applicant will depict in the Logic Model:
- The inputs or resources that are necessary to deliver the intervention, including but not limited to:
    - Locations or sites in which members will provide services
    - Context in which the intervention is delivered (e.g., the setting where the intervention is delivered)
    - Number of AmeriCorps members who will deliver the intervention
    - Characteristics of AmeriCorps members, including specific knowledge, skills, and abilities required to implement the intervention
- The core activities that define the intervention or program model that members will implement or deliver, including:
    - Duration of the intervention (e.g., the total number of weeks, sessions or months of the intervention)
    - Dosage of the intervention (e.g., the number of hours per session or sessions per week)
    - Target population for the intervention (e.g., disconnected youth, third graders at a certain reading proficiency level)
- The measurable outputs that result from delivering the intervention (i.e., number of beneficiaries served, types and number of activities conducted, equity gaps closed). If applicable, identify which National Performance Measures will be used as output indicators.
- Outcomes that demonstrate meaningful changes in knowledge/skill, attitude, behavior, or condition that occur as a result of the intervention. If applicable, identify which National Performance Measures will be used as outcome indicators.

Note: The Logic Model is a visual representation of the applicant's Theory of Change. Programs should include short, medium, or long-term outcomes in the Logic Model. Applicants are not required to measure all components of their Logic Model. The applicant's performance measures should be consistent with the program's Logic Model and should represent significant program activities.

Rationales and justifications should be informed by the organization's performance data (e.g., program data observed over time that suggests targets are reasonable), relevant research (e.g. targets documented by organizations running similar programs with similar populations), or prior program evaluation findings.

Applicants with multiple interventions should complete one Logic Model chart which incorporates each intervention. Logic Model content that exceeds eight pages will not be reviewed.

**2. Evidence Base (20 points)**
The assessment of an applicant's evidence base has two parts. First, the applicant will be assigned to an evidence tier (use the Mandatory Supplemental Information). Second, the quality of the applicant's evidence and the degree to which it supports the proposed program design, including program aligned with the priority areas (use the A.2 Funding Priorities section), will be assessed and scored.

*Evidence Tier (12 points)*
An evidence tier will be assessed for each applicant for the purpose of understanding the relative strength of each applicant's evidence base and the likelihood that the proposed intervention will lead to outcomes identified in the Logic Model.

In 2023, the evidence tiers of successful AmeriCorps State and National applicants that were competing were as follows: Strong 25 percent, Moderate 12 percent, Preliminary 20 percent, and Pre-Preliminary 43 percent. As these figures indicate, AmeriCorps values and funds programs at all points along the evidence continuum and expects programs to progress along the evidence continuum over time.  Thus, **applicants should not be deterred from applying for funding due to their current evidence level**.

Applicants who have outcome or impact evaluation reports of the same intervention described in the application and Logic Model (use the Mandatory Supplemental Information for a definition of "same intervention") may submit up to two of those reports, plus (if applicable) the evaluation report from their last three-year grant cycle, to qualify for the Preliminary, Moderate, or Strong evidence tier. In order to qualify for consideration, the intervention evaluated in the submitted report(s) must match the intervention proposed by the applicant in the following areas, all of which must be clearly described in the Community and Logic Model sections of the application:

- Characteristics of the beneficiary population, including evidence of current or historic inequities facing the population;
- Characteristics of the population delivering the intervention;
- Dosage (frequency and duration) and design of the intervention, including all key components and activities;
- The context in which the intervention is delivered; and
- Outcome of the intervention.

Submitted reports that do not sufficiently match the intervention proposed by the applicant in all of these areas will not be considered applicable and will not be reviewed or receive any points. Submission of additional documents that are not consistent with the guidance and requirements described in the Notice (e.g., advocacy pieces, policy briefs, other narratives that are not research studies or program evaluations) will not be reviewed.

In the Evidence Tier section of the application narrative, applicants must (1) summarize the study design and key findings of any outcome or impact evaluation report(s) submitted and

(2) describe any other evidence that supports their program, including past performance measure data and/or other research studies that inform their program design.  Applicants who submit evaluation reports for consideration must also describe in the Evidence Base section of the application narrative how the intervention described in the submitted reports is the same as the intervention described in the application (use the Mandatory Supplemental Information.)

