DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:     (415) 554-3894
Facsimile:      (415) 437-4644
E-Mail:          molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, SBN 224018
bhur@willkie.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@willkie.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@willkie.com
STEPHEN HENRICK, SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON, SBN 327699
avernon@willkie.com
MICHAEL MORIZONO, SBN 359395
mmorizono@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:     (415) 858-7400

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425<br><br>**DECLARATION OF DR. MARIA SU IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION MOTION SHOULD NOT ISSUE** |

SU DECL. ISO MOTION FOR
TRO CASE NO. 3:25-cv-02425

I, Dr. Maria Su, declare and state the following:

1. I am Superintendent of the San Francisco Unified School District. I have served in that role since October 2024. Prior to that time, I was the Executive Director of the San Francisco Department of Children, Youth, and their Families.

2. San Francisco Unified School District (SFUSD) is the seventh largest school district in California, educating over 50,000 students every year.

3. SFUSD serves a diverse, urban population in 122 different schools. A quarter of our students are English language learners. Thirteen percent are white, meaning 87% of our students are of varied backgrounds, including Latino, Asian, Filipino, Black, multi-racial, Pacific Islander, and more. Fifty-six percent are considered socioeconomically disadvantaged.

4. SFUSD's core values include putting students' needs first with a focus on the whole child, standing with those most vulnerable in our community, respecting and seeking to understand each person, and being an inclusive and anti-racist district. These values are important to SFUSD because they help all children in the district to learn and succeed.

5. SFUSD is experiencing a significant budget deficit due to declining enrollment trends, reduced state funding, and rising expenditures. The district must implement $113 million in reductions for 2025-26 to balance its budget. To close the $113 million deficit for the 2025-26 school year, it will be necessary to reduce the district's existing workforce in central office and across schools. Accordingly, last month, SFUSD issued preliminary layoff notices for over 500 positions.

6. In this budget climate, losing around $667,000—which is being used to fund 44 AmeriCorps members to provide services, including one-on-one mentoring to vulnerable students—would be a significant hardship.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on March 10, 2025.

_____
MARIA SU