1   DAVID CHIU, SBN 189542
    City Attorney
2   YVONNE R. MERÉ, SBN 175394
    Chief Deputy City Attorney
3   MOLLIE M. LEE, SBN 251404
    Chief of Strategic Advocacy
4   SARA J. EISENBERG, SBN 269303
    Chief of Complex and Affirmative Litigation
5   MOLLY J. ALARCON, SBN 315244
    Deputy City Attorney
6   Fox Plaza
    1390 Market Street, 7th Floor
7   San Francisco, CA 94102-5402
    Telephone:    (415) 554-3894
8   Facsimile:    (415) 437-4644
    E-Mail:    molly.alarcon@sfcityatty.org
9
    Attorneys for Plaintiff
10  SAN FRANCISCO UNIFIED
    SCHOOL DISTRICT
11

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, SBN 224018
bhur@willkie.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@willkie.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@willkie.com
STEPHEN HENRICK, SBN 310539
shenrick@willkie.com
ALYXANDRA VERNON, SBN 327699
avernon@willkie.com
MICHAEL MORIZONO, SBN 359395
mmorizono@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:    (415) 858-7400

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

12

13

14

15

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE, | Case No. 3:25-cv-02425 |
| Plaintiffs, | **DECLARATION OF HENRI HAMMOND-PAUL IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |
| vs. | |
| AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps, | |
| Defendants. | |

I, Henri Hammond-Paul, declare and state the following:

1.      I am employed by the City of Santa Fe ("Santa Fe" or the "City") and serve as Director of Community Health and Safety. I have held this position since September 2024.

2.      As part of my role, I oversee the Community Services Department for the City. That Department includes the Senior Services Division, which is responsible for the administration and implementation of the City's AmeriCorps Seniors programs, including the Foster Grandparent Program ("FGP"), the Senior Companion Program ("SCP"), and the Retired & Senior Volunteer Program ("RSVP"). These programs are vital to the well-being of children, seniors, and community members across Santa Fe.

3.      Santa Fe has administered these programs for several years, providing critical support services to those in need. Through these programs, volunteers aged 55 and older serve in various capacities, including mentoring at-risk children, supporting independent living for seniors, and providing essential community services.

## I.      Background on Santa Fe's AmeriCorps Seniors Program

4.      The FGP places senior volunteers in schools, Head Start programs, and daycare centers to serve as mentors and tutors for at-risk children. Foster Grandparents provide one-on-one educational support in reading, arithmetic, and social-emotional development, helping children build the confidence and academic skills necessary for lifelong success. Many of the children served come from low-income households, non-English-speaking families, or backgrounds with limited access to early education support.

5.      The program is designed with the goal that personal attention each child receives from a volunteer Foster Grandparents assists with the self-confidence and self-value needed for the child to eventually become a productive citizen of society.

6.      The AmeriCorps grant funding the FGP consists of $38,013 from July 1, 2024, to June 30, 2025. A copy of that grant agreement is attached as Exhibit A.

7.      The SCP supports older adults who are homebound, disabled, or struggling with isolation. Senior Companions assist clients with daily living activities, medical transportation, grocery shopping, light housekeeping, and social engagement. These services enable seniors to age in place safely and avoid institutionalization, financial hardship, and isolation.

8.      Senior Companions offer companionship and develop friendships with their senior citizen clients.

9.      The AmeriCorps grant funding for this program consists of $2,500 as a one-time grant. A copy of that grant agreement is attached as Exhibit B.

10.     Foster Grandparents and Senior Companions must be 55 and older, with limited income, and must pass a background check to qualify as volunteers. Grant funding covers the cost of recruiting, onboarding, and training new volunteers. Additionally, the AmeriCorps grants allow Santa Fe to offer volunteers a modest tax-free stipend ($4.00/hour); transportation reimbursement ($.45/mile up to 120 miles/week); meal reimbursement, largely for Foster Grandparents who take brown bag lunch or purchase lunch at school ($1.50/meal).

11.     The AmeriCorps grants also allow city staff to conduct ongoing monthly training materials for volunteers and cover the supplemental liability insurance for each volunteer.

12.     The AmeriCorps grant funding allows Santa Fe to hold an annual recognition event with token recognition gifts for volunteers to thank them for their service. All volunteers must submit timesheets to the City detailing their work with each program, and the city then prepares bi-weekly stipends accordingly.

13.     The RSVP places approximately 300 volunteers at over 50 nonprofit and civic organizations throughout Santa Fe. RSVP volunteers support food banks, homeless shelters, literacy programs, environmental conservation efforts, and community safety initiatives. Volunteers choose roles based on their skills, interests, and availability, with commitments ranging from a few hours per week to full-time service.

14.     The AmeriCorps grant funding for the RSVP program consists of $52,500 from April 1, 2024 to March 31, 2025. A copy of that grant agreement is attached as Exhibit C.

15.    The AmeriCorps grant for the RSVP program allows Santa Fe to offer volunteers mileage reimbursement, dependent on budget, and covers the supplemental liability insurance for each volunteer. It also allows the city to hold an annual recognition event with token recognition gifts for volunteers to thank them for their service.

16.    Combined, these three AmeriCorps-funded programs expand the capacity of schools, nonprofit organizations, and service agencies across Santa Fe, helping to bridge gaps in education, senior care, and community resilience.

**II.    The Federal Government's New Requirements and Their Impact on Santa Fe**

17.    On February 14, 2025, Santa Fe received a notice from AmeriCorps stating that all federally funded programs must certify compliance with new executive orders issued by President Trump. The notice required Santa Fe to confirm compliance recent executive orders and that its programs do not "promote DEI activities" by February 19, 2025. A true and correct copy of the notices for each program are attached as Exhibit D.

18.    Given the short deadline, and in response to direction from AmeriCorps, Santa Fe formally requested a three-week extension on February 19, 2025, citing the need for internal review, legal consultation, and programmatic assessment. A true and correct copy of this request is attached as Exhibit E.

19.    Santa Fe requested the extension because the new Santa Fe City Manager, who oversees the staff administering the relevant city grants and funds, started on or around February 10, 2025, and was actively onboarding during the requested response window. Additionally, Santa Fe was determining whether any response to AmeriCorps required involvement by the Santa Fe Governing Body. The next Governing Body meeting with the opportunity to add an agenda item was scheduled for March 12, 2025.

20.    Santa Fe made its request for an extension in accordance with the AmeriCorps notice, which stated that extensions could be granted for extenuating circumstances, including scheduled leave or internal approval processes requiring additional time.

21.    AmeriCorps rejected Santa Fe's requested extension. The agency instead extended the deadline to respond to February 24, 2025. Subsequently, AmeriCorps accelerated the deadline to

1    February 21, 2025 at noon mountain time.

2          22.    On February 21, 2025, Santa Fe submitted amended grant applications for all three

3    grants. In doing so, the City registered "profound disagreement with what Santa Fe understood to be

4    the intent, philosophy and legal authority of this Executive Order." A true and correct copy of that

5    email (which includes related correspondence) is attached hereto as Exhibit F.

6    **III.    Activities that Could be Construed as Violating the Executive Orders and/or New Terms**

7          23.    While the City objects to these new restrictions, the potential loss of at least $93,013 in

8    federal funding for FGP, SCP, and RSVP places vital services at risk. For this reason, the City has

9    taken steps to maintain the funding, including by amending its grants.

10          24.    The new restrictions have created a chilling effect on the programs by threatening their

11    long-term stability, which has impacted the City's ability to recruit potential volunteers and build or

12    maintain partnerships that are crucial to the success of the programs.

13          25.    Santa Fe is also uncertain about what compliance with the new terms and conditions

14    means and it is our belief that elimination of program elements that might "promote DEI activities"

15    will make the programs less effective and impactful for participants.

16          26.    The ambiguous language of the new AmeriCorps requirements creates uncertainty

17    about what aspects of the FGP, SCP, and RSVP may be deemed "noncompliant." Several program

18    activities could be interpreted as promoting DEI despite their longstanding service-based focus.

19          27.    Foster Grandparents support diverse student populations. Many children in the program

20    are Latino, Native American, bilingual learners, or come from economically disadvantaged

21    backgrounds. The one-on-one mentorship provided by Foster Grandparents inherently works to close

22    opportunity gaps in education—which could be interpreted as a DEI-related effort.

23          28.    RSVP volunteers support culturally inclusive initiatives. Volunteer placements include

24    food security programs, literacy projects, and community engagement initiatives tailored to meet the

25    needs of underrepresented groups. The new AmeriCorps restrictions could require the elimination of

26    bilingual outreach, cultural competency training, and targeted services.

27          29.    Senior Companions provide care for homebound individuals, many of whom belong to

28    historically underserved populations. If the new AmeriCorps restrictions prohibit services tailored to

1  specific demographics, the program may no longer be able to prioritize clients facing systemic barriers
2  to care.

3      30.    Additionally, training for volunteers offered by Sants Fe includes topics such as
4  trauma-informed care, social-emotional learning, and cultural competency. These trainings equip
5  volunteers to serve their communities effectively, but under the new restrictions, they may need to be
6  removed or rewritten.

7      31.    If funding is revoked or program elements must be removed, the City may be forced to
8  reduce mentorship opportunities for at-risk youth; cut culturally responsive training for volunteers;
9  and/or scale back initiatives that target historically underserved populations. All of these changes
10  would fundamentally alter the nature of the services provided and threaten the long-term sustainability
11  of the programs.

12      32.    Questions surrounding the scope of the recent executive orders as well as the new terms
13  and condition imposed by AmeriCorps has created significant uncertainty for Santa Fe. The City's
14  AmeriCorps-funded programs are trying to determine whether long-standing practices are compliant.

15      33.    Santa Fe's AmeriCorps-funded programs serve a heterogeneous and interwoven
16  community—low-income seniors who rely on stipends, children in need of mentors, and families who
17  depend on vital support services. The communities served by the programs includes Latino, Hispanic,
18  Native American, and non-native English speakers.

19      34.    Without further clarity, the City is forced to operate in the dark, risking funding cuts,
20  service disruptions, and significant consequences for those who need help most. This instability does
21  not just have administrative impacts—it threatens the well-being of Santa Fe's most vulnerable
22  residents and the fabric of our community.

23      35.    Santa Fe strongly objects to the coercive nature of the AmeriCorps's approach to
24  implementing these changes. The sudden and arbitrary nature of these requirements threatens
25  longstanding programs that have demonstrably improved lives in our community.

26      36.    Santa Fe should not be placed in the untenable position of choosing between modifying
27  programs in ways that undermine their core mission or losing funding that directly benefits at-risk
28  populations.

**IV.    AmeriCorps's Requests Relating to RSVP Grant Renewal**

37.    On March 10, 2025, Santa Fe received correspondence from AmeriCorps regarding the renewal of its RSVP grant. A true and correct copy of that correspondence is attached as Exhibit G.

38.    The letter relates to grantee compliance with various executive orders and raises questions about the use of terms such as "diversity" "equity" and "gender identity" in Santa Fe's RSVP grant application.

