| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>MOLLY J. ALARCON, SBN 315244<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 554-3894<br>Facsimile:     (415) 437-4644<br>E-Mail:        molly.alarcon@sfcityatty.org<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT | WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR, SBN 224018<br>bhur@willkie.com<br>SIMONA AGNOLUCCI, SBN 246943<br>sagnolucci@willkie.com<br>EDUARDO E. SANTACANA, SBN 281668<br>esantacana@willkie.com<br>STEPHEN HENRICK, SBN 310539)<br>shenrick@willkie.com<br>ALYXANDRA VERNON, SBN 327699<br>avernon@willkie.com<br>MICHAEL MORIZONO, SBN 359395<br>mmorizono@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone:    (415) 858-7400<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>  Plaintiffs,<br><br>  vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>  Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**DECLARATION OF SARA J. EISENBERG IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** |

I, Sara J. Eisenberg, declare and state the following:

1. I am an attorney for the City Attorney's Office of San Francisco. I represent the San Francisco Unified School District in the above-captioned matter.

2. Plaintiffs filed this action in the afternoon of March 10, 2025. At 4:24 pm that afternoon, I sent an email to the following people attaching a courtesy copy of the complaint and informing them that "Plaintiffs intend to file a motion in the US District Court for the Northern District of California tomorrow seeking a temporary restraining order prohibiting Defendants from enforcing the February 13, 2025, directive to all grant recipients entitled "Executive Order Compliance Instructions" and the new grant conditions contained therein, withholding funding on the basis of those unlawful conditions, or imposing any similar conditions on AmeriCorps grants by another name, and issue an order to show cause why a preliminary injunction should not be granted."

- ERIC J. HAMILTON
  Deputy Assistant Attorney
  United States Department of Justice, Federal Programs Branch
  eric.hamilton@usdoj.gov

- ALEX HAAS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  alex.haas@usdoj.gov

- DIANE KELLEHER
  Co-Director
  United States Department of Justice, Federal Programs Branch
  diane.kelleher@usdoj.gov

- JOHN GRIFFITHS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  john.griffiths@usdoj.gov

- PAMELA T. JOHANN
  First Assistant United States Attorney
  United States Attorney's Office, Northern District of California
  pamela.johann@usdoj.gov

3. At 4:39 pm on March 10, 2025, I received a response from John Griffiths acknowledging receipt of my email and stating that he, Pamela Johann, and Joey Borson would be the points of contact on the case until the matter was assigned.

4. At 1:59 pm on March 11, 2025, I sent Mr. Griffiths, Ms. Johann, and Mr. Borson courtesy copies of Plaintiffs' motion for a temporary restraining order and supporting documents.

5. I have directed my staff to personally deliver copies of the summons, complaint, TRO papers, and all of the documents to date in this case to the US Attorney's Office for the Northern District of California today.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California, on March 11, 2025.

_____
Sara J. Eisenberg