UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

## [PROPOSED] ORDER TO SHOW CAUSE

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue enjoining Defendants during the pendency of this action from enforcing the February 13, 2025 directive to AmeriCorps grant recipients entitled "Executive Order Compliance Instructions" (the "AmeriCorps Directive") and the new conditions set forth therein. The hearing on the order to show cause will be held on _____ at _____.

It is furthered ordered that:

1. Any opposing papers shall be filed with the Court and served upon Plaintiffs or Plaintiffs' counsel no later than _____.

2. Any reply papers shall be filed with the Court and served on Defendants or Defendants' counsel no later than _____.

**IT IS SO ORDERED.**

Dated:

_____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO SHOW CAUSE            1
CASE NO. 3:25-CV-02425-EMC