UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiffs' motion for a temporary restraining order, the accompanying memorandum of law, all supporting documents and declarations thereto, and the imminent and irreparable harm to Plaintiffs alleged therein, it is hereby:

**ORDERED** that the motion for a temporary restraining order is **GRANTED**; it is further

**ORDERED** that Defendants shall not pause, freeze, impede, block, cancel, or terminate AmeriCorps funding awards on the basis of recipients' continued operation of their AmeriCorps-funded programs as originally approved;

**ORDERED** that Defendants shall not pause, freeze, impede, block, cancel, or terminate AmeriCorps funding awards on the basis of recipients' failure to certify, or execute new grants certifying compliance with, executive orders issued by President Trump on or after January 20, 2025,

**ORDERED** that Defendants shall not pause, freeze, impede, block, cancel, or terminate existing AmeriCorps funding awards on the basis of recipients' failure to certify, or execute new grants certifying, that the funded programs do not include any "activities that promote DEI activities" or similar language (together with the executive order compliance condition, the "Enjoined Conditions");

**ORDERED** that Defendants are **ENJOINED** from modifying, or requiring Plaintiffs to modify, the terms of any of Plaintiffs' extant federal grants and contracts to comply with the Enjoined Conditions, or adding, or requiring Plaintiffs to add, any terms to forthcoming grants and contracts predicated on the Enjoined Conditions or similar language; it is further

**ORDERED** that Defendants are **ENJOINED** from requiring Plaintiffs to make any "certification" or other representation related to compliance with the Enjoined Conditions; further

**ORDERED** that Defendants, and other persons who are in active concert or participation with Defendant, are **ENJOINED** from initiating any investigations of Plaintiffs under the authority of the Enjoined Conditions, and specifically from publishing or making any list of Plaintiffs as targets of investigation as mandated by Executive Order 14173; it is further

**ORDERED** that the Parties shall propose a joint briefing schedule for Plaintiffs' motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated:

THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE