# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Jonathan Benjamin Miller**, Bar **663012**, was duly admitted to practice in this Court on **September 16, 2008**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **February 05, 2025**



**Robert M. Farrell**
CLERK