| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>MOLLY J. ALARCON, SBN 315244<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA  94102-5402<br>Telephone:     (415) 554-3894<br>Facsimile:      (415) 437-4644<br>E-Mail:          molly.alarcon@sfcityatty.org<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT<br><br>[additional counsel on next page] | WILLKIE FARR & GALLAGHER LLP<br>BENEDICT Y. HUR, SBN 224018<br>bhur@willkie.com<br>SIMONA AGNOLUCCI, SBN 246943<br>sagnolucci@willkie.com<br>EDUARDO E. SANTACANA, SBN 281668<br>esantacana@willkie.com<br>STEPHEN HENRICK, SBN 310539)<br>shenrick@willkie.com<br>ALYXANDRA VERNON, SBN 327699<br>avernon@willkie.com<br>MICHAEL MORIZONO, SBN 359395<br>mmorizono@willkie.com<br>333 Bush Street, 34th Floor<br>San Francisco, CA 94104<br>Telephone:    (415) 858-7400<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>     Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>     Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**PROOF OF SERVICE** |

| | |
|---|---|
| 1 | ERIN K. MCSHERRY*<br>City Attorney City of Santa Fe, New Mexico |
| 2 | 200 Lincoln Avenue<br>Santa Fe, NM 87501 |
| 3 | 505-955-6512<br>ekmcsherry@santafenm.gov |
| 4 | |
| 5 | JILL HABIG, SBN 268770<br>JONATHAN B. MILLER* |
| 6 | Public Rights Project<br>490 43rd Street, Unit #115 |
| 7 | Oakland, CA 94609<br>(510) 738-6788 |
| 8 | jon@publicrightsproject.org |
| 9 | *Application for admission pro hac vice<br>forthcoming |
| 10 | Attorneys for Plaintiff<br>CITY OF SANTA FE, NEW MEXICO |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I, SARAH L. GUTIERREZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, 6th Floor, San Francisco, CA 94102.

On March 12, 2025, I served the following document(s):

- **Summons**
- **Complaint for Declaratory and Injunctive Relief and Exhibits 1-9**
- **Standing Order for All Judges of the Northern District of California**
- **Judge Chen's Civil Standing Order - General**
- **U.S. Northern District of California – ECF Registration Information**
- **AO 398 Notice of a Lawsuit and Request to Waive Service of Summons**
- **AO 399 Waiver of Service of Summons (2 copies)**
- **Plaintiff's Notice of Motion and Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Request for Judicial Notice in Support of Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Declaration of Laurie Vargas Zeuschner in Support of Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Declaration of Dr. Maria Su in Support of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Declaration of Bianca Gonzalez in Support of Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Declaration of Henri Hammond Paul in Support of Motion for Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **Declaration of Sara Eisenberg in Support of Motion for Temporary Restraining Order and Order to Show Cause**
- **[Proposed] Order to Show Cause Why A Preliminary Injunction Should Not Issue**
- **[Proposed] Order Granting Temporary Restraining Order**

on the following persons at the locations specified:

| | |
|---|---|
| AMERICORPS, a.k.a. the Corporation for National and Community Service<br>250 E Street SW<br>Washington, DC 20525 | PAMELA BONDI<br>Attorney General of the United States<br>United States Department of Justice<br>950 Constitution Avenue, NW<br>Washington, DC 20530 |
| JENNIFER BASTRESS TAHMASEBI<br>Interim Agency Head of AmeriCorps<br>Americorps<br>250 E Street SW<br>Washington, DC 20525 | |

in the manner indicated below:

☒ **BY UNITED STATES CERTIFIED MAIL, RETURN RECEIPT REQUESTED**:
Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed March 12, 2025, at San Francisco, California.

_____
SARAH L. GUTIERREZ