1

2

3

4

5

6

7

8

9

10

11

12

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA  94102-5402
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:        molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

*[Additional counsel on signature page]*

WILLKIE FARR & GALLAGHER LLP
BENEDICT Y. HUR, SBN 224018
bhur@willkie.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@willkie.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@willkie.com
STEPHEN HENRICK, SBN 310539)
shenrick@willkie.com
ALYXANDRA VERNON, SBN 327699
avernon@willkie.com
MICHAEL MORIZONO, SBN 359395
mmorizono@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone:    (415) 858-7400

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>        Plaintiffs,<br><br>        vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>        Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Trial Date:    Not set |

23

24

25

26

27

28

STIPULATED BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR TRO
CASE NO. 3:25-cv-02425-EMC

1

n:\cxlit\li2025\250825\01827107.docx

1    WHEREAS, Plaintiffs and Defendants, through their counsel of record, enter into the

2    following scheduling stipulation.

3                                                    **STIPULATION**

4    WHEREAS, Plaintiffs filed a Complaint in this action on March 10, 2025 and on March 11,

5    2025, filed a Motion for a Temporary Restraining Order and Order to Show Cause Why A Preliminary

6    Injunction Should Not Issue ("TRO Motion");

7    WHEREAS, per this Court's Order issued March 12, 2025 (Dkt. No. 20), Plaintiffs and

8    Defendants met and conferred regarding a briefing and hearing schedule for Plaintiffs' TRO Motion;

9    THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's

10   approval, that:

11       • Defendants shall file and serve their opposition on March 19, 2025 by 5:00 p.m.;

12       • Plaintiffs shall file and serve their reply on March 21, 2025; and

13       • The hearing on the TRO Motion will be set for the afternoon of March 27, 2025 if the

14         Court so permits,[1] otherwise for the afternoon of March 28, 2025.

15   IT IS SO STIPULATED.

16   Dated: March 14, 2025

                                                          DAVID CHIU
17                                                        City Attorney, City and County of San Francisco
                                                          YVONNE R. MERÉ
18                                                        Chief Deputy City Attorney
                                                          MOLLIE M. LEE
19                                                        Chief of Strategic Advocacy
                                                          SARA J. EISENBERG
20                                                        Chief of Complex and Affirmative Litigation
                                                          MOLLY J. ALARCON
21                                                        Deputy City Attorney

22

23                                                    By: */s/ Molly J. Alarcon*
                                                          MOLLY J. ALARCON
24                                                        Deputy City Attorney

25   _____

26       [1] Plaintiffs respectfully request relief from this Court as soon as is feasible, and ideally by
     Friday, March 28 given Plaintiff Santa Fe's upcoming grant renewal deadline, and therefore propose a
27   hearing date just shy of seven days after Plaintiffs' reply brief is due. Defendants' counsel has a court
     appearance on March 28, 2025 at 10 a.m. and is thus unavailable for a hearing in this matter on the
28   morning of March 28 and does not oppose Plaintiffs' request for a March 27, 2025 hearing.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

By: */s/ Erin K. McSherry*
ERIN K. MCSHERRY*
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

*Application for admission pro hac vice
forthcoming or pending

Dated: March 14, 2025

PATRICK D. ROBBINS
Acting United States Attorney

By: */s/ Sapna S. Mehta*
SAPNA S. MEHTA
Assistant United States Attorney

Attorney for Defendants

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 14, 2025

HON. EDWARD M. CHEN
United States District Judge

STIPULATED BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR TRO
CASE NO. 3:25-cv-02425-EMC

3

n:\cxlit\li2025\250825\01827107.docx