PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**DECLARATION OF CARLY BRUDER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Carly Bruder, declare as follows:

1.    I am the Acting Chief Program Officer of the Corporation for National and Community Service, doing business as AmeriCorps, headquartered in Washington, D.C. I have served in this position since April 7, 2024. I have served in a variety of roles at AmeriCorps since 2010, including as a State Program Specialist, VISTA Training Coordinator, Program Officer, Director of VISTA Member Support, Senior Advisor for Technology Transformation, Deputy Director of AmeriCorps VISTA, and Acting Director of AmeriCorps VISTA. Additionally, I served as an AmeriCorps member with the National Civilian Community Corps and VISTA, and as an AmeriCorps VISTA sponsor, from 2004-

1  2010.  This declaration is based on my personal knowledge and information provided to me in my
2  official capacity by others.

3       2.     AmeriCorps is an independent agency of the U.S. government whose mission is to
4  improve lives, strengthen communities, and foster civic engagement through service and volunteering.
5  It does so by enlisting members and volunteers to serve in communities across the country and by
6  investing in their volunteer efforts.  AmeriCorps offers programs that provide different volunteer
7  opportunities.  These include AmeriCorps Volunteers in Service to America (AmeriCorps VISTA),
8  AmeriCorps National Civilian Community Corps (AmeriCorps NCCC), AmeriCorps State and National
9  (ASN), AmeriCorps Seniors, and the Volunteer Generation Fund.  AmeriCorps administers some of
10 these programs through grantmaking, providing federal financial assistance to states and nonprofits to
11 support the placement of AmeriCorps members and AmeriCorps Seniors volunteers in communities;
12 other programs, like AmeriCorps NCCC and partially the AmeriCorps VISTA program, are directly
13 funded and operated by AmeriCorps.  The AmeriCorps Seniors program is specifically for individuals
14 55 and older and implements the Foster Grandparent Program (FGP), Senior Companion Program
15 (SCP), and Retired & Senior Volunteer Program (RSVP) programs.

16      3.     On June 30, 2024, AmeriCorps awarded an AmeriCorps State and National (ASN)
17 competitive grant 24ACICA002 to California Volunteers, the State Service Commission of California,
18 for $29,098,061 to support service programs throughout the state of California for Fiscal Year 2024.
19 Att. 1.  The Terms of Acceptance in its Notice of Grant Award state: "By accepting funds under this
20 grant, recipient agrees to comply with" the General Terms and Conditions, Program Terms and
21 Conditions, assurances and certifications, and applicable federal statutes, regulations, and guidelines.
22 The FY 2024 General Grant and Cooperative Agreement Terms and Conditions state in Section II.B.
23 that the recipient must comply with executive orders.  The ASN grant to California Volunteers has a
24 performance period and budget period of July 1, 2024 to June 30, 2027 to reflect that it is a three-year
25 grant, but the Notice of Grant Award provides funds for the approved 2024-2025 programs only.  State
26 Commissions must renew annually for the funds for the upcoming Fiscal Year.

27      4.     Upon submission of the grant application in the electronic grants system (eGrants), the
28 duly authorized representative of the applicant certified that the applicant would comply with 2023-2024

Assurances and Certifications including an assurance that the applicant "will comply with all applicable requirements of all other Federal laws, executive orders, regulations, application guidelines, and policies governing this program." A copy of the Application Instructions, State and National Competitive New and Continuation is available at https://www.americorps.gov/sites/default/files/document/2024-12/FY%202025%20ASN%20Application%20Instructions%20FINAL%20-%20for%20Match%20Update.508.pdf.

5. As a State Commission, California Volunteers uses its own application process to award subgrants to organizations within California; AmeriCorps does not directly communicate with subgrantees but instead communicates with its grantee State Commission, California Volunteers.

6. Plaintiff City of Santa Fe currently has three grants for AmeriCorps Seniors programs.

    a. On February 28, 2024, AmeriCorps awarded Santa Fe an RSVP continuation grant (23SRDNM003) for $52,500 to carry out the City of Santa Fe's RSVP program in Fiscal Year 2024. Att. 2. Santa Fe was awarded a three-year grant in 2023 but must submit a continuation application each year for the following Fiscal Year's funds. Santa Fe's grant has a current Fiscal Year 2024 budget period of April 1, 2024 to March 31, 2026 (because Fiscal Year 2024 is the second year of the three-year grant, the second-year funds can be used until the end of the third grant year but Santa Fe must still submit a continuation application to obtain the third fiscal year of funds).

