# **EXHIBIT 2**

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

| | |
|---|---|
| City of Santa Fe | EIN: 856000168 |
| 200 Lincoln Ave  Santa Fe NM 87501-1904 | UEI: QLN2YKMMJ8X6 |

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SRDNM003 | Performance Period: | 04/01/2023 - 03/31/2026 |
| Amendment No.: | 2 | Budget Period: | 04/01/2024 - 03/31/2026 |
| CFDA No.: | 94.002 | Grant Year: | 2 |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $52,500 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $52,500 | $52,500 |

#### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $37,500 |
| Total CNCS Funds Awarded to Date | **$90,000** |

### Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-P74-OPO-26000-4101 | $52,500.00 |

### Award Description

This award funds the approved 2024–25 RSVP program. Your 2024–25 statutory match is 30% and your budgetary match is 73.88%.

This award is approved to add $2,500 in one-time additional funds for travel related to training in FY 24.

**Terms of Acceptance:** By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

 Corporation for National and Community Service:

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe
200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168
UEI: QLN2YKMMJ8X6

### Award Information

| | |
|---|---|
| Agreement No.: **23SRDNM003** | Performance Period: 04/01/2023 - 03/31/2026 |
| Amendment No.: **2** | Budget Period: 04/01/2024 - 03/31/2026 |
| CFDA No.: | Grant Year: **2** |

*[Signature: Adrienne Love]*  02/28/2024

Signature                                    Award Date

Adrienne Love
Senior Grants Officer

Daisy Gallardo, 202-815-4248
Grants Officer

Maryon Bradshaw
Program Officer

City of Santa Fe
Legal Applicant

Ramona A. Baca
Project Director

Cheryl James
Certifying Official/Executive Officer