# **EXHIBIT 3**

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

| | |
|---|---|
| City of Santa Fe | EIN: 856000168 |
| 200 Lincoln Ave  Santa Fe NM 87501-1904 | UEI: QLN2YKMMJ8X6 |

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SCDNM002 | Performance Period: | 07/01/2023 - 06/30/2026 |
| Amendment No.: | 1 | Budget Period: | 07/01/2024 - 06/30/2026 |
| CFDA No.: | 94.016 | Grant Year: | 2 |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $2,500 | $2,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $2,500 | $2,500 |

#### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $0 |
| Total CNCS Funds Awarded to Date | **$2,500** |

### Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-P77-OPO-26000-4101 | $2,500.00 |

### Special Conditions

Santa Fe City Senior Companion Program does not have a current single audit in the FAC. A special condition is added on the award for the grantee to submit the single audit to the FAC by September 30, 2024 for this award or the grant may be placed on manual hold.

### Award Description

This award funds the approved 2024–25 SCP program. Your 2024–25 statutory match is 10% and your budgetary match is 98.81%.

This award is approved to add $2,500 in one-time additional funds for travel related to training in FY 24.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe
200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168
UEI: QLN2YKMMJ8X6

### Award Information

| | |
|---|---|
| Agreement No.: **23SCDNM002** | Performance Period: 07/01/2023 - 06/30/2026 |
| Amendment No.: **1** | Budget Period: 07/01/2024 - 06/30/2026 |
| CFDA No.: | Grant Year: **2** |

Corporation for National and Community Service:

*[Signature: Sarah Fosbaugh]*   06/21/2024

Signature                        Award Date

Sarah Fosbaugh
Senior Grants Officer

Daisy Gallardo, 202-815-4248
Grants Officer

Maryon Bradshaw
Program Officer

City of Santa Fe
Legal Applicant

Roberta P. Armijo
Project Director

Cheryl James
Certifying Official/Executive Officer