# EXHIBIT 8

**Pugh, Lindsey**

| | |
|---|---|
| **From:** | Pugh, Lindsey |
| **Sent:** | Friday, February 14, 2025 1:31 PM |
| **To:** | Robert Nesman; Ia Moua; Anthony Chavez |
| **Cc:** | West |
| **Subject:** | Executive Order Compliance- Response Required by February 19th |
| **Attachments:** | CA_22CAICA001.pdf; CA_22TAICA001.pdf; Executive Order Compliance Instructions.pdf; CA State Commission Compliance Results.xlsx |
| **Importance:** | High |

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter regarding your AmeriCorps award. Immediate action is required, and you must complete this process and reply all to this email by **February 19, 2025**. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Sincerely,
Lindsey

### Lindsey Pugh

**Portfolio Manager, West Region**
Office of Regional Operations
AmeriCorps.gov



1

**AmeriCorps**

February 14, 2025

Robert Nesman
Governors Office of Planning & Research
1400 10th St
Sacramento, CA 95814

RE: Executive Order Compliance - Action Required

      Grant Number: 22CAICA001
      Application ID: 24CA267097

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review:

Based on this review, the language below from your application requires clarification:

24CA267097
• The state wide responsibilities and collaboration narrative includes the following terms: Climate Change

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that State Administration, 24CA267097 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox West@americorps.gov and Cc your Portfolio Manager.

AmeriCorps.gov

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677


2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
    a. Initiate an amendment to your most recent award 24CA267097 and remove or update any language related to out of compliance activities.
    b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
    a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, Governors Office of Planning & Research is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Lindsey Pugh

Cc: West@americorps.gov

**AmeriCorps**

February 14, 2025

Robert Nesman
Governors Office of Planning & Research
1400 10th St
Sacramento, CA 95814


RE: Executive Order Self-Certification Required

    Grant Number: 22TAICA001
    Application ID: 24TA267194

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed all current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review:

TTA Commission Investment, 24TA267194 was reviewed for compliance with current administration Executive Orders and guidance and appears to be **in compliance.**

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
    a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that TTA Commission Investment, 24TA267194 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox West@americorps.gov and Cc your Portfolio Manager.

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
    a. Initiate an amendment to your most recent award 24TA267194 and remove or update any language related to out of compliance activities.
    b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
    a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, Governors Office of Planning & Research is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Lindsey Pugh

Cc: West@americorps.gov