# EXHIBIT 13

# City of Santa Fe

## RSVP Grant

- Previous APP ID 24SR266327
- Amendment APP ID 24SR274547
- Changes made (please list)

## Organizational Capability

Since 1976, the City of Santa Fe Division of Senior Services (DSS) has offered a variety of programs and services to individuals 60 and over. DSS operates five senior centers which feature activities to keep seniors healthy and engaged, congregate and home delivered meals, in-home support services, transportation services, and volunteer opportunities, all designed to encourage older adults to continue living in their own homes as comfortably and independently as possible. RSVP has been a key component in accomplishing this mission since 1981.

Because the City of Santa Fe is the sponsoring organization for our program, all accounting and reporting functions are performed on the City's web-based MUNIS Financial System. The Accounting Office has one employee (the Financial Analyst for the Division of Senior Services) who is responsible for reconciling the common account for the City as well as reconciling accounts payable and payroll accounts monthly. The City of Santa Fe requires two signatures on checks: the Mayor and the Finance Director, and an Independent Auditor's Report is conducted on the City of Santa Fe annually; the city also has an Internal Audit Division that routinely monitors all finances and conducts audits as necessary.

The City of Santa Fe receives numerous federal grant awards, many of which are recurring funds. Regular audits and assessments conducted by the regional office of AmeriCorps Seniors, the State of New Mexico's Aging and Long-Term Services Department (ALTSD), (and our own Advisory Council) l assure that we are following mandates and, in some cases, exceed expectations. The Division of Senior Services is mandated by the New Mexico Non-Metro Area Agency on Aging (AAA) to provide an annual update of our Direct Provider Agreement (DPA) which incorporates impact-based programming as identified in the Older Americans Act (OAA). The funding includes audits and assessments reflecting compliance with respective mandates. The City of Santa Fe meets its obligation as sponsor and pursuant to OMB Circular A-133 with Comprehensive Annual Financial Reports (CAFR) conducted each fiscal year by outside auditors, following the standards applicable to financial audits contained in ""Government Auditing Standards"" issued by the Comptroller General of the United States. Copies of the audits are on file at City Hall.

City Hall is owned by the City of Santa Fe and is where the program's Fiscal Administrator is located. The Mary Esther Gonzales Senior Center, which houses the RSVP office is also owned by the City of Santa Fe, so there is no danger of losing any operating space. The City owns the equipment within its facilities and the vehicles used by our program, which are purchased with either general funds or grant funds. We are required to follow New Mexico's procurement code

when making purchases and comply with all City purchasing regulations. The City of Santa Fe periodically contracts with external consultants specialized in staffing and salary administration to conduct surveys to ensure that proper levels of staffing and job classifications are maintained. Additionally, comprehensive job descriptions are updated and/or developed to clearly define duties and responsibilities for each position. For reference and as public record, the RSVP office displays two notebooks of policies and procedures that Santa Fe RSVP follows. One notebook contains policies and procedures set by our sponsor, the City of Santa Fe, and those rules pertain to the RSVP staff. The other contains Internal Program policies developed by RSVP staff regarding daily operations of the program and pertain to volunteers, stations, and staff; internal policies are set according to AmeriCorps requirements or mandates and assist in program operations.

Because our sponsor is a government entity, we must adhere to all policy and procurement guidelines that a municipality must follow. Every purchase requires an extensive procedure that includes approval by multiple staff, with final approval by the Purchasing Officer. Our sponsoring agency provides many of our in-kind resources including office and meeting space, vehicle, and maintenance, copy and fax machines, computer equipment, staff payroll processing, and payment of a portion of employee fringe benefits. Through the Division of Senior Services, we receive in-kind contributions such as transportation services, lunches, and breakfasts for free or a suggested donation, health clinics provided by medical professionals, free financial and consumer counseling, and loans of durable medical equipment. We also reach out to community members and businesses for in-kind support and gift donations.

Staff is well versed in computer software including Word, Excel, Access, Publisher, and Munis Financial. Our access to the City's financial system enables us to verify and track information relevant to program operations. Additional funding requests are submitted as required to local and state agencies in efforts to continually sustain and expand our program to best serve our community. Staff members participate in local public hearings, town meetings, City Finance Committee and City Council meetings, to learn what resources are available.

Three staff members are directly involved in our program, but only two are budgeted through the RSVP program. Mona Baca was hired in April of 2022 as the new RSVP Administrator. Erika Cuellar is the full-time Program Coordinator. The Financial Analyst for the Division of Senior Services (including the volunteer programs) is Brittany Gurule. Her salary is funded through the City's Finance Department, with general funds.

Staff duties are clearly defined. The Program Administrator, with input from the Program manager, Program Coordinator and Advisory Council when appropriate, is responsible for program design and outreach, including the development of newsletters, presentations, meetings, and interviews; program compliance and budgeting decisions and oversight; working with the Fiscal Liaison and other staff; program infrastructure including handbooks, policies and procedures; writing all grant requests and reports; completing AmeriCorps reports; and developing/maintaining relationships with volunteer stations and other community organizations. The Program Coordinator is responsible for maintaining the Volunteer Reporter database and volunteer files, sending birthday cards and volunteer welcome packets, collecting and reporting information for quarterly state reports, and entering purchase orders for needed supplies, services, or items. Both staff members are responsible for working with volunteers, organizing, and implementing volunteer recognition

events and meetings, and representing RSVP to community members. The Financial Analyst is responsible for tracking the budget in the City's system, creating monthly state and federal fiscal reports, and approving and processing budget adjustment requests. When there is a vacancy in RSVP staff positions, the job is posted through the City of Santa Fe Human Resources Department. A list of the applicants meeting the required criteria is submitted to the direct supervisor of the open position and the interview is conducted designated program staff and/or sponsor staff; all interview questions are approved by the HR Department.

