1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       FAX: (415) 436-6748
        sapna.mehta@usdoj.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  SAN FRANCISCO UNIFIED SCHOOL          )   Case No. 3:25-cv-02425-EMC
    DISTRICT and CITY OF SANTA FE,        )
14                                        )   **[PROPOSED] ORDER DENYING PLAINTIFFS'**
                                          )   **MOTION FOR TEMPORARY RESTRAINING**
15          Plaintiffs,                   )   **ORDER**
                                          )
16       v.                               )
                                          )
17  AMERICORPS and JENNIFER BASTRESS      )
    TAHMASEBI, Interim Agency Head of     )
18  AmeriCorps,                           )
                                          )
19                                        )
            Defendants.                   )
20  _____)

21         Plaintiffs' Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary

22  Injunction Should Not Issue is before the Court.  Upon consideration of the motion, the parties' briefs, the

23  record in this case, and arguments of counsel, the Court hereby **DENIES** the motion.

24         Plaintiffs have not established their entitlement to a temporary restraining order based on the

25  factors enumerated in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).  First, Plaintiffs fail to

26  demonstrate the "most important" factor—that having to litigate the merits of this action in the normal

27  course will cause them irreparable harm.  *See Caribbean Marine Servs. Co. v. Baldrige*, 844 F.2d 668,

28  674 (9th Cir. 1988).  Second, the Court cannot proceed to evaluate the merits of Plaintiffs' claims because

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR TRO
3:25-CV-02425- EMC

1    it lacks subject matter jurisdiction over them.  AmeriCorps' February 13, 2025 AmeriCorps Executive

2    Order Compliance Instructions concern the agency's administration of grants and enforcement of

3    conditions on the use of grant funds, which are committed to the agency's discretion.  The APA thus does

4    not permit judicial review.  *See* 5 U.S.C. § 701(a)(2).  This Court also lacks jurisdiction because this case

5    implicates the parties' rights under a contract, where Plaintiffs' claims exceed $10,000, and exclusive

6    jurisdiction lies with the Court of Federal Claims.  *See* 28 U.S.C. § 1491(a); *Megapulse, Inc. v. Lewis*, 672

7    F.2d 959, 968 (D.C. Cir. 1982).

8        Third, Plaintiffs have not shown that the relative harms of the parties, as well as the public interest,

9    favor entry of the extraordinary relief of a temporary restraining order here.  Accordingly, the Court denies

10   Plaintiffs' motion for a temporary restraining order.  The Court directs the parties to meet and confer and

11   file a stipulated briefing schedule for Plaintiffs' request for a preliminary injunction by no later than

12   _____, 2025.

13

14       **IT IS SO ORDERED**.

15   Dated: _____, 2025

16                                                    _____
                                                     THE HON. EDWARD M. CHEN
17                                                   United States District Judge

18

19

20

21

22

23

24

25

26

27

28