# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 28, 2025     **Time:** 1:33- 3:31     **Judge:** EDWARD M. CHEN
                                    1 hour, 58 minutes

**Case No.:** 25-cv-02425-EMC     **Case Name:** San Francisco Unified School District v. AmeriCorps, a.k.a. the Corporation for National an

**Attorneys for Plaintiffs:** Molly Alarcon, Eduardo Santacana
**Attorney for Defendant:** Sapna Mehta

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Ruth Ekhaus

## PROCEEDINGS

Motion for TRO - held (In-Person)

## SUMMARY

Parties stated appearances.

On March 28, 2025, the Court heard Plaintiffs' motion for a temporary restraining order. Upon review of the parties' briefs and their oral arguments, the Court held that 1) it had subject matter jurisdiction over the Plaintiffs' claims, and that 2) Plaintiffs had demonstrated a likelihood of success on the merits. Regarding subject matter jurisdiction, the Court so held because Plaintiffs' claims fell under federal question jurisdiction under 28 U.S.C. § 1331, the waiver of sovereign immunity under 5 U.S.C. § 702 applied, and the exception to the waiver in 5 U.S.C. § 701(a)(2) did not apply because the agency action at issue was not "committed to agency discretion by law." 5 U.S.C. § 701(a)(2). Moreover, this Court's jurisdiction is not barred by the Tucker Act. Regarding Plaintiffs' demonstration of a likelihood of success on the merits of their claims, Defendants only challenged Plaintiffs' likelihood of success on the merits based on a lack of subject matter jurisdiction. Dkt. 30 (Opposition). Because the Court finds it has subject matter jurisdiction over Plaintiffs' claims and Defendants do not oppose Plaintiffs' substantive arguments, Plaintiffs demonstrated a likelihood of success on the merits for the purposes of a TRO. The motion for TRO is taken under submission.

Parties to discuss possible stipulation to extended timeline for preliminary injunction hearing. Court is unavailable April 23 -May 16, 2025. Otherwise, preliminary injunction motion will be heard on April 15, 2025 at 9:30 am. Opposition to preliminary junction to be filed by

April 3, reply by April 8.  Parties to be prepared to discuss potential expeditious adjudication of the merits.