PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PRELIMINARY INJUNCTION; [PROPOSED] ORDER** |

Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs") and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps, ("Defendants") hereby stipulate as follows:

1. The Court's March 28, 2025 Minute Entry (Dkt. 34) directed the parties to "discuss possible stipulation to extend timeline for preliminary injunction."

2. The parties have discussed modification of the briefing schedule and have stipulated to the following schedule for the briefing and hearing on Plaintiffs' request for a preliminary injunction, subject to the approval of the Court:

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PRELIMINARY INJUNCTION
3:25-CV-02425- EMC                                     1

      a. Defendants shall have until April 29, 2025 to file a brief in response to the OSC and in opposition to a preliminary injunction.

      b. Plaintiffs shall have until May 13, 2025 to file a reply.

      c. The preliminary injunction shall be heard on May 27, 2025 or the Court's available hearing time that week.

3. On April 2, 2025, Plaintiffs proposed to Defendants that the parties file cross-motions for summary judgment in conjunction with the preliminary injunction briefing. Defendants did not agree to Plaintiffs' proposal but indicated that they would consider it. The parties will continue to discuss a combined schedule and, if they are able to reach agreement, will file an updated stipulation with the Court.

4. The TRO shall remain in place until such time as the Court rules on the preliminary injunction.

DATED: April 2, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorney for Defendants

DATED: April 2, 2025

DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

/s/ Molly Alarcon
MOLLY J. ALARCON
Deputy City Attorney


WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DATED: April 2, 2025

ERIN K. MCSHERRY
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org


/s/ Jonathan Miller
JONATHAN MILLER

Attorney for Plaintiff
CITY OF SANTA FE, NEW MEXICO

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 2, 2025                    By:    /s/ Sapna Mehta
                                               SAPNA MEHTA
                                               Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendants shall have until April 29, 2025 to file a brief in response to the OSC and in opposition to a preliminary injunction. Plaintiffs shall have until May 13, 2025 to file a reply. The preliminary injunction shall be heard on May 27, 2025 at _____. The TRO shall remain in place until such time as the Court rules on the preliminary injunction.

DATED:_____

THE HON. EDWARD M. CHEN
United States District Judge