1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       FAX: (415) 436-6748
        sapna.mehta@usdoj.gov
8
   Attorneys for Defendants
9
                            UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13  SAN FRANCISCO UNIFIED SCHOOL      )  Case No. 3:25-cv-02425-EMC
    DISTRICT and CITY OF SANTA FE,    )
14                                    )  **STIPULATED REQUEST TO MODIFY
           Plaintiffs,                )  BRIEFING SCHEDULE ON PRELIMINARY
15                                    )  INJUNCTION;** [PROPOSED] **ORDER**
       v.                             )
16                                    )
    AMERICORPS and JENNIFER BASTRESS  )
17  TAHMASEBI, Interim Agency Head of )
    AmeriCorps,                       )
18                                    )
                                      )
19         Defendants.                )
                                      )
20

21         Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs")

22  and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps,

23  ("Defendants") hereby stipulate as follows:

24       1.   The Court's March 28, 2025 Minute Entry (Dkt. 34) directed the parties to "discuss

25            possible stipulation to extend timeline for preliminary injunction."

26       2.   The parties have discussed modification of the briefing schedule and have stipulated to

27            the following schedule for the briefing and hearing on Plaintiffs' request for a

28            preliminary injunction, subject to the approval of the Court:

STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PRELIMINARY INJUNCTION
3:25-CV-02425- EMC                            1

1           a.  Defendants shall have until April 29, 2025 to file a brief in response to the OSC and in opposition to a preliminary injunction.

            b.  Plaintiffs shall have until May 13, 2025 to file a reply.

            c.  The preliminary injunction shall be heard on May 27, 2025 or the Court's available hearing time that week.

3.  On April 2, 2025, Plaintiffs proposed to Defendants that the parties file cross-motions for summary judgment in conjunction with the preliminary injunction briefing. Defendants did not agree to Plaintiffs' proposal but indicated that they would consider it. The parties will continue to discuss a combined schedule and, if they are able to reach agreement, will file an updated stipulation with the Court.

4.  The TRO shall remain in place until such time as the Court rules on the preliminary injunction.

DATED: April 2, 2025                    Respectfully submitted,

                                        PATRICK D. ROBBINS
                                        Acting United States Attorney

                                        */s/ Sapna Mehta*
                                        SAPNA MEHTA
                                        Assistant United States Attorney

                                        Attorney for Defendants

DATED: April 2, 2025                    DAVID CHIU
                                        City Attorney, City and County of San Francisco
                                        YVONNE R. MERÉ
                                        Chief Deputy City Attorney
                                        MOLLIE M. LEE
                                        Chief of Strategic Advocacy
                                        SARA J. EISENBERG
                                        Chief of Complex and Affirmative Litigation
                                        MOLLY J. ALARCON
                                        Deputy City Attorney

                                          */s/ Molly Alarcon*
MOLLY J. ALARCON
Deputy City Attorney

WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DATED: April 2, 2025

ERIN K. MCSHERRY
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

*/s/ Jonathan Miller*
JONATHAN MILLER

Attorney for Plaintiff
CITY OF SANTA FE, NEW MEXICO

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: April 2, 2025                    By:    */s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

# [PROPOSED] ORDER AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendants shall have until April 29, 2025 to file a brief in response to the OSC and in opposition to a preliminary injunction. Plaintiffs shall have until May 13, 2025 to file a reply. The preliminary injunction shall be heard on May ~~27~~ 29, 2025 at  1:30 PM  The TRO shall remain in place until such time as the Court rules on the preliminary injunction.

DATED: April 3, 2025

_____
THE HON. EDWARD M. CHEN
United States District Judge