# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

April 22, 2025

**VIA ECF**

The Honorable Edward M. Chen
U.S. District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *San Francisco Unified School District v. AmeriCorps*, No. 3:25-cv-02425-EMC (N.D. Cal.)—Notice of Supplemental Material

Dear Judge Chen:

      Following the Parties' supplemental briefs and Plaintiffs' Notice of Supplemental Material, three district courts have issued orders regarding the impact of *Department of Education v. California*, 604 U.S. __, 145 S.Ct. 966 (2025) (per curiam) on their jurisdiction. Pursuant to N.D. Cal. Civil Local Rule 7-3(d)(2), Plaintiffs submit this letter to identify those orders:

- *Woonasquatucket River Watershed Council v. U.S. Department of Agriculture*, No. 1:25-cv-00097-MSM-PAS, Dkt. 45 (D.R.I.) [attached as **Exhibit A**]

- *Climate United Fund v. Citibank, N.A.*, No. 1:25-cv-00698-TSC, Dkt. 89 (D.D.C.) [attached as **Exhibit B**]

- *Chicago Women in Trades v. Trump*, No. 1:25-cv-02005, Dkt. 68 (N.D. Ill.) [attached as **Exhibit C**]

Respectfully submitted,

DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation

Hon. Edward M. Chen
April 22, 2025
Page 2


MOLLY J. ALARCON
Deputy City Attorney

*/s/ Eduardo Santacana*
Eduardo Santacana

WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*/s/ Erin K. Sherry*
ERIN K. MCSHERRY*
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

* Admitted pro hac vice