OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** May 30, 2025  **Time:** 9:05- 10:31  **Judge:** EDWARD M. CHEN
1 hour, 26 minutes

**Case No.:** 25-cv-02425-EMC  **Case Name:** San Francisco Unified School District v. AmeriCorps, a.k.a. the Corporation for National and community service et al.

**Attorneys for Plaintiffs:** Molly Alarcon, Eduardo Santacana, Alexandra Vernon, Michael Morizono, Sara Eisenberg, Benedict Hur, Simona Agnolucci
**Attorney for Defendant:** Sapna Mehta

**Deputy Clerk:** Vicky Ayala          **Court Reporter:** April Brott

PROCEEDINGS

Preliminary Injunction - held (In-Person)
Initial Case Management Conference – Not held

SUMMARY

Parties stated appearances. Oral argument presented. Temporary Restraining Order will remain in effect until the Court issues its ruling on the Preliminary Injunction. Matter taken under submission.