# WILLKIE FARR & GALLAGHER LLP

333 Bush St
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

June 5, 2025

**VIA ECF**

The Honorable Edward M. Chen
U.S. District Court for the Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *San Francisco Unified School District v. AmeriCorps*, No. 3:25-cv-02425-EMC (N.D. Cal.)—Notice of Supplemental Material

Dear Judge Chen:

      Following the Court's May 30th hearing on Plaintiffs' motion for a preliminary injunction, a district court issued an order preliminarily enjoining the Trump Administration's imposition of new conditions and executive orders on federal grant recipients. Pursuant to N.D. Cal. Civil Local Rule 7-3(d)(2), Plaintiffs submit this letter to identify at order:

- *Martin Luther King, Jr. County v. Turner*, No. 2:25-cv-814, Dkt. 169 (W.D. Wash.) [attached as **Exhibit A**]

Respectfully submitted,

DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

*/s/ Eduardo Santacana*
Eduardo Santacana

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HOUSTON   LONDON   LOS ANGELES   MILAN
MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

Hon. Edward M. Chen
June 5, 2025
Page 2


WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

*/s/ Erin K. McSherry*
ERIN K. MCSHERRY*
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

* Admitted pro hac vice