1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7478
7         FAX: (415) 436-6748
          sapna.mehta@usdoj.gov
8
   Attorneys for Defendants
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 SAN FRANCISCO UNIFIED SCHOOL        )  Case No. 3:25-cv-02425-EMC
   DISTRICT and CITY OF SANTA FE,      )
14                                     )  **STIPULATION TO EXTEND TIME TO**
          Plaintiffs,                  )  **RESPOND TO COMPLAINT**
15                                     )
      v.                               )
16                                     )
   AMERICORPS and JENNIFER BASTRESS    )
17 TAHMASEBI, Interim Agency Head of   )
   AmeriCorps,                         )
18                                     )
          Defendants.                  )
19                                     )
                                       )
20

21       Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs")

22 and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps,

23 ("Defendants") stipulate, pursuant to Civil Local Rule 6-1(a), to extend the time for Defendants to

24 respond to Plaintiffs' Complaint as follows:

25       1.   Plaintiffs filed their Complaint (Dkt. 1) in this action on March 10, 2025 (Dkt. 1).

26       2.   Defendants' response to the Complaint, together with a certified copy of the transcript of

27            the administrative record, is currently due by June 9, 2025.

28       3.   The parties appeared before the Court for a hearing on Plaintiffs' request for a

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
3:25-CV-02425- EMC                              1

preliminary injunction on May 30, 2025 and the Court took the matter under submission (Dkt. 53).

4. The parties have conferred over proposals for further proceedings in this matter, which they reported in their May 20, 2025 Joint Case Management Statement (Dkt. 51). Defendants anticipate that the Court's ruling on the pending request for a preliminary injunction may further inform those discussions. Defendants thus believe that extending the time to respond to the Complaint until after the Court has issued its decision on Plaintiffs' request for a preliminary injunction to give the parties time to meet and confer regarding a case schedule for further proceedings would promote efficiency and preserve the parties' and the Court's resources.

5. Defendants thus requested, and Plaintiffs agreed to, an extension of the deadline for Defendants to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, until 30 days following the Court's order on Plaintiffs' request for a preliminary injunction.

6. This stipulation will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, IT IS HEREBY STIPULATED that Defendants' deadline to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, is extended until 30 days following the Court's order on Plaintiffs' request for a preliminary injunction.

**IT IS SO STIPULATED.**

DATED: June 5, 2025                             Respectfully submitted,

                                                CRAIG H. MISSAKIAN
                                                United States Attorney

|   |   |   |
|---|---|---|
| 1 |  | */s/ Sapna Mehta* |
| 2 |  | SAPNA MEHTA<br>Assistant United States Attorney |
| 3 |  | Attorney for Defendants |

DATED: June 5, 2025

DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

*/s/ Molly Alarcon*
MOLLY J. ALARCON
Deputy City Attorney


WILLKIE FARR & GALLAGHER LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Stephen Henrick
Alyxandra Vernon
Michael Morizono

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

DATED: June 5, 2025

ERIN K. MCSHERRY
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
3:25-CV-02425- EMC                                            3

*/s/ Jonathan Miller*
JONATHAN MILLER

Attorney for Plaintiff
CITY OF SANTA FE, NEW MEXICO

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED: June 5, 2025         By:   */s/ Sapna Mehta*
                                                                                                             SAPNA MEHTA
                                                                                                             Assistant United States Attorney