UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO UNIFIED SCHOOL
DISTRICT, et al., _____,

Plaintiff,

v.

AMERICORPS, A.K.A. THE
CORPORATION FOR NATIONAL
AND COMMUNITY SERVICE, et al., __,

Defendant.

Case No. 3:25-cv-02425-EMC

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) SAN FRANCISCO UNIFIED SCHOOL DISTRICT _____, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Y. Hur, Simona A. Agnolucci, Eduardo E. Santacana, Michael B. Morizono.

Name(s) of counsel withdrawing from representation and firm name:
Willkie Farr & Gallagher - Alyxandra Vernon and Stephen W. Henrick. Additonally, the counsel
listed above are no longer associated with Willkie Farr & Gallagher.

Date: July 3, 2025 _____

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____        _____
                                UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                Hon. Edward M. Chen

United States District Court
Northern District of California