UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al., | Case No. 3:25-cv-02425-EMC |
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE LAW FIRM; ~~PROPOSED~~ ORDER** |
| AMERICORPS, A.K.A. THE CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, et al., | |
| Defendant. | |

SAN FRANCISCO UNIFIED SCHOOL

On behalf of (party name) DISTRICT_____, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Cooley LLP - Benedict Y. Hur, Simona A. Agnolucci, Eduardo E. Santacana, Michael B. Morizono.

Name(s) of counsel withdrawing from representation and firm name:
Willkie Farr & Gallagher - Alyxandra Vernon and Stephen W. Henrick. Additonally, the counsel listed above are no longer associated with Willkie Farr & Gallagher.

Date: July 3, 2025_____

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: July 8, 2025_____    _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Hon. Edward M. Chen