1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       FAX: (415) 436-6748
        sapna.mehta@usdoj.gov
8
   Attorneys for Defendants
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 | SAN FRANCISCO UNIFIED SCHOOL      ) Case No. 3:25-cv-02425-EMC
     DISTRICT and CITY OF SANTA FE,    )
14 |                                   ) **STIPULATION TO EXTEND TIME TO**
                                       ) **RESPOND TO COMPLAINT**
15 |       Plaintiffs,                  )
                                       )
16 |       v.                           )
                                       )
17 | AMERICORPS and JENNIFER BASTRESS  )
     TAHMASEBI, Interim Agency Head of )
18 | AmeriCorps,                        )
                                       )
19 |       Defendants.                  )
                                       )
20

21      Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs")

22 and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps,

23 ("Defendants") stipulate, pursuant to Civil Local Rule 6-1(a), to extend the time for Defendants to

24 respond to Plaintiffs' Complaint as follows:

25      1.   Plaintiffs filed their Complaint (Dkt. 1) in this action on March 10, 2025 (Dkt. 1).

26      2.   The parties stipulated to extend the time for Defendants to respond to the Complaint.

27           Dkt. 56. Under that stipulation, Defendants' response to the Complaint, together with a

28           certified copy of the transcript of the administrative record, is currently due by July 18,

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
3:25-CV-02425- EMC                          1

|   |   |   |
|---|---|---|
| 1 |   | 2025. |
| 2 | 3. | The parties are conferring over proposals for further proceedings in this matter. To give them additional time to do so, the parties have agreed to an extension of the deadline for Defendants to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, until August 18, 2025. |
| 6 | 4. | This stipulation will not alter the date of any event or any deadline already fixed by the Court. |

THEREFORE, IT IS HEREBY STIPULATED that Defendants' deadline to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, is extended until August 18, 2025.

**IT IS SO STIPULATED.**

DATED: July 17, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorney for Defendants

DATED: July 17, 2025                    DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

|   |   |
|---|---|
|   | */s/ Molly Alarcon* |
|   | MOLLY J. ALARCON |
|   | Deputy City Attorney |
|   |   |
|   | COOLEY LLP |
|   | Benedict Hur |
|   | Simona Agnolucci |
|   | Eduardo Santacana |
|   | Michael Morizono |
|   |   |
|   | Attorneys for Plaintiff |
|   | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |
| DATED: July 17, 2025 | ERIN K. MCSHERRY |
|   | City Attorney City of Santa Fe, New Mexico |
|   | 200 Lincoln Ave Santa Fe, NM 87501 |
|   | 505-955-6512 |
|   | ekmcsherry@santafenm.gov |
|   |   |
|   | Jill Habig, SBN 268770 |
|   | Jonathan B. Miller* |
|   | Public Rights Project |
|   | 490 43rd Street, Unit #115 |
|   | Oakland, CA 94609 |
|   | (510) 738-6788 |
|   | jon@publicrightsproject.org |
|   |   |
|   | */s/ Jonathan Miller* |
|   | JONATHAN MILLER |
|   |   |
|   | Attorney for Plaintiff |
|   | CITY OF SANTA FE, NEW MEXICO |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
3:25-CV-02425- EMC                3

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED: July 17, 2025          By:     */s/ Sapna Mehta*
                                                       SAPNA MEHTA
                                                       Assistant United States Attorney