1      UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3

4      SFUSDžŸïU"ž              ,      Case No. '.&)!W!S&(&)

5      Plaintiff(s),

6      v.             **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

7      5A9F=7CFDG, et al.,       ,

8      Defendant(s).

9

10      I, Erin Monju , an active member in good standing of the bar of

11      New York , hereby respectfully apply for admission to practice pro hac

12      vice in the Northern District of California representing: City of Santa Fe, New Mexico in the

13      above-entitled action. My local co-counsel in this case is Jill Habig , an

14      attorney who is a member of the bar of this Court in good standing and who maintains an office

15      within the State of California.  Local co-counsel's bar number is: 268770 .

16      490 43rd Street, Unit 115, Oakland, CA 94609      490 43rd Street, Unit 115, Oakland, CA 94609

17      MY ADDRESS OF RECORD           LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18      (510) 214-6960                 (510) 214-6960
     MY TELEPHONE # OF RECORD         LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

19

20      erin@publicrightsproject.org         jill@publicrightsproject.org
     MY EMAIL ADDRESS OF RECORD        LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21      I am an active member in good standing of a United States Court or of the highest court of

22      another State or the District of Columbia, as indicated above; my bar number is: 5160908 .

23      I am also practicing under supervision of D.C. Bar member pursuant to Local Rule 49(c)(8)

24      while application to the D.C. Bar is pending. Local co-counsel's D.C. bar number is 90000656.

25      A true and correct copy of a certificate of good standing or equivalent official document

26      from said bar is attached to this application.

27      I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

28      preceding this application.

*United States District Court*
*Northern District of California*

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: July 30, 2025                      */s/ Erin Monju*

                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE


IT IS HEREBY ORDERED THAT the application of Erin Monju         is

granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

counsel designated in the application will constitute notice to the party.

Dated: _____

_____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021