1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  SAPNA MEHTA (CABN 288238)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7478
7       FAX: (415) 436-6748
        sapna.mehta@usdoj.gov
8
   Attorneys for Defendants
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 | SAN FRANCISCO UNIFIED SCHOOL ) Case No. 3:25-cv-02425-EMC
   | DISTRICT and CITY OF SANTA FE, )
14 |                                ) **STIPULATION TO EXTEND TIME TO**
   |                                ) **RESPOND TO COMPLAINT**
15 |       Plaintiffs,               )
   |                                )
16 |    v.                           )
   |                                )
17 | AMERICORPS and JENNIFER BASTRESS )
   | TAHMASEBI, Interim Agency Head of )
18 | AmeriCorps,                    )
   |                                )
19 |       Defendants.               )
   |                                )
20

21       Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs")

22 and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps,

23 ("Defendants") stipulate, pursuant to Civil Local Rule 6-1(a), to extend the time for Defendants to

24 respond to Plaintiffs' Complaint as follows:

25       1.    Plaintiffs filed their Complaint (Dkt. 1) in this action on March 10, 2025 (Dkt. 1).

26       2.    The parties stipulated to extend the time for Defendants to respond to the Complaint.

27             Dkt. 56.  The parties further stipulated to extend the time for Defendants to respond to the

28             Complaint until August 18, 2025, the current deadline. Dkt. 62.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
3:25-CV-02425- EMC                           1

3. The parties are conferring over proposals for further proceedings in this matter, and plan to jointly propose a schedule to the Court or ask the Court to consider competing proposals. To give the parties additional time to negotiate a schedule, the parties have agreed to an extension of the deadline for Defendants to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, until September 5, 2025.

4. This stipulation will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, IT IS HEREBY STIPULATED that Defendants' deadline to file their response to Plaintiffs' Complaint, together with a certified copy of the transcript of the administrative record, is extended until September 5, 2025.

**IT IS SO STIPULATED.**

DATED: August 15, 2025         Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorney for Defendants

DATED: August 15, 2025         DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Molly Alarcon |
|   | MOLLY J. ALARCON |
| 3 | Deputy City Attorney |

COOLEY LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Michael Morizono

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

DATED: August 15, 2025

ERIN K. MCSHERRY
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller (admitted pro hac vice)
Erin Monju*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

*Pro hac vice pending; practicing under supervision of D.C. Bar member pursuant to Local Rule 49(c)(8) while application to the D.C. Bar is pending

/s/ Erin Monju
ERIN MONJU

Attorney for Plaintiff
CITY OF SANTA FE, NEW MEXICO

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED: August 15, 2025                 By:    /s/ Sapna Mehta
                                              SAPNA MEHTA
                                              Assistant United States Attorney