CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE, <br><br>    Plaintiffs, <br><br>  v. <br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps, <br><br>    Defendants. | Case No. 3:25-cv-02425-EMC <br><br>**STIPULATION REGARDING CASE SCHEDULE; [PROPOSED] ORDER** |

    Plaintiffs San Francisco Unified School District and City of Santa Fe, New Mexico ("Plaintiffs") and Defendants AmeriCorps and Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps, ("Defendants") hereby stipulate, subject to the approval of the Court, to the following schedule for further proceedings in this matter.

    1.    The parties respectfully request that the Court enter the following case schedule:

        a.    Defendants to file their answer to Plaintiffs' Complaint and the administrative record by September 19, 2025.

        b.    Plaintiffs to file a motion for summary judgment by October 20, 2025.

    c. Defendants to file a response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment by November 19, 2025.

    d. Plaintiffs to file a reply in support of their motion for summary judgment and response to Defendant's cross-motion by December 19, 2025.

    e. Defendants to file a reply in support of their cross-motion by January 16, 2026.

2. Plaintiffs reserve the right to move for relief related to the administrative record, and the parties will meet and confer to propose updates on the schedule if they do.

DATED: September 4, 2025          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorney for Defendants

DATED: September 4, 2025          DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

*/s/ Molly Alarcon*
MOLLY J. ALARCON
Deputy City Attorney


COOLEY LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Michael Morizono

|   |   |
|---|---|
|   | Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT |
| DATED: September 4, 2025 | ERIN K. MCSHERRY<br>City Attorney City of Santa Fe, New Mexico<br>200 Lincoln Ave Santa Fe, NM 87501<br>505-955-6512<br>ekmcsherry@santafenm.gov<br><br>Jill Habig, SBN 268770<br>Jonathan B. Miller (admitted pro hac vice)<br>Erin Monju*<br>Public Rights Project<br>490 43rd Street, Unit #115<br>Oakland, CA 94609<br>(510) 738-6788<br>jon@publicrightsproject.org<br><br>*Pro hac vice pending; practicing under supervision of D.C. Bar member pursuant to Local Rule 49(c)(8) while application to the D.C. Bar is pending<br><br>*/s/ Erin Monju*<br>ERIN MONJU<br><br>Attorney for Plaintiff<br>CITY OF SANTA FE, NEW MEXICO |

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

DATED: September 4, 2025         By:   */s/ Sapna Mehta*
                                        SAPNA MEHTA
                                        Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Defendants shall file their answer to Plaintiffs' Complaint and the administrative record by September 19, 2025.  Plaintiffs shall file a motion for summary judgment by October 20, 2025.  Defendants shall file a response to Plaintiffs' motion for summary judgment and any cross-motion for summary judgment by November 19, 2025.  Plaintiffs shall file a reply in support of their motion for summary judgment and response to Defendant's cross-motion by December 19, 2025.  Defendants shall file a reply in support of their cross-motion by January 16, 2026.  If Plaintiffs move for relief related to the administrative record, the parties shall meet and confer to propose updates on the schedule.

DATED:_____

THE HON. EDWARD M. CHEN
United States District Judge