UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Unified School [ ,

Plaintiff(s),

v.

AMERICORPS, et al.              ,

Defendant(s).

Case No. 3:25-cv-02425

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Erin Monju_____, an active member in good standing of the bar of

New York _____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: City of Santa Fe, New Mexico   in the

above-entitled action. My local co-counsel in this case is Jill Habig _____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 268770 _____.

490 43rd Street, Unit 115 Oakland, CA 94609

MY ADDRESS OF RECORD

(510) 738-6788

MY TELEPHONE # OF RECORD

erin@publicrightsproject.org

MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit 115 Oakland, CA 94609

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 738-6788

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jill@publicrightsproject.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 65160908 _____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1

2

3    I am also practicing under supervision of D.C. Bar member pursuant to Local Rule 49(c)(8) while application to the D.C. Bar is pending. Local co-counsel's D.C. bar number is 90000656.

4

5    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

6

7    Dated: August 25, 2025                                    /s/ Erin Monju

8                                                              _____

9                                                              APPLICANT

10

11                               ORDER GRANTING APPLICATION

12                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

13    IT IS HEREBY ORDERED THAT the application of Erin Monju is granted, subject to the

14    terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

15    appearance pro hac vice. Service of papers upon, and communication with, local co-counsel

16    designated in the application will constitute notice to the party.

17    Dated:  September 5, 2025

18                                                              _____

19                                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28