CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**ADMINISTRATIVE RECORD** |

    Defendants AmeriCorps and Jennifer Bastress Tahmasebi, in her official capacity as Interim Agency Head of AmeriCorps, file the attached Administrative Record regarding the Executive Order Compliance Instructions dated February 13, 2025.

DATED: September 19, 2025          Respectfully submitted,

                                CRAIG H. MISSAKIAN
                                United States Attorney

                                */s/ Sapna Mehta*
                                SAPNA MEHTA
                                Assistant United States Attorney