CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION TO STAY CASE; [PROPOSED] ORDER** |

    Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, hereby stipulate as follows:

    1.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies, including the federal defendants. The date when funding will be restored by Congress has not been established.

    2.    Defendants have conveyed the following to Plaintiffs:

        a.    The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys (and employees of AmeriCorps are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

      b.    Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

    3.    Defendants therefore request a stay of the case until Congress has restored appropriations to the Department of Justice and the government shutdown ends, and Plaintiffs do not oppose this request.

    4.    If this stay is granted, counsel for Defendants will promptly notify the Court as soon as the government shutdown has ended and, after conferring with Plaintiffs, will submit within two weeks of the shutdown ending a joint proposed schedule for the remainder of litigation.

    IT IS SO STIPULATED.

DATED: October 1, 2025                            Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorney for Defendants

DATED: October 1, 2025                            DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

/s/ Molly Alarcon
MOLLY J. ALARCON
Deputy City Attorney


COOLEY LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Michael Morizono

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

DATED: October 1, 2025

ERIN K. MCSHERRY
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller (admitted pro hac vice)
Erin Monju (admitted pro hac vice)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org


/s/ Erin Monju
ERIN MONJU

Attorney for Plaintiff
CITY OF SANTA FE, NEW MEXICO


## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

STIPULATION TO STAY CASE; [PROPOSED] ORDER
3:25-CV-02425- EMC                          3

1
2  DATED: October 1, 2025              By:     */s/ Sapna Mehta*
                                               SAPNA MEHTA
3                                              Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO STAY CASE; [PROPOSED] ORDER
3:25-CV-02425- EMC                              4

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

3  1. This case is hereby STAYED until after the shutdown of the federal government has
4  ended and appropriations to the Department of Justice have been restored; and

5  2. The Government will promptly notify the Court as soon as the government shutdown has
6  ended, confer with opposing counsel, and submit within two weeks of the end of the shutdown a joint
7  proposed schedule for the remainder of litigation.

8  IT IS SO ORDERED.

10 DATED: October 9, 2025

THE HON. EDWARD M. CHEN
United States District Judge