DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3894
Facsimile: (415) 437-4644
E-Mail: molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

*[Additional counsel on signature page]*

COOLEY LLP
BENEDICT Y. HUR, SBN 224018
bhur@cooley.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@cooley.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@cooley.com
THILINI CHANDRASEKERA, SBN 333672
tchandrasekera@cooley.com
MICHAEL B. MORIZONO, SBN 359395
mmorizono@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>               Plaintiffs,<br><br>    vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>               Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:      Hon. Edward M. Chen |

Subject to the Court's approval, Plaintiffs San Francisco Unified School District and City of Santa Fe ("Plaintiffs"), together with Defendants Americorps and Jennifer Bastress Tahmasebi ("Defendants" and, with Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, at midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed;

WHEREAS, on October 1, 2025, the Parties submitted a stipulated request to stay this action until Congress restored appropriations to the Department of Justice and the government shutdown ends;

WHEREAS, on October 10, 2025, the Court granted the Parties' stipulated request and stayed the case until appropriations were restored to the Department of Justice following the end of the shutdown of the federal government;

WHEREAS, the Court further ordered that as soon as the government shutdown ended, the Parties were to meet and confer and submit within two weeks of the end of the shutdown a joint proposed schedule for the remainder of litigation;

WHEREAS, the government shutdown ended on the night of November 12, 2025;

WHEREAS, the Parties' deadline to provide the Court with a proposed schedule is November 26, 2026,

WHEREAS, the Parties met and conferred on November 21, 2025;

WHEREAS, the Parties reached agreement on a schedule for the briefing of summary judgment motions;

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court enter the following schedule for briefing summary judgment:

| EVENT | DATE |
|---|---|
| Plaintiffs' last day to file motion for summary judgment ("MSJ"). | January 9, 2026 |

| EVENT | DATE |
|---|---|
| Defendants' last day to file (1) opposition to MSJ and (2) cross-motion for summary judgment ("Cross-MSJ"). | February 9, 2026 |
| Plaintiffs' last day to file (1) reply in support of MSJ and (2) opposition to Cross-MSJ. | March 10, 2026 |
| Defendants' last day to file reply in support of Cross-MSJ. | April 8, 2026 |
| Hearing on MSJ and Cross-MSJ. | At the Court's convenience[1] |

DATED: November 26, 2025            Respectfully submitted,


CRAIG H. MISSAKIAN
United States Attorney


By:   */s/ Jevechius D. Bernardoni*
JEVECHIUS BERNARDONI
Assistant United States Attorney

Attorneys for Defendants
AMERICORPS (a.k.a. the CORPORATION
FOR NATIONAL AND COMMUNITY
SERVICE); JENNIFER BASTRESS TAHMASEBI
in her official capacity as Interim Agency Head of
AmeriCorps


DATED: November 26, 2025            DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

---

[1] It is Defendants' position that the cross-motions for summary judgment can be submitted for decision by the Court without oral argument.

1

2                                                         By:    /s/ Molly J. Alarcon
                                                          MOLLY J. ALARCON
3                                                         Deputy City Attorney
                                                          COOLEY LLP
4                                                         Benedict Hur
                                                          Simona Agnolucci
5                                                         Eduardo Santacana
                                                          Thilini Chandrasekera
6                                                         Michael Morizono

7                                                         Attorneys for Plaintiff
                                                          SAN FRANCISCO UNIFIED SCHOOL
8                                                         DISTRICT

9

10   DATED: November 26, 2025                             ERIN K. MCSHERRY
                                                          City Attorney, City of Santa Fe, New Mexico
11                                                        200 Lincoln Ave.
                                                          Santa Fe, NM 87501
12                                                        (505) 955-6512
                                                          ekmcsherry@santafenm.gov
13

14                                                        Jill Habig, SBN 268770
                                                          Jonathan B. Miller (admitted pro hac vice)
15                                                        Erin Monju (*pro hac vice*)
                                                          Public Rights Project
16                                                        490 43rd Street, Unit #115
                                                          Oakland, CA 94609
17                                                        (510) 738-6788
                                                          jon@publicrightsproject.org
18

19                                                        Attorneys for Plaintiff
                                                          CITY OF SANTA FE, NEW MEXICO
20

21                                                        By:    /s/ Erin Monju
                                                          ERIN MONJU
22

23                                                        Attorneys for Plaintiff
                                                          CITY OF SANTA FE, NEW MEXICO
24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories to this Stipulation and [Proposed] Order have concurred in the filing of the document.


DATED: November 26, 2025          */s/ Jevechius D. Bernardoni*

                                  JEVECHIUS D. BERNARDONI

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the following briefing and hearing schedule is entered for the Parties' anticipated motions for summary judgment.

1.     Plaintiffs' motion for summary judgment ("MSJ") is due on January 9, 2026;

2.     Defendants' opposition to Plaintiffs' MSJ and any cross-motion for summary judgment ("Cross-MSJ") is due on February 9, 2026;

3.     Plaintiffs' reply in support of their MSJ and any opposition to the Cross-MSJ are due on March 10, 2026;

4.     Defendants' reply in support of their Cross-MSJ is due on April 8, 2026; and

5.     The hearing on the MSJ and Cross-MSJ is set for: _____.


IT IS SO ORDERED.



DATED: _____          _____

HON. EDWARD M. CHEN
United States District Judge