| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>MOLLY J. ALARCON, SBN 315244<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone: (415) 554-3894<br>Facsimile: (415) 437-4644<br>E-Mail: molly.alarcon@sfcityatty.org<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT | COOLEY LLP<br>BENEDICT Y. HUR, SBN 224018<br>bhur@cooley.com<br>SIMONA AGNOLUCCI, SBN 246943<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA, SBN 281668<br>esantacana@cooley.com<br>THILINI CHANDRASEKERA, SBN 333672<br>tchandrasekera@cooley.com<br>MICHAEL B. MORIZONO, SBN 359395<br>mmorizono@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT |

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　　Hon. Edward M. Chen |

Subject to the Court's approval, Plaintiffs San Francisco Unified School District and City of Santa Fe ("Plaintiffs"), together with Defendants Americorps and Jennifer Bastress Tahmasebi ("Defendants" and, with Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, at midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed;

WHEREAS, on October 1, 2025, the Parties submitted a stipulated request to stay this action until Congress restored appropriations to the Department of Justice and the government shutdown ends;

WHEREAS, on October 10, 2025, the Court granted the Parties' stipulated request and stayed the case until appropriations were restored to the Department of Justice following the end of the shutdown of the federal government;

WHEREAS, the Court further ordered that as soon as the government shutdown ended, the Parties were to meet and confer and submit within two weeks of the end of the shutdown a joint proposed schedule for the remainder of litigation;

WHEREAS, the government shutdown ended on the night of November 12, 2025;

WHEREAS, the Parties' deadline to provide the Court with a proposed schedule is November 26, 2026,

WHEREAS, the Parties met and conferred on November 21, 2025;

WHEREAS, the Parties reached agreement on a schedule for the briefing of summary judgment motions;

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court enter the following schedule for briefing summary judgment:

| EVENT | DATE |
|---|---|
| Plaintiffs' last day to file motion for summary judgment ("MSJ"). | January 9, 2026 |

| EVENT | DATE |
|---|---|
| Defendants' last day to file (1) opposition to MSJ and (2) cross-motion for summary judgment ("Cross-MSJ"). | February 9, 2026 |
| Plaintiffs' last day to file (1) reply in support of MSJ and (2) opposition to Cross-MSJ. | March 10, 2026 |
| Defendants' last day to file reply in support of Cross-MSJ. | April 8, 2026 |
| Hearing on MSJ and Cross-MSJ. | At the Court's convenience[1] |

DATED: November 26, 2025          Respectfully submitted,


                                  CRAIG H. MISSAKIAN
                                  United States Attorney


                                  By:   /s/ Jevechius D. Bernardoni
                                  JEVECHIUS BERNARDONI
                                  Assistant United States Attorney

                                  Attorneys for Defendants
                                  AMERICORPS (a.k.a. the CORPORATION
                                  FOR NATIONAL AND COMMUNITY
                                  SERVICE); JENNIFER BASTRESS TAHMASEBI
                                  in her official capacity as Interim Agency Head of
                                  AmeriCorps


DATED: November 26, 2025          DAVID CHIU
                                  City Attorney, City and County of San Francisco
                                  YVONNE R. MERÉ
                                  Chief Deputy City Attorney
                                  MOLLIE M. LEE
                                  Chief of Strategic Advocacy
                                  SARA J. EISENBERG
                                  Chief of Complex and Affirmative Litigation
                                  MOLLY J. ALARCON
                                  Deputy City Attorney

---

[1] It is Defendants' position that the cross-motions for summary judgment can be submitted for decision by the Court without oral argument.

| | |
|---|---|
| | By:  /s/ Molly J. Alarcon |
| | MOLLY J. ALARCON |
| | Deputy City Attorney |
| | COOLEY LLP |
| | Benedict Hur |
| | Simona Agnolucci |
| | Eduardo Santacana |
| | Thilini Chandrasekera |
| | Michael Morizono |
| | |
| | Attorneys for Plaintiff |
| | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

DATED: November 26, 2025

ERIN K. MCSHERRY
City Attorney, City of Santa Fe, New Mexico
200 Lincoln Ave.
Santa Fe, NM 87501
(505) 955-6512
ekmcsherry@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller (admitted pro hac vice)
Erin Monju (*pro hac vice*)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

By:  /s/ Erin Monju
ERIN MONJU

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the other signatories to this Stipulation and [Proposed] Order have concurred in the filing of the document.

DATED: November 26, 2025            */s/ Jevechius D. Bernardoni*

                                                            JEVECHIUS D. BERNARDONI

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the following briefing and hearing schedule is entered for the Parties' anticipated motions for summary judgment.

1. Plaintiffs' motion for summary judgment ("MSJ") is due on January 9, 2026;
2. Defendants' opposition to Plaintiffs' MSJ and any cross-motion for summary judgment ("Cross-MSJ") is due on February 9, 2026;
3. Plaintiffs' reply in support of their MSJ and any opposition to the Cross-MSJ are due on March 10, 2026;
4. Defendants' reply in support of their Cross-MSJ is due on April 8, 2026; and
5. The hearing on the MSJ and Cross-MSJ is set for: 5/14/~~2025~~ 2026, at 1:30 PM in Courtroom 5, 17th Floor.

IT IS SO ORDERED.

DATED: December 9, 2025

_____
HON. EDWARD M. CHEN
United States District Judge