DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:    (415) 554-3894
Facsimile:    (415) 437-4644
E-Mail:    molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

COOLEY LLP
BENEDICT Y. HUR, SBN 224018
bhur@cooley.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@cooley.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@cooley.com
THILINI CHANDRASEKERA, SBN 333672
tchandrasekera@cooley.com
MICHAEL B. MORIZONO, SBN 359395
mmorizono@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:    (415) 693-2000

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps, <br><br> Defendants. | Case No. 3:25-cv-02425 <br><br> **SUPPLEMENTAL DECLARATION OF LAURIE VARGAS-ZEUSCHNER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Laurie Vargas-Zeuschner, declare and state the following:

1.      I am employed by the San Francisco Unified School District ("SFUSD" or "the District") as a Wellness Counselor within the District's Student and Family Services Division. I am also the District Coordinator for SFUSD's AmeriCorps program, which is called Healthy Choices AmeriCorps ("Healthy Choices").

2.      I have a Master of Science degree in Marriage, Family, and Child Counseling from California State University, Sacramento and a credential in Pupil Personnel Services from San Francisco State University. I received my B.S. in Human Development from the University of California, Davis.

3.      Since the fall of 2015, Healthy Choices has provided mentoring services to SFUSD students and supported an overall positive school climate throughout various schools within the District. I have been involved with SFUSD's AmeriCorps program since the beginning, and have helped to grow and develop it.

4.      In my current role, I oversee the Healthy Choices program. I am responsible for submitting SFUSD's grant applications and continuation applications, and running the program in a manner that is consistent with the grant agreements we enter into with the federal government. The three-year AmeriCorps grant cycles generally involve the following steps: First, AmeriCorps issues a notice of funding opportunity that describes how grant applications for AmeriCorps funding will be evaluated. Second, applicants submit grant applications based on the requirements of the notice of funding opportunity for the first program year in the cycle. Then, for the second and third years of the grant cycle, applicants submit "continuation" applications to continue their programs as described in their original grant applications. Grantees like SFUSD generally expect to receive their requested continuation grants. SFUSD has received AmeriCorps funding for Healthy Choices since 2015.

5.      I previously submitted a sworn declaration in this matter, dated March 11, 2025, in support of Plaintiffs' motion for a temporary restraining order and preliminary injunction (ECF No. 18-3). Everything I said in that declaration remains true, including about how Healthy Choices operates this year, and I can add the following updates:

6.      In my prior declaration, I discussed SFUSD's grant award from AmeriCorps of $667,194 for program year 2024-25—the first in the three-year cycle. As I also discussed in my prior declaration, AmeriCorps issued a new set of grant conditions in the middle of that grant term ("the AmeriCorps Directive"), which the Court enjoined by issuing a temporary restraining order and then a preliminary injunction. The enjoined conditions in the AmeriCorps Directive posed a number of serious problems for SFUSD's AmeriCorps program, since principles of diversity, equity, and inclusion are baked into Healthy Choices. Because of the Court's orders, SFUSD was able to operate its AmeriCorps program as originally planned for program year 2024-25, without the threat of having to comply with the new conditions in the AmeriCorps Directive or foregoing the federal funds. SFUSD was not forced to sign a revised grant agreement for program year 2024-25, and instead, Healthy Choices operated under SFUSD's original grant agreement for that year.

7.      While the Court's preliminary injunction was in place, SFUSD submitted and received a continuation grant for the 2025-26 program year based on the same grant narrative SFUSD submitted in its original grant application. A true and correct copy of the grant agreement for $667,149 for program year 2025-26, executed September 8, 2025, is attached as **Exhibit A**. Because of the Court's preliminary injunction, SFUSD did not have to make changes to its program or the narrative part of its application to attempt to comply with the AmeriCorps Directive, and instead submitted its continuation application based on the program as originally envisioned and described in the original grant narrative. AmeriCorps approved SFUSD's 2025-26 grant based on SFUSD's program as originally planned.

8.      For the third and final year of this grant cycle, program year 2026-27, SFUSD recently submitted a continuation application to California Volunteers (the state administrator of AmeriCorps funds), attached as **Exhibit B**, which we expect AmeriCorps to finalize through an executed contract around August 2026. SFUSD expects to receive approximately the same amount of money as the two prior years—around $667,000—for program year 2026-27. Like the two prior grant years, SFUSD's third-year grant will be based on its original grant narrative.

9.      For SFUSD's original grant (for program year 2024-25) and each of the two continuation grants (for program years 2025-26 and 2026-27), the applicable notice of funding

1  opportunity is the 2024 Notice of Funding Opportunity, which I have previously accessed at the

2  website

3  https://www.americorps.gov/sites/default/files/document/1%20FY%202024%20ASN%20Competitve

4  %20-%20FINAL.508.pdf (last accessed January 9, 2026) and which I am aware is attached as Exhibit

5  C to ECF No. 18-2. To my knowledge, AmeriCorps never rescinded or amended the 2024 Notice of

6  Funding Opportunity.

7      10.    SFUSD would face the same serious harms I detailed in my prior declaration if

8  AmeriCorps were permitted to impose the conditions in the AmeriCorps Directive—or any similar

9  conditions—on SFUSD during the current grant year or in any future years. If the AmeriCorps

10  Directive is allowed to stand, or if AmeriCorps is permitted to impose similar conditions by another

11  name, SFUSD will face the same untenable choice: either to forego valuable and badly needed funding

12  of approximately $667,000 per year or to attempt to overhaul the Healthy Choices program to comply

13  with AmeriCorps' new requirements, with no guarantee that the changes would be acceptable to the

14  federal government, given the ambiguity of the conditions and SFUSD's confusion about how to

15  comply. The new AmeriCorps conditions remain a serious threat to Healthy Choices and the students

16  the program serves.

17

18      I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct to the best of my knowledge, and that this declaration was executed in

20  San Francisco, California on January 9, 2026.

21

22

23  LAURIE VARGAS-ZEUSCHNER

24

25

26

27

28

VARGAS-ZEUSCHNER SUPP. DECL. ISO MSJ          3
CASE NO. 3:25-cv-02425

# Exhibit A

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES

# STANDARD AGREEMENT
STD 213 (Rev. 04/2020)

| AGREEMENT NUMBER | PURCHASING AUTHORITY NUMBER (If Applicable) |
|---|---|
| 24ACIY32-C162 | |

1. This Agreement is entered into between the Contracting Agency and the Contractor named below:

CONTRACTING AGENCY NAME

Governor's Office of Service and Community Engagement/California Volunteers "hereinafter referred to as State"

CONTRACTOR NAME

San Francisco Unified School District, "hereinafter referred to as Grantee"

2. The term of this Agreement is:

START DATE

July 1, 2025

THROUGH END DATE

December 31, 2026

3. The maximum amount of this Agreement is:

$667,149.00 or Six Hundred Sixty Seven Thousand One Hundred Forty Nine Dollars and 00/100.

4. The parties agree to comply with the terms and conditions of the following exhibits, which are by this reference made a part of the Agreement.

| | Exhibits | Title | Pages |
|---|---|---|---|
| | Exhibit A | Program Narrative, Performance Measures, and Service Site Locations | 35 |
| | Exhibit B | Budget Narrative and Confirmed Match Assurance | 4 |
| | | | |
| +<br>- | Exhibit D | California Volunteers Policies and Requirements | 25 |
| +<br>- | Exhibit E | Federal Regulations, 2025 General Grant and Cooperative Agreement Terms and Conditions, and 2025 Terms and Conditions for AmeriCorps State and National Grants | 50 |
| +<br>- | Exhibit F | AmeriCorps Program Assurances and Certifications | 7 |
| +<br>- | Exhibit G | Resource and Reference Materials | 1 |
| +<br>- | Exhibit H | Criminal History Checks Certification | 1 |
| +<br>- | Exhibit I | CNCS and CV Branding and Messaging Guidance | 1 |

*Items shown with an asterisk (\*), are hereby incorporated by reference and made part of this agreement as if attached hereto.*
*These documents can be viewed at https://www.dgs.ca.gov/OLS/Resources*
*IN WITNESS WHEREOF, THIS AGREEMENT HAS BEEN EXECUTED BY THE PARTIES HERETO.*

## CONTRACTOR

CONTRACTOR NAME (if other than an individual, state whether a corporation, partnership, etc.)

San Francisco Unified School District

| CONTRACTOR BUSINESS ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 727 Golden Gate Ave | San Francisco | CA | 94102 |

| PRINTED NAME OF PERSON SIGNING | TITLE |
|---|---|
| Karen Fraleigh Norman | Executive Director |

| CONTRACTOR AUTHORIZED SIGNATURE | DATE SIGNED |
|---|---|
| Signed by:<br>*Karen Fraleigh Norman*<br>A405F73DD75643A... | 9/8/2025 |

STATE OF CALIFORNIA - DEPARTMENT OF GENERAL SERVICES

**STANDARD AGREEMENT**

STD 213 (Rev. 04/2020)

| AGREEMENT NUMBER | PURCHASING AUTHORITY NUMBER (If Applicable) |
|---|---|
| 24ACIY32-C162 | |

**STATE OF CALIFORNIA**

CONTRACTING AGENCY NAME

Governor's Office of Service and Community Engagement/California Volunteers

| CONTRACTING AGENCY ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1400 10th Street | Sacramento | CA | 95814 |

| PRINTED NAME OF PERSON SIGNING | TITLE |
|---|---|
| Anthony Chavez | Chief Deputy Director |

| CONTRACTING AGENCY AUTHORIZED SIGNATURE | DATE SIGNED |
|---|---|
| *Anthony Chavez* | 9/8/2025 |

| CALIFORNIA DEPARTMENT OF GENERAL SERVICES APPROVAL | EXEMPTION (If Applicable) |
|---|---|
| | SCM, Chapter 4.04 (A)(4) |

Page 2 of 2

# PART I - FACE SHEET

## APPLICATION FOR FEDERAL ASSISTANCE

Modified Standard Form 424 (Rev.02/07 to confirm to the Corporation's eGrants System)

**1. TYPE OF SUBMISSION:**

Application [X]   Non-Construction

| | | |
|---|---|---|
| 2a. DATE SUBMITTED TO CORPORATION FOR NATIONAL AND COMMUNITY SERVICE (CNCS): | 3. DATE RECEIVED BY STATE: 16-JAN-25 | STATE APPLICATION IDENTIFIER: |
| 2b. APPLICATION ID: 25AC271495 | 4. DATE RECEIVED BY FEDERAL AGENCY: | FEDERAL IDENTIFIER: 24ACICA0010006 |

**5. APPLICATION INFORMATION**

LEGAL NAME:  San Francisco Unified School District

UEI NUMBER:  EJ9BH67LAVP5

ADDRESS (give street address, city, state, zip code and county):
1515 Quintara St
San Francisco CA 94116 - 1273
County: San Francisco

NAME AND CONTACT INFORMATION FOR PROJECT DIRECTOR OR OTHER PERSON TO BE CONTACTED ON MATTERS INVOLVING THIS APPLICATION (give area codes):

NAME:  Laurie Vargas

TELEPHONE NUMBER:  (415) 242-2615

FAX NUMBER:

INTERNET E-MAIL ADDRESS:  vargasl2@sfusd.edu

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):**
946000416

**7. TYPE OF APPLICANT:**
7a.  State Education Agency

7b.  Local Education Agency

**8. TYPE OF APPLICATION** (Check appropriate box).

[ ] NEW          [ ] NEW/PREVIOUS GRANTEE

[X] CONTINUATION  [ ] AMENDMENT

If Amendment, enter appropriate letter(s) in box(es): [ ] [ ]

A.  AUGMENTATION      B.  BUDGET REVISION

C.  NO COST EXTENSION   D.  OTHER *(specify below):*

**9. NAME OF FEDERAL AGENCY:**

### Corporation for National and Community Service

| | |
|---|---|
| 10a. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:  94.006 <br> 10b. TITLE:  AmeriCorps State | 11.a. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT: <br> SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT |
| 12. AREAS AFFECTED BY PROJECT (List Cities, Counties, States, etc): <br> SF, CA | 11.b. CNCS PROGRAM INITIATIVE (IF ANY): |

**13. PROPOSED PROJECT:**   START DATE: 08/19/25   END DATE:  06/30/26

**14. CONGRESSIONAL DISTRICT OF:**   a. Applicant [CA 11]   b. Program [CA 11]

**15. ESTIMATED FUNDING:**   Year #: [2]

| | |
|---|---|
| a. FEDERAL | $  667,149.00 |
| b. APPLICANT | $  779,024.00 |
| c. STATE | $  0.00 |
| d. LOCAL | $  0.00 |
| e. OTHER | $  0.00 |
| f. PROGRAM INCOME | $  0.00 |
| g. TOTAL | $  1,446,173.00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

[ ] YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

[X] NO. PROGRAM IS NOT COVERED BY E.O. 12372

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**

[ ] YES  if "Yes," attach an explanation.   [X] NO

**18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.**

| | | |
|---|---|---|
| a. TYPED NAME OF AUTHORIZED REPRESENTATIVE: <br> Laurie Vargas | b. TITLE: | c. TELEPHONE NUMBER: <br> (415) 242-2615 |
| d. SIGNATURE OF AUTHORIZED REPRESENTATIVE: | | e. DATE SIGNED: <br> 03/17/25 |

# Narratives

### Executive Summary

The San Francisco Unified School District (SFUSD) Healthy Choices AmeriCorps program (Healthy Choices) will have 44 AmeriCorps members who will provide Positive Behavior Intervention & Supports (PBIS) that include interventions to support students' sense of belonging, SEL, nutrition/wellness/health, and anti-racist healing practices in 38 SFUSD public schools. At the end of the first program year, the AmeriCorps members will be responsible for 90 students with improved academic performance, 135 students with increased attendance, and 135 students with improved academic engagement and social emotional skills.. In addition, the AmeriCorps members will leverage an additional 250 volunteers who will engage  students through one-on-one and in small group mentoring through SFUSD's trauma-informed evidence-based Mentoring For Success program. The AmeriCorps investment will be matched with $667,204, $522,603 in public funding and $144,601 in private funding.

### Rationale and Approach/Program Design

COMMUNITY NEED and LOGIC MODEL: SFUSD serves a diverse community of 50,013 students in 132 schools. While San Francisco's overall Social Vulnerability Index rating of 0.2632 indicates low to medium vulnerability, the medium to high SVI rating for Racial and Ethnic Minority Status (0.6667) and high SVI rating for Housing Type/Transportation (0.8947) reflect the challenges faced by many SFUSD students and their families; these challenges are even more pronounced for students served by Healthy Choices. Moreover, while our  Socioeconomic Status SVI rating indicates low vulnerability, this does not reflect that our city has one of the highest wealth gaps in the country: in the 2022-23 school year 80% of students in the mentoring program lived below the Federal Poverty line. Healthy Choices' Mentoring For Success supports students at risk of academic failure and suspension who face complex barriers like foster care involvement, homelessness, and nearly 30% live with a disability. They also face greater socio-economic challenges with approximately three-quarters living below the Federal Poverty Line. Also, according to the most recent findings, 74% of participants in the mentoring program live in neighborhoods where the highest levels of violence, structural racism, income inequality, poverty, and health disparities exist.

Even before pandemic-related learning loss, numerous measures - test scores, suspensions, instructional time, GPA, graduation rates - continued to show an achievement gap between average SFUSD performance and that of many BIPOC students, particularly African American, Latino and Pacific Islander students. Students facing complex barriers also report up to 22% lower confidence

# Narratives

than their peers in SEL skills -- including social-awareness, self-management, growth mindset, and self-efficacy -- that are critical to students' well-being and academic achievement (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey). Persistent systemic racism that disproportionately impacts BIPOC communities and the students served by Healthy Choices have been exacerbated by learning loss and the increasing mental health challenges of children and youth. These factors amplify the need for programs like Healthy Choices, which helps level the playing field for historically underserved students by providing  specialized support and helping them build positive connections to school. This equitable support creates the foundation for future academic success, positive behavioral interactions, and meaningful participation in the school community.

INTERVENTION: Healthy Choices AmeriCorps members will provide students with interventions and structured activities geared to their particular needs that help build lasting skills for academic and social-emotional success, improved attendance, and positive engagement. Expected outcomes include: (1) Increased knowledge and skills to implement Positive Behavior Interventions and Supports (PBIS) structures and interventions; (2) Student self-report of connections to a caring adult and positive engagement in school; (3) Increased attendance; and (4) Increased GPA. Members will serve in 38 SFUSD schools (25 elementary, 2 K-8, 8 middle, 3 high) to enhance school-wide climate activities and offer individualized interventions for students with complex needs and higher-than-average absenteeism, suspension, and low Student Survey findings on school connectedness. Tier II mentoring serves 80% low SES (compared to 52% in SFUSD), 30% in Special Education (compared to 13% in SFUSD) and over 67% are African American or Hispanic/Latino (compared to 40% in SFUSD). Healthy Choices addresses inequities through mentoring and three Tiers of intervention to meet the varied needs of students. --66% of White elementary school students feel safe at school but only 53% of African American students feel safe; 80% of White students feel a sense of belonging and connectedness at school while only 65% of African American students do (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey).

As reported in egrants, TIER II Targeted (to meet needs of 15% of student body): 20 Full-time and 24 Part-time Specialized Members will support groups to bolster students exhibiting risk. Members will mentor 1 to 5 students each, either one-to-one or in small groups utilizing the Mentoring For Success model, to promote school engagement, as well as facilitate structured group activities that integrate anti-racist healing practices. Members will also increase capacity by working with the MFS team to recruit 250 volunteer mentors.

Additional activities supported by AmeriCorps members include TIER I Universal (to meet needs of

## Narratives

80% of the student body): 20 Full-time Members will collaborate with school personnel to provide vital program coordination support under the supervision of School Social Workers. These activities, targeting all students at a school, will include organizing lunch-time activities or clubs in collaboration with the Nutrition Education Project (and their FoodCorps AmeriCorps members), supporting whole classroom SEL activities, and working with each school's School Climate Committee to support positive behavior.TIER III Intensive (to meet needs of 5% of student body): 24 Specialized Part-time AmeriCorps members will be recruited to provide individualized services for high-need students. These Master's-level Members will serve in SFUSD's Student Intervention Team, Counseling or Foster Youth Services programs. They will receive clinical supervision and provide mentoring and small-group and individual therapeutic, case management, and counseling services. Each Member will provide Tier III supports to 1 to 5 students.

The program will also create a much-needed workforce pathway for AmeriCorps members to become future teachers and social workers. There is a great need for applicants in these positions, especially for teachers. In 2023, at least 25% of SFUSD's 145 classroom vacancies were unfilled at the start of the school year with classrooms being temporarily led by principals, social workers and non-credentialed or substitute teachers. SFUSD is also struggling to fill all School Social Worker (SSW) positions, which are needed more than ever given the severe impacts of the pandemic.. To date, SFUSD has successfully hired three program alumni as SSWs, three into classroom teaching positions and at least six into other classified positions.

Evidence Base: Related to improving education outcomes, the PBIS components of the program replicate an evidence-based multi-tiered support program that has been examined in numerous randomized control trial (RCT) studies that found positive results for populations like that of Healthy Choices. The group mentoring intervention qualifies for the Moderate designation since one quasi-experimental design (QED) study demonstrates effectiveness. Two other internal studies done under the guidance of an external evaluator demonstrate positive outcomes. We believe the Evidence Tier we qualify for is Preliminary with Outcome Study.

1) OUTCOMES & IMPACT 2022-2023: Healthy Choices increased the district's capacity to implement PBIS through Mentoring For Success (MFS). In the most recent complete school year of the program, 22 AmeriCorps members supported the provision of 2,438 services documented by MFS providers across 20 SFUSD schools. The 381 unique students served received, on average 8.23 service sessions each. Analyses of Mentor Logs data show that 245 individual mentors served 257 unique

# Narratives

students and on average, mentors and mentees interacted for about an hour each week. Notably, students' attendance rate for the MFS services was 95.8%, indicating students value mentoring. This was corroborated by student survey responses: most elementary (93%) and secondary (78%) students said the time they spend with their mentor is "meaningful." Among secondary students, 92% also reported they "feel heard and respected by their mentor" and 93% of elementary students "liked to meet with their mentor." See the 'Mentoring for Success Evaluation Summary for 2022-2023 School Year' for more details.

2) OTHER SUPPORTING EVIDENCE: The Healthy Choices activities have a solid evidence base in peer-reviewed research. Summarized here are PBIS and Mentoring, which are the primary framework and intervention utilized by the program, although other structured activities and Restorative Practices are also utilized. While SAMHSA's National Registry of Evidence-Based Programs and Practices was suspended in 2018, PBIS had a research rating of 3.5 on SAMHSA's 4-point quality-of-research scale. Several rigorous PBIS studies, including RCTs, have demonstrated that the model results in improvements in the perceived safety of schools; improved academics; improved social-emotional functioning; increased prosocial behaviors; significantly fewer suspensions; and reduced bullying with populations like Healthy Choices' (Bradshaw et al., 2014; Chaparro et al., 2012; Horner et al., 2020; Wassdorp et al., 2012). Numerous studies support the effectiveness of mentoring for improving outcomes across behavioral, social, emotional, and academic domains for youth of all ages. MFS and its group mentoring program Project Arrive that Members help to carry out, are the evidence-based mentoring programs embedded within SFUSD. Based on The Elements of Effective Practice for Mentoring (MENTOR, 2015), Mentoring For Success began to implement group mentoring for SFUSD 9th graders in 2011 and internal evaluations showed that 28% of participants reduced unexcused absences and 48% improved their grades. Later, MFS partnered with Georgia State University to rigorously study the program. From 2013-16, the research project examined school-based group mentoring (Project Arrive) during SY 2014-15 and SY 2015-16 (http://sites.gsu.edu/project-arrive/). Project Arrive, a quasi-experimental comparison group design, targeted 9th grade students with Early Warning Indicators of GPA below 2.0 and attendance below 87.5%. Control group participants met the same criteria but went to high schools without mentoring programs. Outcomes show that participants who entered 9th grade faring worse than a similar comparison group, were doing better than comparisons by the end of the year. Mentored youth were nearly 3 times as likely to be on track to graduate by the end of 9th grade, and earned higher grades (GPA = 2.08) than comparisons (GPA = 1.79). Project Arrive students reported higher levels of school

# Narratives

belonging and more caring peer relationships than comparisons by the end of 9th grade. Analysis determined a causal relationship between program participation, school belonging, and the resulting improvement in credits earned toward graduation. According to the most recent Mentoring for Success Evaluation Summary for 2022-2023 School Year, conducted by our evaluation partner ETR (https://www.etr.org/), at the secondary school level nearly 75% of students who received 1:1 mentoring reported that through mentoring they "learned ways to improve my own health" and "actually took steps to improve my own health" (76% and 74% respectively). Many students also reported that their "mentor helps me do better in school" (84%), and most students (92%) reported they "feel heard and respected by their mentor." At the elementary school level, most students who received 1:1 mentoring (93%) "liked to meet with their mentor." Most who participated in group mentoring also "enjoyed going to monthly group activities with my mentor" (88%). Prior to group mentoring, just 47.5% middle school students said they agreed that "At my school, there is a teacher or some other adult who notices when I am not there" compared with 73.7% after mentoring.

Notice Priority: Healthy Choices will address four notice priorities: (1) serving historically underrepresented and underserved individuals; and (2) creating workforce pathways for AmeriCorps members. (3)Providing additional benefits to AmeriCorps members aimed at enhancing member experience and bolstering member recruitment and retention including a high $30,000 living allowance to FT members, social work career required service hours and trainings, mental health support,and mileage reimbursement. (4) Members have the opportunity to gain skills in Youth Mental Health, Trauma Informed Practices, Restorative Practices, Foundations of Racial Equity as well as becoming a leader at their school site by supporting the evidence-based mentoring program.

Member Experience: Full-time Members will begin their service with a week of 40 hours of hands-on orientation that includes skill-building and team-building. Part-time Members begin their service with a 12 hours of orientation including Tier II & III practices as well as an AmeriCorps overview. PT members are enrolled in masters level mental health programs where their university classes prepare them for their role as an AmeriCorps member in SFUSD. Ongoing interactive training workshops and activities (for FT & PT members) provide Members with the foundation required to serve in schools with confidence. Topics include: Program Model Overview; PBIS; Restorative Practices; Mentoring For Success; Trauma-informed Practices; Anti-racist Practices; Orientation to AmeriCorps Service (expectations, prohibited activities, roles/responsibilities); Entering Communities Sensitively; Performance Measures; and Commitment to National Service. Training culminates with a team

# Narratives

building ropes course and being sworn in as an AmeriCorps member. As a part of Orientation, Site Visits from program staff will occur within one month of members being placed at their sites.

One day per week will be dedicated to Members' professional development, providing opportunities to: engage in peer-learning and troubleshooting; review and reinforce knowledge, including around prohibited activities; and share effective practice. Professional support and training is 236 hours per Full-time Member and 59-110 hours per Specialized Part-time Member (based on service type) over 10 months. In addition, the Healthy Choices central team will facilitate a Racial Equity Committee that works to integrate racial awareness into all aspects of Mentoring For Success. To emphasize anti-racist healing practices as part of Member growth, during Team Day trainings, Healthy Choices implements an Equity in Service series with an emphasis on Racial Equity. This training will build a strong foundation for Members to become future SFUSD staff with the skills to be anti-racist educators, social workers and mental health care providers who are prepared to interrupt systemic oppression in schools.

Members emerge from the program well-equipped for careers in school-based and community services. Specialized Part-time Members gain practitioner hours toward licensure as a mental health professional. Full-time and Specialized Part-time Members will participate in at least one National Day of Service, and school-district wide service activities. Service days and weekly in-services allow Members to develop leadership skills and see how their daily activities connect to the national, state, and local vision of service. In order to further support Members' career development, the program will facilitate workshops using the CA Volunteers Career Advantage curriculum. Life After AmeriCorps alumni resources are shared and SFUSD Human Resources inform Members about the SFUSD Pathways Program, which is an embedded teacher credentialing program. Healthy Choices program staff support members entering the mental health field by setting up informational interviews with hiring managers. Members will receive a LinkedIn 'Rock Your Profile' workshop.

## Organizational Capability

Organizational Background and Staffing: SFUSD Student & Family Services Division (SFSD) which will oversee the project has successfully designed, launched, and expanded numerous large publicly-funded programs to meet SFUSD needs including three awards from CA Volunteers and AmeriCorps. Throughout the implementation of Healthy Choices AmeriCorps programs starting in 2015, we have overcome project implementation challenges and successfully recruited and managed volunteers. The mission of Healthy Choices AmeriCorps is to improve lives, strengthen communities, and foster civic engagement through service and volunteering. The feedback loops developed ensure that the program

## Narratives

is continually improving based on feedback from AmeriCorps members, school site staff, and CA Volunteers. The Healthy Choices management structure is effective because it involves both the central SFSD office and supervision in the field by seasoned SSWs and Counselors. Laurie Vargas-Zeuschner, MS, PPSC, the current Healthy Choices Program Manager, assisted with the initial start-up of the program, has co-coordinated MFS since 2009, oversaw the launch of the Equity in Service series and was the previous Member Training and Supervision Manager. Ms. Vargas-Zeuschner will implement and oversee the program, manage training events, and linkages to community partners, and will also be responsible for ensuring compliance, monitoring background checks, contracting and recruiting/securing AmeriCorps members. She will be supervised by SFUSD's SFSD Manager II and work closely with the Clerk and Financial Analyst to maintain compliance.

The Member Training and Supervision Manager will be Gabrielle Anderson, LCSW, a SSW with over 11 years of experience as a SSW and previous Site Supervisor for numerous Healthy Choices AmeriCorps members. Ms. Anderson convenes the Members weekly for professional development, facilitated peer-support, community service and outreach. Healthy Choices will leverage and benefit from several partners including the Office of Counseling and Post-Secondary Success (OCPSS), Student Intervention Team (SIT), Foster Youth Services (FYS), the Wellness Policy Initiative, and the San Francisco Education Fund. OCPSS will provide training in college and career readiness to Full-time Members and will partner with FYS and SIT to offer orientation, training, and supervision of Master's-level Members. Healthy Choices also partners with all SFUSD departments (e.g. Accounting, Budget, Payroll, HR, Legal, Research, Planning & Assessment) with which the program works, not just direct service partners, to carry out the project to ensure smooth and legally compliant operations. Healthy Choices' comprehensive Program Manual orients and guides personnel to manage and implement the program. School partners with Full-time Members complete an orientation and MOU to ensure awareness of/compliance with all requirements.

SFUSD's SFSD Program Administrator will support the program at the District Level to ensure program goals and compliance are met, including but not limited to: provide direct oversight to staff, consultation re: host sites and day-to-day supervisors of Americorps members, assist w/ partner development for match funding and member trainings/activities, supports with budget management, liaison with school district personnel services (HR, payroll, etc), supports with background clearance compliance. The Clerk will support with hiring, onboarding and ongoing compliance and the Financial Analyst will maintain school and district partnerships as well as support the Program manager with budget oversight.

# Narratives

Member Supervision: The Healthy Choices management structure involves the central team. The Program Manager oversees the program and supervision in the field is offered by seasoned SSWs and Counselors. Members are supervised by school site personnel who report back to SFSD staff. Masters-level interns receive clinical supervision from licensed mental health professionals. Day-to-day operations are overseen by the site-based SSWs. The site supervisor to member ratio is no more than 1:2.

The Member Supervisors (1) complete an orientation on regulations, priorities and expectations, (2) participate in quarterly meetings, and (3) complete 2 performance reviews of all Members. SSWs provide Members with introductions at the school, involve Members in meetings, connect them with community partners, and infuse them into school networks. Members check in with their supervisor daily and have hour-long weekly supervision. During the one full day a week of professional support, AmeriCorps members connect with peers, the Program Manager, and the Training and Supervision Manager. Members sign-in and out, and enter all activities into a web-based log. As their day-to-day supervisors, SSWs are extensively trained to ensure program rules and regulations are followed. Moreover, AmeriCorps rules and regulations (including prohibited activities) are emphasized in a signed agreement and reinforced during trainings. Through the partnership with the Student Intervention Team, Site Supervisors also receive supervision training. Healthy Choices program staff remain in constant communication with Site Supervisors in order to provide support to them and their members.

Commitment to Diversity, Equity, Inclusion, and Accessibility: SFUSD values include (a) Social justice: We stand with those who are most impacted by systems of oppression and actively change those systems within our district, and (b) Diversity-driven: We respect and seek to understand each person to be an inclusive and anti-racist district. SFUSD is committed to diversity, equity, inclusion, and accessibility and emphasizes hiring staff at all levels that reflect the diversity and lived experiences of the students we serve; 25% of all SFUSD staff are Asian, 20% are Latinx, 12% are Black/African American, 12% White, 3% Filipino, and 1% American Indian or Alaskan Native (CA Dept of Education, DataQuest, 2022-23). Moreover, the program staff identify as either a Person of Color, LGBTQ, as well as our Program manager having grown up and attending SFUSD schools. Recruiting Members who are representative of our BIPOC students and their communities is critical for achieving SFUSD's goal to close the achievement gap and advance racial justice. Healthy Choices

# Narratives

will implement a targeted recruitment campaign to reach prospective Members that aligns with SFUSD's African American Achievement & Leadership Initiative's goal to attract and retain staff of color that reflect our city's students and their communities. Specific Member recruitment strategies include outreach from Healthy Choices program staff to local colleges and universities and targeted outreach to Black and Latino student organizations, and education, health, and social work departments.

**Cost Effectiveness and Budget Adequacy**

Member Recruitment: .  Budget expenses related to member recruitment include approximately 15% of each program staff member's time including recruitment fairs, presentations in University classes, oversight of online service postings, and communication & interviews with potential applicants; $300 in recruitment advertising online (Indeed, LinkedIn), and $200 for printed copies of recruitment flyers for recruitment fairs and postings.

