| | |
|---|---|
| DAVID CHIU, SBN 189542<br>City Attorney<br>YVONNE R. MERÉ, SBN 175394<br>Chief Deputy City Attorney<br>MOLLIE M. LEE, SBN 251404<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>MOLLY J. ALARCON, SBN 315244<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone:     (415) 554-3894<br>Facsimile:      (415) 437-4644<br>E-Mail:          molly.alarcon@sfcityatty.org<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT | COOLEY LLP<br>BENEDICT Y. HUR, SBN 224018<br>bhur@cooley.com<br>SIMONA AGNOLUCCI, SBN 246943<br>sagnolucci@cooley.com<br>EDUARDO E. SANTACANA, SBN 281668<br>esantacana@cooley.com<br>THILINI CHANDRASEKERA, SBN 333672<br>tchandrasekera@cooley.com<br>MICHAEL B. MORIZONO, SBN 359395<br>mmorizono@cooley.com<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone:     (415) 693-2000<br><br>Attorneys for Plaintiff<br>SAN FRANCISCO UNIFIED<br>SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>   Plaintiffs,<br><br>   vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>   Defendants. | Case No. 3:25-cv-02425<br><br>**SUPPLEMENTAL DECLARATION OF DR. MARIA SU IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

SU SUPP. DECL. ISO MSJ
CASE NO. 3:25-cv-02425

I, Dr. Maria Su, declare and state the following:

1. I am Superintendent of the San Francisco Unified School District. I have served in that role since October 2024. Prior to that time, I was the Executive Director of the San Francisco Department of Children, Youth, and their Families.

2. San Francisco Unified School District (SFUSD) is the seventh largest school district in California, educating over 50,000 students every year.

3. SFUSD serves a diverse, urban population in 122 different schools. A quarter of our students are English language learners. Thirteen percent are white, meaning 87% of our students are of varied backgrounds, including Latino, Asian, Filipino, Black, multi-racial, Pacific Islander, and more. Fifty-six percent are considered socioeconomically disadvantaged.

4. SFUSD's core values include putting students' needs first with a focus on the whole child, standing with those most vulnerable in our community, respecting and seeking to understand each person, and being an inclusive and anti-racist district. These values are important to SFUSD because they help all children in the district to learn and succeed.

5. SFUSD is experiencing a significant budget deficit due to declining enrollment trends, reduced state funding, and rising expenditures. SFUSD continues to face structural planned deficits in its Unrestricted General Fund, which leads to a projected negative fund balance over time.

6. In this budget climate, losing around $667,000—which is being used to fund 44 AmeriCorps members to provide services, including one-on-one mentoring to vulnerable students—would be a significant hardship.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in San Francisco, California on January 9, 2026.

1
2   *Maria Su*
      _____
3     DR. MARIA SU
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

SU DECL. ISO TRO MTN.                2
CASE NO. 3:25-cv-02425