Applicants should provide citations for the studies they describe, if applicable; however, reviewers will not review any documents external to the application other than evaluation report(s) submitted in accordance with the Notice instructions.

Applicants must meet all requirements of an evidence tier in order to be considered for that tier.

If the evaluation reports submitted by the applicant do not meet the definitions in the Mandatory Supplemental Information, the applicant may be considered for a lower evidence tier.

*Evidence Quality (8 points)*
After the applicant's evidence tier has been assessed, the quality of the applicant's evidence and the extent to which it supports the proposed program design will be assessed and scored.

Applicants who are assessed as being in the Preliminary, Moderate, or Strong evidence tiers, reviewers will score the submitted evaluation reports using the following standards:
- The submitted reports are of satisfactory methodological quality and rigor for the type of evaluation conducted (e.g., adequate sample size and statistical power, internal and/or external validity, appropriate use of control or comparison groups, etc.);
- The submitted reports describe evaluations that were conducted relatively recently, preferably within the last six years;
- The submitted reports show a meaningful and significant positive effect on program beneficiaries or AmeriCorps members in at least one key outcome of interest.

Applicants that are assessed as being in the Pre-Preliminary evidence tier, reviewers will score the narrative provided in the Evidence Base section of the application using the following standards:
- The applicant uses relevant evidence, including past performance measure data and/or cited research studies, to inform their proposed program design;
- The described evidence is relatively recent, preferably from the last six years;
- The evidence described by the applicant indicates a meaningful positive effect on program beneficiaries or AmeriCorps members in at least one key outcome of interest.

Applicants assessed in the Pre-Preliminary evidence tier that do not provide adequate responses to the Evidence Quality standards will not meet the threshold requirements for this Notice and will not be considered for funding.

**3. Notice Priority (0 points)**
- The applicant proposed program fits within one or more of the AmeriCorps funding priorities and meets all of the requirements within that bullet/section as outlined in the A.2 Funding Priorities section and more fully described in the Mandatory Supplemental Information.

**4. Member Experience (6 points)**
- The applicant details how AmeriCorps members will be provided an opportunity to be leaders and gain skills during their term of service that will be valued by future employers (e.g., workforce pathways, increasing levels of responsibility and leadership roles for members).
- The applicant details how AmeriCorps members will be provided a high quality orientation to the community they will serve in that is from an asset based frame and guided and informed by the community.

**E.1.c. Organizational Capability (25 percent):**
Reviewers will consider the quality of the application's response to the following criteria below. Do not assume all sub-criteria are of equal value.

**1. Organizational Background and Staffing (15 points)**
- The applicant details the roles, responsibilities, and structure of the staff that will be implementing, providing oversight, and monitoring the program.
- The applicant has facilitated, partnered, or participated in educational or workforce development programs (i.e., pre-apprenticeship/registered apprenticeship, work experience and job training programs, etc.)
- The applicant describes their organization's mission and relevant experience in areas such as volunteer recruitment and management, community outreach, overcoming project implementation challenges, etc.

**2. Member Supervision (6 points)**
- The applicant details how AmeriCorps members will receive sufficient guidance and support from their supervisor to provide effective service (e.g., structure for member supervision: cadence and format of supervisor/AmeriCorps member check-ins, member and supervisor opportunities to assess strengths and opportunities for growth, member training plan, etc.).
- The applicant details how AmeriCorps supervisors will be adequately trained/prepared to follow AmeriCorps and program regulations, priorities, and expectations (e.g., structure for support of supervisors, training plan for supervisors related to supervision and AmeriCorps rules and regulations, cadence and format of AmeriCorps supervisors/their supervisors check ins, opportunities to assess strengthens and opportunities for growth of supervisors, etc.).

**3. Commitment to Diversity, Equity, Inclusion, and Accessibility (4 points)**
- The leadership and staff of the organization have similar lived experience as the beneficiary population and/or community being served.
- The applicant's definitions of diversity, equity, inclusion, and accessibility is demonstrated by the organization (e.g., diversity on the Board of Directors, agency

staff and leadership, and/or volunteers) and the organization upholds a supportive and safe environment for individuals of diverse backgrounds.