39.    According to the correspondence, AmeriCorps requires a response by March 17, 2025, and Santa Fe must choose among three options: make no revisions and certify compliance; make revisions to comply with the executive orders; or relinquish the grant.

40.    As of the date of this declaration, Santa Fe has not decided how to respond to this correspondence from AmeriCorps. The concerns about changing the RSVP and other programs described above apply to future awards for the RSVP as well.

//

//

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct to the best of my knowledge, and that this declaration was executed in

3    Santa Fe, New Mexico, on this 11th day of March, 2025.

4

5

6    _____        3.11.2025

        HENRI HAMMOND-PAUL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A




# City of Santa Fe, New Mexico
## Memorandum

**DATE:** July 1, 2024

**TO:** John W. Blair City Manager

**VIA:** Maria Sanchez Tucker, Community Services Department Director
Manuel Sanchez, Senior Services Division Director

*Maria Tucker (Aug 12, 2024 09:06 MDT)*

**FROM:** Theresa Trujillo, Program Manager

---

**ITEM AND ISSUE:**
Request for Approval of Grant Award Agreement No. 23SFDNM002 (Foster Grandparent Program) with Corporation for National and Community Service for Providing Foster Grandparent Volunteer Services in the Total Amount of $38,013.00 through June 30, 2025; Theresa Trujillo, Volunteer Program Manager tptrujillo@santafenm.gov.

**BACKGROUND AND SUMMARY:**
The Division of Senior Services is requesting the approval of the Corporation for National and Community Service (CNCS) No. 23SFDNM002 for the Foster Grandparent Volunteer Program (FGP). The attached Notice of Grant Award agreement No. 23SFDNM002 reflects the Grant Agreement with the CNCS for the FGP Program. The awarded appropriation for the FGP Program is in the amount of $38,013.00 for FY25.

Our Foster Grandparent program provides opportunities for our senior volunteers to serve children in classrooms or head starts who have special or exceptional needs, through one-on-one tutoring and mentoring, to maintain or improve the children's health status and psychosocial functioning.

**CONTRACT NUMBER:**
The FY25 Munis contract number is
Project Ledger # 2524112

**FUNDING SOURCE:**
The funding source is via a reimbursable CNCS grant #23SFDNM002.
**Fund Name/Number:** SENCITZGRT/241
**Munis Org Name/Number:** US Department of Health and Human Services/490510
                                                   Senior Volunteer Programs/2410116
**Munis Object Name/Number:** Various

**ACTION REQUESTED:**
The Community Services Department respectfully requests your review and approval.

**ATTACHMENTS**:
Procurement Checklist
Summary of Contracts
Notice of Grant Award
SCP and FGP Terms and Conditions
Project Ledger Request Approved Form FGP Program

CoSF Version 4 12.1.23



# City of Santa Fe
## Summary of Contract, Agreement, Amendment & Lease

**All applicable fields to be completed by department (complete 1.b only if you are processing an amendment):**

**1.a** Munis Contract:_____ Procurement # (RFP/ITB# If any):[_____]

Contractor: CORPORATION FOR NATIONAL AND COMMUNITY SERVICE

*Procurement Method/Vehicle:* Small Purchase ☐  RFP ☐  ITB ☐  Sole Source ☐  GSA ☐  Cooperative ☐  Exempt ☐  SWPA/Existing ☐

Description/Title: Administer the Foster Grandparent Program (FGP)

Contract: ○   Agreement: ◉   Lease/Rent: ○   Amendment: ○

Term Start Date: 07/01/2024   Term End Date: 06/30/2025   Total Contract Amount: $38,013.00

☐ Approved by Council *(if over the City Manager's approval threshold, you must go through GB)* _____

Contract / Lease: CNCS #23SFDNM002

**1.b** Amendment #:_____ to the Original Contract/Lease # _____

Increase/(Decrease) Amount $: _____

Extend Expiration Date to: _____

☐ Approved by Council *(if the original went through GB, all amendments must go through GB regardless of the amendment reason)* Date:_____

Amendment is for:

---

2. **HISTORY** of Contract, Amendments & Lease / Rent - Please Elaborate (option: attach spreadsheet if multiple amendments)

The City of Santa Fe Division of Senior Services has been receiving Federal grant funds from the Corporation for National and Community Service for over 20 years to administer the Foster Grandparent Volunteer Program (FGP).

3. Procurement History:_____

   Purchasing Officer Review:_____   Date:_____
   
   Comment & Exceptions:_____

4. Funding Source: US HHS - 490510   Org / Object: Various

   *Andy Hopkins*   Aug 12, 2024
   
   Budget Officer Approval:   Date:
   
   Comment & Exceptions:_____

5. Grant History (if applicable):_____

   Grants Administrator Approval:_____   Date _____

*Staff Contact who Completed This Form:* Theresa Trujillo   Phone #:505-955-4745

**To be recorded by City Clerk:**   Email: tptrujillo@santafenm.gov
Clerk #_____
Date of Execution:_____

ITT Representative (attesting that all information is reviewed)   Title   Date

ITEM #24-0564

## Notice of Grant Award

**For Official Use Only**

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SFDNM002 | Performance Period: | 07/01/2023 - 06/30/2026 |
| Amendment No.: | 1 | Budget Period: | 07/01/2024 - 06/30/2026 |
| CFDA No.: | 94.011 | Grant Year: | 2 |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $27,119 | $27,119 |
| Grantee's Unobligated Balance (Carryover) | $0 | $10,894 | $10,894 |
| Total Available | $0 | $38,013 | $38,013 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $35,513 |
| Total CNCS Funds Awarded to Date | $62,632 |

### Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-P71-OPO-26000-4101 | $27,119.00 |

### Special Conditions

Santa Fe City Foster Grandparent Program does not have a current single audit in the FAC. A special condition is added on the award for the granteeto submit the single audit to the FAC by September 30, 2024 for this award or the grant may be placed on manual hold

### Award Description

This award funds the approved 2024–25 SCP program. Your 2024–25 statutory match is 10% and your budgetary match is 85.91%.

This award is approved to add $2,500 in one-time additional funds for travel related to training in FY 24.

This award also includes $10,894 in unexpended funds, $0 is approved as carry forward and the remaining $10,894 offsets the amount of new funds awarded.

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

**Foster Grandparent Program**

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **1** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | | Grant Year: | **2** |

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

_Sarah Fosbaugh_     06/27/2024

Signature                          Award Date

Sarah Fosbaugh

Senior Grants Officer

Daisy Gallardo, 202-815-4248

Grants Officer

Katie Klitgaard

Program Officer

City of Santa Fe

Legal Applicant

Theresa Trujillo

Project Director

Sandra M. Duran

Certifying Official/Executive Officer

 

# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form

Date of Request: 06/27/2024

Project Title: CNCS Foster Grandparent Program (FGP)

Project Type: ☐ CIP  ☐ Grant  ☑ Internal Tracking

Department: Comm. Services/Seniors     Project Manager: Theresa Trujillo     Ext: 4745

Project Date Range: 07/01/2024  to  06/30/2025     ☐ Create Fixed Asset

| | |
|---|---|
| Project ID: | COM2524112 |
| Grant ID: | F2505 |
| Approved By: | BSG/ MB 7/21/24 |
| | (Finance Use Only) |

☐ Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: US Dept of Health & Human Services     % of Funding: 100

MUNIS ORG: 2410116     MUNIS OBJ: 490510     Awarded Amount: $38,013.00

Funding Source: STATE TBD     % of Funding: _____

MUNIS ORG: _____     MUNIS OBJ: _____     Awarded Amount: _____

**Expense String Phase:**   LOCAL TBD

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. <u>For Grants</u> can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: **SEE ATTACHED SHEET**  MUNIS ORG: 2410116     MUNIS OBJ: SEE ATTACHED SHEET

**Grants Only** (list all grants if applicable):

Grantor Name: Corporation for National and Community Service     Awarded Amount: $38,013.00

AR Charge Code: 2410116.490510     ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: A# 23SFDNM002     Federal CFDA (if applicable): 94.011

Grantor Name: _____     Awarded Amount: _____

AR Charge Code: _____     ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: _____     Federal CFDA (if applicable): _____

*(If grants please provide all grant award documents with form)*     ☑ Attached Grant Documentation

**FY25 FGP FEDERAL BUDGET EXPENSES**

**PROJ.LEDGER#**
**COM2524112**

| ORG | OBJECT | ACCT NAME | | AMOUNT |
|---|---|---|---|---|
| 2410116 | 500110 | SALARIES | $ | 6,000.00 |
| 2410116 | 503100 | FICA | $ | 1,642.00 |
| 2410116 | 503150 | PERA | $ | 1,800.00 |
| 2410116 | 503200 | EMP. HEALTH INS. | $ | 5,600.00 |
| 2410116 | 510340 | OTHER CONSULTING | $ | 150.00 |
| 2410116 | 530200 | OPERATING | $ | 400.00 |
| 2410116 | 560200 | OUT OF STATE PER DIEM | $ | 1,400.00 |
| 2410116 | 560500 | OUT OF STATE TRANS. | $ | 1,100.00 |
| 2410116 | 560550 | IN STATE TRANS. | $ | 2,297.00 |
| 2410116 | 562850 | RECOGNITION | $ | 320.00 |
| 2410116 | 562900 | RECRUITMENT | $ | 600.00 |
| 2410116 | 562975 | STIPENDS | $ | 16,704.00 |
| | | | $ | **38,013.00** |

| 2410116 | 490510 | US HHS (AmeriCorps-Federal) | $ | 38,013.00 |

Signature: _Matthew Bonifer_
Matthew Bonifer [Jul 21, 2024 17:19 MDT]

Email: mtbonifer@santafenm.gov

**2024 Terms and Conditions for AmeriCorps Seniors Foster Grandparent (FGP) and Senior Companion Programs (SCP)**

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the General Terms and Conditions, are binding on the recipient**.