    b. On June 21, 2024, AmeriCorps awarded Santa Fe an SCP continuation grant (23SCDNM002) for $2,500 to carry out the Santa Fe's SCP program in Fiscal Year 2024. Att. 3. Santa Fe was awarded a three-year grant in 2023 but must submit a continuation application each year for the following Fiscal Year's funds. Santa Fe's SCP grant has a current Fiscal Year 2024 budget period of July 1, 2024 to June 30, 2026 (because Fiscal Year 2024 is the second year of the three-year grant, the second-year funds can be used until the end of the third grant year but Santa Fe must still submit a continuation application to obtain the third fiscal year of funds).

    c. On June 27, 2024, AmeriCorps awarded Santa Fe an FGP continuation grant (23SFDNM002) for $62,632 to carry out Santa Fe's FGP program in Fiscal Year

2024.  Att. 4.  Santa Fe's FGP grant has a current Fiscal Year 2024 budget period of July 1, 2024 to June 30, 2026 (because Fiscal Year 2024 is the second year of the three-year grant, the second-year funds can be used until the end of the third grant year but Santa Fe must still submit a continuation application to obtain the third fiscal year of funds).

7. Upon submission of each of these grant applications in the electronic grants system (eGrants), the duly authorized representative of the City of Santa Fe certified that it would comply with 2023-2024 Assurances and Certifications including an assurance that the applicant "will comply with all applicable requirements of all other Federal laws, executive orders, regulations, application guidelines, and policies governing this program."  The Notice of Grant Award for each of these grants include the following statement: "Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites.default/files/document/FY2024-General-Terms-Conditions-50820230919.pdf and the Program Terms and Conditions found at [For RSVP grant: https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. For SCP and FGP grants: https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCPProgram-Specific-508TC.pdf].  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines."  The FY 2024 General Grant and Cooperative Agreement Terms and Conditions state in Section II.B. that the recipient must comply with executive orders.

8. After President Trump took office on January 20, 2025, AmeriCorps took steps to align its programs and grant funding with the administration's Executive Orders.  On February 3, 2025, AmeriCorps Interim Agency Head Jennifer Bastress Tahmasebi sent an electronic message through the GovDelivery messaging platform titled "Important Notice: Executive Order Compliance Update" to all AmeriCorps grantees stating, *inter alia,* that "AmeriCorps is continuing to review all applicable executive orders and corresponding guidance issued by the Office of Management and Budget and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with President Trump's executive orders, related directives, and the Trump-Vance Administration priorities."

Att. 5.

9. On February 11, 2025, I sent an electronic GovDelivery message titled "Executive Order Compliance Update" to all grantees to notify them that AmeriCorps is continuing to review all applicable executive orders, memoranda and corresponding guidance issued since January 20, 2025 by President Trump, the Office of Management and Budget and the Office of Personnel Management. I provided advance notice that that the agency's review "may require action" from grantees and provided AmeriCorps' initial guidance on compliance. Att. 6.

10. On February 13, 2025, AmeriCorps finalized a document entitled "Executive Order Compliance Instructions" to be provided to AmeriCorps grantees with directions on updating current AmeriCorps grants to comply with the President's executive orders. Att. 7. The instructions directed grantees to take one of three actions by February 19, 2025: certify to AmeriCorps that the grantee's existing AmeriCorps funded activities are in compliance with executive orders, request a grant amendment to bring the grantee's AmeriCorps funded activities into compliance with executive orders, or request a relinquishment of the grant. These Instructions were sent to grantees by their respective Portfolio Managers. The February 13, 2025 Instructions required that all grantees and sponsors of AmeriCorps funded activities must also ensure all sub applicants, volunteer stations, operating sites, and host sites of subgrantees are also compliant.

11. On February 14, 2025, Portfolio Manager, West Region, Lindsey Pugh emailed a letter and the Executive Order Compliance Instructions to California Volunteers. Att. 8. The letter identified language from California Volunteers' grant that required clarification, stating that it is unclear whether the quoted language indicates that the program is using Federal funds to promote or provide services out of compliance with recent Executive Orders, and requesting California Volunteers to review their application for compliance with the executive orders and take one of the three requested actions based on whether California Volunteers assesses that the award is compliant with the executive orders or is noncompliant within the scope of the approved grant activities. The letter also attached a spreadsheet identifying potential issues with California Volunteer's subgrantees. The letter stated that if AmeriCorps does not receive a response by the February 19 deadline, adverse action up to and including termination of awards may begin.

BRUDER DECL.
3:25-CV-02425- EMC                                      5

12. On February 14, 2025, Portfolio Manager Maryon Bradshaw emailed letters to the City of Santa Fe identifying language from its RSVP, FGP, and SCP grants that require clarification. Att. 9. The letters state that it is unclear whether the quoted language indicates that the program is using Federal funds to promote or provide services out of compliance with recent Executive Orders, and request the City of Santa Fe to review their application for compliance with the executive orders and take one of three actions based on whether the City of Santa Fe assesses that the award is compliant with the executive orders or is noncompliant within the scope of the approved grant activities. The letters established a February 19 deadline and stated that if AmeriCorps does not receive a response, adverse action up to and including termination of awards may begin.