Additional local input is provided by the Senior Volunteer Programs (SVP) Advisory Council, which underwent a change in 2016 from only focusing on RSVP to now including FGP and SCP in the advice it provides. The Advisory Council currently consists of 10 ~~racially and culturally diverse~~representative community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our programs. The Advisory Council is under the purview of the Senior Services Board of Directors, also comprised of local community members.

The City of Santa Fe maintains comprehensive Personnel Rules and Regulations that include a clear and detailed travel policy. The city also has an agreement with the American Federation of State, County and Municipal Employees (AFSCME) Union.  Both entities routinely review and update rules, regulations, policies, and procedures to ensure accuracy and effectiveness. These documents are publicly available and are accepted by all grant sources that fund City of Santa Fe programs. The City of Santa Fe's budget review process is viewed as an opportunity for evaluation of program efficiency and staffing needs and there is a Performance Assessment and Development Plan for each staff member.  Individual staff members conduct the evaluation process with their supervisor, review job requirements, and plan for individual development and goals.

RSVP office and fiscal staff participate in appropriate conferences, training workshops and conference calls, including those conducted by AmeriCorps and Community Service and the New Mexico Aging and Long-Term Services Department. RSVP staff attends all relevant regional and local workshops and conferences which include mandated AmeriCorps training. When funding permits, RSVP staff may travel out-of-state to attend AmeriCorps-approved conferences. The city provides mandatory staff training in the fiscal computer system, operating a city vehicle, and first aid/CPR~~."~~

## "Other" Section

~~Describe your organization's DEIA goals and demonstrate what progress has been made toward achieving them?~~


~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe already has a large culturally diverse population.~~

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

~~* In what ways could your organization utilize training and technical assistance, and other resources related to DEIA?~~

~~Include topics related to DEIA at monthly share meetings. Ask other programs to share what their goals are and what progress has been achieved.~~

EVALUATION

The RSVP program volunteers are issued quarterly calendars that they can fill out with their volunteer hours and mileage in order to receive mileage reimbursement. We also have a RSVP website for volunteers who want to enter their hours and mileage reimbursement request online. Some volunteers email their hours and mileage reimbursement to the Program Coordinator or Program Administrator. Our Program Coordinator checks all forms of submission for accuracy in hours and maps out mileage requests confirming the number of miles for reimbursement and prepares a quarterly spreadsheet for payment to each volunteer. We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

* Describe any challenges your organization is experiencing with recruitment and/or retention of volunteer. Include any relevant information with regard to influencing factors (e.g., Covid-19, inflation, stipend, school protocols), and how AmeriCorps can assist your project in meeting those challenges?

Our current largest challenges are the following. 1) The amount of administrative effort it takes to have our grant on a 9-month cycle for the first year and 2) Our grant cycle being on a different fiscal year than the City and State Government. Our previous Portfolio Manager and the City of Santa Fe worked tirelessly to align the RSVP Program with the City and State's fiscal year. We always submitted our FGP, SCP, and RSVP grants to governing body for approval at the same time. We will now have to submit the RSVP NOFA separately. In

addition, our financial analyst will have due dates that vary between the three volunteer programs and will have to be diligent in her financial budget/reporting for the federal, state, and city government.

## Program Management

RSVP Santa Fe manages volunteer stations using various methods to ensure compliance with program policies and to protect volunteers, including a Memorandum of Understanding (MOU), assignment descriptions, site visits and communication, program evaluations, and volunteer satisfaction surveys. All volunteer stations are first required to complete a Memorandum of Understanding (MOU) upon forming a partnership with RSVP and every three years thereafter. This agreement, signed by the RSVP Administrator and the designated station/site supervisor, outlines the role of each party, and sets out provisions to support and protect the volunteer. The MOU clearly outlines AmeriCorps-prohibited activities (which are also spelled out in the RSVP Volunteer Handbook).  MOU compliance is monitored through annual meetings with volunteer site coordinators, surprise visits to volunteer stations and volunteer reports. Any concerns or questions are addressed in a meeting between both parties. RSVP staff works with volunteer station staff to provide volunteers with a clear understanding of their role and to ensure that volunteers are performing their assigned service activities; this includes updating the assignment description as necessary. Updates are made when volunteer roles change but remain in compliance of the program goals and policies. If a volunteer station assigns duties outside the scope of allowable activities, those volunteer hours are not counted as RSVP service. Continued disregard of our prohibited activities policy can result in volunteer relocation and a suspension and/or termination of partnership. The RSVP Administrator serves at many volunteer stations outside of business hours to develop a better understanding of the required duties, which helps her recruit appropriately, become better acquainted with volunteers, and more familiar with station requirements and operations; it also helps to build a positive rapport with the volunteer station staff. Periodic site visits are conducted as well as emails and phone calls to learn the latest needs of the stations and to ensure the appropriateness of volunteer assignments. The Advisory Council also conducts a program evaluation at least once during the three-year grant period, in which they visit at least four stations, meet with site supervisors, other staff members, and even volunteers in an effort to understand the stations needs and expectations of RSVP.