   Member Retention: In addition to the training, professional development, and leadership and career development activities described above, the budget supports member retention with a nationally high $30,000 living allowance per member,, $4,675 to provide workshops and activities with outside trainers (Youth Mental Health First Aid, Equity Trainings and Community Building), $459 for all member travel (mileage reimbursement between service site locations) and $10,600 for member gear and supplies that members will utilize directly with students. . $859 is allotted for staff travel for member supervision and support, distribution of supplies and recruitment presentations. $3,351 is allotted for program staff to travel and attend AmeriCorps conferences and trainings. An additional $6,150 is budgeted for AmeriCorps members to support their school sites with Youth Community Building activities. $4,000 is budgeted to account for printing materials utilized by AmeriCorps members in training and at partner school sites, printing newsletters for mentors and necessary forms and outreach materials for mentees.

   Data Collection: Budget expenses support the collection of data by program staff and $30,000 for evaluation support by ETR Associates.. ETR Associates will also support the program with a realignment of the pre/post surveys provided to mentees in order to adapt and improve programming. In addition, SFUSD's Research, Planning & Assessment Department will provide evaluation activities.

**Evaluation Summary or Plan**

   N/A

**Amendment Justification**

# Narratives

N/A

**Clarification Summary**

Budget Resolution:

Carry-forward funds are not included in the budget

Section I.A. Personnel Expenses:

Program Administrator role provides direct oversight to staff, provides consultation re: host sites and day-to-day supervisors of Americorps members, assists with partner development for match funding and member trainings/activities, supports with budget management, liaison with school district personnel services (HR, payroll, etc), supports with background clearance compliance (added to narrative). The role was listed at Program Manager II and was updated to Program Administrator to better fit current structure.

Section I.C. Staff Travel:

Costs to attend the annual AmeriCorps-sponsored Symposium were included in the budget

Source of funds:

Source of Match Contribution is listed in budget as:

Proposed: SFUSD Unrestricted general funds and school partners

Secured: private grants, individuals, and fidelity.

**Continuation Changes**

2025-26 Continuation Changes:

Minor changes to the budget to reallocate CNCS Share and increase Living Allowance with slight increase to Total Grantee Share.

**Grant Characteristics**

# Performance Measures

## MSYs by Focus Area



100%
■ Education:26.79

## MSYs by Objective



100%
■ K-12 Success:26.79

Table1:   MSYs by Focus Areas

| Focus Area | % MSYs |
|---|---|
| Education | 100% |

Table2: MSYs by Objectives

| Objectives | %MSYs |
|---|---|
| K- 12 Success | 100% |

## % of MSY NPM VS Applicant VS Not in ANY



100%
■ Applicant:0  ■ National:26.79  ■ Not in ANY:0

Table3: %MSYs by NPM vs.Applicant vs. Not in ANY

| % MSYs | NPM | Applicant | Not in ANY |
|---|---|---|---|
| | 100% | 0% | 0% |

Table4:  No of MSY and Members by Objective

| Objectives | No of MSYs | No of Members |
|---|---|---|
| K- 12 Success | 26.79 | 44 |
| Total | 26.79 | 44 |

Primary Focus Area:        Education
Primary Intervention:      Mentoring
Secondary Focus Area:      Education
Secondary Intervention:    Other

| Performance Measure: | Improved academic engagement (attitudes & behavior: ED5A, ED6, & | | | | |
|---|---|---|---|---|---|
| Focus Area: | Education | Objective: | K- 12 Success | No of MSY's: | 26.79 | No of Members: | 44 |

**Problem Statement:**

Challenges with school climate in 38 San Francisco Unified School District elementary, middle, and high schools. Targeted youth have disproportionately high rates of truancy and low rates of academic engagement, school connectedness, feeling safe and caring relationships with adults at school. Schools need to build capacity to implement more Tiered support for focal students.

HIGH NEED POPULATION OF STUDENTS

Disproportionately high rates of need and low rates of school engagement for SFUSD students impacted by COVID- 19 and systemic racism compared to the general student population as evidenced by:

* Qualify for free/reduced lunch
* Student's residence is in one of San Francisco's economically disadvantaged neighborhoods
* Student is Black, Latino, Pacific Islander and disproportionately impacted by systemic racism
* Status as an English Learner
* Eligibility for Special Education
* Living in foster care or engaged w/ Human Service Agency
* Homeless youth
* Academic engagement (e.g. Grade Point Average, lower credits toward graduation)
* Feels unsafe at school per the California Healthy Kids survey results
* Does not feel connected to adults at school or that they belong to the school community
* Truancy/poor attendance
* Higher rates of suspension and office disciplinary referrals
* Higher risk for failure to graduate

SHORTAGE OF APPLICANTS FOR SCHOOL- BASED JOBS
SFUSD (and other school districts) are struggling with a shortage of teachers and other school staff including school social workers

FUNDING FOR INCENTIVES -
School sites lack funding to purchase incentives which help to engage volunteer mentors who in turn engage students in the Tiered supports.

**Selected Interventions:**

Mentoring

Other Classroom Support

**Describe Interventions:**

ACTIVITIES: 44 T1/2 & T2/3 members will directly mentor 1 to 5 at- risk students each one- to- one or in a small group for one hour per week (approximately 108 students total will participate in this level of mentoring).

| Performance Measure: | Improved academic engagement (attitudes & behavior: ED5A, ED6, & |
|---|---|

Problem Statement:

Selected Interventions:
Mentoring

Other Classroom Support

FT T1/2 members will support approximately 267 mentoring matches in their larger mentoring program at partnering schools. Mentoring is a consistent and purposeful developmental relationship between a young person and a caring adult at school. Students are matched with a mentor between September and November– – 1:1 mentoring lasts for a minimum of 24 hours and group mentoring takes place between October and May. T1/2 will hold mentor group structured activities once a month (approximately 325 students per month). ADDITIONAL ACTIVITIES:, push– in behavioral and Social Emotional Learning support (approximately 12 hours will be spent per member per year performing these forms of support — pre- and post- surveys will not be delivered to these students). Masters– level intern members will meet with counseling/case management students 1:1 for a minimum of one hour per week (approximately 35 students will receive this level of support); mental health client- students 1:1 for one hour per week (approximately 175 students will receive this level of support). Members will attend Coordinated Care Team (CCT) team meetings and regularly consult with school social workers to closely monitor ongoing school- wide needs and to prepare to meet the specific needs of students being served. Student dosage will vary depending on when they are identified by CCT teams and referred for services but estimated dosage is outlined below.

DURATION of the primary intervention: 60 minutes weekly for 24 to 32 weeks

DOSAGE for 375 high need recipients:

1:1 or small group mentoring with 108 students for 60 minutes (minimum of 24 weeks)

Mentoring match community building groups with 375 targeted students and their mentors for 50 minutes per month (7 months)

ADDITIONAL: Clinical case managem

---

ED1A  Output:

ED1A:  Number of individuals served

| Target: | 375 | Individuals |
|---|---|---|
| Measured By: | Tracking System | |
| Described Instrument: | Electronic Mentoring Log | |
| | # of new mentoring matches; duration & dosage | |
| | A student Mentor Log is competed by mentors—minimum of 24 hours of mentoring | |
| | Student ID numbers are used to prevent duplication | |
| | School Social Workers and AmeriCorps Members | |
| | Surveys at commencement and at 6- 8 months of dosage with the minimum dosage being 24 hours in a six month period | |

ED5A  Outcome:

ED5A:  Number of students with improved academic performance

---

| Performance Measure: | Improved academic engagement (attitudes & behavior: ED5A, ED6, & |
|---|---|

Problem Statement:

Selected Interventions:
Mentoring

Other Classroom Support

Target:    90         Students

Measured By:    Other

Described Instrument:    Synergy: SFUSD Student Information System
Unique student identifier from Electronic mentoring log is matched to student identifier in Synergy; GPA data analyzed for change
A student Mentor Log is competed by mentors—minimum of 24hrs of mentoring
Student ID numbers are used to prevent duplication
School partner staff enter data in Synergy; Program Manager shares list of youth with the Research, Planning & Assessment Department which extracts report from Synergy
Annual data pull in summer of Spring of year prior to intervention and spring of intervention year for each participating youth

ED6  Outcome:

ED6: Number of students with increased attendance

Target:    135         Students

Measured By:    Attendance Records

Described Instrument:    Synergy: SFUSD Student Information System
Unique student identifier from Electronic mentoring log is matched to student identifier in Synergy; Attendance data analyzed for change
A student Mentor Log is competed by mentors—minimum of 24hrs of mentoring
Student ID numbers are used to prevent duplication
School partner staff enter data in Synergy; Program Manager shares list of youth with the Research, Planning & Assessment Department which extracts report from Synergy
Annual data pull in summer of Spring of year prior to intervention and spring of intervention year for each participating youth

ED27C  Outcome:

ED27C:  Number of students with improved academic engagement or social- emotional skills

Target:    135         Students

Measured By:    Survey

Described Instrument:    Pre/post student survey & data collection

| Performance Measure: | Improved academic engagement (attitudes & behavior: ED5A, ED6, & |
|---|---|

Problem Statement:

Selected Interventions:
Mentoring

  Other Classroom Support

Described Instrument:    # of new mentoring matches commenced/ completed dosage

One matched pre- and post- survey

Student ID numbers, name and grade are used to prevent duplication

School Social Workers and AmeriCorps Members

Surveys at commencement of mentoring match and at 6- 8 months of dosage;

attendance/academics upon meeting dosage; the minimum dosage is 24 hours in

a six month period to be counted for mentoring

# Program Information

## AmeriCorps Funding Priorities

*Check any priority area(s) that apply to the proposed program. Please refer to the NOFO for the information on the threshold for meeting priority consideration

Underrepresented communities/underserved people, Youth mental health/substance abuse

## Grant Characteristics

*Check any characteristics that are a significant part of the proposed program

Geographic Focus  Urban

## Additional Documents

*How many evidence documents did you submit? (Program Evaluation Report, Studies). Do not include evaluation plan in number.

Zero

*Did you submit an evaluation plan?

No

*How many non- evidence documents did you submit? (In most cases, this will be zero)

Zero

# Demographics

| | |
|---|---:|
| Other Revenue Funds | 2500 |
| Number of volunteers generated by AmeriCorps members | 250 |
| Percent of disadvantaged youth enrolled | 74 |

## Required Documents

| **Document Name** | **Status** |
|---|---|
| Evaluation | Already on File at CNCS |
| Federally Approved Indirect Cost Agreement | Already on File at CNCS |
| Labor Union Concurrence | Already on File at CNCS |
| Other Documents | Not Applicable |

Logic Model

| Problem | Inputs | Activities | Outputs | Short-Term Outcomes | Mid-Term Outcomes | Long-Term Outcomes |
|---|---|---|---|---|---|---|
| The community problem that the program activities (interventions) are designed to address. | Resources that are necessary to deliver the program activities (interventions), including the number of locations/sites and number/type of AmeriCorps members. | The core activities that define the intervention or program model that members will implement or deliver, including duration, dosage and target population. | Direct products from program activities. | Changes in knowledge, skills, attitudes and opinions.  These outcomes, if applicable to the program design, will almost always be measurable during the grant year. | Changes in behavior or action. Depending on program design, these outcomes may or may not be measurable during the grant year. | Changes in condition or status in life. Depending on program design, these outcomes may or may not be measurable during the grant year. Some programs, such as environmental or capacity-building programs, may measure changes in condition over a period as short as one year. |

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6E5B270E86



- Close Window
- Print This Page
- Expand All | Collapse All

# PM-00328

## Fields

| | | | |
|---|---|---|---|
| Performance Measure Title | Fundraising | Program | Healthy Choices AmeriCorps |
| Record Type | Fundraising | Performance Measure ID | PM-00328 |
| FormAssembly Response ID | | | |

## Member Information

| | | | |
|---|---|---|---|
| Number of FT (1700) Slots | 20 | Fundraising FT Hours | 500 |
| Number of TQT (1200) Slots | 0 | Fundraising TQT Hours | 0 |
| Number of HT (900) Slots | 0 | Fundraising HT Hours | 0 |
| Number of RHT (675) Slots | 0 | Fundraising RHT Hours | 0 |
| Number of QT (450) Slots | 0 | Fundraising QT Hours | 0 |
| Number of MT (300) Slots | 0 | Fundraising MT Hours | 0 |
| Number of AT (100) Slots | 0 | Fundraising AT Hours | 0 |
| Total Slots | 20 | Fundraising Total Hours | 500 |
| Number of MSY | 0.01 | | |

## Attestations

| | |
|---|---|
| Program Attestation - Regulations | ✔ |
| Program Attestation - Timesheets | ✔ |
| Program Attestation - MSA | ✔ |

## Activities

| | |
|---|---|
| Fundraising Types | Donations |
| Training/Activities | a. Members support engagement activities by fundraising for in-kind supplies that support mentors, mentees and other students. |

b. & c. Duration/Dosage:
25 hours per year for each 20 FT AmeriCorps member (maximum)

d. Target population for the intervention is 250 students and 100 Mentor volunteers who receive in-kind incentives

e. Beneficiary selection process: N/A

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6E5B270E86

**Reporting & Monitoring**

| | |
|---|---|
| Monitoring Plan | 20 FT AmeriCorps members will spend a maximum of 25 hours each per year on fundraising activities to maintain and improve their Wellness centers and mentoring programs. Members will secure a maximum value of $10,000 of in-kind donations across the entire program. |
| | Documentation of communication with donating organization, verified by manager |

**System Information**

| | | | |
|---|---|---|---|
| Created By | Laurie Vargas, 10/29/2024 4:17 PM | Last Modified By | FormAssembly Integration User, 10/29/2024 4:21 PM |
| Owner | Laurie Vargas | FormAssembly Link | 141 |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Docusign Envelope ID: 2C762401-062E-43B9-8DE6-57E5EB270E86



- Close Window
- Print This Page
- Expand All | Collapse All

# PM-00547

## Fields

| | | | |
|---|---|---|---|
| Performance Measure Title | Member Development | Program | Healthy Choices AmeriCorps |
| Record Type | Member Development | | |
| FormAssembly Response ID | 34545 | | |

## Member Information

| | | | |
|---|---|---|---|
| Number of FT (1700) Slots | 20 | Number of TQT (1200) Slots | |
| Number of HT (900) Slots | 2 | Number of RHT (675) Slots | 2 |
| Number of AT (100) Slots | | Number of MT (300) Slots | 5 |
| Number of QT (450) Slots | 15 | | |
| Number of MSY | 4.05 | Total Slots | 44 |

## Training Hours

| | |
|---|---|
| Total Orientation Training Hours | 88 |
| Total National Service Days | 16 |
| Total Ongoing Training Hours | 500 |
| Total Other Training Hours | 0 |
| Total Training Hours | 604 |

## Member Training/Activities

| | |
|---|---|
| Training/Activities | All Members receive 1 hour of training during orientation on AmeriCorps topics outlined in the Agreement (e.g. Prohibited Activities, branding, code of conduct, compelling circumstances, etc) |

20 Full-time Members will receive an initial 40 hours of core training that will include:
SFUSD / SFSD: Mapping our Organization
Overview of Program Model (communities, locations, types of services, performance, strengths, challenges, opportunities)
Introduction of program goals, the model, research-basis, and expectations, AC rules and prohibited activities
Overview of MTSS/PBIS structure for tiered supports in school
Tier 1: School-wide norms development; Universal activities; Second Step/ Social Emotional Learning
Tier 2: Mentoring For Success or Project Arrive mentoring interventions; push-in; structured health & wellness activities
Tier 3: Communication w/ School Social Worker & Nurse (when to get help/support)
Entering Communities Sensitively (helping, fixing, serving)/What Makes a Strong Community/Facilitating Community Building
Restorative Practices (including how to run peacemaking circles)
Anti-racist Practices, Cultural Competence and Equity in Schools Training
Youth Development Principles and Developmental Assets
Trauma 101
Legal and Ethical Issues For Working In Schools; Child Abuse Prevention, Confidentiality, Laws, and

Mandatory Reporting
Best Practices in Volunteer Recruitment and Volunteer Engagement
How to Work in Schools, Collaborating With Teachers
Communication in the Workplace/Managing Your Workday

24 Part-time Members will receive an initial 8 hours of core training that will include
Introduction of program goals, the model, research-basis, and expectations, AC rules and prohibited activities
Overview of PBIS structure for tiered supports in school
Specific Tier 1 & 2 strategies to use with students (including structured lunchtime activities, 2nd Step)
Legal and ethical issues for working in schools; Child abuse prevention, confidentiality, laws, and mandatory reporting
Facilitating Community Building at Your School
Restorative Practices
Trauma 101
Managing Crisis in School Communities
How to work in schools, collaborating with teachers
Communication in the workplace/Managing your workday

Ongoing training for Tier 2/3 members will include
Facilitating + participating in Student Success Team Meetings
Mentoring For Success or Project Arrive Mentoring Interventions
School-based Groups
Foster Youth: Academic and Legal Issues
Wellness Consent & Confidentiality
Suicide and Self Harm

Ongoing training for all members
Structured Lunch-time Activities/Team Building/Engaging with Fun!
Culturally Appropriate Parent Engagement
Trauma Informed Practices
Racial Equity and Impact of Implicit Bias / Crossing the Line Reflection
College and Career Readiness Curriculum and Activities
Supporting Special Populations (Refugee & Immigrant, LGBTQ Youth, Foster Youth, Homeless population)
Emergency Protocols / Crisis Intervention
National Day of Service: Identifying Unmet Needs and Project Planning
Commitment: Sustaining Motivation and Preventing Burnout
Life after AmeriCorps; Developing Career Path and Professional Networks
Nutrition and Health from an Equity Lens
Adult-Student Boundaries

Additionally, members will gather weekly with the program manager to reinforce these topics, trouble-shoot, share their experiences and best practices. The 20 full time members are expected to join in the planning and implementation of full-day service projects; part-time members are expected to join in one full-day service project.

## System Information

| | | | |
|---|---|---|---|
| Created By | Iram Jabbar, 8/6/2025 3:44 PM | Last Modified By | FormAssembly Integration User, 8/8/2025 12:38 PM |
| Owner | Iram Jabbar | FormAssembly Link | 137 |

## Performance Measure Targets
### PMT-00647

| | |
|---|---|
| Record Type | **Output** |
| Target Statement | **Number of members developed during service.** |
| Target Number | **44** |
| Unit of Measurement | **Members** |
| Last Modified Date | **8/8/2025** |

### PMT-00648

| | |
|---|---|
| Record Type | **Outcome** |
| Target Statement | **Number of members who report a positive service experience and professional growth.** |
| Target Number | **44** |
| Unit of Measurement | **Members** |

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6E5B270E86

8/8/25, 2:44 PM                                     Web04477 - Salesforce.com Volunteer Solution

Last Modified Date   **8/8/2025**

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.




- Close Window
- Print This Page
- Expand All | Collapse All

# PM-00327

| Performance Measure Title | Improved academic engagement (attitudes & behavior: ED5A, ED6, & ED27C) | Performance Measure ID | PM-00327 |
|---|---|---|---|
| Record Type | Primary | Program | Healthy Choices AmeriCorps |
| Focus Area | Education | | |
| Objective | K-12 Success | | |
| Primary Intervention | | | |

## Member Information

| | | | |
|---|---|---|---|
| Number of FT (1700) Slots | 20 | Number of TQT (1200) Slots | |
| Number of HT (900) Slots | 2 | Number of RHT (675) Slots | 2 |
| Number of QT (450) Slots | 15 | Number of MT (300) Slots | 5 |
| Number of AT (100) Slots | | | |
| Total Slots | 44 | Number of MSY | 22.14 |

## Logic Model

| Community Need | Challenges with school climate in 38 San Francisco Unified School District elementary, middle, and high schools. Targeted youth have disproportionately high rates of truancy and low rates of academic engagement, school connectedness, feeling safe and caring relationships with adults at school. Schools need to build capacity to implement more Tiered support for focal students.

HIGH NEED POPULATION OF STUDENTS

Disproportionately high rates of need and low rates of school engagement for SFUSD students impacted by COVID-19 and systemic racism compared to the general student population as evidenced by:

* Qualify for free/reduced lunch
* Student's residence is in one of San Francisco's economically disadvantaged neighborhoods
* Student is Black, Latino, Pacific Islander and disproportionately impacted by systemic racism
* Status as an English Learner
* Eligibility for Special Education
* Living in foster care or engaged w/ Human Service Agency
* Homeless youth
* Academic engagement (e.g. Grade Point Average, lower credits toward graduation)
* Feels unsafe at school per the California Healthy Kids survey results
* Does not feel connected to adults at school or that they belong to the school community
* Truancy/poor attendance
* Higher rates of suspension and office disciplinary referrals
* Higher risk for failure to graduate

SHORTAGE OF APPLICANTS FOR SCHOOL-BASED JOBS
SFUSD (and other school districts) are struggling with a shortage of teachers and other school staff including school social workers

FUNDING FOR INCENTIVES -
School sites lack funding to purchase incentives which help to engage volunteer mentors who in turn engage students in the Tiered supports. |

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E5E5B270E86
0/6/25, 1:26 PM                                           document277-1  Salesforce - Unlimited Edition

Case 3:25-cv-02425-EMC     Document 27-1     Filed 01/09/26     Page 34 of 139

**Inputs**  AmeriCorps members will support 38 schools with economically disadvantaged students in San Francisco Unified School District.
AmeriCorps members will provide support via push-in classroom support, out of classroom support in the school's Wellness Center or on the yard.
Healthy Choices AmeriCorps will have a total of 44 AmeriCorps members (26.788 MSY).
AmeriCorps members must have the desire to support children in schools. Individuals from BIPOC, Bilingual, LGBTQ, Current or former Foster Youth, and/or those who may have experienced homelessness are encouraged to apply. The Healthy Choices AmeriCorps program seeks individuals with education and/or mental health knowledge.

**Describe Intervention**  a. Core activities: 44 T1/2 & T2/3 members will directly mentor 1 to 5 at-risk students each one-to-one or in a small group for one hour per week (approximately 108 students total will participate in this level of mentoring). FT T1/2 members will support approximately 267 mentoring matches in their larger mentoring program at partnering schools. Mentoring is a consistent and purposeful developmental relationship between a young person and a caring adult at school. Students are matched with a mentor between September and November--1:1 mentoring lasts for a minimum of 24 hours and group mentoring takes place between October and May. T1/2 will hold mentor group structured activities once a month (approximately 375 students per month). ADDITIONAL ACTIVITIES:, members will do push-in behavioral and Social Emotional Learning support with students identified through the Coordinated Care Team (CCT) as needing such supports (approximately 12 hours will be spent per member per year performing these forms of support – pre-and post-surveys will not be delivered to these students). Masters-level intern members will meet with counseling/case management students 1:1 for a minimum of one hour per week, and will broker and follow up on outside supports as appropriate (approximately 35 students will receive this level of support). Masters-level intern members will meet with mental health client-students 1:1 for one hour per week (approximately 175 students will receive this level of support). Members will attend Coordinated Care Team (CCT) team meetings and regularly consult with school social workers to closely monitor ongoing school-wide needs and to prepare to meet the specific needs of students being served. All supportive services will be individually tailored to student needs and may include social skills, relationship-building, and counseling. Student dosage will vary depending on when they are identified by CCT teams and referred for services but estimated dosage is outlined below.

b. Duration of the primary intervention:
60 minutes weekly for 24 to 32 weeks

c. Dosage for 375 high need recipients:
1:1 or small group mentoring with 108 students for 60 minutes (minimum of 24 weeks)
Mentoring match community building groups with 375 targeted students and their mentors for 50 minutes per month (7 months)
ADDITIONAL: Clinical case management, therapeutic interventions, and targeted push-in with 150 targeted Tier 3 students for approximately 12 hours per student

d. Target population for the intervention:
Qualify for free/reduced lunch based on Multipurpose Family Income Form (2023)
Student's residence is in one of San Francisco's poorest neighborhoods
Status as an English Learner
Eligibility for Special Education services
Living in foster care or engaged with Human Service Agency
Homeless youth
Academic engagement (e.g. GPA, lower credits toward graduation)
Feels unsafe at school per SEL/Culture Climate survey
Does not feel connected to adults at school or that they belong to the school community (SEL/Culture Climate survey)
Truancy/poor attendance
Higher risk of failure to graduate

e. Beneficiary selection process:
School Social Worker with additional members of the CCT determine priority status of students.

**Outputs**  ED1A: Tier II- mentoring (as reported in egrants)
At least 375 high need students will receive 24 hrs of 1:1 / group mentoring across 38 SFUSD schools (25 elementary, 2 K-8, 8 middle, 3 high)

Additional activities:
Tier I - Implementation of lunch-time activities/clubs, whole classroom SEL activities, and increased positive behavior for all students
Tier III - 150 students receive Clinical services, Case Management, targeted college & career or STEM engagement, push-in Second Step)

Community Engagement:* 250 volunteers recruited

| | |
|---|---|
| **Short-Term Outcomes** | Short-term<br>ED 6: REDUCTIONS IN CHRONIC TRUANCY<br>* 135 high need students will show 5% increase in attendance<br><br>ED27C: IMPROVED ACADEMIC ENGAGEMENT OR SOCIAL AND EMOTIONAL SKILLS<br>* 135 high-need students will improve 5% on self-reported school engagement indicators<br><br>ED 5A: IMPROVED ACADEMIC PERFORMANCE<br>* 90 high-need students will show at least a 5% GPA improvement |
| **Medium-Term Outcomes** | Medium-term<br><br>IMPROVEMENTS IN SCHOOL CLIMATE<br>* Measure: School staff survey, CHKS and/or YRBS survey by school; CORE Student Survey<br><br>INCREASED CAPACITY within schools to address school climate issues<br>- Measure: Focus group with school sites, or self-assessment survey delivered to schools annually; focus groups in year two<br>INCREASED COMMITMENT by clinical & case management staff and members (SSWs and PT members) to implement Tier 2/3 interventions<br>- Measure: Number of MFS programs and number of mentors recruited, School Health Programs database hours of interventions logged<br>INCREASED COMPETENCY among members to (a) work with youth to serve social emotional needs, recognize and respond to trauma and the impacts of systemic racism, engage with families, support STEM and college & career readiness, and integrate into school systems, and (b) to provide trauma informed focused supports based on extensive training<br>- Measure: Self-assessment survey annually<br>INCREASED ENGAGEMENT by community partners and families<br>- Measure: Year-by year and SFUSD school survey comparisons |
| **Long-Term Outcomes** | More students want to come to school because they feel safe and connected to school<br>More students have improved their social and interpersonal skills<br>More students feel confident they can succeed in school and know an adult at school they feel comfortable asking for help<br>More school staff, families, and students feel they have meaningful participation<br>More students are on track to graduate from high school and pursue post-secondary education |

## System Information

| | | | |
|---|---|---|---|
| **Created By** | Laurie Vargas, 10/29/2024 4:01 PM | **Last Modified By** | FormAssembly Integration User, 10/29/2024 4:16 PM |
| **Owner** | Laurie Vargas | **FormAssembly Link** | 133 |
| **FormAssembly Response ID** | | | |

## Performance Measure Targets

### PMT-00138

| | |
|---|---|
| Record Type | **Output** |
| Select Measure | **ED1A: Number of individuals served** |
| Target Statement | |
| Target Number | 375 |
| Unit of Measurement | **students** |
| Last Modified Date | **10/29/2024** |

### PMT-00139

| | |
|---|---|
| Record Type | **Outcome** |
| Select Measure | **ED6: Number of students with increased attendance** |
| Target Statement | |
| Target Number | 135 |
| Unit of Measurement | **students** |
| Last Modified Date | **10/29/2024** |

**PMT-00140**

|                     |                                                                                          |
|--------------------:|:-----------------------------------------------------------------------------------------|
| Record Type         | **Outcome**                                                                              |
| Select Measure      | **ED27C: Number of students with improved academic engagement or social-emotional skills** |
| Target Statement    |                                                                                          |
| Target Number       | **135**                                                                                  |
| Unit of Measurement | **students**                                                                             |
| Last Modified Date  | **10/29/2024**                                                                           |

**PMT-00141**

|                     |                                                                        |
|--------------------:|:-----------------------------------------------------------------------|
| Record Type         | **Outcome**                                                            |
| Select Measure      | **ED5A: Number of students with improved academic performance**        |
| Target Statement    |                                                                        |
| Target Number       | **90**                                                                 |
| Unit of Measurement | **students**                                                           |
| Last Modified Date  | **10/29/2024**                                                         |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



## PM-00330

---

### Fields

| | | | |
|---|---|---|---|
| Performance Measure Title | Recruitment Capacity Building | Program | Healthy Choices AmeriCorps |
| Record Type | Recruitment Capacity | Performance Measure ID | PM-00330 |
| FormAssembly Response ID | | | |

---

### Member Information

| | | | |
|---|---|---|---|
| Number of FT (1700) Slots | | Number of TQT (1200) Slots | |
| Number of HT (900) Slots | | Number of RHT (675) Slots | |
| Number of QT (450) Slots | 1 | Number of MT (300) Slots | |
| Number of AT (100) Slots | | | |
| Total Slots | 1 | Number of MSY | 0.25 |

---

### Inputs

| | |
|---|---|
| Inputs | 1 member<br>6-8 hours per day- 3 days/week<br>30 weeks<br>450 hours |

---

### Outcome Instrument

| | |
|---|---|
| Name of Staff Administering Instrument | Gabrielle Anderson |

---

### System Information

| | | | |
|---|---|---|---|
| Created By | Laurie Vargas, 10/29/2024 4:26 PM | Last Modified By | FormAssembly Integration User, 10/29/2024 4:32 PM |
| Owner | Laurie Vargas | FormAssembly Link | 142 |

---

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.



# PM-00329

## Fields

| | | | |
|---|---|---|---|
| Performance Measure Title | Volunteer Recruitment | Program | Healthy Choices AmeriCorps |
| Record Type | Volunteer Recruitment | Performance Measure ID | PM-00329 |
| FormAssembly Response ID | | | |

## Member Information

| | | | |
|---|---|---|---|
| Number of FT (1700) Slots | 20 | Number of TQT (1200) Slots | |
| Number of HT (900) Slots | | Number of RHT (675) Slots | |
| Number of QT (450) Slots | | Number of MT (300) Slots | |
| Number of AT (100) Slots | | | |
| Total Slots | 20 | Number of MSY | 0.40 |

## Activities

| | |
|---|---|
| Member Volunteer Recruitment Activities | Members will recruit volunteers for the mentoring program at their school site. This could include both staff who volunteer as well as community members. Match Support for the mentoring relationship will be provided throughout the school year.<br>Schedule: Weekly for 2 hours<br># of days per week: 2<br>Duration [in weeks]: 15 |
| Volunteer Activities | Increased volunteers serving in the 38 participating schools. The recruited volunteer Mentors will be trained in the evidence-based Mentoring for Success model to provide one-to-one or small group mentoring (called Project Arrive) to promote school engagement, as well as facilitate structured group activities that integrate anti-racist healing practices. AmeriCorps members also provide ongoing training and supervision for the volunteer Mentors. |

## System Information

| | | | |
|---|---|---|---|
| Created By | Laurie Vargas, 10/29/2024 4:22 PM | Last Modified By | FormAssembly Integration User, 10/29/2024 4:26 PM |
| Owner | Laurie Vargas | FormAssembly Link | 135 |

## Performance Measure Targets

### PMT-00145

| | |
|---|---|
| Record Type | **Output** |
| Target Statement | **Number of Ongoing Volunteer Hours Served** |
| Target Number | **3,750** |
| Unit of Measurement | **Hours** |
| Last Modified Date | **10/29/2024** |

### PMT-00144

| | |
|---|---|
| Record Type | **Output** |
| Target Statement | **Number of Ongoing Volunteers Recruited** |
| Target Number | **250** |
| Unit of Measurement | **Volunteers** |
| Last Modified Date | **10/29/2024** |

## PMT-00143

| | |
|---|---|
| Record Type | **Output** |
| Target Statement | **Number of One-Time Volunteer Hours Served** |
| Target Number | **0** |
| Unit of Measurement | **Hours** |
| Last Modified Date | **10/29/2024** |

## PMT-00142

| | |
|---|---|
| Record Type | **Output** |
| Target Statement | **Number of One-Time Volunteers Recruited** |
| Target Number | **0** |
| Unit of Measurement | **Volunteers** |
| Last Modified Date | **10/29/2024** |

Copyright © 2000-2025 salesforce.com, inc. All rights reserved.