**E.1.d. Cost-Effectiveness and Budget Adequacy (25 percent):**
Reviewers will assess the quality of the application's response to the following criteria below.

**1. Member Recruitment (7 points)**
- The applicant provides a description of budget expenses to support successful recruitment of AmeriCorps members best suited to serve the community, for example from geographic or demographic communities in which the program operates.

**2. Member Retention (8 points)**
- The applicant provides a description of budget expenses to support retention of AmeriCorps members (e.g., additional member benefits such as increasing above the minimum living allowance, supporting workforce pathways, certifications, coaching for members, resume building, individual benefit as well as community building, network building, member recognition, alumni programming, etc.).

**3. Data Collection (7 points)**
- The applicant provides a description of budget expenses to support data collection, continuous improvement activities, and evaluation in service to evaluating the interventions and impact on the community and the member experience).

**4. Budget Alignment to Program Design (3 points)**
- The applicant's budget is aligned to the program design outlined in the narrative, meaning activities discussed in the narrative are incorporated in the budget in the agency or applicant share.

**E.1.e. Evaluation Plan (Required for recompeting applicants - 0 percent):**

If the applicant has previously received three or more years of competitive funding for the same project being proposed (use  the Mandatory Supplemental Information for the AmeriCorps definition of "same project"), the applicant must submit an evaluation plan as an attachment (use the D.7.b Submission of Additional Documents section for more information). If the applicant has previously received six or more years of competitive funding for the same project being proposed, the applicant must submit both an evaluation plan and an evaluation report as attachments.

Applicants should use the evaluation plan template found on the Notice webpage to craft their evaluation plans. The template document provides detailed information about the AmeriCorps evaluation requirements (45 CFR 2522.700 -.710)and specifies the information that must be provided for the evaluation plan to be approved by AmeriCorps. The evaluation plan will not be scored and will not be reviewed until after funding decisions have been made.

All applicants should enter "N/A" in the "Evaluation Summary or Plan" field of the Narrative. Any other text entered in this field will not be reviewed.

### E.1.f. Amendment Justification (0 percent):

Enter N/A. This field will be used if the applicant is awarded a grant and needs to amend it.

### E.1.g. Clarification Information (0 percent):

Enter N/A.

### E.1.h. Continuation Changes (0 percent):

Enter N/A. This field will be used to enter changes in the application narratives in continuation requests.

### E.2. Review and Selection Process

AmeriCorps will engage External Reviewers with relevant knowledge and expertise to assess and provide input on the eligible applications. The review and selection process is intended to produce a diversified set of high-quality programs that represent the priorities and strategic considerations described in this Notice. The determinations made by AmeriCorps reviewers may be different from what the applicant self-determined upon submission of its application. The stages of the review and selection process follow:

### E.2.a. Initial Application Compliance and Eligibility Review

AmeriCorps will conduct an initial Compliance and Eligibility Review to determine if an application meets the eligibility requirements published in this Notice and advances to the next stage of the review process.

An application is compliant if the applicant is:
- An eligible organization,
- Is eligible to apply for a Full Cost Fixed Grant,
- Eligible to submit directly to AmeriCorps, and
  - In order to be reviewed as a National Direct applicant rather than a Single-State applicant, at least two specific states must be named in the "multi-state operating sites" section of the application at the time of submission.
- Submitted an application by the submission deadline

Reviewing for eligibility is intended to ensure that only those applications that are eligible for award are further reviewed. However, determinations of eligibility can take place at any point during the application review and selection process. Applicants that are determined to be ineligible will not receive an award.

### E.2.b. Application Review
**External Review**

External Reviewers will assess applications based on the Program Design, Organizational Capability, Cost-Effectiveness and Budget Adequacy, and Evidence Selection Criteria. AmeriCorps will recruit and select reviewers on the basis of demonstrated expertise in AmeriCorps State and National programming and/or the Focus Areas, as well as experience assessing applications. All External Reviewers will be screened for conflicts of interest.

**Internal Review**

AmeriCorps will review and assess the input from the State Service Commissions about National Direct applications. Staff will also assess budget compliance and review for prohibited activities.