## Table of Contents

I.      CHANGES FROM THE 2023 FGP and SCP PROGRAM TERMS AND CONDITIONS....................... 1

II.     AWARD PERIOD AND INCREMENTAL FUNDING................................................................. 1

III.    PROHIBITION ON USE OF FUNDS ................................................................................. 2

IV.     STIPENDS ............................................................................................................. 4

V.      FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS ......................................................... 5

VI.     EXTERNAL EVALUATION AND DATA COLLECTION ............................................................. 5

VII.    LOBBY DISCLOSURE ............................................................................................... 5

VIII.   REPORTING REQUIREMENTS...................................................................................... 6

IX.     PROGRAM INCOME ................................................................................................ 7

X.      BUDGET AND PROGRAMMATIC CHANGES .................................................................... 7

XI.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING ................................................ 8

XII.    KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING ...................................... 9

XIII.   FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES ........................................... 9

## I.      CHANGES FROM THE 2023 FGP and SCP PROGRAM TERMS AND CONDITIONS

- Replaced eGrants with AmeriCorps' Grants Management System throughout.
- Section VIII.A. Updated progress reporting period dates
- Section VIII.B. Update financial reporting dates
- Section VIII.C. Added this section
- Section XI: Replaced the link to the NSCHC eCourse
- Section XIII: Added the new Fraud Awareness Training section

## II.     AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project period, AmeriCorps

generally provides funds for only the first year of operation.  Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations. Grantees must submit a continuation application to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

## III.   PROHIBITION ON USE OF FUNDS

As specified in 42 U.S.C. § 5043(c), as well as in 45 CFR §§ 2551.121 and 2552.121, while charging time to a Senior Companion or Foster Grandparent or Senior program, accumulating service or training hours, or otherwise performing activities supported by the Senior Companion or Foster Grandparent Program or AmeriCorps, staff and volunteers may not engage in the following activities:

### A.    Political activities.

1.  No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity. No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

    a.  Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

    b.  Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

    c.  Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But, in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2.  Notwithstanding 42 U.S.C. § 5043(c), and 45 CFR §§ 2551.121(a)(3) and 2552.121(a)(3), anti-lobbying language in AmeriCorps's current appropriations legislation (like anti-lobbying language in AmeriCorps's past appropriations legislation) prohibits recipients from using  AmeriCorps funds  to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation,

2

appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B.    Non-displacement of employed workers.**

An AmeriCorps Seniors volunteer in the Senior Companion or Foster Grandparent Program may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of employees, or impair existing contracts for services.

**C.    Compensation for service.**

A Senior Companion or Foster Grandparent Program agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any Senior Companion or Foster Grandparent program, may not request, or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

1.    The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the grant or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps grant.

2.    A volunteer station may contribute to the financial support of the Foster Grandparent or Senior Companion Program. However, this support may not be a required precondition for a potential station to obtain Senior Companion or Foster Grandparent Program services.

3.    If a volunteer station agrees to provide funds to support additional AmeriCorps Seniors volunteers, or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

4.    Under no circumstances may AmeriCorps Seniors volunteers receive fees for service from service recipients, their legal guardians, members of their family, or friends.

**D.      Labor and anti-labor activity.**

The sponsor may not use grant funds directly or indirectly to finance labor or antilabor organizations or related activities.

**E.      Fair labor standards.**

A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

**F.      Religious activities.**

Neither an AmeriCorps Seniors volunteer, nor a member of the project staff funded by AmeriCorps, may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her duties.

1.      A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

**G.      Nepotism.**

Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the community group established by the sponsor and prior notification and approval by AmeriCorps.

**H.      Abortion Services or Referrals.**

While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of abortion services.

**IV.    STIPENDS**

The recipient may not expend funds approved for payment of stipends for any other purpose without the prior written approval of AmeriCorps' Portfolio Manager.

4

**V.    FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS**

Failure of the Recipient to maintain Volunteer Service Year (VSY) program levels in accordance with the approved work plan and budget covered by the Notice of Grant Award may result in a reduction of funding for the succeeding year in accordance with AmeriCorps Seniors program policies.

**VI.    EXTERNAL EVALUATION AND DATA COLLECTION**

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts. As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

**VII.    LOBBY DISCLOSURE**

**A.**    No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

**B.**    Any recipient who requests or receives a grant from AmeriCorps must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of the Federal Government in connection with a specific grant or cooperative agreement. By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section VII.A. above.

**C.**    For AmeriCorps Seniors grant awards in the Foster Grandparent and Senior Companion Programs that exceed $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Senior Portfolio Manager.

5

## VIII.   REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A.**    **Progress Reports.**  The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| July 30 | July 1 – June 30 |

**B.**    **Financial Reports.**  The recipient must complete and submit financial reports in AmeriCorps' Grants Management System to report the status of all funds.  The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the grant over the performance period of the grant, in accordance with AmeriCorps guidelines.

Recipients submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| January 30 | July 1 – December 31 |
| July 30 | January 1 – June 30 |

Recipients with budget periods starting in July submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| July 30 | January 1 – June 30 |
| January 30 | July 1 – December 31 |

**C.**    **Reporting Other Federal Funds.**  The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due July 30 or at the time the final financial report is submitted if the final report is due prior to July 30.

**D.**    **Final Financial Report.**  Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in AmeriCorps'

Grants Management System.  This final financial report is due no later than 120 days after the end of the project period.

**E.**     **Requests for Extensions.**  Each recipient must submit required reports by the given dates.  Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Portfolio Manager, as appropriate.

## IX.    PROGRAM INCOME

**A.**     **General.**  Income, including fees for service earned as a direct result of the grant-funded program activities during the grant period, must be retained by the recipient and used to finance the grant's non-AmeriCorps share.

**B.**     **Excess Program Income.**  Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR § 200.307(e)(1) and be deducted from total claimed costs, or with prior written approval from AmeriCorps, the requirements of 2 CFR § 200.307(e)(2) through a budget amendment have unexpended program income must report it on line "o" of the Federal Financial Report (FFR).

**C.**     **Fees for service.**  When using assistance under this grant, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1.     The service benefits a for-profit entity.

2.     The service falls within the other prohibited activities set forth in statute, regulation, or these grant terms and conditions.

## X.    BUDGET AND PROGRAMMATIC CHANGES

**A.**     **Programmatic Changes.**  The recipient must first obtain the prior written approval of the AmeriCorps Portfolio Manager before making any of the following changes (1-3):

1.     Changes in the scope, objectives or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2.     Substantial changes in key personnel specified in the application.

3.     The disengagement from the project for more than three months, or at least a 25 percent reduction in time devoted to the project by the approved Project Director.

7

Upon notification to the AmeriCorps Portfolio Manager, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps grant requirements with the AmeriCorps Portfolio Manager. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

B.  **Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Portfolio Manager before deviating from the approved budget in any of the following ways:

1.  Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal grants at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2.  Purchases of Equipment over $5,000 using grant funds, unless specified in the approved application and budget.

3.  Unless the AmeriCorps share of the grant is $100,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

C.  **Approval of Programmatic and Budget Changes.** AmeriCorps' Portfolio Managers are the only officials who have the authority to alter or change the terms and conditions or requirements of the grant. Portfolio Managers will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a Notice of Grant Award. Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Portfolio Manager.

## XI.  NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients **must** complete and retain a certificate of completion of the AmeriCorps National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The

AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/?C=325500.  Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient.  The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.

## XII.    KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' Key Concepts of Financial Grants Management eCourse training every year to ensure that recipients are aware of major financial grants management requirements for all federal recipients. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at:  https://americorpsonlinecourses.litmos.com/account/login/?C=7513619.

Each grant recipient must identify at minimum one staff person who has some responsibility for financial grants management compliance to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

## XIII.    FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES

All recipients must complete and retain a certificate of completion of the AmeriCorps Fraud Awareness Training for AmeriCorps Grantees eCourse every year to ensure that recipients are aware of fraud risk and controls. The AmeriCorps eCourse can be found at: https://americorpsonlinecourses.litmos.com/course/7297781?r=False&ts=638423923369763818.

Each grant recipient must identify at minimum one staff person to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

IN WITNESS WHEREOF, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:

*John Blair*
John Blair (Sep 16, 2024 17:05 MDT)
JOHN BLAIR, CITY MANAGER

DATE: Sep 16, 2024

ATTEST:

GERALYN CARDENAS, INTERIM CITY CLERK

CITY ATTORNEY'S OFFICE:

                                          Sep 5, 2024
REBECCA MNUK-HERRMANN, ASSISTANT CITY ATTORNEY

                                          Sep 15, 2024
EMILY OSTER, FINANCE DIRECTOR

# FGP-25 CM Packet

Final Audit Report                                                                2024-09-16

| | |
|---|---|
| Created: | 2024-09-13 |
| By: | Justin Gonzales (jmgonzales@santafenm.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAF_jiueq743dTWasGfzegeK9q02tRGTg4 |

## "FGP-25 CM Packet" History

📄 Document created by Justin Gonzales (jmgonzales@santafenm.gov)
2024-09-13 - 5:21:43 PM GMT- IP address: 63.232.20.2

📧 Document emailed to EMILY OSTER (ekoster@santafenm.gov) for signature
2024-09-13 - 5:24:45 PM GMT

📄 Email viewed by EMILY OSTER (ekoster@santafenm.gov)
2024-09-16 - 3:49:35 AM GMT- IP address: 104.47.65.254

✅ Document e-signed by EMILY OSTER (ekoster@santafenm.gov)
Signature Date: 2024-09-16 - 3:51:17 AM GMT - Time Source: server- IP address: 73.98.86.84

📧 Document emailed to JOHN BLAIR (jwblair@santafenm.gov) for signature
2024-09-16 - 3:51:18 AM GMT

📄 Email viewed by JOHN BLAIR (jwblair@santafenm.gov)
2024-09-16 - 11:05:38 PM GMT- IP address: 104.47.65.254

✅ Signer JOHN BLAIR (jwblair@santafenm.gov) entered name at signing as John Blair
2024-09-16 - 11:05:54 PM GMT- IP address: 63.232.20.2

✅ Document e-signed by John Blair (jwblair@santafenm.gov)
Signature Date: 2024-09-16 - 11:05:56 PM GMT - Time Source: server- IP address: 63.232.20.2

✅ Agreement completed.
2024-09-16 - 11:05:56 PM GMT

 

# EXHIBIT B



# City of Santa Fe, New Mexico
## Memorandum

**DATE:**   July 1, 2024

**TO:**   Governing Body
Finance Committee
Quality of Life

**VIA:**   Maria Sanchez Tucker, Community Services Department Director
Manuel Sanchez, Senior Services Division Director

**FROM:**   Theresa Trujillo, Program Manager

---

**ITEM AND ISSUE:**
Request for Approval of Grant Award Agreement No. 23SCDNM002 (Senior Companion Program) with Corporation for National and Community Service for Out of State Transportation and Per Diem Training in the Total Amount of $2,500.00 through June 30, 2025; Theresa Trujillo, Volunteer Program Manager tptrujillo@santafenm.gov.

i.   Request for Approval of a Budget Amendment Resolution (BAR) increasing FY25 Revenue and Expenses for the CNCS Senior Companion Programs.

**BACKGROUND AND SUMMARY:**
The Division of Senior Services is requesting the approval of the Corporation for National and Community Service (CNCS) No. 23SCDNM002 for the Senior Companion Volunteer Program (SCP). The attached Notice of Grant Award agreement No. 23SCDNM002 reflects the Grant Agreement with the CNCS for the SCP Program. The awarded appropriation for the SCP Program is in the amount of $2,500.00 for FY25.

Our SCP volunteers shall serve adults, primarily older adults, with physical, emotional and/or mental health limitations, by providing person-to-person support and companionship necessary to maintain the adults' independent living and an enhanced quality of life.