13. On February 18, 2025, California Volunteers requested an extension of the February 19 deadline to February 26. Acting Senior Portfolio Manager, CA-West Region, Sara Van Marel responded with an approval of an extension through February 26.

14. On February 19, 2025, City of Santa Fe requested a three-week extension on the deadline to submit a response regarding Executive Order Compliance. David Chene, Senior Portfolio Manager, Mountain Region, responded allowing an extension to February 21.

15. On February 25, 2025, AmeriCorps Regional Administrator, West Region, Amy Dailey, emailed the following to California Volunteers: "AmeriCorps is continuing its review of all current awards to ensure activities using AmeriCorps funding are in alignment with Trump-Vance administration priorities. AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders and, in accordance with the preliminary injunction, will not take any action related to award terminations in relation to this review. Please continue with your review of your award, including submitting the self-certification or amendment, as applicable." Att. 10

16. On February 26, 2025, California Volunteers submitted its response to the Executive Order Compliance Instructions, including SFUSD's requested amendment to its subgrant. The SFUSD's requested grant amendment would change language in their grants to remove references to equity training, BIPOC, and racial equity, among other changes as shown in the track changes comparison of the original grant language and requested amended language at Att. 11. AmeriCorps has not processed this grant amendment and does not intend to process it pending the outcome of this case.

17. On February 26, February 28, and February 28, 2025, AmeriCorps awarded the City of Santa Fe's FY24 Executive Order Compliance Amendment for its SCP grant, FGP grant, and RSVP grant, respectively. Att. 12. Santa Fe requested the amendments to the language in their grants to remove references to racial diversity, among other changes as shown in the track changes comparison of the original grant language and requested amended language at Att. 13. AmeriCorps has approved these requested amendments for their FY24 grants and the changes will also apply to their FY25 continuation grants.

    a. Santa Fe's FY25 RSVP continuation application was originally due September 18, 2024 and updates to the application to incorporate requested amendments were due March 17, 2025.

    b. Santa Fe's FY25 FGP and SCP continuation applications to incorporate requested amendments are due March 21, 2025.

18. On March 13, 2025, AmeriCorps Acting Senior Portfolio Manager, CA-West Region, Sara Van Marel emailed California Volunteers with the following message: "Thank you for your response to the executive order compliance review process. AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders. In accordance with the preliminary injunction, no additional action is needed at this time and you may continue with grant activities. Upon the resolution of the preliminary injunction AmeriCorps will follow up with additional instructions." Att. 14

19. AmeriCorps current implementation of the February 13, 2025 "Executive Order Compliance Instructions" depends upon how the grantee responded to the instructions. All grantees except five responded in some way to the February 13, 2025 "Executive Order Compliance Instructions" either by taking one of the three requested actions (self-certifying, requesting amendment of their grants to ensure compliance with executive orders, or relinquishing their grants) or by responding in some other manner (e.g., to express opposition to the instructions).

    a. For those grantees that self-certified as to their compliance, AmeriCorps is taking no further action with regard to the February 13 instructions.

    b. For those grantees that have requested amendments, AmeriCorps is processing those

amendments with the exception of the amendment requested by Plaintiff SFUSD. Some amendments have completed the process and been issued, while others continue to be processed. If AmeriCorps approved and issued the amendments, AmeriCorps is taking no further action with regard to the February 13 instructions. The amendments to the Plaintiff City of Santa Fe grants have been approved.

    c. For those grantees that have relinquished, AmeriCorps has processed or is processing those relinquishments, based on the established relinquishment procedures.

    d. For those grantees that responded in a fourth manner not offered by the February 13 instructions, AmeriCorps has sent the message "Thank you for your response to the executive order compliance review process. AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders. In accordance with the preliminary injunction, no additional action is needed at this time and you may continue with grant activities. Upon the resolution of the preliminary injunction AmeriCorps will follow up with additional instructions." AmeriCorps is taking no further action with regard to the February 13 instructions until lawsuits challenging the legality of the applicable executive orders have been resolved.

    e. AmeriCorps has not, to date, terminated any grants as a result of the Executive Order Compliance Instructions. Under regulations applicable to AmeriCorps Seniors grants (45 CFR 1206.1-5 through 1206.1-10) and regulations applicable to ASN grants (2 CFR 200.340 through 200.343; 45 CFR 2540), grantees are entitled to an administrative hearing before termination of their grant.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Yardley, Pennsylvania on March 19, 2025.

*CARLY BRUDER*
Digitally signed by CARLY BRUDER
Date: 2025.03.19 13:40:41 -04'00'

CARLY BRUDER