Volunteer and station information is tracked through use of the Volunteer Reporter database, which stores data needed for program reports, including tracking volunteer assignments, number of volunteers, station information, volunteer hours, and demographics. We have a strict confidentiality policy in which we do not share personal information with those outside of RSVP/Sponsor staff unless authorized by said volunteer. We also believe it is important to maintain transparency and public awareness of our program and services; therefore, all Advisory Council meetings are subject to the Public Meetings Act. All grant and program information are made accessible in the RSVP office and available upon request. RSVP staff members attend local public hearings, town meetings, and City Finance Committee and City Council meetings, to be current on community issues, barriers, and resources and to answer program questions. We respond to changing community needs, whether they come from volunteers, other seniors, or other community members.

As documented in site monitoring visits conducted by both our federal and state funders over the past 33 years, RSVP Santa Fe has successfully complied with all city state and federal regulations and never been cited with a major program infraction. We have a diverse andan active Advisory

Council that meets bimonthly to guide the program, and more frequently as needed for special needs or events. The RSVP Program Administrator maintains communication with stations and outside agencies.  The RSVP Program Coordinator maintains volunteer records, which contain volunteer enrollment forms, copies of driver's license or alternate photo identification as proof of age, proof of insurance if a driver, and verification that the volunteer is not listed on the National Sex Offender Registry Website, a criminal background check if required, volunteer assignment description, and signed volunteer hours reports.  We budget for 7 background checks ($27.25 each Fieldprint-$27.75 and for volunteers that assist children or seniors one on one.  As recommended by AmeriCorps Seniors, we have phased into utilizing the background check providers approved and relied upon for comprehensive and accurate data.  Internal policy states that volunteers are not placed at their volunteer station until all mandated background checks have been cleared and adjudicated.

## Recruitment and Development

RSVP Santa Fe has a solid history of offering high-quality assignments that provide volunteers with opportunities to share their experience and skills, while effectively addressing community needs. Our RSVP works with about 50 non-profits, health care agencies, senior centers, and governmental agencies, all of which utilize volunteers to address community needs that have been identified by the organizations themselves or by regional or national studies.  Upon development of a new volunteer station, the RSVP Administrator meets with their volunteer coordinator.  RSVP provides an overview of our program and learns the station's mission, volunteer needs and policies. This helps ensure a mutual understanding, so our volunteers receive relevant and adequate materials and information to perform their assignments effectively in a safe and supportive environment.

RSVP staff conducts introductory conversations with potential volunteers to determine if they have any special interests that would enhance a particular volunteer stations objective, or if they would like assistance in identifying an appropriate volunteer assignment. With the information they provide, we can place them in a suitable workstation. Upon enrollment in the RSVP program, staff orients them on our program policies, procedures and benefits and provides them with a Volunteer Handbook and a written description of their volunteer assignment.

Each volunteer station has a volunteer coordinator who is responsible for assignment-specific orientation, training, support, and oversight, as well as providing volunteers with materials needed for their work.  Upon placement, volunteers receive training from that coordinator prior to volunteering.  Training takes place in a meeting/classroom, or where the volunteer activity will be conducted.

Volunteers receive ongoing training and education throughout their AmeriCorps Senior membership. We host meet-and-greets to educate volunteers about AmeriCorps and help them better understand their roles as volunteers, provide updated program information, and highlight new volunteer opportunities. We offer our volunteers emergency preparedness events, free legal clinics, and an annual health and resource fair. Annually we offer transportation, registration, and lunch fees to volunteers to attend the two-day New Mexico Conference on Aging.  We also reimburse volunteers who take the AARP Driver Safety Course in person or online.  The City of Santa Fe also sponsors a Senior Companion Program and a Foster Grandparent Program, which host monthly volunteer training to which RSVP volunteers are invited.  Topics include medical insurance, health and nutrition, disease prevention, emergency planning for homebound or disabled individuals, nutrition, the detection of elder abuse, military veterans' benefits, and tutoring

tips etc. These trainings provide additional tools for RSVP volunteers providing companionship, transportation, tutoring and some food services.

According to the U.S. Census 2022 QuickFacts estimates, the largest racial/ethnic groups in Santa Fe County are Hispanic (50.5%), White Non-Hispanic (43.3%) and American Indian (4.4%), followed by Asian (1.6%) and Black (1.3%). The RSVP Santa Fe group reflects these demographics with 38% self-identifying as Hispanic and 61% as non-Hispanic. Staff members speak basic Spanish, some program materials are available in Spanish, and several of our volunteer opportunities are targeted at bilingual or Spanish-speaking volunteers.  Also, according to the U.S. Census 2022 QuickFacts, in Santa Fe County, 51.2% of residents are female.  In our RSVP program, 67% are female.

~~Currently, the staff is working to diversify the volunteer corps even more.~~

We are collaborating with the local Vet Counseling Center to increase our numbers of volunteers with military backgrounds. ~~The RSVP office posts Safe Space signs so that volunteers know they may come out as LGBTQ without repercussions and that staff will assist them in locating supportive volunteer workstations.~~ Our enrollment form specifically asks whether a new volunteer wants or needs special accommodation due to a physical disability, and we know which workstations are appropriate for volunteers with which special needs.