Docusign Envelope ID: 2C762401-062E-43B9-8DE6-57E5EB270E86

## San Francisco Unified School District
Grant Request: $667,194.00
Total Slots: 44 (20 FT, 24 PT)
Total MSY: 26.79

## Program Staffing
1 Program Manager (100% FTE)
1 Training and Supervision Manager (100% FTE)

## 20 FT Members (Tier 1/2):
Aptos Middle School
Bryant Elementary School
Claire Lilienthal
Daniel Webster Elementary School
ER Taylor
Francisco Middle School
Guadalupe Elementary School
Hillcrest Elementary School
Junipero Serra
Malcolm X Academy
Paul Revere K-8
Redding Elementary School
Roosevelt Middle School
Rosa Parks Elementary School
Sanchez Elementary School
Sheridan Elementary School
Tenderloin Elementary School
Visitacion Valley Elementary School
Visitacion Valley Middle School
Willie Brown Middle School

# Member Placements
## By Slot Type

### 2 HT Members (Tier 2/3):
Visitacion Valley Middle School
Willie Brown Middle School

### 2 RHT Members (Tier 2/3):
Glen Park Elementary School
James Lick Middle School

### 1 QT Recruitment Capacity Member
Mentoring For Success

### 14 QT Members (Tier 2/3):
Roosevelt Middle School
Visitacion Valley Elementary School
Cleveland Elementary School
Denman Middle School
Dolores Huerta Elementary School
Downtown High School
Dr William Cobb Elementary School
Dr. George W Carver Elementary School
Hoover Middle School
John Muir Elementary School
John O'Connell High School
Martin Luther King
Presidio Middle School
Thurgood Marshall High School

### 5 MT Members (Tier 2/3):
James Lick Middle School
Francisco Middle School
Malcolm X Academy
Sanchez Elementary School
AP Giannini Middle School

# Proposed AmeriCorps Service Site Locations

| | |
|---|---|
| Program Name: | Healthy Choices AmeriCorps |
| Legal Applicant Organization Name: | San Francisco Unified School District |
| Program Year: | 2025-2026 |

| Total MSY: | 26.78835995 | 9.4370373 | Total Slots by Type: | 20 | 0 | 2 | 2 | 15 | 5 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|

| Site Name | Describe Evidence of Confirmed Partnership (MOU, subcontract, etc.) | Street Address | City | State | ZIP Code | County | Anticipated Number of Members to be Placed at Site | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1,700-hour | 1,200-hour | 900-hour | 675-hour | 450-hour | 300-hour | 100-hour |
| AP Giannini Middle School | Partnership | 3151 Ortega | San Francisco | CA | 94122 | SF | | | | | | 1 | |
| Aptos Middle School | MOU | 105 Aptos Ave | San Francisco | CA | 94127 | SF | 1 | | | | | | |
| Bryant Elementary School | MOU | 2641 25th St | San Francisco | CA | 94110 | SF | 1 | | | | | | |
| Claire Lilienthal | MOU | 3630 Divisadero St | San Francisco | CA | 94123 | SF | 1 | | | | | | |
| Cleveland Elementary School | MOU | 455 Athens St | San Francisco | CA | 94112 | SF | | | | | 1 | | |
| Daniel Webster Elelemntary School | MOU | 465 Missourri | San Francisco | CA | 94107 | SF | 1 | | | | | | |
| Denman Middle School | Partnership | 241 Oneida St | San Francisco | CA | 94112 | SF | | | | | 1 | | |
| Dolores Huerta Elementary School | Partnership | 65 Chenery St | San Francisco | CA | 94114 | SF | | | | | 1 | | |
| Downtown High School | Partnership | 693 Vermont St | San Francisco | CA | 94107 | SF | | | | | 1 | | |
| Dr William Cobb Elementary School | Partnership | 2725 California St | San Francisco | CA | 94115 | SF | | | | | 1 | | |
| Dr. George W Carver Elementary School | MOU | 1360 Oakdale Ave | San Francisco | CA | 94124 | SF | | | | | 1 | | |
| ER Taylor | MOU | 423 Burrows St | San Francisco | CA | 94134 | SF | 1 | | | | | | |
| Francisco Middle School | MOU | 2190 Powell St | San Francisco | CA | 94133 | SF | 1 | | | | | 1 | |
| Glen Park Elementary School | Partnership | 151 Lippard Ave | San Francisco | CA | 94131 | SF | | | | 1 | | | |
| Guadalupe Elementary School | MOU | 859 Prague St | San Francisco | CA | 94112 | SF | 1 | | | | | | |
| Hillcrest Elementary School | MOU | 810 Silver Ave. | San Francisco | CA | 94112 | SF | 1 | | | | | | |
| Hoover Middle School | Partnership | 2290 14th Ave | San Francisco | CA | 94116 | SF | | | | | 1 | | |
| James Lick Middle School | Partnership | 1220 Noe St | San Francisco | CA | 94114 | SF | | | | 1 | | 1 | |
| John Muir Elementary School | Partnership | 380 Webster St | San Francisco | CA | 94117 | SF | | | | | 1 | | |
| John O'Connell High School | Partnership | 2355 Folsom St | San Francisco | CA | 94110 | SF | | | | | 1 | | |
| Junipero Serra | MOU | 625 Holly Park Cir | San Francisco | CA | 94110 | SF | 1 | | | | | | |
| Malcolm X Academy | MOU & Partnership | 398 Harbor Rd | San Francisco | CA | 94124 | SF | 1 | | | | | 1 | |
| Martin Luther King | Partnership | 350 Girard St | San Francisco | CA | 94134 | SF | | | | | 1 | | |
| Mentoring For Success | Partnership | 727 Golden Gate | San Francisco | CA | 94102 | SF | | | | | 1 | | |
| Paul Revere K-8 | MOU | 555 Tompkins Ave | San Francisco | CA | 94110 | SF | 1 | | | | | | |
| Presidio Middle School | Partnership | 450 30th Ave | San Francisco | CA | 94121 | SF | | | | | 1 | | |
| Redding Elementary School | MOU | 1421 Pine St | San Francisco | CA | 94109 | SF | 1 | | | | | | |
| Roosevelt Middle School | MOU & Partnership | 460 Arguello St | San Francisco | CA | 94118 | SF | 1 | | | | 1 | | |
| Rosa Parks Elementary School | MOU | 1501 O'Farrell St | San Francisco | CA | 94115 | SF | 1 | | | | | | |
| Sanchez Elementary School | MOU | 325 Sanchez St | San Francisco | CA | 94114 | SF | 1 | | | | | 1 | |
| Sheridan Elementary School | Partnership | 431 Capitol Ave | San Francisco | CA | 94127 | SF | 1 | | | | | | |
| Tenderloin Elementary School | MOU | 627 Turk St | San Francisco | CA | 94102 | SF | 1 | | | | | | |
| Thurgood Marshall High School | Partnership | 45 Conkling St | San Francisco | CA | 94124 | SF | | | | | 1 | | |

## Proposed AmeriCorps Service Site Locations

| **Program Name:** | Healthy Choices AmeriCorps |
|---|---|
| **Legal Applicant Organization Name:** | San Francisco Unified School District |
| **Program Year:** | 2025-2026 |

| | | | | | Total Slots by Type: | 20 | 0 | 2 | 2 | 15 | 5 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | Total MSY: | 26.78835995 | 9.4370373 | | | | | |

| | | | | | | | Anticipated Number of Members to be Placed at Site | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Site Name | Describe Evidence of Confirmed Partnership (MOU, subcontract, etc.) | Street Address | City | State | ZIP Code | County | 1,700-hour | 1,200-hour | 900-hour | 675-hour | 450-hour | 300-hour | 100-hour |
| Visitacion Valley Elementary School | MOU | 55 Schwerin St | San Francisco | CA | 94134 | SF | 1 | | | | 1 | | |
| Visitacion Valley Middle School | MOU & Partnership | 1971 Visitacion Ave | San Francisco | CA | 94134 | SF | 1 | | 1 | | | | |
| Willie Brown Middle School | MOU & Partnership | 2055 Silver Ave | San Francisco | CA | 94124 | SF | 1 | | 1 | | | | |

## Budget Narrative: SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT for San Francisco Unified School District

## Section I. Program Operating Costs

### A. Personnel Expenses

| Position/Title -Qty -Annual Salary -% Time | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Program Manager: - 1 person(s) at 116134 each x 100 % usage | 116,134 | 0 | 116,134 |
| Training and Supervision Manager: - 1 person(s) at 112695 each x 100 % usage | 112,695 | 0 | 112,695 |
| Clerk: - 1 person(s) at 79709 each x 50 % usage | 0 | 39,855 | 39,855 |
| Financial Analyst: - 1 person(s) at 135387 each x 30 % usage | 0 | 40,616 | 40,616 |
| Program Administrator: - 1 person(s) at 148117 each x 30 % usage | 0 | 44,435 | 44,435 |
| **Category Totals** | 228,829 | 124,906 | 353,735 |

### B. Personnel Fringe Benefits

| Purpose -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Program Manager: (STRS .2238 medicare .0145, Unemployment .005, Workers Comp .03, Retiree Health Chargeback .08, and Medical $13,800 per FTE) | 54,830 | 0 | 54,830 |
| Training and Supervision Manager: (STRS .2238 medicare .0145, Unemployment .005, Workers Comp .03, Retiree Health Chargeback .08, and Medical $13,800 per FTE) | 53,615 | 0 | 53,615 |
| Clerk: (SFERS-city retirement 0.1797, OASDI & medicare .0765, Unemployment .0050, Workers Comp .030, Retiree Health Chargeback .08, and Medical $13800 per FTE) | 0 | 21,694 | 21,694 |
| Financial Analyst: (SFERS-city retirement 0.1797, OASDI & medicare .0765, Unemployment .0050, Workers Comp .030, Retiree Health Chargeback .08, and Medical $13800 per FTE) | 0 | 19,217 | 19,217 |
| Program Administrator: (STRS .2238 medicare .0145, Unemployment .005, Workers Comp .03, Retiree Health Chargeback .08, and Medical $13,800 per FTE) | 0 | 19,839 | 19,839 |
| **Category Totals** | 108,445 | 60,750 | 169,195 |

### C. Travel

### Staff Travel

| Purpose -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Travel to CNCS-Sponsored Meetings: 2 staff*(airfare $600/p,+4 days($41.40 per diem/p)+4 days lodge ($280/nt/p)+grnd transport $60/p) | 2,000 | 1,891 | 3,891 |
| Recruitment, Training and Site support: .67/m x 1300 m (51 supervision & 38 supply distribution site visitsX10m+15 recruitment presentX20m+11training/service eventsX10m) | 871 | 0 | 871 |
| AmeriCorps conference fees: "2 staff * $250 " | 500 | | 500 |

| | | | |
|---|---|---|---|
| **Category Totals** | 3,371 | 1,891 | 5,262 |

## Member Travel

| Purpose -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| To/from meetings, trainings, events: 20 Members x 35m x .67/m (MH 1st Aid(15m), Nat'l Service Day (8m), District Service Days(2@6m)) | 0 | 469 | 469 |
| **Category Totals** | 0 | 469 | 469 |

## D. Equipment

| Item/Purpose -Qty -Unit Cost | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| **Category Totals** | 0 | 0 | 0 |

## E. Supplies

| Item -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Member service gear w/AmeriCorps logo: $50x44 (t-shirt, button, hat, lanyard) " | 1,100 | 1,100 | 2,200 |
| Event supplies and incentives: art supplies; teambuilding props; STEM materials; paper products & other consumables: "38 schools at $250 per school " | 4,000 | 5,500 | 9,500 |
| Service & recruitment (MLK, Chavez & Parent Days): $400 permit; $200 supplies for invitations, posters, flyers, decorations, and team-building activity props (e.g.yoga mats, branded pens) | 0 | 600 | 600 |
| **Category Totals** | 5,100 | 7,200 | 12,300 |

## F. Contractual and Consultant Services

| Purpose -Calculation -Daily Rate | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Youth Community Building: 4 Days * 2000/day- Daily Rate of 2000 | 0 | 8,000 | 8,000 |
| Youth Community Building: 15 sessions * 500/session/day- Daily Rate of 500 | 0 | 7,500 | 7,500 |
| **Category Totals** | 0 | 15,500 | 15,500 |

## G. Training

## Staff Training

| Purpose -Calculation -Daily Rate | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Equity TOT: "1 sessions (2 hour training + 1 hour prep) "- Daily Rate of 1000 | 0 | 375 | 375 |
| **Category Totals** | 0 | 375 | 375 |

## Member Training

| Purpose -Calculation -Daily Rate | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|

| | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Equity Training: "6 sessions (2 hour training + 1 hour prep * 6 sessions) "- Daily Rate of 1000 | 0 | 2,250 | 2,250 |
| Category Totals | 0 | 2,250 | 2,250 |

## H. Evaluation

| Purpose -Calculation -Daily Rate | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Evaluation Training and Resources & Assoc.: "30 days to consult on survey dev't, data collection, analysis & reporting "- Daily Rate of 1000 | 22,140 | 7,860 | 30,000 |
| Category Totals | 22,140 | 7,860 | 30,000 |

## I. Other Program Operating Costs

| Purpose -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| State criminal and FBI background clearance:: "44 members and 4 staff @$49 each " | 1,213 | 1,139 | 2,352 |
| Fieldprint and Truescreen: 44 members and 4 staff X $36 each | 864 | 864 | 1,728 |
| Xerox: "10 months x $400/month to copy newsletters, training materials, curriculum and activity forms, outreach materials, invitations " | 0 | 4,000 | 4,000 |
| Recruitment advertising: "$150 x 2 sites " | 0 | 300 | 300 |
| Category Totals | 2,077 | 6,303 | 8,380 |
| Section Totals | 369,962 | 227,504 | 597,466 |
| PERCENTAGE | 61.92% | 38.08% | |

## Section II. Member Costs

## A. Living Allowance

| Item -# Mbrs w/ Allow -Allowance Rate -# Mbrs w/o Allow | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Full Time (1700 hrs): 20 Member(s) at a rate of 31000 each Members W/O allowance 0 | 220,000 | 400,000 | 620,000 |
| Three Quarter Time (1200 hours): 0 Member(s) at a rate of 0 each Members W/O allowance 0 | 0 | 0 | 0 |
| 1-Year Half Time (900 hours): 0 Member(s) at a rate of 0 each Members W/O allowance 2 | 0 | 0 | 0 |
| 2-Year Half Time (1st Year): 0 Member(s) at a rate of 0 each Members W/O allowance 0 | 0 | 0 | 0 |
| 2-Year Half Time (2nd Year): 0 Member(s) at a rate of 0 each Members W/O allowance 0 | 0 | 0 | 0 |
| Reduced Half Time (675 hrs): 0 Member(s) at a rate of 0 each Members W/O allowance 2 | 0 | 0 | 0 |
| Quarter Time (450 hrs): 0 Member(s) at a rate of 0 each Members W/O allowance 15 | 0 | 0 | 0 |
| Minimum Time (300 hrs): 0 Member(s) at a rate of 0 each Members W/O allowance 5 | 0 | 0 | 0 |

| | | | |
|---|---|---|---|
| Abbreviated Time (100 hrs): 0 Member(s) at a rate of 0 each Members W/O allowance 0 | 0 | 0 | 0 |
| **Category Totals** | 220,000 | 400,000 | 620,000 |

## B. Member Support Costs

| Purpose -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| FICA for Members: 20 members allowance *.0765 | 16,830 | 30,600 | 47,430 |
| Worker's Compensation: 20 members allowance*.0457 | 10,054 | 18,280 | 28,334 |
| Health Care: 20FTx$454x10months | 21,635 | 69,165 | 90,800 |
| **Category Totals** | 48,519 | 118,045 | 166,564 |
| **Section Totals** | 268,519 | 518,045 | 786,564 |
| **PERCENTAGE** | 34.14% | 65.86% | |

# Section III. Administrative/Indirect Costs

## A. Corporation Fixed Percentage

| Item -Calculation | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Corporation Fixed Amount: | 0 | 0 | 0 |
| Commission Fixed Amount: | 0 | 0 | 0 |
| **Category Totals** | 0 | 0 | 0 |

## B. Federally Approved Indirect Cost Rate

| Calculation -Cost Type -Rate -Rate Claimed -Cost Basis | CNCS Share | Grantee Share | Total Amount |
|---|---|---|---|
| Fixed: Total Direct Costs: 4.49% of Section I + Section IIwith a rate of 4.49 and a rate claimed of 4.49 | 28,668 | 33,475 | 62,143 |
| **Category Totals** | 28,668 | 33,475 | 62,143 |
| **Section Totals** | 28,668 | 33,475 | 62,143 |
| **PERCENTAGE** | 46.13% | 53.87% | |

| | | | |
|---|---|---|---|
| **Budget Totals** | 667,149 | 779,024 | 1,446,173 |
| **PERCENTAGE** | 46.13% | 53.87% | |
| **Required Match** | | 30.00% | |
| **Total MSYs** | 26.79 | | |
| **Cost/MSY** | 24,902.91 | | |

## Source of Funds

| Section | Match Description | Amount | Classification | Source |
|---|---|---|---|---|
| Source of Funds | Proposed: SFUSD Unrestricted General Funds | 158,857 | Cash | State/Local |
| | Proposed: School Partners | 448,880 | Cash | State/Local |
| | Secured: Private Grants | 106,149 | Cash | Private |
| | Secured: Individuals | 864 | Cash | Private |
| | Secured: Fidelity | 64,274 | Cash | Private |
| Total Source of Funds | | 779,024 | | |

# EXHIBIT D
# CALIFORNIA VOLUNTEERS POLICIES AND REQUIREMENTS

## 1. CONSIDERATION

The total amount payable to the Contractor (hereafter subgrantee) under this Agreement shall not exceed **$667,149.00** (payable in program year 2025-2026). This amount reflects a cost per Member of **$24,902.91 for program year 2025-2026** and does not include the California Volunteers (CV) Share of administrative costs, **$0**. The consideration paid to subgrantee shall be in compensation for all of The subgrantee's expenses, as approved in Exhibit B, "Budget Form and Budget Narrative."

## 2. PROGRAM YEAR

The Program Year, defined as up to a 12-month period in which AmeriCorps members (hereafter member(s)) will perform service, will be from **09/02/2025 to 08/21/2026.**

**The subgrantee must have a fully executed contract in place prior to incurring any federally funded costs.** Pre-contract costs using match funds must have pre-approval by both California Volunteers and AmeriCorps (the agency). Members may not start service without a contract in place and approval from CV.  The program's Member Start Date cannot be earlier than the date the contract is **fully executed** as indicated by the final signatures on the contract.  **If the contract is not fully executed by the program Member Start Date indicated in this section, the official program Member Start Date will be the date the contract is fully executed.** Individual AmeriCorps member start dates must be on or after this date, match their start date entered by the program when enrolling them in the eGrants portal (see section 14 b), and cannot be prior to completion of required background checks.

## 3. COMPLIANCE WITH FEDERAL REQUIREMENTS

By entering into this agreement, the subgrantee agrees to comply with all federal requirements governing the AmeriCorps State and National Program, in which The subgrantee's awarded program falls under. Federal requirements include but are not limited to: the AmeriCorps General Grant Terms and Conditions,  AmeriCorps State and National Grants Terms and Conditions for (incorporated into this agreement as Exhibit E), federal regulations 45 CFR 2520-2550, all assurances and certifications made in the awarded grant application, all applicable federal statutes, regulations, guidelines, and all applicable Office of Management and Budget Circulars, memorandums, and guidance.  The subgrantee agrees to administer the funded Program in accordance with the awarded grant application and budget, supporting

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86
Case 3:25-cv-02425-EMC   Document 77-1   Filed 01/09/26   Page 49 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 2 of 32

documents, and other representations made in support of the approved grant application.  Information on how to access information on these requirements is provided in Exhibit G, "Resource and Reference Materials for Subgrantees," and Subgrantees shall be responsible for compliance with all applicable federal requirements, whether specifically referenced in this Agreement or not.

## 4. ASSISTANCE LISTING INFORMATION

The federal funding provided to a subgrantee under this Agreement can be identified by the following:

| | |
|---|---|
| Assistance Listing Number: | 94.006 |
| Federal Program Title: | AmeriCorps |
| Federal Award Numbers and Years: | 24ACICA002, FY 2025 (Competitive Cost Reimbursement) |
| | 24AFICA002, FY 2025 (Formula Cost Reimbursement) |

## 5. SCOPE OF WORK

For the purposes of this agreement, the Scope of Work shall be deemed to be implementation of the awarded program design as described in the grant application, contained in Exhibit A, "Program Narrative, Performance Measure Worksheets (PMWs), and Service Site Locations List."  If there is a conflict or discrepancy between any portion of this contract and the performance measurement worksheets, the performance measurement worksheets will prevail unless mutually agreed by both parties. All primary approved AmeriCorps member service activities are accounted for in the performance measurement worksheets.

## 6. MEMBER RECRUITMENT, ENROLLMENT, AND RETENTION

The Scope of Work is dependent upon the full enrollment and retention of the number of member slots included in this award.  The subgrantee is expected to fill 100% of slots awarded in the grant and retain no less than 85% of members enrolled.

The subgrantee has set the following date(s) as the Final Start Date(s) for enrolling new Members into the Program. This is the latest date members could begin and still have adequate time to complete the required hours for their service position (slot type).

Final Start date for full-time (1700 hours) Members:  **11/21/2025**

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6E5B270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 50 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 3 of 32

Final Start date for full-time (1200 hours) Members:  **12/5/2025**
Final Start date for part-time (900 hours) Members:  **12/5/2025**
Final Start date for reduced half-time (675 hours) Members:  **12/5/2025**
Final Start date for quarter time (450 hours) Members:  **02/26/2026**
Final Start date for minimum time (300 hours) Members:  **02/27/2026**
Final Start date for abbreviated time (100 hours) Members:  **02/27/2026**

## Recruitment
In order to fully enroll allotted slots, the subgrantee is expected to dedicate adequate time and resources to member recruitment. There are a variety of Recruitment tools to support these efforts available in the *Member Recruitment* section of *Grantee Central*.

*CV Monthly Recruitment Survey*: The subgrantee is required to complete a monthly recruitment status update to CV when requested.

*Program Website:* To ensure adequate recruitment, the subgrantee must have a dedicated section of their website that describes their AmeriCorps program, member positions, link to application, and *interest form*. The AmeriCorps program webpage must display the current AmeriCorps and CV logos. See *Website Best Practices*.

*CV Website*: The subgrantee must provide up to date information on available service positions, what counties opportunities are available in, service focus area, types of service term commitments available, and where interested applicants can apply to California Volunteers. This information will be posted in the AmeriCorps California *Program Partner Directory* on the CV Website.

## Recruitment Plan & Outreach
The subgrantee is required to develop a diverse and inclusive recruitment and outreach plan that addresses elements in the CV Recruitment Plan Template. The subgrantee must list all of their member listings/position descriptions by creating *Service Opportunity Listings* in the My AmeriCorps Portal.  Additionally, the subgrantee may be required to post all service opportunity listings on the CV website and/or other digital platforms sponsored by CV.

## Enrollment of Selected Members
The My AmeriCorps Portal in eGrants is the federal mechanism through which subgrantees enter and update member records, including enrolling a member and recording an individual's start date. The subgrantee must enroll each member into the Portal prior to their first day of service and in sufficient time for AmeriCorps to automatically or manually verify an individual's Social Security Number and citizenship eligibility. The subgrantee must also certify that all accepted member's required National Service Criminal History Check components are completed and

Docusign Envelope ID: 2C762401-9862E-43B9-8DE6-67E5E5B270E86

adjudicated no later than ONE DAY before their first day of service. Applicants will not be permitted to enroll in the National Service Trust for the Eli Segal Education Award prior to those steps occurring.

Each member's enrollment must be **finalized** in the My AmeriCorps Portal no later than eight (8) days after the start date of the member. An individual is presumed to be an AmeriCorps member as of the **start date** reflected in the My AmeriCorps Portal. Programs are responsible for ensuring the data values they enter via the My AmeriCorps Portal are accurate and submitted within the required timeframes. AmeriCorps will rely on the information entered by subgrantees via the My AmeriCorps Portal. The member's start of service date recorded on the first timesheet should agree with the **start date** entered into the My AmeriCorps Portal. No hours can be recorded prior to that date.

## 7. CV COST PER MEMBER SERVICE YEAR (MSY)

The subgrantee's maximum cost per MSY level is the amount stated in the awarded Budget Narrative (Exhibit B). Since AmeriCorps grant funds are awarded based on the number of Member Service Years (MSYs) or full-time equivalent service positions approved in the grant award, subgrantees must maintain a reasonable cost per Member Service Year (MSY) throughout the grant period. As such, after the Final Start Date (identified in Section 6) for each slot type has passed, if the program's member enrollment rate is below 80%, CV reserves the right to reduce The subgrantee's program budget, including transferring unutilized slots to maintain a reasonable cost per MSY.

The subgrantee understands that an enrollment rate below 80% will be subject to a potential reduction in the grant award amount for the current year and subsequent years of the grant period.

## 8.  MATCH FUNDS AND PROGRAM INCOME

**Matching Funds**
The subgrantee must have appropriate documentation of all matching funds received to support any match expended in the approved budget and reported in expenditure reports. California Volunteers will be verifying match sources reported. Failure to secure matching funds identified in the budget may result in adverse audit findings in addition to negatively affecting future grant applications to CV.

Section 121(e)(5) of the National Community Service Act (42 U.S.C. 127(e) requires that programs that use other federal funds as match for an AmeriCorps grant report the amount and source of these funds to AmeriCorps and CV on the Federal

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6EB270E86

Financial Report.  In addition, such programs must obtain the permission of the other federal agency to use their funds as match for an AmeriCorps grant and provide documented evidence of the permission obtained to CV upon request.  If applicable, the subgrantee must track and be prepared to report on that match separately each year and at closeout.

**Program Income**
A. General Income, including fees-for-service earned as a direct result of the award-funded program activities during the award period, must be retained by the recipient and used to finance the award's non- AmeriCorps share.

B. Excess Program Income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR Part 200 and be deducted from total claimed costs. Recipients that earn excess income must specify the amount of the excess in the comment box on the financial report. (Exhibit E: ASN Terms & Conditions XIII)

## 9. EVIDENCE OF MATCH COMMITMENT

The subgrantee agrees to submit a Confirmed Match Assurance verifying that all matching funds outlined in Exhibit B – Sources and Types of Match Contributions from any party providing the program with matching funds, including cash match, in-kind match, and/or any costs associated with Fixed-amount grants have been secured. CV, in its sole discretion, shall determine if the subgrantee has provided adequate information, and The subgrantee must produce the following documents to CV within 24 hours of any request to provide them for this purpose:

A.  **Memorandum of Understanding (MOU).**  This is a signed and dated agreement between parties.  It typically includes areas such as a description of services, how the cost of services will be funded, duration of the agreement, and consideration.  These types of agreements are very common between the subgrantee legal applicant and member placement sites.  As long as the MOU clearly has evidentiary statements about the exact amount of matching funds and a schedule of payment, an MOU can serve as evidence of matching funds.

B.  **Letter of Intent.**  This is a signed and dated document outlining an anticipated agreement between parties *before* a contract is finalized.  There are two possibilities for the letter:

1)  **A party who is only a contributor to The subgrantee.**  This letter would serve to document the intention of contributor to give funds (cash or in kind) to The subgrantee.  The letter should include a description of the intention.  This should

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86

include: the amount of cash or in-kind contribution, at what times these intentions will be executed, and under exactly what circumstances.  These terms could also be evidenced by a Board Resolution under the written consent of the Board of Directors.

2) **A party who is both a contributor <u>and</u> a placement site for Members.**  This letter would serve to document the intention of a partnering organization to both contribute matching funds and host members to the subgrantee.  The letter should include a description of the intention, the amount of cash or in-kind contribution [e.g., staff time committed to supervision], at what times these intentions will be executed, and under exactly what circumstances.  These terms could also be evidenced by a Board Resolution under the written consent of the Board of Directors.  The letter should also include an intention to complete an MOU with the subgrantee to stipulate placement site requirements.

C. **Evidence of Funds Already Received.**  If the subgrantee received matching funds *before* signing a CV contract, then a letter from the subgrantee that states the dollar amount received, from what source, and a schedule of payments would be evidence of matching funds.  This document would also evidence matching funds that are a portion of a larger grant received by the legal applicant.  This document should be signed and dated.  These terms could also be evidenced by a Board Resolution under the written consent of the Board of Directors.

If, during the term of this agreement, a Subgrantee experiences a change in the match commitments made to support this grant, the subgrantee is required to provide CV within seven days, written notice of the change that occurred and updated documentation of the match commitment.  Changes in a match commitment include, but are not limited to, the loss of a partner providing match, a decrease in the level of match provided by a partner, the failure of a letter of intent or MOU to mature into actual matching funds, or the inclusion of a new match partner.

## 10. NATIONAL SERVICE CRIMINAL HISTORY CHECK REQUIREMENTS (NSCHC)

A. **Minimum Federal Requirements.** The National Service Criminal History Check (NSCHC) is a screening procedure established by law to protect the beneficiaries of national service.  An individual is ineligible to serve in a position that receives such AmeriCorps funding if the individual is registered, or required to be registered, as a sex offender or has been convicted of murder as defined in 18 USC 1111. The subgrantee is required to maintain documentation of

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86

required background checks completed. Failure to adhere to the NSCHC requirements may result in cost disallowance of staff salary or member living allowance and FICA up to the point in time compliant checks are completed. As of the updated Federal Rule, program staff who began work on a *fixed amount* grant after May 1, 2021 are *not* subject to the NSCHC requirements.

**B. California Volunteers (State) Requirements.** *CV NSCHC Policy Agreement* (Exhibit H) includes specific requirements for conducting checks. Detailed information and training can be found on CV NSCHC webpage. Unless CV and/or AmeriCorps (the agency) has provided a subgrantee with a special waiver, subgrantees must follow CV's NSCHC requirements outlined in Exhibit H.

**NSCHC Enforcement and Cost-Based Disallowance.** CV and AmeriCorps' Office of Monitoring regularly monitor for adherence to the National Service Criminal History Check (NSCHC) requirements. Noncompliance can lead to significant disallowed cost per the required Enforcement Guide.

**NSCHC Training Requirement.** In addition to participating in CV required National Service Criminal History Check (NSCHC) training every year, The subgrantee must also complete and retain a certificate of completion of the AmeriCorps' National Service Criminal History Check eCourse training annually to ensure that the subgrantee and its partnering organizations conducting criminal history background checks comply with all NSCHC requirements. The subgrantee must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the subgrantee. The subgrantee must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. The subgrantee should save certificates of completion from each year as grant records and provide a copy of the certificates for both trainings to CV during the contracting process.

## 11. MEMBER RECORD DOCUMENTATION, VERIFICATION AND RETENTION

Member recruitment and selection requirements are in AmeriCorps's regulations at 45 CFR§§ 2522.210 and Part 2540, subpart B. In addition, the subgrantee must ensure that AmeriCorps procedures for recruiting, selecting, enrolling, supervising, supporting, and exiting AmeriCorps members are followed (see Exhibit E: Terms and Conditions for AmeriCorps State and National Grants).

A. **Eligibility Verification and Documentation.** Unless an individual's social security number and citizenship are verified through the My AmeriCorps Portal, the subgrantee must obtain and maintain documentation as required by 45 CFR § 2522.200 (c).  Programs that receive notice a member is not able to be

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E5EB270E86

automatically verified – either the member's social security number or their citizenship was not verified through the My AmeriCorps Portal –must provide the requested documentation to AmeriCorps (the agency) or you will not be able to enroll the member in the program. The California Volunteers *Member File Checklist* provides the list of acceptable documents that demonstrate citizenship eligibility. Programs must retain this documentation if it was requested for manual verification.