**Post-Review Quality Control**

After the initial review process is complete, AmeriCorps staff will review the initial results for fairness and consistency. Some applications may be selected for a Post-Review Quality Control assessment. This additional level of review will be used to ensure fairness and provide assurances that an application was not disadvantaged in the original review.

### E.2.c. Pre-Award Risk Assessment

AmeriCorps staff will assess the risks to the program posed by each applicant to determine an applicant's ability to manage Federal Funds. This evaluation is in addition to those about the applicant's eligibility and the quality of its application on the basis of the E.1. Selection Criteria. Results from this assessment will inform funding decisions. If AmeriCorps determines that an award will be made to an applicant with assessed risks, special conditions that correspond to the degree of assessed risk may be applied to the award. Applicants may not be selected for funding if AmeriCorps determines that the applicant's risks cannot be mitigated.

In assessing risks, AmeriCorps may consider the following criteria:
1. Due Diligence, including:
   - Federal debt delinquency
   - Suspension and debarment
   - Information available through Office of Management and Budget (OMB)- designated repositories of government-wide eligibility qualification or financial integrity information, such as:
     - U.S. Treasury Bureau of Fiscal Services
     - System for Award Management (SAM)
     - "Do Not Pay"
   - Reports and findings from single audits performed under Uniform Administrative Guidance and findings of any other available audits or investigations
   - IRS Tax Form 990
   - Oversight.gov
   - Public Litigation Records

2. Operational and Financial Management, including:
   - Financial stability
   - Operational and Financial Management Survey (OFMS)

3. Past Performance, including:
   - Applicant's record in managing previous AmeriCorps awards, cooperative agreements, or procurement awards, including:
     - Timely compliance with applicable reporting requirements
     - Accuracy of data reported
     - Validity of performance measure data reported
     - Conformity to the terms and conditions of previous Federal awards

- o Ability to effectively implement statutory, regulatory, or other requirements imposed on award recipients
- o Timely closeout of other awards
- o Meeting matching requirements
- o Extent to which any previously awarded amounts will be expended prior to future awards
- o Meeting National Service Criminal History Check (NSCHC) compliance (Use section F.2.d. National Criminal History Check Requirements and the NSCHC webpage for more information

4. Other Programmatic Risks, Financial, Organizational, Compliance, and Fraud including:
- Publicly available information, including from the applicant organization's website
- Amount of funding requested by the organization
- Other elements, such as keyword searches for prohibited activities

Applicants will find information to help them understand pre-award due diligence checks in the AmeriCorps Due Diligence Review Process and Compliance training available on the Manage Your Grant webpage. This content will help applicants obtain due diligence compliance and remain compliant throughout the grant life.

### E.2.d. Consideration of Integrity and Performance System Information

Prior to making any award that exceeds the $250,000, AmeriCorps is required to review and consider any information about the applicant that is in the designated integrity and performance system accessible through SAM.gov (See 41 U.S.C. §2313). Additionally, AmeriCorps may expand upon these requirements and use its discretion to review and consider information about any applicant receiving an award, including those under $250,000.

Any applicant may review information in the designated integrity and performance systems accessible through SAM.gov and comment on any information about itself that a Federal awarding agency previously entered and is currently in the designated integrity and performance system accessible through SAM.gov.

AmeriCorps may consider comments by any applicant, in addition to the other information in the designated integrity and performance system, in making a judgment about the applicant's integrity, business ethics, and record of performance under federal awards when completing its review of risk posed by the applicant under the E.2.c. Risk Assessment Evaluation section of this Notice.

### E.2.e. Selection for Funding

The review and selection process are designed to:
- Identify how well eligible applications are aligned with the E.1 application selection criteria
- Build a diversified portfolio based on the following strategic considerations:
  - o AmeriCorps Funding Priorities (Use Section A.2. Funding Priorities)
  - o meaningful representation of
    - ▪ rural communities
    - ▪ innovative community strategies

29

    ○  CEO discretion to advance strategic goals

AmeriCorps will assess an applicant's strategic considerations. Applicants must check the relevant boxes in the Program Information tab in AmeriCorps' web-based management system. Applicants should only check the boxes if the strategic consideration is a significant and intentional part of their program design and if implementation strategies are described in the application.

In selecting applicants to receive awards under this Notice, the Chief Executive Officer will endeavor to include a diverse portfolio of applications based on staff recommendations, alignment with selection criteria, and strategic considerations.