**CONTRACT NUMBER:**
The FY25 Munis contract number is
Project Ledger # COM2524113

**FUNDING SOURCE:**
The funding source is via a reimbursable CNCS grant #23SCDNM002.
**Fund Name/Number**: SENCITZGRT/241
**Munis Org Name/Number**: US Department of Health and Human Services/490510
Senior Volunteer Programs/2410116

**Munis Object Name/Number:** Out of State Per diem/560200
Out of State Transportation/560500

**ACTION REQUESTED:**
The Community Services Department respectfully requests your review and approval.

`

**ATTACHMENTS:**
Procurement Checklist
Summary of Contracts
Notice of Grant Award
SCP and FGP Terms and Conditions
Project Ledger Request Approved Form SCP Program
Budget Adjustment Request

| Log # *(Finance use only)* : | |
|---|---|
| Journal # *(Finance use only)* : | |

# City of Santa Fe, New Mexico
## BUDGET AMENDMENT RESOLUTION (BAR)

| DEPARTMENT / DIVISION NAME | | | | | DATE |
|---|---|---|---|---|---|
| Community Health and Safety/Senior Services | | | | | 6/27/2024 |

| ITEM DESCRIPTION | ORG | OBJECT | PROJECT | INCREASE | DECREASE |
|---|---|---|---|---|---|
| **EXPENDITURES** | | | | *(enter as positive #)* | *(enter as negative #)* |
| Out of State Per Diem | 2410116 | 560200 | COM2524113 | 1,400.00 | |
| Out of State Transportation | 2410116 | 560500 | COM2524113 | 1,100.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **REVENUES** | | | | *(enter as negative #)* | *(enter as positive #)* |
| US Dept Health Hum Svc | 2410116 | 490510 | COM2524113 | (2,500) | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**JUSTIFICATION:** *(use additional page if needed)*
--Attach supporting documentation/memo

| | $ - | $ - |
|---|---|---|

Americorps funding for Training

| *(Complete section below if BAR results in a net change to ANY Fund)* | |
|---|---|
| Fund(s) Affected | Fund Balance Increase/(Decrease) |
| | |
| | |
| **TOTAL:** | 0 |

| Manuel Sanchez | 6/27/2024 |
|---|---|
| Prepared By *(print name)* | Date |

| Division Director Signature *(optional)* | Date |
|---|---|

| Department Director Signature | Date |
|---|---|

*(Use this form for Finance Committee/ City Council agenda items ONLY)*

**CITY COUNCIL APPROVAL**

| City Council Approval Date | |
|---|---|
| Agenda Item # | |

| Budget Officer | Date |
|---|---|

| Finance Director *(≤ $5,000)* | Date |
|---|---|

| City Manager *(≤ $60,000)* | Date |
|---|---|

## CITY OF SANTA FE PROCUREMENT CHECKLIST

**Contractor Name:** <u>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE</u>

**Procurement/contract Title:** <u>Senior Companion Volunteer Program A#23SCDNM002</u>

**Procurement Method/Vehicle:** ☐Sole Source ☐State Price Agreement/Existing ☐ Cooperative ☐Request For Proposals(RFP) ☐Invitation To Bid (ITB) ☐Exempt: <u>13-1-98</u>

☐Small Purchase (Contract Under $60,000) ☒Other: <u>Grant</u>

Requesting Department: <u>Community Health & Safety</u>    Staff Name: <u>Theresa Trujillo</u>

Procurement Requirements:

Procurement files shall be maintained for all purchases and contracts, regardless of the method of procurement. The procurement files shall contain the basis on which the awards are made, all submitted bids/proposals, all evaluation materials (bid tabs or Evaluation Committee Reports), scoresheets, quotations, and all other documentation related to or prepared in conjunction with evaluations, negotiations, and the award processes. The procurements shall contain written determinations from the Requesting Departments, signed by the Chief Procurement Officers (this document), setting forth the reasoning for the contract award decisions before submitting them to the Committees.

## REQUIRED DOCUMENTS FOR APPROVAL BY PURCHASING (CPD)

| YES | N/A | | YES | N/A | |
|-----|-----|---|-----|-----|---|
| ☐ | ☒ | **Written Determination (srvs)** | ☐ | ☒ | **Quote(s) (3 Valid & Current for Over 20k)** |
| ☐ | ☒ | **RFP - Confidential info to be provided to GB by CPD Buyer** | ☒ | ☐ | **BAR** |
| ☐ | ☒ | **ITB (include bid tab)** | ☐ | ☒ | **FIR** |
| ☐ | ☒ | **Other:** _____ | ☐ | ☒ | **Certificate of Insurance (srvs)** |
| ☐ | ☒ | **Cooperative Agreements and GSAs and Statewide Price Agreements (include the cover page to show valid date page, and items to be purchased)** | | | |
| ☐ | ☒ | **Horizon Declination or Screenshot of horizonsofnewmexico.org/services.html (srvs)** | | | |
| ☒ | ☐ | **Summary of Contract (only on contracts)** | | | |
| ☐ | ☒ | **Current Santa Fe Business Registration (or Exemption if no tax)** | | | |
| ☒ | ☐ | **Executed Contract or Price Agreement (legal and contractor must sign before purchasing approves)** | | | |
| ☐ | ☒ | **Chief Procurement Officer (or designee) Approval for Exempt from Procurement (use memo on our site)** | | | |
| ☐ | ☒ | **Evaluation Committee Report (RFPs only)** | | | |
| ☐ | ☒ | **Signed Sole Source Determination, Vendor Written Quote, SS Letter from Contractors, and 30 Days Email** | | | |
| ☒ | ☐ | **>20k = Memo addressed to City Manager (Under 150K) Committees/City Council (Over 150K)** | | | |

<u>Theresa Trujillo</u>                                            <u>Program Manager</u>                            _____
Department Point of Contact                            Title                                                    Date

<u>Maria Tucker</u>                                            _____
Department Director                                                                                                Date

_____                                                                                            _____
Chief Procurement Officer                                                                                      Date

_____                                                                                            _____
                                                                                                                Date
ITT Representative
CoSF                                                                                    Version 3 12.1.2023

CoSF Version 4 12.1.23



# City of Santa Fe
### Summary of Contract, Agreement, Amendment & Lease

**All applicable fields to be completed by department (complete 1.b only if you are processing an amendment):**

**1.a** Munis Contract:_____    Procurement # (RFP/ITB# If any): [_____]

Contractor:  CORPORATION FOR NATIONAL AND COMMUNITY SERVICE

*Procurement Method/Vehicle:*  *Small Purchase* ☐   RFP ☐   ITB ☐   *Sole Source* ☐   GSA ☐   Cooperative ☐   Exempt ☐   SWPA/Existing ☐

Description/Title: One time Out of State Per diem and Travel training expenses (SCP)

Contract: ☐    Agreement: ◉    Lease/Rent: ☐    Amendment: ☐

Term Start Date: 07/01/2024    Term End Date: 06/30/2025    Total Contract Amount: $2,500.00

☐ Approved by Council *(If over the City Manager's approval threshold, you must go through GB)* _____

Contract / Lease:  CNCS #23SCDNM002

**1.b** Amendment #:_____ to the Original Contract/Lease # _____

Increase/(Decrease) Amount $: _____

Extend Expiration Date to: _____

☐ Approved by Council *(if the original went through GB, all amendments must go through GB regardless of the amendment reason)* Date:_____

Amendment is for: _____

**2. HISTORY** of Contract, Amendments & Lease / Rent - Please Elaborate (option: attach spreadsheet if multiple amendments)

3. Procurement History:_____

_____
Purchasing Officer Review:_____    Date:_____
Comment & Exceptions:_____

4. **Funding Source:** US HHS - 490510    Org / Object: 2410116/560200, 2410116/560500

_____
Budget Officer Approval:_____    Date:_____
Comment & Exceptions:_____

5. Grant History (if applicable):_____
Grants Administrator Approval:_____    Date _____

*Staff Contact who Completed This Form:* Theresa Trujillo    Phone #: 505-955-4745

**To be recorded by City Clerk:**    Email: tptrujillo@santafenm.gov
Clerk #_____
Date of Execution: _____

ITT Representative (attesting that all information is reviewed)    Title    Date

# Notice of Grant Award

For Official Use Only

## Corporation for National and Community Service
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

**Senior Companion Program**

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SCDNM002 | Performance Period: | 07/01/2023 - 06/30/2026 |
| Amendment No.: | 1 | Budget Period: | 07/01/2024 - 06/30/2026 |
| CFDA No.: | 94.016 | Grant Year: | 2 |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $2,500 | $2,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $2,500 | $2,500 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $0 |
| Total CNCS Funds Awarded to Date | $2,500 |

## Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-P77-OPO-26000-4101 | $2,500.00 |

## Special Conditions

Santa Fe City Senior Companion Program does not have a current single audit in the FAC. A special condition is added on the award for the grantee to submit the single audit to the FAC by September 30, 2024 for this award or the grant may be placed on manual hold.

## Award Description

This award funds the approved 2024–25 SCP program. Your 2024–25 statutory match is 10% and your budgetary match is 98.81%.

This award is approved to add $2,500 in one-time additional funds for travel related to training in FY 24.

**Terms of Acceptance:** By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168
UEI: QLN2YKMMJ8X6

### Award Information

| | | | | |
|---|---|---|---|---|
| Agreement No.: | 23SCDNM002 | Performance Period: | 07/01/2023 - 06/30/2026 |
| Amendment No.: | 1 | Budget Period: | 07/01/2024 - 06/30/2026 |
| CFDA No.: | | Grant Year: | 2 |

Corporation for National and Community Service:

_Sarah Fosbaugh_  06/21/2024

Signature                        Award Date

Sarah Fosbaugh

Senior Grants Officer

Daisy Gallardo, 202-815-4248

Grants Officer

Maryon Bradshaw

Program Officer

City of Santa Fe

Legal Applicant

Roberta P. Armijo

Project Director

Cheryl James

Certifying Official/Executive Officer

## 2024 Terms and Conditions for AmeriCorps Seniors Foster Grandparent (FGP) and Senior Companion Programs (SCP)

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the General Terms and Conditions, are binding on the recipient.**

### Table of Contents

I.      CHANGES FROM THE 2023 FGP and SCP PROGRAM TERMS AND CONDITIONS....................... 1

II.     AWARD PERIOD AND INCREMENTAL FUNDING.................................................................. 1

III.    PROHIBITION ON USE OF FUNDS ................................................................................... 2

IV.     STIPENDS ................................................................................................................... 4

V.      FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS ...................................................... 5

VI.     EXTERNAL EVALUATION AND DATA COLLECTION ........................................................... 5

VII.    LOBBY DISCLOSURE ................................................................................................... 5

VIII.   REPORTING REQUIREMENTS........................................................................................ 6

IX.     PROGRAM INCOME ..................................................................................................... 7

X.      BUDGET AND PROGRAMMATIC CHANGES..................................................................... 7

XI.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING ............................................. 8

XII.    KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING ................................. 9

XIII.   FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES ........................................ 9

## I.    CHANGES FROM THE 2023 FGP and SCP PROGRAM TERMS AND CONDITIONS

-   Replaced eGrants with AmeriCorps' Grants Management System throughout.
-   Section VIII.A. Updated progress reporting period dates
-   Section VIII.B. Update financial reporting dates
-   Section VIII.C. Added this section
-   Section XI: Replaced the link to the NSCHC eCourse
-   Section XIII: Added the new Fraud Awareness Training section

## II.    AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project period, AmeriCorps

generally provides funds for only the first year of operation. Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations. Grantees must submit a continuation application to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

## III.    PROHIBITION ON USE OF FUNDS

As specified in 42 U.S.C. § 5043(c), as well as in 45 CFR §§ 2551.121 and 2552.121, while charging time to a Senior Companion or Foster Grandparent or Senior program, accumulating service or training hours, or otherwise performing activities supported by the Senior Companion or Foster Grandparent Program or AmeriCorps, staff and volunteers may not engage in the following activities:

### A.    Political activities.

1.   No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity. No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

   a.   Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

   b.   Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

   c.   Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But, in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2.   Notwithstanding 42 U.S.C. § 5043(c), and 45 CFR §§ 2551.121(a)(3) and 2552.121(a)(3), anti-lobbying language in AmeriCorps's current appropriations legislation (like anti-lobbying language in AmeriCorps's past appropriations legislation) prohibits recipients from using AmeriCorps funds to pay the salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation,

2

appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B.    Non-displacement of employed workers.**

An AmeriCorps Seniors volunteer in the Senior Companion or Foster Grandparent Program may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of employees, or impair existing contracts for services.