Successful outreach efforts are varied.  The Senior Scene newsletter, a 20-page monthly publication produced by the RSVP Administrator, includes RSVP recruitment and information pages.  We distribute 3,600 copies throughout the Santa Fe area and post it on the City of Santa Fe website www.santafenm.gov.  We create flyers and signage for bulletin boards at senior centers, senior community housing areas, faith-based groups, schools, and churches.  On our website, (www.rsvpsantafe.org) volunteers can learn about our program, enroll, and submit their hours worked reports.  We host informational booths at community events and conferences.  We maintain the City of Santa Fe RSVP and Division of Senior Services and Facebook pages.  RSVP program information is included in the Santa Fe Family Caregiver Resource Guide (annual circulation 15,000).  Staff participate in radio interviews.  We submit recruitment articles in the volunteer newsletters of our existing volunteer stations.  Word-of-mouth from current volunteers and Advisory Council members bring us many referrals.  We created a huge, freestanding AmeriCorps Seniors banner, which we put on the sidewalk each time we have an event.

RSVP shows appreciation to volunteers through recognition events and gifts. We frequently express our gratitude by mail, email, Facebook, phone calls and in person. We host a volunteer recognition luncheon each spring featuring a meal, table favors, donated door prizes, entertainment, and appreciation expressed to volunteers by program staff and by local government officials.  This used to be our most popular event, but as Baby Boomers have aged into our program, they have requested more of the educational opportunities, useful gifts, and mileage reimbursement as recognition.  We send birthday cards and distribute recognition gifts throughout the year.  We anticipate hosting two recognition events per year.  We provide mileage reimbursement to volunteers, in response to their requests for funds to offset gasoline costs while volunteering.

An important element of volunteer satisfaction is working in a capacity one finds fulfilling. Frequent communication with volunteers and their stations ensures that volunteers are in appropriate jobs and receive the support and appreciation they deserve. We send out annual volunteer satisfaction surveys asking what they appreciate about our program, what we could be doing differently, what kinds of recognition they would like and how we can best support them. Their answers guide our program choices in the following year, so volunteers are aware that we

value their input.   Many volunteers have reported that the mileage reimbursement has been the main recognition effort that leads to their retention as RSVP members, aside from the satisfaction of the jobs they do.

## Strengthening Communities

The Santa Fe Retired Senior Volunteer Program (RSVP Program recruits and supports volunteers to meet community needs throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. This includes 29 communities and 5 Native American pueblos.   According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 154,823, of which 25.3% were age 65 and older, representing just over 39,000 people, making a significant percentage of the area's population of senior citizens.  These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

RSVP Santa Fe aims to assist those individuals in need and promote healthy independent lifestyles by addressing loneliness, resources and access to care, and food insecurity; this is why the primary focus of our program is Healthy Futures. Within this focus area volunteers will provide a variety of services under the Aging in Place and Obesity and Food objectives to meet identified, specific community needs in our geographic service area.

Isolation and transportation are inexorably linked for seniors. Isolation is an increasing problem in the aging population. Many senior citizens experience a decline in activities they were once able to do without issue, such as driving, running errands, and completing home tasks. This can result in feeling cut off, helpless and alone which can pose a serious danger to their mental and physical health. According to a study by the Journal of American Medicine Association, an estimated two million senior Americans, defined as those leaving home once a week or less, live in the community in the USA, nearly 1.5 times the total nursing home population. Homebound incidence is increasing following efforts to transition from institutional to community-based care. Older adults now have a higher risk of becoming homebound than entering a nursing home, but little is known about the healthcare utilization and spending of this growing population. Homebound older adults ~~are a diverse population~~represent the community, with Hispanic and Black non-Hispanic individuals experiencing higher rates of being homebound compared to White non-Hispanic individuals, especially during the COVID-19 pandemic. Homebound adults have complex social and medical needs and experience high levels of dementia, chronic illness,

and symptom burden. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug and alcohol abuse, cognitive difficulties, depression, physical health problems, and death. A study done by researchers at the University of California, San Francisco found that lonely seniors are at a greater risk of decline in their mental and physical health and die faster (www.agingcare.com). With the COVID epidemic close behind us, seniors are still remaining cautious and are choosing to remain home as much as possible to avoid transmission. Transportation is another major challenge for many seniors in New Mexico. Poor health, vision problems, reaction times, and affordability can affect a senior's ability to get behind the wheel. A large portion of Santa Fe County is rural with narrow dirt roads or else multi-lane, heavily-trafficked roads that challenge even the most alert and skillful of drivers. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and abilities necessary to safely drive (National Caregivers Library, "Transportation and the Elderly," retrieved from www.caregiverslibrary.org). If seniors do give up driving, the City of Santa Fe's bus system and the transportation services offered through the Division of Senior Services have a limited service area and service hours, and can be logistically difficult for anyone with a specific appointment or a mobility issue.

RSVP volunteers will provide transportation and companionship services to elderly and/or disabled individuals to help them maintain a healthy lifestyle, keep them living in their home (avoiding institutionalization), and increase social ties and support through interactions and activities. Transportation assistance may be to medical appointments, social activities, grocery shopping or other errands and appointments as necessary. Companionship may be provided through visits in the home, a senior center, or rehab/care facility. Senior centers offer independence and encourage older adults to stay active through fitness programs, educational workshops and social activities ultimately promoting socialization which is needed to maintain a good quality of life. Volunteers within senior centers will accompany their companion to an activity or social event, while others may facilitate fitness and nutrition classes, computer classes, arts and crafts, and music to engage other seniors and provide a sense of social support, community connection, and cognitive and physical stimulation. The total number of individuals receiving transportation and companionship assistance during the reporting period will be measured through volunteer time sheets and activity sign-in sheets. RSVP staff will either distribute a survey or conduct it over the phone, to individuals receiving transportation and companionship services to determine the number of clients reporting an increase in social ties or improved capacity for independent living due to our volunteer services.