In addition, the subgrantee must maintain documentation demonstrating that all members enrolled meet all other eligibility requirements such as age, education, and clearance of all required NSCHC checks as required by CV outlined in *CV NSCHC Policy Agreement* (Exhibit H).

B. **Recordkeeping**. The subgrantee must maintain records of all the documents listed in the California Volunteers *Member File Checklist* and ensure that those records, along with the member enrollment record in eGrants, are sufficient to establish each member was eligible to participate and that the member successfully completed all program requirements. The subgrantee may store member files electronically and use electronic signatures if the subgrantee can ensure the validity and integrity of the record and signature is maintained. The subgrantee's electronic storage procedures and system must provide for the safe-keeping and security of the records as required by AmeriCorps.

## 12. MEMBER LIVING ALLOWANCES AND IN-SERVICE BENEFITS

The subgrantee must ensure that Members receive the following benefits:

A. **Living Allowance:** Subgrantees operating an AmeriCorps program must provide a minimum living allowance of at least $30,000 for Full-time members serving a 1700-hour term of service and a prorated amount for all other part-time slot types as follows:

| Term of Service | MSY Equivalence | Minimum # of Hours | Minimum Living Allowance | Maximum Living Allowance |
|---|---|---|---|---|
| Full Time | 1.00 | 1,700 | $30,000 | $40,800 |
| Three-Quarter Time | .700 | 1,200 | $21,176 | $28,560 |
| Half Time | .500 | 900 | $15,882 | $20,400 |
| Reduced Half Time | .3809524 | 675 | $11,912 | $15,504 |
| Quarter Time | .26455027 | 450 | $7,941 | $10,608 |
| Minimum Time | .21164022 | 300 | $5,294 | $8,568 |
| Abbreviated Time | .05627705 | 100 | $1,765 | $2,448 |

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86

**Living Allowance Distribution (Exh. E – ASN Specific Terms & Conditions, VIII)**
Subgrantees are required to pay members the living allowance as a fixed
stipend distributed in regular increments, such as weekly or bi-weekly, rather
than on an hourly or annual basis. The living allowance is not a wage and must
not be paid based upon an hourly calculation.  Payments shall not fluctuate
based on the number of hours served in a particular time period and must
cease when a member concludes a term of service.

If a member serves all required hours and is permitted to conclude their term of
service before the originally agreed upon end of term, the grantee may not
provide a lump sum payment to the member. Similarly, if a member is selected
after the program's start date, the grantee must provide regular living
allowance distribution payments at the same level as other Corps members
from the member's start date and may not increase the Member's living
allowance incremental payment or provide a lump sum to make up any
missed payments.

Education Award Program Fixed Amount awards (EAPs) may provide a living
allowance or other in-service benefits to their members but are not required to
do so.  Full-cost and other Fixed Amount recipients must provide a living
allowance and other benefits to their full-time members.

B. **FICA (Social Security and Medicare taxes)**.  Unless the recipient obtains a ruling
from the Social Security Administration or the Internal Revenue Service that
specifically exempts its AmeriCorps members from FICA requirements, the
recipient must pay FICA for any member receiving a living allowance. The
recipient also must withhold 7.65% from the member's living allowance.

C. **Income Taxes.** The subgrantee must withhold personal income taxes from
Member living allowances.  The subgrantee must require each Member to
complete a W-4 form at the beginning of the term of service and the
subgrantee must provide each Member with a W-2 form at the close of the tax
year.

D. **Unemployment Insurance.**  The U.S. Department of Labor ruled on April 20,
1995, that federal unemployment compensation law does not require
coverage for members because no employer-employee relationship exists. The
grantee may not charge the cost of unemployment insurance taxes to the
grant unless mandated by state law**.** Under California Unemployment
Insurance Code Section 634.5, AmeriCorps Members are not considered
"employees" and therefore, the subgrantee is not required to pay

Docusign Envelope ID: 2C762401-062E-43B9-8DE6-67E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 57 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 10 of 32

unemployment insurance taxes for Members. Thus, members are not eligible for unemployment upon exit from the program

**E.  Workers Compensation.**  Under California Labor Code Sections 3351 to 3352(j) inclusive, Subgrantees are required to provide workers' compensation insurance for AmeriCorps Members as they would for any employee.

**F.  Health Care Insurance.**  In accordance with the federal regulations, The subgrantee is required to provide a health care policy that provides the minimum AmeriCorps requirements specified to those **full-time** Members not otherwise covered by a health care policy at the time of enrollment or to those Members who lose coverage during their term of service as a result of participating in the Program or through no deliberate act of their own. See Contract Exhibit E - ASN Specific Terms & Conditions for full information.

**G.  Member Exemption from California Wage and Hours Laws.**  Under California State Law, Chapter 365, Statutes of 2000, AmeriCorps Members are exempted from California wage and hour laws.  Under California Labor Code Section 1171, AmeriCorps Members are exempted from state overtime laws.  Members must be informed at the time of enrollment that they may be required to serve in excess of 8 hours per day or 40 hours per week, or both, and must be allowed to opt out of the national service program at that time. This law also prohibits discrimination against participants for refusing to work overtime for a legitimate reason.

## 13. CALIFORNIA VOLUNTEERS-SPECIFIC AMERICORPS MEMBER REQUIREMENTS

**A.  Member Service Agreements.**  The subgrantee must require that each Member sign a Member Service Agreement (MSA) prior to starting service. California Volunteers has a required template programs must use which includes all required elements outlined in the AmeriCorps State and National Terms & Conditions. The grantee's adaptation of the template is reviewed and approved during Contracting, and signed agreements are sampled during file review. The subgrantee should ensure that the service agreement is signed on or before commencement of service, but the effective date will not be before the member is enrolled in the AmeriCorps Portal.

**B.  Prohibited Activities.**  While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps program or the Corporation, staff and Members may not engage in the following prohibited activities (see 45 CFR § 2520.65):

Docusign Envelope ID: 2C762401-0625-43B9-8DE6-67E6EB270E86

a) Attempting to influence legislation;

b) Organizing or engaging in protests, petitions, boycotts, or strikes;

c) Assisting, promoting, or deterring union organizing;

d) Impairing existing contracts for services or collective bargaining agreements;

e) Engaging in partisan political activities, or other activities designed to influence the outcome of an election to any public office;

f) Participating in, or endorsing, events or activities that are likely to include advocacy for or against political parties, political platforms, political candidates, proposed legislation, or elected officials;

g) Engaging in religious instruction, conducting worship services, providing instruction as part of a program that includes mandatory religious instruction or worship, constructing or operating facilities devoted to religious instruction or worship, maintaining facilities primarily or inherently devoted to religious instruction or worship, or engaging in any form of religious proselytization;

h) Providing a direct benefit to—

(1) A business organized for profit;

(2) A labor union;

(3) A partisan political organization;

(4) A nonprofit organization that fails to comply with the restrictions contained in section 501(c)(3) of the Internal Revenue Code of 1986 related to engaging in political activities or substantial amount of lobbying except that nothing in these provisions shall be construed to prevent participants from engaging in advocacy activities undertaken at their own initiative; and

(5) An organization engaged in the religious activities described in paragraph g above, unless AmeriCorps assistance is not used to support those religious activities;

g) Conducting a voter registration drive or using AmeriCorps funds to conduct a voter registration drive;

h) Providing abortion services or referrals for receipt of such services; and

i) Such other activities as AmeriCorps may prohibit.

In addition to the above activities, the below activities are additionally prohibited:

**Census Activities.** AmeriCorps members and volunteers associated with AmeriCorps grants may not engage in census activities during service hours. Being a census taker during service hours is categorically prohibited. Census-related activities (e.g., promotion of the Census, education about the importance of the Census) do not align with AmeriCorps State and National

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86

objectives. What members and volunteers do on their own time is up to them, consistent with program policies about outside employment and activities.

**Election and Polling Activities.** AmeriCorps members may not provide services for election or polling locations or in support of such activities.

AmeriCorps members may not engage in the above activities directly or indirectly by recruiting, training, or managing others for the primary purpose of engaging in one of the activities listed above. Individuals may exercise their rights as private citizens and may participate in the activities listed above on their initiative, on non-AmeriCorps time, and using non-AmeriCorps funds. Individuals should not wear the AmeriCorps logo while engaging in any of the above activities on their personal time.

All locations where members serve should post a list of the prohibited activities, when possible.

C. **Timekeeping.**  The subgrantee is required to ensure that time and attendance recordkeeping is conducted by the AmeriCorps member's supervisor. This time and attendance record is used to document member eligibility for in-service and post service benefits. The subgrantee must have a timekeeping system that is compliant with 2 CFR § 200.430; however, because AmeriCorps members are National Service Participants and not employees per 45 CFR 2510.20, there is not an expectation that the subgrantee track time beyond a member's AmeriCorps service. If a subgrantee engages an AmeriCorps member in other Federal grant activities as an employee, the member and supervisor must certify, under penalty of perjury, that the member is not double counting their time, duplicating, displacing, or supplanting the other Federal grant activities, as outlined in 45 CFR 2540.

**Hours Reporting Integrity**. Recording and reaching the minimum required hours for the member's slot type is why consistent attendance and timekeeping are so important. The program must review the timesheet approval process with members during orientation. Members are also informed in the required California Volunteers Member Service Agreement section III.(e) that false reporting of hours is grounds for immediate dismissal and could be considered fraud since AmeriCorps is a federally-funded program. It could also lead to the requirement to pay back the living allowance.

**D. Service Site Partner Staff** (Supervisors) and members must be trained in timesheet approval and the importance of proper hours validation, as well as Prohibited and Unallowable Activities.

**E. Service Terms Changes and Exit.** The subgrantee must notify AmeriCorps' National Service Trust, via the My AmeriCorps Portal (eGrants), within 30 days of a member's completion of, suspension from, or release from, a term of service. Suspension of service is defined as an extended period during which the member is not serving, nor accumulating service hours or receiving AmeriCorps benefits. AmeriCorps members must complete their own enrollment and exit forms on-line in the My AmeriCorps Member Portal except in rare cases when the recipient program has received written approval to waive this requirement from the Director of AmeriCorps State and National or her/his designee. The subgrantee also must notify the Trust, via the My AmeriCorps Portal, when a change in a member's term of service is approved by California Volunteers and changed (i.e., from full-time to less than full-time or vice versa). Failure to report such changes within the required time frames may result in sanctions to the recipient, up to and including, suspension or termination of the award. Recipients or subrecipients meet notification requirements by using eGrants to inform AmeriCorps of changes within the required time frames. Any questions regarding the Trust should be directed to the Hotline (800) 942-2677.

**F. Member Slot Changes Require CV Approval:** The subgrantee must obtain prior approval from CV before making changes to any types of **unfilled slots** (e.g., converting full-time slots to half-time slots). Slot Conversion requests can be made via Salesforce.

The subgrantee must also seek prior CV approval to change the slot type of a **currently enrolled member** (see Exh. E: ASN Specific Terms & Conditions p.10). Such changes should be requested within the member's first 90 days. Changes beyond that time require justification.

**G. Member Training.** All programs are required to provide AmeriCorps members with the training, skills, and knowledge necessary to perform the tasks required in their respective projects (45 CFR § 2522.100 (j)). Programs must develop and implement a Training Plan to train all enrolled AmeriCorps members, including absent or late enrolling members. Please note all trainings in a Member Training Calendar provided to both members and service site partners so they are aware of this important aspect of member professional development.

Training Plans are provided and reviewed as part of Contracting Readiness. Training topics and requirements are covered in detail in the Program Readiness Checklist). California Volunteers has training resources and Pre-Service Orientation (PSO) slides that can be modified for program use.

All PSO training topics should also be part of the required training for Service Site Supervisors as noted in the Program Readiness Checklist. Subgrantees are encouraged to invite Site Supervisors to Member PSO to train on common topics and build cohesion and connection.

No more than 20 percent of the *aggregate* of all AmeriCorps member service hours in your program, as reflected in the member enrollments in the National Service Trust, may be spent in education and training activities. 45 CFR § 2520.50, unless granted a waiver by AmeriCorps.

H.  **Life After AmeriCorps Training.** The subgrantee agrees to provide high quality support to members who are completing a term of service and help them transition to other educational and career opportunities. Subgrantees are encouraged to use the AmeriCorps Advantage Career Resource Guide developed by California Volunteers as a resource. Subgrantee-facilitated use of the AmeriCorps Advantage Guide may be counted toward training hours and as such are subsumed under the requirement that no more than 20 percent of the aggregate of all service hours may be engaged in training activities.

I.  **Alumni Network.** The Alumni Network is open to all California Service Corps alumni (AmeriCorps California, California Climate Action Corps, College Corps, and Youth Service Corps). The subgrantee is required to provide members with information about the Alumni Network.  Through this network, alumni have access to a variety of resources and opportunities including networking and career development opportunities, leadership and speaking opportunities, and updates and stories on California Service Corps programs.

J.  **Member Exit Survey.**  The subgrantee agrees to administer the California Volunteers' Member Exit Survey by ensuring all members complete the survey prior to member exit and will ensure the completed survey is submitted to California Volunteers prior to the Program End Date.

K.  **Member Rights and Reporting.**  The subgrantee shall notify AmeriCorps members that they may report any discrimination, harassment, or other illegal activities to the Office of the Inspector General (OIG) for the Corporation for

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6EB270E86

National and Community Service (AmeriCorps).  The subgrantee shall provide to members the contact information for the OIG, which is currently hotline@cnsoig.gov  or by telephone at (800) 452-8210. This is included in the CV Member Service Agreement template.

## 14. REASONABLE ACCOMMODATION

Programs and activities must be accessible to persons with disabilities, and the recipient must provide reasonable accommodation for the known mental or physical disabilities of otherwise qualified members, service recipients, applicants, and staff. All selections and project assignments must be made without regard to the need to provide reasonable accommodation. As such, inquiries about the need for reasonable accommodation should take place after a member has been offered an AmeriCorps position. There may be funding available from AmeriCorps to offset the recipients' costs on a first come, first serve basis. Please email Accommodations@cns.gov for more information.

## 15. FUNDRAISING ACTIVITIES

If members will perform any fundraising activities, the subgrantee must have an approved Fundraising Performance Measurement Worksheet to account for any member time spent on allowable fundraising activities. As required by federal regulations, the subgrantee is responsible for documenting that members do not spend more than 10% of service hours toward performing any fundraising activities, including fundraising supporting activities (i.e., serving food, stuffing envelopes, collecting any type of donation, directing parking, etc.).

AmeriCorps members may participate in fundraising activities within the following guidelines:
- Member fundraising activities must be in support of the program's identified community need, and may not include fundraising activities that provide benefit to the legal applicant and/or placement site's general operating budget or endowment or that of other programs sponsored by the legal applicant and/or placement site;
- Members may not fundraise for required matching funds necessary to cover program operating costs;
- Members may not prepare grant applications for funding provided by CV, AmeriCorps, or any other federal agency; and
- Members may not participate in fundraising activities unless specifically outlined in both the performance measures and member position description and agreed to by the member.

## 16. PARTNER AND PERSONNEL REQUIREMENTS

**A. Minimum Staffing Requirements**. Unless the subgrantee has received an exemption from CV, the subgrantee agrees to maintain, at a minimum, one full-time (40 hours minimum per week, 100% dedicated to the AmeriCorps program) staff whose primary responsibilities are to administer the AmeriCorps program.  The subgrantee agrees to staff position descriptions of individuals on the grant upon CVs' request.

**B. Partner and Service Location Information.** The subgrantee must ensure that service locations information are entered in the My AmeriCorps portal for all members within seven calendar days of members starting a term of service. The subgrantee is required to include the name of the organization, and the full address or zip-plus-four of the service locations where members will be serving. If a member is serving at multiple locations, the program must select as the member's primary assignment, the location where the member serves the majority of hours.  All service locations must be listed in the portal.

In addition to following the required procedure to enter all service locations in the My AmeriCorps Portal for all members, The subgrantee must ensure that all service locations entered are accurate and reflected in the approved Service Site Locations List and must provide California Volunteers with an Excel listing of all service locations, including the number and names of AmeriCorps members assigned to each site, upon request.

The subgrantee must notify CV of any key partnership change.  Subgrantees must maintain accurate partnership information in the system upon any changes such as the addition of new partners, loss of partners, slot conversion, etc.  In addition, the subgrantee must provide CV with updated information on all partnership changes on other related CV forms such as the Service Site Locations List, Slot Conversion Request and Progress Report.  Partnership information will be verified through CVs' monitoring processes.

**C. Key Personnel Changes.** The subgrantee must receive prior approval for changes in key personnel identified in the budget and **is required to notify CV of any key program or organization staff changes at least 14 working days prior to when the change occurs**.  In addition to the required prior approval for changes in key personnel identified in the budget, the subgrantee must also notify CV of any changes in any positions which are not included in the approved budget, but which involve leadership oversight of the activity under this award.  The subgrantee must also notify CV of any change in the senior

leadership of the legal applicant organization. Failure to provide notification on key partner and staff changes will be noted in monitoring reviews and may become a factor in evaluating organizational capacity for future funding decisions.

D. **Transition Plan.** Should changes in key program staff occur, the subgrantee is required to have a transition plan and procedure to ensure minimal negative impact to program operations.  The subgrantee agrees to make available staff transition plans upon CVs' request. CV has an AmeriCorps CA New Staff Onboarding Plan to support staff transition.

## 17. MONITORING ACTIONS

CV reserves the right to make site visits to review and evaluate subgrantee records, accomplishments, organizational procedures and financial control systems, to conduct interviews, and to provide technical assistance as necessary.

CV as well as other state and federal agencies, including the AmeriCorps Agency, shall have the right to monitor subgrantees for performance and compliance in accordance with the requirements of this grant. CV may monitor the subgrantee for both program and fiscal compliance. Such monitoring may result in a subgrantee being required to pay back any disallowed costs and/or develop and implement corrective action plan(s) to address noncompliance issues or deficiencies found as a result of monitoring. Failure to timely comply with these requirements may result, at CVs' discretion, in repayment of grant funds and/or the withholding of payments until such time as the requirements are met.

## 18. PAYMENTS

In consideration of the services specified in Section 5, "Scope of Work," CV will reimburse the subgrantee for approved, budgeted, expenditures that have already been incurred. The subgrantee may not request funds for expenses that have not yet been paid.

Invoices must be submitted in the format and level of detail specified by CV. Invoices are submitted using CV's Salesforce system, leveraging the invoicing module. For any questions on this process, please refer to the trainings and guidance provided on invoicing located within Grantee Central.

Invoices must be submitted monthly. Invoices must be submitted within 30 days of the completion of the month for which reimbursement is being requested.  For example, if invoicing for the month of April, the reimbursement request should be submitted no later than May 30th.

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6E5B270E86

The only exception to these deadlines is for the **final reimbursement request. The final request must be submitted within 60 days of the end date of this agreement.** If an invoice is submitted after 60 days from the end of this agreement, it is likely that CV will be unable to pay that invoice. Failure to submit invoices within these timeframes will be noted in monitoring reviews and may become a factor in evaluating organizational capacity for future grant making processes.

CV may withhold payment from subgrantees if they are found to be out of compliance with any aspect of this contract until such time as the compliance issues are adequately addressed between the parties.

Invoices may be subject to Invoice Validation. Invoices selected for review will not be cleared for payment until the invoice review is complete. With an invoice review, Subgrantees of CV are required, within 5 business days of receipt of notification, to provide all program operating cost documentation that supports the selected AmeriCorps invoice that has been submitted to CV for reimbursement.

The subgrantee is prohibited from billing other federal, state, or local agencies for goods and/or services which have been billed and/or reimbursed to the contractor by CV.

For more guidance on the payment process see Exhibit G, "Resource and Reference Materials for Subgrantees.

## 19. TRAVEL
Subgrantee travel and mileage reimbursements, while on approved program business, will be reimbursed based on the policies and rates determined by the Federal Government. These rates and policies can be found at:
http://www.gsa.gov/portal/category/100120

Reimbursement for travel expenses shall not be made for expenses incurred within 50 miles of the subgrantee home or headquarters.  There may be an exemption to the 50-mile radius for required member site to member site travel in the same day. Subgrantees are responsible for ensuring travel expenses are within federal travel policies. The subgrantee must maintain appropriate backup documentation for all travel expenses reimbursed to staff and Members under this grant.

If the subgrantee written travel policy has different reimbursement rates for their employees than those established by the Federal Government, those rates may be used as long as they do not exceed the rates established by the Federal Government. State entities must use the rates established by CalHR. AmeriCorps

Docusign Envelope ID: 2C762401-0625-43B9-8DE6-57E6EB270E86

Members should be reimbursed no less than the rates used for subgrantee or placement site employees.

Subgrantees must request and receive prior approval from CV for out-of-state travel with grant funds. For more guidance on travel and mileage reimbursement see Exhibit G, "Resource and Reference Materials for Subgrantees."

## 20. USE OF ELECTRONIC GRANTS MANAGEMENT SYSTEMS

A. **California Volunteers AmeriCorps Salesforce Platform.** The subgrantee is required to use California Volunteers' Salesforce grants management system for monitoring and reporting activities as well as for submitting initial grant applications and monthly invoices.

B. **Federal Grants Management System**. AmeriCorps uses an online system to automate the entire grants and project management process from application to closeout.  Through this system, CV receives and manages federal funds to support AmeriCorps programming.  To allocate these funds, The subgrantee must submit an approved application, budget, and budget narrative through AmeriCorps' online system (eGrants).

AmeriCorps' online system includes the *My AmeriCorps* Portal to manage the AmeriCorps Member experience. The subgrantee must use this Portal to manage Member recruitment, enrollment, approved slot changes, and certification of eligibility for an education award at exit.  The subgrantee must comply with all federal regulations and CV policies and procedures governing member management (e.g., Member time tracking, slot conversions, changing member slot type).

The subgrantee is responsible for maintaining staff access levels, communicating staff access information to CV, and, ultimately, maintaining the overall integrity of the information reported through eGrants.

## 21. REPORTING REQUIREMENTS

A. **Federal Financial Reports.** The subgrantee shall complete and submit Federal Financial Reports (FFRs) to report the status of all funds. The subgrantee must submit timely cumulative financial reports in accordance with CV guidelines according to the following schedule. **Each FFR can be found within your CV Expense Workbook**.

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 67 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 20 of 32

*First Report:* Due **October 15, 2025** for expenses incurred from start of award – September 30, 2025.

*Second Report*: Due **April 15**, **2026**, for expenses incurred from the start of the award - March 31, 2026

*Third Report*: Due **October 15, 2026**, for expenses incurred from April 1, 2026-September 30, 2026

*Final Report*: **Due with submittal of final invoice, but no later than January 31**, **2027** (expense period: October 1, 2026 – December 31, 2026, where applicable).

CV may withhold payments if FFRs are not received by the due dates. Failure to submit timely FFRs will be noted in monitoring reviews and may become a factor in evaluating organizational capacity for future grant making processes.

B. **Progress Reports.** The subgrantee must submit two cumulative progress reports to CV – a mid-year and final report. **Due dates can be found in the Program's page in Salesforce.** Reports must be submitted in the format and level of detail specified by CV. Reporting requirements and dates are subject to change based on additional guidance issued by the federal or state government. CV reserves the right to request program progress data to meet stakeholder requests or for purposes of elevating the program's service to an external audience.

C. **Additional Reporting Metrics.** Member information, including Personally Identifiable Information, as requested by CV, including but not limited to: Name, Address, Phone Number, Email Address, Program Completion Status. The subgrantee agrees to make member contact information available to CV to use in program communications on a schedule to be provided by CV.

## 22. SPECIAL EVENTS

All subgrantees are required to conduct both a swearing-in and graduation ceremony for all cohorts/classes of AmeriCorps members.  The AmeriCorps pledge must be administered as part of the swearing-in ceremony. Additionally, all subgrantees are required to support member participation in the following CV-sponsored events:
- AmeriCorps Week (March 2026)
- California Volunteers Pledge Ceremony and/or End of Term Service Celebration

Docusign Envelope ID: 2C762401-9625-43B9-8DE6-67E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 68 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 21 of 32

- California Volunteers Days of Action (if available at or near member service location)
- California Service Corps Member Connections convenings hosted by California Volunteers

Subgrantees are strongly encouraged to engage member participation in the following events or National Service Days:
- Martin Luther King Day of Service
- Cesar Chavez Day of Service
- National Volunteer Week
- September 11 National Day of Service and Remembrance (9/11 Day)

## 23. ALTERNATIVE SERVICE ACTIVITIES

During a state declared emergency, CV reserves the right to redirect member resources to support the state's disaster response and recovery efforts. If a service activity is disrupted due to an emergency, the subgrantee must first redirect members to help support state/local emergency needs identified by CV unless such service opportunities are not available where the member resides. All other service activities that are not specifically defined in the grant must be approved by CV. Except in instances where CV has granted a blanket approval, the subgrantee should obtain written (email) approval from their Program Specialist as soon as practicable. New activities must not be otherwise prohibited or unallowable (e.g., lobbying). The new approved service activity can begin immediately. In the meantime, the subgrantee should carefully document all the costs associated with the new service activities.

## 24. CALIFORNIA VOLUNTEERS AND AMERICORPS BRANDING

The Subgrantee must ensure members are clearly identified as AmeriCorps members, such as by wearing service gear with AmeriCorps logos during all service hours. The subgrantee is required to follow AmeriCorps State and National Grants Terms and Conditions (Exhibit E) in regard to identification as AmeriCorps program or member and the use of the AmeriCorps name and logo. Additionally, the subgrantee is to use the California Volunteers addendum (See Exhibit I), for requirements and recommendations for AmeriCorps California branding and messaging.

## 25. MEDIA COMMUNICATIONS
Subgrantees are required to get pre-approval for all press releases related to AmeriCorps California grants and use either the AmeriCorps template or include the required language. Requests for pre-approval must be sent to California Volunteers

at CVCommunications@cv.ca.gov. California Volunteers will be responsible for consulting AmeriCorps (the federal agency) as required.

In order to identify The subgrantee's program as an AmeriCorps California program administered by California Volunteers, all press releases, fact sheets, talking points and press interviews must:
- Include the AmeriCorps California and California Volunteers name and/or logo on all printed materials.
- Include the phrase, "*[Org Name] is a proud grantee of the AmeriCorps California program administered by California Volunteers, Office of the Governor.*"

Subgrantees must provide a copy of all materials or synopsis of interviews relating to the AmeriCorps grant or program to their designated California Volunteers program specialist. Please refer to the materials in **Contract Exhibit I** for further guidance and resources for media releases.


## 26. OTHER COMMUNICATIONS

To further identify The subgrantee program as an AmeriCorps program administered by California Volunteers, all printed materials must include the AmeriCorps California and California Volunteers names and/or logos. This includes, but is not limited to, recruitment brochures, orientation materials, curriculum, signs, banners and publications, except those specifically designed for fundraising activities. While not required, The subgrantee is strongly encouraged to also include the California Volunteers logo on any printed apparel.

All subgrantees must prominently display the AmeriCorps California logo on their AmeriCorps program webpage and include a link and the California Volunteers logo from the "home page" of their website to CaliforniaVolunteers.ca.gov. When providing information about their grant and/or program on their website, subgrantees must include the phrase, "*[Org Name] is a proud grantee of the AmeriCorps California program administered by California Volunteers, Office of the Governor.*"

As part of a broader effort to enhance member service experience, strengthen connection among members across programs and establish a shared service experience for all AmeriCorps members serving in California, California Volunteers may send communications to grantees and directly to members about service events, resources, trainings and post-service employment opportunities. All subgrantees must support member participation in these opportunities to the extent they do not prevent members from performing awarded grant service activities.

Docusign Envelope ID: 2C762401-862E-43B9-8DE6-57E6E5B270E86

California Volunteers and AmeriCorps utilize photos and stories of service to promote AmeriCorps programs and members. Subgrantees are strongly encouraged to provide California Volunteers any photos or member service stories that are appropriate for such usage. These materials may be used on www.CaliforniaVolunteers.ca.gov, the AmeriCorps website, or in other AmeriCorps or California Volunteers promotional materials.

California Volunteers encourages the use of social media platforms (such as Facebook, X (Twitter), LinkedIn, BlueSky and Instagram) to help promote the successes of AmeriCorps programs. Subgrantees are encouraged to provide California Volunteers with the social media handles (names) for all social media accounts of the program, so that California Volunteers can share program stories. Subgrantees are also encouraged to interact and engage with California Volunteers through social media outlets.

## 27. EMERGENCY PREPAREDNESS, RESPONSE, AND RECOVERY

AmeriCorps members are considered participants of the California Service Corps (CSC) administered by California Volunteers. As the lead state agency on volunteer management before, during, and after disasters, California Volunteers may redirect the service of AmeriCorps members to support disaster response and or recovery efforts as needed by the State of California. Waivers to this requirement will be considered on a case-by-case basis for programs that can demonstrate that this requirement would cause undue hardship or be otherwise unreasonable for reasons related to specific program design.

California Volunteers serves as the primary point-of-contact for AmeriCorps national service resources in California during times of disaster. Depending on the nature of the request, California Volunteers may ask members to activate or deploy to provide disaster response and recovery service.

California Volunteers has the following options for participation to allow for flexibility for program and incident needs:

**<u>Tier 1: Program Redirects Services in their Service Area</u>**
When there is an incident in the service area, programs are encouraged to work with community partners and redirect members to take on new service duties to meet needs that arise as a result of a state declared disaster.

Docusign Envelope ID: 2C762401-862E-43B9-8DE6-57E5EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 71 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 24 of 32

## Tier 2: State Activates Members in their Service Area

California Volunteers may activate members when the local jurisdiction requests help from the state. Members will participate in California Volunteers determined disaster response and recovery activities within their service area, defined as within 50 miles of a member's assigned service site. This may involve virtual service opportunities or in-person service opportunities. This may include service opportunities outside of the member's standard service hours or in place of their standard service duties. If members are activated by California Volunteers, service hours spent in response to that event may be counted towards the total required member hours of a given member. Additionally, costs associated with supporting the deployment of members to disaster service site(s) (e.g. mileage, staff supervision, living allowance, etc.) may be incurred against the AmeriCorps grant.

## Tier 3: State Deploys Members Outside of their Service Area

California Volunteers may deploy members when the local jurisdiction requests help from the state. Members deploy outside of their service area to participate in California Volunteers determined disaster response and recovery activities. Duties may include assisting organizations with: volunteer reception centers (ex: registering spontaneous volunteers, data entry), donations management (ex: sorting, inventorying and/or distributing donations), shelter operations, feeding, clean-up (mucking & gutting), and/or debris removal. Members deployed to support these activities will receive sufficient onsite training. If members are deployed by California Volunteers, service hours spent in response to that event may be counted towards the total required member hours of a given member. California Volunteers would be responsible for identifying resources to support any deployment costs that cannot be absorbed by the AmeriCorps grant if members are activated to support disaster response outside of their service area, defined as more than 50 miles outside of a member's original assigned service site.

California Volunteers recognizes that removing members from their typical projects and service areas has great impacts. The decision to do either will be made with the utmost care and when other resources are exhausted. When possible, California Volunteers will first seek members for deployment on a voluntary basis. When deploying members to serve outside of their service area, California Volunteers will first activate members who are enrolled in disaster services programs and/or those participating in the California Disaster Reserve Corps before enlisting the support of programs whose grant-funded activities are not disaster focused.