AmeriCorps reserves the right to prioritize funding existing awards over making new awards.

AmeriCorps reserves the right to award applications in an amount other than at the requested level of funding and will document the rationale for doing so.

***AmeriCorps reserves the right to adjust or make changes to the review process, if unforeseen challenges or urgent circumstances make it impossible, impracticable, or inefficient to conduct the review process as planned. Any such adjustments or changes will not affect the selection criteria (E.1.) that will be used to assess applications.***

### E.2.f. Applicant Resolution
AmeriCorps may ask an applicant for information after notification of competition results to resolve any issues prior to award. AmeriCorps will ask all grantees for a written compliance implementation plan that includes notification of waste, fraud, and abuse to the agency's OIG. An applicant's failure to respond adequately and in a timely manner may result in the removal of its application from the award process.

### E.3. Feedback to Applicants
Each compliant applicant will receive feedback from the External Review of its application.

### E.4. Transparency in Grantmaking
AmeriCorps is committed to transparency in grant-making. A list of all approved applications for new and re-competing applications will be published on AmeriCorps Funded Grants within 90 business days after all grants are awarded.

Submitted program narratives, executive summaries, a blank template of the external review worksheet, and a list of all external reviewers who completed the review process for successful applications will be available upon request via email to AmeriCorpsOGA@cns.gov.

Further information about funded grants and subgrants is also available in USASpending.gov.

## F. FEDERAL AWARD ADMINISTRATION INFORMATION

### F.1. Federal Award Notices

AmeriCorps will make awards following the selection announcement. AmeriCorps anticipates announcing the results of this funding opportunity by mid-April 2024 contingent on the availability of congressional appropriations. All applicants, successful or not, will be notified of funding decisions via email.

Notification of an award is not an authorization to begin activities. The Notice of Grant Award (NGA) signed by the Office of Grant Administration is the authorizing document. An awardee may not expend Federal Funds until the start of the Period of Performance identified on the Notice of Grant Award.

### F.2. Administrative and National Policy Requirements

### F.2.a. Uniform Guidance

All awards made under this Notice will be subject to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (Uniform Guidance), in [2 CFR Parts 200](#) and [2205](#)

### F.2.b. Requests for Monitoring or Payment Integrity Information

AmeriCorps will request documentation from award recipients in order to monitor the grantee and award to ensure compliance with legal requirements, including  the [Payment Integrity Information Act of 2019](#). Failure to make timely responses to these requests may result in award funds being placed on manual hold, reimbursement only status, or other remedies may be applied as appropriate.

### F.2.c. AmeriCorps Terms and Conditions

All awards made under this Notice will be subject to the FY 2024 AmeriCorps General Terms and Conditions, and the FY 2024 Program-Specific Terms and Conditions for the particular program (when applicable). These Terms and Conditions contain detailed, mandatory compliance and reporting requirements. Current versions of the AmeriCorps General and Program-Specific Terms and Conditions for each of its programs is available on the [AmeriCorps Manage Your Grant webpage.](#)

### F.2.d. National Service Criminal History Check Requirements

The National Service Criminal History Check (NSCHC) is a specific screening procedure established by law to protect the beneficiaries of national service. We encourage grantees to minimize barriers to service without putting their program beneficiaries at genuine risk. The law requires grantees to conduct and document NSCHCs on persons (including award-funded staff, national service participant, or volunteer) receiving a salary, living allowance, stipend, or education award through a program receiving AmeriCorps funds. This includes staff that receive part of their salary through a subgrant.

- Award recipients and subrecipients must conduct an NSCHC for AmeriCorps members, AmeriCorps Seniors volunteers, and staff funded under, or whose salary is

reflected as match on the award. Limited exceptions are described in [45 CFR 2540.201](#).
- AmeriCorps strongly encourages applicants to review the regulations and additional guidance to fully understand how to comply with the requirements. Use the [NSCHC regulations and guidance](#).
- AmeriCorps also strongly encourages award recipients to utilize the two AmeriCorps-approved vendors to conduct the required NSCHCs.
- The cost of conducting NSCHC is an allowable expense under the award and the individual subject to the NSCHC must not be required to cover the cost.
- Failure to fully comply with all NSCHC requirements will result in significant disallowed costs.