**C.    Compensation for service.**

A Senior Companion or Foster Grandparent Program agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any Senior Companion or Foster Grandparent program, may not request, or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

1.    The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the grant or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps grant.

2.    A volunteer station may contribute to the financial support of the Foster Grandparent or Senior Companion Program. However, this support may not be a required precondition for a potential station to obtain Senior Companion or Foster Grandparent Program services.

3.    If a volunteer station agrees to provide funds to support additional AmeriCorps Seniors volunteers, or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

4.    Under no circumstances may AmeriCorps Seniors volunteers receive fees for service from service recipients, their legal guardians, members of their family, or friends.

3

**D.    Labor and anti-labor activity.**

The sponsor may not use grant funds directly or indirectly to finance labor or antilabor organizations or related activities.

**E.    Fair labor standards.**

A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

**F.    Religious activities.**

Neither an AmeriCorps Seniors volunteer, nor a member of the project staff funded by AmeriCorps, may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her duties.

1.    A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

**G.    Nepotism.**

Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the community group established by the sponsor and prior notification and approval by AmeriCorps.

**H.    Abortion Services or Referrals.**

While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of abortion services.

**IV.    STIPENDS**

The recipient may not expend funds approved for payment of stipends for any other purpose without the prior written approval of AmeriCorps' Portfolio Manager.

4

**V.    FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS**

Failure of the Recipient to maintain Volunteer Service Year (VSY) program levels in accordance with the approved work plan and budget covered by the Notice of Grant Award may result in a reduction of funding for the succeeding year in accordance with AmeriCorps Seniors program policies.

**VI.    EXTERNAL EVALUATION AND DATA COLLECTION**

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts. As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

**VII.    LOBBY DISCLOSURE**

**A.**    No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

**B.**    Any recipient who requests or receives a grant from AmeriCorps must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of the Federal Government in connection with a specific grant or cooperative agreement. By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section VII.A. above.

**C.**    For AmeriCorps Seniors grant awards in the Foster Grandparent and Senior Companion Programs that exceed $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Senior Portfolio Manager.

## VIII.    REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A.**    **Progress Reports.** The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| July 30 | July 1 – June 30 |

**B.**    **Financial Reports.** The recipient must complete and submit financial reports in AmeriCorps' Grants Management System to report the status of all funds. The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the grant over the performance period of the grant, in accordance with AmeriCorps guidelines.

Recipients submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| January 30 | July 1 – December 31 |
| July 30 | January 1 – June 30 |

Recipients with budget periods starting in July submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| July 30 | January 1 – June 30 |
| January 30 | July 1 – December 31 |

**C.**    **Reporting Other Federal Funds.** The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due July 30 or at the time the final financial report is submitted if the final report is due prior to July 30.

**D.**    **Final Financial Report.** Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in AmeriCorps'

Grants Management System. This final financial report is due no later than 120 days after the end of the project period.

**E.  Requests for Extensions.** Each recipient must submit required reports by the given dates. Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Portfolio Manager, as appropriate.

## IX.  PROGRAM INCOME

**A.  General.** Income, including fees for service earned as a direct result of the grant-funded program activities during the grant period, must be retained by the recipient and used to finance the grant's non-AmeriCorps share.

**B.  Excess Program Income.** Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR § 200.307(e)(1) and be deducted from total claimed costs, or with prior written approval from AmeriCorps, the requirements of 2 CFR § 200.307(e)(2) through a budget amendment have unexpended program income must report it on line "o" of the Federal Financial Report (FFR).

**C.  Fees for service.** When using assistance under this grant, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1.  The service benefits a for-profit entity.

2.  The service falls within the other prohibited activities set forth in statute, regulation, or these grant terms and conditions.

## X.  BUDGET AND PROGRAMMATIC CHANGES

**A.  Programmatic Changes.** The recipient must first obtain the prior written approval of the AmeriCorps Portfolio Manager before making any of the following changes (1-3):

1.  Changes in the scope, objectives or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2.  Substantial changes in key personnel specified in the application.

3.  The disengagement from the project for more than three months, or at least a 25 percent reduction in time devoted to the project by the approved Project Director.

7

Upon notification to the AmeriCorps Portfolio Manager, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps grant requirements with the AmeriCorps Portfolio Manager. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

B.  **Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Portfolio Manager before deviating from the approved budget in any of the following ways:

1.  Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal grants at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2.  Purchases of Equipment over $5,000 using grant funds, unless specified in the approved application and budget.

3.  Unless the AmeriCorps share of the grant is $100,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

C.  **Approval of Programmatic and Budget Changes.** AmeriCorps' Portfolio Managers are the only officials who have the authority to alter or change the terms and conditions or requirements of the grant. Portfolio Managers will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a Notice of Grant Award. Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Portfolio Manager.

## XI.   NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients **must** complete and retain a certificate of completion of the AmeriCorps National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The

8

AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at:
https://americorpsonlinecourses.litmos.com/?C=325500.  Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient.  The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.

### XII.    KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' Key Concepts of Financial Grants Management eCourse training every year to ensure that recipients are aware of major financial grants management requirements for all federal recipients. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at:  https://americorpsonlinecourses.litmos.com/account/login/?C=7513619.

Each grant recipient must identify at minimum one staff person who has some responsibility for financial grants management compliance to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

### XIII.   FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES

All recipients must complete and retain a certificate of completion of the AmeriCorps Fraud Awareness Training for AmeriCorps Grantees eCourse every year to ensure that recipients are aware of fraud risk and controls. The AmeriCorps eCourse can be found at:
https://americorpsonlinecourses.litmos.com/course/7297781?r=False&ts=6384239233697638
18.

Each grant recipient must identify at minimum one staff person to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

9



# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form



Date of Request: 06/27/2024

Project Title: CNCS Senior Companion Program (SCP)

Project Type: ☐ CIP  ☐ Grant  ☑ Internal Tracking

Project ID: COM2524113
Grant ID: F2506
Approved By: BSG/ MB 7/21/24
(Finance Use Only)

Department: Comm. Services/Seniors    Project Manager: Theresa Trujillo    Ext: 4745

Project Date Range: 07/01/2024    to    06/30/2025    ☐ Create Fixed Asset

☐ Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: US Dept of Health & Human Services    % of Funding: 100

MUNIS ORG: 2410116    MUNIS OBJ: 490510    Awarded Amount: $2,500.00

Funding Source: STATE TBD    % of Funding: _____

MUNIS ORG: _____    MUNIS OBJ: _____    Awarded Amount: _____

**Expense String Phase: LOCAL TBD**

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. <u>For Grants</u> can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET    MUNIS ORG: 2410116    MUNIS OBJ: 560200, 560500

**<u>Grants Only</u> (list all grants if applicable):**

Grantor Name: Corporation for National and Community Service    Awarded Amount: $2,500.00

AR Charge Code: 2410116.490510    ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: A# 23SCDNM002    Federal CFDA (if applicable): 94.016

Grantor Name: _____    Awarded Amount: _____

AR Charge Code: _____    ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: _____    Federal CFDA (if applicable): _____

*(If grants please provide all grant award documents with form)*    ☑ Attached Grant Documentation

**FY25 SCP FEDERAL BUDGET EXPENSES**

**PROJ.LEDGER#**
**COM2524113**

| ORG | OBJECT | ACCT NAME | AMOUNT | |
|---|---|---|---|---|
| 2410116 | 560200 | OUT OF STATE PER DIEM | $ | 1,400.00 |
| 2410116 | 560500 | OUT OF STATE TRANS. | $ | 1,100.00 |
| | | | $ | **2,500.00** |

| | | | | |
|---|---|---|---|---|
| 2410116 | 490510 | US HHS (AmeriCorps-Federal) | $ | 2,500.00 |

**Signature:**   _Matthew Bonifer_
Matthew Bonifer (Jul 21, 2024 17:18 MDT)

**Email:**   mtbonifer@santafenm.gov

EXHIBIT C

 

# City of Santa Fe, New Mexico
## Memorandum

**DATE:**    June 27, 2024

**TO:**    John W. Blair, City Manager

**VIA:**    Maria Sanchez Tucker, Community Services Director    *Maria Tucker (Aug 15, 2024 12:27 MDT)*
Manuel Sanchez, Division of Senior Services Director    *Manuel Sanchez*

**FROM:**    Theresa Trujillo, Program Manager

---

**ITEM AND ISSUE:**
Request for Approval of Grant Award Agreement No. 23SRDNM003 (Retired & Senior Volunteer Program) with Corporation for National and Community Service for Providing Volunteer Services for the Division of Senior Services Retired and Senior Volunteer Program in the Total Amount of $52,500.00 through March 31, 2025; Theresa Trujillo, Volunteer Program Manager tptrujillo@santafenm.gov.

i.    Request for Approval of a Budget Amendment Resolution (BAR) increasing FY25 Revenue and Expenses for the CNCS Retired Senior Volunteer Program.

**BACKGROUND AND SUMMARY:**
The Division of Senior Services is requesting the approval of the Corporation for National and Community Service (CNCS) No. 23SRDNM003 for the Retired and Senior Volunteer Program (RSVP). The attached Notice of Grant Award agreement No. 23SRDNM003 reflects the Grant Agreement with the CNCS for the RSVP Program. The awarded appropriation for the RSVP Program is in the amount of $52,500.00 for FY24 (April 1, 2024 – March 31, 2025).
Our Retired Senior Volunteer Program recruits and provides meaningful volunteer opportunities for senior volunteers to help others by sharing their experience, knowledge and efforts.  Our RSVP volunteers shall serve their communities by participating in special projects and supporting organizations to meet identified critical needs.