Hunger among seniors is disturbingly prevalent in New Mexico. Research done by Feeding America estimates the food insecurity rate in Santa Fe County to be 12.6% with 68% of the

population falling below the SNAP threshold of 165% of FPL. Another 2018 study [the Faces of Hunger in New Mexico] done by Feeding America, in partnership with the New Mexico Association of Food Banks, looked at the number of people seeking emergency food assistance. This study found that 29% of those served by food banks in New Mexico are seniors and 16% are grandparents raising grandchildren. It also found that 61% of hungry households have to choose between paying utilities and buying food. According to the New Mexico Roadrunner Food Bank, "seniors are among the most physically vulnerable to hunger. With age come unique nutritional needs and medical conditions. Hunger and the lack of access to nutritious food compromise their health. Hunger deteriorates their mental and physical wellbeing. Chronic illnesses worsen with hunger and leave seniors at risk of increased long term care needs and hospitalization." Many seniors lack access to and education about affordable nutritious foods, which can compromise their health and well-being, leaving them at risk for long-term health issues. So, despite hunger remaining an issue, obesity and other health problems are caused by lack of nutrition education and fitness, lack of accessibility to nutritious food, including high costs, and low costs of convenient unhealthy food. These can lead to lasting effects on nutrition and health, placing seniors at a higher risk for disease and other health complications.

RSVP volunteers at Kitchen Angels will cook, package, and deliver fresh meals to elderly and/or disabled individuals in their homes. Other volunteers will deliver ECHO commodities to seniors who cannot pick up the food themselves or do not have anyone to do so. The brief volunteer visits will also serve as wellness checks on these homebound individuals who do not come into contact with many people. The total number of individuals receiving home-delivered meals during the reporting period will be measured through a client tracking database. Once a year Kitchen Angels staff will distribute surveys to individuals receiving home-delivered meals to determine the number of clients reporting an increase in social ties/support and improved nutrition due to the volunteer services.

Additional RSVP volunteers will serve at a food bank (Food Depot), food pantry (Bienvenidos Outreach), soup kitchens (St. John's, San Martin de Porres, Guadalupe Soup Kitchen) and a food distribution program (ECHO commodities) that distribute emergency food and offer food support, services, nutrition education and/or referrals to alleviate long-term hunger. Volunteers may unload, sort, package, and distribute food; assist clients with paperwork to receive food and provide tips on nutrition and/or recipes; cook hot meals, prepare lunch bags. Some stations track the number of food bags distributed. A survey will be distributed to food recipients once during the reporting period to determine the percent of individuals who report an increase in food security.

Issues that affect seniors are the primary focus of our program, and are the areas we measure; however, other issues exist within our community, which have an effect on all ages, and other volunteers will address some of those through their service. The 2022 Nation's Report Card by the National Assessment of Educational Progress, states that only 19% of New Mexico fourth-graders are proficient in math and just 21% are proficient in reading. The Education Week's Quality Counts gave New Mexico a D in its 2021 annual state report card, which ranked the state as 51st in the nation for educational achievement.

RSVP volunteers within other community priorities will work to address these gaps in literacy and math. Volunteers with Literacy Volunteers of Santa Fe will provide tutoring to individuals in Basic Literacy and/or English as a Second Language (ESL). The goal of this tutoring is to teach individuals how to read and write or speak English so they have a better understanding and more job opportunities. RSVP volunteers will also serve as tutors and mentors within Santa Fe Public Schools and school readiness programs, with children identified as needing more one-on-one attention and support. Tutoring program coordinators will share progress and success stories with RSVP.

We will ensure that our project engages a ~~diverse and inclusive~~representative group by recruiting volunteers of all backgrounds, various interests, education, and skill set. Throughout the year we attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these in different locations of the City in order to recruit a ~~diverse~~large group of volunteers.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities ~~which includes inclusivity, equity, processes, and outcomes.~~at the Senior Centers. By having a ~~diverse~~representative group of advisory members, it enables us to clearly make decisions with various perspectives ~~on equity.~~

.

RSVP Volunteers serve a wide range of volunteer stations which include low to high class communities. We have volunteer stations that include, but are not limited to shelters, soup kitchens, hospice, auxiliary, commodities, libraries, environmental programs, veteran's services, Spanish colonial museum, and arts & culture.

Definitions of ~~Diversity, Equity, Inclusion, and~~ Accessibility

Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all community groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity.

Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups.

Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work. An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization.

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.

___Post-COVID19 Note: Many volunteers were feeling isolated and are now volunteering. This is good for their social, mental, and physical wellbeing. _We have seen an influx in new volunteers. More volunteers feel more comfortable, and they are getting out more. Therefore, we have seen an increase in volunteer participation.

## FGP Grant

- Previous APP ID: 24SF263957
- Amendment APP ID: 24SF274548
- Changes Made (please list)

## "Other" Section

RECOGNITION

Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.

COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.

The COVID 19 pandemic has undoubtedly had a negative impact on child wellbeing in the United States. Since our Foster Grandparents have safely returned to service, our volunteers have provided the much-needed support to students who have fallen behind. According to the New Mexico Legislative Finance Committee report, the minimum projected educational time lost starts at 4 months with a maximum projection of 12 months. New Mexico is enduring difficult times and without the assistance from state and federal governments, many of our children will suffer setbacks that will take years to recover. As we continue to see our Covid-19 rates decrease we anticipate that new and existing volunteers will resume and or start serving with confidence and renewed enthusiasm.