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 72 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 25 of 32

## 28. SUBCONTRACTS

The subgrantee may enter into subcontracts, if included in the approved budget, to carry out the provisions of this agreement.  Should the subgrantee enter into a subcontract, The subgrantee shall:

A. Remain liable for the performance of the terms and conditions of this Agreement.
B. Assure that subcontractors comply with the requirements set forth under (42 U.S.C. §9901 *et seq.*), as amended.
C. Provide to the State, within 60 days of contract execution, the subcontractor's name, address, telephone number, contact person, contract amount, and program description of each subcontract to this Agreement.
D. Require that subcontractors make all documents, papers, and records relevant to the work performed available to the State and/or Federal Granting Agency or their duly authorized representative for examination, copying, or mechanical reproduction on or off the premises of the subgrantee or subcontractor upon request during usual working hours.
E. Place in each of its subcontracts a provision that: "The contracting parties shall be subject to the examination and audit of the State Auditor General for a period of three years after final payment under this Agreement."
F. Notify the State in writing within thirty days if any subcontract under this Agreement is suspended or terminated. Additionally, in such notice the subgrantee shall identify how the suspension or termination will impact the subgrantee's budget and scope of work.
G. Provide written notice to each subcontractor within five days from the date this Agreement is terminated or the date the State suspends this Agreement.
H. Request of each subcontractor the certification required regarding Debarment and Suspension as stated in the AmeriCorps application, Certifications and Assurances, contained in Exhibit F.

Subgrantees must abide by the Transparency Act Award for reporting subawards and executive compensation as defined in the current Federal AmeriCorps Grant Terms & Conditions.

## 29. BUDGET AND PROGRAMMATIC CHANGES

A. **Budgetary Changes.** The subgrantee must obtain the prior written approval of CV before deviating from the approved budget included in Exhibit B in any of the following ways:

1) Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal awards at 2 CFR Parts 200 and 2205. Certain cost items in 2 CFR

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 73 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 26 of 32

Parts 200 and 2205 require approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2) Purchases of Equipment over $5,000 using award funds, unless specified in the approved application and budget.

3) Unless the AmeriCorps share of the award is $100,000 or less, changes to cumulative and/or aggregate budget line items that amount to 9.99% percent or more on either the federal or grantee share of the budget must be approved in writing in advance by CV. Any transfer funds among approved direct cost categories that result in the cumulative amount of such transfers exceeding 9.99% percent of the total budget will require CV to obtain approval from AmeriCorps before a program can make this change.

Exhibit G, "Resource and Reference Materials for Subgrantees" identifies resources available on the budget revision and approval process. Failure to receive prior approval for budget revisions may result in nonpayment of expenditures that did not receive prior approval and/or invoices being held until the budget changes are resolved. In addition, non-compliance will be noted in monitoring reviews and may become a factor in evaluating organizational capacity for future funding decision-making.

B. **Programmatic Changes.** The subgrantee must first obtain the prior approval of CV before making any of the following changes:

1) Changes to the approved Performance Measure Worksheets included in Exhibit A, whether or not they involve budgetary changes;

2) Changes to the approved Service Site Locations List included in Exhibit A whether or not they involve budgetary changes;

3) Entering into additional sub awards or contracts for AmeriCorps activities funded by the award, but not identified or included in the approved application and award budget.

4) Substantial changes in the level of member supervision;

5) Changes in Member terms of service or program slots. Specifically, changes in:

- awarded number of Member service year (MSY) positions
- the funding level of the award
- a Match Partner
- slot types
- a term of service for currently enrolled member
- the last day to enroll for a slot type

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-67E6E5B270E86

**C. Approvals of Programmatic and Budget Changes.** Programmatic and budget change requests must be approved by appropriate CV officials in writing. CV's Department of Finance and Administration is responsible for approval of all budget change requests as well as execution of contract amendments. All programmatic change requests will be approved by the AmeriCorps Department. Subgrantees should not assume approvals have been granted unless written documentation from appropriate CV officials has been received.

**D. Exceptions.** Upon notification to CV, subgrantees may make programmatic changes due to, or in response to, an officially-declared state or national disaster without written approval from CV. As soon as practicable, subgrantees making disaster-related programmatic changes must discuss the recordkeeping, member activities, performance measure adjustments, and other AmeriCorps award requirements with CV. While written approval from CV is not required before making disaster-related programmatic changes, CV reserves the right to limit or deny disaster-related programmatic changes.

## 30. CONTRACT CLOSEOUT & RECORD RETENTION

At the end of each program year the subgrantee will be required to provide CV with documentation of the completion of program and fiscal requirements for the grant. This allows both CV and the subgrantee to evaluate program management and review program compliance. This will be done using the Close Out Process in Salesforce. The contract closeout process should be initiated in Salesforce, 45 days after the end of member service. The subgrantee will attest to completing Member File closeout, exiting all members from eGrants (providing member roster), final progress reporting, and submittal and retention of comprehensive financial documents. Upon receipt of the final invoice, CV staff will verify that all programmatic requirements have been satisfied. The final invoice will not be paid until CV has approved all closeout documentation. Upon payment of the final invoice, CV will provide the subgrantee with a letter confirming that the contract has been closed. Once this letter has been issued, CV will de-obligate any balance of funds remaining in the grant and the subgrantee will not be able to access these funds. For more information on CV policies regarding contract closeout, please see Exhibit G, "Resource and Reference Materials for Subgrantees."

The subgrantee must retain and make available all financial records, supporting documentation, program desk review documents, performance measurement and evaluation data and reports, member records, and personnel records for at least seven years or three years from the date of submission of the final invoice for the final grant year of a three-year funding period. Please refer to the fiscal closeout letter for the actual retention requirement date. These records may be requested by CV,

Docusign Envelope ID: 2C762401-9625-43B9-8DE6-57E6EB270E86
Case 3:25-cv-02425-EMC    Document 77-1    Filed 01/09/26    Page 75 of 139

24ACIY32-C162
2025-2026 AmeriCorps CA Grant
Page 28 of 32

AmeriCorps, or in other federal audits at any time during the retention period. The subgrantee must provide documentation and participate in audits regardless of whether still operating an AmeriCorps program.

## 31. COMPLIANCE WITH RULES, REGULATIONS, AND PROCEDURES

Activities of Subgrantee with respect to this Agreement shall be conducted in accordance with pertinent Federal and State rules and regulations, including relevant Office of Management and Budget (OMB) circulars, and amendments thereto, and the AmeriCorps Regulations and Terms & Conditions attached as Exhibit E.

The subgrantee has full fiscal and programmatic responsibility for managing all aspects of the contract and contract-supported activities, subject to the oversight of the CV. The subgrantee is accountable to CV for its operation of the AmeriCorps program and the use of federal funds. The subgrantee shall notify the appropriate CV representative immediately of any developments or delays that have a significant impact on funded activities, any significant problems relating to the administrative or financial aspects of the grant, or any suspected misconduct or malfeasance related to the contract or Subgrantee. The subgrantee will inform CV of any corrective action taken or contemplated while performing the activities under this agreement. The subgrantee must notify CV and the Office of the Inspector General immediately of losses of federal funds or goods/services supported with federal funds, or when information discovered by someone at the program indicates that there has been waste, fraud or abuse, or any violation of criminal law at the program or at the sub-recipient.

## 32. ADDITIONAL GUIDANCE AND CLARIFICATION

California Volunteers may from time-to-time issue Grant Management Memos to subgrantees transmitting additional guidance and/or clarification on activities or requirements related to the management of this grant. The subgrantee agrees to comply with guidance issued in Grant Management Memos that apply to grants issued under this Agreement, and the terms and requirements of such Memos are and will be incorporated into this Agreement, as if set out in full herein. In instances where Grant Management Memos issued after this Agreement is signed conflict with this Agreement, the Grant Management Memo will take precedence.

## 33. PROVISIONS FOR FEDERALLY FUNDED CONTRACTS

It is mutually understood between the parties that this Agreement may have been written before ascertaining the availability of Congressional appropriation of funds and/or member positions, for the mutual benefit of both parties, in order to avoid program and fiscal delays which would occur if this Agreement were executed after that determination was made.

This Agreement is valid and enforceable only if the United States Government makes sufficient funds and/or AmeriCorps member positions available to the State for the purposes of this program.  In addition, this Agreement is subject to any additional restrictions, limitations, or conditions enacted by the Congress or any statute enacted by the Congress which may affect the provisions, terms, or funding of this Agreement in any manner.

It is mutually agreed that if the Congress does not appropriate sufficient funds and/or AmeriCorps member positions and if this reduces the amount of funds and/or AmeriCorps member positions available for this program, this Agreement shall be amended to reflect such reduction.

The State has the option to void this Agreement under the thirty-day (30) cancellation clause or to amend this Agreement to reflect any reduction of funds and/or AmeriCorps member positions.

## 34. STATE BUDGET CONTINGENCY CLAUSE

It is mutually agreed that if the Budget Act of the current year and/or any subsequent years covered under this Agreement does not appropriate sufficient funds for the program, this Agreement shall be of no further force and effect.  In this event, the State shall have no liability to pay any funds whatsoever to Contractor or to furnish any other considerations under this Agreement and Contractor shall not be obligated to perform any provisions of this Agreement.

If funding for any fiscal year is reduced or deleted by the Budget Act for purposes of this program, the State shall have the option to either cancel this Agreement with no liability occurring to the State or offer an agreement amendment to Contractor to reflect the reduced amount.

## 35. PROPERTY PURCHASED WITH STATE OR FEDERAL FUNDS

Subgrantee assures that all supplies, materials, equipment, or services purchased with funds provided by this Agreement shall be used solely for the activities allowed under this Agreement. All equipment, materials, supplies or property of any kind purchased from funds advanced, reimbursed or furnished by the State under the terms of this

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6E5B270E86

Agreement and not fully consumed in the performance of this Agreement shall be the property of the State and shall be subject to the State's administrative policies regarding disposition of equipment.

Subgrantee assures that it shall exercise due care in the use, maintenance, protection and preservation of State-owned property in Subgrantee's possession or any other property purchased by Subgrantee with State or Federal funds provided hereunder.

Subgrantee shall obtain prior written approval for the purchase or lease of equipment with either an acquisition cost of $10,000 or a useful life of one or more years unless such intent is listed and defined in Exhibit B "Budget" of this Agreement. However, prior written approval for the purchase or lease of vehicles and trailers must be obtained from the State in each instance.

## 36. ADDRESS FOR THE STATE

All invoices must be submitted via California Volunteers' Salesforce Grants Management System. For documents containing Personally Identifiable Information (PII), please notify California Volunteers prior to submission and we will provide a link to a secure folder for upload. For questions or clarification on how other notices, correspondence, and fiscal and programmatic reports should be submitted by subgrantee to the State, please reach out to your assigned Program Specialist. Anything that is mailed shall be made by deposit in the U.S.  Mail, first class, postage prepaid, and addressed as follows:

> **California Volunteers**
> **1400 10th Street**
> **Sacramento, CA 95814**

All notices shall be deemed effective upon receipt by the State.

## 37. AUDIT REPORTS

Funds provided under this Agreement shall be included in an audit conducted in accordance with the provisions of the Single Audit Act, as amended, 31 U.S.C. 7501, et seq., and 2 CFR Part 200, Subpart F.  See Exhibit E, AmeriCorps General Grant and Cooperative Agreement Term and Conditions, Section III, B4).

A. Private, non-profit contractors shall submit to the State one (1) copy of the required audit report within nine months of the end of The subgrantee's fiscal year. The audit reports are to be submitted to the following address:

**California Volunteers**
**Attention: AmeriCorps Fiscal Unit**
**1400 10th Street**
**Sacramento, CA 95814**

B.  Local governmental entities shall submit to the State one (1) copy of the required audit report within thirty (30) calendar days after the completion of the audit, but no later than one year after the end of the audit period.  The audit reports are to be submitted to the address stated above.

Local governmental agencies shall submit the required number of copies of the audit report in accordance with the guidelines set by the Division of Audits of the State Controller's Office.  Said reports are to be submitted to the following address:

**State Controller**
**Division of Audits**
**300 Capitol Mall, Fifth Floor**
**Sacramento, CA 95814**

Where services or funds under this Agreement are provided to, for, or by, a wholly owned, or wholly-controlled, subsidiary of Subgrantee, Subgrantee hereby provides assurance that an audit shall be performed of this subsidiary organization in accordance with this paragraph.  Said required audit report shall be made available to the State.

## 38. RIGHTS ON DATA

The State and AmeriCorps reserve the right to use and reproduce all reports, data produced and delivered and any other copyrightable material produced pursuant to this Agreement and reserves the right to authorize others to use or reproduce such materials.

## 39. DEFINITIONS

 **AmeriCorps:** AmeriCorps is the federal agency connecting individuals and organizations to tackle the nation's most pressing challenges. The AmeriCorps State and National service program to which this grant agreement is connected is funded under 42 U.S.C. sections 12571-12595 (Division C programs).

Docusign Envelope ID: 2C762401-862E-43B9-8DE6-57E6E5B270E86

**Contractor/Grantee/Subrecipient/Subgrantee:** for the purposes of this Agreement means the direct recipient of Federal Funds granted by the State through this grant award.  The terms and conditions of this grant award legally bind The subgrantee.

**Federal Government:** means AmeriCorps (the agency) or any other entity authorized by the Federal Government to administer the Federal Governments' national service grant program and to perform such other duties prescribed by law.

**State:** means California Volunteers or any other entity authorized by the State of California to administer the State's national service plan and national service grant program and to perform such other duties prescribed by law.

**2025 Terms and Conditions for AmeriCorps State and National Grants**

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the 2025 AmeriCorps General Terms and Conditions, are binding on the recipient**.

## Table of Contents

I.      CHANGES FROM THE 2024 AMERICORPS GRANT TERMS AND CONDITIONS ................................ 1

II.     DEFINITIONS ................................................................................................................................ 2

III.    AFFILIATION WITH THE AMERICORPS NATIONAL SERVICE NETWORK ................................ 3

IV.     MEMBER RECRUITMENT, SELECTION, AND EXIT ................................................................... 3

V.      SUPERVISION AND SUPPORT ........................................................................................... 5

VI.     CHANGES IN MEMBER POSITIONS ................................................................................... 10

VII.    RELEASE FROM PARTICIPATION ...................................................................................... 11

VIII.   LIVING ALLOWANCES, OTHER IN-SERVICE BENEFITS, AND TAXES ................................ 12

IX.     MEMBER RECORDS AND CONFIDENTIALITY ................................................................... 16

X.      BUDGET AND PROGRAMMATIC CHANGES ..................................................................... 17

XI.     REPORTING REQUIREMENTS ........................................................................................... 19

XII.    AWARD PERIOD AND INCREMENTAL FUNDING .............................................................. 20

XIII.   PROGRAM INCOME ......................................................................................................... 20

XIV.    SAFETY ............................................................................................................................ 21

XV.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING ............................................ 21

XVI.    DEVELOPING POLICIES AND PROCEDURES TRAINING FOR AMERICORPS STATE AND NATIONAL GRANTEES ................................................................................................... 21

XVII.   FIXED AMOUNT AWARDS ................................................................................................ 22

XVIII.  EVALUATION PLANS ........................................................................................................ 22

### I.      CHANGES FROM THE 2024 AMERICORPS GRANT TERMS AND CONDITIONS

- Replaced Portfolio Manager with AmeriCorps regional office staff throughout.
- Removed the Key Concepts of Financial Grants Management Training, moved to General Terms and Conditions.
- Removed the Fraud Awareness Training, moved to General Terms and Conditions.
- Section X.C. Increased the purchases of equipment threshold from $5,000 to $10,000.
- Section X.C. Changed the budget changes threshold from $100,000 to $250,000.
- Section XV. Updated the link to the NSCHC eCourse.

## II. DEFINITIONS

**A.** **Recipient** for the purposes of these terms and conditions, the direct recipient of this award. The recipient is legally accountable to AmeriCorps for the use of award funds, and/or member positions, and is bound by the provisions of the award. The recipient is responsible for ensuring that subrecipients or other organizations carrying out activities under this award comply with all applicable Federal requirements, including the AmeriCorps General Terms and Conditions, these specific terms and conditions, regulations applicable to the program, and the National and Community Service Act of 1990, as amended by the Serve America Act (NCSA).

**B.** **Planning Grant** for the purposes of these terms and conditions, is an award or subaward for the planning of a national service program. State Service Commissions may also award planning grants as part of their Formula Cost Reimbursement prime award. Planning grants do not include member positions. Planning grants are awarded for a maximum of one year.

**C.** **Subrecipient** refers to an organization receiving AmeriCorps award funds and/or member positions from a recipient of AmeriCorps funds. See 2 CFR § 200.93.

**D.** **Operating site** is defined as the organization that manages the AmeriCorps program and places members into service locations. State subrecipients (programs) are operating sites. National recipients must identify at least one operating site where they can assign service locations in the state where they are placing members.

**E.** **Program** refers to the activities supported under the award.

**F.** **Service Location** is the organization where or with which a member actually provides his or her service in the community. Typical service locations are schools, food banks, health clinics, community parks, etc. The service location may be the same as the operating site, but only if the member actually serves at or with the operating site organization. A member may serve at multiple service locations, all of which must be listed in the Portal, although the program must select only one for the member's primary assignment.

**G.** **Member or participant** is an individual:
1. Who has been selected by a recipient or subrecipient to serve in an approved national service position;
2. Who is a U.S. citizen, U.S. national, or lawful permanent resident alien of the United States;
3. Who is at least 17 years of age at the commencement of service unless the member is out of school and enrolled in a full-time, year-round youth corps or fulltime summer program as defined in the NCSA (42 U.S.C. § 12572 (a)(3)(B)(x)), in which case he or she must be between the ages of 16 and 25, inclusive, and
4. Who has received a high school diploma or its equivalent, agrees to obtain a high school diploma or its equivalent (unless this requirement is waived based on an individual education assessment conducted by the program) and the individual did not drop out of an elementary or secondary school to enroll in the program, or is

enrolled in an institution of higher education on an ability to benefit basis and is considered eligible for funds under 20 U.S.C. § 1091.

    **H.**    **NCSA** is the National and Community Service Act of 1990, as amended. See 42 U.S.C. § 12501-12657.

## III.   AFFILIATION WITH THE AMERICORPS NATIONAL SERVICE NETWORK

    **A.**    **Identification as an AmeriCorps Program or Member.** Recipients and subrecipients shall identify their programs or projects as AmeriCorps programs. All agreements with subrecipients, operating sites, or service locations, related to the AmeriCorps program must explicitly state that the program is an AmeriCorps program. Similarly, recipients and subrecipients shall identify all national service members serving in their programs AmeriCorps members.

    **B.**    The **AmeriCorps General Grant and Cooperative Agreement Terms and Conditions** contain all requirements for recognition of AmeriCorps Support.

## IV.   MEMBER RECRUITMENT, SELECTION, AND EXIT

Member recruitment and selection requirements are in AmeriCorps' regulations at 45 CFR § 2522.210 and Part 2540, subpart B. In addition, the recipient must ensure that the following procedures are followed:

    **A.**    **Member Listings/Position Descriptions in the My AmeriCorps Portal.** Programs must list all of their member listings/position descriptions by creating Service Opportunity Listings in the My AmeriCorps Portal.

    **B.**    **Application and Other Fees.** Charging an application or other fee to a prospective member to apply to serve as an AmeriCorps member is not allowed. Programs may charge application fees to prospective members who are applying to their educational institution or participating in their academic program if such fees are required of all applicants, but not for applying to serve as an AmeriCorps member. For National Service Criminal History Checks, AmeriCorps has allowed grant recipients to have applicants front the cost as long as applicants are reimbursed for the expense. This is for both applicants that are selected and those that are not.

    **C.**    **Enrollment of selected members.** The My AmeriCorps Portal is the mechanism through which programs enter and update member records, including enrolling a member and recording an individual's start date. Programs must enter applicants into the Portal prior to their first day of service and in sufficient time for AmeriCorps to automatically or manually verify an individual's Social Security Number and citizenship eligibility. Program staff must also certify that the applicant's required National Service Criminal History Check components are completed and adjudicated no later than the day before their first day of service. Applicants will not be permitted to enroll in the National Service Trust until full completion of all certifications including the NSCHC.

AmeriCorps expects member enrollments to be completed in the My AmeriCorps Portal no later than eight (8) days after the start date of the member. An individual is presumed to be an AmeriCorps member as of the start date reflected in the My AmeriCorps Portal. Programs are responsible for ensuring the data values they enter via the My AmeriCorps Portal are accurate and submitted within the required timeframes. AmeriCorps will rely on the information entered by programs via the My AmeriCorps Portal. The member's start of service date indicated on the Member Service Agreement/Contract should agree with the value entered into the My AmeriCorps Portal.

**D.**   **Notice to AmeriCorps' National Service Trust.** The recipient must notify AmeriCorps' National Service Trust, via the My AmeriCorps Portal, within 30 days of a member's completion of, suspension from, or release from a term of service. Suspension of service is defined as an extended period during which the member is not serving, nor accumulating service hours or receiving AmeriCorps benefits.  AmeriCorps members must complete their own enrollment and exit forms online in the My AmeriCorps Member Portal except in rare cases when the recipient program has received written approval to waive this requirement from the Director of AmeriCorps State and National or their designee.

The recipient also must notify the Trust, via the My AmeriCorps Portal, when a change in a member's term of service is approved and changed (i.e. from full-time to less than fulltime or vice versa).  Failure to report such changes within 30 days may result in sanctions to the recipient, up to and including, suspension or termination of the award. Recipients or subrecipients meet notification requirements by using the appropriate electronic system to inform AmeriCorps of changes within the required time frames.  Any questions regarding the Trust should be directed to the Hotline 1-(800) 942-2677.

**E.**   **Parental Consent.** Parental or legal guardian consent must be obtained for members under 18 years of age before members begin a term of service. Recipients may also include an informed consent form of their own design as part of the member service agreement materials.

**F.**   **Reasonable Accommodation.** Programs and activities must be accessible to persons with disabilities, and the recipient must provide reasonable accommodation for the known mental or physical disabilities of otherwise qualified members, service recipients, applicants, and staff. All selections and project assignments must be made without regard to the need to provide reasonable accommodation. As such, inquiries about the need for reasonable accommodation should take place after a member has been offered an AmeriCorps position. There may be additional funding available from AmeriCorps to offset the recipients' costs on a first come, first serve basis. Please email Accommodations@americorps.gov for more information.

**G.**   **Assigning Members to Service Locations.** The recipient is required to ensure that all operating sites and all service locations are entered in the My AmeriCorps Portal for all members within eight (8) calendar days of members' starting a term of service. The recipient is required to include the name of the organization, and the full address or zip plus-four of the service locations where each member will be serving.  If a member is serving at multiple service locations, the program must select as the site where the

4

member serves the majority of their hours as the member's primary assignment. However, all service locations must be listed in the Portal.

**H.    Completion of Terms of Service.** The recipient must ensure that each member has sufficient opportunity to complete the required number of hours of service to qualify for the education award. Members must be exited within 30 days of the end of their term of service. If this grant award expires or is not renewed, a member who was scheduled to continue in a term of service may either be placed in another program, where feasible, or if the member has completed at least 15% of the service hour requirement, the member may receive a pro-rated education award.

While programs have up to 30 days to report a member's completion of service, for those individuals intending to re-enroll in AmeriCorps, programs must exit the members before they can be re-enrolled in another term of service.

**I.    Member Exit.** In order for a member to receive an education award from the National Service Trust, the recipient must certify to the National Service Trust that the member has satisfactorily and successfully completed the term of service and is eligible to receive the education benefit. The recipient (and any individual or entity acting on behalf of the recipient) is responsible for the accuracy of the information certified on the end-of-term certification.

*Penalties for false information:* Any recipient who makes a materially false statement or representation in connection with the approval or disbursement of an education award or other payment from the National Service Trust may be liable for the recovery of funds and subject to civil sanctions. Any individual involved in making a materially false statement may be subject to criminal sanctions. If AmeriCorps determines that the certification of a member's hours is erroneous, the award recipient may be charged for any payment or potential payment from the National Service Trust. In assessing the amount of the charge, AmeriCorps shall consider the full facts and circumstances surrounding the erroneous or incorrect certification. (See 42 U.S.C. §12602a(b)).

## V.    SUPERVISION AND SUPPORT

**A.    Planning for the Term of Service.** The recipient must develop member positions that provide for meaningful service activities and performance criteria that are appropriate to the skill level of members. The recipient is responsible for ensuring that the positions do not include or put the AmeriCorps member in a situation in which the member is at risk for engaging in any prohibited activity (see 45 CFR § 2520.65), activity that would violate the nonduplication and nondisplacement requirements (see 45 CFR § 2540.100) or exceeding the limitations on allowable fundraising activity (see 45 CFR § 2520.40.45). The recipient must accurately and completely describe the activities to be performed by each member in a position description. Position descriptions must be provided to AmeriCorps upon request. The recipient must ensure that each member has sufficient opportunity to complete the required number of hours to qualify for an education award. In planning for the member's term of service, the recipient must account for holidays and other time off and must provide each member with sufficient opportunity to make up missed hours.

**B.    Member Service Agreements.** The recipient must require that each member sign a member service agreement that includes, at a minimum, the following:

1.    Member position description;
2.    The minimum number of service hours (as required by statute) and other requirements (as developed by the recipient) necessary to successfully complete the term of service and to be eligible for the education award;
3.    The amount of the education award to be provided upon successful completion of the terms of service in which the individual is enrolling;
4.    Standards of conduct, as developed by the recipient or subrecipient;
5.    The list of prohibited activities, including those specified in the regulations at 45 CFR § 2520.65 (see paragraph C, below);
6.    The text of 45 CFR § 2540.100(e)-(f), which relates to Nonduplication and Nondisplacement;
7.    The text of as 45 CFR § 2520.40 and 45 CFR § 2520.45, which relates to fundraising by members;
8.    Requirements under the Drug-Free Workplace Act (41 U.S.C. § 701 et seq.);
9.    Civil rights requirements, complaint procedures, and rights of beneficiaries;
10.   Suspension and termination rules;
11.   The specific circumstances under which a member may be released for cause;
12.   Grievance procedures; and
13.   Other requirements established by the recipient.

The recipient should ensure that the service agreement is signed on or before commencement of service however, the effective date will not precede the member's enrollment in the AmeriCorps Portal.

**C.    Prohibited Activities.** While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps program or AmeriCorps, staff and members may not engage in the following activities (see 45 CFR § 2520.65):

1.    Attempting to influence legislation;
2.    Organizing or engaging in protests, petitions, boycotts, or strikes;
3.    Assisting, promoting, or deterring union organizing;
4.    Impairing existing contracts for services or collective bargaining agreements;
5.    Engaging in partisan political activities, or other activities designed to influence the outcome of an election to any public office;
6.    Participating in, or endorsing, events or activities that are likely to include advocacy for or against political parties, political platforms, political candidates, proposed legislation, or elected officials;
7.    Engaging in religious instruction, conducting worship services, providing instruction as part of a program that includes mandatory religious instruction or worship, constructing or operating facilities devoted to religious instruction or worship, maintaining facilities primarily or inherently devoted to religious instruction or worship, or engaging in any form of religious proselytization;

6

8. Providing a direct benefit to—

    a. A business organized for profit;

    b. A labor union;

    c. A partisan political organization;

    d. A nonprofit organization that fails to comply with the restrictions contained in section 501(c)(3) of the Internal Revenue Code of 1986 related to engaging in political activities or substantial amount of lobbying except that nothing in these provisions shall be construed to prevent participants from engaging in advocacy activities undertaken at their own initiative; and

    e. An organization engaged in the religious activities described in paragraph C.7. above, unless AmeriCorps assistance is not used to support those religious activities;

9. Conducting a voter registration drive or using AmeriCorps funds to conduct a voter registration drive;

10. Providing abortion services or referrals for receipt of such services;

11. Any activity prohibited by applicable Executive Order/Memorandum; and,

12. Such other activities as AmeriCorps may prohibit.

In addition to the above listed activities, the activities listed below are expressly prohibited:

**Census Activities.** AmeriCorps members and volunteers associated with AmeriCorps grants may not engage in census activities during service hours. Being a census taker during service hours is categorically prohibited. Census-related activities (e.g., promotion of the Census, education about the importance of the Census) do not align with AmeriCorps State and National objectives. What members and volunteers do on their own time is up to them, consistent with program policies about outside employment and activities.

**Election and Polling Activities.** AmeriCorps members may not provide services for election or polling locations or in support of such activities.

AmeriCorps members may not engage in the above activities directly or indirectly by recruiting, training, or managing others for the primary purpose of engaging in one of the activities listed above. Individuals may exercise their rights as private citizens and may participate in the activities listed above on their initiative, on non-AmeriCorps time, and using non- AmeriCorps funds. Individuals should not wear the AmeriCorps logo while doing engaging in any of the above activities on their personal time.

All locations where members serve should post a list of the prohibited activities, when possible.

**D.**   **Supervision.** The recipient must provide members with adequate supervision by qualified supervisors consistent with the approved program design. The recipient must conduct an orientation for all members: orientation must provide training on prohibited activities

during AmeriCorps service hours, and compliance with any pre-service orientation or training required by AmeriCorps. The recipient must ensure that no more than 20 percent of the aggregate of all AmeriCorps member service hours are spent in education and training activities as set forth in [45 CFR § 2520.50](#).

**E.     Teleservice.** AmeriCorps State and National recognizes the COVID-19 pandemic changed the landscape of work and service in our communities across the country in a permanent manner. ASN also recognizes that adapting to the changing nature of work/service is necessary as the program moves forward, while it maintains and upholds its program's place-based element of service and limits risk.

The following guidance is provided for those situations in which a grantee determines that teleservice is appropriate or when a number of a member's service hours can properly be accrued through teleservice. Teleservice is appropriate only when the activity can be meaningfully supervised, and the hours verified independently. If a grantee or subgrantee determines that its AmeriCorps members will be allowed to teleserve, the grantee must establish a policy that addresses the following:

- Written authorization of teleservice in advance
- Expectations of the communication requirements between supervisors and teleserving members
- Mitigation of the increased risk of time and attendance abuse
- Appropriate supervision including validation of the activities to be performed, and
- Verification of hours claimed

Further, the grantee should consider updating its insurance coverage to address legal liability attribution (for the grantee or teleserving member) for incidents that occur during teleservice.

Grantee or subgrantees should be aware that their staff may be subject to legal sanctions for erroneously certifying that AmeriCorps members have sufficient valid service hours to complete their terms of service. In addition, there are legal penalties for knowingly submitting false claims to the government.

Remote service is NOT permitted under the AmeriCorps State and National program. Remote service is defined as an arrangement in which an AmeriCorps State and National member is not located within the commuting area of the geographic community where the service is to occur and is not expected to be physically present at the service site and/or community events.

Virtual service sites are NOT permitted under the AmeriCorps State and National Program. Virtual service sites refer to organizations that do not have a physical location.

No additional approvals are required by the Office of Regional Operations for such arrangements. However, if ASN grantees decide to allow teleservice, they must establish a teleservice policy, be able produce it upon request, and demonstrate fidelity with the policy.

Please refer to 2023.01: AmeriCorps State and National  Guidance – Teleservice and
2023.04: AmeriCorps State and National Guidance – Teleservice Exceptions.

F.    **AmeriCorps Members as Team Leaders.** Programs may create positions where
AmeriCorps members provide an additional layer of leadership and support for members
under certain conditions. All the activities and prohibitions that apply to AmeriCorps
members also apply to Team Leaders. Team Leaders are not permitted to act in a staff
capacity, including supervising members. Team Leaders must not be responsible for
program development and coordination; however, they may assist by providing
information and resources on best practices or by helping to develop portions of the
program such as the training curriculum. Under no circumstances should an AmeriCorps
member serving as a Team Leader be the individual legally responsible for the program or
other members.

The Team Leader position description should emphasize activities that involve the
member(s) in performing direct service or providing support to members engaged in
direct service. Unallowable Team Leader activities include: signing member timesheets;
evaluating member performance; disciplining AmeriCorps members; enrolling/dismissing
AmeriCorps members; writing and/or signing program reports; managing the program's
payroll and budget.

G.    **Performance Reviews.** The recipient must conduct and keep a record of at least a
midterm and an end-of-term written evaluation of each member's performance for fulltime
members and an end-of-term written evaluation for all less-than-full-time members. The
end-of-term evaluation should address, at a minimum, the following factors:

1.    Whether the member has completed the required number of hours;
2.    Whether the member has satisfactorily completed assignments; and
3.    Whether the member has met other performance criteria that were clearly
communicated at the beginning of the term of service.