Recipients must complete the following criminal history checks:
1. National Sex Offender Public website through [NSOPW.gov](#) (nationwide check);
2. State criminal history record repository or agency-designated alternative for the individual's State of residence and State of service; and
3. Fingerprint-based check of the FBI criminal history record database through the State criminal history record repository or agency-approved vendor.

All checks must be conducted, reviewed, and an eligibility determination made before the individual begins work or service.

An individual is **not eligible** to serve or work in a position subject to the NSCHC requirements if the individual:
- Refuses to consent to a criminal history check;
- Makes a false statement in connection with a criminal history check;
- Is registered, or is required to be registered, on a state sex offender registry or the National Sex Offender Registry; or
- Has been convicted of murder, as defined in 18 U.S.C. 1111.

Use [45 CFR 2540.200– 2540.207](#) and [National Service Criminal History Check Resources](#) for complete information and FAQs.

### F.2.e. Official Guidance

AmeriCorps active Guidance is available on the [agency's Guidance webpage](#). The contents of these documents do not have the force and effect of law and are not meant to bind the public in any way unless incorporated into a contract or grant agreement. These documents are intended only to provide clarity to the public regarding existing requirements under the law or agency policies.

### F.3. Use of Material

To ensure that materials generated with AmeriCorps funding are available to the public and readily accessible to recipients and non-recipients, AmeriCorps reserves a royalty-free, nonexclusive, and irrevocable right to obtain, use, modify, reproduce, publish, or disseminate publications and materials produced under the award, including data, and to authorize others to do so ([2 CFR 200.315](#)).

**F.4. Reporting**

Recipients are required to submit a variety of reports that are due at specific times during the life cycle of an award. All reports must be accurate, complete, and submitted on time.

Cost Reimbursement grantees are required to provide annual progress reports and semi-annual financial reports through eGrants, AmeriCorps' web-based grants management system and an internal or external evaluation report as required by the AmeriCorps regulations 45 CFR 2522.500-2522.540 and 2522.700-2522.740.

Fixed Amount grantees are required to provide annual and final progress reports through eGrants, AmeriCorps' web-based grants management system and an internal or external evaluation report.

In addition, at the end of the award period, a grantee must submit final financial and progress reports that are cumulative over the entire award period and consistent with the closeout requirements. Fixed Amount grantees are exempt from the final financial report requirement. The final reports are due 120 days after the end of the period of performance.

Award recipients will be required to report at Federal Funding Accountability and Transparency Act Subaward Reporting System (FSRS) on all subawards over $30,000, and may be required to report on executive compensation for the recipient organization and its subrecipients. Recipients and subrecipients must have the necessary systems in place to collect and report this information. Use 2 CFR Part 170 for more information and to determine how these requirements apply.

Once the grant is awarded, recipients will be expected to have in place data collection and data management policies, processes, and practices that provide assurance that they are reporting high quality performance measure data. At a minimum, recipients should have policies, processes, and practices that address the following five aspects of data quality for themselves and for subrecipients (if applicable):
- Data measures what it intends to measure
- Data reported is complete
- Grantee collects data in a consistent manner
- Grantee takes steps to correct data errors
- Grantee actively reviews data for accuracy prior to submission.

Failure to submit accurate, complete, and timely required reports may affect the recipient's ability to secure future AmeriCorps funding.

**F.5. Continuation Funding Information and Requirements**

Organizations that have current AmeriCorps State and National awards that will be in program Year 2 or Year 3 in FY 2024 are considered continuation applicants. Continuation applicants must submit an application in order to be eligible to receive funding for the FY 2024 program year. Continuation applicants must follow the requirements for continuation application content as outlined in the Application Instructions.

Please use the Application Instructions for how to request use of unexpended funds.

33

Requests by existing continuation applicants for increases in the level of funding or number of positions will be assessed using the E.1. selection criteria  published in this Notice.

Continuation application review will also be based on progress reports, the federal financial report, evaluation plans, and AmeriCorps staff's knowledge of the grant program. To be approved for continuation funding, recipients must demonstrate satisfactory performance with respect to key program goals and requirements, as well as compliance with the terms and conditions of the grant.