**CONTRACT NUMBER:**
The FY24 Munis contract number is
Project Ledger # (RSVP) 2524114

**FUNDING SOURCE:**
The funding source is via a reimbursable CNCS grant #23SRDNM003.
**Fund Name/Number:** SENCITZGRT/241

**Munis Org Name/Number:** US Department of Health and Human Services/490510
Senior Volunteer Programs/2410116
**Munis Object Name/Number:** Various

**ACTION REQUESTED:**
The Community Services Department respectfully requests your review and approval.

**ATTACHMENTS:**
Procurement Checklist
Summary of Contracts
Notice of Grant Award
RSVP Terms and Conditions
Project Ledger Request Approved Form RSVP Program
Budget Adjustment Request

| Log # *(Finance use only)* : | |
|---|---|
| Journal # *(Finance use only)* : | |

# City of Santa Fe, New Mexico
## BUDGET AMENDMENT RESOLUTION (BAR)

| DEPARTMENT / DIVISION NAME | | | | | DATE |
|---|---|---|---|---|---|
| Community Health and Safety/Senior Services | | | | | 6/27/2024 |

| ITEM DESCRIPTION | ORG | OBJECT | PROJECT | INCREASE | DECREASE |
|---|---|---|---|---|---|
| **EXPENDITURES** | | | | *(enter as positive $)* | *(enter as negative $)* |
| In State Transportation | 2410116 | 560550 | COM2524114 | 8,611.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **REVENUES** | | | | *(enter as negative $)* | *(enter as positive $)* |
| US Dept Health Hum Svc | 2410116 | 490510 | COM2424114 | (8,611) | |
| | | | | | |
| | | | | | |
| | | | | | |

**JUSTIFICATION:** *(use additional page if needed)*
--Attach supporting documentation/memo

| | $    - | $ |
|---|---|---|

Americops 23SRDNM003 RSVP funding increase

| *(Complete section below if BAR results in a net change to ANY Fund)* | |
|---|---|
| Fund(s) Affected | Fund Balance Increase/(Decrease) |
| | |
| | |
| | |
| **TOTAL:** | 0 |

| Manuel Sanchez | 6/27/2024 |
|---|---|
| Prepared By *(print name)* | Date |

| Maria Tucker | Aug 12, 2024 |
|---|---|
| Division Director Signature *(optional)* | Date |

| | |
|---|---|
| Department Director Signature | Date |

*(Use this form for Finance Committee/ City Council agenda items ONLY)*

### CITY COUNCIL APPROVAL

| City Council Approval Date | |
|---|---|
| Agenda Item # | |

| *Andy Hopkins* | Aug 12, 2024 |
|---|---|
| Budget Officer | Date |

| *Emily K. Oster* | Aug 14, 2024 |
|---|---|
| Finance Director *(≤ $5,000)* | Date |

| | |
|---|---|
| City Manager *(≤ $60,000)* | Date |

CoSF Version 4 12.1.23



# City of Santa Fe
### Summary of Contract, Agreement, Amendment & Lease

All applicable fields to be completed by department (complete 1.b only if you <u>are processing an amendment</u>):

**1.a** Munis Contract:_____ Procurement # (RFP/ITB# If any):[_____]

Contractor: CORPORATION FOR NATIONAL AND COMMUNITY SERVICE

Procurement Method/Vehicle:  Small Purchase ☐  RFP ☐  ITB ☐  Sole Source ☐  GSA ☐  Cooperative ☐  Exempt ☐  SWPA/Existing ☐

Description/Title: Administer the Retired Senior Volunteer Program (RSVP)

Contract: ⚪    Agreement: ⦿    Lease/Rent: ⚪    Amendment: ⚪

Term Start Date: 04/01/2024    Term End Date: 03/31/2025    Total Contract Amount: $52,500.00

☐ Approved by Council *(If over the City Manager's approval threshold, you must go through GB)* _____

Contract / Lease:  CNCS #23SRDNM003

**1.b** Amendment #:_____ to the Original Contract/Lease # _____

Increase/(Decrease) Amount $: _____

Extend Expiration Date to: _____

☐ Approved by Council *(If the original went through GB, all amendments must go through GB regardless of the amendment reason)* Date:_____

Amendment is for:

---

2. **HISTORY** of Contract, Amendments & Lease / Rent - Please Elaborate (option: attach spreadsheet if multiple amendments)

The City of Santa Fe Division of Senior Services has been receiving Federal grant funds from the Corporation for National and Community Service for over 20 years to administer the Retired and Senior Volunteer Program (RSVP).

3. Procurement History:_____

    Purchasing Officer Review:_____ Date:_____

    Comment & Exceptions:_____

4. Funding Source: US HHS - 490510    Org / Object: 2410116/Various

*Andy Hopkins*

    Budget Officer Approval: Aug 12, 2024    Date:_____

    Comment & Exceptions:_____

5. Grant History (if applicable):_____

    Grants Administrator Approval:_____ Date_____

*Staff Contact who Completed This Form:* Theresa Trujillo    Phone #: 505-955-4745

**To be recorded by City Clerk:**    Email: tptrujillo@santafenm.gov
Clerk #_____
Date of Execution: _____

ITT Representative (attesting that all information is reviewed)    Title    Date

ITEM #24-0561

# Notice of Grant Award

For Official Use Only

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

| | |
|---|---|
| City of Santa Fe | EIN: 856000168 |
| 200 Lincoln Ave  Santa Fe NM 87501-1904 | UEI: QLN2YKMMJ8X6 |

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SRDNM003 | Performance Period: | 07/01/2023 - 03/31/2026 |
| Amendment No.: | 3 | Budget Period: | 04/01/2024 - 03/31/2026 |
| CFDA No.: | 94.002 | Grant Year: | 2 |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $52,500 | $0 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $52,500 | $0 | $52,500 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | $90,000 |

## Funding Source and Amount

Not applicable to this award.

## Special Conditions

Santa Fe City RSVP does not have a current single audit in the FAC. A special condition is added on the award for the grantee to submit the single audit to the FAC by September 30 for this award or the grant may be placed on manual hold.

## Award Description

The purpose of this amendment is to revise the project start date from 4/1/2023 to 7/1/2023, add a special condition related to their 2023 single audit and to change the Authorized Representative for the grant. All other terms and conditions of this award remain the same.

**Terms of Acceptance:** By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | |
|---|---|
| Agreement No.: | **23SRDNM003** |
| Amendment No.: | **3** |
| CFDA No.: | |

| | |
|---|---|
| Performance Period: | **07/01/2023 - 03/31/2026** |
| Budget Period: | **04/01/2024 - 03/31/2026** |
| Grant Year: | **2** |

*Stacy L Bishop*    06/06/2024

City of Santa Fe

**Legal Applicant**

Signature                     Award Date

Stacy Bishop
**Senior Grants Officer**

Ramona A. Baca
**Project Director**

Daisy Gallardo, 202-815-424R
**Grants Officer**

Manuel Sanchez
**Certifying Official/Executive Officer**

Maryon Bradshaw
**Program Officer**

 

# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form

Date of Request: 06/27/2024

Project Title: CNCS Retired Senior Volunteer Program (RSVP)

Project Type: ☐ CIP   ☐ Grant   ☑ Internal Tracking

Department: Comm. Services/Seniors   Project Manager: Theresa Trujillo   Ext: 4745

Project Date Range: 04/01/2024   to   03/31/2025   ☐ Create Fixed Asset

Project ID: COM2524114
Grant ID: F2507
Approved By: BSG/ MB7/21/24
(Finance Use Only)

---

☐ Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: US Dept of Health & Human Services   % of Funding: 100

MUNIS ORG: 2410116   MUNIS OBJ: 490510   Awarded Amount: $52,500.00

Funding Source: STATE TBD   % of Funding:

MUNIS ORG:   MUNIS OBJ:   Awarded Amount:

**Expense String Phase:**   LOCAL TBD

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. For Grants can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET   MUNIS ORG: 2410116   MUNIS OBJ: SEE ATTACHED SHEET

**Grants Only (list all grants if applicable):**

Grantor Name: Corporation for National and Community Service   Awarded Amount: $52,500.00

AR Charge Code: 2410116.490510   ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id: A# 23SRDNM003   Federal CFDA (if applicable): 94. 0 ⊘

---

Grantor Name:   Awarded Amount:

AR Charge Code:   ☐ Grant funds multiple projects
(Complete a form for each project)

Grantor Id:   Federal CFDA (if applicable):

---

*(If grants please provide all grant award documents with form)*   ☑ Attached Grant Documentation

**FY24 RSVP FEDERAL BUDGET EXPENSES**    April 1 - March 31    PROJ.LEDGER#
COM2524114

| ORG | OBJECT | ACCT NAME | | AMOUNT |
|---|---|---|---|---|
| 2410116 | 500110 | SALARIES | $ | 23,289.00 |
| 2410116 | 503100 | FICA | $ | 486.00 |
| 2410116 | 503150 | PERA | $ | 570.00 |
| 2410116 | 503200 | EMP. HEALTH INS. | $ | 5,072.00 |
| 2410116 | 503250 | RETIREE HEALTH CARE | $ | 305.00 |
| 2410116 | 503350 | WORKERS COMP | $ | 50.00 |
| 2410116 | 503400 | DENTAL | $ | 160.00 |
| 2410116 | 510340 | OTHER CONSULTING | $ | 285.00 |
| 2410116 | 530100 | OFFICE SUPPLIES | $ | 225.00 |
| 2410116 | 530200 | OPERATING SUPPLIES | $ | 299.00 |
| 2410116 | 531000 | GASOLINE | $ | - |
| 2410116 | 555860 | MISC. INSURANCE PREMIUM | $ | 1,330.00 |
| 2410116 | 560200 | OUT OF STATE PER DIEM | $ | 1,400.00 |
| 2410116 | 560500 | OUT OF STATE TRANS. | $ | 1,100.00 |
| 2410116 | 560550 | IN STATE TRANSPORTATION | $ | 16,527.00 |
| 2410116 | 561850 | ADVERTISING | $ | 602.00 |
| 2410116 | 562850 | RECOGNITION | $ | 800.00 |
| | | | $ | 52,500.00 |

2410116    490510    US HHS (AmeriCorps-Federal)    $    52,500.00

**Signature:** *Matthew Bonifer*
Matthew Bonifer (Jul 21, 2025 14:17 MDT)

**Email:** mtbonifer@santafenm.gov

# 2024 Terms and Conditions for RSVP Grants

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the General Terms and Conditions, are binding on the recipient.**

## Table of Contents

I.      CHANGES FROM THE 2023 RSVP GRANT TERMS AND CONDITIONS ........................ 1

II.     AWARD PERIOD AND INCREMENTAL FUNDING ............................................. 1

III.    PROHIBITION ON USE OF FUNDS ............................................................. 2

IV.     EXTERNAL EVALUATION AND DATA COLLECTION ......................................... 4

V.      LOBBY DISCLOSURE ............................................................................ 4

VI.     REPORTING REQUIREMENTS .................................................................. 5

VII.    PROGRAM INCOME ............................................................................. 6

VIII.   BUDGET AND PROGRAMMATIC CHANGES .................................................. 7

IX.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING .............................. 8

X.      KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING ...................... 8

## I.      CHANGES FROM THE 2023 RSVP GRANT TERMS AND CONDITIONS

-   Section III.G. - Updated the citation.
-   Section VI.A. - Removed programmatic reporting requirement for the reporting period covering July 1 – March 31
-   Section VI.A. - Added language that the PRS must provide data to support evaluations as requested or needed.
-   Section VI.B. – Removed financial reporting information for grantees with budget periods starting in July
-   Section VI.C. – Added this section

## II.      AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project period, AmeriCorps generally provides funds for only the first year of operation.

Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations.  Grantees must submit continuation applications to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

## III.    PROHIBITION ON USE OF FUNDS

As specified in 42 U.S.C. § 5043(c) and 45 CFR § 2553.91, while charging time to an RSVP grant, accumulating service or training hours, or otherwise performing activities supported by the RSVP grant or AmeriCorps, staff and volunteers may not engage in the following activities:

### A.  Political activities.

1. No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity.

   No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

   a. Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

   b. Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

   c. Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2. Notwithstanding 42 U.S.C. § 5043(c) and 45 CFR § 2553.91(a)(3), in accordance with  AmeriCorps' current appropriations legislation all recipients are prohibited, without exception, from using AmeriCorps funds  to pay the salary or expenses of any grant or contract recipient, or agent acting for such

2

recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B. Non-displacement of employed workers.** An AmeriCorps Seniors volunteer may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of, employees, or impair existing contracts for services.

**C. Compensation for service.** An agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any RSVP program may not request or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

1. The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the award or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps award.

2. A volunteer station may contribute to the financial support of the RSVP Program. However, this support may not be a required precondition for a potential station to obtain RSVP Program services.

3. If a volunteer station agrees to provide funds to support additional RSVP volunteers or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

4. Under no circumstances may an RSVP volunteer receive a fee for service from service recipients (i.e., program beneficiaries), their legal guardians, members of their families, or friends.

**D. Labor and anti-labor activity.** The sponsor may not use award funds directly or indirectly to finance labor or anti-labor organizations or related activities.

**E. Fair labor standards.** A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as

3

determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

**F. Religious activities.** Neither an RSVP volunteer nor a member of the project staff funded by AmeriCorps may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her service or duties.

1. A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

**G. Nepotism.** Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the Advisory Council or other community group established by the sponsor under 45 CFR § 2553.24 and upon prior notification and approval by AmeriCorps.

**H. Abortion Services or Referrals.**

While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of such services.

## IV.    EXTERNAL EVALUATION AND DATA COLLECTION

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts.

As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

## V.    LOBBY DISCLOSURE

**A.** No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the

4

extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

**B.** Any recipient who requests or receives a grant from AmeriCorps Seniors must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of the Federal Government in connection with a specific grant or cooperative agreement.  By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section V.A. above.

**C.** For RSVP awards exceeding $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Senior Portfolio Manager.

## VI.    REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A. Progress Reports.**  The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|---|---|
| April 30 | April 1 – March 31 |

Per Section IV., the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

**B. Financial Reports.**  The recipient must complete and submit financial reports in eGrants to report the status of all funds.  The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the award over the performance period of the award, in accordance with AmeriCorps guidelines.

5

Recipients with budget periods starting in April submit according to the following schedule:

| Due Date | Reporting Period Covered |
|---|---|
| April 30 | October 1 - March 31 |
| October 30 | April 1 – September 30 |

**C. Reporting Other Federal Funds.** The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due October 30 or at the time the final financial report is submitted if the final report is due prior to October 30.

**D. Final Financial Report.** Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in eGrants. This final financial report is due no later than 120 days after the end of the project period.

**E. Requests for Extensions.** Each recipient must submit required reports by the given dates. Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the Recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Portfolio Manager, as appropriate.

## VII.   PROGRAM INCOME

**A. General.** Income, including fees for service earned as a direct result of the award-funded program activities during the award period, must be retained by the recipient and used to finance the award's non-AmeriCorps share.

**B. Excess Program Income.** Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR Parts 200 and 2205, in particular, 2 CFR 200.307 – Program Income and be deducted from total claimed costs, or with approval from AmeriCorps, through a budget amendment used to enhance the program (additive process). Recipients that have unexpended program income must report it on line "o" of the Federal Financial Report (FFR).

6

**C. Fees for service.** When using assistance under this award, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1. The service benefits a for-profit entity.

2. The service falls within the other prohibited activities set forth in statute, regulation, or these award terms and conditions.

## VIII.  BUDGET AND PROGRAMMATIC CHANGES

**A. Programmatic Changes.**  The recipient must first obtain the prior written approval of the AmeriCorps Portfolio Manager before making any of the following changes (1-3):

1. Changes in the scope, objectives or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2. Changes in key personnel specified in the application.

3. The disengagement from the project for more than three months, or a 25 percent reduction in time devoted to the project by the approved Project Director.   Upon notification to the AmeriCorps Portfolio Manager, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps award requirements with the AmeriCorps Portfolio Manager. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

**B. Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Portfolio Manager before deviating from the approved budget in any of the following ways:

1. Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal awards at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2. Purchases of Equipment over $5,000 using award funds, unless specified in the approved application and budget.

7

3. Unless the AmeriCorps share of the award is $100,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

C. **Approval of Programmatic and Budget Changes.**  AmeriCorps' Portfolio Managers are the only officials who have the authority to alter or change the terms and conditions or requirements of the award. Portfolio Managers will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a notice of grant award.  Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Portfolio Manager.

## IX.    NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com?C=325500.

Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient.  The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.

## X.    KEY CONCEPTS OF FINANCIAL GRANTS MANAGEMENT TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' Key Concepts of Financial Grants Management eCourse training every year to ensure that recipients are aware of major financial grants management requirements for all federal recipients. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/account/login/?C=7513619.

Each grant recipient must identify at minimum one staff person who has some responsibility for financial grants management compliance to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of

8

completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients must save certificates of completion from each year as grant records.

IN WITNESS WHEREOF, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:

*John Blair*
John Blair (Sep 16, 2024 17:06 MDT)

JOHN BLAIR, CITY MANAGER

DATE: Sep 16, 2024

ATTEST:

GERALYN CARDENAS, INTERIM CITY CLERK

CITY ATTORNEY'S OFFICE:

Sep 5, 2024
REBECCA MNUK-HERRMANN, ASSISTANT CITY ATTORNEY

Sep 15, 2024
EMILY OSTER, FINANCE DIRECTOR

# RSVP-25 CM Packet

Final Audit Report                                                2024-09-16

| | |
|---|---|
| Created: | 2024-09-13 |
| By: | Justin Gonzales (jmgonzales@santafenm.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9-e1rdsz5Nqil1Hke8XnkYNrw-7Gmbl4 |

## "RSVP-25 CM Packet" History

Document created by Justin Gonzales (jmgonzales@santafenm.gov)
2024-09-13 - 5:25:26 PM GMT- IP address: 63.232.20.2

Document emailed to EMILY OSTER (ekoster@santafenm.gov) for signature
2024-09-13 - 5:28:15 PM GMT

Email viewed by EMILY OSTER (ekoster@santafenm.gov)
2024-09-16 - 3:46:48 AM GMT- IP address: 104.47.64.254

Document e-signed by EMILY OSTER (ekoster@santafenm.gov)
Signature Date: 2024-09-16 - 3:49:18 AM GMT - Time Source: server- IP address: 73.98.86.84

Document emailed to JOHN BLAIR (jwblair@santafenm.gov) for signature
2024-09-16 - 3:49:19 AM GMT

Email viewed by JOHN BLAIR (jwblair@santafenm.gov)
2024-09-16 - 11:06:14 PM GMT- IP address: 104.47.65.254

Signer JOHN BLAIR (jwblair@santafenm.gov) entered name at signing as John Blair
2024-09-16 - 11:06:29 PM GMT- IP address: 63.232.20.2

Document e-signed by John Blair (jwblair@santafenm.gov)
Signature Date: 2024-09-16 - 11:06:31 PM GMT - Time Source: server- IP address: 63.232.20.2

Agreement completed.
2024-09-16 - 11:06:31 PM GMT



# EXHIBIT D

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

Grant Number: 23SCDNM002
Application ID: 24SC263842

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SC263842
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
    a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that SCP of Santa Fe, 24SC263842 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24SC263842 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw

Cc: Mountain@americorps.gov

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

       Grant Number: 23SFDNM002
       Application ID: 24SF263957

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SF263957
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that Santa Fe FGP, 24SF263957 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24SF263957 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.


Sincerely,
Maryon Bradshaw


Cc: Mountain@americorps.gov

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

> Grant Number: 23SRDNM003
> Application ID: 24SR266327

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SR266327
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that Santa Fe City RSVP, 24SR266327 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24SR266327 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw

Cc: Mountain@americorps.gov

# EXHIBIT E

From: **Chene, David** DaChene@americorps.gov
Subject: RE: [External] Request for 3-Week Extension – Executive Order Compliance Submission - Update Due Date Friday Noon MT
Date: February 19, 2025 at 12:26 PM
To: HAMMOND-PAUL, HENRI M. hmhammondpaul@santafenm.gov, Bradshaw, Maryon MBradshaw@americorps.gov, Mountain Mountain@americorps.gov
Cc: SCOTT, MARK A. mscott@santafenm.gov, MCSHERRY, ERIN K. ekmcsherry@santafenm.gov, WEBBER, ALAN M. amwebber@santafenm.gov, TUCKER, MARIA E. metucker@santafenm.gov, SANCHEZ, MANUEL N. mnsanchez@santafenm.gov

DC

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hello Henri,

I apologize but after speaking to my supervisory, I can only grant until this Friday (2/24/25) at noon MT.

Thank you,

**David Chené**
**Senior Portfolio Manager |**Mountain Region
AmeriCorps.gov

---

**From:** Chene, David
**Sent:** Wednesday, February 19, 2025 12:17 PM
**To:** HAMMOND-PAUL, HENRI M. <hmhammondpaul@santafenm.gov>; Bradshaw, Maryon <MBradshaw@americorps.gov>; Mountain <Mountain@americorps.gov>
**Cc:** SCOTT, MARK A. <mscott@santafenm.gov>; MCSHERRY, ERIN K. <ekmcsherry@santafenm.gov>; WEBBER, ALAN M. <amwebber@santafenm.gov>; TUCKER, MARIA E. <metucker@santafenm.gov>; SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>
**Subject:** RE: [External] Request for 3-Week Extension – Executive Order Compliance Submission

Hello Henri,

Thank you for your response.  I understand the challenging timeline you shared but unfortunately, we are under a very strict deadline and cannot accommodate a 3-week extension.  We can push the deadline to next Monday, February 24th, 2025.