EVALUATION

The FGP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they attend school. These timesheets are verified by school staff and submitted bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends. We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

~~DEIA~~

~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe already has a large culturally diverse population.~~

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them

about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask~~We ask for feedback from other programs to share what their goals are and what progress has been achieved.

CHALLENGES

Our main challenge is recruiting new Foster Grandparents who fall under the poverty guidelines. Another challenge is loss of current Foster Grandparents due to health issues and pre-existing injuries. If AmeriCorps increased the poverty guidelines by a minimal percentage that would assist us in recruiting new Foster Grandparents.

FY 24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023. Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024. Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 6 new volunteers. We recently recruited a volunteer who will be serving 8 hours/week. We were able to place one volunteer in PMS La Communidad Head start this school year and our newest FGP will be placed there as well.

We have two MOU's - one with Santa Fe Public Schools and one with Presbyterian Medical Services. Our volunteers currently serve at 9 different Santa Fe Public schools and one head start program.

~~DEIA - Describe your organizations' DEIA goals and demonstrate what progress has been made toward achieving them?~~

~~The City of Santa Fe Senior Services Division is following the Office for Equity and Inclusion and implementing plans, and programs to meet the diverse needs of the Santa Fe community. Our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, inclusion and accessibility to all. Last year the City of Santa Fe provided a Diversity, Equity and Inclusion training for all City employees. Additionally, we are very fortunate that the City of Santa Fe already has a large culturally diverse population.~~

~~In what ways could your organization utilize training, technical assistance, and other resources related to DEIA?~~

The city wishes to collaborate with community partners to build outreach and education opportunities to promote public safety and quality of life as well as human rights. ~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our challenges have been in the recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected our senior volunteers, and many of them still feel safest staying in their home. Many of our volunteers have been ill and have missed days of volunteering. Two of our Foster Grandparents have recently passed away and one moved out of state. Several have reduced their service hours. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing and libraries and attend community events to spread the word. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.

FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps. We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

## Strengthening Communities Section

The Foster Grandparent Program (FGP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 155,201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens. These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

The communities in our service area range from a small city, ~~many culturally diverse~~ rural towns and Native American pueblos where poverty is prevalent and extend to small housing developments and gated communities where wealthy seniors come to retire. The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid. Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses. Our rural areas are the majority of Santa Fe County and house many farmers and craftspeople. Although an appealing place to live, there is still disparity and need in the area. The median household income in 2021 was estimated at $61,200; however at least 12.4% of Santa Fe County residents remain in poverty. According to the statewide numbers for 2021, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%. Although our primary areas of volunteer placement continue to be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe for both recruitment and volunteer placement.

About three in ten New Mexico children live in poverty, 26% of children in New Mexico compared to 17% nationwide. More than three in four kids are not learning reading and math as they should and nearly three in ten do not graduate from high school on time, according to the annual New Mexico Kids Count Data Book. In 2022 New Mexico ranked 50th among states for overall child well-being, 49th in education and 49th in economic well-being. Unfortunately, New Mexico also ranks 49th in family and community, which ranks the number of children who live in nurturing families and are part of supportive communities that have better social and learning outcomes. According to the national Education Week magazine, students in public schools in New Mexico have the poorest chance for success among students nationwide because of factors such as the state's high poverty rate and because students are failing to meet learning goals in reading and math and the low graduation rate.

According to the New Mexico Kids Count 2022 Profile, 76% of New Mexico fourth graders are not proficient in reading, making New Mexico scoring the worst amongst other states. This is worse than the 66% U.S. average and those results put New Mexico among 18 states that score below the national average. Only 33% of SFPS Schools met 3rd through 8th grade English language arts expectations. For the third year in a row, in 2018, more than half of Santa Fe's public schools received D's or F's in statewide rating. Of the district's 29 public educational facilities, eight received an F, eight earned a D, four scored a C, five got a B and four received an A. Following the disappointing grades earned, we are able to gain a better understanding of what is happening in our district and continue to reach out to these schools and offer our assistance.

Our program currently has a total of 13 volunteers. Approximately 12 volunteers will be paired with teacher identified children with special and/or exceptional needs, grades kindergarten through third grade, in the Santa Fe Public School system. The goal is to provide approximately 40 students with one-on-one mentoring and tutoring in the areas of reading, math and assistance with some language barriers. Children who receive tutoring services will be tracked via a Care Plan, and results will be reported once toward the end of the school year by the volunteer station to track progress and report on National Performance Measures. The goal of the mentoring/tutoring is to provide students with the needed attention to help them reach proper grade levels, learn to read and write

or speak English so that they have better opportunities of success when they move on to the next grade level. One hundred percent of the FGP volunteers will be assigned to outcome-based measurements.

The foundation of an early head start, and subsequent lifelong developmental potential are necessary in a child's early years. High quality Head Start and proficiency in reading by the end of third grade is crucial in a child's overall development. Children who do not have a solid, early educational foundation are more likely to drop out of school and subsequently reduce a person's earning potential and chances for career success as adults. In Santa Fe County, hundreds of children participate in the federally funded Head Start Programs, sponsored by Presbyterian Medical Services. These Head Starts are for children living at or below the federal poverty threshold. In addition to providing a high-quality educational foundation for children, these programs also help parents to reach their own personal, educational, and employment goals.

Prior to the pandemic, three Foster Grandparents were assigned to teacher identified children (approximately 7 children) up through the age of kindergarten, who are enrolled in early childhood education programs and who come from low-income families and/or have learning, cognitive or developmental disabilities. According to Federal Head Start Performance Standards, all Head Starts are required to complete developmental screenings to identify children who may be in need of disability services. Santa Fe Head Start staff use the Early Screening Inventory Development test which identifies children needing extra assistance with specific delays and/or disabilities. Without intervention the identified children will not acquire the skills necessary to be successful in school. A current MOU is still in place with PMS even though it is not an active volunteer station. We will continue to communicate with the head start programs and place the volunteers once PMS deems it safe to do so.

Ideally, all children would enter kindergarten with the skills and behaviors necessary for a smooth transition from home to school. Unfortunately, for many American children early school success is not a reality. Environmental and developmental risks such as inconsistent parenting, complications during pregnancy/birth and early exposure to poverty often have negative effects on children's social and emotional development and long-term academic achievement. School readiness provided by Foster Grandparents give students the well-documented boost as they go into kindergarten. National Performance Measures are clearly documented to record the number of children demonstrating gain in school readiness in terms of social and/or emotional development. Children who receive the assistance of a Foster Grandparent will be tracked via a Care Plan, and results will be reported two times throughout the school year to track progress and report on National Performance Measures. With the current funding cuts, Head Starts are facing a devastating loss in federal support. Our Foster Grandparents are needed more now than ever to help fill the gaps of helping these children succeed.

FGP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by actively seeking input from our volunteers and volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the FGP program. Additional local input is provided by the

Volunteer Programs Advisory Council. The Advisory Committee consists of 11 racially and culturally diverse community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The Advisory Committee is under the purview of the Senior Services Board of Directors, also comprised of local community members. Advisory Council members provide outside guidance and oversight to the program. They conduct site visits to volunteer stations, conduct interviews with station coordinators and volunteers, and evaluate the relevance of the programs FGP provides. FGP staff members will create measurement tools, compile the survey data, and analyze and report results.

The Santa Fe FGP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty years, the Santa Fe FGP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops.

We will ensure that our project engages ~~a diverse and inclusive group~~community members by recruiting volunteers of all backgrounds, various interests, education, and skill set. Throughout the year we attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these in different locations of the city in order to recruit ~~a diverse group of~~ volunteers.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities ~~which includes inclusivity, equity, processes, and outcomes.~~taking place at our Senior Center. By having a ~~diverse~~ group of advisory members, it enables us to clearly make decisions with various perspectives on ~~equity.~~ serving our community.

~~Definitions of Diversity, Equity, Inclusion, and Accessibility~~

~~Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all~~serving our community ~~groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity.~~

~~Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups.~~

~~Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work.~~

~~An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization~~.

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.


# SCP Grant

- Previous APP ID: 24SC263842
- Amendment APP ID: 24SC274546
- Changes Made (please list)

## "Other" Section

RECOGNITION

Although our program is budgeted for 18 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.

EVALUATION

The SCP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they assist their assigned clients and submit them bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends.  We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.~~ ~~

~~DEIA~~

~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe~~

~~already has a large culturally diverse population.~~

~~We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.~~

~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings.  Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our main challenge is finding clients that need respite care. Our main resource in finding respite care clients for our Senior Companion volunteers was our In-Home Support Services program. We anticipate that the program will resume in April after being on hold due to the pandemic. This will increase our awareness and lead us to a broader range of seniors who are seeking this type of service.

FY24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023.  Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024.  Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 22 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 4 new volunteers.

~~DEIA - Describe your organizations' DEIA goals and demonstrate what progress has been made toward achieving them?~~

~~The City of Santa Fe Senior Services Division is following the Office for Equity and Inclusion and~~

~~implementing plans, and programs to meet the diverse needs of the Santa Fe community. Our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, inclusion and accessibility to all. Last year the City of Santa Fe provided a Diversity, Equity and Inclusion training for all City employees. Additionally, we are very fortunate that the City of Santa Fe already has a large culturally diverse population.~~

~~In what ways could your organization utilize training, technical assistance, and other resources related to DEIA?~~

~~The city wishes to collaborate with community partners to build outreach and education opportunities to promote public safety and quality of life as well as human rights. Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our challenges have been in recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected all sectors of the economy, and many seniors feel safest in their home. Many of our volunteers have been ill and have had to miss days of volunteering. Two of our Senior Companions have taken a leave of absence to care for their loved ones or their own health issues with another needing to take some time off to care for herself, one recently passed away and one moved out of state. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing, libraries, and other apartment complexes as well. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.

FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps. We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

## Strengthening Communities

The Senior Companion Program (SCP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of July 2021 was 155, 201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens. These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs. The communities in our service area range from a small city, many culturally ~~diverse~~heterogenous rural towns and Native American pueblos where poverty is prevalent~~,~~ and extend to small housing developments and gated communities where wealthy seniors come to retire. The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid. Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses. Our rural areas are the majority of Santa Fe County which house many farmers and craftspeople. Although an appealing place to live, there is still disparity and need in the area. The median household income in 2019 was estimated at $61,200; however at least 12.4% of Santa Fe County residents remain in poverty. According to the statewide numbers for 2019, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%. Although our primary areas of volunteer placement continue to be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe to both recruit and for volunteer placement. The primary focus of our Santa Fe Senior Companion Program is aging in Place. Within this area, approximately 18 volunteers will provide services to older adults and individuals with disabilities that include companionship, transportation, assistance with activities of daily living and respite care services. According to Consumer Affairs, 28% of seniors live alone, totaling more than 14.7 million people (5 million men and 9.7 million women). Loneliness and social isolation increase the risk of dementia by 50%. Before the pandemic, 1 in 4 people older than 65 experienced social isolation, putting them at greater risk of loneliness, according to the U.S. Centers for Disease Control. The exact number of seniors who feel lonely is difficult to pinpoint, but one study surveyed adults over 60 and found 43% of respondents felt lonely. Additionally, an older adult without children means fewer family members to visit and provide companionship as they age. As people age, social contacts become less frequent due to: retirement, transportation issues, income, death of spouses and/or family and friends or the lack of mobility or physical limitations. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug/alcohol abuse, cognitive difficulties, depression, physical health problems and even death. In conjunction with the City of Santa Fe's In-Home Support Services, our Senior Companion Program continues to play an integral role in providing senior support services to older adults whom have been identified as being lonely, isolated and frail, and whom require assistance to allow them to remain in their own homes as long as possible. Previously, our In-Home Support Services section had a yearlong waiting list for in-home support services and respite care. However, due to Covid-19 our In-home assistance has been temporarily suspended. We continue to see an increasing amount of seniors currently at risk of being socially isolated or lonely; the wait list continues to grow. When possible, the Santa Fe Senior Companion Program will step in and provide services to the older adults in dire need of in-home care, companionship, transportation services and respite care. According to the City of Santa Fe's Four Year Plan public hearing (specifically for

senior programs) held in January 2019, over 200 older adults rated the importance of services in the following order: 1) meals-on-wheels, 2) in-home care, 3) transportation, 4) respite care 5) health promotion and 6) activities. Based on this feedback, the SF SCP continues to play a vital role in helping to meet community needs. Because a large portion of Santa Fe County is rural, many of our senior neighbors are isolated from a senior center and have difficulty accessing transportation, as well as primary and behavioral health services. Transportation support services are particularly crucial in Santa Fe County: the city itself is more than 100 years old and comprised primarily of either (1) narrow, often unpaved winding roads in the older sections of town; or, (2) multi-lane, heavily trafficked roads that challenge the most alert and skillful of drivers. Many roads within rural areas of the County are unpaved and often traverse arroyos, where running water may exceed depths of two to three feet following a rainstorm; during the winter, these roads can be snow covered and treacherous. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and the abilities necessary to safely drive (National Caregivers Library, Transportation and the Elderly, retrieved from www.caregiverslibrary.org). The City of Santa Fe's bus system has a limited service area and is logistically difficult for anyone with a specific appointment or a mobility issue. These factors contribute to the importance of the transportation services our volunteers provide to their assigned clients. In addition to helping to abate the emotional effects of helplessness, isolation and dependence that seniors experience when they are no longer able to drive, our volunteers provide a safe atmosphere of socialization while transporting seniors to medical appointments, places of worship, and on personal errands. Volunteers will be assigned clients and services will be provided based on individual Client Care Plans, with oversight from the City of Santa Fe's In-Home Support program.

Companionship is a critical issue for many of our senior citizens. The study "The Relation of Social Isolation, Loneliness, and Social Support to Disease Outcomes Among the Elderly", published June 2006, (sage.checkm8.com) used random-digit dialing to conduct a telephone interview with 755 senior citizens in New Mexico. The study asked participants to respond to questions pertaining to demographics, social isolation and loneliness, social support, and disease diagnosis [and] allowed for comparison of Caucasian and Hispanic participants. Survey results reported that belongingness support related most consistently to health outcomes. The results also demonstrate the importance of social variables for predicting disease outcomes in the elderly across ethnic groups. SCP volunteers offer companionship to disabled or frail clients age 60 and over that have been assigned to them via a volunteer station, and carefully tracked with timesheets and surveys. The volunteer service activities under Aging in Place will lead to National Performance Measure outputs, which will in turn create National Performance Measure outcomes. We will measure the number of homebound or older adults and individuals with disabilities who report having increased social ties because of the assistance with ADL's, transportation, companionship and other services our SCP volunteers provide. The Santa Fe SCP plan to support data collection and ensure National Performance Measure outputs and outcomes are measured, collected and managed relies predominantly on local input. SCP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by actively seeking input from our volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the SCP program. Additional local input is provided by the Senior Volunteer Programs Advisory Committee (SVPAC). The SVPAC consists of nine ~~racially and culturally diverse~~ community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The SVPAC is under the purview of the Senior Services Board of Directors, also comprised of local community members. SVPAC members provide outside guidance and oversight to the program. They conduct

annual Project Self-Assessments that include site visits to volunteer stations, interviews with station coordinators and volunteers, and evaluations of the relevance of the programs SCP provides. The Santa Fe SCP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty-five years, the Santa Fe SCP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops. We will ensure that our project ~~engages a diverse and inclusive group by recruiting~~recruits volunteers of ~~all~~many backgrounds, various interests, education, and skill set so as to meet the needs of the people they serve. Throughout the years, we have attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these events in different locations of the City in order to recruit a ~~diverse group~~broad range of volunteers. We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly ~~and has an open discussion about all activities, which includes inclusivity, equity, processes, and outcomes. By having a diverse group of advisory members, it enables us to clearly make decisions with various perspectives on equity.~~.

Clients/Seniors that are served have various incomes and demographics. Our Senior Companions mainly serve clients that live in low-income senior housing communities. ~~Definitions of Diversity, Equity, Inclusion, and Accessibility Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all community groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity. Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups. Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work. An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization. Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.~~