H.    **Timekeeping.** The recipient is required to ensure that time and attendance
recordkeeping is conducted by the AmeriCorps member's supervisor. This time and
attendance record is used to document member eligibility for in-service and post service
benefits. The recipient must have a timekeeping system that is compliant with 2 CFR §
200.430; however, because AmeriCorps members are National Service Participants and
not employees per 45 CFR 2510.20, there is not an expectation that the recipient track
time beyond a member's AmeriCorps service. If a recipient engages an AmeriCorps
member in other Federal grant activities as an employee, the member and supervisor
must certify, under penalty of perjury, that the member is not double counting their time,
duplicating, displacing, or supplanting the other Federal grant activities, as outlined in 45
CFR 2540. If a Professional Corps program wants to follow the timekeeping practices of its
profession and certify that members have completed the minimum required hours,
excluding sick and vacation days, it must get advance written approval from AmeriCorps
via a special condition on an amendment.  If a State Commission Formula-funded
Professional Corps program wants to follow the timekeeping practices of its profession

and certify that members have completed the minimum required hours, excluding sick and vacation days, it must get advance written approval from the State Commission.

**I.**  **Jury Duty.** The grantee must allow AmeriCorps members to serve on a jury without being penalized for doing so. During the time AmeriCorps members serve as jurors, they should continue to receive credit for their normal service hours, a living allowance, healthcare coverage and, if applicable, childcare coverage regardless of any reimbursements for incidental expenses received from the court.

**J.**  **Member Death or Injury.** The recipient must immediately report any member deaths or serious injuries to the designated AmeriCorps Regional staff.

## VI.  CHANGES IN MEMBER POSITIONS

**A.**  **Changes that Require AmeriCorps Approval.** Circumstances may arise within a program that necessitate changing the type of unfilled AmeriCorps member positions awarded to a recipient or subrecipient or changing the term of service of a currently enrolled member. Note that once a member is exited with a partial education award, the remaining portion of that education award is not available for use. The following changes require written approval from AmeriCorps' Office of Grant Administration as well as written approval and concurrence from the State Commission or Direct (including National Direct, State Direct, Tribal, Territory Direct, or Education Award Only (EAP)) recipient:

1.  A change in the number of member service year (MSY) positions in the award and
2.  A change in the funding level of the award.

**B.**  **Changing Types of Unfilled member positions.** Recipients or subrecipients may change the type of member positions awarded to their program if:

1.  The change does not increase the total MSYs authorized in the Notice of Grant Award (e.g. one half-time position cannot be changed to one full-time position); and
2.  The change does not result in an increase in the aggregate value of the education award.

Changes in the above types of member positions may be made by the recipient directly in the My AmeriCorps Portal.

**C.**  **Changing a Term of Service for an enrolled Member.** Changes in terms of service for enrolled members may not result in an increased number of MSYs for the program.

1.  Full-time.  State Commissions and National Direct Organizations may authorize or approve occasional changes of currently enrolled full-time members to less than fulltime members. Impact on program quality should be factored into approval of such requests. AmeriCorps -provided or funded healthcare or childcare costs are not available for less than full-time members unless they are serving in a full-time capacity (see section VIII.D. and E.). Recipients and subrecipients may not transfer

10

currently enrolled full-time members to a less than full-time status simply to provide the member a less than full-time education award.

2.  Less than Full-time.  AmeriCorps discourages changing less than full-time members to full-time because it is very difficult to manage, unless done very early in the member's term of service. State Commissions and Direct recipients (including National Direct, State Direct, Tribal, Territory Direct, and Education Award Only recipients) may authorize or approve such changes so long as their current budget can accommodate such changes. Programs must keep in mind that a member's minimum 1700 hours must be completed within 12 months of the member's original start date.

**D.    Refilling Member Position.** With the exception of recipients whose awards have special conditions under 2 CFR § 200.208 or 200.339, AmeriCorps State and National programs that have fully enrolled their awarded member positions are allowed to replace any member who terminates service before completing 30 percent of his/her term provided that the member who is terminated is not eligible for and does not receive a pro-rated education award.  Programs may not refill the same member position more than once.

As a fail-safe mechanism to ensure that resources are available in the National Service Trust to finance all earned education awards, AmeriCorps will suspend refilling if either:

1.  Total AmeriCorps enrollment reaches 97 percent of awarded member positions; or
2.  The number of refills reaches five percent of awarded member positions.

Refill member positions may not be transferred between operating sites. Refilled member positions may not be combined with unfilled member positions.

**E.    Formula and State Competitive Award Member Position Transfers.** State commissions are allowed to transfer member positions (i.e., slots) among their state formula and competitive subrecipients within a given prime grant in order to maximize enrollment and cost effectiveness without prior approval.  State commissions may not transfer member positions between competitive and formula subrecipients, or vice-versa.  State commissions may not transfer funds among their competitive subrecipients.

Moving member positions from one formula prime grant to another formula prime grant requires prior approval, via amendments to both prime grants.

**F.    Notice to Childcare and Healthcare Providers.**  Recipients and subrecipients must immediately notify AmeriCorps' designated agents, in writing, when a member's status changes in a manner that affects their eligibility for childcare or healthcare.  See Section VIII.D.

## VII.    RELEASE FROM PARTICIPATION

Recipients may release members from participation for two reasons: (a) for compelling personal circumstances; and (b) for cause. See 45 CFR § 2522.230 for requirements. Whether the reason for the release amounts to circumstances beyond the member's control is determined by the

grant recipient, consistent with the criteria listed in 45 CFR § 2522.230(a). Failure to follow the requirements set forth in regulation (e.g., releasing an individual for a non-compelling personal circumstance, such as when the individual is leaving to go to school) is considered non-compliance with award requirements and may result in disallowed costs and other remedies for non-compliance. The recipient should retain the documentation supporting its determination that release for compelling personal circumstances is warranted.  In addition to the regulations, the following applies:

***No Automatic Disqualification if Released for Cause:*** A release for cause covers all circumstances in which a member does not successfully complete their term of service for reasons other than compelling personal circumstances. Therefore, it is possible for a member to receive a satisfactory performance review and be released for cause.  For example, a member who is released for cause from a first term–e.g. the individual has decided to take a job offer–but who otherwise performed well would not be disqualified from enrolling for a subsequent term as long as the individual received a satisfactory performance evaluation for the first period of service.

***Compelling Personal Circumstance for Pregnancy/Childbirth:*** Pregnancy and/or childbirth could be determined by the grantee to be compelling personal circumstances if the member requests it.  The program cannot require a member to justify wanting to leave a term of service for pregnancy. Likewise, a program cannot require that a member leave their term of service due to a pregnancy. A full-time member might qualify under the Family Medical Leave Act if the member is covered, or the program could suspend the member so that the member can return some time in the future (within 2 years) to complete their term of service.

## VIII.   LIVING ALLOWANCES, OTHER IN-SERVICE BENEFITS, AND TAXES

*AmeriCorps encourages grantees and sponsors to provide additional benefits to members (beyond living allowance) to the greatest extent possible, consistent with the national and community service laws and the agency's rules, notwithstanding any previously issued agency guidance to the contrary.*

Requirements related to member living allowances and benefits are in 45 CFR § 2522.240 and 2522.250. In addition, recipients must ensure that the following procedures are followed:

**A.     Allowance Distribution.** A living allowance is not a wage. Recipients must not pay a living allowance on an hourly basis. Recipients should pay the living allowance in regular increments, such as weekly or bi-weekly, paying an increased increment only on the basis of increased living expenses such as food, housing, or transportation. Payments should not fluctuate based on the number of hours served in a particular time period and must cease when the member's service ceases.

If a member serves all required hours and is permitted to conclude their term of service before the originally agreed upon end of term, the recipient may not provide a lump sum payment to the member. Similarly, if a member is selected after the program's start date, the recipient must provide regular living allowance payments from the member's start date and may not increase the member's living allowance incremental payment or provide a lump sum to make up any missed payments.

Education Award Program Fixed Amount awards (EAPs) may provide a living allowance or other in-service benefits to their members, but are not required to do so. Full-cost and other Fixed Amount recipients must provide a living allowance and other benefits to their full-time members.

**B.    Waiving the Living Allowance.**  If a living allowance is paid, a member may waive all or part of the payment of a living allowance if, for example, they believe their public assistance may be lost or decreased because of the living allowance. Even if a member waives their right to receive the living allowance, it is possible—depending on the specific public assistance program rules—that the amount of the living allowance that the member is eligible to receive will be deemed available.  A member who has waived the living allowance may revoke the waiver at any time and may begin receiving the living allowance going forward from the date the individual revoked the waiver. A member may not receive any portion of the living allowance for the period of time the living allowance was waived.

**C.    Taxes and Insurance.**

1.    Liability Insurance Coverage.  The recipient is responsible for ensuring adequate general liability coverage for the organization, employees, and members, including coverage of members engaged in on- and off-site project activities.

2.    FICA (Social Security and Medicare taxes).  Unless the recipient obtains a ruling from the Social Security Administration or the Internal Revenue Service that specifically exempts its AmeriCorps members from FICA requirements, the recipient must pay FICA for any member receiving a living allowance. The recipient also must withhold 7.65% from the member's living allowance.

3.    Income Taxes.  The recipient must withhold Federal personal income taxes from member living allowances, requiring each member to complete a W-4 form at the beginning of the term of service and providing a W-2 form at the close of the tax year.  The recipient must comply with any applicable state or local tax requirements.

4.    Worker's Compensation.  Some states require worker's compensation for AmeriCorps members.  Recipients must check with State Departments of Labor or state commissions to determine worker's compensation requirements.  If worker's compensation is not required, recipients must obtain Occupational, Accidental, and Death and Dismemberment coverage for members to cover in- service injury or incidents.

5.    Unemployment Insurance. The U.S. Department of Labor ruled on April 20, 1995, that federal unemployment compensation law does not require coverage for members because no employer-employee relationship exists. The grantee may not charge the cost of unemployment insurance taxes to the grant unless mandated by state law. Programs are responsible for determining the requirements of state law by consulting their State Commission, legal counsel, or the applicable state agency.

**D.** **Healthcare Coverage.**  Except for EAPs, Professional Corps, or members covered under a collective bargaining agreement, the recipient must provide, or make available, healthcare insurance to those members serving a 1700-hour full-time term who are not otherwise covered by a healthcare policy at the time the member begins their term of service. The recipient must also provide, or make available, healthcare insurance to members serving a 1700-hour full-time term who lose coverage during their term of service as a result of service or through no deliberate act of their own. AmeriCorps will not cover healthcare costs for dependent coverage.

Less-than-full-time members who are serving in a full-time capacity for a sustained period of time (e.g. a full-time summer project) are eligible for healthcare benefits.  Programs may provide health insurance to less-than- full-time members serving in a full-time capacity, but they are not required to do so. For purposes of this provision, a member is serving in a full-time capacity when his/her regular term of service will involve performing service on a normal full-time schedule for a period of six weeks or more.  A member may be serving in a full-time capacity without regard to whether his/her agreed term of service will result in a full-time Segal AmeriCorps Education Award.

Any of the following health insurance options will satisfy the requirement for health insurance for full-time AmeriCorps members (or less than fulltime members serving in a full-time capacity): staying on parents' or spouse plan; insurance obtained through the Federal Health Insurance Marketplace of at least the Bronze level plan; insurance obtained through private insurance broker; Medicaid, Medicare, or military benefits.  AmeriCorps programs purchasing their own health insurance for members must ensure plans are minimum essential coverage (MEC) and meet the requirements of the Affordable Care Act.

On Friday May 2, 2014, the U.S. Department of Health and Human Services (HHS) announced a Special Enrollment Period (SEP) for members in AmeriCorps State and National programs, who are not provided health insurance options or who are provided short-term limited duration coverage or self-funded coverage not considered MEC. Members in the AmeriCorps State and National programs and their dependents in the Federally facilitated Marketplace (FFM) are eligible to enroll in Marketplace coverage when they experience the following triggering events:
• On the date they begin their service terms; and
• On the date they lose any coverage offered through their program after their service term ends. (Source: 45 CFR § 155.420(d)(9)).

Members have 60 days from the triggering event to select a plan.

Coverage effective date is prospective based on the date of plan selection. Members can also visit healthcare.gov and https://www.cms.gov/CCIIO/Resources/Regulations-and-Guidance/Downloads/SEP-and-hardship-FAQ-5-1-2014.pdf for additional information about special enrollment periods.

If coverage is being provided via the Healthcare Marketplace, and thus third-party payment is not an option, programs must develop a process to reimburse members for

Docusign Envelope ID: 2C762401-962E-43B9-8DE6-57E6EB270E86

monthly premiums. Reimbursements for health insurance premiums are considered taxable income for the member, and programs must have a way to document such reimbursements.

**E.     Temporary Leave, Healthcare, and Benefits.** If temporary leave is appropriate, grantees have the flexibility to determine the duration of the absence and may choose to continue providing health or other benefits to the member during the period of absence. The member may be suspended (via compelling personal circumstances) during the period of temporary leave. If suspended, the member may not receive a living allowance.

The length of the leave should be based on two considerations: (1) the circumstances of the situation; and (2) the impact of the absence on the member's service experience and on the overall program. If the disruption would seriously compromise the member's service experience or the quality of the program as a whole, then the grantee may offer the member the option of rejoining the program in the next class or completely withdrawing from the program.

The Federal Family Medical Leave Act, (FMLA) applies to full-time staff and members that have served for more than 12 months and at least 1,250 hours when the grantee has 50 or more employees/members at a work/service site per 29 U.S.C. 2611. See 42 U.S.C. 12631; 45 CFR § 2540.220.

**F.     Administration of Childcare Payments.** In general, AmeriCorps will provide for childcare payments, which will be administered through an outside contractor. Requirements and eligibility criteria are in the AmeriCorps regulations, 45 CFR § 2522.250.  AmeriCorps will not cover childcare costs for members who serve on a less than full-time basis for a sustained period of time, or who have ceased serving. Programs may provide childcare to less-than-full-time members serving in a full-time capacity, but they are not required to do so. Recipients that choose to provide childcare and will claim the costs of childcare as matching costs, as approved in their budget, may contact the childcare contractor for technical assistance. The criteria for member eligibility are contained in 45 CFR § 2522.250. Also, see the AmeriCorps Childcare Benefits Program website (https://americorpschildcare.com/) for more detailed information on childcare benefits.

**G.     Notice to Childcare Benefit Administrator and Providers.** The program must notify AmeriCorps' designated agents in writing within five business days after a member's status changes in a manner that affects the member's eligibility for childcare. After five days, the recipient will be liable for any erroneous payments made to a childcare provider for an AmeriCorps member ineligible to receive AmeriCorps childcare benefits. Examples of changes in status include: changes to a member's scheduled service so that they are no longer serving on a full-time basis, terminating or releasing a member from service, suspending a member for cause for a lengthy or indefinite time period, temporarily suspending a member for cause and/or other disciplinary actions, and/or any other change in the member's service status that could have an impact on childcare benefit eligibility. Program directors should contact the childcare provider on childcare related changes.

15

**H.    Time off for Members Serving in the Armed Forces Reserves.** Generally, the Reserve Components of the U.S. Army, U.S. Navy, U.S. Air Force, U.S. Marine Corps, U.S. Coast Guard, the Army National Guard, and the Air National Guard require reservists to serve one weekend a month (inactive duty/Drill) plus 12 to 15 days a year (hereafter referred to as the two-week active duty service). To the extent possible, grantees should seek to minimize the disruption in members' AmeriCorps service as a result of discharging responsibilities related to their reservist duties. If members have a choice of when to fulfill their annual two-week active duty requirement, they should do so when it will not disrupt their AmeriCorps service. In instances where the dates of active duty are inflexible and conflict with AmeriCorps service, members should be granted a leave of absence for the two-week period of active duty service in the Reserves. Grantees should continue to pay the living allowance and provide health care and childcare coverage for the two-week period of active duty.

Grantees should credit members for AmeriCorps service hours during their two weeks of active duty service in the Reserves if it occurs during their AmeriCorps service. The member would receive credit for the number of hours they would have served during that period had there been no interruption. For example, if a full-time member is signed up to serve 30 hours of AmeriCorps service one week and 40 hours of AmeriCorps service on the following week, they would receive 70 hours of AmeriCorps service credit for the two weeks of active duty service regardless of the actual number of hours served in the Reserves. For a Reservist/Guard member serving more than two weeks active duty in a year, a grantee may elect to provide an extension to the leave of absence period on a case-by-case basis, after consultation with AmeriCorps. No AmeriCorps service credit is earned for the once-a-month weekend (inactive duty/Drill) service in the Reserves.

Reservists in the U.S. Armed Forces receive compensation for their mandatory two weeks of active duty service. The compensation regulations governing the Army and Air National Guard may vary by state.

## IX.    MEMBER RECORDS AND CONFIDENTIALITY

**A.    Recordkeeping.** The recipient must maintain records, including the position description, sufficient to establish that each member was eligible to participate, and that the member successfully completed all program requirements. A program may store member files electronically and use electronic signatures if the program can ensure the validity and integrity of the record and signature is maintained.

The program's electronic storage procedures and system must provide for the safekeeping and security of the records, including:

1.    Sufficient prevention of unauthorized alterations or erasures of records;
2.    Effective security measures to ensure that only authorized persons have access to records;
3.    Adequate measures designed to prevent physical damage to records; and
4.    A system providing for back-up and recovery of records; and

The electronic storage procedures and system provide for the easy retrieval of records in a timely fashion, including:

1.    Storage of the records in a physically accessible location;
2.    Clear and accurate labeling of all records; and
3.    Storage of the records in a usable, readable format.

**B.    Verification of Eligibility.** Unless an individual's social security number and citizenship are verified through the My AmeriCorps Portal, the recipient must obtain and maintain documentation as required by 45 CFR § 2522.200(c). Programs that receive notice that one of their members was not verified – either the member's social security number or their citizenship was not verified – must provide the requested documentation to AmeriCorps or they will not be able to enroll the applicant in the program.  Enrolling in the My AmeriCorps Portal requires members to certify their high school status. Such certification fulfills the recipient's verification requirement to obtain and maintain documentation from the member relating to the member's high school education.  If the member is incapable of obtaining a high school diploma or its equivalent, as determined by an independent evaluation, the recipient must retain a copy of the supporting evaluation.

**C.    Confidential Member Information.** The recipient must maintain the confidentiality of information regarding individual members. The recipient must obtain the prior written consent of all members before using their names, photographs, and other identifying information for publicity, promotional or other purposes.  Recipients may release aggregate and other non-identifying information and are required to release member information to AmeriCorps and its designated contractors. The recipient must permit a member who submits a written request for access to review records that pertain to the member and were created pursuant to this award.

**D.    National Service Criminal History Check.** The specific requirements of the National Service Criminal History Check, including the timing and recordkeeping requirements, are specified at 45 CFR § 2540.200-207. See also https://americorps.gov/grantees-sponsors/history-check for more information on how to correctly conduct and document the NSCHC. You must maintain documentation of the NSCHC, including the results or summary of the component checks.  Failure to adhere to the NSCHC requirements may result in sanctions, including disallowance of all or part of the costs associated with the non-compliance or other remedies that may be legally available (see 2 CFR § 200.339). Recipients or subrecipients of AmeriCorps planning grants, defined at 45 CFR § 2521.20, are not included as entities required to comply with NSCHC listed under 45 CFR § 2540.200.

# X.    BUDGET AND PROGRAMMATIC CHANGES

**A.    Programmatic Changes.** The recipient must first obtain the prior written approval of the AmeriCorps Regional staff before making any of the following changes (1-3):

1.    Changes in the scope, objectives, or goals of the program, whether or not they involve budgetary changes;

2.    Substantial changes in the level of member supervision;
3.    Entering into additional sub awards or contracts for AmeriCorps activities funded by the award, but not identified or included in the approved application and award budget.

Upon notification to the AmeriCorps Regional staff., recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the record keeping, member activities, performance measure adjustments, and other AmeriCorps award requirements with the AmeriCorps Regional staff. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

**B.    Program Changes for Formula Programs.** State Commissions are responsible for approving the above changes for state formula programs.

**C.    Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Office of Grant Administration before deviating from the approved budget in any of the following ways:

1.    Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal awards at 2 CFR Parts 200 and 2205. Certain cost items in 2 CFR Parts 200 and 2205 require approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.
2.    Purchases of Equipment over $10000 using award funds, unless specified in the approved application and budget.
3.    Unless the AmeriCorps share of the award is $250,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

**D.    Approvals of Programmatic and Budget Changes.** AmeriCorps' Regional staff are the only officials who have the authority to alter or change the terms and conditions or requirements of the award. Regional staff will execute written amendments, and recipients should not assume approvals have been granted unless documentation from the Office of Grant Administration (OGA) has been received via a Notice of Grant Award. Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the AmeriCorps' Regional staff.

**E.    Exceptions for Fixed Amount Awards.** Recipients with Fixed Amount awards are not subject to the requirements in Section C., Budgetary Changes, above.

## XI.    REPORTING REQUIREMENTS

This section applies only to the recipient.  The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final programmatic and financial report.  The recipient is responsible for setting submission deadlines for its respective subrecipients that ensure the timely submission of recipient reports.

**A.    Project Progress Reports.**  The recipient shall complete and submit annual project progress reports (PPRs) in AmeriCorps' Grants Management System to report on progress toward achievement of its approved performance targets.

For AmeriCorps program grants (grants that include member positions), the Project Progress Report schedule is as follows:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| November 29 | Start of award year through September 30 |

AmeriCorps planning grants awarded directly by AmeriCorps submit only a Final Project Progress Report (see section F).

**B.    Financial Reports.**  The recipient shall complete and submit financial reports in AmeriCorps' Grants Management System to report the status of all funds.  The recipient must submit timely cumulative financial reports in accordance with AmeriCorps guidelines according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| April 30 | Start of award through March 31 |
| October 30 | April 1 – September 30 |

AmeriCorps planning grants awarded directly by AmeriCorps submit only a Final Financial Report (see section E).

**C.    Reporting Other Federal Funds.** The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This includes other federal funds expended by subrecipients and operating sites and claimed as match. This information shall be reported annually on the financial report due October 30 or at the time the final financial report is submitted if the final report is due prior to October 30. Fixed Amount recipients are not required to report this information.

**D.    Requests for Extensions.** Each recipient must submit required reports by the given dates. Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, legitimately beyond the control of the recipient; and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for financial reports may only be granted by the AmeriCorps Regional staff., and extensions of deadlines for progress reports may only be granted by the AmeriCorps Regional staff.

**E.**   **Final Financial Reports.** Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in AmeriCorps' Grants Management System. This final financial report is due no later than 120 days after the end of the project period.

**F.**   **Final Project Progress Reports.** A recipient must submit, in addition to the last annual project progress report, a final project progress report. This final report is due no later than 120 days after the end of the period of performance.

**G.**   **Financial Reports for Fixed Amount Awards.** Fixed Amount recipients are not required to submit financial reports to AmeriCorps, including the final financial report.

## XII.   AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period. In approving a multiyear project period, AmeriCorps generally makes an initial award for the first year of operation. Additional funding is contingent upon satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations.  AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

A planning grant covers a one-year project period.

The member enrollment period is the time period during which a program may enroll individuals as AmeriCorps members. The enrollment period for subrecipients and operating sites may not exceed one year.

## XIII.   PROGRAM INCOME

**A.**   **General.** Income, including fees for service earned as a direct result of the award-funded program activities during the award period, must be retained by the recipient and used to finance the award's non- AmeriCorps share.

**B.**   **Excess Program Income.** Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR Part 200 and be deducted from total claimed costs. Recipients that earn excess income must specify the amount of the excess in the comment box on the financial report.

C.    **Fees for Service.** When using assistance under this award, the recipient may not enter into a contract for or accept fees for service performed by members when:

1.    The service benefits a for-profit entity,
2.    The service falls within the other prohibited activities set forth in these award provisions, or
3.    The service violates the provisions of 42 U.S.C. § 12637 – Nonduplication and Nondisplacement.

D.    **Full-Cost and Professional Corps Fixed Amount Awards.**  The recipient must notify its AmeriCorps Regional staff if it earns program income in excess of the amounts needed to cover all expenditures under the award. The AmeriCorps Regional staff will determine the disposition of the excess program income.

## XIV.    SAFETY

The recipient must institute safeguards as necessary and appropriate to ensure the safety of members. Members may not participate in projects that pose undue safety risks.

## XV.    NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients and subrecipients **must** complete and retain a certificate of completion of the AmeriCorps' National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients and subrecipients conducting criminal history background checks comply with all NSCHC requirements. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/. Each grant recipient and subrecipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient or subrecipient.  The grant recipient and subrecipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients and subrecipients should save certificates of completion from each year as grant records.

## XVI.    DEVELOPING POLICIES AND PROCEDURES TRAINING FOR AMERICORPS STATE AND NATIONAL GRANTEES

All recipients and subrecipients must complete and retain a certificate of completion of the Developing Policies and Procedures: A Resource for AmeriCorps State and National Grantees eCourse every year to ensure that recipients and subrecipients are aware of policy and procedures requirements. The AmeriCorps eCourse can be found at: https://americorpsonlinecourses.litmos.com/course/10732704

Each grant recipient and subrecipient must identify at minimum one staff person to fulfill this requirement on behalf of the grant recipient or subrecipient. The grant recipient or subrecipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients and subrecipients must save certificates of completion from each year as grant records.

## XVII.  FIXED AMOUNT AWARDS

Fixed Amount awards are not subject to the cost principles in 2 CFR, Part 200, Subpart E. Fixed Amount awards must comply with the remaining provisions of 2 CFR Part 200, including Subpart F relating to audit requirements. Fixed Amount awards include Education Award program (EAP) Fixed Amount awards, Professional Corps Fixed Amount awards, and Full-cost Fixed Amount awards.

For Education Award programs (EAP), the fixed federal assistance amount of the award is based on the approved and awarded number of full-time members specified in the award. For full-cost and Professional Corps Fixed Amount awards, the fixed federal assistance amount of the award is based on the approved and awarded numbers of full-time members and the members' completion of their terms of service.

For EAPs, the final amount of award funds that the recipient may retain is dependent upon the recipient's notifying AmeriCorps' National Service Trust of the members that it has enrolled. All EAP members must carry out activities to achieve the specific project objectives as approved by AmeriCorps. At closeout, AmeriCorps will use the Fixed Award Certification submitted by prime grantees that certifies all funds drawn do not exceed the amount earned based on the number of members enrolled.

For full-cost and Professional Corps fixed amount awards, the recipient may draw funds from the HHS Payment Management System based on the number of members who complete a full term of service or if the member leaves before completing service, a pro-rated amount based on hours served. At closeout, AmeriCorps will use the Fixed Award Certification submitted by prime grantees that certifies all funds drawn do not exceed the amount earned based on the number of hours served by the members.

## XVIII.  EVALUATION PLANS

If an AmeriCorps State competitive subgrantee or National and Native Nation/Indian Tribe grantee has received at least three years of competitive funding for a project, they are required to submit an evaluation plan when they recompete for competitive AmeriCorps funding for the same project. The evaluation plans are reviewed and approved by AmeriCorps. Any evaluation plan that is not approved in its first submission must be revised and resubmitted for approval. The evaluation plan must receive final approval by AmeriCorps no later than August 31 of the year following the grant award. More information on AmeriCorps State and National evaluation requirements is available at State and National Direct Grantees | AmeriCorps.

# FY 2025 GENERAL GRANT AND COOPERATIVE AGREEMENT TERMS AND CONDITIONS

As of 1/20/25, these Terms and Conditions are revised pursuant to Executive Order/Executive Memoranda

By accepting funds under this award from AmeriCorps (AmeriCorps is the operating name for the Corporation for National Service), the recipient agrees to comply with, and include in all awards and subawards, these General Terms and Conditions, the program-specific terms and conditions, all applicable Federal statutes, applicable executive orders, regulations and guidelines, and any amendments thereto. The recipient agrees to operate the funded program in accordance with the approved application and budget, supporting documents, and other representations made in support of the approved application.

The term recipient is used to connote either recipient or subrecipient, as appropriate, throughout these General Terms and Conditions.

I.      CHANGES FROM THE 2024 GENERAL TERMS AND CONDITIONS .................. 2

II.     GOVERNING AUTHORITIES ................................................................. 3

   A.   LEGISLATIVE AND REGULATORY AUTHORITY ..................................... 3

   B.   OTHER APPLICABLE TERMS AND CONDITIONS.................................... 3

   C.   ORDER OF PRECEDENCE ............................................................... 4

III.    AWARD ACCEPTANCE..................................................................... 4

IV.     GENERAL TERMS AND CONDITIONS ................................................. 5

   A.   RESPONSIBILITIES UNDER AWARD ADMINISTRATION ....................... 5

   B.   FINANCIAL MANAGEMENT STANDARDS ........................................... 6

   C.   CHANGES IN BUDGET OR KEY PERSONNEL ...................................... 7

   D.   BANKRUPTCY.............................................................................. 7

   E.   PROHIBITED PROGRAM ACTIVITIES................................................. 8

   F.   NATIONAL SERVICE CRIMINAL HISTORY CHECK REQUIREMENTS ........ 8

   G.   THE OFFICE OF INSPECTOR GENERAL .............................................. 9

   H.   RECOGNITION OF AMERICORPS SUPPORT ........................................ 9

   I.   REPORTING OF FRAUD, WASTE, AND ABUSE .................................. 11

   J.   WHISTLEBLOWER PROTECTION ................................................... 13

   K.   LIABILITY AND SAFETY ISSUES.................................................... 13

L.    INFORMATION REQUESTS AND AWARD MONITORING ...................................13

M.    NON-DISCRIMINATION PUBLIC NOTICE AND RECORDS COMPLIANCE.......14

N.    IDENTIFICATION OF FUNDING...................................................................................16

O.    AWARD PRODUCTS ........................................................................................................16

P.    SUSPENSION OR TERMINATION OF AWARD.........................................................17

Q.    TRAFFICKING IN PERSONS .........................................................................................17

R.    CONFLICT OF INTEREST ...............................................................................................20

S.    BREACHES OF PERSONALLY IDENTIFIABLE INFORMATION (PII) ...................20

T.    FUNDS MANAGEMENT TRAINING FOR AMERICORPS GRANTEES ................21

U.    FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES ......................21

V.    INTERNAL CONTROL TRAINING FOR GRANT RECIPIENTS ..............................22

V.    Program Civil Rights and Non-Harassment Policy.................................................22

## I.    CHANGES FROM THE 2024 GENERAL TERMS AND CONDITIONS

The following revisions were made to the original 2025 General Terms and Conditions:

- Introductory paragraph under document title: Added reference to "applicable executive orders"
- Section II.B.: Added the word "applicable" before executive orders
- Section IV.M.1.: Removed references to gender, gender identity, and gender expression
- Section V.: Replaced the Program Civil Rights and Non-Harassment Policy link with a link to the AmeriCorps Civil Rights webpage. (See webpage for access to the policy/statement.)

The changes listed below were the original changes noted as changes to the 2024 General Terms and Conditions:

- Replaced eGrants with AmeriCorps' Grants Management System throughout.

- Removed the following sections from these General Terms and Conditions to reduce duplication with Uniform Guidance: System for Award Management (SAM) and Universal Identifier Requirement; Transparency Act Requirements, and Award Term and Condition for Recipient Integrity and Performance Matters. The applicable citations for the removed sections were added to Section II. B.

- Section II. B. Changed Uniform Guidance updated from August 2020 to October 2024.

- Section III. Added the Award Acceptance section.

- Section IV. B. Updated single audit threshold.

- Section IV.F. Added regulation language regarding NSCHC checks and possible disallowances.

- Section IV. I. Removed notifying the Portfolio Manager upon suspicion of fraud, waste, and abuse.

- Section IV. L.2. Added the Cash Position Request.

- Section IV.L.3. Added additional information.

- Section IV. M.1. Updated the Public Notice of Non-Discrimination.

- Section IV. T. Moved Key Concepts of Financial Grants Management Training from Program specific Terms and Conditions to the General Terms and Conditions. Changed the course content to Funds Management Training for AmeriCorps Grantees and provided a new link.

- Section IV. U. Moved Fraud Awareness Training for AmeriCorps Grantees from Program Specific Terms and Conditions to the General Terms and Conditions.

- Section IV. V. Added the Internal Control Training for Grant Recipients.

## II.    GOVERNING AUTHORITIES

### A. LEGISLATIVE AND REGULATORY AUTHORITY

This award is authorized by and subject to The National and Community Service Act of 1990, as amended, (42 U.S.C. 12501 et seq.) (NCSA) and/or the Domestic Volunteer Service Act of 1973, as amended, (42 U.S.C. 4950 et seq.) (DVSA), the Federal Grant and Cooperative Agreement Act (FGCAA), 31 U.S.C. §§6301-6308, and AmeriCorps' implementing regulations in 45 CFR Chapter XII and/or XXV. Recipients must comply with the requirements of the NCSA and/or DVSA and AmeriCorps' implementing regulations, as applicable.

### B. OTHER APPLICABLE TERMS AND CONDITIONS

This award is subject to the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at  2 CFR Part 200 and the agency's implementing regulation at 2 CFR Part 2205 (hereinafter, the Uniform Guidance). Award recipients must read, understand, and implement these federal regulations. 2 CFR Part 200, and the October 2024

amendments thereto are incorporated into these terms and conditions by reference.

The recipient must comply with all other applicable statutes, applicable executive orders, regulations, and policies governing the award, including, but not limited to, those included in 2 CFR Chapter I, 2 CFR § 25.220, 2 CFR § 25.110, and 2 CFR § 170.300,, as well as those cited in these General Terms and Conditions and Program-Specific Terms and Conditions, and the Assurances and Certifications. Some of these requirements are discussed in these General Terms and Conditions to provide emphasis or additional explanations to recipients. Other provisions are included in these AmeriCorps' General Terms and Conditions because they are required by specific laws or regulations.

In addition to the applicable statutes and regulations referred to above, the recipient must comply with and perform its award consistent with the requirements stated in:

1. The Notice of Grant Award and Signature Page;

2. These General Terms and Conditions;

3. The Program-Specific Terms and Conditions;

4. The Notice of Funding Opportunity;

5. The recipient's approved application (including the final approved budget, attachments, and pre-award negotiations); and

6. Grant Certification and Assurances.

## C. ORDER OF PRECEDENCE

Any inconsistency in the authorities governing the Award shall be resolved by giving precedence in the following order: (a) applicable Federal statutes, (b) applicable Federal regulations, (c) Notice of Grant Award and Signature Page; (d) AmeriCorps Program Specific Terms and Conditions, (e) AmeriCorps General Terms and Conditions, (f) the Notice of Funding Opportunity, and (g) the approved Award Application including all assurances, certifications, attachments, and pre-award negotiations.

## III.  AWARD ACCEPTANCE

1. Recipients and subrecipients of AmeriCorps financial assistance (grants or cooperative agreements) awards must comply with the applicable

4

terms and conditions incorporated into their Notice of Grant Award. These terms and conditions are in addition to the assurances and certifications made as part of the award application process through submission of an application.

2. Acceptance of a financial assistance award from AmeriCorps carries with it the responsibility to be aware of and comply with all terms and conditions applicable to the award.  Acceptance of a Federal financial assistance award from AmeriCorps means starting work, requesting payments or drawdowns, or accepting the award via electronic means. Upon accepting the award, the recipient must comply with all terms and conditions imposed upon the award by AmeriCorps and the recipient understands that acceptance of funds from AmeriCorps constitutes a consent to fulfill and comply with all terms and conditions.

## IV.   GENERAL TERMS AND CONDITIONS

### A.  RESPONSIBILITIES UNDER AWARD ADMINISTRATION

1. **Accountability of the Recipient.** The recipient has full fiscal and programmatic responsibility for managing all aspects of the award and award-supported activities, subject to the oversight of AmeriCorps. The recipient is accountable to AmeriCorps for its operation of the program and the use of AmeriCorps award funds. The recipient must expend award funds in a manner consistent with the cost principles in 2 CFR and in a reasonable manner, and it must record accurately the service activities and outcomes achieved under the award. Although recipients are encouraged to seek the advice and opinion of AmeriCorps on special problems that may arise, such advice does not diminish the recipient's responsibility for making sound judgments and does not shift the responsibility for operating decisions to AmeriCorps.

2. **Subawards.** If authorized by law and permitted by AmeriCorps, a recipient may make subawards in accordance with the requirements set forth in the Uniform Guidance. The recipient must have and implement a plan for oversight and monitoring that complies with the requirements applicable to pass through entities identified at 2 CFR § 200.332 to ensure that each subrecipient has agreed to comply, and is complying, with award requirements.

   A recipient of a Federal award that is a pass-through entity has certain obligations to its subrecipients. Those requirements are located at 2 CFR §200.208, § 200.332, § 200.339, and 2 CFR Part 200 Subpart F.

3. **Notice to AmeriCorps.** The recipient will notify the appropriate AmeriCorps Portfolio Manager immediately of any developments or delays that have a significant impact on funded activities, any significant problems relating to the administrative or financial aspects of the award, or any suspected misconduct or malfeasance related to the award or recipient. The recipient will inform the AmeriCorps Portfolio Manager about the corrective action taken or contemplated by the recipient and any assistance needed to resolve the situation. Recipients must also ensure that they comply with the mandatory reporting requirements for suspected criminal activity or fraud, waste, or abuse as specified in section IV. I.

## B. FINANCIAL MANAGEMENT STANDARDS

1. **General.** The recipient must maintain financial management systems that comply with 2 CFR § 200.302(b). The recipient's financial management systems must be capable of distinguishing expenditures attributable to this award from expenditures not attributable to this award. The systems must be able to identify costs by program year and by budget category, and to differentiate between direct and indirect costs. For all recipient's financial management requirements and responsibilities, refer to Subparts D and E of 2 CFR Part 200.

2. **Allowability of Costs.** To be allowable under an award, costs must meet the criteria of 2 CFR § 200.403, which provides that costs must be necessary and reasonable for the performance of the award, must conform to limitations in the award or 2 CFR Part 200 as to types or amounts of cost items, must be consistent with policies and procedures that apply uniformly to both Federally financed and other activities of the recipient, must be adequately documented, and must not be included as a cost or used to meet cost share or matching requirements of any other Federally financed program. Furthermore, the costs must be accorded consistent treatment in like circumstances as either direct or indirect costs in order to avoid the double charging of Federal awards (see 2 CFR § 200.403(d) and § 200.412).

3. **Cost Reporting.** Recipients will report their Federal share of grant program expenditures (including indirect costs, if applicable) through AmeriCorps' Grants Management System. Recipient's financial management systems must be able to routinely produce reports which support and reconcile to the amounts drawn from the Payment Management System (PMS) and/or reported in AmeriCorps' Grants Management System. As part of closing out individual awards, recipients must ensure drawdowns reconcile to the FFR in AmeriCorps' Grants

6

Management System as applicable within 120 days of the end of the project period. Recipients must also ensure that the financial management systems of any subrecipients can routinely produce the same reports. As part of its ongoing fiscal oversight of recipients, AmeriCorps may select recipients to provide reports supporting their Federal cash disbursements (including supporting information for cash disbursements made by subrecipients). AmeriCorps expects recipients' and subrecipients' financial management systems to be able to produce those supporting reports on a routine basis.

4. **Audits.** Recipient organizations that expend $1,000,000 or more in total Federal awards in a fiscal year shall have a single or program-specific audit conducted for that year in accordance with the Single Audit Act, as amended, 31 U.S.C. 7501, et seq., and 2 CFR Part 200, Subpart F. If the recipient expends Federal awards under only one Federal program, it may elect to have a program specific audit if it is otherwise eligible. A recipient that does not expend $1,000,000 in Federal awards is exempt from the audit requirements for that year. However, it must continue to conduct financial management reviews of its subrecipients, and its records and its subrecipients' records must be available for review and audit in accordance with 2 CFR §§ 200.334-200.338 and §200.332(a)(5). Additionally, a recipient acting as a pass-through entity must issue management decisions for audit findings pertaining to the Federal award provided to the subrecipient as required by 2 CFR § 200.521 and ensure follow-up on audit findings in a timely manner to ensure that the subrecipient corrects any deficiencies identified in the audit.

## C. CHANGES IN BUDGET OR KEY PERSONNEL

All budget and programmatic changes must comply with 2 CFR § 200.308 – Revision of budget and program plans. 2 CFR § 200.407 Prior written approval (prior approval) – provides an exhaustive list of those other items requiring AmeriCorps' advance approval.

## D. BANKRUPTCY

The recipient must notify AmeriCorps if, during the term of its award, the recipient or one of its subrecipients becomes insolvent or is unable to pay its debts as they mature, or files a voluntary petition in bankruptcy or is the subject of an involuntary petition that is neither stayed nor dismissed within 60 days after the petition is filed.

### E.  PROHIBITED PROGRAM ACTIVITIES

The recipient must comply with, and require all subrecipients to comply with, the prohibitions on use of AmeriCorps funds applicable to their program as identified in sections 132A and 174 of the NCSA (42 U.S.C. §§ 12584a and 12634) and section 403 of the DVSA (42 U.S.C. § 5043), and provisions by Congress in annual appropriations acts. More specific guidance on these prohibitions will be provided in AmeriCorps' Program Specific Terms and Conditions and in other guidance.

### F.  NATIONAL SERVICE CRIMINAL HISTORY CHECK REQUIREMENTS

The National Service Criminal History Check (NSCHC) is a screening procedure established by law to protect the beneficiaries of national service. See AmeriCorps implementing regulations at 45 CFR §§ 2540.200-2540.207 and the NSCHC webpage for complete information and FAQs. The regulation requires recipients to conduct and document NSCHCs on specific individuals before they begin to work or serve on the AmeriCorps grant. Late, incomplete, and/or improperly documented NSCHCs can result in significant cost disallowances, where your organization will be required to repay funds to AmeriCorps.

Refer to 45 CFR §§ 2540.200-2540.201 for the list of entities and individuals required to comply with NSCHC. The NSCHC must be conducted, reviewed, and an eligibility determination made by the grant recipient based on the results of the NSCHC no later than the day before a person begins to work or serve on an NSCHC-required grant. An individual is ineligible to work or serve in a position specified in 45 CFR § 2540.201(a) if the individual is registered, or required to be registered, as a sex offender or has been convicted of murder. The cost of conducting NSCHCs is an allowable expense under the award.

Unless AmeriCorps has provided a recipient with a written waiver, recipients must perform the following checks for each individual in a position specified in 45 CFR § 2540.201(a):

1.  A nationwide name-based search of the National Sex Offender Public Website (NSOPW); and

2.  A name- or fingerprint-based check of the state criminal history record repository or agency-designated alternative for the person's state of residence and state where the person will serve/work; and

3.  A fingerprint-based FBI criminal history check through the state criminal history record repository or agency-approved vendor.

One way for grant recipients or subrecipients to obtain and document the required components of the NSCHC is through the use of agency-approved vendor.

Recipients and subrecipients must retain adequate documentation that they completed all required components of the NSCHC specified in 45 CFR §§ 2540.200- 2540.207. Inability to demonstrate that you conducted a required criminal history check component, to include the NSOPW, as specified in the regulations, may result in sanctions including significant disallowance of costs. For details about required documentation, cost disallowance, and other enforcement actions, see the NSCHC Manual, found on the NSCHC webpage.

## G. THE OFFICE OF INSPECTOR GENERAL

AmeriCorps' Office of Inspector General (OIG) conducts and supervises independent audits, evaluations, and investigations of AmeriCorps' programs and operations.

Based on the results of these audits, reviews, and investigations, the OIG recommends disallowing costs and also recommends amending or adding policies to promote economy and efficiency and to prevent and detect fraud, waste, and abuse in AmeriCorps' programs and operations.

The OIG conducts and supervises audits of AmeriCorps recipients, as well as legally required audits and reviews. The legally required audits include evaluating AmeriCorps' compliance with the Payment Integrity Information Act of 2019, which may result in grantees being requested to produce responsive documentation. The OIG uses a risk-based approach, along with input received from AmeriCorps management, to select recipients and awards for audit. The OIG hires independent audit firms to conduct some of its audits. The OIG audit staff is available to discuss any audit and can be reached at (202) 606-9390.

Recipients must cooperate fully with AmeriCorps requests for documentation and OIG inquiries by timely disclosing complete and accurate information pertaining to matters under investigation, audit, or review, and by not concealing information or obstructing audits, inspections, investigations, or other official inquiries.

## H. RECOGNITION OF AMERICORPS SUPPORT

1. **General Statement.** Recipients and subrecipients of federal agency AmeriCorps assistance or resources shall identify their programs, projects or initiatives as AmeriCorps or AmeriCorps Seniors programs or

9

projects accordingly. All agreements with subrecipients, operating sites, or service locations, related to AmeriCorps programs and initiatives must explicitly state that the program is an AmeriCorps or AmeriCorps Seniors program.

Similarly, recipients and subrecipients shall identify all national service members or volunteers serving at their programs, projects, or initiatives as either AmeriCorps members, AmeriCorps Seniors volunteers, Day of Service volunteers or where appropriate for Volunteer Generation Fund, simply "volunteers."

2. **Visual Representations and Prominent Display.** Recipients shall identify their programs, projects, or initiatives, and their members or volunteers, through the use of visual representations, including: logos; insignias; written acknowledgements, publications and other written materials; websites and social media platforms; and service gear such as clothing. All visual representations must follow current AmeriCorps branding guidelines, which include proper logo use and cobranding requirements. To provide recipients technical assistance in ensuring compliance with proper logo use and cobranding requirements, AmeriCorps provides brand guidelines, to which recipients and subrecipients should refer and follow. The brand guidelines are available at Communication resources | AmeriCorps.

All recipient and subrecipient websites and social media communications shall clearly state, as appropriate, that they are an AmeriCorps recipient or funded by a grant from AmeriCorps and shall prominently display the AmeriCorps or AmeriCorps Seniors logo. Logo graphics should be embedded with a link back to the AmeriCorps.gov home page (referral link) or to an AmeriCorps program- specific web page at AmeriCorps.gov. Recipients and subrecipients shall prominently display the AmeriCorps, AmeriCorps Seniors, or appropriate AmeriCorps Days of Service name and logo on all service gear and public materials, in accordance with AmeriCorps' requirements. Public materials are defined in the branding toolkit.

3. **Acknowledgement and Disclaimer on Published Materials.** The appropriate AmeriCorps or AmeriCorps Seniors logo shall be included on publications related to an award of AmeriCorps assistance or resources. An acknowledgement and disclaimer shall be displayed on all reports and other published materials based upon work supported by the award. The acknowledgement and disclaimer may contain language the same as or similar to:

10

*This material is based upon work supported by AmeriCorps under Grant No(s) []. Opinions or points of view expressed in this document are those of the authors and do not necessarily reflect the official position of, or a position that is endorsed by, AmeriCorps."*

4. **Brand Identification through Publicity.** Recipients shall provide information or training to their AmeriCorps members, AmeriCorps Seniors volunteers, Day of Service volunteers, or Volunteer Generation Fund volunteers about how their programs, projects or initiatives are part of AmeriCorps. Recipients are strongly encouraged to place signs that include the AmeriCorps or AmeriCorps Seniors name and logo, or the appropriate AmeriCorps version of the Days of Service logo at all their service sites and may use the slogan "AmeriCorps Serving Here" or "AmeriCorps Seniors Serving Here," as appropriate.

When AmeriCorps members and programs or AmeriCorps Seniors volunteers and programs are publicized – including but not limited to public speaking opportunities, press releases, news stories, blog posts, websites, social media posts, online videos, public service announcements, paid advertising, brochures and other communications channels – individuals must be identified as AmeriCorps members or AmeriCorps Seniors volunteers, while programs should be identified as AmeriCorps or AmeriCorps Seniors programs or projects and, where possible, appropriate logos must be displayed.

5. **Alteration of Brand Identities Prohibited Without AmeriCorps Written Permission.** Recipients may not alter the AmeriCorps or AmeriCorps Seniors logos or other AmeriCorps branding and must obtain written permission from AmeriCorps before using the AmeriCorps name or logo, or the AmeriCorps Seniors name or logo on materials that will be sold. Recipients must also obtain written permission from AmeriCorps before permitting donors to use the AmeriCorps name or logo, or the AmeriCorps Seniors name or logo in promotional materials.

6. **Prohibited Use or Display of Names and Logos for Certain Activities.** The recipient or subrecipient may not use or display the AmeriCorps name or logo, or the AmeriCorps Seniors name or logo in connection with any activity prohibited by statute or regulation, including any political activities.

## I. REPORTING OF FRAUD, WASTE, AND ABUSE

Recipients must contact the OIG without delay when they first suspect:

1.  Any criminal activity or violations of law has occurred, such as:

    - Fraud, theft, conversion, misappropriation, embezzlement, or misuse of funds or property by any person, including AmeriCorps personnel, grantees, or contractors–even if no federal funds or property was involved;

    - Submission of a false claim or a false statement by any person in connection with any AmeriCorps program, activity, grant, or operations;

    - Concealment, forgery, falsification, or unauthorized destruction of government or program records;

    - Corruption, bribery, kickbacks, acceptance of illegal gratuities, extortion, or conflicts of interest in connection with operations, programs, activities, contracts, or grants;

    - Other misconduct in connection with operations, programs, activities, contracts, or grants; or

    - Mismanagement, abuse of authority, or other misconduct by AmeriCorps personnel.

2.  Fraud, waste, or abuse.

    - Fraud occurs when someone is intentionally dishonest or uses intentional misrepresentation or misleading omission to receive something of value or to deprive someone, including the government, of something of value.

    - Waste occurs when taxpayers do not receive reasonable value for their money in connection with a government-funded activity due to an inappropriate act or omission by people with control over or access to government resources.

    - Abuse is behavior that is deficient, objectively unreasonable, or improper under the circumstances. Abuse also includes the misuse of authority or position for personal financial gain or the gain of an immediate or close family member or business associate.

The OIG maintains a hotline to receive this information, which can be reached via a web-based hotline portal or by telephone at (800) 452-8210. Upon request, OIG will take appropriate measures to protect the identity of any

individual who reports misconduct, as authorized by the Inspector General Act of 1978, as amended. Reports to OIG may also be made anonymously.

***The recipient should take no further steps to investigate suspected misconduct, except as directed by the OIG or to prevent the destruction of evidence or information.***

## J.  WHISTLEBLOWER PROTECTION

1.  This award and employees working on this award will be subject to the whistleblower rights and remedies in the pilot program on Contractor employee whistleblower protections established at 41 U.S.C. 4712 by section 828 of the National Defense Authorization Act for Fiscal Year 2013 (Pub. L. 112-239).

2.  An employee of a recipient may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing information that the employee reasonably believes is evidence of gross mismanagement of a Federal contract or award, a gross waste of Federal funds, an abuse of authority (an arbitrary and capricious exercise of authority that is inconsistent with the mission of AmeriCorps or the successful performance of a contract or award of AmeriCorps) relating to a Federal contract or award, a substantial and specific danger to public health or safety, or a violation of law, rule, or regulation related to a Federal contract (including the competition for or negotiation of a contract) or award.

3.  The recipient shall inform its employees and contractors in writing, in the predominant language of the workforce or organization, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described above and at Whistleblower Rights and Protections | AmeriCorps (americorpsoig.gov).

## K.  LIABILITY AND SAFETY ISSUES

The recipient must institute safeguards as necessary and appropriate to ensure the safety of members and volunteers. Members and volunteers may not participate in projects that pose undue safety risks. Any insurance costs under the award must comply with 2 CFR § 200.447, which outlines what insurance costs are allowable.

## L.  INFORMATION REQUESTS AND AWARD MONITORING

1.  **Monitoring Activities.** AmeriCorps may conduct on-site or remote monitoring activities to review and evaluate recipient records,

13

accomplishments, organizational procedures, and financial control systems; to make verifications of recipient compliance with the terms of the award; to conduct interviews; to identify any practice or procedure that may require further scrutiny; and to provide technical assistance.

2. **Cash Position Request.** AmeriCorps may select a sample of award recipients to participate in an annual cash position survey request. If identified to participate in the sample, the recipient is required to respond to the survey.  This is a brief survey requesting the positive, negative, or zero cash balance as of September 30 of each federal fiscal year. Organization identification, Employer Identification Number (EIN), and contact information are also required in the response to the survey request. This information is used to assist AmeriCorps with reporting expenses and advances accurately at fiscal year-end, and to ensure compliance with Generally Accepted Accounting Principles (GAAP) and Federal Accounting Standards and Advisory Board (FASAB) financial reporting standards. This information will not be used for purposes of grant monitoring or oversight.

3. **Responding to information requests.** Pursuant to 2 CFR 200.337, AmeriCorps may request documentation from recipients in order to monitor the award or to comply with other legal requirements, such as the Payment Integrity Information Act of 2019. ***Failure to make timely responses to such requests may result in award funds being placed on temporary manual hold, reimbursement only, or other remedies as appropriate.***

    Grant recipients have an obligation to make proper payments, i.e. payments to the right individuals, at the right time, in the right amounts, and to document these payments in accordance with laws, regulations, and agency policy. Grant recipients identified as having improper payments must assess the root cause drivers of these payments and remediate the conditions that led to the improper payment. To address common root cause findings, grantees are required to take the Funds Management training and National Service Criminal History Check trainings. In addition to record access, grantees must retain financial records and supporting documentation pertinent to the federal award in accordance with 2 CFR 200.334.

## M. NON-DISCRIMINATION PUBLIC NOTICE AND RECORDS COMPLIANCE

1. **Public Notice of Non-discrimination.** The recipient must notify members, community beneficiaries, applicants, program staff, and the public, including those with impaired vision or hearing, that it operates

its program or activity subject to the non-discrimination requirements applicable to their program found at §§ 175 and 176(f) of the NCSA or § 417 of the DVSA, and relevant program regulations found at 45 CFR Parts 2540 (AmeriCorps State and National), 2551 (Senior Companion Program), 2552 (Foster Grandparent Program), 2553 (RSVP), and 2556 (AmeriCorps VISTA). The notice must summarize the requirements, note the availability of compliance information from the recipient and AmeriCorps, and briefly explain procedures for filing discrimination complaints with AmeriCorps.

Recipients and subrecipients must also prominently post and make program participants aware of AmeriCorps' Program Civil Rights and Non-Harassment Policy which is reissued annually and available at AmeriCorps.gov.

The recipient must include information on civil rights requirements, complaint procedures and the rights of beneficiaries in member or volunteer service agreements, handbooks, manuals, pamphlets, and post in prominent locations, as appropriate. The recipient must also notify the public in recruitment material and application forms that it operates its program or activity subject to the nondiscrimination requirements. The following language should be used, in bold print: **This program is available to all, without discrimination on the basis of race, color, sex, sexual orientation, pregnancy, religion, age, national origin, genetic information, disability, military status, familial status, political affiliation, or any other characteristic protected by law.** Where a significant portion of the population eligible to be served needs services or information in a language other than English, the recipient shall take reasonable steps to provide written material of the type ordinarily available to the public in appropriate languages.

2. **Prohibition Against National Origin Discrimination Affecting Limited English Proficient (LEP) Persons.** Pursuant to Executive Order (EO) 13166 – Improving Access to Services for Persons with Limited English Proficiency, recipients are required to provide meaningful access to their programs and activities by LEP persons. For more information, please see the policy guidance at 67 FR 64604.

3. **Records and Compliance Information.** The recipient must keep records and make available to AmeriCorps timely, complete, and accurate compliance information to allow AmeriCorps to determine if the recipient is complying with the civil rights statutes and implementing regulations. Where a recipient extends Federal financial assistance to

subrecipients, the subrecipients must make available compliance information to the recipient so it can carry out its civil rights obligations in accordance with the records requirements at 2 CFR §§ 200.334200.338 and § 200.331(a)(5).

4. **Obligation to Cooperate.** The recipient must cooperate with AmeriCorps so that AmeriCorps can ensure compliance with the civil rights statutes and implementing regulations. The recipient shall permit access by AmeriCorps during normal business hours to its books, records, accounts, staff, members or volunteers, facilities, and other sources of information as may be needed to determine compliance. The recipient and subrecipients must cooperate when contacted regarding investigations into allegations of discrimination including, but not limited, to providing requested documentation and making relevant officials available to provide information and/or statements.

## N. IDENTIFICATION OF FUNDING

When issuing statements, press releases, requests for proposals, bid solicitations and other documents describing projects or programs funded in whole or in part with Federal money, all grantees receiving AmeriCorps funds included, shall clearly state– (1) the percentage of the total costs of the program or project which will be financed with Federal money; (2) the dollar amount of Federal funds for the project or program; and (3) the percentage and dollar amount of the total costs of the project or program that will be financed by non-governmental sources.

## O. AWARD PRODUCTS

1. **Sharing Award Products**. To the extent practicable, the recipient agrees to make products produced under the award available at the cost of reproduction to others in the field.

2. **Acknowledgment of Support.** Publications created by members, volunteers or award-funded staff must be consistent with the purposes of the award. The appropriate AmeriCorps logo shall be included on such documents. The recipient is responsible for assuring that the following acknowledgment and disclaimer appears in any external report or publication of material based upon work supported by this award:

   *"This material is based upon work supported by* AmeriCorps, the operating name of the Corporation for National and Community Service*, under Grant No(s). []. Opinions or points of view expressed in*

*this document are those of the authors and do not necessarily reflect the official position of, or a position that is endorsed by, AmeriCorps or [the relevant AmeriCorps program]."*

## P. SUSPENSION OR TERMINATION OF AWARD

AmeriCorps may suspend or terminate this award in accordance with 2 CFR §§ 200. 200.339 and 200.340 (85 FR 49506, 49559-60) such as applicable AmeriCorps regulations and statutes. In addition, a recipient may suspend or terminate assistance to one of its subrecipients in accordance with 2 CFR §§ 200.339 and 200.340, provided that such action complies with 2 CFR § 200.341. 2 CFR § 200.340(a)(2) prohibits arbitrary termination of grant awards by AmeriCorps. As before the clarifications to 2 CFR Part 200, AmeriCorps may initiate termination for cause, or when (based on new evidence) there is a significant question about the feasibility or effectiveness of the intended objective of the award.

## Q. TRAFFICKING IN PERSONS

This award is subject to requirements of Section 106(g) of the Trafficking Victims Protection Act of 2000, as amended (22 U.S.C. § 7104).

1. Provisions applicable to a recipient that is a private entity.

    a. You as the recipient, your employees, subrecipients under this award, and subrecipients' employees may not:

        (1) Engage in severe forms of trafficking in persons during the period of time that the award is in effect;

        (2) Procure a commercial sex act during the period of time that the award is in effect; or

        (3) Use forced labor in the performance of the award or subawards under the award.

    b. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if you or a subrecipient that is a private entity

        (1) Violates a prohibition in paragraph (a.) of this award term; or

        (2) Has an employee who violates a prohibition in paragraph (a.) of this award term through conduct that is either: (A.)

17

Associated with performance under this award; or (B.) Imputed to you or the subrecipient using the standards and due process for imputing the conduct of an individual to an organization that are provided in 2 CFR Part 180, "OMB guidelines to Agencies on Government-wide Debarment and Suspension (Non-procurement)," as implemented by our agency at 2 CFR Part 2200.

2. Provisions applicable to a recipient other than a private entity. We as the Federal awarding agency may unilaterally terminate this award, without penalty, if a subrecipient that is not a private entity–

    a. Is determined to have violated an applicable prohibition of paragraph (1)(a.) of this award term; or

    b. Has an employee who is determined by the agency official authorized to terminate the award to have violated an applicable prohibition in paragraph (1)(a)(i) of this award term through conduct that is –

        (1) Associated with performance under this award; or

        (2) Imputed to you using the standards and due process for imputing conduct of an individual to an organization that are provided in 2 CFR Part 180, "OMB Guidelines to Agencies on Government- wide Debarment and Suspension (Non-procurement)," as implemented by our agency at 2 CFR Part 2200.

3. Provisions applicable to any recipient.

    a. You must inform us immediately of any information you receive from any source alleging a violation of a prohibition in paragraph (1)(a) of this award term.

    b. Our right to terminate unilaterally that is described in paragraph (1) and (2) of this section:

        (1) Implements section 106(g) of the Trafficking Victims Protection Act of 2000 (TVPA), as amended (22 U.S.C. 7104(g)), and

        (2) Is in addition to all other remedies for noncompliance that are available to us under this award.

    c. You must include the requirements of paragraph (1)(a) of this award term in any subaward you make to a private entity.

4. Definitions. For purposes of this award term:

    a. "Employee" means either:

        (1) An individual employed by you or a subrecipient who is engaged in the performance of the project or program under this award; or

        (2) Another person engaged in the performance of the project or program under this award and not compensated by you including, but not limited to, a volunteer or individual whose service are contributed by a third party as an in-kind contribution toward cost sharing or matching requirements.

    b. "Forced labor" means labor obtained by any of the following methods: the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

    c. "Private entity":

        (1) Means any entity other than a State, local government, Indian tribe, or foreign public entity, as those terms are defined in 2 CFR §175.25.

        (2) Includes:

            (i) A nonprofit organization, including any non-profit institution of higher education, hospital, or tribal organization other than one included in the definition of Indian tribe at 2 CFR § 175.25(b).

            (ii) A for-profit organization.

    d. "Severe forms of trafficking in persons," "commercial sex act," and "coercion" have the meanings given at section 103 of the TVPA, as amended (22 U.S.C. § 7102).

**R. CONFLICT OF INTEREST**

You must disclose in writing any potential conflict of interest to your AmeriCorps Portfolio Manager, or to the pass-through entity if you are a subrecipient or contractor. This disclosure must take place immediately. The AmeriCorps conflict of interest policies apply to subawards as well as contracts, and are as follows:

1. As a non-Federal entity, you must maintain written standards of conduct covering conflicts of interest and governing the performance of your employees engaged in the selection, award, and administration of subawards and contracts.

2. None of your employees may participate in the selection, award, or administration of a subaward or contract supported by a Federal award if he or she has a real or apparent conflict of interest. Such a conflict of interest would arise when the employee, officer, or agent, any member of his or her immediate family, his or her partner, or an organization which employs or is about to employ any of the parties indicated herein, has a financial or other interest in or a tangible personal benefit from an organization considered for a subaward or contract. The officers, employees, and agents of the non-Federal entity must neither solicit nor accept gratuities, favors, or anything of monetary value from subrecipients or contractors or parties to subawards or contracts.

3. If you have a parent, affiliate, or subsidiary organization that is not a State, local government, or Indian tribe, you must also maintain written standards of conduct covering organizational conflicts of interest. Organizational conflicts of interest mean that because of relationships with a parent company, affiliate, or subsidiary organization, you are unable or appear to be unable to be impartial in conducting a subaward or procurement action involving a related organization.

**S. BREACHES OF PERSONALLY IDENTIFIABLE INFORMATION (PII)**

All recipients and subrecipients need to be prepared for potential breaches of Personally Identifiable Information (PII). OMB defines PII as any information about an individual, including, but not limited to, education, financial transactions, medical history, and criminal or employment history and information which can be used to distinguish or trace an individual's identity, such as their name, social security number, date and place of birth, mother's maiden name, biometric records, etc., including any other personal information which is linked or linkable to an individual. All recipients and subrecipients must ensure that they have procedures in place to prepare for

and respond to breaches of PII and notify the Federal awarding agency in the event of a breach.

If your AmeriCorps grant-funded program or project creates, collects, uses, processes, stores, maintains, disseminates, discloses, or disposes of PII within the scope of that Federal grant award, or uses or operates a federal information system, you must establish procedures to prepare for and respond to a potential breach of PII, including notice of a breach of PII to AmeriCorps. Grantees experiencing a breach should immediately notify AmeriCorps' Office of Information Technology, and the AmeriCorps Portfolio Manager.

### T.  FUNDS MANAGEMENT TRAINING FOR AMERICORPS GRANTEES

All recipients and subrecipients **must** complete and retain a certificate of completion of the Funds Management Training for AmeriCorps Grantees eCourse training every year. This training will help you develop the necessary framework to manage your AmeriCorps grant in an allowable, responsible, and compliant manner. The AmeriCorps eCourse can be found at: **https://americorpsonlinecourses.litmos.com?C=12300907**.

Each grant recipient and subrecipient must identify at minimum one staff person who has some responsibility for financial grants management compliance to fulfill this requirement on behalf of the grant recipient or subrecipient. The grant recipient and subrecipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients and subrecipients must save certificates of completion from each year as grant records.

### U.  FRAUD AWARENESS TRAINING FOR AMERICORPS GRANTEES

All recipients and subrecipients must complete and retain a certificate of completion of the AmeriCorps Fraud Awareness Training for AmeriCorps Grantees eCourse every year to ensure that recipients and subrecipients are aware of fraud risk and controls. The AmeriCorps eCourse can be found at: https://americorpsonlinecourses.litmos.com/course/7297781?r=False&ts=638 423923369763818

Each grant recipient and subrecipient must identify at minimum one staff person to fulfill this requirement on behalf of the grant recipient or subrecipient. The grant recipient or subrecipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients and subrecipients must save certificates of completion from each year as grant records.

**V.  INTERNAL CONTROL TRAINING FOR GRANT RECIPIENTS**

All recipients and subrecipients must complete and retain a certificate of completion of the AmeriCorps Internal Control Training for Grant Recipients eCourse every year to ensure that recipients and subrecipients are aware of internal control responsibilities. The AmeriCorps eCourse can be found at: **https://americorpsonlinecourses.litmos.com?C=18949461**.

Each grant recipient and subrecipient must identify at minimum one staff person to fulfill this requirement on behalf of the grant recipient or subrecipient. The grant recipient or subrecipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate. Grant recipients and subrecipients must save certificates of completion from each year as grant records.

**V.     Program Civil Rights and Non-Harassment Policy.**

## Exhibit F:  2025-2026 Assurance and Certification

**By submitting a grant application, as the duly authorized representative of the applicant, you certify that the applicant will comply with the Assurances and Certifications described below.**

a)  Inability to certify
Your inability to provide the assurances and certifications listed below will not necessarily result in denial of a grant. You must submit an explanation of why you cannot do so. We will consider your explanation in determining whether to enter into this transaction. However, your failure to furnish an explanation will disqualify your application.

b)  Erroneous certification or assurance
The assurances and certifications are material representations of fact upon which we rely in determining whether to enter into this transaction. If we later determine that you knowingly submitted an erroneous certification or assurance, in addition to other remedies available to the federal government, we may terminate this transaction for cause or default.

c)  Notice of error in certification or assurance
You must provide immediate written notice to us if at any time you learn that a certification or assurance was erroneous when submitted or has become erroneous because of changed circumstances.

d)  Definitions
The terms "covered transaction", "debarred", "suspended", "ineligible", "lower tier covered transaction", "participant", "person", "primary covered transaction", "principal", "proposal", and "voluntarily excluded" as used in this clause, have the meanings set out in the Definitions and Coverage sections of the rules implementing Executive Order 12549. An applicant shall be considered a "prospective primary participant in a covered transaction" as defined in the rules implementing Executive Order 12549. You may contact us for assistance in obtaining a copy of those regulations.

e)  Assurance requirement for subgrant agreements
You agree by submitting this proposal that if we approve your application you shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by us.

f)  Assurance inclusion in subgrant agreements
You agree by submitting this proposal that you will obtain an assurance from prospective participants in all lower tier covered transactions and in all solicitations for lower tier covered transactions that the participants are not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction.

g)  Assurance of subgrant principals
You may rely upon an assurance of a prospective participant in a lower-tier covered transaction that is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless you know that the assurance is erroneous. You may decide the method and frequency by which you determine the eligibility of your principals. You may, but are not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

h)  Non-assurance in subgrant agreements
If you knowingly enter into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the federal government, we may terminate this transaction for cause or default.

i)  Prudent person standard

Nothing contained in the aforementioned may be construed to require establishment of a system of records in order to render in good faith the assurances and certifications required. Your knowledge and information is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

ASSURANCES

As the duly authorized representative of the applicant, I certify, to the best of my knowledge and belief, that the applicant:

- Has the legal authority to apply for federal assistance, and the institutional, managerial, and financial capability (including funds sufficient to pay the non-federal share of project costs) to ensure proper planning, management, and completion of the project described in this application.

- Will give the awarding agency, the Comptroller General of the United States, and if appropriate, the state, through any authorized representative, access to and the right to examine all records, books, papers, or documents related to the award; and will establish a proper accounting system in accordance with generally accepted accounting standards or agency directives.

- Will establish safeguards to prohibit employees from using their position for a purpose that constitutes or presents the appearance of personal or organizational conflict of interest, or personal gain.

- Will initiate and complete the work within the applicable time frame after receipt of approval of the awarding agency.

- Will comply with the Intergovernmental Personnel Act of 1970 (42 U.S.C. 4728-4763) relating to prescribed standards for merit systems for programs funded under one of the nineteen statutes or regulations specified in Appendix A of OPM's Standards for a Merit System of Personnel Administration (5 CFR 900, Subpart F).

- Will comply with all federal statutes relating to nondiscrimination. These include but are not limited to: Title VI of the Civil Rights Act of 1964 (P.L. 88-352) which prohibits discrimination on the basis of race, color, or national origin; (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. 1681-1683, and 1685-1686). which prohibits discrimination on the basis of sex; (c) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794), which prohibits discrimination on the basis of disability (d) The Age Discrimination Act of 1975, as amended (42 U.S.C. 6101-6107), which prohibits discrimination on the basis of age; (e) The Drug Abuse Office and Treatment Act of 1972 (P.L. 92-255), as amended, relating to nondiscrimination on the basis of drug abuse; (f) The
      Comprehensive Alcohol Abuse and Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (P.L. 91-616), as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism; (g) sections 523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. 290dd-3 and 290ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records; (h) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. 3601 et seq.), as amended, relating to nondiscrimination in the sale, rental or financing of housing; (i) any other nondiscrimination provisions in the National and Community Service Act of 1990, as amended; and (j) the requirements of any other nondiscrimination statute(s) which may apply to the application.

- Will comply, or has already complied, with the requirements of Titles II and III of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 (P.L. 91-646) which provide for fair and equitable treatment of persons displaced or whose property is acquired as a result of federal or federally assisted programs. These requirements apply to all interests in real property acquired for project purposes regardless of federal participation in purchases.

- Will comply with the provisions of the Hatch Act (5 U.S.C. 1501-1508 and 7324-7328) which limit the political activities of employees whose principal employment activities are funded in whole or in part with Federal funds.

- Will comply, as applicable, with the provisions of the Davis-Bacon Act (40 U.S.C 276a and 276a-77), the Copeland Act (40 U.S.C 276c and 18 U.S.C. 874), and the Contract Work Hours and Safety Standards Act (40 U.S.C. 327-333), regarding labor standards for Federally assisted construction sub-agreements.

- Will comply, if applicable, with flood insurance purchase requirements of Section 102(a) of the Flood Disaster Protection Act of 1973 (P.L. 93-234) which requires the recipients in a special flood hazard area to participate in the program and to purchase flood insurance if the total cost of insurable construction and acquisition is $10,000 or more.

- Will comply with environmental standards which may be prescribed pursuant to the following: (a) institution of environmental quality control measures under the National Environmental Policy Act of 1969 (P.L. 91-190) and Executive Order (EO) 11514; (b) notification of violating facilities pursuant to EO 11738; (c) protection of wetlands pursuant to EO 11990; (d) evaluation of flood hazards in floodplains in accordance with EO 11988; (e) assurance of project consistency with the approved state management program developed under the Coastal Zone Management Act of 1972 (16 U.S.C 1451 et seq.); (f) conformity of federal actions to State (Clean Air) Implementation Plans under Section 176(c) of the Clean Air Act of 1955, as amended (42 U.S.C. 7401 et seq.); (g) protection of underground sources of drinking water under the Safe Drinking Water Act of 1974, as amended (P.L. 93-523); and (h) protection of endangered species under the Endangered Species Act of 1973, as amended (P.L. 93-205).
- Will comply with the Wild and Scenic Rivers Act of 1968 (16 U.S.C 1271 et seq.) related to protecting components or potential components of the national wild and scenic rivers system.
- Will assist the awarding agency in assuring compliance with Section 106 of the National Historic Preservation Act of 1966, as amended (16 U.S.C. 470), EO 11593 (identification and protection of historic properties), and the Archaeological and Historic Preservation Act of 1974 (16U.S.C. 469a-l et seq.).
- Will comply with P.L. 93-348 regarding the protection of human subjects involved in research, development, and related activities supported by this award of assistance.
- Will comply with the Laboratory Animal Welfare Act of 1966 (P.L. 89-544, as amended, 7 U.S.C. 2131 et seq.) pertaining to the care, handling, and treatment of warm blooded animals held for research, teaching, or other activities supported by this award of assistance.
- Will comply with the Lead-Based Paint Poisoning Prevention Act (42 U.S.C. §§ 4801 et seq.) which prohibits the use of lead based paint in construction or rehabilitation of residence structures.
- Will cause to be performed the required financial and compliance audits in accordance with the Single Audit Act of 1984, as amended, and OMB Circular A-133, Audits of States, Local Governments, and Non-Profit Organizations.
- Will comply with all applicable requirements of all other Federal laws, executive orders, regulations, application guidelines, and policies governing this program.
- Will comply with all rules regarding prohibited activities, including those stated in applicable Notice, grant provisions, and program regulations, and will ensure that no assistance made available by CNCS will be used to support any such prohibited activities.
- Will comply with the nondiscrimination provisions in the national service laws, which provide that an individual with responsibility for the operation of a project or program that receives assistance under the national service laws shall not discriminate against a participant in, or member of the staff of, such project or program on the basis of race, color, national origin, sex, age, political affiliation, disability, or on the basis of religion. (NOTE: the prohibition on religious discrimination does not apply to the employment of any staff member paid with non-CNCS funds or paid with CNCS funds but employed with the organization operating the project prior to or on the date the grant was awarded. If your organization is a faith-based organization that makes hiring decisions on the basis of religious belief, your organization may be entitled, under the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb, to receive federal funds and yet maintain that hiring practice, even though the national service legislation includes a restriction on religious discrimination in employment of staff hired to work on a CNCS-funded project and paid with CNCS grant funds. (42 U.S.C. §§ 5057(c) and 12635(c)). For the circumstances under which this may occur, please see the document "Effect of the Religious Freedom Restoration Act on Faith-Based Applicants for Grants" on CNCS's website at: http://www.usdoj.gov/archive/fbci/effect-rfra.pdf.
- Will comply with all other federal statutes relating to nondiscrimination, including any self-evaluation requirements. These include but are not limited to: (a)Title VI of the Civil Rights Act of 1964 (P.L. 88352) which prohibits discrimination on the basis of race, color, or national origin; (b) Title IX of the Education Amendments of 1972, as amended (20 U.S.C. 1681-1683, and 1685-1686). which prohibits discrimination on the basis of sex; (c) Section 504 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794), which prohibits discrimination on the basis of handicaps (d) The Age Discrimination Act of 1975, as amended (42 U.S.C. 6101-6107), which prohibits discrimination on the basis of age; (e) The Drug Abuse Office and Treatment Act of 1972 (P.L. 92-255), as amended, relating to nondiscrimination on the basis of drug abuse; (f) The Comprehensive Alcohol Abuse and Alcoholism Prevention, Treatment and Rehabilitation Act of 1970 (P.L. 91-

616), as amended, relating to nondiscrimination on the basis of alcohol abuse or alcoholism; (g) sections 523 and 527 of the Public Health Service Act of 1912 (42 U.S.C. 290 dd-3 and 290 ee-3), as amended, relating to confidentiality of alcohol and drug abuse patient records; (h) Title VIII of the Civil Rights Act of 1968 (42 U.S.C. 3601 et seq.), as amended, relating to nondiscrimination in the sale, rental or financing of housing; and (i) the requirements of any other nondiscrimination statute(s) which may apply to the application.

- Will provide, in the design, recruitment, and operation of any AmeriCorps program, for broad-based input from – (1) the community served, the municipality and government of the county (if appropriate) in which the community is located, and potential participants in the program; and (2) communitybased agencies with a demonstrated record of experience in providing services and local labor organizations representing employees of service sponsors, if these entities exist in the area to be served by the program;
- Will, prior to the placement of participants, consult with the appropriate local labor organization, if any, representing employees in the area who are engaged in the same or similar work as that proposed to be carried out by an AmeriCorps program, to ensure compliance with the nondisplacement requirements specified in section 177 of the NCSA;
- Will, in the case of an AmeriCorps program that is not funded through a State, consult with and coordinate activities with the State Commission for the state in which the program operates.
- Will ensure that any national service program carried out by the applicant using assistance provided under section 121 of the National and Community Service Act of 1990 and any national service program supported by a grant made by the applicant using such assistance will address unmet human, educational, environmental, or public safety needs through services that provide a direct benefit to the community in which the service is performed;
- Will comply with the nonduplication and nondisplacement requirements set out in section 177 of the National and Community Service Act of 1990, and in CNCS's regulations at § 2540.100;
- Will comply with the grievance procedure requirements as set out in section 176(f) of the National and Community Service Act of 1990 and in CNCS's regulations at 45 CFR § 2540.230;
- Will provide participants in the national service program with the training, skills, and knowledge necessary for the projects that participants are called upon to perform;
- Will provide support services to participants, such as information regarding G.E.D. attainment and post-service employment, and, if appropriate, opportunities for participants to reflect on their service experiences;
- Will arrange for an independent evaluation of any national service program carried out using assistance provided to the applicant under section 121 of the National and Community Service Act of 1990 or, with the approval of CNCS, conduct an internal evaluation of the program;
- Will apply measurable performance goals and evaluation methods, which are to be used as part of such evaluation to determine the program's impact on communities and persons served by the program, on participants who take part in the projects, and in other such areas as required by CNCS;
- Will ensure the provision of a living allowance and other benefits to participants as required by CNCS;
- Has not violated a Federal criminal statute;
- If a state applicant, will ensure that the State subgrants will be used to support national service programs selected by the State on a competitive basis;
- If a state applicant, will seek to ensure an equitable allocation within the State of assistance and approved national service positions, taking into consideration such factors as the locations of the programs, population density, and economic distress;
- If a state applicant, will ensure that not less than 60% of the assistance will be used to make grants to support national service programs other than those carried out by a State agency, unless CNCS approves otherwise.

CERTIFICATIONS
Certification – Debarment, Suspension, and Other Responsibility Matters

This certification is required by the government-wide regulations implementing Executive Order 12549, Debarment and Suspension, 2 CFR Part 180, Section 180.335, What information must I provide before entering into a covered transaction with a Federal agency?

As the duly authorized representative of the applicant, I certify, to the best of my knowledge and belief, that neither the applicant nor its principals:

- Is presently excluded or disqualified;
- Has been convicted within the preceding three years of any of the offenses listed in § 180.800(a) or had a civil judgment rendered against it for one of those offenses within that time period;
- Is presently indicted for or otherwise criminally or civilly charged by a governmental entity (Federal, State, or local) with commission or any of the offenses listed in § 180.800(a); or
- Has had one or more public transactions (Federal, State, or local) terminated within the preceding three years for cause or default.

Certification – Drug Free Workplace

This certification is required by CNCS's regulations implementing sections 5150-5160 of the Drug-Free Workplace Act of 1988 (P.L. 100-690), 45 CFR Part 2545, Subpart B. The regulations require certification by grantees, prior to award, that they will make a good faith effort, on a continuing basis, to maintain a drug-free workplace. The certification set out below is a material representation of fact upon which reliance will be placed when the agency determines to award the grant. False certification or violation of the certification may be grounds for suspension of payments, suspension or termination of grants, or government-wide suspension or debarment (see 45 CFR Part 2542, Subparts G and H).

As the duly authorized representative of the grantee, I certify, to the best of my knowledge and belief, that the grantee will provide a drug-free workplace by:

A. Publishing a drug-free workplace statement that:
   a. Notifies employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the grantee's workplace;
   b. Specifies the actions that the grantee will take against employees for violating that prohibition; and
   c. Informs employees that, as a condition of employment under any award, each employee will abide by the terms of the statement and notify the grantee in writing if the employee is convicted for a violation of a criminal drug statute occurring in the workplace within five days of the conviction;

B. Requiring that a copy of the statement described in paragraph (A) be given to each employee who will be engaged in the performance of any Federal award;

C. Establishing a drug-free awareness program to inform employees about:
   a. The dangers of drug abuse in the workplace;
   b. The grantee's policy of maintaining a drug-free workplace;
   c. Any available drug counseling, rehabilitation, and employee assistance programs; and
   d. The penalties that the grantee may impose upon them for drug abuse violations occurring in the workplace;

D. Providing us, as well as any other Federal agency on whose award the convicted employee was working, with written notification within 10 calendar days of learning that an employee has been convicted of a drug violation in the workplace;

E. Taking one of the following actions within 30 calendar days of learning that an employee has been convicted of a drug violation in the workplace:
   a. Taking appropriate personnel action against the employee, up to and including termination; or
   b. Requiring that the employee participate satisfactorily in a drug abuse assistance or rehabilitation program approved for these purposes by a Federal, State, or local health, law enforcement, or other appropriate agency;

F. Making a good faith effort to continue to maintain a drug-free workplace through implementation of paragraphs (A) through (E).

Certification - Lobbying Activities

As required by Section 1352, Title 31 of the U.S. Code, as the duly authorized representative of the applicant, I certify, to the best of my knowledge and belief, that:

• No federal appropriated funds have been paid or will be paid, by or on behalf of the applicant, to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer of Congress in connection with the awarding of any federal contract, the making of any federal loan, the entering into of any cooperative agreement, or modification of any federal contract, grant, loan, or cooperative agreement;

• If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of Congress, an officer or employee of Congress, or an employee of a member of Congress in connection with this federal contract, grant, loan, or cooperative agreement, the applicant will submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions;

• The applicant will require that the language of this certification be included in the award documents for all subcontracts at all tiers (including subcontracts, subgrants, and contracts under grants, loans and cooperative agreements) and that all subrecipients will certify and disclose accordingly.

Certification - Grant Review Process (State Commissions Only)

I certify that in conducting our review process, we have ensured compliance with the National and Community Service Act of 1990, CNCS's peer review requirements, and all state laws and conflict of interest rules.

Erroneous certification or assurance

The assurances and certifications are material representations of fact upon which we rely in determining whether to enter into this transaction. If we later determine that you knowingly submitted an erroneous certification or assurance, in addition to other remedies available to the federal government, we may terminate this transaction for cause or default.

Notice of error in certification or assurance

You must provide immediate written notice to us if at any time you learn that a certification or assurance was erroneous when submitted or has become erroneous because of changed circumstances.

Definitions

The terms "debarment", "suspension", "excluded", "disqualified", "ineligible", "participant", "person", "principal", "proposal", and "voluntarily excluded" as used in this document have the meanings set out in 2 CFR Part 180, subpart I, "Definitions."  A transaction shall be considered a "covered transaction" if it meets the definition in 2 CFR part 180 subpart B, "Covered Transactions."

Assurance requirement for subgrant agreements

You agree by submitting this proposal that if we approve your application you shall not knowingly enter into any lower tier covered transaction with a person who is debarred, suspended, declared ineligible, or voluntarily excluded from participation in this covered transaction, unless authorized by us.

Assurance inclusion in subgrant agreements

You agree by submitting this proposal that you will obtain an assurance from prospective participants in all lower tier covered transactions and in all solicitations for lower tier covered transactions that the participants are not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction.

Assurance of subgrant principals

You may rely upon an assurance of a prospective participant in a lower-tier covered transaction that is not debarred, suspended, ineligible, or voluntarily excluded from the covered transaction, unless you know that the assurance is erroneous. You may decide the method and frequency by which you determine the eligibility of your principals.

You may, but are not required to, check the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

Non-assurance in subgrant agreements
If you knowingly enter into a lower tier covered transaction with a person who is suspended, debarred, ineligible, or voluntarily excluded from participation in this transaction, in addition to other remedies available to the federal government, we may terminate this transaction for cause or default.

Prudent person standard
Nothing contained in the aforementioned may be construed to require establishment of a system of records in order to render in good faith the assurances and certifications required. Your knowledge and information is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

# Exhibit G
## Reference and Resource Materials

The following is a listing of the important reference materials critical to the success of your AmeriCorps grant.

| Requirements and Resources Referenced in Contract Exhibits |
|---|
| Code of Federal Regulations<br>http://www.ecfr.gov/cgi-bin/text-idx?tpl=/ecfrbrowse/Title02/2cfr200_main_02.tpl |
| eGrants https://egrants.cns.gov/espan/main/login.jsp |
| Assistance Listings (ALN), formerly CFDA https://sam.gov/content/assistance-listings |
| California Department of Human Resources (state travel)<br>http://www.calhr.ca.gov/employees/Pages/trave l-reimbursements.aspx |
| California State Laws http://leginfo.legislature.ca.gov/ |

## Additional Resources

**CaliforniaVolunteers Grantee Central:**
https://www.californiavolunteers.ca.gov/granteecentral/ - This website provides access to training and technical resources and key CaliforniaVolunteers policy and requirements that apply to grants funded by CaliforniaVolunteers.

**AmeriCorps:** http://www.americorps.gov/ - the official website for the AmeriCorps federal agency can be accessed at this link.

**The AmeriCorps Regulations and General and Program-Specific Terms and Conditions** (incorporated into this contract as Exhibit E):
https://www.americorps.gov/grantees-sponsors/manage-your-grant#terms-and-conditions-heading - To plan and manage an AmeriCorps program that is both effective and compliant it is important to understand the grant requirements. This page includes the federal regulations, grant terms and conditions, and policy related frequently asked questions, which govern AmeriCorps grants.

Docusign Envelope ID: 2C762401-062E-43B9-8DE6-57E5EB270586

Updated: 7/30/25



# National Service Criminal History Checks
## Exhibit H: Policy Agreement

**Purpose**
This form is to verify that the criminal history check policies and procedures of the legal applicant organization will be in compliance with AmeriCorps National Service Criminal History Check Policy and California Volunteers (CV) requirements.

**Instructions**
The legal applicant organization's representative should review all requirements listed below. Signature of the contract indicates assurance of awareness of this policy and that your AmeriCorps program's criminal history check policies and procedures satisfy all requirements.

**Policy**
**All AmeriCorps members (18 and older) and any staff listed in the grant budget\* (including as cash or in-kind match) must have completed National Service Criminal History Checks (NSCHC) prior to start.** All required check components must be conducted, documented, and results considered according to AmeriCorps' and the program's own policy, with members <u>cleared prior</u> to the start of service and staff cleared prior to charging time to the grant.
*\*staff on fixed-cost grants are not included in the budget and are therefore not subject to checks as of May 1, 2021.*

**Required Criminal History Check Components** are defined as follows:
1. Nationwide name-based <u>National Sex Offender Public Registry Check</u> via ***Truescreen\**** and
2. <u>Statewide Criminal History Registry Check(s)</u> in the State of residence (out-of-state applicants)[1] **and** in the State where the individual will serve / work (California)\* using ***Truescreen*** and
3. <u>FBI National Fingerprint-based Check</u> using ***Truescreen*** or using the **California Dept of Justice (CA DOJ)** via CV's waiver

**\*Note:** Truescreen is not able to obtain a California check. This is still considered a compliant check per AmeriCorps *Truescreen Waiver #1*. California Volunteers also reserves the right to utilize the AmeriCorps NSCHC waiver process for alternative check procedures.

**To allow broad participation, AmeriCorps has limited results that would <u>exclude</u> participation** to the following:

No one **convicted of murder** (as defined in 18 USC 1111) and/or registered or required to be registered on a state **sex offender** registry or the National Sex Offender Registry; nor who **refuses to undergo the checks** or who **intentionally provides false information** (such as a false name, false ID, or fingerprints of another individual) with regards to the checks process, may be deemed eligible. The **program must set its own selection criteria that <u>include at least these minimum disqualifiers</u>** while being mindful of state and federal Civil Rights & nondiscrimination laws, including Titles VI and VII of the Civil Rights Act of 1964.

**Procedure:** Refer to the National Service Criminal History Check (NSCHC) Manual for detailed requirements and CV's NSCHC webpage for training on how to properly conduct the checks using **Truescreen**.

**California Volunteers requires that the legal applicant organization:**

1. Appropriately conduct and document the checks process using the CV NSCHC Verification Form and Instructions and retain the supporting documentation in each staff/member file;
2. Ensure all required checks are completed as outlined above, AT LEAST ONE DAY <u>prior</u> to becoming an AmeriCorps member eligible to earn hours or a staff person's time is charged to the grant (per first timesheet)
3. Follow all requirements outlined in the National Service Criminal History Check (NSCHC) Manual
4. Has written policy and procedures in place, which align with AmeriCorps' AmeriCorps Recommended NSCHC Policy & Procedures
5. Ensure at least one staff member is trained annually in the **Updated** AmeriCorps Required Annual NSCHC eCourse Training and retain the training certificate as required by AmeriCorps State and National Terms and Conditions; as well as any required California Volunteers NSCHC Trainings.

**Policy Acknowledgement and Agreement**
Per this contract exhibit, and the signing of the contract, the legal applicant organization expresses understanding of these requirements.

Failure to properly meet National Service Criminal History Check Requirements can result in significant cost disallowance as outlined in the AmeriCorps NSCHC Cost Disallowance Enforcement Guide. California Volunteers or AmeriCorps will request background check documentation as part of its required monitoring and this must be provided within the timeframe given.

---

[1] The State where a candidate "resides" is the location where the individual has made a home which they consider their place of residence at the moment in time that they applied to serve or work. College students must be handled differently. An individual applying to serve or work who is an enrolled full-time college student is deemed to be residing in the state where they live for the purpose of attending the school without regards to whether that home is on- or off-campus, and whether that home is in the same state as the college is located. Programs may not opt to use any other basis for identifying the student's residence state, e.g., such as the student's family home. The state to check does not change because a student is on semester or summer breaks temporarily residing elsewhere, and there is no test needed to measure duration of residence while attending school. [AmeriCorps NSCHC FAQs].

Docusign Envelope ID: 2C762401-062E-43B9-8DE6-57E5EB270E86

Exhibit I. 2025-2026 CV Branding and Messaging Guidance

# AmeriCorps California Branding and Messaging Guidance

In addition to following [AmeriCorps federal branding and messaging guidelines](#), AmeriCorps California grantees are required to use the AmeriCorps California logo, California Volunteers logo, and taglines as indicated in this chart.

| When to use which logo? | | Web | Gear | Printed Materials* | Placement Sites |
|---|---|---|---|---|---|
| **California AmeriCorps Logo** | **AmeriCorps** California | X | X | X | X |
| **California Volunteers Logo** | CALIFORNIA VOLUNTEERS Office of the Governor | X | | X | X |
| **Site Signage** (use for: website, printed materials, and signage) | ***AmeriCorps Serving Here posters*** *– print or order these signs which use the new standard AmeriCorps logo (without CA). These can be found* here *by going to "Marketing Materials".* | | | | X |
| **Print Media** | *"[Org Name] is a proud grantee of AmeriCorps and California Volunteers, Office of the Governor".*  See **AmeriCorps Branding Guide**.  *This can be found* here *by going to "Brand Guidelines".  See pages 32-40 for information on published articles and media.* | X | | X | X |

Exhibit I. 2025-2026 CV Branding and Messaging Guidance

California Volunteers logos and signage can be found in the Box account Branding Folder. See the AmeriCorps Communication Resources webpage for additional communication resources, logos, and signage available.

*Printed materials include brochures, annual reports, fact sheets, etc.

# Exhibit B



## AMERICORPS CONTINUATION APPLICATION COVER FORM

**Instruction:**  This form is **required** as part of the AmeriCorps continuation process and must be submitted via email the to Program Specialist by the Application Submission Deadline identified in the Continuation Guidance.

| Program Information | |
|---|---|
| **Legal Applicant:** | San Francisco Unified School District |
| **Program Name:** | Healthy Choices AmeriCorps |
| **Grant ID (14-digit # from eGrants):** | 24ACICA0010006 |
| **Organization's Unique Entity Identifier (located on SAM.gov):** | EJ9BH67LAVP5 |

**Please indicate any changes you are proposing to make in the upcoming program year.**

☐ We are <u>not</u> requesting any changes.

X We are proposing changes <u>in the areas checked below</u>:

    ☐ Changes to <u>Service Locations</u>

    ☐ Changes to <u>Performance Measurement Worksheet(s) for Primary PMW</u>

    ☐ Changes to <u>Performance Measurement Worksheet(s) for Non-Primary PMW</u>

    ☐ Changes to <u>Performance Measurement Worksheet(s) for Volunteer Recruitment PMW</u>

    ☐ Changes to <u>Performance Measurement Worksheet(s) for Member Development PMW</u>

☐ We are proposing <u>budget changes to reduce match percentage to align with the new match schedule</u>

X We are proposing <u>other budget changes</u>

**Legal Applicant Representative:** Tony Payne, Assistant Superintendent, SFSD

**Date:** 01.07.2026



## AmeriCorps Continuation Application Form

**Instructions**: Please address all prompts below thoroughly and accurately. Submit this form and associated updated documents via the CV AmeriCorps Grants Portal by the Application Submission Deadline identified in the Continuation Guidance.

| Past Performance | |
|---|---|
| Past three years enrollment rates (per eGrants): | **2023-24:** 59.3 <br> **2024-25:** 89.1 <br> **2025-26 to date:** 79.5 |
| If enrollment is below 100%, describe plans for improvement, including a summary of actions taken to improve recruitment. If the federal grant termination impacted enrollment, please provide a brief explanation. | The uncertainty of AmeriCorps caused individuals to rescind their acceptance. In addition, SFUSD was still under CDE oversight during the 2025-26 year, which also caused uncertainty in hiring. |
| Past three years retention rates (per eGrants – list all three): | **2023-24:** 82.9 <br> **2024-25:** 90.2 <br> **2025-26 to date:** 100 |
| If retention is below 85% to date, describe plans for improvement, including a summary of actions taken to improve retention. If the federal grant termination impacted retention, please provide a brief explanation. | Currently at 100% retention |

In the text boxes below, describe any changes you are proposing and why the change is necessary. Clearly state what the program is currently awarded to do and what the proposed change will be. **If you are not proposing changes, write, "No changes."**

| |
|---|
| 1.  **Service Site Location Changes:** Describe the changes to service sites and provide an explanation which includes the purpose of the change, the need that will be met at any new sites, the activities of the members, and organizational capacity to support the new sites. Include an updated Service Site Location List with your application. |
| No changes. |
| 2.  **Performance Measurement Worksheet Changes:** Describe any changes to your performance measures and provide a justification for the change. Identify the Performance Measure ID and the specific fields in the online Performance Measurement Worksheet form which contain changes over your awarded PMWs. <br> Note: Member activities must remain within the program's awarded scope, and targets must remain the same. |
| No changes. |
| 3.  **Staffing/Monitoring Changes:** If relevant, describe any significant changes to staffing or monitoring of the program and describe your plans for ensuring program continuity of support and compliance. |



Two key staff members turned over during the summer of 2025. This impacted the ability to continue to actively recruit/onboard new members. The staff have since been replaced, and the Program Manager is actively training them on policies and procedures with special attention to compliance.

4.  **Budget Changes:** Describe any changes to the budget below. Be aware that any current year budget amendments <u>are not carried over to the next program year</u>; use your awarded budget from eGrants as the baseline. Include an updated budget worksheet with your application.

We are requesting to maintain the reallocatation of CNCS funding share and maintain an increase to the Member Living Allowance by increasing the Match Funding share.

In addition, we are not including a Living Allowance for the PT members as they are currently able to use the service term as a part of their internship for the university they are enrolled in. They will continue to earn an Education Award.

In addition, personnel expenses were updated to reflect the current staffing structure.