AmeriCorps reserves the right to award applications in an amount less than the requested level of funding and will document the rationale for doing so.

## G. FEDERAL AWARDING Agency Contacts

For more information, call (202) 606-7508 or email AmericorpsGrants@cns.gov.

For technical questions and problems with the eGrants system, call the AmeriCorps Hotline at (800) 942-2677, selecting Option 3. Information about the AmeriCorps Hotline hours are also posted on the AmeriCorps Hotline webpage. Be prepared to provide the application ID, organization's name, and the name of the Notice to which the organization is applying.

## H. Other Information

### H.1. Technical Assistance

AmeriCorps will host technical assistance calls to answer questions about the funding opportunity and eGrants. AmeriCorps strongly encourages all applicants to participate in these sessions. Information for these technical assistance calls is available on the AmeriCorps' Funding Opportunities website.

Resources applicants need to effectively manage their grant award, including eGrants instructions, terms and conditions, individual match waiver, pre-award requirements, financial reporting requirements, and training and technical assistance materials are found on the Manage Your Grant webpage.

### H.2. Re-Focusing of Funding

AmeriCorps reserves the right to re-focus program dollars under this Notice in the event of disaster or other compelling needs.

## I. IMPORTANT NOTICES

### I.1. Public Burden Statement

Public reporting burden for collection of information under this Notice of Funding is estimated to average six hours per submission, including reviewing instructions, gathering and maintaining the data needed, and completing the application and reporting forms. AmeriCorps informs people who may respond to this Notice of Funding that they are not

required to respond unless the OMB control number and expiration date are current valid. (Use 5 CFR 1320.5(b)(2)(i)) This collection is approved under OMB Control #: 3045-0047, Application Instructions, State and National Competitive, New and Continuation, Expiration Date: September 30, 2023.

### I.2. Privacy Act Statement

The Privacy Act of 1974 (5 U.S.C §552a) requires that we notify applicants that the information requested under this Notice of Funding is collected pursuant to 42 U.S.C. §12592 and 12615 of the National and Community Service Act of 1990 as amended, and 42 U.S.C. §4953 of the Domestic Volunteer Service Act of 1973 as amended.

Purposes and Uses - The information requested is collected for the purposes of reviewing grant applications and granting funding requests. Routine uses may include disclosure of the information to Federal, state, or local agencies pursuant to lawfully authorized requests. In some programs, the information may also be provided to Federal, state, and local law enforcement agencies to determine the existence of any prior criminal convictions. The information may also be provided to appropriate Federal agencies and contractors that have a need to know the information for the purpose of assisting the government to respond to a suspected or confirmed breach of the security or confidentiality or information maintained in this system of records, and the information disclosed is relevant and unnecessary for the assistance.

Effects of Nondisclosure - The information requested is voluntary; however, to be a recipient of this grant program, disclosure of personal or sensitive information is required to receive federal benefits.

## APPENDIX I – AmeriCorps Focus Areas

**AmeriCorps Focus Areas**

The National and Community Service Act of 1990, as amended by the Serve America Act, emphasizes measuring the impact of service and focusing on a core set of issue areas. In order to carry out Congress's intent and to maximize the impact of investment in national service, and to achieve the goals laid out in AmeriCorps' Strategic Plan (2022-2026), AmeriCorps has the following Focus Areas:

**Disaster Services**
Helping individuals and communities prepare for, respond to, recover from, and mitigate the effects of disasters and increase community resiliency.

**Economic Opportunity**
Improving the economic well-being and security of underserved individuals.

**Education**
Improving educational outcomes for underserved people, especially children. AmeriCorps is particularly interested in program designs that support youth engagement and service learning as strategies to achieve high educational outcomes.

**Environmental Stewardship**
Supporting communities to become more resilient through measures that reduce greenhouse gas emissions, conserve land and water, increase renewable energy use and improve at-risk ecosystems, especially in underserved households and communities.

**Healthy Futures**
Supporting for health needs within communities, including mitigating the impacts of public health crises, access to care, aging in place, public health, and addressing childhood obesity, especially in underserved communities.

**Veterans and Military Families**
Improving the quality of life of veterans, military families, caregivers, and survivors.