Best,

**David Chené**
**Senior Portfolio Manager |**Mountain Region
Office of Regional Operations
AmeriCorps.gov
(202) 813-6571 | dachene@ameriCorps.gov



**From:** HAMMOND-PAUL, HENRI M. <hmhammondpaul@santafenm.gov>
**Sent:** Wednesday, February 19, 2025 12:05 PM
**To:** Bradshaw, Maryon <MBradshaw@americorps.gov>; Chene, David
<DaChene@americorps.gov>; Mountain <Mountain@americorps.gov>
**Cc:** SCOTT, MARK A. <mscott@santafenm.gov>; MCSHERRY, ERIN K.
<ekmcsherry@santafenm.gov>; WEBBER, ALAN M. <amwebber@santafenm.gov>;
TUCKER, MARIA E. <metucker@santafenm.gov>; SANCHEZ, MANUEL N.
<mnsanchez@santafenm.gov>
**Subject:** [External] Request for 3-Week Extension – Executive Order Compliance
Submission

Some people who received this message don't often get email from hmhammondpaul@santafenm.gov. Learn
why this is important

CAUTION: This email originated from outside of the organization. Do not click
links or open attachments unless you recognize the sender and know the content
is safe.

**SENT ON BEHALF OF MARK SCOTT, CITY MANAGER FOR THE CITY OF
SANTA FE, NM**
Hi Marion and David,
Per the conversation on the phone at 11:36 AM MST on 2/19/2025, the City of
Santa Fe is formally requesting a three-week extension on the deadline to submit
our response regarding Executive Order Compliance.
We are requesting this extension due to the following extenuating circumstances:

- The City Manager's first day on the job was this Monday (2/17/2025), and he
  is still in the process of onboarding.
- We are working to clarify the authority within the City regarding responding to
  Americorps' certification request. If the response requires City
  Council/Governing Body approval, the earliest we could bring it before the
  Governing Body at the meeting scheduled for 3/12/2025.

Given these circumstances, we kindly request an extension in line with the
**"Executive Order Compliance Instructions" FAQ**, which states that extensions
may be granted for extenuating circumstances, including scheduled leave or
internal approval processes requiring additional time.
Please let us know if you need any additional information to process this request.
We appreciate your time and consideration.
**Henri M. Hammond-Paul**
*Director, Community Health and Safety*
C: 505-490-7818

 Book a meeting with me

EXHIBIT F

**From:** Chene, David DaChene@americorps.gov  🔗
**Subject:** RE: [External] Re: Request for 3-Week Extension – Executive Order Compliance Submission
**Date:** February 21, 2025 at 11:18 AM
**To:** HAMMOND-PAUL, HENRI M. hmhammondpaul@santafenm.gov, Bradshaw, Maryon MBradshaw@americorps.gov, Mountain Mountain@americorps.gov
**Cc:** SCOTT, MARK A. mscott@santafenm.gov, MCSHERRY, ERIN K. ekmcsherry@santafenm.gov, WEBBER, ALAN M. amwebber@santafenm.gov, TUCKER, MARIA E. metucker@santafenm.gov, SANCHEZ, MANUEL N. mnsanchez@santafenm.gov

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Henri,

Received, thank you.  We will circle back soon with next steps.  It's my understanding that you are having technical issues with at least one of your submissions.  Please make sure to track the ticket number from the help desk if you are seeking technical support from eGrants.  We may need that.  I recommend that you continue to try and submit.  You may not hear back from the support desk when the issue is resolved.

Best,

**David Chené**
**Senior Portfolio Manager** |Mountain Region
AmeriCorps.gov

**From:** HAMMOND-PAUL, HENRI M. <hmhammondpaul@santafenm.gov>
**Sent:** Friday, February 21, 2025 12:00 PM
**To:** Bradshaw, Maryon <MBradshaw@americorps.gov>; Chene, David <DaChene@americorps.gov>; Mountain <Mountain@americorps.gov>
**Cc:** SCOTT, MARK A. <mscott@santafenm.gov>; MCSHERRY, ERIN K. <ekmcsherry@santafenm.gov>; WEBBER, ALAN M. <amwebber@santafenm.gov>; TUCKER, MARIA E. <metucker@santafenm.gov>; SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>
**Subject:** [External] Re: Request for 3-Week Extension – Executive Order Compliance Submission

Some people who received this message don't often get email from hmhammondpaul@santafenm.gov. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**SENT ON BEHALF OF MARK SCOTT, CITY MANAGER FOR THE CITY OF SANTA FE, NM**

Concurrent with this communication, City Staff has submitted an amended application bringing the City of Santa Fe into compliance with the aforementioned Executive Order.

At this time we' are also registering our profound disagreement with what we understand to be the intent, philosophy and legal authority of this Executive Order.

The three grants this applies to are as follows:

Grant Number: 23SFDNM002
Application ID: 24SF263957

Grant Number: 23SCDNM002
Application ID: 24SC263842

Grant Number: 23SRDNM003
Application ID: 24SR266327

--
**Henri M. Hammond-Paul**
*Director, Community Health and Safety*
C: 505-490-7818
 Book a meeting with me 

**From:** HAMMOND-PAUL, HENRI M. <hmhammondpaul@santafenm.gov>
**Date:** Wednesday, February 19, 2025 at 12:05 PM
**To:** MBradshaw@americorps.gov <MBradshaw@americorps.gov>,
DaChene@americorps.gov <DaChene@americorps.gov>,
Mountain@americorps.gov <Mountain@americorps.gov>
**Cc:** SCOTT, MARK A. <mscott@santafenm.gov>, MCSHERRY, ERIN K.
<ekmcsherry@santafenm.gov>, WEBBER, ALAN M.
<amwebber@santafenm.gov>, TUCKER, MARIA E. <metucker@santafenm.gov>,
SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>
**Subject:** Request for 3-Week Extension – Executive Order Compliance Submission

**<span style="color:red">SENT ON BEHALF OF MARK SCOTT, CITY MANAGER FOR THE CITY OF SANTA FE, NM</span>**

Hi Marion and David,

Per the conversation on the phone at 11:36 AM MST on 2/19/2025, the City of Santa Fe is formally requesting a three-week extension on the deadline to submit our response regarding Executive Order Compliance.
We are requesting this extension due to the following extenuating circumstances:

- The City Manager's first day on the job was this Monday (2/17/2025), and he is still in the process of onboarding.
- We are working to clarify the authority within the City regarding responding to Americorps' certification request. If the response requires City Council/Governing Body approval, the earliest we could bring it before the Governing Body at the meeting scheduled for 3/12/2025.

Given these circumstances, we kindly request an extension in line with the **"Executive Order Compliance Instructions" FAQ**, which states that extensions may be granted for extenuating circumstances, including scheduled leave or internal approval processes requiring additional time.

Please let us know if you need any additional information to process this request. We appreciate your time and consideration.


**From:** Bradshaw, Maryon <MBradshaw@americorps.gov>
**Sent:** Friday, February 14, 2025 10:29 AM
**To:** SANCHEZ, MANUEL N. <mnsanchez@santafenm.gov>; LUJAN, ERIKA V. <evlujan@santafenm.gov>; ARMIJO, ROBERTA P. <rparmijo@santafenm.gov>; TRUJILLO, THERESA P. <tptrujillo@santafenm.gov>; GURULE, BRITTANY S. <bsgurule@santafenm.gov>; CUELLAR ERIKA C <eccuellar@santafenm.gov>; BACA, MONA A. <mabaca@santafenm.gov>
**Cc:** Chene, David <DaChene@americorps.gov>; Mountain <Mountain@americorps.gov>
**Subject:** Executive Order Compliance – Response Required by February 19th

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter(s) regarding your AmeriCorps award(s).

Immediate action is required, and you must complete this process and reply all to this email by February 19, 2025. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Please note that while your attached letter is titled "RE: Executive Order Compliance - Action Required" you should follow the instructions for the "Executive Order - Potential Noncompliance" letters in the attached guidance. These titles refer to the same letter.

Sincerely,

**Maryon Bradshaw**
**Portfolio Manager |** Mountain Region
AmeriCorps.gov
M: 202.413.7465 Microsoft Bookings



# EXHIBIT G

**AmeriCorps**

March 10, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

Grant Number: 23SRDNM003
Application ID: 25SR268017

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is acting to ensure compliance with updated guidelines issued by the Trump-Vance Administration.

To ensure compliance of AmeriCorps awards, you must review your application and resubmit it with any necessary changes. As a result, AmeriCorps does not anticipate being able to make all RSVP Continuation awards in advance of April 1. AmeriCorps will make awards as quickly as possible, and no later than May 2, 2025, provided applicants take all necessary steps in a timely manner.

In the event of a later than anticipated budget period start date for your award:
If you will be starting year one you may request pre-award approval from AmeriCorps. Submit a written request to your Portfolio Manager.  Include in your request:
  • A date for the pre-award approval to begin, and
  • The purpose of the request

If you are a continuation grantee and will be starting in years two or three of your 3-year grant cycle, you do not request pre-award from AmeriCorps but follow the policies and procedures of your organization. Your Notice of Grant Award (NGA) reflects a 3-2-1 budget period.  In year one, your budget period as noted on your NGA reflects 3 years, giving you permission to continue spending year 1 funds throughout the entire project period of the grant.  Then in year 2 your budget period reflects a 2-year period, allowing you to expend year 2 funds throughout the remaining project period of the grant.  In the event we are not able to make your award before the end of your year 1 or year 2 period, you do have permission to continue spending year 1 and year 2 funds per your NGA and following your organizational policies and procedures. You may use carry forward funds to cover the gap between April 1 and the start of your award. If you have not done so already, you will need to include the carry forward in your continuation budget.

If you have no additional Year 1 or Year 2 funds remaining, you will have to use your own funds to bridge the gap between April 1 and the start of your award.

The agency has reviewed current AmeriCorps grant applications  for compliance. We are writing today to provide you with an update of that review:

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677



Based on this review, the language below from your application requires clarification:

25SR268017
• The Other narrative includes the following terms: Diversity, Equity; DEI
• The Strengthening Communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services not in compliance with recent Executive Orders.

Please review your application for compliance with executive orders and take one of the following actions:

1. If you assess the award is compliant with executive orders and no revisions are required:
   a. Resubmit your application with no changes. **Do not make any other changes to your application.** When you complete that resubmission you will be prompted to complete a recertification within eGrants' certification and assurances step.

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, in order to maintain your AmeriCorps award, you must:
   a. Stop providing those services within your program/project immediately.
      i. Revise your most recent application as necessary 25SR268017 and remove or update any language related to potentially noncompliant activities.
      ii. Submit your application by **March 17, 2025**.

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by **March 17, 2025**. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **March 17, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives a response. If we do not receive your response by **March 17, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw