DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone:     (415) 554-3894
Facsimile:     (415) 437-4644
E-Mail:        molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

COOLEY LLP
BENEDICT Y. HUR, SBN 224018
bhur@cooley.com
SIMONA AGNOLUCCI, SBN 246943
sagnolucci@cooley.com
EDUARDO E. SANTACANA, SBN 281668
esantacana@cooley.com
THILINI CHANDRASEKERA, SBN 333672
tchandrasekera@cooley.com
MICHAEL B. MORIZONO, SBN 359395
mmorizono@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone:     (415) 693-2000

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425<br><br>**SUPPLEMENTAL DECLARATION OF ANDREA PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

I, Andrea Phillips, declare and state the following:

1.    I am employed by the City of Santa Fe ("Santa Fe" or the "City") and serve as Deputy City Manager.

2.    Henri Hammond-Paul, the former Director of Community Health and Safety for Santa Fe, submitted a prior declaration in this case dated March 11, 2025, ECF 18-6. He has since left his employment in Santa Fe. I submit this declaration to supplement his prior declaration.

3.    The City Manager's Office oversees the City's Community Services Department. That Department includes the Senior Services Division, which is responsible for administering and implementing the City's three AmeriCorps Seniors programs, including the Foster Grandparent Program ("FGP"), the Senior Companion Program ("SCP"), and the Retired & Senior Volunteer Program ("RSVP"). These programs are vital to the well-being of children, seniors, and community members throughout Santa Fe.

4.    Santa Fe has administered these programs for years, providing critical support services to vulnerable populations. Through these programs, volunteers aged 55 and older serve in a range of capacities, including mentoring at-risk children, supporting independent living for seniors, and delivering essential community services.

5.    For the 2025–26 program year, Santa Fe has applied for, received, and intends to continue administering its AmeriCorps FGP and RSVP programs. Although Santa Fe does not receive ongoing federal grant funds directly from AmeriCorps for SCP, the City is required to apply for SCP designation in order to remain eligible for related state funding. See attached SCP Application for Federal Assistance marked as **Exhibit D**, and SCP Notice of Grant Award marked as **Exhibit E.** The New Mexico Aging and Long-Term Services Department awards FGP, SCP, and RSVP funding only to entities that are recognized AmeriCorps grantees. Accordingly, Santa Fe must continue applying for SCP designation to receive state support for that program.

6.    The program structures, service models, and community impacts described in Mr. Hammond-Paul's prior declaration remain accurate. True and correct copies of the relevant 2025–26 grant materials are attached hereto as **Exhibits A** through **H**.

7.    The 2025–26 FGP award funds an approved program budget of $35,513. For that program year, Santa Fe's statutory match requirement is 10 percent, and the City's budgetary match is 87.04 percent. See Application for Federal Assistance marked as **Exhibit A**, Notice of Grant Award marked as **Exhibit B**, and FGP Grant Agreement marked as **Exhibit C**.

8.    The 2025–26 RSVP award funds an approved program budget of $50,000. For that program year, Santa Fe's statutory match requirement is 10 percent, and the City's budgetary match is 77.09 percent. See Application for Federal Assistance RSVP marked as **Exhibit F**, Notice of Grant Award RSVP marked as **Exhibit G**, and RSVP Grant Agreement marked as **Exhibit H**.

9.    Santa Fe intends to apply for and continue administering the FGP and RSVP programs in future program years, subject to available funding and compliance requirements.

10.    Santa Fe's participation in RSVP and FGP occurs within multi-year funding cycles administered by AmeriCorps. Continued eligibility and stability within that cycle are critical to program continuity, staffing, volunteer retention, and service delivery.

11.    The two 2025-26 AmeriCorps grants the City received are for the third in a three-year grant cycle between 2023 and 2026.

12.    Santa Fe applied for these three-year programs pursuant to the 2023 Notice of Funding Opportunity ("NOFO") documents issued by AmeriCorps, in response to which Santa Fe described various commitments to diversity, equity and inclusion in its grant applications.

13.    At this time, Santa Fe does not intend to apply for additional AmeriCorps grants outside of FGP, RSVP, and the required SCP designation. The $2,500 awards previously associated with each AmeriCorps grant were one-time augmentations intended to ensure that grantees could attend the AmeriCorps annual convening. AmeriCorps requires grantees to budget federal funds for participation in this annual convening.

14.    Everything Mr. Hammond-Paul said in his prior declaration about the threats from the new AmeriCorps conditions on Santa Fe's FGP and RSVP programs remains true for the current grant year.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

15.    If an injunction were not in place and AmeriCorps were permitted to impose the challenged conditions going forward, the City would face a substantial risk of losing federal funding necessary to operate these programs. The resulting loss of funds would imperil the continuation of FGP and RSVP services and exacerbate existing budget constraints faced by the City. The negative impacts described in Mr. Hammond-Paul's prior declaration in support of injunctive relief would continue to apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Santa Fe, New Mexico on January 9, 2026.

ANDREA PHILLIPS

# EXHIBIT A

# PART I - FACE SHEET

## APPLICATION FOR FEDERAL ASSISTANCE
Modified Standard Form 424 (Rev.02/07 to confirm to the Corporation's eGrants System)

| | |
|---|---|
| | **1. TYPE OF SUBMISSION:**<br>Application [X]    Non-Construction |

| | | |
|---|---|---|
| **2a. DATE SUBMITTED TO CORPORATION FOR NATIONAL AND COMMUNITY SERVICE (CNCS):**<br>03/21/25 | **3. DATE RECEIVED BY STATE:** | **STATE APPLICATION IDENTIFIER:**<br><br>NM |
| **2b. APPLICATION ID:**<br>25SF275022 | **4. DATE RECEIVED BY FEDERAL AGENCY:**<br>03/21/25 | **FEDERAL IDENTIFIER:**<br>23SFDNM002 |

**5. APPLICATION INFORMATION**

LEGAL NAME:  City of Santa Fe

UEI NUMBER:     QLN2YKMMJ8X6

ADDRESS (give street address, city, state, zip code and county):
200 Lincoln Ave
Santa Fe NM 87501 - 1904
County: Santa Fe

NAME AND CONTACT INFORMATION FOR PROJECT DIRECTOR OR OTHER PERSON TO BE CONTACTED ON MATTERS INVOLVING THIS APPLICATION (give area codes):

NAME:  Theresa Trujillo

TELEPHONE NUMBER:    (505) 955-4745

FAX NUMBER:

INTERNET E-MAIL ADDRESS:    tptrujillo@santafenm.gov

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):**
856000168

**7. TYPE OF APPLICANT:**
7a.  Local Government - Municipal

7b.  Local Government, Municipal

**8. TYPE OF APPLICATION** (Check appropriate box).

[ ] NEW          [ ] NEW/PREVIOUS GRANTEE

[X] CONTINUATION    [ ] AMENDMENT

If Amendment, enter appropriate letter(s) in box(es): [  ] [  ]

A. AUGMENTATION      B. BUDGET REVISION

C. NO COST EXTENSION    D. OTHER *(specify below):*

**9. NAME OF FEDERAL AGENCY:**

## Corporation for National and Community Service

**10a. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:**    94.011

**10b. TITLE:**    Foster Grandparent Program

**11.a. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:**

Santa Fe FGP

**12. AREAS AFFECTED BY PROJECT** (List Cities, Counties, States, etc):
Santa Fe County (City of Santa Fe, Towns of: Eldorado, Tesuque, Pojoaque, Cerrillos, Madrid, Edgewood, Agua Fria, La Cienega, Santa Cruz, Lamy, Glorieta, G

**11.b. CNCS PROGRAM INITIATIVE (IF ANY):**

**13. PROPOSED PROJECT:**  START DATE: 07/01/25    END DATE:  06/30/26

**14. CONGRESSIONAL DISTRICT OF:**    a.Applicant [NM 03]    b.Program [NM 03]

**15. ESTIMATED FUNDING:**    Year #: [3]

| | |
|---|---|
| a. FEDERAL | $    35,513.00 |
| b. APPLICANT | $   238,544.00 |
| c. STATE | $    88,208.00 |
| d. LOCAL | $   150,336.00 |
| e. OTHER | $      0.00 |
| f. PROGRAM INCOME | $      0.00 |
| g. TOTAL | $   274,057.00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

[ ] YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

[X] NO. PROGRAM IS NOT COVERED BY E.O. 12372

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**

[ ] YES  if "Yes," attach an explanation.    [X] NO

**18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.**

| a. TYPED NAME OF AUTHORIZED REPRESENTATIVE:<br>Manuel Sanchez | b. TITLE: | c. TELEPHONE NUMBER:<br>(505) 955-4710 |
|---|---|---|
| d. SIGNATURE OF AUTHORIZED REPRESENTATIVE: | | e. DATE SIGNED:<br>04/09/25 |

# Narratives

**Executive Summary**

The City of Santa Fe Foster Grandparent Program proposes to have 16 AmeriCorps Seniors volunteers who will mentor and tutor preschool and elementary school (PreK-3) children in 9 Elementary Schools and 1 Head start Program. AmeriCorps Seniors volunteers will serve 14 service years each year. The primary focus area of this project is education with the primary objectives of increasing school readiness and K-12 success.  AmeriCorps Seniors volunteers will be responsible for approximately 42 students with improvements in reading, social, and communication skills thereby increasing morale and confidence as they move forward.  The AmeriCorps federal investment of $35,513 will be supplemented by the State of New Mexico Aging and Long-Term Services Department for $88,208.17 and $143,540.92 City of Santa Fe.

**Strengthening Communities**

The Foster Grandparent Program (FGP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 155,201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens.  These numbers are only expected to increase in the coming years as a new and larger generation ages.  The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014.  This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

The communities in our service area range from a small city, rural towns and Native American pueblos where poverty is prevalent and extend to small housing developments and gated communities where wealthy seniors come to retire.  The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid.  Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses.  Our rural areas are the majority of Santa Fe County and house many farmers and craftspeople.  Although an appealing place to live, there is still disparity and need in the area.  The median household income in 2021 was estimated at $61,200; however at

# Narratives

least 12.4% of Santa Fe County residents remain in poverty.  According to the statewide numbers for 2021, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%.  Although our primary areas of volunteer placement continue to be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe for both recruitment and volunteer placement.

About three in ten New Mexico children live in poverty, 26% of children in New Mexico compared to 17% nationwide.  More than three in four kids are not learning reading and math as they should and nearly three in ten do not graduate from high school on time, according to the annual New Mexico Kids Count Data Book.  In 2022 New Mexico ranked 50th among states for overall child well-being, 49th in education and 49th in economic well-being.  Unfortunately, New Mexico also ranks 49th in family and community, which ranks the number of children who live in nurturing families and are part of supportive communities that have better social and learning outcomes. According to the national Education Week magazine, students in public schools in New Mexico have the poorest chance for success among students nationwide because of factors such as the state's high poverty rate and because students are failing to meet learning goals in reading and math and the low graduation rate.

According to the New Mexico Kids Count 2022 Profile, 76% of New Mexico fourth graders are not proficient in reading, making New Mexico scoring the worst amongst other states.  This is worse than the 66% U.S. average and those results put New Mexico among 18 states that score below the national average. Only 33% of SFPS Schools met 3rd through 8th grade English language arts expectations. For the third year in a row, in 2018, more than half of Santa Fe's public schools received D's or F's in statewide rating.  Of the district's 29 public educational facilities, eight received an F, eight earned a D, four scored a C, five got a B and four received an A.  Following the disappointing grades earned, we are able to gain a better understanding of what is happening in our district and continue to reach out to these schools and offer our assistance.

Our program currently has a total of 13 volunteers. Approximately 12 volunteers will be paired with teacher identified children with special and/or exceptional needs, grades kindergarten through third grade, in the Santa Fe Public School system.  The goal is to provide approximately 40 students with one-on-one mentoring and tutoring in the areas of reading, math and assistance with some language barriers.  Children who receive tutoring services will be tracked via a Care Plan, and results will be reported once toward the end of the school year by the volunteer station to track progress and report on National Performance Measures.  The goal of the mentoring/tutoring is to provide students with

# Narratives

the needed attention to help them reach proper grade levels, learn to read and write or speak English so that they have better opportunities of success when they move on to the next grade level. One hundred percent of the FGP volunteers will be assigned to outcome-based measurements.

The foundation of an early head start, and subsequent lifelong developmental potential are necessary in a child's early years. High quality Head Start and proficiency in reading by the end of third grade is crucial in a child's overall development. Children who do not have a solid, early educational foundation are more likely to drop out of school and subsequently reduce a person's earning potential and chances for career success as adults. In Santa Fe County, hundreds of children participate in the federally funded Head Start Programs, sponsored by Presbyterian Medical Services. These Head Starts are for children living at or below the federal poverty threshold. In addition to providing a high-quality educational foundation for children, these programs also help parents to reach their own personal, educational, and employment goals.

Prior to the pandemic, three Foster Grandparents were assigned to teacher identified children (approximately 7 children) up through the age of kindergarten, who are enrolled in early childhood education programs and who come from low-income families and/or have learning, cognitive or developmental disabilities. According to Federal Head Start Performance Standards, all Head Starts are required to complete developmental screenings to identify children who may be in need of disability services. Santa Fe Head Start staff use the Early Screening Inventory Development test which identifies children needing extra assistance with specific delays and/or disabilities. Without intervention the identified children will not acquire the skills necessary to be successful in school. A current MOU is still in place with PMS even though it is not an active volunteer station. We will continue to communicate with the head start programs and place the volunteers once PMS deems it safe to do so.

Ideally, all children would enter kindergarten with the skills and behaviors necessary for a smooth transition from home to school. Unfortunately, for many American children early school success is not a reality. Environmental and developmental risks such as inconsistent parenting, complications during pregnancy/birth and early exposure to poverty often have negative effects on children's social and emotional development and long-term academic achievement. School readiness provided by Foster Grandparents give students the well-documented boost as they go into kindergarten. National Performance Measures are clearly documented to record the number of children demonstrating gain in school readiness in terms of social and/or emotional development. Children who receive the assistance of a Foster Grandparent will be tracked via a Care Plan, and results will be reported two

# Narratives

times throughout the school year to track progress and report on National Performance Measures. With the current funding cuts, Head Starts are facing a devastating loss in federal support. Our Foster Grandparents are needed more now than ever to help fill the gaps of helping these children succeed. FGP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by actively seeking input from our volunteers and volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the FGP program. Additional local input is provided by the Volunteer Programs Advisory Council. The Advisory Committee consists of 11 racially and culturally diverse community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The Advisory Committee is under the purview of the Senior Services Board of Directors, also comprised of local community members. Advisory Council members provide outside guidance and oversight to the program. They conduct site visits to volunteer stations, conduct interviews with station coordinators and volunteers, and evaluate the relevance of the programs FGP provides. FGP staff members will create measurement tools, compile the survey data, and analyze and report results.

The Santa Fe FGP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty years, the Santa Fe FGP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops.

We will ensure that our project engages community members by recruiting volunteers of all backgrounds, various interests, education, and skill set. Throughout the year we attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these in different locations of the city in order to recruit volunteers.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities taking place at our Senior Center. By having a group of advisory

# Narratives

members, it enables us to clearly make decisions with various perspectives on serving our community.

Definition of Accessibility

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.

**Recruitment and Development**

The Santa Fe Foster Grandparent Program has a solid, proven infrastructure to create high-quality volunteer assignments with opportunities for volunteers to share their experience, skills and abilities, as well as to learn and expand their skill set and knowledge. As a requirement of the program, all volunteers are given 20 hours of pre-service orientation conducted by the Project Director. Appropriate and inappropriate responsibilities/duties are reviewed on a semi-monthly basis and volunteers are initially given a copy of the Foster Grandparent Program Volunteer Handbook for their record and reference. We also discuss support and supervision and review the organizations' handbooks, thereby ensuring our members receive relevant and adequate materials, information and support to perform their jobs effectively in a safe and supportive environment.  Through their efforts, our volunteers enhance the capacity of 11 public schools and Head Starts, and those organizations provide specific training to volunteers. They also attempt to mobilize additional volunteers to fulfill the mission of our volunteer stations. Working individually with each volunteer station, we discuss volunteer orientation, training, support and supervision and review the organizations handbooks, thereby ensuring our volunteers receive relevant and adequate materials, information and support to perform their jobs effectively in a safe and supportive environment. Volunteers continue to reflect upon the satisfaction they receive by helping those less fortunate children to succeed as students, obtain social skills, and/or be promoted to the next grade with their peers. Aside from volunteer surveys, we provide several venues for volunteers to reflect on the meaning of their service. Our newsletter includes one page dedicated to the Foster Grandparent and Senior Companion Programs that include a monthly volunteer spotlight, birthday announcements, photos, announcements, etc. Volunteer gatherings provide additional opportunities to reflect on the value of volunteerism, as members are able to place their work in the context of a larger community perspective. We incorporate appropriate stories of service into our September 11th Day of Service, Martin Luther King Day, and our Adopt a Highway projects. Most volunteer meetings strengthen our national service project by reinforcing with participants the importance of finding satisfaction, meaning and joy in their volunteerism.

# Narratives

Low-income volunteers qualify for a stipend, mileage reimbursement, meal reimbursement, a uniform shirt/jacket/vest annually, and we provide some accident and excess auto liability insurance. Our volunteers receive ongoing training and education. Along with our monthly mandatory in-service trainings/handouts, we constantly offer continuous education for all volunteers. Prior to the pandemic we hosted and attended health fairs with information on fitness, balance, safety and nutrition for our volunteers. All volunteers are requested to attend our annual emergency preparedness events. Occasionally, volunteers have led the in-service trainings allowing them to share their talents and leadership skills.  Each year, we take our volunteers to the New Mexico Conference on Aging, held about 60 miles away. We provide for their transportation, some lodging, registration and lunches for both days of a two-day conference. Each day includes a plenary session; five workshop slots, during which volunteers may choose from eight different classes or events; and a health and enrichment fair. Due to the pandemic the 2021 and 2022 Conference was held virtually. We gave all volunteers the opportunity to attend the virtual conference on site for the 2-day conference. Other volunteers who had to ability to join from the comfort of their own home did so as well. Our Volunteer Handbook provides education to FGP members about our program. It is given to every volunteer during the initial orientation and has a page at the back for their signature of acknowledgement. It contains 19 pages of information about our program structure, policies and procedures, including volunteer allowable and non-allowable activities, our non-discrimination policy, a volunteer code of conduct, and a volunteer bill of rights. An important element of volunteer satisfaction is working in a capacity one finds fulfilling. Volunteerism is most valuable when it enriches the volunteer as well as the recipient, and this concept of value can vary tremendously from one person to the next. Our experience indicates that baby boomers seek volunteer opportunities that are visible and measurable. Some of our older seniors appear to derive more enrichment from their work environment than from a specific task or goal. Frequent communication with volunteer stations ensures that volunteers are in appropriate jobs and receive the support and appreciation they deserve. Whatever the needs, interests and preferences of a volunteer, our program strives to meet them. Along with the program benefits that our volunteers receive, staff has developed an excellent working relationship with each volunteer. Staff works with volunteers on a one-to-one basis to coordinate their schedule and volunteer experience that best matches their abilities while accommodating their individual needs. We listen to their requests, offering benefits they value, and appreciating the services they perform. We frequently seek their suggestions for preferred gifts and trainings. Wherever possible we implement program changes that volunteers suggest, so they are aware that we value their input. Our Volunteer

# Narratives

Handbook includes a Code of Conduct for volunteers, thereby helping to create a high standard for our volunteers and maintaining high quality services for our clients.

Our volunteers are well known and highly regarded within our community thereby instilling pride when associated with our program. In March of 2020, our AmeriCorps Seniors volunteer programs received a distinctive award from the mayor's office for our commitment and enormous impact that our volunteers make in the community. Volunteers are always thanked for their services via our annual recognition banquet, and they are given recognition gifts throughout the year. In the past we have recognized the contributions of our volunteers in a variety of ways, the largest and most celebratory being our annual volunteer recognition banquet. Along with our RSVP Volunteer Program, about 300 volunteers usually attend and staff caters a buffet lunch. We offer small table favors and donated door prizes. The mayor reads a proclamation and elected officials and staff from the AmeriCorps Seniors state office and the N.M. Aging and Long-Term Services Department publicly recognize and praise the accomplishments and dedication of our volunteers. We provide a live band for entertainment, which also provides attendees an opportunity to dance, which we have observed many enjoy tremendously. Due to Covid-19 we have had to think creatively regarding recognition events. We have hosted several Drive-through recognition events throughout the year until we can resume our Annual in person banquet in a safe and enjoyable manner.  With our funds provided via our grant, we are able to purchase meaningful and useful recognition gifts throughout the year. Being able to provide a warm jacket or a professional looking polo shirt with our logo means the world to our low-income volunteers as well as provides identification as members of our elite group.  Annually we advertise and recruit new members for our Advisory Committee. This provides active volunteers the opportunity to represent the Foster Grandparent Program as a member of our Advisory Committee and/or as a member of Division of Senior Services' Board of Directors. We currently have one volunteer from each respective program as Advisory Committee members.

Outreach efforts include attending virtual meetings sponsored by our volunteer station the Santa Fe Public Schools and attending meetings that include a senior focus to recruit volunteers. We also recruit volunteers through a variety of venues, in an effort to reach the broadest base possible.  We build public awareness through a continuous campaign of outreach and education, including the publication of a 20-page newsletter entitled The Senior Scene, produced by the RSVP Project Director. Each month we distribute 3,500 copies of the newsletter to nearly 40 locations throughout the county. FGP outreach materials are available on the City of Santa Fe's website, and it is designed to inform current and potential volunteers about our program and opportunities. We also promote our

# Narratives

program using established media contacts whenever an opportunity arises, including radio and television interviews. We organize educational events for our volunteers and invite the public, offering a snapshot into our program. The FGP office created effective outreach materials that we update frequently based upon feedback from volunteers and station leaders, include an inviting display board used at community fairs and other public forums. These methods have all resulted in recruitment of volunteers and continue to be effective strategies.

According to the U.S. Census 2021 QuickFacts estimates, the largest/ethnic groups in Santa Fe County are Hispanic (50.9%), White Non-Hispanic (43.2%) and American Indian (4.3%), followed by Asian (1.6%) and Black or African American (1.2%).  The Santa Fe FGP represents these demographics with the majority of volunteers being Hispanic and White.  While the program does not conduct targeted recruitment based on race/ethnicity, we also do not deny enrollment into the program based on it.  We also continue to reach out to all communities throughout our service area.

**Program Management**

To ensure that project management is efficient, effective and meets community needs, we have incorporated several monitoring and evaluation mechanisms including Assignment Plans; routine site visits/monitoring; teacher/supervisor input; surveys; reviewing, evaluating, and implementing recommendations to enhance the volunteer's and recipient's participation in this program. The FGP Memorandum of Understanding signed by each volunteer station authorized representative clearly defines activities not supported under FGP program regulations. At our initial meeting with a potential volunteer station director, and at each subsequent meeting to update information, the MOU is read thoroughly, discussed and signed by both parties. Any indication that a volunteer station is not in compliance with the MOU or other program regulations results in an immediate meeting with the director to clarify and remedy the situation, or, failing that, termination of the MOU. Before we place volunteers at a station, we determine the volunteer's skills and abilities as well as obtain from them what type of staff works with volunteers and station staff to ensure that volunteers are actually performing their assigned service activities. If volunteers are performing duties outside of those assigned, we revisit the assignment. In the event the assignment needs to be updated or changed, and assuming the duties are in compliance with the program goals and the volunteer is willing to perform them, we adjust a volunteer's assignment. If volunteers are asked to perform activities in which they have no interest or that lie outside program guidelines, those duties are discontinued. If a volunteer station routinely violates the assigned duties protocol, we relocate volunteers to another station. Staff members often serve at volunteer stations to develop an understanding of the required duties. This

# Narratives

process helps us recruit appropriately, become better acquainted with our volunteers and the requirements of stations, and create a rapport with the volunteer station staff.

Volunteer duties and outputs are carefully tracked. We use software specifically designed for FGP/SCP to track all required data elements, including numbers of volunteers, stations, and hours and children assisted/progress. We also collect qualitative data from volunteers, stations, and clients using satisfaction surveys. These open-ended, narrative formats allow us to broaden the scope of feedback we receive and provide an additional tool for those involved with our program to communicate with us.  Additionally, the information is electronically stored in a database and is utilized for continuous improvement of the program.

An important component of program management is maintaining transparency and public awareness of our program and services. Prior to the pandemic, all of our Advisory Committee meetings were open to the public and we encouraged participation. All grant and program information, including budget, can be printed and made accessible in the FGP office for the public to access. FGP staff members attend virtual local public hearings, town hall and City Finance Committee and City Council meetings, to be current on community issues, barriers, and resources and to answer program questions. The FGP Project Director is available at New Mexico Legislature hearings to explain the FGP program or give program statistics, if asked. We respond to changing community needs, whether they come from volunteers, other seniors, or other community members. We pride ourselves on our flexibility to address the identified needs of our community. When requests for bilingual volunteers are made, we attempt to recruit and place volunteers to meet the needs. Our community continues to expand on the Southside of town, and our FGP volunteers continue to play a vital role in assisting children with language barriers.

At our most recent audit, our federal funding source noted that the SF FGP program is in compliance with mandated background checks for volunteers.  As recommended by AmeriCorps Seniors, we have phased into utilizing the background check providers approved and relied upon for comprehensive and accurate data.  Internal policy states that volunteers are not placed at their volunteer station until all mandated background checks have been cleared and adjudicated.  We budget for 8 background checks for new staff and volunteers that enter the program.  Federal background checks are conducted through Fieldprint at $27.75 each and New Mexico state/sex offender through Truescreen at $7.50 each for a total of $35.25 per staff/volunteer.

As documented in federal and state-audits/monitor visits for the past 32 years, the Santa Fe FGP

# Narratives

program has successfully complied with all city, state, and federal regulations and never been cited with a major program infraction. Our Advisory Committee continues to be a vital asset to our programs. With their ideas and expertise, they offer valuable ideas, changes and suggestions for continuous enrichment of the program. In 2020, our Advisory Committee conducted site visits to our volunteer station, interviewing and documenting information vital to our continuous improvement of our programs.

**Organizational Capability**

Since 1976, the City of Santa Fe's Division of Senior Services has provided a comprehensive array of programs to serve our elders in our community. Our programs and mission are designed to allow older adults to continue living in their own homes as comfortably and independently as possible, and to avoid expensive institutionalization often funded by taxpayers. Some programs and services include the operation of five senior centers, which feature activities to keep seniors healthy and engaged, congregate and home delivered meals, in-home-support services, transportation service, and volunteer opportunities. The Foster Grandparent Program remains a key component in accomplishing the mission, providing volunteers to assist in allowing senior citizens to remain in their own home as long as possible. In offering these services, the City's contribution is supplemented by grants from Federal and State agencies enabling us to leverage these funding sources. As a result, taxpayers receive the greatest benefit for their dollar.

Because the City of Santa Fe is the sponsoring organization for our program, all accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency. The Accounting Office has one employee responsible for reconciling the common account for the City; the Financial Analyst for Volunteer Programs reconciles Accounts Payable and Payroll Accounts monthly. The City of Santa Fe requires two signatures on checks: the Mayor and the Finance Director. An Independent Auditor's Report is conducted on the City of Santa Fe annually and the city has an Internal Audit Division that routinely monitors all finances and conducts audits as necessary. The City of Santa Fe receives numerous federal grant awards, including those from the U.S. Departments of Transportation, Interior, Justice, Housing and Urban Development, and Homeland Security, as well as the Older Americans Act. In many cases, these are ongoing awards. Additionally,

# Narratives

regular audits and assessments conducted by the New Mexico office of AmeriCorps Seniors, the State of New Mexico's Aging and Long-Term Services Department (ALTSD), and our own Advisory Committee assure that we are in compliance with mandates and, in some cases, exceed expectations. The Division of Senior Services is mandated by the New Mexico Area Agency on Aging (AAA) to provide an annual update of our Direct Provider Agreement (DPA). The DPA incorporates impact-based programming and mandates as identified in the Older Americans Act (OAA). The funding includes audits and assessments reflecting compliance with respective mandates. The City of Santa Fe, meets its obligation pursuant to OMB Circular A-133 with Comprehensive Annual Financial Reports (CAFR) conducted each fiscal year by outside auditors, following the standards applicable to financial audits contained in Government Auditing Standards issued by the Comptroller General of the United States. Copies of every year's audit are on file at City Hall.

The City owns City Hall, where the Financial Analyst is located, and the senior center which houses the Senior Companion Program office, so we are in no danger of losing our operating space. The City owns the equipment within its facilities and the vehicles used by our program, which are purchased with either general funds or grant funds. We are required to follow New Mexico's procurement code when making purchases, so we comply with all City purchasing regulations. The City of Santa Fe periodically contracts with external consultants specialized in staffing and salary administration to conduct surveys to ensure that proper levels of staffing and job classifications are maintained. Additionally, comprehensive job descriptions are updated and/or developed to clearly define duties and responsibilities for each position. For reference and as public record, the FGP office displays two notebooks of policies and procedures that Santa Fe FGP follows. One notebook contains policies and procedures of our sponsor, the City of Santa Fe as those rules pertain to the FGP program and staff. The other contains Internal Program policies regarding daily operations of the FGP program, volunteers and staff, as are practical for program operations and mandated by AmeriCorps Seniors. Because our sponsoring organization is the City of Santa Fe, a municipality, we are governed by all the policy and procurement guidelines that a municipality must follow. Every purchase requires an extensive procedure that includes approval by four staff at City Hall, with a final approval by the Purchasing Officer.

Our sponsoring agency provides the majority of our in-kind resources including office space, vehicle and maintenance, copy and fax machines, computer equipment, staff payroll processing, and payment of a portion of employee fringe benefits. Through the Division of Senior Services, we receive

# Narratives

in-kind contributions such as transportation services, lunches and breakfasts for free or a suggested donation, free income tax preparation for volunteers, health clinics provided by medical professionals, free financial and consumer counseling, and loans of durable medical equipment.  We solicit donations for gifts and services for volunteer recognition events by sending letters of request or calling potential contributors.

Staff is well-versed in computer software including Word, Excel, Munis Financial, and Enterprise One Financial.  Our access to the City's financial system enables us to verify and track information relevant to program operations.  Additional funding requests are submitted as required to local and state agencies in efforts to continually sustain and expand our program to best serve our community. Staff members participate in local public hearings, town meetings, City Finance Committee and City Council meetings, to learn what resources are available.  To best use our somewhat limited resources, we recruit volunteers and Advisory Committee members to assist volunteer staff with recruiting, proofreading or running an event.

Three staff members are directly involved in our program.  Anya Alarid is the Volunteer Program Manager. She has 18 years of experience working in program management and has a BA in Business Administration. FGP is 60% of her salary.  Anya left her position as Volunteer Program Manager effective March 17, 2023.  The position was advertised and closed on March 30.  Theresa Trujillo will serve as Interim Volunteer Program Manager until interviews are conducted and an applicant is selected and begins employment which could take two - three months.  Theresa Trujillo is the Project Administrator who has 20 years of experience working with the Senior Services Department for the City of Santa Fe.  FGP is 80% of her salary. The Financial Analyst for the Division of Senior Services, Sandra Duran, has 15 years of professional accounting experience in the private sector, state, and local government and holds a BA in Accounting.  The FGP/SCP program also employs a full-time transit driver, Oscar Lucero to ensure that volunteers who do not drive are able to volunteer.  He picks up/drops off volunteers at their volunteer station.  FGP is 75% of his salary.

Staff duties are clearly defined.  The FGP staff with input from the Advisory Committee when appropriate, is responsible for: program design and outreach, including presentations, meetings, and interviews; program compliance and budgeting decisions and oversight; working with the Fiscal Liaison and other staff; program infrastructure including handbooks, policies and procedures; writing all grant requests and reports; and developing and maintaining relationships with volunteer stations and other community organizations.  Both staff members are responsible for working with volunteers, organizing and implementing volunteer recognition events and meetings, tracking the budget in the

# Narratives

City's financial system and representing the FGP program to community members. The Fiscal Liaison is responsible for creating monthly state and federal fiscal reports and approving and processing budget adjustment requests.

When there is an opening in either of the FGP staff positions, it is posted through the City of Santa Fe Human Resources Department. A list of the applicants who meet the required criteria is submitted to the direct supervisor of the open position and three supervisors take part in the interview process, the candidates in person, employing Human Resources-approved questions and selecting one candidate. The City of Santa Fe maintains comprehensive Personnel Rules and Regulations that include a clear and detailed travel policy. The city also has an agreement with the American Federation of State, County and Municipal Employees (AFSCME) Union. Both of these entities routinely review and update rules, regulations, policies and procedures to ensure accuracy and effectiveness. These documents are publicly available and are accepted by all grant sources that fund City of Santa Fe programs. The City of Santa Fe's budget review process is viewed as an opportunity for evaluation of program efficiency and staffing needs. The city has a Performance Assessment and Development Plan for every staff member. Individual staff members conduct the evaluation process with their supervisor, review job requirements, and plan for individual development and goals.

FGP office and fiscal staff participate in appropriate conferences, training workshops and conference calls, including those conducted by AmeriCorps Seniors and the New Mexico Aging and Long-Term Services Department. FGP staff attends all relevant regional and local workshops and conferences which include mandated Corporation training. When funding permits, FGP staff attends the Annual AmeriCorps Seniors Convening Conference. We participate in webinars on relevant topics hosted by AmeriCorps, FEMA and other organizations. The city provides mandatory staff training on the fiscal computer system, operating a city vehicle, and first aid/CPR.

Because of the federal funding support we receive, the New Mexico Aging and Long-Term Services Department has chosen to support our project with state funds, expertise and guidance. Those dollars have been more than matched by local dollars from the City of Santa Fe. Thus, we have increased the impact of national service on community needs on our service area.

**Other**

RECOGNITION

Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items

# Narratives

due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.

COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.

The COVID 19 pandemic has undoubtedly had a negative impact on child wellbeing in the United States. Since our Foster Grandparents have safely returned to service, our volunteers have provided the much-needed support to students who have fallen behind. According to the New Mexico Legislative Finance Committee report, the minimum projected educational time lost starts at 4 months with a maximum projection of 12 months. New Mexico is enduring difficult times and without the assistance from state and federal governments, many of our children will suffer setbacks that will take years to recover. As we continue to see our Covid-19 rates decrease we anticipate that new and existing volunteers will resume and or start serving with confidence and renewed enthusiasm.

EVALUATION

The FGP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they attend school.  These timesheets are verified by school staff and submitted bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends.  We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting

# Narratives

us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

We ask for feedback from other programs to share what their goals are and what progress has been achieved.

CHALLENGES

Our main challenge is recruiting new Foster Grandparents who fall under the poverty guidelines. Another challenge is loss of current Foster Grandparents due to health issues and pre-existing injuries. If AmeriCorps increased the poverty guidelines by a minimal percentage that would assist us in recruiting new Foster Grandparents.

FY 24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023. Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024.  Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 6 new volunteers. We recently recruited a volunteer who will be serving 8 hours/week. We were able to place one volunteer in PMS La Communidad Head start this school year and our newest FGP will be placed there as well.

We have two MOU's - one with Santa Fe Public Schools and one with Presbyterian Medical Services. Our volunteers currently serve at 9 different Santa Fe Public schools and one head start program.

The city wishes to collaborate with community partners to build outreach and education opportunities to promote public safety and quality of life as well as human rights.

CHALLENGES

Our challenges have been in the recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected our senior volunteers, and many of them still feel safest staying in their home. Many of our volunteers have been ill and have missed days of volunteering.

# Narratives

Two of our Foster Grandparents have recently passed away and one moved out of state. Several have reduced their service hours. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing and libraries and attend community events to spread the word. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.

FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps.  We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

FY25 PROGRAMMATIC UPDATES

This FY Erika Lujan is the new Grants Manager. Our driver position has been vacant for several months and we are anticipating hiring in the next month or so. We have adjusted the cost of background checks to $40.00 each. We have not had to provide any background checks since the change to Truescreen.

RECRUITMENT AND DEVELOPMENT

We continue to send out training handouts to our volunteers on a monthly basis. We have taken out the food expense from our budget and rely on our nutrition program to provide light snacks for the in-person meetings. The last NM Aging & Long-Term Conference was a one-day event, therefore, we took out lodging expenses from the budget.FY25 PROGRAMMATIC UPDATES

This FY Erika Lujan is the new Grants Manager. Our driver position has been vacant for several months and we are anticipating hiring in the next month or so. We have adjusted the cost of

# Narratives

background checks to $40.00 each. We have not had to provide any background checks since the change to Truescreen.

RECRUITMENT AND DEVELOPMENT

We continue to send out training handouts to our volunteers on a monthly basis. We have taken out the food expense from our budget and rely on our nutrition program to provide light snacks for the in-person meetings. The last NM Aging & Long-Term Conference was a one-day event, therefore, we took out lodging expenses from the budget.FY25 PROGRAMMATIC UPDATES

This FY Erika Lujan is the new Grants Manager. Our driver position has been vacant for several months and we are anticipating hiring in the next month or so. We have adjusted the cost of background checks to $40.00 each. We have not had to provide any background checks since the change to Truescreen.

RECRUITMENT AND DEVELOPMENT

We continue to send out training handouts to our volunteers on a monthly basis. We have taken out the food expense from our budget and rely on our nutrition program to provide light snacks for the in-person meetings. The last NM Aging & Long-Term Conference was a one-day event, therefore, we took out lodging expenses from the budget.

FY25 PROGRAMMATIC UPDATES

This FY Erika Lujan is the new Grants Manager. Our driver position has been vacant for several months and we are anticipating hiring in the next month or so. We have adjusted the cost of background checks to $40.00 each. We have not had to provide any background checks since the change to Truescreen.

RECRUITMENT AND DEVELOPMENT FY25 Update

We continue to send out training handouts to our volunteers on a monthly basis. We have taken out the food expense from our budget and rely on our nutrition program to provide light snacks for the in-person meetings. The last NM Aging & Long-Term Conference was a one-day event, therefore, we took out lodging expenses from the budget.

EXECUTIVE SUMMARY UPDATE

# Narratives

The AmeriCorps federal investment of $35,513 will be supplemented by the State of New Mexico Aging and Long-Term Services Department for $88,208.17 and $150,336.48 City of Santa Fe.

# Performance Measures

| | |
|---|---|
| % of Unduplicated Volunteers in Work Plans that result in Outcomes: | 100% |
| % of Unduplicated in the Primary Focus Area: | 100% |

Performance Measure:    2.1    Mentoring

**Community Need to be Addressed:**

The foundation of an early head start and subsequent lifelong developmental potential are necessary in a child's early years. Children who do not have a solid, early educational foundation are more likely to drop out of school and subsequently reduce a person's earning potential and chances for career success as adults. In Santa Fe County, hundreds of children participate in the federally- funded Head Start Programs, sponsored by Presbyterian Medical Services. These Head Starts are for children living at or below Federal Poverty. In addition to providing a high quality educational foundation for children, these programs also help parents to reach their own personal, educational and employment goals. Santa Fe Head Start programs use the Early Screening Inventory Development test which identifies children needing extra assistance with specific delays and/or disabilities. Without intervention and programs like our Foster Grandparent Program, identified children will not acquire the skills necessary (such as mentoring, tutoring and assistance with life skills) to be successful in school when they age out of Head Start.

| | | | | | |
|---|---|---|---|---|---|
| Focus Area: | Education | Objective: | School Readiness | Number of Volunteer Stations: | 1 |

| | |
|---|---|
| Anticipated Unduplicated | 2 |
| Anticipated Volunteer | 2 |

Service Activity:    Mentoring

**Service Activity Description:**    Under the supervision of the classroom teacher, approximately two foster grandparents will assist approximately 4 head start children with each volunteering 8- 13 hours per week for 9 months to improve their individual skill development and educational needs by engaging them one on one in activities to gain social relationships with peers, self- control, communication (listening, speaking, and understanding), letter, number, and color recognition, school readiness as well as assistance with language barriers. Volunteers will continue to receive annual in- service trainings with monthly newsletter and additional relevant reading materials via mail. Once the Senior Center fully re- opens, we will resume monthly in- person in- service trainings..

**Anticipated**    ED1A:  Number of individuals served

Target: 6    How Measured:   Tracking System

**Instrument Description:**    Initial Assignment Plan is prepared by FGP's teacher identifying at least 2 children who require extra assistance in the head start classroom. The teacher indicates what assistance is need (Emotional/social support, Literacy needs, language/communication, etc.) Volunteers submit weekly timesheets signed by their Teacher or site manager to Volunteer Program Manager and/or Project Administrator who compile hours served, mileage and meals for stipend and reimbursement. Bi- weekly stipend reimbursement spreadsheets are prepared by volunteer staff and verified by Financial Analyst, Senior Center Director and Accounts Payable office.  Additionally, we have access to Volunteer Reported Software which we can utilize to enter hours served.

**Anticipated**    ED23A: Number of children demonstrating gains in school readiness

Target: 4    How Measured:   Tracking System

**Instrument Description:**    FGP's Teacher prepares Final Assignment Plan indicating the outcome at the end of the school year. The child's progress "end score" of maintain, moderate improvement, or high improvement informs us of the success of the volunteer and student. Spreadsheets are prepared by volunteer staff to keep track of the total hours served annually

| Performance Measure: | 2.1 | Mentoring | |
|---|---|---|---|
| Anticipated | | ED23A: Number of children demonstrating gains in school readiness | |
| 4 | | How Measured:   Tracking System | |
| | | by the FGP Volunteers. Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served. | |

| Performance Measure: | 3.1 | Tutoring | |
|---|---|---|---|

Community Need to be Addressed:

A strong public school system is crucial to the future well- being of our community. According to the New Mexico Kids Count 2022 Profile, 76% of New Mexico fourth- graders are not proficient in reading, making New Mexico scoring the worst amongst other states.  This is worse than the 66% U.S. average and those results put New Mexico among 18 states that score below the national average. Only 33% of SFPS Schools met third through 8th grade English language arts expectations.  According to the National Education Week Magazine, students in public schools in New Mexico have the poorest chance for success among students nationwide because of factors such as the states high poverty rate and because students are failing to meet learning goals in reading and math and the low graduation rate. Foster Grandparents are needed in early elementary grades (K- 3) to improve reading and math scores and to assist with the large majority of students who face language barriers. With the assistance of the one on one tutoring that a Foster Grandparent can offer to the teacher- identified children requiring extra assistance, volunteers will assist with helping students reach appropriate grade levels and test higher on reading and math tests and assessments.

Focus Area:   Education                          Objective:   K- 12 Success                 Number of Volunteer Stations:   1

Anticipated Unduplicated          14

Anticipated Volunteer          12

Service Activity:    Tutoring

Service Activity Description:          14 Foster Grandparent volunteers will work one on one and/or in small groups with students (approximately 36 students total) at Santa Fe Public Schools -  9 public elementary schools who have been identified by the teacher and test scores, as needing assistance to improve reading and math scores, as well as assisting with language barriers as needed. Foster Grandparents will focus on reading and literacy skills- supplied worksheets, books, games, and student reading and writing assignments. Volunteers will serve 12- 30 hours weekly for the school year which is 9 months. Teachers will work directly with the Foster Grandparents and the program sponsor to gauge the students' progress. Volunteers will continue to receive annual in- service trainings with monthly newsletter and additional relevant reading materials via mail. Once the Senior Center fully re- opens, we will resume monthly in- person in- service trainings.

Anticipated          ED1A: Number of individuals served

Target: 36          How Measured:   Tracking System

Instrument Description:    Initial Assignment Plan is prepared by FGP's teacher identifying at least 3 children who require extra assistance in

| Performance Measure: | 3.1 | Tutoring |
|---|---|---|

the classroom.  The teacher indicates what assistance is needed (Literacy Needs, Emotional/social support, etc.) Volunteers submit weekly timesheets signed by their Teacher, School Secretary, or Principal to Program manager and/or Project Administrator who compile hours served, mileage and meals for stipend and reimbursement. Bi-weekly stipend reimbursement spreadsheets are prepared by volunteer staff and verified by Financial Analyst, Senior Center Director and Accounts Payable office.  Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served.

Anticipated

ED5A:  Number of students with improved academic performance

Target: 24          How Measured:   Tracking System

Instrument Description:      FGP's Teacher prepares Final Assignment Plan indicating the outcome at the end of the school year. The child's progress "end score" of maintain, Moderate improvement, or High improvement informs us of the success of the volunteer and student.  Spreadsheets are prepared by volunteer staff to keep track of the total hours served annually by the FGP Volunteers.  Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served.

## Required Documents

| Document Name | Status |
| --- | --- |
| Applicant Operational and Financial Management Survey (OFMS) | Already on File at CNCS |

# EXHIBIT B

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Foster Grandparent Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **3** | Budget Period: | **07/01/2025 - 06/30/2026** |
| CFDA No.: | **94.011** | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $35,513 | $35,513 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $35,513 | $35,513 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $62,632 |
| Total CNCS Funds Awarded to Date | **$98,145** |

## Funding Source and Amount

| | |
|---|---|
| 2025--OPE1-P71-OPO-26000-4101 | $35,513.00 |

## Award Description

This award funds the approved 2025–26 FGP program. Your 2025–26 statutory match is 10% and your budgetary match is 87.04%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://www.americorps.gov/sites/default/files/document/2025-06/2025_FGP_SCP_T%26C_508.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Bonnie M. Jaricki*          06/10/2025

_____          _____

Signature          Award Date

City of Santa Fe

Legal Applicant

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **3** | Budget Period: | **07/01/2025 - 06/30/2026** |
| CFDA No.: | | Grant Year: | **3** |

Bonnie Janicki
_____
Senior Grants Officer

Theresa Trujillo
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Manuel Sanchez
_____
Certifying Official/Executive Officer

Mountain Region
_____
Program Officer

For Official Use Only

# EXHIBIT C



**CITY OF SANTA FE**

**Date:** June 25, 2025

**To:** Mark Scott, City Manager

**From:** Manuel Sanchez, Senior Services Division Director _MS_

**Via:** Maria Tucker, Community Services Department Director _MT_

**Subject:** Notice of Grant Award Agreement Foster Grandparent Program
              Notice of Grant Award Agreement Senior Companion Program

**Vendor Name:** Corporation for National and Community Service

**Munis Vendor Number:** N/A

---

**ITEM AND ISSUE:**

Community Services Department/Senior Services Division respectfully requests your review and approval of a Notice of Grant Award Agreement No. 23SFDNM002 in the total amount of $35,513.00 and Notice of Grant Award Agreement No. 23SCDNM002 ($0.00) for Federal support for providing volunteer services for the Division of Senior Services Foster Grandparent Program (FGP) and Senior Companion Program (SCP) for a term of July 1, 2025, through June 30, 2026, with Corporation for National and Community Service (CNCS).

**BACKGROUND AND SUMMARY:**

The Senior Services Division is requesting approval of the CNCS Notice of Grant Award Agreement No. 23SFDNM002 FGP. The Federal Identifier 23SFDNM002 AmeriCorps Grant is a continuation; funding is for year #3 of 3. The attached Notice of Grant Award reflects the Grant Agreement with the CNCS for the FGP. The appropriation for the FGP is in the amount of $35,513.00 for FY26 (July 1, 2025 – June 30, 2026).

The Senior Services Division is requesting approval of the CNCS Notice of Grant Award Agreement No. 23SCDNM002 SCP. The Federal Identifier 23SCDNM002 AmeriCorps Grant is a continuation; funding is for year #3 of 3. The attached Notice of Grant Award reflects the Grant Agreement with the CNCS for the SCP. The appropriation for the SCP is in the amount of $0.00 for FY26 (July 1, 2025 – June 30, 2026).

Our Foster Grandparent program provides opportunities for our senior volunteers to serve children in classrooms or head starts who have special or exceptional needs, through one-on-one tutoring and mentoring, to maintain or improve the children's health status and psychosocial functioning. Our SCP volunteers shall serve primarily older adults, with physical, emotional and/or mental health limitations, by providing person-to-person support and companionship necessary to maintain the adults' independent living and an enhanced quality of life.

**PRIOR APPROVALS AND SUPPORTING INFORMATION:**

**FUNDING SOURCE:**

**Fund Name/Number:** Senior Citizen Grant/Fund 241

**Munis Org Name/Number:** US Department of Health and Human Services/490510

**Munis Object Name/Number:** Senior Volunteer Programs 2410116/Various

**Budget Officer / Designee:** *Andy Hopkins*   **Date:** 07/02/2025

**Budget Officer Comment/Exceptions:** _____

**PROCUREMENT METHOD:**

**The procurement method used was**

Contracts #23SFDNM002 & #23SCDNM002 with CNCS expires on June 30, 2026

**Chief Procurement Officer (CPO)/Designee:** _____   **Date:** _____

**CPO Comment/Exceptions:** _____

**ASSOCIATED APPROVALS:**

**IT Components included?**  ☐ Yes | ☒ No

**Approval:** _____   **Title:** _____   **Date:** _____

**Comment/Exceptions:** _____

**Treasury/Point of Sale Components included?**  ☐ Yes | ☒ No

**Approval:** _____   **Title:** _____   **Date:** _____

**Comment/Exceptions:** _____

**Vehicles included?**  ☐ Yes | ☒ No

**Approval:** _____   **Title:** _____   **Date:** _____

**Comment/Exceptions:** _____

**Construction to City Facilities, Furniture, and/or Fixtures included?**  ☐ Yes | ☒ No

**Approval:** _____   **Title:** _____   **Date:** _____

**Comment/Exceptions:** _____

**Is this an externally funded purchase?**  ☐ Yes | ☒ No

**If yes, what is the issuing agency:** Yes it is external

**Approval:** *ERIKA LUJAN*
ERIKA LUJAN (Jul 2, 2025 14:14 MDT)   **Title:** Grants Manager   **Date:** 7.2.2025

**Comment/Exceptions:** _____

**Is this a Capital Asset or Project?**  ☐ Yes | ☒ No

**Project Ledger Number:** various, see below

**Approval:** _____    **Title:** _____    **Date:** _____

**Comment/Exceptions:** _____

**ATTACHMENTS:**

Notice of Grant Award Agreement No. 23SFDNM002

Notice of Grant Award Agreement No. 23SCDNM002

2025 FGP/SCP Terms & Conditions

Project Ledger Request Form

**IN WITNESS WHEREOF**, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:

_Mark Scott_
Mark Scott (Jul 7, 2025 19:11 MDT)
_____
MARK SCOTT, CIY MANAGER

DATE: **07/07/2025**
_____

ATTEST:

_Andréa Salazar_
ANDREA SALAZAR (Jul 7, 2025 10:41 MDT)
_____
ANDRÉA SALAZAR, CITY CLERK

CITY ATTORNEY'S OFFICE:

_Patricia Feghali_
Patricia Feghali (Jun 23, 2025 13:48 MDT)
_____
ASSISTANT CITY ATTORNEY

APPROVED FOR FINANCES:

_Emily K. Oster_
_____
EMILY OSTER, FINANCE DIRECTOR
_____

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 – 06/30/2026** |
| Amendment No.: | **3** | Budget Period: | **07/01/2025 – 06/30/2026** |
| CFDA No.: | **94.011** | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $35,513 | $35,513 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $35,513 | $35,513 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $62,632 |
| Total CNCS Funds Awarded to Date | **$98,145** |

## Funding Source and Amount

2025--OPE1-P71-OPO-26000-4101     $35,513.00

## Award Description

This award funds the approved 2025–26 FGP program. Your 2025–26 statutory match is 10% and your budgetary match is 87.04%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://www.americorps.gov/sites/default/files/document/2025-06/2025_FGP_SCP_T%26C_508.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Bonnie M. Janicki*    06/10/2025

City of Santa Fe

Legal Applicant

Signature          Award Date

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **3** | Budget Period: | **07/01/2025 - 06/30/2026** |
| CFDA No.: | | Grant Year: | **3** |

Bonnie Janicki

Senior Grants Officer

Daisy Gallardo, 202-815-4248

Grants Officer

Mountain Region

Program Officer

Theresa Trujillo

Project Director

Manuel Sanchez

Certifying Official/Executive Officer

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 23SCDNM002 | Performance Period: | **07/01/2023 – 06/30/2026** |
| Amendment No.: | 3 | Budget Period: | **07/01/2025 – 06/30/2026** |
| CFDA No.: | 94.016 | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $0 | $0 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $0 | $0 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $2,500 |
| Total CNCS Funds Awarded to Date | **$2,500** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

This award approves 2025–26 SCP program. Your 2025–26 statutory match is 10% and your budgetary match is 100%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://www.americorps.gov/sites/default/files/document/2025-06/2025_FGP_SCP_T%26C_508.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

06/10/2025

_____

| Signature | Award Date |
|---|---|

City of Santa Fe

Legal Applicant

_____

Senior Grants Officer

Roberta P. Armijo

Project Director

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | |
|---|---|---|
| Agreement No.: | **23SCDNM002** | |
| Amendment No.: | **3** | |
| CFDA No.: | | |

Performance Period: **07/01/2023 - 06/30/2026**
Budget Period: **07/01/2025 - 06/30/2026**
Grant Year: **3**

Daisy Gallardo, 202-815-4248

Grants Officer

Mountain Region

Program Officer

Manuel Sanchez

Certifying Official/Executive Officer

-

## 2025 Terms and Conditions for AmeriCorps Seniors Foster Grandparent (FGP) and Senior Companion Programs (SCP)

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the General Terms and Conditions, are binding on the recipient**.

### Table of Contents

I.   CHANGES FROM THE 2024 FGP and SCP PROGRAM TERMS AND CONDITIONS.........................1

II.   AWARD PERIOD AND INCREMENTAL FUNDING ...................................................................1

III.   PROHIBITION ON USE OF FUNDS ..........................................................................................2

IV.   STIPENDS...................................................................................................................................6

V.   FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS ......................................................6

VI.   EXTERNAL EVALUATION AND DATA COLLECTION...............................................................6

VII.   LOBBY DISCLOSURE ...............................................................................................................6

VIII.   REPORTING REQUIREMENTS.................................................................................................7

IX.   PROGRAM INCOME .................................................................................................................8

X.   BUDGET AND PROGRAMMATIC CHANGES.........................................................................9

XI.   NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING .......................................... 10

## I.   CHANGES FROM THE 2024 FGP and SCP PROGRAM TERMS AND CONDITIONS

- Replaced Portfolio Manager with AmeriCorps regional office staff throughout.
- Removed the Key Concepts of Financial Grants Management Training, moved to General Terms and Conditions.
- Removed the Fraud Awareness Training, moved to General Terms and Conditions.
- Section III.I. Added reference to unallowable activities under applicable Executive Orders.
- Section IV.B. Added option for supplemental stipend.
- Section X.B. Increased the purchases of equipment threshold from $5,000 to $10,000.
- Section X.B. Changed the budget changes threshold from $100,000 to $250,000.
- Section XI. Updated the link to the NSCHC eCourse.

## II.   AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project period, AmeriCorps generally provides funds for only the first year of operation. Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations. Grantees must submit a continuation application to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

## II.    PROHIBITION ON USE OF FUNDS

As specified in 42 U.S.C. § 5043(c), as well as in 45 CFR §§ 2551.121 and 2552.121, while charging time to a Senior Companion or Foster Grandparent or Senior program, accumulating service or training hours, or otherwise performing activities supported by the Senior Companion or Foster Grandparent Program or AmeriCorps, staff and volunteers may not engage in the following activities:

### A.    Political activities.

1.    No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity. No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

   a.    Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

   b.    Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

   c.    Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But, in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2.    Notwithstanding 42 U.S.C. § 5043(c), and 45 CFR §§ 2551.121(a)(3) and 2552.121(a)(3), anti-lobbying language in AmeriCorps's current appropriations legislation (like anti-lobbying language in AmeriCorps's past appropriations legislation) prohibits recipients from using AmeriCorps funds to pay the salary

2

or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or Executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B.     Non-displacement of employed workers.**

An AmeriCorps Seniors volunteer in the Senior Companion or Foster Grandparent Program may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of employees, or impair existing contracts for services.

**C.     Compensation for service.**

A Senior Companion or Foster Grandparent Program agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any Senior Companion or Foster Grandparent program, may not request, or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

1.     The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the grant or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps grant.

2.     A volunteer station may contribute to the financial support of the Foster Grandparent or Senior Companion Program. However, this support may not be a required precondition for a potential station to obtain Senior Companion or Foster Grandparent Program services.

3.     If a volunteer station agrees to provide funds to support additional AmeriCorps Seniors volunteers, or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

4.     Under no circumstances may AmeriCorps Seniors volunteers receive fees for service from service recipients, their legal guardians, members of their family, or friends.

3

**D.  Labor and anti-labor activity.**

The sponsor may not use grant funds directly or indirectly to finance labor or antilabor organizations or related activities.

**E.  Fair labor standards.**

A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

**F.  Religious activities.**

Neither an AmeriCorps Seniors volunteer, nor a member of the project staff funded by AmeriCorps, may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her duties.

1.  A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

**G.  Nepotism.**

Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the community group established by the sponsor and prior notification and approval by AmeriCorps.

**H.  Abortion Services or Referrals.**

While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of abortion services.

**I.  Other Prohibited Activities**

AmeriCorps funds may not be used for activities that are prohibited by applicable executive orders, regulations, or other law.

5

### III.     STIPENDS

#### A.     Prior Approval to Use Stipend Funds for Other Purposes

The recipient may not expend funds approved for payment of stipends for any other purpose without the prior written approval of AmeriCorps' Regional staff.

#### B.     Supplemental Stipend

Recipients may pay stipends at rates different than those established by AmeriCorps as outlined in 45 CFR 2551.92(e) and 45 CFR 2552.92(e). The supplemental stipend must be clearly identified in the application narrative and budget as specified in the Notice of Funding Opportunity.

### IV.     FAILURE TO MAINTAIN VOLUNTEER SERVICE YEARS

Failure of the Recipient to maintain Volunteer Service Year (VSY) program levels in accordance with the approved work plan and budget covered by the Notice of Grant Award may result in a reduction of funding for the succeeding year in accordance with AmeriCorps Seniors program policies.

### V.     EXTERNAL EVALUATION AND DATA COLLECTION

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts. As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

### VI.     LOBBY DISCLOSURE

#### A.     No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

#### B.     Any recipient who requests or receives a grant from AmeriCorps must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of

the Federal Government in connection with a specific grant or cooperative agreement. By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section VII.A. above.

**C.**     For AmeriCorps Seniors grant awards in the Foster Grandparent and Senior Companion Programs that exceed $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Regional staff.

## VII.     REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A.**     **Progress Reports.**  The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|---|---|
| July 30 | July 1 – June 30 |

**B.**     **Financial Reports.**  The recipient must complete and submit financial reports in AmeriCorps' Grants Management System to report the status of all funds.  The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the grant over the performance period of the grant, in accordance with AmeriCorps guidelines.

Recipients submit according to the following schedule:

| Due Date | Reporting Period Covered |
|---|---|
| January 30 | July 1 – December 31 |
| July 30 | January 1 – June 30 |

Recipients with budget periods starting in July submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| July 30 | January 1 – June 30 |
| January 30 | July 1 – December 31 |

**C.**   **Reporting Other Federal Funds.**  The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due July 30 or at the time the final financial report is submitted if the final report is due prior to July 30.

**D.**   **Final Financial Report.**  Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in AmeriCorps' Grants Management System.  This final financial report is due no later than 120 days after the end of the project period.

**E.**   **Requests for Extensions.**  Each recipient must submit required reports by the given dates.  Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Regional staff, as appropriate.

## VIII.  PROGRAM INCOME

**A.**   **General.**  Income, including fees for service earned as a direct result of the grant-funded program activities during the grant period, must be retained by the recipient and used to finance the grant's non-AmeriCorps share.

**B.**   **Excess Program Income.**  Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR § 200.307(e)(1) and be deducted from total claimed costs, or with prior written approval from AmeriCorps, the requirements of 2 CFR § 200.307(e)(2) through a budget amendment have unexpended program income must report it on line "o" of the Federal Financial Report (FFR).

**C.**   **Fees for service.**  When using assistance under this grant, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1.     The service benefits a for-profit entity.

8

2.    The service falls within the other prohibited activities set forth in statute, regulation, or these grant terms and conditions.

## IX.   BUDGET AND PROGRAMMATIC CHANGES

**A.    Programmatic Changes.**  The recipient must first obtain the prior written approval of the AmeriCorps Regional staff before making any of the following changes (1-3):

1.    Changes in the scope, objectives or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2.    Substantial changes in key personnel specified in the application.

3.    The disengagement from the project for more than three months, or at least a 25 percent reduction in time devoted to the project by the approved Project Director.

Upon notification to the AmeriCorps Regional staff, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps grant requirements with the AmeriCorps Regional staff. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

**B.    Budgetary Changes.**  The recipient must obtain the prior written approval of AmeriCorps' Regional staff before deviating from the approved budget in any of the following ways:

1.    Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal grants at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2.    Purchases of Equipment over $10,000 using grant funds, unless specified in the approved application and budget.

3.    Unless the AmeriCorps share of the grant is $250,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories

9

when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

**C.**     **Approval of Programmatic and Budget Changes.**  AmeriCorps' Regional staff are the only officials who have the authority to alter or change the terms and conditions or requirements of the grant. Regional staff will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a Notice of Grant Award.  Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Regional staff.

## X.     NATIONAL SERVICE CRIMINAL HISTORY CHECK TRAINING

All recipients **must** complete and retain a certificate of completion of the AmeriCorps National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/

Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient. The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.




# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form

Date of Request: 05/16/2025

Project Title: Foster Grandparent Program (FGP)

Project Type: [ ] CIP  [ ] Grant  [✓] Internal Tracking

Department: Comm. Services/Seniors    Project Manager: Theresa Trujillo    Ext: 4745

Project Date Range: 07/01/2025 to 06/30/2026    [ ] Create Fixed Asset

Project ID: To Be Populated

Grant ID: To Be Populated

Approved By: *ERIKA LUJAN*
ERIKA LUJAN (Jul 2, 2025 14:14 MDT)

(Finance Use Only)

---

[✓] Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: New Mexico Agency on Aging    % of Funding: 30.48%

MUNIS ORG: 2410116    MUNIS OBJ: 490240    Awarded Amount: $88,208.17

Funding Source: US Dept of Health & Human Services    % of Funding: 12.27%

MUNIS ORG: 2410116    MUNIS OBJ: 490510    Awarded Amount: $35,513.00

**Expense String Phase:**    **LOCAL Amount: $165,677.00    57.25%**

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. For Grants can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET    MUNIS ORG: 2410116    MUNIS OBJ: SEE ATTACHED SHEET

---

**Grants Only (list all grants if applicable):**

Grantor Name: NM State Aging & Long-Term Services Department (NMAOA)    Awarded Amount: $313,120.00

AR Charge Code: 2410116.490240    [✓] Grant funds multiple projects
(Complete a form for each project)

Grantor Id: 26-624-4000-0024    Federal CFDA (if applicable): ____

Grantor Name: Corparation for National and Community Service (USDHHS)    Awarded Amount: $35,513

AR Charge Code: 2410116.49510    [ ] Grant funds multiple projects
(Complete a form for each project)

Grantor Id: 23SFDNM002    Federal CFDA (if applicable): 94.011

*(If grants please provide all grant award documents with form)*    [✓] Attached Grant Documentation

 

# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form

Date of Request: 05/16/2025

Project Title: Senior Companion Program (SCP)

Project Type: ☐ CIP   ☐ Grant ☑ Internal Tracking

Department: Comm. Services/Seniors    Project Manager: Theresa Trujillo    Ext: 4745

Project Date Range: 07/01/2025   to  06/30/2026    ☐ Create Fixed Asset

| Project ID: To Be Populated |
| Grant ID: To Be Populated |
| Approved By: *ERIKA LUJAN*  |
| (Finance Use Only) |

---

☑ Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: New Mexico Agency on Aging    % of Funding: 76.22%

MUNIS ORG: 2410116    MUNIS OBJ: 490240    Awarded Amount: $157,304.83

Funding Source: _____    % of Funding: __.____

MUNIS ORG: _____    MUNIS OBJ: _____    Awarded Amount: _____

**Expense String Phase:**                    **LOCAL Amount: $49,065.00    23.78%**

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. <u>For Grants</u> can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET  MUNIS ORG: 2410116    MUNIS OBJ: SEE ATTACHED SHEET

**Grants Only** (list all grants if applicable):

Grantor Name: NM State Aging & Long-Term Services Department (NMAOA)  Awarded Amount: $313,120.00

AR Charge Code: 2410116.490240          ☑ Grant funds multiple projects
                                           (Complete a form for each project)

Grantor Id: 26-624-4000-0024     Federal CFDA (if applicable): _____

---

Grantor Name: _____          Awarded Amount: _____

AR Charge Code: _____          ☐ Grant funds multiple projects
                                   (Complete a form for each project)

Grantor Id: _____     Federal CFDA (if applicable): _____

*(If grants please provide all grant award documents with form)*   ☑ Attached Grant Documentation

| OBJ | OBJ/TITLE | BASE BUDGET FY 24/25 | MUNIS INPUT BUDGET | State | Federal | Local | Total | State | Federal | Local | State | Federal | Local | State | Federal | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Volunteer Programs Senior Companion | | | | Foster Grandparents | | | RSVP | | | CCP | | |
| | | | | 7% | | | 10% | 7% | 2% | 3½% | 7% | 7% | 25% | | | |
| 0004 | Vacation/Credit-Salaries | (17,072.00) | (19,570) | | | | | | | | | | | | | |
| 0005 | Vacancy/Credit-Benefits | (7,154.00) | (9,020) | | | | | | | | | | | | | |
| 0110 | Salaries (General) | 287,193.00 | 325,172 | $ 24,323.00 | | $ 31,673.00 | | $ 23,293.00 | $ 6,000.00 | $ 111,180.00 | $ 21,673.00 | $ 23,293.00 | $ 90,677.00 | | $ 1,750.00 | $ 1,724.00 |
| 1400 | Overtime | | | | | | | | | | | | | | | | |
| 150 | OT-Fire Worked Holiday @ 15 | | | | | | | | | | | | | | | | |
| 1900 | Shift Differential | | | | | | | | | | | | | | | | |
| 2000 | Annual Leave | | | | | | | | | | | | | | | | |
| 2010 | Personal Day | | | | | | | | | | | | | | | | |
| 2015 | Miscellaneous Leave | | | | | | | | | | | | | | | | |
| 2050 | Comp time | | | | | | | | | | | | | | | | |
| 2100 | Sick Leave | | | | | | | | | | | | | | | | |
| 2200 | Incentives | | | | | | | | | | | | | | | | |
| 3100 | FICA | 21,970.00 | 24,852 | $ 1,479.00 | | $ 3,072.00 | | $ 1,988.00 | $ 1,842.00 | $ 7,553.00 | $ 2,660.00 | $ 486.00 | $ 6,468.00 | | $ 478.00 | |
| 3150 | Retirement (PERA) | 63,597.00 | 73,276 | $ 4,607.00 | | $ 10,588.00 | | $ 1,800.00 | $ 1,800.00 | $ 30,000.00 | $ 2,874.00 | $ 570.00 | $ 27,080.00 | | $ 300.00 | |
| 3200 | Employee Health Insurance | 35,478.00 | 34,621 | $ 5,498.00 | | $ 2,185.00 | | $ 1,500.00 | | $ 12,358.00 | $ 5,008.00 | $ 305.00 | $ 6,132.00 | | $ 400.00 | |
| 3250 | Retiree Health Care | 5,844.00 | 6,523 | $ 600.00 | | $ 930.00 | | | | $ 2,821.00 | $ 707.00 | | $ 1,500.00 | | | |
| 3350 | Workers Comp | 3,061.00 | 6,787 | | | $ 428.00 | | | | $ 1,650.00 | | | $ 1,509.00 | | | |
| 3400 | City Share Dental Insurance | 1,257.00 | 1,257 | $ 69.00 | | $ 198.00 | | | | $ 361.00 | $ 272.00 | $ 180.00 | $ 197.00 | | | |
| 3450 | Uniform Allowance | | 1,400 | | | $ 350.00 | | $ 1,328.00 | $ 150.00 | $ 350.00 | $ 98.00 | $ 100.00 | $ 425.00 | | | |
| 3540 | Other Consulting | 2,407.00 | 2,875 | $ 694.00 | | | | $ 1,800.00 | | | $ 280.00 | $ 100.00 | | | | |
| 3700 | Office Supplies | 3,450.00 | 4,480 | $ 1,000.00 | | | | $ 3,000.00 | | | $ 290.00 | $ 100.00 | | | $ 400.00 | |
| 0200 | Operating Supplies | 5,988.00 | 8,600 | $ 2,500.00 | | | | | | | | | | | | |
| 0400 | Food | 2,400.00 | 3,545 | $ 2,300.00 | | | | | | | | | | | | |
| 0500 | Uniform Clothing & Linen | 1,000.00 | | | | | | $ 200.00 | | | $ 340.00 | | | | | |
| 0710 | Software Subscriptions | 756.00 | 800 | $ 200.00 | | | | $ 200.00 | | | $ 300.00 | | | | $ 34.00 | |
| 1000 | Gasoline | | | | | | | | | | | | | | | |
| 3580 | Misc Insurance Prem | 3,441.00 | 3,441 | $ 266.00 | | | | $ 200.00 | $ 1,250.00 | | $ 1,550.00 | $ 1,230.00 | | | | |
| 0200 | Out of State Per Diem | 3,473.00 | 4,500 | $ 1,390.00 | $ | | | | | | | $ 1,230.00 | | | | |
| 0250 | In-State Per Diem | 3,100.00 | 3,400 | | | | | | $ 750.00 | | | $ 750.00 | | | | |
| 0500 | Out of State Transportation | 1,783.00 | 3,300 | $ 790.00 | $ | | | $ 2,594.17 | $ 1,917.00 | | $ 15,194.00 | $ 20,860.00 | | | $ 444.00 | |
| 0550 | In-State Transportation | 41,012.00 | 72,971 | $ 26,654.83 | | | | $ 263.00 | | | $ 298.00 | | | | | |
| 0700 | Registration | 2,680.00 | 360 | $ 323.00 | | | | | | | | | | | | |
| 1452 | Other Admin Fees | | | | | | | $ 4,000.00 | $ 5,100.00 | | $ 7,380.00 | $ 800.00 | | | $ 600.00 | |
| 3850 | Advertising | 11,500.00 | 11,770 | $ 9,000.00 | | | | $ 1,800.00 | | | $ 300.00 | $ 100.00 | | | $ 300.00 | |
| 2650 | Recognition | 3,101.00 | 2,800 | $ 2,200.00 | | | | $ 1,850.00 | | | | | | | $ 500.00 | |
| 2900 | Recruitment | | 2,000 | $ 2,000.00 | | | | | | | | | | | | |
| 2975 | Stipends | 163,253.00 | 133,532 | $ 70,892.00 | | | | $ 4,760.00 | $ 13,704.00 | | | | | | $ 4,176.00 | |
| 0100 | Operating Transfer Out To 100 | 24,335.00 | | $ 157,304.83 | $ | $ 49,085.00 | | $ 98,208.17 | $ 25,513.00 | $ 155,577.00 | $ 59,607.00 | $ 50,000.00 | $ 126,235.00 | | $ 9,000.00 | $ 1,724.00 |
| | | | | $ 157,304.83 | $ | $ 59,819.00 | | $ 08,208.17 | $ 25,513.00 | $ 155,577.00 | $ 58,607.00 | $ 50,000.00 | $ 126,235.00 | | $ 9,000.00 | $ 1,724.00 |
| | | | | | | $ 1,754.00 | | | | | | | | | | |

**Signature:** *Manuel Sanchez*

**Email:** mnsanchez@santafenm.gov

**Signature:** *Maria Tucker (Jul 2, 2025 09:47 MDT)*

**Email:** metucker@santafenm.gov

# FGP SCP 2026

Interim Agreement Report                                        2025-07-02

| | |
|---|---|
| Created: | 2025-06-25 |
| By: | Roberta Armijo (rparmijo@santafenm.gov) |
| Status: | Out for Signature |
| Transaction ID: | CBJCHBCAABAAvr71pd1Tv8BTkObQi_K88hCtoAJz3p3t |

## Agreement History

Agreement history is the list of the events that have impacted the status of the agreement prior to the final signature. A final audit report will be generated when the agreement is complete.

# "FGP SCP 2026" History

Document created by Roberta Armijo (rparmijo@santafenm.gov)
2025-06-25 - 8:09:46 PM GMT- IP address: 63.232.20.2

Document emailed to Manuel Sanchez (mnsanchez@santafenm.gov) for signature
2025-06-25 - 8:12:40 PM GMT

Email viewed by Manuel Sanchez (mnsanchez@santafenm.gov)
2025-07-02 - 3:43:49 PM GMT- IP address: 63.232.20.2

Document e-signed by Manuel Sanchez (mnsanchez@santafenm.gov)
Signature Date: 2025-07-02 - 3:44:02 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to Maria Tucker (metucker@santafenm.gov) for signature
2025-07-02 - 3:44:04 PM GMT

Email viewed by Maria Tucker (metucker@santafenm.gov)
2025-07-02 - 3:44:42 PM GMT- IP address: 63.232.20.2

Document e-signed by Maria Tucker (metucker@santafenm.gov)
Signature Date: 2025-07-02 - 3:47:07 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to Mark Scott (mscott@santafenm.gov) for signature
2025-07-02 - 3:47:08 PM GMT



Powered by
**Adobe
Acrobat Sign**

# FY26 FGP, SCP 23SFDNM002 $35,513

Final Audit Report                                                2025-07-02

| | |
|---|---|
| Created: | 2025-07-02 |
| By: | ERIKA LUJAN (evlujan@santafenm.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAhk5GpxRyk3vPKdiyxOlkUvk8ma8vwsR8 |

## "FY26 FGP, SCP 23SFDNM002 $35,513" History

📄 Document created by ERIKA LUJAN (evlujan@santafenm.gov)
2025-07-02 - 8:10:31 PM GMT- IP address: 63.232.20.2

✉ Document emailed to ERIKA LUJAN (evlujan@santafenm.gov) for signature
2025-07-02 - 8:13:28 PM GMT

✅ Document e-signed by ERIKA LUJAN (evlujan@santafenm.gov)
Signature Date: 2025-07-02 - 8:14:30 PM GMT - Time Source: server- IP address: 63.232.20.2

✉ Document emailed to ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov) for signature
2025-07-02 - 8:14:34 PM GMT

📄 Email viewed by ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov)
2025-07-02 - 9:10:15 PM GMT- IP address: 104.47.64.254

✅ Document e-signed by ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov)
Signature Date: 2025-07-02 - 9:10:41 PM GMT - Time Source: server- IP address: 63.232.20.2

✉ Document emailed to EMILY OSTER (ekoster@santafenm.gov) for signature
2025-07-02 - 9:10:45 PM GMT

📄 Email viewed by EMILY OSTER (ekoster@santafenm.gov)
2025-07-02 - 10:01:33 PM GMT- IP address: 104.47.65.254

✅ Document e-signed by EMILY OSTER (ekoster@santafenm.gov)
Signature Date: 2025-07-02 - 10:05:19 PM GMT - Time Source: server- IP address: 63.232.20.2

✅ Agreement completed.
2025-07-02 - 10:05:19 PM GMT




Powered by
Adobe
Acrobat Sign

**Signature:**

**Email:** xivigil@santafenm.gov

# EXHIBIT D

# PART I - FACE SHEET

## APPLICATION FOR FEDERAL ASSISTANCE
Modified Standard Form 424 (Rev.02/07 to confirm to the Corporation's eGrants System)

| 1. TYPE OF SUBMISSION: |
| --- |
| Application [X]   Non-Construction |

| 2a. DATE SUBMITTED TO CORPORATION FOR NATIONAL AND COMMUNITY SERVICE (CNCS): 03/21/25 | 3. DATE RECEIVED BY STATE: | STATE APPLICATION IDENTIFIER: NM |
| --- | --- | --- |
| 2b. APPLICATION ID: 25SC271845 | 4. DATE RECEIVED BY FEDERAL AGENCY: 03/21/25 | FEDERAL IDENTIFIER: 23SCDNM002 |

**5. APPLICATION INFORMATION**

| LEGAL NAME:  City of Santa Fe | NAME AND CONTACT INFORMATION FOR PROJECT DIRECTOR OR OTHER PERSON TO BE CONTACTED ON MATTERS INVOLVING THIS APPLICATION (give area codes): |
| --- | --- |
| UEI NUMBER:        QLN2YKMMJ8X6 | NAME:  Roberta P. Armijo |
| ADDRESS (give street address, city, state, zip code and county): 200 Lincoln Ave Santa Fe NM 87501 - 1904 County: Santa Fe | TELEPHONE NUMBER:    (505) 955-4744 FAX NUMBER: INTERNET E-MAIL ADDRESS:   RPARMIJO@SANTAFENM.GOV |

| 6. EMPLOYER IDENTIFICATION NUMBER (EIN): 856000168 | 7. TYPE OF APPLICANT: 7a.  Local Government - Municipal 7b.  Local Government, Municipal |
| --- | --- |

**8. TYPE OF APPLICATION (Check appropriate box).**

[ ] NEW          [ ] NEW/PREVIOUS GRANTEE

[X] CONTINUATION     [ ] AMENDMENT

If Amendment, enter appropriate letter(s) in box(es): [  ] [  ]

A. AUGMENTATION      B. BUDGET REVISION

C. NO COST EXTENSION   D. OTHER *(specify below):*

**9. NAME OF FEDERAL AGENCY:**

## Corporation for National and Community Service

| 10a. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:     94.016 | 11.a. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT: SCP of Santa Fe |
| --- | --- |
| 10b. TITLE:    Senior Companion Program | |
| 12. AREAS AFFECTED BY PROJECT (List Cities, Counties, States, etc): Santa Fe County (City of Santa Fe, Towns of: Eldorado, Tesuque, Pojoaque, Cerrillos, Madrid, Edgewood, Agua Fria, La Cienega, Santa Cruz, Lamy, Glorieta, G | 11.b. CNCS PROGRAM INITIATIVE (IF ANY): |

| 13. PROPOSED PROJECT:    START DATE: 07/01/25    END DATE:   06/30/26 | 14. CONGRESSIONAL DISTRICT OF:    a.Applicant [NM 03]    b.Program [NM 03] |
| --- | --- |

**15. ESTIMATED FUNDING:**   Year #: [3]

| a. FEDERAL | $        0.00 |
| --- | --- |
| b. APPLICANT | $   208,800.00 |
| c. STATE | $   166,305.00 |
| d. LOCAL | $    42,495.00 |
| e. OTHER | $        0.00 |
| f. PROGRAM INCOME | $        0.00 |
| g. TOTAL | $   208,800.00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

[ ] YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

   DATE:

[X] NO. PROGRAM IS NOT COVERED BY E.O. 12372

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**

[ ] YES  if "Yes," attach an explanation.     [X] NO

**18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.**

| a. TYPED NAME OF AUTHORIZED REPRESENTATIVE: Manuel Sanchez | b. TITLE: | c. TELEPHONE NUMBER: (505) 955-4710 |
| --- | --- | --- |
| d. SIGNATURE OF AUTHORIZED REPRESENTATIVE: | | e. DATE SIGNED: 04/09/25 |

# Narratives

**Executive Summary**

The City of Santa Fe Senior Companion Program proposes to have 23 AmeriCorps Seniors volunteers who will provide companionship, transportation, and respite care in senior's homes, senior centers, doctor appointments and stores. AmeriCorps Seniors volunteers will serve 22 Volunteer Service Years (VSY) each year. The primary focus area of this project is Healthy Future and Aging in Place. AmeriCorps Seniors volunteers will be responsible for assisting 60 frail seniors. The AmeriCorps investment of $0.00 will be supplemented in the amount of $166,304.63 by the State of New Mexico Aging and Long-Term Services Department and $40,450 by the City of Santa Fe.

**Strengthening Communities**

The Senior Companion Program (SCP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of July 2021 was 155, 201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens. These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs. The communities in our service area range from a small city, many culturally heterogenous rural towns and Native American pueblos where poverty is prevalent, and extend to small housing developments and gated communities where wealthy seniors come to retire. The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid. Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses. Our rural areas are the majority of Santa Fe County which house many farmers and craftspeople. Although an appealing place to live, there is still disparity and need in the area. The median household income in 2019 was estimated at $61,200; however at least 12.4% of Santa Fe County residents remain in poverty. According to the statewide numbers for 2019, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%. Although our primary areas of volunteer placement continue to

# Narratives

be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe to both recruit and for volunteer placement. The primary focus of our Santa Fe Senior Companion Program is aging in Place. Within this area, approximately 18 volunteers will provide services to older adults and individuals with disabilities that include companionship, transportation, assistance with activities of daily living and respite care services. According to Consumer Affairs, 28% of seniors live alone, totaling more than 14.7 million people (5 million men and 9.7 million women). Loneliness and social isolation increase the risk of dementia by 50%. Before the pandemic, 1 in 4 people older than 65-experienced social isolation, putting them at greater risk of loneliness, according to the U.S. Centers for Disease Control. The exact number of seniors who feel lonely is difficult to pinpoint, but one study surveyed adults over 60 and found 43% of respondents felt lonely. Additionally, an older adult without children means fewer family members to visit and provide companionship as they age. As people age, social contacts become less frequent due to: retirement, transportation issues, income, death of spouses and/or family and friends or the lack of mobility or physical limitations. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug/alcohol abuse, cognitive difficulties, depression, physical health problems and even death. In conjunction with the City of Santa Fe's In-Home Support Services, our Senior Companion Program continues to play an integral role in providing senior support services to older adults whom have been identified as being lonely, isolated and frail, and whom require assistance to allow them to remain in their own homes as long as possible. Previously, our In-Home Support Services section had a yearlong waiting list for in-home support services and respite care. However, due to Covid-19 our In-home assistance has been temporarily suspended. We continue to see an increasing amount of seniors currently at risk of being socially isolated or lonely; the wait list continues to grow. When possible, the Santa Fe Senior Companion Program will step in and provide services to the older adults in dire need of in-home care, companionship, transportation services and respite care. According to the City of Santa Fe's Four Year Plan public hearing (specifically for senior programs) held in January 2019, over 200 older adults rated the importance of services in the following order: 1) meals-on-wheels, 2) in-home care, 3) transportation, 4) respite care 5) health promotion and 6) activities. Based on this feedback, the SF SCP continues to play a vital role in helping to meet community needs. Because a large portion of Santa Fe County is rural, many of our senior neighbors are isolated from a senior center and have difficulty accessing transportation, as well as primary and behavioral health services. Transportation support services are particularly crucial in Santa Fe County: the city itself is more than 100 years old and comprised primarily of either (1) narrow, often unpaved winding roads in the older

# Narratives

sections of town; or, (2) multi-lane, heavily trafficked roads that challenge the most alert and skillful of drivers. Many roads within rural areas of the County are unpaved and often traverse arroyos, where running water may exceed depths of two to three feet following a rainstorm; during the winter, these roads can be snow covered and treacherous. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and the abilities necessary to safely drive (National Caregivers Library, Transportation and the Elderly, retrieved from www.caregiverslibrary.org). The City of Santa Fe's bus system has a limited service area and is logistically difficult for anyone with a specific appointment or a mobility issue. These factors contribute to the importance of the transportation services our volunteers provide to their assigned clients. In addition to helping to abate the emotional effects of helplessness, isolation and dependence that seniors experience when they are no longer able to drive, our volunteers provide a safe atmosphere of socialization while transporting seniors to medical appointments, places of worship, and on personal errands. Volunteers will be assigned clients and services will be provided based on individual Client Care Plans, with oversight from the City of Santa Fe's In-Home Support program. Companionship is a critical issue for many of our senior citizens. The study "The Relation of Social Isolation, Loneliness, and Social Support to Disease Outcomes Among the Elderly", published June 2006, (sage.checkm8.com) used random-digit dialing to conduct a telephone interview with 755 senior citizens in New Mexico. The study asked participants to respond to questions pertaining to demographics, social isolation and loneliness, social support, and disease diagnosis [and] allowed for comparison of Caucasian and Hispanic participants. Survey results reported that belongingness support related most consistently to health outcomes. The results also demonstrate the importance of social variables for predicting disease outcomes in the elderly across ethnic groups. SCP volunteers offer companionship to disabled or frail clients age 60 and over that have been assigned to them via a volunteer station, and carefully tracked with timesheets and surveys. The volunteer service activities under Aging in Place will lead to National Performance Measure outputs, which will in turn create National Performance Measure outcomes. We will measure the number of homebound or older adults and individuals with disabilities who report having increased social ties because of the assistance with ADL's, transportation, companionship and other services our SCP volunteers provide. The Santa Fe SCP plan to support data collection and ensure National Performance Measure outputs and outcomes are measured, collected and managed relies predominantly on local input. SCP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by

# Narratives

actively seeking input from our volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the SCP program. Additional local input is provided by the Senior Volunteer Programs Advisory Committee (SVPAC). The SVPAC consists of community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The SVPAC is under the purview of the Senior Services Board of Directors, also comprised of local community members. SVPAC members provide outside guidance and oversight to the program. They conduct annual Project Self-Assessments that include site visits to volunteer stations, interviews with station coordinators and volunteers, and evaluations of the relevance of the programs SCP provides. The Santa Fe SCP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty-five years, the Santa Fe SCP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops. We will ensure that our project recruit volunteers of many backgrounds, various interests, education, and skill set so as to meet the needs of the people they serve. Throughout the years, we have attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these events in different locations of the City in order to recruit a broad range of volunteers. We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly. Clients/Seniors that are served have various incomes and demographics. Our Senior Companions mainly serve clients that live in low-income senior housing communities. Definition of Accessibility -Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.

**Recruitment and Development**

The Santa Fe Senior Companion has a solid, proven infrastructure to create high-quality volunteer assignments with opportunities for volunteers to share their experience, skills and abilities, as well as to learn and expand their skill set and knowledge. As a requirement of the program, all volunteers are given 20 hours of pre-service orientation conducted by the Project Director. Appropriate and

# Narratives

inappropriate responsibilities/duties are reviewed on a semi-monthly basis and volunteers are initially given a copy of the Senior Companion Volunteer Handbook for their record and reference. We also discuss support and supervision and review the organizations' handbooks, thereby ensuring our members receive relevant and adequate materials, information and support to perform their jobs effectively in a safe and supportive environment. Through their efforts, our volunteers enhance the capacity of three volunteer stations, and those organizations provide specific training to volunteers. They also attempt to mobilize additional volunteers to fulfill the mission of our volunteer stations. Working individually with each volunteer station, we discuss volunteer orientation, training, support and supervision and review the organizations handbooks, thereby ensuring our volunteers receive relevant and adequate materials, information and support to perform their jobs effectively in a safe and supportive environment. Aside from volunteer surveys, we provide several venues for volunteers to reflect on the meaning of their service. Our newsletter includes on page dedicated to the Foster Grandparent and Senior Companion Programs that include a monthly volunteer spotlight, birthday announcements, photos, announcements, etc. Volunteer gatherings provide additional opportunities to reflect on the value of volunteerism, as members are able to place their work in the context of a larger community perspective. We incorporate appropriate stories of service into our September 11 Day of Service, Martin Luther King Day, and Adopt-a-Highway projects. Most volunteer meetings strengthen our national service project by reinforcing with participants the importance of finding satisfaction, meaning and joy in their volunteerism. Low-income volunteers qualify for a stipend, mileage reimbursement, meal reimbursement, a uniform shirt/jacket/vest annually, and we provide some accident and excess auto liability insurance Our volunteers receive ongoing training and education. Along with our monthly mandatory in-service trainings/handouts, we constantly offer continuous education for all volunteers. Prior to the pandemic, we hosted and attended health fairs with information on fitness, balance, safety and nutrition for our volunteers. We request that all volunteers attend our annual emergency preparedness events. Occasionally, volunteers have led the in-service trainings allowing them to share their talents and leadership skills. Each year, we take our volunteers to the New Mexico Conference on Aging, held about 60 miles away. We provide their transportation, lodging, registration and lunches for both days of a two-day conference. Each day includes a plenary session; five workshop slots, during which volunteers may choose from eight different classes or events; and a health and enrichment fair. Unfortunately, the 2021 and 2022 Conference was held virtually. We gave all volunteers the opportunity to attend the virtual conference on site for the 2-day conference. Other volunteers who had to ability to join from the comfort of their

# Narratives

own home did so as well. Our Volunteer Handbook provides education to SCP members about our program. The handbook is given to every volunteer during the initial orientation and has a page at the back for his or her signature of acknowledgement. It contains 19 pages of information about our program structure, policies and procedures, including volunteer allowable and non-allowable activities, our non-discrimination policy, a volunteer code of conduct, and a volunteer bill of rights. An important element of volunteer satisfaction is working in a capacity one finds fulfilling. Volunteerism is most valuable when it enriches the volunteer as well as the recipient, and this concept of value can vary tremendously from one person to the next. Our experience indicates that baby boomers seek volunteer opportunities that are visible and measurable. Some of our older seniors appear to derive more enrichment from their work environment than from a specific task or goal. Frequent communication with volunteer stations ensures that volunteers are in appropriate jobs, and receive the support and appreciation they deserve. Whatever the needs, interests and preferences of a volunteer, our program strives to meet them. Along with the program benefits that our volunteers receive, staff has developed an excellent working relationship with each volunteer. Staff works with volunteers on a one-on-one basis to coordinate their schedule and volunteer experience that best matches their abilities while accommodating their individual needs. We listen to their requests, offering benefits they value, and appreciating the services they perform. We frequently seek their suggestions for preferred recognition gifts and trainings. Wherever possible we implement program changes that volunteers suggest, so they are aware that we value their input. Our Volunteer Handbook includes a Code of Conduct for volunteers, thereby helping to create a high standard for our volunteers and maintaining high quality services for our clients. Our volunteers are well known and highly regarded within our community thereby instilling pride when associated with our program. In March of 2020, our AmeriCorps Seniors volunteer programs received a distinctive award from the Mayor's office for our commitment and enormous impact that our volunteers make in the community. Volunteers are always thanked for their services via our annual recognition banquet and they are given recognition gifts throughout the year. We recognize the contributions of our volunteers in a variety of ways, the largest and most celebratory being our annual volunteer recognition banquet. Along with our RSVP Volunteer Program, about 300 volunteers usually attend and staff caters a buffet lunch. We offer small table favors and donated door prizes. The Mayor reads a proclamation and elected officials and staff from the AmeriCorps Seniors state office and the N.M. Aging and Long-Term Services Department publicly recognize and praise the accomplishments and dedication of our volunteers. We provide a live band for entertainment, which also provides attendees an opportunity to

# Narratives

dance, which we have observed many enjoy tremendously. Due to Covid-19, we have had to think creatively regarding recognition events. We have hosted several drive-through recognition events throughout the year until we can resume our Annual in person banquet in a safe and enjoyable manner. Throughout the year, we list volunteer birthdays in our newsletter and send birthday cards. With our funds provided via our grant, we are able to purchase meaningful and useful recognition gifts throughout the year. Being able to provide a warm jacket or a professional looking polo shirt with our logo means the world to our low-income volunteers as well as provides identification as members of our elite group. Annually we advertise and recruit new members for our Advisory Committee. This provides active volunteers the opportunity to represent the Senior Companion Program as a member of our Advisory Committee and/or as a member of Division of Senior Services' Board of Directors. We currently have one volunteer from each respective program as Advisory Committee members. Outreach efforts include attending meetings that include a senior focus to recruit volunteers. We recruit volunteers through a variety of venues, in an effort to reach the broadest base possible. We build public awareness through a continuous campaign of outreach and education, including the publication of a 20-page newsletter entitled The Senior Scene, produced by the RSVP Project Director. Each month we distribute 3,500 copies of the newsletter to nearly 40 locations throughout the county. SCP outreach materials are available on the City of Santa Fe's website, which is designed to inform current and potential volunteers about our program and opportunities. We also promote our program using established media contacts whenever an opportunity arises, including radio and television interviews. We organize educational events for our volunteers and invite the public, offering a snapshot into our program. The SCP office created effective outreach materials that we update frequently based upon feedback from volunteers and station leaders, include an inviting display board used at community fairs and other public forums. These methods have all resulted in recruitment of a diverse group of volunteers, which continue to be effective strategies. According the U.S. Census 2021 QuickFacts estimates, the largest/ethnic groups in Santa Fe County are Hispanic (50.5%), White Non-Hispanic (43.3%) and American Indian (4.4%), followed by Asian (1.6%) and Black or African American (1.3%). The Santa Fe FGP represents these demographics with the majority of volunteers being Hispanic and White. While the program does not conduct targeted recruitment based on race/ethnicity, we also do not deny enrollment into the program based on it. We also continue to reach out to all communities throughout our service area to expand our demographic reach.

**Program Management**

To ensure that project management is efficient, effective and meets community needs, we have

# Narratives

incorporated several monitoring and evaluation mechanisms including Care Plans; routine site visits/monitoring; surveys; reviewing, evaluating, and implementing recommendations to enhance the volunteer's and recipient's participation in this program. The SCP Memorandum of Understanding signed by each volunteer station authorized representative clearly defines activities not supported under SCP program regulations. At our initial meeting with a potential volunteer station director, and at each subsequent meeting to update information, the MOU is read thoroughly, discussed and signed by both parties. Any indication that a volunteer station is not in compliance with the MOU or other program regulations results in an immediate meeting with the director to clarify and remedy the situation, or, failing that, termination of the MOU. Before we place volunteers at a station, we determine the volunteer's skills and abilities as well as obtain from them what type of staff works with volunteers and station staff to ensure that volunteers are actually performing their assigned service activities. If volunteers are performing duties outside of those assigned, we revisit the assignment. In the event the assignment needs to be updated or changed, and assuming the duties are in compliance with the program goals and the volunteer is willing to perform them, we adjust a volunteer's assignment. If volunteers are asked to perform activities in which they have no interest or that lie outside program guidelines, those duties are discontinued. If a volunteer station routinely violates the assigned duties protocol, we relocate volunteers to another station. Staff members often serve at volunteer stations to develop an understanding of the required duties. This process helps us recruit appropriately, become better acquainted with our volunteers and the requirements of stations, and create a rapport with the volunteer station staff. Volunteer duties and outputs are carefully tracked. We use software specifically designed for SCP to track all required data elements, including numbers of volunteers, stations, hours and client assisted progress. We also collect qualitative data from volunteers, stations, and clients using satisfaction surveys. These open-ended, narrative formats allow us to broaden the scope of feedback we receive and provide an additional tool for those involved with our program to communicate with us. Additionally, the information is electronically stored in a database and is utilized for continuous improvement of the program. An important component of program management is maintaining transparency and public awareness of our program and services. All of our Advisory Committee meetings are open to the public and we encourage participation. All grant and program information, including budget, is printed and made accessible in the SCP office for the public to access. SCP staff members attend local public hearings, town hall and City Finance Committee and City Council meetings, to be current on community issues, barriers, and resources and to answer program questions. The SCP Project Director is available at New Mexico

# Narratives

Legislature hearings to explain the SCP program or give program statistics, if asked. We respond to changing community needs, whether they come from volunteers, other seniors, or other community members. We pride ourselves on our flexibility to address the identified needs of our community. When the program receives requests for bilingual volunteers all attempts to recruit and place volunteers are facilitated to meet those needs. At our most recent audit, our Federal funding source noted that the SF SCP program is in compliance with mandated background checks for volunteers. As recommended by AmeriCorps Seniors, we have phased into utilizing the background check providers approved and relied upon for comprehensive and accurate data. Internal policy states that volunteers are not placed at their volunteer station until all mandated background checks have been cleared and adjudicated. We budget for 8 background checks for new staff and volunteers that enter the program. Federal background checks are conducted through Fieldprint at $27.75 each and New Mexico state/sex offender through Truescreen at $7.50 each for a total of $35.25 per staff/volunteer. As documented in federal and state-audits/monitor visits for the past 32 years, the Santa Fe SCP program has successfully complied with all city, state and federal regulations and never been cited with a major program infraction. Our Advisory Committee continues to be a vital asset to our programs. With their ideas and expertise, they offer valuable ideas, changes and suggestions for continuous enrichment of the program. In 2020, our Advisory Committee conducted site visits to our volunteer stations, interviewing and documenting information vital for the continuous improvement of our programs.

**Organizational Capability**

Since 1976, the City of Santa Fe's Division of Senior Services has provided a comprehensive array of programs to serve our elders in our community. Our programs mission is designed to allow older adults to continue living in their own homes as comfortably and independently as possible, and to avoid expensive institutionalization often funded by taxpayers. Some programs and services include the operation of five senior centers, which feature activities to keep seniors healthy and engaged, congregate and home delivered meals, in-home-support services, transportation service, and volunteer opportunities. The Senior Companion Program remains a key component in accomplishing the mission, providing volunteers to assist in allowing senior citizens to remain in their own home as long as possible. In offering these services, the City's contribution is supplemented by a grant with the State Aging and Long-Term Services Department enabling us to leverage these funding sources. As a result, taxpayers receive the greatest benefit for their dollar. The City of Santa Fe is the sponsoring organization for our program, all accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa

# Narratives

Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency. The Accounting Office has one employee responsible for reconciling the common account for the City; the Financial Analyst for Volunteer Programs reconciles Accounts Payable and Payroll Accounts monthly. The City of Santa Fe requires two signatures on checks: the Mayor and the Finance Director. An Independent Auditor's Report is conducted on the City of Santa Fe annually and the city has an Internal Audit Division that routinely monitors all finances and conducts audits as necessary. The City of Santa Fe receives numerous federal grant awards, including those from the U.S. Departments of Transportation, Interior, Justice, Housing and Urban Development, and Homeland Security, as well as the Older Americans Act. In many cases, these are ongoing awards. Additionally, regular audits and assessments conducted by the AmeriCorps Seniors New Mexico office, the State of New Mexico's Aging and Long-Term Services Department (ALTSD), and our own Advisory Committee assure that we comply with mandates and, in some cases, exceed expectations. The Division of Senior Services is mandated by the New Mexico Area Agency on Aging (AAA) to provide an annual update of our Direct Provider Agreement (DPA). The DPA incorporates impact-based programming and mandates as identified in the Older Americans Act (OAA). The funding includes audits and assessments reflecting compliance with respective mandates. The City of Santa Fe, meets its obligation pursuant to OMB Circular A-133 with Comprehensive Annual Financial Reports (CAFR) conducted each fiscal year by outside auditors, following the standards applicable to financial audits contained in Government Auditing Standards issued by the Comptroller General of the United States. Copies of every year's audit are on file at City Hall. The City owns City Hall, where the Financial Analyst is located, and the senior center, which houses the Senior Companion Program office, so we are in no danger of losing our operating space. The City owns the equipment within its facilities and the vehicles used by our program, which are purchased with either general or grant funds. We are required to follow New Mexico's procurement code when making purchases, so we comply with all City purchasing regulations. The City of Santa Fe periodically contracts with external consultants specialized in staffing and salary administration to conduct surveys to ensure that proper levels of staffing and job classifications are maintained. Additionally, comprehensive job descriptions are updated and/or developed to clearly define duties and responsibilities for each position. For reference and as public record, the SCP office displays two notebooks of policies and procedures that Santa Fe SCP follows. One notebook contains policies and procedures of our sponsor, the City of Santa Fe as those rules pertain to the SCP program and staff.

# Narratives

The other contains Internal Program policies regarding daily operations of the SCP program, volunteers and staff, as are practical for program operations and mandated by AmeriCorps Seniors. Because our sponsoring organization is the City of Santa Fe, a municipality, we are governed by all the policy and procurement guidelines that a municipality must follow. Every purchase requires an extensive procedure that includes approval by four staff at City Hall, with a final approval by the Purchasing Officer. Our sponsoring agency provides the majority of our in-kind resources including office space, vehicle and maintenance, copy and fax machines, computer equipment, staff payroll processing, and payment of a portion of employee fringe benefits. Through the Division of Senior Services, we receive in-kind contributions such as transportation services, free lunches and breakfasts or a suggested donation, free income tax preparation for volunteers, health clinics provided by medical professionals, free financial and consumer counseling, and loans of durable medical equipment. We solicit donations for gifts and services for volunteer recognition events by sending letters of request or calling potential contributors. Staff is well versed in computer software including Word, Excel, Munis Financial, and Enterprise One Financial. Our access to the City's financial system enables us to verify and track information relevant to program operations. Additional funding requests are submitted as required to local and state agencies in efforts to continually sustain and expand our program to best serve our community. Staff members participate in local public hearings, town meetings, City Finance Committee and City Council meetings, to learn what resources are available. To best use our somewhat limited resources, we recruit volunteers and Advisory Committee members to assist volunteer staff with recruiting, proofreading or running an event. Three staff members are directly involved in our program. Anya Alarid is the Volunteer Program Manager. She has 18 years' experience working in program management and has a BA in Business Administration. SCP is 40% of her salary. Anya Alarid left her position as Volunteer Program Manager effective March 17, 2023. The position was advertised and closed on March 30. Theresa Trujillo will serve as Interim Volunteer Program Manager until interviews are conducted and an applicant is selected and begins employment which could take two - three months. Theresa Trujillo is the Project Administrator who has 20 years of experience working with the Senior Services Department for the City of Santa Fe. SCP is 20% of her salary. This is an AFSCME union position and uniforms are to be ordered for her. The Financial Analyst for the Division of Senior Services, Sandra Duran, has 15 years of professional accounting experience in the private sector, state, and local government and holds a BA in Accounting. The FGP/SCP program also employs a full-time transit driver, Oscar Lucero to ensure that volunteers who do not drive are able to volunteer. He picks up/drops off volunteers at their volunteer station. This is

# Narratives

an AFSCME union position and uniforms are to be ordered for him. SCP is 25% of his salary. Staff duties are clearly defined. The SCP staff with input from the Advisory Committee when appropriate, is responsible for: program design and outreach, including presentations, meetings, and interviews; program compliance and budgeting decisions and oversight; working with the Fiscal Liaison and other staff; program infrastructure including handbooks, policies and procedures; writing all grant requests and reports; and developing and maintaining relationships with volunteer stations and other community organizations. All staff members are responsible for working with volunteers, organizing and implementing volunteer recognition events and meetings, tracking the budget in the City's financial system and representing the SCP program to community members. The Fiscal Liaison is responsible for creating monthly state and federal fiscal reports and approving and processing budget adjustment requests. When there is an opening in either of the SCP staff positions, it is advertised through the City of Santa Fe Human Resources Department. A list of the applicants who meet the required criteria is submitted to the direct supervisor of the open position and three staff members take part in the interview process. The candidate's interview in person, employing Human Resources-approved questions and selecting one candidate. The City of Santa Fe maintains comprehensive Personnel Rules and Regulations that include a clear and detailed travel policy. The city also has an agreement with the American Federation of State, County and Municipal Employees (AFSCME) Union. Both of these entities routinely review and update rules, regulations, policies and procedures to ensure accuracy and effectiveness. These documents are publicly available and are accepted by all grant sources that fund City of Santa Fe programs. The City of Santa Fe's budget review process is viewed as an opportunity for evaluation of program efficiency and staffing needs. The city has a Performance Assessment and Development Plan for every staff member. Individual staff members conduct the evaluation process with their supervisor, review job requirements, and plan for individual development and goals. SCP office and fiscal staff participate in appropriate conferences, training workshops and conference calls, including those conducted by AmeriCorps Seniors and the New Mexico Aging and Long-Term Services Department. SCP staff attends all relevant regional and local workshops and conferences, which include mandated Corporation training. When funding permits, SCP staff attends the AmeriCorps Seniors National Conference. We participate in webinars on relevant topics hosted by AmeriCorps Seniors, FEMA and other organizations. The city provides mandatory staff training on the fiscal computer system, operating a city vehicle, and first aid/CPR. The New Mexico Aging and Long-Term Services Department has chosen to support our project with state funds, expertise and guidance. Those dollars are matched by the City of Santa Fe. Thus, we have

# Narratives

increased the impact of national service on community needs in our service area.

**Other**

RECOGNITION

Although our program is budgeted for 18 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.

EVALUATION

The SCP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they assist their assigned clients and submit them bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends. We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.

CHALLENGES

Our main challenge is finding clients that need respite care. Our main resource in finding respite care clients for our Senior Companion volunteers was our In-Home Support Services program. We anticipate that the program will resume in April after being on hold due to the pandemic. This will increase our awareness and lead us to a broader range of seniors who are seeking this type of service.

FY24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023.

# Narratives

Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024.  Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 22 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 4 new volunteers.

CHALLENGES

Our challenges have been in recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected all sectors of the economy, and many seniors feel safest in their home. Many of our volunteers have been ill and have had to miss days of volunteering. Two of our Senior Companions have taken a leave of absence to care for their loved ones or their own health issues with another needing to take some time off to care for herself, one recently passed away and one moved out of state. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing, libraries, and other apartment complexes as well. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.

FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps.  We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

FY25 PROGRAMMATIC UPDATES

# Narratives

This FY Erika Lujan is the new Grants Manager. Our driver position has been vacant for several months and we are anticipating hiring in the next month or so. We have adjusted the cost of background checks to $40.00 each. We have not had to provide any background checks since the change to Truescreen.

RECRUITMENT AND DEVELOPMENT FY25 Update

We continue to send out training handouts to our volunteers on a monthly basis. We have taken out the food expense from our budget and rely on our nutrition program to provide light snacks for the in-person meetings. The last NM Aging & Long-Term Conference was a one-day event, therefore, we took out lodging expenses from the budget.

EXECUTIVE SUMMARY UPDATE

The AmeriCorps investment of $0.00 will be supplemented in the amount of $166,304.83 by the State of New Mexico Aging and Long-Term Services Department and $42,495.44 by the City of Santa Fe.

**PNS Amendment (if applicable)**

Not applicable.

# Performance Measures

% of Unduplicated Volunteers in Work Plans that result in Outcomes:          100%

% of Unduplicated in the Primary Focus Area:          100%

| Performance Measure: | 1.1 | Companionship |
| --- | --- | --- |

Community Need to be Addressed:

In conjunction with the City of Santa Fe's In‑ Home Support Services, our Senior Companion Program continues to play an integral role in providing senior support services to older adults who have been identified as being lonely, isolated and frail, and who require assistance to allow them to remain in their own homes as long as possible. Previously, our In‑ Home Support Services section had a yearlong waiting list for in‑ home support services and respite care. However, due to Covid‑ 19 our In‑ home assistance has been temporarily suspended. We continue to see an increasing number of seniors currently at risk of being socially isolated or lonely; the wait list continues to grow. When possible, the Santa Fe Senior Companion Program will step in and provide services to the older adults in dire need of in‑ home care, companionship, transportation services and respite care. According to the City of Santa Fe's Four‑ Year Plan public hearing (specifically for senior programs) held in January 2019, over 200 older adults rated the importance of services in the following order: 1) meals‑ on‑ wheels, 2) in‑ home care, 3) transportation, 4) respite care 5) health promotion and 6) activities. Based on this feedback, the SF SCP continues to play a vital role in helping to meet community needs.

| Focus Area: | Healthy Futures | Objective: | Aging in Place | Number of Volunteer Stations: | 1 |
| --- | --- | --- | --- | --- | --- |

Anticipated Unduplicated          22

Anticipated Volunteer          20

Service Activity:          Companionship

Service Activity Description:          Senior Companions will provide 5‑ 40 hours (per week) of companionship and assistance with ADLs with 1‑ 3 clients in private senior homes.  These services may include general companionship, providing grief support, reading, writing letters, filling out forms, assisting with low‑ impact exercises, talking/listening to clients, light housekeeping, light meal preparation, escort services and errands, as well as accompanying clients to senior centers, health care facilities, recreational activities, etc. Volunteers will continue to receive annual in‑ service trainings with monthly newsletter and additional relevant reading materials.

Anticipated          H4A:  Number of individuals served

Target: 60          How Measured:          Tracking System

Instrument Description:          Client assignment/care Plan is prepared for each client with services to be performed and how many hours they will receive services from their Senior Companion. Senior Companions will submit weekly timesheets to Volunteer Program Manager and/or Project Administrator who compile hours served, mileage and meals for stipend and reimbursement. Bi‑ weekly stipend reimbursement spreadsheets are prepared by volunteer staff and verified by Financial Analyst, Senior Center Director and Accounts Payable office. Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served.

Anticipated          H9A: Number of individuals who report having increased social support or improved capacity for inde

Target: 35          How Measured:          Tracking System

Instrument Description:          Senior Companion Clients are given a Survey annually with statements such as (I feel less lonely, I am able to do more of the things i want/need to do, etc.) where they can answer anywhere from "Strongly Disagree" to Strongly

| Performance Measure: | 1.1 | Companionship |
|---|---|---|

| Anticipated | H9A: Number of individuals who report having increased social support or improved capacity for inde |
|---|---|
| 35 | How Measured:   Tracking System |
| | Agree". We are able to determine if the client is thriving because of the assistance their companion is providing..Spreadsheets are prepared by volunteer staff to keep track of the total hours served annually by the SCP Volunteers. Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served. |

| Performance Measure: | 2.1 | Respite Services |
|---|---|---|

**Community Need to be Addressed:**

The City of Santa Fe Division of Senior Services, in cooperation with the In– Home Support Services section, has identified an increase in the number of respite service requests throughout the year via their in– home assessment tool.  In 2019, out of 100 assessments which were conducted, over 34 requests were made for immediate assistance for respite.  One of the primary reasons for nursing home admission is due to a loss of primary caregivers attributed to caregiver burnout and their inability to continue without assistance.  Family caregivers who provide 36 or more hours weekly are more likely than non– caregivers to experience symptoms of depression or anxiety.  As more people live longer, the need for Senior Companion services escalates.  Older adults living in residential, day care settings, etc., suffer from loneliness, lack of companionship and connections to the outside world.  With people living longer, older adult caregivers are expected to care for older and chronically ill family members for longer periods of time.

| Focus Area: | Healthy Futures | Objective: | Aging in Place | Number of Volunteer Stations: | 1 |
|---|---|---|---|---|---|

| Anticipated Unduplicated | 1 |
|---|---|

| Anticipated Volunteer | 2 |
|---|---|

| Service Activity: | Respite Services |
|---|---|

| Service Activity Description: | Senior Companion volunteers will assist approximately two different caregivers who require respite services with 5– 20 hours of service per week.  Those caregivers receiving the assistance of a Senior Companion will then be able to enjoy a better quality of life while their loved one is receiving respite services from our program.  Volunteers will continue to receive annual in– service trainings with monthly newsletter and additional relevant reading materials. |
|---|---|

| Anticipated | H4A:  Number of individuals served |
|---|---|

| Target:  4 | How Measured:   Tracking System |
|---|---|

| Instrument Description: | Client Assignment/Care Plan is prepared by Volunteer Staff with Caregiver requesting Respite Care in their home.  The caregiver indicates what assistance is needed (companionship with their care recipient, light meal preparation, memory exercises, etc.) to enable to give the caregiver a break from the stress of caring for a loved one with special |
|---|---|

| Performance Measure: | 2.1 | Respite Services |
|---|---|---|

needs. Volunteers submit weekly timesheets to the Volunteer Program Manager and/or Project Administrator who compile hours served, mileage and meals for stipend and reimbursement.  Bi- weekly stipend reimbursement spreadsheets are prepared by volunteer staff and verified by Financial Analyst, Senior Center Director and Accounts Payable office.  Additionally, we have access to Volunteer Reported Software which we can utilize to enter hours served.

Anticipated

H14: Number of caregivers who reported having increased social ties/perceived social support

Target: 2          How Measured:   Survey

Instrument Description:     Volunteer staff send out an annual survey to caregivers with a rating scale with 1 being "Strongly Disagree" and 4 being "Strongly Agree" with statements such as "I am able to do more of the things I need to do", "I am able to get short- term rest and relief", "The person I care for is able to remain at home", etc. This enables us to verify that caregivers are having increased social ties/perceived social support. Spreadsheets are prepared by volunteer staff to keep track of the total hours served annually by the SCP Volunteers. Additionally, we have access to Volunteer Reporter Software which we can utilize to enter hours served.

## Required Documents

| Document Name | Status |
|---|---|
| Applicant Operational and Financial Management Survey (OFMS) | Already on File at CNCS |

# EXHIBIT E

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Senior Companion Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SCDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **3** | Budget Period: | **07/01/2025 - 06/30/2026** |
| CFDA No.: | **94.016** | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $0 | $0 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $0 | $0 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $2,500 |
| Total CNCS Funds Awarded to Date | **$2,500** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

This award approves 2025–26 SCP program. Your 2025–26 statutory match is 10% and your budgetary match is 100%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://www.americorps.gov/sites/default/files/document/2025-06/2025_FGP_SCP_T%26C_508.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

06/10/2025

_____
Signature                    Award Date

_____
Senior Grants Officer

City of Santa Fe

_____
Legal Applicant

Roberta P. Armijo

_____
Project Director

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | |
|---|---|---|
| Agreement No.: | **23SCDNM002** | |
| Amendment No.: | **3** | |
| CFDA No.: | | |

Performance Period: **07/01/2023 - 06/30/2026**
Budget Period: **07/01/2025 - 06/30/2026**
Grant Year: **3**

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Manuel Sanchez
_____
Certifying Official/Executive Officer

Mountain Region
_____
Program Officer

EXHIBIT F

# PART I - FACE SHEET

## APPLICATION FOR FEDERAL ASSISTANCE

Modified Standard Form 424 (Rev.02/07 to confirm to the Corporation's eGrants System)

| | |
|---|---|
| **1. TYPE OF SUBMISSION:** | |
| Application [X]   Non-Construction | |

| | | |
|---|---|---|
| **2a. DATE SUBMITTED TO CORPORATION FOR NATIONAL AND COMMUNITY SERVICE (CNCS):** 09/25/24 | **3. DATE RECEIVED BY STATE:** | **STATE APPLICATION IDENTIFIER:** NM |
| **2b. APPLICATION ID:** 25SR268017 | **4. DATE RECEIVED BY FEDERAL AGENCY:** 09/25/24 | **FEDERAL IDENTIFIER:** 23SRDNM003 |

**5. APPLICATION INFORMATION**

LEGAL NAME:  City of Santa Fe

UEI NUMBER:      QLN2YKMMJ8X6

ADDRESS (give street address, city, state, zip code and county):
200 Lincoln Ave
Santa Fe NM 87501 - 1904
County: Santa Fe

NAME AND CONTACT INFORMATION FOR PROJECT DIRECTOR OR OTHER PERSON TO BE CONTACTED ON MATTERS INVOLVING THIS APPLICATION (give area codes):

NAME:  Ramona A. Baca

TELEPHONE NUMBER:    (505) 955-4760

FAX NUMBER:

INTERNET E-MAIL ADDRESS:   mabaca@santafenm.gov

**6. EMPLOYER IDENTIFICATION NUMBER (EIN):**
856000168

**7. TYPE OF APPLICANT:**
7a.  Local Government - Municipal

7b.  Local Government, Municipal

**8. TYPE OF APPLICATION** (Check appropriate box).

[ ] NEW          [ ] NEW/PREVIOUS GRANTEE

[X] CONTINUATION    [ ] AMENDMENT

If Amendment, enter appropriate letter(s) in box(es): [  ] [  ]

A. AUGMENTATION      B. BUDGET REVISION

C. NO COST EXTENSION    D. OTHER *(specify below)*:

**9. NAME OF FEDERAL AGENCY:**

**Corporation for National and Community Service**

| | |
|---|---|
| **10a. CATALOG OF FEDERAL DOMESTIC ASSISTANCE NUMBER:**    94.002 **10b. TITLE:**   Retired and Senior Volunteer Program | **11.a. DESCRIPTIVE TITLE OF APPLICANT'S PROJECT:** Santa Fe City RSVP |
| **12. AREAS AFFECTED BY PROJECT** (List Cities, Counties, States, etc): Santa Fe County (City of Santa Fe, Towns of: Eldorado, Tesuque, Pojoaque, Cerrillos, Madrid, Edgewood, Agua Fria, La Cienega, Santa Cruz, Lamy, Glorieta, G | **11.b. CNCS PROGRAM INITIATIVE (IF ANY):** |

| | |
|---|---|
| **13. PROPOSED PROJECT:**   START DATE: 04/01/24   END DATE:   03/31/26 | **14. CONGRESSIONAL DISTRICT OF:**   a.Applicant [NM 03]   b.Program [NM 03] |

**15. ESTIMATED FUNDING:**    Year #: [ 3 ]

| | |
|---|---|
| a. FEDERAL | $    50,000.00 |
| b. APPLICANT | $  168,258.00 |
| c. STATE | $    58,607.00 |
| d. LOCAL | $  109,651.00 |
| e. OTHER | $         0.00 |
| f. PROGRAM INCOME | $         0.00 |
| g. TOTAL | $  218,258.00 |

**16. IS APPLICATION SUBJECT TO REVIEW BY STATE EXECUTIVE ORDER 12372 PROCESS?**

[ ] YES. THIS PREAPPLICATION/APPLICATION WAS MADE AVAILABLE TO THE STATE EXECUTIVE ORDER 12372 PROCESS FOR REVIEW ON:

DATE:

[X] NO. PROGRAM IS NOT COVERED BY E.O. 12372

**17. IS THE APPLICANT DELINQUENT ON ANY FEDERAL DEBT?**

[ ] YES  if "Yes," attach an explanation.     [X] NO

**18. TO THE BEST OF MY KNOWLEDGE AND BELIEF, ALL DATA IN THIS APPLICATION/PREAPPLICATION ARE TRUE AND CORRECT, THE DOCUMENT HAS BEEN DULY AUTHORIZED BY THE GOVERNING BODY OF THE APPLICANT AND THE APPLICANT WILL COMPLY WITH THE ATTACHED ASSURANCES IF THE ASSISTANCE IS AWARDED.**

| | | |
|---|---|---|
| **a. TYPED NAME OF AUTHORIZED REPRESENTATIVE:** Manuel Sanchez | **b. TITLE:** | **c. TELEPHONE NUMBER:** (505) 955-4710 |
| **d. SIGNATURE OF AUTHORIZED REPRESENTATIVE:** | | **e. DATE SIGNED:** 04/16/25 |

# Narratives

**Executive Summary**

The City of Santa Fe, N.M. Retired Senior Volunteer Program proposes to have 255 AmeriCorps Seniors volunteers who will provide support to the elderly; transport homebound and frail seniors to appointments and assist with errands; and provide companionship and support to seniors in food banks and pantries, soup kitchens and meal delivery programs; senior transportation programs and health facilities; senior support programs and a hospice organization. The primary focus of this project is Healthy Futures- Aging in Place, Independent Living.  At the end of the three-year grant, AmeriCorps Senior volunteers will be responsible for enhancing social ties and perceived social support for more than 300 individuals and improved food insecurity for more than 800 individuals in Santa Fe. The AmeriCorps federal investment of $50,000.00 will be supplemented by $58,607 in State funds and $89,852.85 in City/Local funds.

**Strengthening Communities**

The Santa Fe Retired Senior Volunteer Program (RSVP Program recruits and supports volunteers to meet community needs throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. This includes 29 communities and 5 Native American pueblos.   According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 154,823, of which 25.3% were age 65 and older, representing just over 39,000 people, making a significant percentage of the area's population of senior citizens.  These numbers are only expected to increase in the coming years as a new and larger generation ages.  The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014.  This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

RSVP Santa Fe aims to assist those individuals in need and promote healthy independent lifestyles by addressing loneliness, resources and access to care, and food insecurity; this is why the primary focus of our program is Healthy Futures. Within this focus area volunteers will provide a variety of services under the Aging in Place and Obesity and Food objectives to meet identified, specific community needs in our geographic service area.

Isolation and transportation are inexorably linked for seniors.  Isolation is an increasing problem in the aging population.  Many senior citizens experience a decline in activities they were once able to do without issue, such as driving, running errands, and completing home tasks. This can result in feeling

# Narratives

cut off, helpless and alone which can pose a serious danger to their mental and physical health. According to a study by the Journal of American Medicine Association, an estimated two million senior Americans, defined as those leaving home once a week or less, live in the community in the USA, nearly 1.5 times the total nursing home population. Homebound incidence is increasing following efforts to transition from institutional to community-based care. Older adults now have a higher risk of becoming homebound than entering a nursing home, but little is known about the healthcare utilization and spending of this growing population. Homebound older adults represent the community, with Hispanic and Black non-Hispanic individuals experiencing higher rates of being homebound compared to White non-Hispanic individuals, especially during the COVID-19 pandemic. Homebound adults have complex social and medical needs and experience high levels of dementia, chronic illness, and symptom burden. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug and alcohol abuse, cognitive difficulties, depression, physical health problems, and death. A study done by researchers at the University of California, San Francisco found that lonely seniors are at a greater risk of decline in their mental and physical health and die faster (www.agingcare.com). With the COVID epidemic close behind us, seniors are still remaining cautious and are choosing to remain home as much as possible to avoid transmission. Transportation is another major challenge for many seniors in New Mexico. Poor health, vision problems, reaction times, and affordability can affect a senior's ability to get behind the wheel. A large portion of Santa Fe County is rural with narrow dirt roads or else multi-lane, heavily-trafficked roads that challenge even the most alert and skillful of drivers. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and abilities necessary to safely drive (National Caregivers Library, "Transportation and the Elderly," retrieved from www.caregiverslibrary.org). If seniors do give up driving, the City of Santa Fe's bus system and the transportation services offered through the Division of Senior Services have a limited service area and service hours, and can be logistically difficult for anyone with a specific appointment or a mobility issue.

RSVP volunteers will provide transportation and companionship services to elderly and/or disabled individuals to help them maintain a healthy lifestyle, keep them living in their home (avoiding institutionalization), and increase social ties and support through interactions and activities. Transportation assistance may be to medical appointments, social activities, grocery shopping or other errands and appointments as necessary. Companionship may be provided through visits in the home, a senior center, or rehab/care facility. Senior centers offer independence and encourage older adults to

# Narratives

stay active through fitness programs, educational workshops and social activities ultimately promoting socialization which is needed to maintain a good quality of life. Volunteers within senior centers will accompany their companion to an activity or social event, while others may facilitate fitness and nutrition classes, computer classes, arts and crafts, and music to engage other seniors and provide a sense of social support, community connection, and cognitive and physical stimulation. The total number of individuals receiving transportation and companionship assistance during the reporting period will be measured through volunteer time sheets and activity sign-in sheets. RSVP staff will either distribute a survey or conduct it over the phone, to individuals receiving transportation and companionship services to determine the number of clients reporting an increase in social ties or improved capacity for independent living due to our volunteer services.

Hunger among seniors is disturbingly prevalent in New Mexico. Research done by Feeding America estimates the food insecurity rate in Santa Fe County to be 12.6% with 68% of the population falling below the SNAP threshold of 165% of FPL. Another 2018 study [the Faces of Hunger in New Mexico] done by Feeding America, in partnership with the New Mexico Association of Food Banks, looked at the number of people seeking emergency food assistance. This study found that 29% of those served by food banks in New Mexico are seniors and 16% are grandparents raising grandchildren. It also found that 61% of hungry households have to choose between paying utilities and buying food. According to the New Mexico Roadrunner Food Bank, "seniors are among the most physically vulnerable to hunger. With age come unique nutritional needs and medical conditions. Hunger and the lack of access to nutritious food compromise their health. Hunger deteriorates their mental and physical wellbeing. Chronic illnesses worsen with hunger and leave seniors at risk of increased long term care needs and hospitalization." Many seniors lack access to and education about affordable nutritious foods, which can compromise their health and well-being, leaving them at risk for long-term health issues. So, despite hunger remaining an issue, obesity and other health problems are caused by lack of nutrition education and fitness, lack of accessibility to nutritious food, including high costs, and low costs of convenient unhealthy food. These can lead to lasting effects on nutrition and health, placing seniors at a higher risk for disease and other health complications.

RSVP volunteers at Kitchen Angels will cook, package, and deliver fresh meals to elderly and/or disabled individuals in their homes. Other volunteers will deliver ECHO commodities to seniors who cannot pick up the food themselves or do not have anyone to do so. The brief volunteer visits will also serve as wellness checks on these homebound individuals who do not come into contact with many people. The total number of individuals receiving home-delivered meals during the reporting period

# Narratives

will be measured through a client tracking database. Once a year Kitchen Angels staff will distribute surveys to individuals receiving home-delivered meals to determine the number of clients reporting an increase in social ties/support and improved nutrition due to the volunteer services.

Additional RSVP volunteers will serve at a food bank (Food Depot), food pantry (Bienvenidos Outreach), soup kitchens (St. John's, San Martin de Porres, Guadalupe Soup Kitchen) and a food distribution program (ECHO commodities) that distribute emergency food and offer food support, services, nutrition education and/or referrals to alleviate long-term hunger. Volunteers may unload, sort, package, and distribute food; assist clients with paperwork to receive food and provide tips on nutrition and/or recipes; cook hot meals, prepare lunch bags. Some stations track the number of food bags distributed. A survey will be distributed to food recipients once during the reporting period to determine the percent of individuals who report an increase in food security.

Issues that affect seniors are the primary focus of our program, and are the areas we measure; however, other issues exist within our community, which have an effect on all ages, and other volunteers will address some of those through their service. The 2022 Nation's Report Card by the National Assessment of Educational Progress, states that only 19% of New Mexico fourth-graders are proficient in math and just 21% are proficient in reading. The Education Week's Quality Counts gave New Mexico a D in its 2021 annual state report card, which ranked the state as 51st in the nation for educational achievement.

RSVP volunteers within other community priorities will work to address these gaps in literacy and math. Volunteers with Literacy Volunteers of Santa Fe will provide tutoring to individuals in Basic Literacy and/or English as a Second Language (ESL). The goal of this tutoring is to teach individuals how to read and write or speak English so they have a better understanding and more job opportunities. RSVP volunteers will also serve as tutors and mentors within Santa Fe Public Schools and school readiness programs, with children identified as needing more one-on-one attention and support. Tutoring program coordinators will share progress and success stories with RSVP.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities at the Senior Centers.

RSVP Volunteers serve a wide range of volunteer stations which include low to high class communities. We have volunteer stations that include, but are not limited to shelters, soup kitchens, hospice, auxiliary, commodities, libraries, environmental programs, veteran's services, Spanish colonial museum, and arts & culture.

# Narratives

Definition of Accessibility

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.

   Post-COVID19 Note: Many volunteers were feeling isolated and are now volunteering. This is good for their social, mental, and physical wellbeing.  We have seen an influx in new volunteers. More volunteers feel more comfortable, and they are getting out more. Therefore, we have seen an increase in volunteer participation.

**Recruitment and Development**

RSVP Santa Fe has a solid history of offering high-quality assignments that provide volunteers with opportunities to share their experience and skills, while effectively addressing community needs.  Our RSVP works with about 50 non-profits, health care agencies, senior centers, and governmental agencies, all of which utilize volunteers to address community needs that have been identified by the organizations themselves or by regional or national studies.  Upon development of a new volunteer station, the RSVP Administrator meets with their volunteer coordinator.  RSVP provides an overview of our program and learns the station's mission, volunteer needs and policies. This helps ensure a mutual understanding, so our volunteers receive relevant and adequate materials and information to perform their assignments effectively in a safe and supportive environment.

RSVP staff conducts introductory conversations with potential volunteers to determine if they have any special interests that would enhance a particular volunteer stations objective, or if they would like assistance in identifying an appropriate volunteer assignment. With the information they provide, we can place them in a suitable workstation. Upon enrollment in the RSVP program, staff orients them on our program policies, procedures and benefits and provides them with a Volunteer Handbook and a written description of their volunteer assignment.

Each volunteer station has a volunteer coordinator who is responsible for assignment-specific orientation, training, support, and oversight, as well as providing volunteers with materials needed for their work.  Upon placement, volunteers receive training from that coordinator prior to volunteering. Training takes place in a meeting/classroom, or where the volunteer activity will be conducted. Volunteers receive ongoing training and education throughout their AmeriCorps Senior membership. We host meet-and-greets to educate volunteers about AmeriCorps and help them better understand their roles as volunteers, provide updated program information, and highlight new volunteer opportunities. We offer our volunteers emergency preparedness events, free legal clinics, and an

# Narratives

annual health and resource fair. Annually we offer transportation, registration, and lunch fees to volunteers to attend the two-day New Mexico Conference on Aging.  We also reimburse volunteers who take the AARP Driver Safety Course in person or online.  The City of Santa Fe also sponsors a Senior Companion Program and a Foster Grandparent Program, which host monthly volunteer training to which RSVP volunteers are invited.  Topics include medical insurance, health and nutrition, disease prevention, emergency planning for homebound or disabled individuals, nutrition, the detection of elder abuse, military veterans' benefits, and tutoring tips etc. These trainings provide additional tools for RSVP volunteers providing companionship, transportation, tutoring and some food services.

According to the U.S. Census 2022 QuickFacts estimates, the largest racial/ethnic groups in Santa Fe County are Hispanic (50.5%), White Non-Hispanic (43.3%) and American Indian (4.4%), followed by Asian (1.6%) and Black (1.3%). The RSVP Santa Fe group reflects these demographics with 38% self-identifying as Hispanic and 61% as non-Hispanic. Staff members speak basic Spanish, some program materials are available in Spanish, and several of our volunteer opportunities are targeted at bilingual or Spanish-speaking volunteers.  Also, according to the U.S. Census 2022 QuickFacts, in Santa Fe County, 51.2% of residents are female.  In our RSVP program, 67% are female.

We are collaborating with the local Vet Counseling Center to increase our numbers of volunteers with military backgrounds. Our enrollment form specifically asks whether a new volunteer wants or needs special accommodation due to a physical disability, and we know which workstations are appropriate for volunteers with which special needs.

Successful outreach efforts are varied.  The Senior Scene newsletter, a 20-page monthly publication produced by the RSVP Administrator, includes RSVP recruitment and information pages.  We distribute 3,600 copies throughout the Santa Fe area and post it on the City of Santa Fe website www.santafenm.gov.  We create flyers and signage for bulletin boards at senior centers, senior community housing areas, faith-based groups, schools, and churches.  On our website, (www.rsvpsantafe.org) volunteers can learn about our program, enroll, and submit their hours worked reports.  We host informational booths at community events and conferences.  We maintain the City of Santa Fe RSVP and Division of Senior Services and Facebook pages.  RSVP program information is included in the Santa Fe Family Caregiver Resource Guide (annual circulation 15,000).  Staff participate in radio interviews.  We submit recruitment articles in the volunteer newsletters of our existing volunteer stations.  Word-of-mouth from current volunteers and Advisory Council members bring us many referrals.  We created a huge, freestanding AmeriCorps Seniors banner,

# Narratives

which we put on the sidewalk each time we have an event.

RSVP shows appreciation to volunteers through recognition events and gifts. We frequently express our gratitude by mail, email, Facebook, phone calls and in person. We host a volunteer recognition luncheon each spring featuring a meal, table favors, donated door prizes, entertainment, and appreciation expressed to volunteers by program staff and by local government officials.  This used to be our most popular event, but as Baby Boomers have aged into our program, they have requested more of the educational opportunities, useful gifts, and mileage reimbursement as recognition.  We send birthday cards and distribute recognition gifts throughout the year.  We anticipate hosting two recognition events per year.  We provide mileage reimbursement to volunteers, in response to their requests for funds to offset gasoline costs while volunteering.

An important element of volunteer satisfaction is working in a capacity one finds fulfilling.  Frequent communication with volunteers and their stations ensures that volunteers are in appropriate jobs and receive the support and appreciation they deserve. We send out annual volunteer satisfaction surveys asking what they appreciate about our program, what we could be doing differently, what kinds of recognition they would like and how we can best support them. Their answers guide our program choices in the following year, so volunteers are aware that we value their input.   Many volunteers have reported that the mileage reimbursement has been the main recognition effort that leads to their retention as RSVP members, aside from the satisfaction of the jobs they do.

## Program Management

RSVP Santa Fe manages volunteer stations using various methods to ensure compliance with program policies and to protect volunteers, including a Memorandum of Understanding (MOU), assignment descriptions, site visits and communication, program evaluations, and volunteer satisfaction surveys. All volunteer stations are first required to complete a Memorandum of Understanding (MOU) upon forming a partnership with RSVP and every three years thereafter. This agreement, signed by the RSVP Administrator and the designated station/site supervisor, outlines the role of each party, and sets out provisions to support and protect the volunteer. The MOU clearly outlines AmeriCorps-prohibited activities (which are also spelled out in the RSVP Volunteer Handbook).  MOU compliance is monitored through annual meetings with volunteer site coordinators, surprise visits to volunteer stations and volunteer reports. Any concerns or questions are addressed in a meeting between both parties. RSVP staff works with volunteer station staff to provide volunteers with a clear understanding of their role and to ensure that volunteers are performing their assigned service activities; this includes updating the assignment description as necessary. Updates are

# Narratives

made when volunteer roles change but remain in compliance of the program goals and policies. If a volunteer station assigns duties outside the scope of allowable activities, those volunteer hours are not counted as RSVP service. Continued disregard of our prohibited activities policy can result in volunteer relocation and a suspension and/or termination of partnership. The RSVP Administrator serves at many volunteer stations outside of business hours to develop a better understanding of the required duties, which helps her recruit appropriately, become better acquainted with volunteers, and more familiar with station requirements and operations; it also helps to build a positive rapport with the volunteer station staff. Periodic site visits are conducted as well as emails and phone calls to learn the latest needs of the stations and to ensure the appropriateness of volunteer assignments. The Advisory Council also conducts a program evaluation at least once during the three-year grant period, in which they visit at least four stations, meet with site supervisors, other staff members, and even volunteers in an effort to understand the stations needs and expectations of RSVP.

Volunteer and station information is tracked through use of the Volunteer Reporter database, which stores data needed for program reports, including tracking volunteer assignments, number of volunteers, station information, volunteer hours, and demographics. We have a strict confidentiality policy in which we do not share personal information with those outside of RSVP/Sponsor staff unless authorized by said volunteer. We also believe it is important to maintain transparency and public awareness of our program and services; therefore, all Advisory Council meetings are subject to the Public Meetings Act. All grant and program information are made accessible in the RSVP office and available upon request. RSVP staff members attend local public hearings, town meetings, and City Finance Committee and City Council meetings, to be current on community issues, barriers, and resources and to answer program questions. We respond to changing community needs, whether they come from volunteers, other seniors, or other community members.

As documented in site monitoring visits conducted by both our federal and state funders over the past 33 years, RSVP Santa Fe has successfully complied with all city state and federal regulations and never been cited with a major program infraction. We have an active Advisory Council that meets bimonthly to guide the program, and more frequently as needed for special needs or events. The RSVP Program Administrator maintains communication with stations and outside agencies.  The RSVP Program Coordinator maintains volunteer records, which contain volunteer enrollment forms, copies of driver's license or alternate photo identification as proof of age, proof of insurance if a driver, and verification that the volunteer is not listed on the National Sex Offender Registry Website, a criminal background check if required, volunteer assignment description, and signed volunteer hours reports.

# Narratives

We budget for 7 background checks ($27.25 each Fieldprint-$27.75 and for volunteers that assist children or seniors one on one.   As recommended by AmeriCorps Seniors, we have phased into utilizing the background check providers approved and relied upon for comprehensive and accurate data.  Internal policy states that volunteers are not placed at their volunteer station until all mandated background checks have been cleared and adjudicated.

**Organizational Capability**

Since 1976, the City of Santa Fe Division of Senior Services (DSS) has offered a variety of programs and services to individuals 60 and over.  DSS operates five senior centers which feature activities to keep seniors healthy and engaged, congregate and home delivered meals, in-home support services, transportation services, and volunteer opportunities, all designed to encourage older adults to continue living in their own homes as comfortably and independently as possible.  RSVP has been a key component in accomplishing this mission since 1981.

Because the City of Santa Fe is the sponsoring organization for our program, all accounting and reporting functions are performed on the City's web-based MUNIS Financial System. The Accounting Office has one employee (the Financial Analyst for the Division of Senior Services) who is responsible for reconciling the common account for the City as well as reconciling accounts payable and payroll accounts monthly. The City of Santa Fe requires two signatures on checks: the Mayor and the Finance Director, and an Independent Auditor's Report is conducted on the City of Santa Fe annually; the city also has an Internal Audit Division that routinely monitors all finances and conducts audits as necessary.

The City of Santa Fe receives numerous federal grant awards, many of which are recurring funds. Regular audits and assessments conducted by the regional office of AmeriCorps Seniors, the State of New Mexico's Aging and Long-Term Services Department (ALTSD), (and our own Advisory Council) I assure that we are following mandates and, in some cases, exceed expectations. The Division of Senior Services is mandated by the New Mexico Non-Metro Area Agency on Aging (AAA) to provide an annual update of our Direct Provider Agreement (DPA) which incorporates impact-based programming as identified in the Older Americans Act (OAA). The funding includes audits and assessments reflecting compliance with respective mandates. The City of Santa Fe meets its obligation as sponsor and pursuant to OMB Circular A-133 with Comprehensive Annual Financial Reports (CAFR) conducted each fiscal year by outside auditors, following the standards applicable to financial audits contained in "Government Auditing Standards" issued by the Comptroller General of the United States. Copies of the audits are on file at City Hall.

# Narratives

City Hall is owned by the City of Santa Fe and is where the program's Fiscal Administrator is located. The Mary Esther Gonzales Senior Center, which houses the RSVP office is also owned by the City of Santa Fe, so there is no danger of losing any operating space. The City owns the equipment within its facilities and the vehicles used by our program, which are purchased with either general funds or grant funds. We are required to follow New Mexico's procurement code when making purchases and comply with all City purchasing regulations. The City of Santa Fe periodically contracts with external consultants specialized in staffing and salary administration to conduct surveys to ensure that proper levels of staffing and job classifications are maintained. Additionally, comprehensive job descriptions are updated and/or developed to clearly define duties and responsibilities for each position. For reference and as public record, the RSVP office displays two notebooks of policies and procedures that Santa Fe RSVP follows. One notebook contains policies and procedures set by our sponsor, the City of Santa Fe, and those rules pertain to the RSVP staff. The other contains Internal Program policies developed by RSVP staff regarding daily operations of the program and pertain to volunteers, stations, and staff; internal policies are set according to AmeriCorps requirements or mandates and assist in program operations.

Because our sponsor is a government entity, we must adhere to all policy and procurement guidelines that a municipality must follow. Every purchase requires an extensive procedure that includes approval by multiple staff, with final approval by the Purchasing Officer. Our sponsoring agency provides many of our in-kind resources including office and meeting space, vehicle, and maintenance, copy and fax machines, computer equipment, staff payroll processing, and payment of a portion of employee fringe benefits. Through the Division of Senior Services, we receive in-kind contributions such as transportation services, lunches, and breakfasts for free or a suggested donation, health clinics provided by medical professionals, free financial and consumer counseling, and loans of durable medical equipment. We also reach out to community members and businesses for in-kind support and gift donations.

Staff is well versed in computer software including Word, Excel, Access, Publisher, and Munis Financial. Our access to the City's financial system enables us to verify and track information relevant to program operations. Additional funding requests are submitted as required to local and state agencies in efforts to continually sustain and expand our program to best serve our community. Staff members participate in local public hearings, town meetings, City Finance Committee and City Council meetings, to learn what resources are available.

Three staff members are directly involved in our program, but only two are budgeted through the

# Narratives

RSVP program. Mona Baca was hired in April of 2022 as the new RSVP Administrator. Erika Cuellar is the full-time Program Coordinator. The Financial Analyst for the Division of Senior Services (including the volunteer programs) is Brittany Gurule.  Her salary is funded through the City's Finance Department, with general funds.

Staff duties are clearly defined.  The Program Administrator, with input from the Program manager, Program Coordinator and Advisory Council when appropriate, is responsible for  program design and outreach, including the development of newsletters, presentations, meetings, and interviews; program compliance and budgeting decisions and oversight; working with the Fiscal Liaison and other staff; program infrastructure including handbooks, policies and procedures; writing all grant requests and reports; completing AmeriCorps reports; and developing/maintaining relationships with volunteer stations and other community organizations. The Program Coordinator is responsible for maintaining the Volunteer Reporter database and volunteer files, sending birthday cards and volunteer welcome packets, collecting and reporting information for quarterly state reports, and entering purchase orders for needed supplies, services, or items. Both staff members are responsible for working with volunteers, organizing, and implementing volunteer recognition events and meetings, and representing RSVP to community members. The Financial Analyst is responsible for tracking the budget in the City's system, creating monthly state and federal fiscal reports, and approving and processing budget adjustment requests. When there is a vacancy in RSVP staff positions, the job is posted through the City of Santa Fe Human Resources Department. A list of the applicants meeting the required criteria is submitted to the direct supervisor of the open position and the interview is conducted designated program staff and/or sponsor staff; all interview questions are approved by the HR Department.

Additional local input is provided by the Senior Volunteer Programs (SVP) Advisory Council, which underwent a change in 2016 from only focusing on RSVP to now including FGP and SCP in the advice it provides. The Advisory Council currently consists of 10 community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our programs. The Advisory Council is under the purview of the Senior Services Board of Directors, also comprised of local community members.

The City of Santa Fe maintains comprehensive Personnel Rules and Regulations that include a clear and detailed travel policy. The city also has an agreement with the American Federation of State, County and Municipal Employees (AFSCME) Union.  Both entities routinely review and update rules, regulations, policies, and procedures to ensure accuracy and effectiveness. These documents are

# Narratives

publicly available and are accepted by all grant sources that fund City of Santa Fe programs. The City of Santa Fe's budget review process is viewed as an opportunity for evaluation of program efficiency and staffing needs and there is a Performance Assessment and Development Plan for each staff member.  Individual staff members conduct the evaluation process with their supervisor, review job requirements, and plan for individual development and goals.

RSVP office and fiscal staff participate in appropriate conferences, training workshops and conference calls, including those conducted by AmeriCorps and Community Service and the New Mexico Aging and Long-Term Services Department. RSVP staff attends all relevant regional and local workshops and conferences which include mandated AmeriCorps training. When funding permits, RSVP staff may travel out-of-state to attend AmeriCorps-approved conferences. The city provides mandatory staff training in the fiscal computer system, operating a city vehicle, and first aid/CPR.

**Other**

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

EVALUATION

The RSVP program volunteers are issued quarterly calendars that they can fill out with their volunteer hours and mileage in order to receive mileage reimbursement.  We also have a RSVP website for volunteers who want to enter their hours and mileage reimbursement request online.  Some volunteers email their hours and mileage reimbursement to the Program Coordinator or Program Administrator.  Our Program Coordinator checks all forms of submission for accuracy in hours and maps out mileage requests confirming the number of miles for reimbursement and prepares a quarterly spreadsheet for payment to each volunteer.  We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

* Describe any challenges your organization is experiencing with recruitment and/or retention of

# Narratives

volunteer. Include any relevant information with regard to influencing factors (e.g., Covid-19, inflation, stipend, school protocols), and how AmeriCorps can assist your project in meeting those challenges?

Our current largest challenges are the following. 1) The amount of administrative effort it takes to have our grant on a 9-month cycle for the first year and 2) Our grant cycle being on a different fiscal year than the City and State Government. Our previous Portfolio Manager and the City of Santa Fe worked tirelessly to align the RSVP Program with the City and State's fiscal year. We always submitted our FGP, SCP, and RSVP grants to governing body for approval at the same time. We will now have to submit the RSVP NOFA separately. In addition, our financial analyst will have due dates that vary between the three volunteer programs and will have to be diligent in her financial budget/reporting for the federal, state, and city government.

FRAUD, WASTE and ABUSE PLAN: In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps. We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

EXECUTIVE SUMMARY: We have a total of 271 RSVP volunteers. We anticipate that this number of volunteers will not change significantly.

UPDATE PROGRAM MANAGEMENT: We budget for 2 background checks per year in case of staff turnaround. Background checks historically cost $35.50 each (2x$35.50=$71.00) and the vendor is Truescreen. We do not anticipate having staff turnaround in RSVP program in 2025.

# Narratives

PROGRAM MANAGEMENT UPDATE 12/2024

Monies have been set aside for annual subscription fee for Volunteer Reporter which assists RSVP Santa Fe program by maintaining high quality data that will ensure accurate reporting. Monies has also been set aside for the bi-annual subscription fee for GoDaddy which is for RSVP Santa Fe's website rsvpsantafe.org which gives volunteers the option of submitting their hours and mileage online as opposed to hard copy. This fee will be charged December 2024 and due again December 2026.

RECRUITMENT AND DEVELOPMENT UPDATE 12/2024

Several times a year RSVP Santa Fe will present at outreach events. They will have a presentable and attractive tablecloth with various eye-catching items such as pens, chip clips, key chains, and other small gadgets containing our contact information.

UPDATE EXECUTIVE SUMMARY

The AmeriCorps federal investment of $50,000.00 will be supplemented by $58,607.00 in State funds and $109,811.00 in City/Local funds.

**PNS Amendment (if applicable)**

N/A

**Clarification Summary**

# Performance Measures

| | |
|---|---|
| Primary Focus Area: | Healthy Futures |
| % of Unduplicated Volunteers in Work Plans that result in Outcomes: | 75% |
| % of Unduplicated in the Primary Focus Area: | 75% |

---

**Performance Measure:     1.2     Companionship**

Community Need to be Addressed:

People age 65 and over make up 25.3 % of the population of Santa Fe County (or about 39,000 individuals), of whom 12.5% report living in poverty. So the senior population living in poverty can be estimated at almost 5,000 individuals. These are the target population for the RSVP volunteer services related to transportation and companionship services.

According to the National Council on Aging website, " Stay- at- home and social distancing mandates during the COVID- 19 pandemic have forced nearly everyone to become more socially isolated than ever before, according to the Real World Health Care Editorial Staff. However, the effects of social isolation among older adults may be more pronounced and have more dire consequences than among people of other ages."

The total number of individuals receiving companionship during the reporting period will be measured by volunteer report time sheets.

Once a year, RSVP will send out a survey to clients to ask whether the companionship services gave them increased social support or improved capacity for independent living.

Our goal is that at least 80 individuals will receive companionship and a minimum of 50% will report an increase in social support or improved capacity for independent living.

People age 65 and over make up 25.3 % of the population of Santa Fe County (or about 39,000 individuals), of which 12.5% report living in poverty. So the senior population living in poverty can be estimated at almost 5,000 individuals. These are the target population for the RSVP volunteer services related to transportation and companionship services.

Transportation is a major challenge for many seniors. Poor health, vision problems and reaction times can affect a senior's ability to get behind the wheel. Our goal is that at least 25 individuals will receive transportation support and a minimum of 50% will report an increase in social support or improved capacity for independent living.

| | | | | | |
|---|---|---|---|---|---|
| Focus Area: | Healthy Futures | Objective: | Aging in Place | Number of Volunteer Stations: | 16 |

Anticipated Unduplicated     123

Anticipated Volunteer     183

Service Activity:     Companionship

Service Activity Description:     RSVP volunteers will provide companionship to homebound seniors in our community in their homes; or at one of the 5 senior centers in the City and County of Santa Fe. They will visit with seniors in need of companionship, accompany them to grocery stores, medical appointments, and miscellaneous errands. They also provide minor handyman services to our clients. Volunteers are volunteering 5 days a week at 1- 5 hours per day.

Anticipated     H4A: Number of individuals served

Target: 80     How Measured:     Tracking System

Instrument Description:     The total number of individuals receiving transportation assistance and companionship during the reporting period will be measured through a client tracking system within the RSVP office and through volunteer time sheets.

Anticipated     H9A: Number of individuals who report having increased social support or improved capacity for inde

Target: 80     How Measured:     Tracking System

| Performance Measure: | 1.2 | Companionship |
|---|---|---|
| Anticipated | H9A: Number of individuals who report having increased social support or improved capacity for inde | |
| 80 | How Measured:   Tracking System | |
| Instrument Description: | Once a year, RSVP will send out a survey to clients to ask whether the transportation and companionship services gave them increased social support or improved capacity for independent living.  Our goal is that at least 60 individuals will receive companionship and 30 individuals will receive transportation support and a minimum of 50% will report an increase in social support or improved capacity for independent living. | |

| Performance Measure: | 1.1 | Transportation |
|---|---|---|

Community Need to be Addressed:

People age 65 and over make up 25.3 % of the population of Santa Fe County (or about 39,000 individuals), of  whom 12.5% report living in poverty. So the senior population living in poverty can be estimated at almost 5,000 individuals.  These are the target population for the RSVP volunteer services related to transportation and companionship services.

According to the National Council on Aging website, " Stay- at- home and social distancing mandates during the COVID- 19 pandemic have forced nearly everyone to become more socially isolated than ever before, according to the Real World Health Care Editorial Staff. However, the effects of social isolation among older adults may be more pronounced and have more dire consequences than among people of other ages."

The total number of individuals receiving companionship during the reporting period will be measured by volunteer report time sheets.

Once a year, RSVP will send out a survey to clients to ask whether the companionship services gave them increased social support or improved capacity for independent living.

Our goal is that at least 80 individuals will receive companionship and a minimum of 50% will report an increase in social support or improved capacity for independent living.

People age 65 and over make up 25.3 % of the population of Santa Fe County (or about 39,000 individuals), of  which 12.5% report living in poverty. So the senior population living in poverty can be estimated at almost 5,000 individuals.  These are the target population for the RSVP volunteer services related to transportation and companionship services.

Transportation is a major challenge for many seniors.  Poor health, vision problems and reaction times can affect a senior's ability to get behind the wheel. Our goal is that at least 25 individuals will receive transportation support and a minimum of 50% will report an increase in social support or improved capacity for independent living.

| Focus Area: | Healthy Futures | Objective: | Aging in Place | Number of Volunteer Stations: | 1 |
|---|---|---|---|---|---|

Anticipated Unduplicated    16

Anticipated Volunteer    18

Service Activity:    Transportation

Service Activity Description:    RSVP volunteers will provide transportation/medical escort service to homebound seniors in the City and County of Santa Fe. Upon request our volunteers average about 3 days a week providing transportation for

| Performance Measure: | 1.1 | Transportation |
|---|---|---|

Anticipated    H4A:  Number of individuals served

Target: 25         How Measured:   Tracking System

Instrument Description:   The total number of individuals receiving transportation assistance and companionship during the reporting period will be measured through a client tracking system within the RSVP office and through volunteer time sheets.

Anticipated    H9A: Number of individuals who report having increased social support or improved capacity for inde

Target:  20       How Measured:   Tracking System

Instrument Description:   Once a year, RSVP will send out a survey to clients to ask whether the transportation and companionship services gave them increased social support or improved capacity for independent living.  Our goal is that at least 60 individuals will receive companionship and 30 individuals will receive transportation support and a minimum of 50% will report an increase in social support or improved capacity for independent living.

| Performance Measure: | 4.1 | N/A |
|---|---|---|

Community Need to be Addressed:

Local community organizations need assistance to better serve their clients, and often times that is accomplished by utilizing volunteers. Although not all volunteer tasks may fall into a focus area it does not make that volunteer work any less important, as RSVP station partners are all trying to make positive impacts in the community and provide quality services.

Hospice organizations utilize our volunteers to spend time with patients or offer a particular skill to these sick and elderly patients. RSVP volunteers provide information to seniors regarding access to health care and benefits, important information regarding driver safety, fraud, and senior's rights.  Volunteers also staff the front desks, admitting offices, coffee carts, shops and waiting rooms of local hospitals, assisting patients and visitors. Many volunteers donate their time knitting and crocheting blankets, hats, gloves, scarves, etc. to patients in health care facilities. Local shelters depend on volunteers to assist in daily operations including clerical work, facility maintenance, and food prep. Volunteers serve as mentors and tutors to both elementary– age children and adults learning basic literacy skills and English as a Second Language. Volunteers may also serve and assist with school readiness in head starts and with new mothers by providing breaks to them and comfort to newborns. Local libraries look to volunteers for general assistance and running in– house bookstores. RSVP volunteers also serve in a local animal shelter and a children's museum.  Some volunteers maintain parks and nature conservancy lands and others build or repair houses for low-income residents.

| Focus Area: | Other Community Priorities | | Objective: | Other | | Number of Volunteer Stations: | 35 |
|---|---|---|---|---|---|---|---|

Anticipated
Unduplicated        67

Anticipated
Volunteer        181

Service Activity:    N/A

Volunteers will serve in many different organizations throughout Santa Fe County. Local community

| Performance Measure: | 4.1 | N/A |
| --- | --- | --- |

| Service Activity Description: | Volunteers will serve in many different organizations throughout Santa Fe County. Local community organizations need assistance to better serve their clients, and often times that is accomplished by utilizing volunteers. Although not all volunteer tasks may fall into a focus area it does not make that volunteer work any less important, as RSVP station partners are all trying to make positive impacts in the community and provide quality services.  Hospice organizations utilize our volunteers to spend time with patients or offer a particular skill to these sick and elderly patients. RSVP volunteers provide information to seniors regarding access to health care and benefits, important information regarding driver safety, fraud, and senior's rights.  Volunteers also staff the front desks, admitting offices, coffee carts, shops and waiting rooms of local hospitals, assisting patients and visitors. Many volunteers donate their time knitting and crocheting blankets, hats, gloves, scarves, etc. to patients in health care facilities. Local shelters depend on volunteers to assist in daily operations including clerical work, facility maintenance, and food prep. Volunteers serve as mentors and tutors to both elementary- age children and adults learning basic literacy skills and English as a Second Language. Volunteers may also serve and assist with school readiness in head starts and with new mothers by providing breaks to them and comfort to newborns. Local libraries look to volunteers for general assistance and running in- house bookstores. RSVP volunteers also serve in a local animal shelter and a children's museum.  Some volunteers maintain parks and nature conservancy lands and others build or repair houses for low- income residents.  They are serving 7 days a week with varying amount of hours per day. |
| --- | --- |
| Anticipated | SC1: Grantee met their target for community priority activity (Yes/No) |
| Target: 1500 | How Measured:   N/A |
| Instrument Description: | RSVP volunteers will serve in all of the above- mentioned capacities, as well as others that come up.  They will track their hours and service on monthly timesheets and report online or on paper calendar quarterly. |
| Anticipated | - - No outcome selected- - |
| Target: | How Measured: |
| Instrument Description: | |

| Performance Measure: | 5.1 | Nutrition/Food Support |
| --- | --- | --- |

Community Need to be Addressed:

According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 1, 2021, was 154,823, of which 12.5% (or 19,353) are living in poverty.  All of those living in poverty are our target population for food scarcity programs.

Hunger among seniors is disturbingly prevalent in New Mexico. Research done by Feeding America estimated that in 2018, 68% of the population in Santa Fe County was below the SNAP threshold of 165% of FPL. According to the New Mexico Roadrunner Food Bank, "seniors are among the most physically vulnerable to hunger. With age come unique nutritional needs and medical conditions. Hunger and the lack of access to nutritious food compromise their health. Hunger deteriorates their mental and physical wellbeing. Chronic illnesses worsen with hunger and leave seniors at risk of increased long term care needs and hospitalization."

| Focus Area: | Healthy Futures | Objective: | Aging in Place | Number of Volunteer Stations: | 1 |
| --- | --- | --- | --- | --- | --- |

| Performance Measure: | 5.1 | Nutrition/Food Support |
|---|---|---|

Anticipated       20
Unduplicated

Anticipated       22
Volunteer

Service Activity:     Nutrition/Food Support

Service Activity     RSVP volunteers through the City of Santa Fe Division of Senior Services (in partnership with Kitchen Angels)
Description:         has volunteers deliver nutritious meals to homebound individuals who are living with a chronic or terminal
                     illness and require a specialized diet. On average our volunteers serve approximately 4 times a week at 2 hours
                     a day.

Anticipated          H4A: Number of individuals served

Target: 300          How Measured:     Tracking System

Instrument Description:     Meal distribution recipients are assessed to ensure high nutritional risk and are provided a nutritious meal geared to
                            their nutritional needs.
                            Numbers gathered through these methods will be tracked through a client database.

Anticipated          H9A: Number of individuals who report having increased social support or improved capacity for inde

Target: 150          How Measured:     Tracking System

Instrument Description:     A survey will be distributed to food recipients once during the reporting period to determine the percent of
                            individuals who report an increase in food security. Our goal is that at least 200 individuals will report an
                            increase in their household food security.

---

| Performance Measure: | 7.1 | Nutrition/Food Support |
|---|---|---|

Community Need to be Addressed:

According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 1, 2021, was 154,823, of which 12.5% (or 19,353) are living in poverty.  All of those living in poverty are our target population for food scarcity programs.

Hunger among seniors is disturbingly prevalent in New Mexico. Research done by Feeding America estimated that in 2018, 68% of the population in Santa Fe County was below the SNAP threshold of 165% of FPL. According to the New Mexico Roadrunner Food Bank, "seniors are among the most physically vulnerable to hunger. With age come unique nutritional needs and medical conditions. Hunger and the lack of access to nutritious food compromise their health. Hunger deteriorates their mental and physical wellbeing. Chronic illnesses worsen with hunger and leave seniors at risk of increased long term care needs and hospitalization."

Focus Area:   Healthy Futures              Objective:   Obesity and Food          Number of Volunteer Stations:    7

| Performance Measure: | 7.1 | Nutrition/Food Support |
|---|---|---|

Anticipated
Unduplicated          45

Anticipated
Volunteer             75

Service Activity:     Nutrition/Food Support

Service Activity
Description:     RSVP volunteers through the City of Santa Fe Division of Senior Services (in partnership with the Food Depot, ECHO Commodities Inc., Bienvenidos Outreach Inc., and faith– based/church groups will assist in distributing food through weekly or monthly distributions in an effort to address food insecurity in the Santa Fe area.

Anticipated      H4A:  Number of individuals served

Target: 400          How Measured:   Tracking System

Instrument Description:     RSVP volunteers through the City of Santa Fe Division of Senior Services (in partnership with the Food Depot, ECHO Commodities, Inc., Bienvenidos Outreach Inc., and faith– based /church groups will assist in distributing food through weekly or monthly distributions in an effort to address food insecurity in the Santa Fe area. Volunteers may unload, sort, package, or distribute food; assist clients with paperwork to receive food and provide tips on nutrition and/or recipes as necessary and applicable.

Anticipated      H12: Number of individuals who report increased food security

Target: 200          How Measured:   Tracking System

Instrument Description:     Numbers gathered through these methods will be tracked through a client database. Some stations track the number of food bags distributed, which will serve as one head.

## Required Documents

| Document Name | Status |
|---|---|
| Applicant Operational and Financial Management Survey (OFMS) | Already on File at CNCS |

Page 23

# EXHIBIT G

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Retired and Senior Volunteer Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 - 04/30/2026** |
| Amendment No.: | **5** | Budget Period: | **05/01/2025 - 04/30/2026** |
| CFDA No.: | **94.002** | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $50,000 | $50,000 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $50,000 | $50,000 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$140,000** |

## Funding Source and Amount

| | |
|---|---|
| 2025--OPE1-P74-OPO-26000-4101 | $50,000.00 |

## Award Description

This award funds the approved 2025–26 RSVP program. Your 2025–26 statutory match is 10% and your budgetary match is 77.09%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2025-03/FY2025-RSVP-Terms-and-Conditions.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Bonnie M. Janicki*          05/01/2025

_____          _____
Signature                        Award Date

City of Santa Fe

Legal Applicant

# Notice of Grant Award

For Official Use Only

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | |
|---|---|---|
| Agreement No.: | **23SRDNM003** | |
| Amendment No.: | **5** | |
| CFDA No.: | | |

| | |
|---|---|
| Performance Period: | **07/01/2023 - 04/30/2026** |
| Budget Period: | **05/01/2025 - 04/30/2026** |
| Grant Year: | **3** |

Bonnie Janicki
_____
Senior Grants Officer

Ramona A. Baca
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Manuel Sanchez
_____
Certifying Official/Executive Officer

Maryon Bradshaw
_____
Program Officer

For Official Use Only

# EXHIBIT H



**Date: June 25, 2025**

**To:** Mark Scott, City Manager

**From:** Manuel Sanchez, Senior Services Division Director *Manuel Sanchez*

**Via:** Maria Tucker, Community Services Department Director *Maria Tucker*

**Subject:** Notice of Grant Award Agreement RSVP

**Vendor Name:** Corporation for National and Community Service

**Munis Vendor Number:** N/A

---

**ITEM AND ISSUE:**

Community Services Department/Senior Services Division respectfully requests your review and approval of a Notice of Grant Award Agreement No. 23SRDNM003 in the total amount of $50,000.00 for Federal Assistance for providing volunteer services for the Division of Senior Services Retired and Senior Volunteer Program (RSVP) for a term of May 1, 2025, through April 30, 2026, with Corporation for National and Community Service (CNCS).

**BACKGROUND AND SUMMARY:**

The Senior Services Division is requesting the approval of the CNCS Notice of Grant Award Agreement No. 23SRDNM003 RSVP. The Federal Identifier 23SRDNM003 AmeriCorps Grant is a continuation; funding is for year #3 of 3. The attached Notice of Grant Award reflects the Grant Agreement with the CNCS for the RSVP. The appropriation for the RSVP is in the amount of $50,000.00 for FY26 (May 1, 2025 – April 30, 2026).

Our Retired Senior Volunteer Program recruits and provides meaningful volunteer opportunities for senior volunteers to help others by sharing their experience, knowledge and efforts. Our RSVP volunteers shall serve their communities by participating in special projects and supporting organizations to meet identified critical needs.

**PRIOR APPROVALS AND SUPPORTING INFORMATION:**

**FUNDING SOURCE:**

**Fund Name/Number:** Senior Citizen Grant/Fund 241

**Munis Org Name/Number:** US Department of Health and Human Services/490510

**Munis Object Name/Number:** Senior Volunteer Programs 2410116/Various

**Budget Officer / Designee:** *Andy Hopkins*　　　　　　**Date:** 07/02/2025

**Budget Officer Comment/Exceptions:** _____

CoSF                                                                        Version 7 4.21.2025

**PROCUREMENT METHOD:**

**The procurement method used was**

Contract #23SRDNM003 with CNCS expires on April 30, 2026

**Chief Procurement Officer (CPO)/Designee:** _____    **Date:** _____

**CPO Comment/Exceptions:** _____

**ASSOCIATED APPROVALS:**

**IT Components included?**  ☐ Yes | ☒ No

**Approval:** _____    **Title:** _____    **Date:** _____

**Comment/Exceptions:** _____

    **Treasury/Point of Sale Components included?**  ☐ Yes | ☒ No

    **Approval:** _____    **Title:** _____    **Date:** _____

    **Comment/Exceptions:** _____

**Vehicles included?**  ☐ Yes | ☒ No

**Approval:** _____    **Title:** _____    **Date:** _____

**Comment/Exceptions:** _____

**Construction to City Facilities, Furniture, and/or Fixtures included?**  ☐ Yes | ☒ No

**Approval:** _____    **Title:** _____    **Date:** _____

**Comment/Exceptions:** _____

**Is this an externally funded purchase?**  ☐ Yes | ☒ No

**If yes, what is the issuing agency:** Yes it is external

**Approval:** *ERIKA LUJAN*
ERIKA LUJAN (Jul 2, 2025 14:26 MDT)    **Title:** Grants Manager    **Date:** 7.2.2025

**Comment/Exceptions:** _____

**Is this a Capital Asset or Project?**  ☐ Yes | ☒ No

**Project Ledger Number:** See below

**Approval:** _____    **Title:** _____    **Date:** _____

**Comment/Exceptions:** _____

**ATTACHMENTS:**
Notice of Grant Award Agreement No. 23SRDNM003
RSVP Terms and Conditions
Project Ledger Request Form

**IN WITNESS WHEREOF**, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:

_Mark Scott_
Mark Scott (Jul 7, 2025 19:11 MDT)

MARK SCOTT, CIY MANAGER

DATE: 07/07/2025

ATTEST:

_Andréa Salazar_
ANDREA SALAZAR (Jul 7, 2025 10:44 MDT)

ANDRÉA SALAZAR, CITY CLERK

CITY ATTORNEY'S OFFICE:

_Patricia Feghali_
Patricia Feghali (Jun 23, 2025 13:50 MDT)

ASSISTANT CITY ATTORNEY

APPROVED FOR FINANCES:

_Emily K. Oster_

EMILY OSTER, FINANCE DIRECTOR

9

Item #25-0294

# Notice of Grant Award

For Official Use Only

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe
200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168
UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 – 04/30/2026** |
| Amendment No.: | **5** | Budget Period: | **05/01/2025 – 04/30/2026** |
| CFDA No.: | **94.002** | Grant Year: | **3** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $50,000 | $50,000 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $50,000 | $50,000 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$140,000** |

## Funding Source and Amount

2025--OPE1-P74-OPO-26000-4101                    $50,000.00

## Award Description

This award funds the approved 2025–26 RSVP program. Your 2025–26 statutory match is 10% and your budgetary match is 77.09%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2025-03/FY2025-RSVP-Terms-and-Conditions.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Bonnie M. Janicki*                    05/01/2025

| Signature | Award Date |
|---|---|

City of Santa Fe
Legal Applicant

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe                                                    EIN: 856000168

200 Lincoln Ave  Santa Fe NM 87501-1904                            UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 – 04/30/2026** |
| Amendment No.: | **5** | Budget Period: | **05/01/2025 – 04/30/2026** |
| CFDA No.: | | Grant Year: | **3** |

Bonnie Janicki
Senior Grants Officer

Ramona A. Baca
Project Director

Daisy Gallardo, 202-815-4248
Grants Officer

Manuel Sanchez
Certifying Official/Executive Officer

Maryon Bradshaw
Program Officer

## 2025 Terms and Conditions for AmeriCorps RSVP Grants

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the 2025 General Terms and Conditions, are binding on the recipient.**

### Table of Contents

I.     CHANGES FROM THE 2024 RSVP GRANT TERMS AND CONDITIONS ........................ 1

II.    AWARD PERIOD AND INCREMENTAL FUNDING ............................................................ 1

III.   PROHIBITION ON USE OF FUNDS ..................................................................................... 2

IV.    EXTERNAL EVALUATION AND DATA COLLECTION.......................................................... 4

V.     LOBBY DISCLOSURE ............................................................................................................ 4

VI.    REPORTING REQUIREMENTS .............................................................................................. 5

VII.   PROGRAM INCOME ............................................................................................................... 6

VIII.  BUDGET AND PROGRAMMATIC CHANGES ..................................................................... 7

IX.    NATIONAL SERVICE CRIMINAL HISTORY CHECK (NSCHC) TRAINING ........................ 8

## I.    CHANGES FROM THE 2024 RSVP GRANT TERMS AND CONDITIONS

- Replaced eGrants with AmeriCorps' Grants Management System throughout.
- Removed the Key Concepts of Financial Grants Management Training, moved to General Terms and Conditions.
- Section III.I. Added reference to unallowable activities under applicable Executive Orders
- Section VIII.B. Increase the purchases of equipment threshold from $5,000 to $10,000.
- Section VIII.B. Changed the budget changes threshold from $100,000 to $250,000.
- Section IX. Updated the link to the NSCHC eCourse.

## II.   AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project

1


**CITY OF SANTA FE**

**Date: June 25, 2025**

**To:** Mark Scott, City Manager

**From:** Manuel Sanchez, Senior Services Division Director

**Via:** Maria Tucker, Community Services Department Director

**Subject:** Notice of Grant Award Agreement RSVP

**Vendor Name:** Corporation for National and Community Service

**Munis Vendor Number:** N/A

---

**ITEM AND ISSUE:**

Community Services Department/Senior Services Division respectfully requests your review and approval of a Notice of Grant Award Agreement No. 23SRDNM003 in the total amount of $50,000.00 for Federal Assistance for providing volunteer services for the Division of Senior Services Retired and Senior Volunteer Program (RSVP) for a term of May 1, 2025, through April 30, 2026, with Corporation for National and Community Service (CNCS).

**BACKGROUND AND SUMMARY:**

The Senior Services Division is requesting the approval of the CNCS Notice of Grant Award Agreement No. 23SRDNM003 RSVP. The Federal Identifier 23SRDNM003 AmeriCorps Grant is a continuation; funding is for year #3 of 3. The attached Notice of Grant Award reflects the Grant Agreement with the CNCS for the RSVP. The appropriation for the RSVP is in the amount of $50,000.00 for FY26 (May 1, 2025 – April 30, 2026).

Our Retired Senior Volunteer Program recruits and provides meaningful volunteer opportunities for senior volunteers to help others by sharing their experience, knowledge and efforts. Our RSVP volunteers shall serve their communities by participating in special projects and supporting organizations to meet identified critical needs.

**PRIOR APPROVALS AND SUPPORTING INFORMATION:**

   **FUNDING SOURCE:**

      **Fund Name/Number:** Senior Citizen Grant/Fund 241

      **Munis Org Name/Number:** US Department of Health and Human Services/490510

      **Munis Object Name/Number:** Senior Volunteer Programs 2410116/Various

      **Budget Officer / Designee:** _____   **Date:** _____

      **Budget Officer Comment/Exceptions:** _____

**PROCUREMENT METHOD:**

**The procurement method used was**

Contract #23SRDNM003 with CNCS expires on April 30, 2026

**Chief Procurement Officer (CPO)/Designee:** _____  **Date:** _____

**CPO Comment/Exceptions:** _____

**ASSOCIATED APPROVALS:**

**IT Components included?**  ☐ Yes | ☒ No

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**Treasury/Point of Sale Components included?**  ☐ Yes | ☒ No

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**Vehicles included?**  ☐ Yes | ☒ No

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**Construction to City Facilities, Furniture, and/or Fixtures included?**  ☐ Yes | ☒ No

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**Is this an externally funded purchase?**  ☐ Yes | ☒ No

**If yes, what is the issuing agency:** _____

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**Is this a Capital Asset or Project?**  ☐ Yes | ☒ No

**Project Ledger Number:** _____

**Approval:** _____  **Title:** _____  **Date:** _____

**Comment/Exceptions:** _____

**ATTACHMENTS:**
Notice of Grant Award Agreement No. 23SRDNM003
RSVP Terms and Conditions
Project Ledger Request Form

**IN WITNESS WHEREOF**, the City of Santa Fe has agreed to this Grant as of the date of the signature by the required approval authorities below.

CITY OF SANTA FE:


_____
MARK SCOTT, CIY MANAGER

DATE:_____

ATTEST:


_____
ANDRÉA SALAZAR, CITY CLERK

CITY ATTORNEY'S OFFICE:

*Patricia Feghali*
Patricia Feghali (Jun 23, 2025 13:50 MDT)
_____
ASSISTANT CITY ATTORNEY

APPROVED FOR FINANCES:


_____
EMILY OSTER, FINANCE DIRECTOR
_____

9

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 – 04/30/2026** |
| Amendment No.: | **5** | Budget Period: | **05/01/2025 – 04/30/2026** |
| CFDA No.: | **94.002** | Grant Year: | **3** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 3 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $50,000 | $50,000 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $50,000 | $50,000 |

#### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$140,000** |

### Funding Source and Amount

2025--OPE1-P74-OPO-26000-4101          $50,000.00

### Award Description

This award funds the approved 2025–26 RSVP program. Your 2025–26 statutory match is 10% and your budgetary match is 77.09%.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2025-03/FY2025-RSVP-Terms-and-Conditions.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Bonnie M. Janicki*          05/01/2025

Signature                    Award Date

City of Santa Fe

Legal Applicant

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 – 04/30/2026** |
| Amendment No.: | **5** | Budget Period: | **05/01/2025 – 04/30/2026** |
| CFDA No.: | | Grant Year: | **3** |

Bonnie Janicki

Senior Grants Officer

Ramona A. Baca

Project Director

Daisy Gallardo, 202-815-4248

Grants Officer

Manuel Sanchez

Certifying Official/Executive Officer

Maryon Bradshaw

Program Officer

## 2025 Terms and Conditions for AmeriCorps RSVP Grants

**These AmeriCorps** (AmeriCorps is the operating name for the Corporation for National and Community Service) **Grant Program Specific Terms and Conditions and the 2025 General Terms and Conditions, are binding on the recipient.**

**Table of Contents**

I.      CHANGES FROM THE 2024 RSVP GRANT TERMS AND CONDITIONS ........................ 1

II.     AWARD PERIOD AND INCREMENTAL FUNDING ............................................................. 1

III.    PROHIBITION ON USE OF FUNDS ...................................................................................... 2

IV.     EXTERNAL EVALUATION AND DATA COLLECTION........................................................ 4

V.      LOBBY DISCLOSURE ............................................................................................................. 4

VI.     REPORTING REQUIREMENTS............................................................................................... 5

VII.    PROGRAM INCOME................................................................................................................ 6

VIII.   BUDGET AND PROGRAMMATIC CHANGES...................................................................... 7

IX.     NATIONAL SERVICE CRIMINAL HISTORY CHECK (NSCHC) TRAINING ........................ 8

## I.      CHANGES FROM THE 2024 RSVP GRANT TERMS AND CONDITIONS

- Replaced eGrants with AmeriCorps' Grants Management System throughout.
- Removed the Key Concepts of Financial Grants Management Training, moved to General Terms and Conditions.
- Section III.I. Added reference to unallowable activities under applicable Executive Orders
- Section VIII.B. Increase the purchases of equipment threshold from $5,000 to $10,000.
- Section VIII.B. Changed the budget changes threshold from $100,000 to $250,000.
- Section IX. Updated the link to the NSCHC eCourse.

## II.      AWARD PERIOD AND INCREMENTAL FUNDING

For the purpose of this award, a project period is the complete length of time the recipient is proposed to be funded to complete approved activities under the award. A project period may contain one or more budget periods. A budget period is a specific interval of time for which Federal funds are being provided to fund a recipient's approved activities and budget.

Unless otherwise specified, the award covers a three-year project period, but provides funding in increments on an annual basis. In approving a multi-year project

1

period, AmeriCorps generally provides funds for only the first year of operation. Funding for subsequent years is contingent upon the grantee timely submitting a continuation application, satisfactory performance, a recipient's demonstrated capacity to manage an award and comply with award requirements, and the availability of Congressional appropriations.  Grantees must submit continuation applications to receive funds for years two and three of the project period.

AmeriCorps reserves the right to adjust the amount of an award or elect not to continue funding for subsequent years. The project period and the budget period are noted on the award document.

III.    **PROHIBITION ON USE OF FUNDS**

As specified in 42 U.S.C. § 5043(c) and 45 CFR § 2553.91, while charging time to an RSVP grant, accumulating service or training hours, or otherwise performing activities supported by the RSVP grant or AmeriCorps, staff and volunteers may not engage in the following activities:

A. **Political activities.**

1. No part of any award may be used to finance, directly or indirectly, any activity to influence the outcome of any election to public office, or any voter registration activity.

   No project may be conducted in a manner involving the use of funds, the provision of services, or the employment or assignment of personnel in a matter supporting or resulting in the identification of such project with:

   a. Any partisan or nonpartisan political activity associated with a candidate, or contending faction or group, in an election; or

   b. Any activity to provide voters or prospective voters with transportation to the polls or similar assistance in connection with any such election; or

   c. Any voter registration activity, except that voter registration applications and nonpartisan voter registration information may be made available to the public at the premises of the sponsor. But in making registration applications and nonpartisan voter registration information available, employees of the sponsor may not express preferences or seek to influence decisions concerning any candidate, political party, election issue, or voting decision.

2. Notwithstanding 42 U.S.C. § 5043(c) and 45 CFR § 2553.91(a)(3), in accordance with  AmeriCorps' current appropriations legislation all recipients are prohibited, without exception, from using AmeriCorps funds  to pay the

salary or expenses of any grant or contract recipient, or agent acting for such recipient, related to any activity designed to influence the enactment of legislation, appropriations, regulation, administrative action, or executive order proposed or pending before the Congress or any State government, State legislature or local legislature or legislative body, other than for normal and recognized executive-legislative relationships or participation by an agency or officer of a State, local or tribal government in policymaking and administrative processes within the executive branch of that government.

**B. Nondisplacement of employed workers.** An AmeriCorps Seniors volunteer may not perform any service or duty or engage in any activity that would otherwise be performed by an employee of the sponsor, or that would supplant the hiring of, or result in the displacement of, employees, or impair existing contracts for services.

**C. Compensation for service.** An agency or organization to which AmeriCorps Seniors volunteers are assigned, or which operates or supervises any RSVP program may not request or receive any compensation from AmeriCorps Seniors volunteers or from beneficiaries for services of AmeriCorps Seniors volunteers.

  1. The regulations do not prohibit a sponsor from soliciting and accepting voluntary contributions from the community at large to meet its local support obligations under the award or from entering into agreements with parties other than beneficiaries to support additional volunteers beyond those supported by the AmeriCorps award.

  2. A volunteer station may contribute to the financial support of the RSVP Program. However, this support may not be a required precondition for a potential station to obtain RSVP Program services.

  3. If a volunteer station agrees to provide funds to support additional RSVP volunteers or pay for other volunteer support costs, the agreement must be stated in a written Memorandum of Understanding. The sponsor must withdraw services if the station's inability to provide monetary or in-kind support to the project under the Memorandum of Understanding diminishes or jeopardizes the project's financial capabilities to fulfill its obligations.

  4. Under no circumstances may an RSVP volunteer receive a fee for service from service recipients (i.e., program beneficiaries), their legal guardians, members of their families, or friends.

**D. Labor and anti-labor activity.** The sponsor may not use award funds directly or indirectly to finance labor or anti-labor organizations or related activities.

E. **Fair labor standards.** A sponsor that employs laborers and mechanics for construction, alteration, or repair of facilities must pay wages at prevailing rates as determined by the Secretary of Labor in accordance with the Davis-Bacon Act, as amended, 40 U.S.C. 276a.

F. **Religious activities.** Neither an RSVP volunteer nor a member of the project staff funded by AmeriCorps may give religious instruction, conduct worship services, or engage in any form of proselytization as part of his or her service or duties.

    1. A sponsor or volunteer station may retain its independence and may continue to carry out its mission, including the definition, development, practice, and expression of its religious beliefs, provided that it does not use AmeriCorps funds to support any inherently religious activities, such as worship, religious instruction, or proselytization, as part of the programs or services funded. If an organization conducts such activities, the activities must be offered separately, in time or location, from the programs or services funded under this part.

G. **Nepotism.** Persons selected for project staff positions may not be related by blood or marriage to other project staff, sponsor staff or officers, or members of the sponsor Board of Directors, unless there is written concurrence from the Advisory Council or other community group established by the sponsor under 45 CFR § 2553.24 and upon prior notification and approval by AmeriCorps.

H. **Abortion Services or Referrals.**

While charging time to the AmeriCorps program, accumulating service or training hours, or otherwise performing activities supported by the AmeriCorps Seniors program or AmeriCorps Seniors, staff and volunteers may not engage in providing abortion services or referrals for receipt of such services.

I. Activities that are prohibited by applicable executive orders.

IV. **EXTERNAL EVALUATION AND DATA COLLECTION**

The recipient must cooperate with AmeriCorps and its evaluators in all monitoring and evaluation efforts.

As part of this effort, the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

V. **LOBBY DISCLOSURE**

A. No Federal appropriated funds may be used by the recipient to pay to any person for influencing or attempting to influence an officer or employee of any Federal agency,

4

a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, or modification of any Federal contract, grant, loan, or cooperative agreement.

**B.** Any recipient who requests or receives a grant from AmeriCorps Seniors must file with AmeriCorps a certification, set forth in 31 U.S.C. Section 1352 ("Limitation on use of appropriated funds to influence certain Federal contracting and financial transactions"), which generally prohibits recipients of Federal grants and cooperative agreements from using Federal (appropriated) funds for lobbying the Executive or Legislative branches of the Federal Government in connection with a specific grant or cooperative agreement.  By signing and submitting an application, the application provides certification that the recipient understands and will comply with this statutory requirement and that the recipient has not made, and will not make, any payment prohibited under section V.A. above.

**C.** For RSVP awards exceeding $100,000, pursuant to 31 U.S.C. 1352, the recipient is required to file with AmeriCorps a disclosure report, Standard Form LLL, Disclosure of Lobbying Activities, in accordance with its instructions, at the end of any quarter, when the recipient has paid or agreed to pay, using non-appropriated funds (including any profits from any covered Federal action) any lobbying entity for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a covered Federal action. If applicable, the report must be submitted to the grantee's AmeriCorps Senior Portfolio Manager.

## VI.  REPORTING REQUIREMENTS

The recipient is responsible for timely submission of periodic financial and progress reports during the project period and a final financial report at the end of the period.

**A. Progress Reports.**  The recipient must complete and submit an annual progress report. The report is submitted through the appropriate electronic system no later than 30 days after the end of the reporting period.

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| April 30 | April 1 – March 31 |

Per Section IV., the recipient must collect and submit certain project data, as defined in the Progress Report Supplement (PRS) and must provide data as requested or needed to support external evaluations.

5

**B. Financial Reports.** The recipient must complete and submit financial reports in AmeriCorps' Grants Management System to report the status of all funds. The recipient must submit timely financial reports, reporting on a cumulative basis from the start of the award over the performance period of the award, in accordance with AmeriCorps guidelines.

Recipients with budget periods starting in April submit according to the following schedule:

| Due Date | Reporting Period Covered |
|----------|--------------------------|
| April 30 | October 1 - March 31 |
| October 30 | April 1 – September 30 |

**C. Reporting Other Federal Funds.** The recipient shall report the amount and sources of federal funds, other than those provided by AmeriCorps, claimed as matching funds. This information shall be reported annually on the financial report due October 30 or at the time the final financial report is submitted if the final report is due prior to October 30.

**D. Final Financial Report.** Recipients completing the final year of their award must submit, in lieu of the last semi-annual financial report, a final financial report in AmeriCorps' Grants Management System. This final financial report is due no later than 120 days after the end of the project period.

**E. Requests for Extensions.** Each recipient must submit required reports by the given dates. Extensions of reporting deadlines will be granted only when: 1) the report cannot be furnished in a timely manner for reasons, in the determination of AmeriCorps, which are legitimately beyond the control of the Recipient, and 2) AmeriCorps receives a written request explaining the need for an extension before the due date of the report.

Extensions of deadlines for reports may only be granted by the AmeriCorps Portfolio Manager, as appropriate.

## VII.  PROGRAM INCOME

**A. General.** Income, including fees for service earned as a direct result of the award-funded program activities during the award period, must be retained by the recipient and used to finance the award's non-AmeriCorps share.

**B. Excess Program Income.** Program income earned in excess of the amount needed to finance the recipient share must follow the appropriate requirements of 2 CFR Parts 200 and 2205, in particular, 2 CFR 200.307 – Program Income and be deducted

6

from total claimed costs, or with approval from AmeriCorps, through a budget amendment used to enhance the program (additive process). Recipients that have unexpended program income must report it online "o" of the Federal Financial Report (FFR).

**C. Fees for service.** When using assistance under this award, the recipient may not enter into a contract for or accept fees for service performed by participants when:

1. The service benefits a for-profit entity.

2. The service falls within the other prohibited activities set forth in statute, regulation, or these award terms and conditions.

## VIII.   BUDGET AND PROGRAMMATIC CHANGES

**A. Programmatic Changes.**  The recipient must first obtain the prior written approval of the AmeriCorps Portfolio Manager before making any of the following changes (1-3):

1. Changes in the scope, objectives, or goals of the project, transfer of the project effort, or project timeline whether or not they involve budgetary changes.

2. Changes in key personnel specified in the application.

3. The disengagement from the project for more than three months, or a 25 percent reduction in time devoted to the project by the approved Project Director.   Upon notification to the AmeriCorps Portfolio Manager, recipients may make programmatic changes due to, or in response to, an officially declared state or national disaster without written approval from AmeriCorps. As soon as practicable, recipients making disaster-related programmatic changes must discuss the performance measure adjustments, and other AmeriCorps award requirements with the AmeriCorps Portfolio Manager. While written approval from AmeriCorps is not required before making disaster-related programmatic changes, AmeriCorps reserves the right to limit or deny disaster-related programmatic changes, including disallowing costs associated with the disaster related activities.

**B. Budgetary Changes.** The recipient must obtain the prior written approval of AmeriCorps' Portfolio Manager before deviating from the approved budget in any of the following ways:

1. Specific Costs Requiring Prior Approval before Incurrence under the uniform administrative requirement, cost principles, and audit requirements for Federal awards at 2 CFR § 200.407. Certain cost items in 2 CFR § 200.407 require prior written approval of the awarding agency for the cost to be allowable such as

pre-award costs. Please ensure you consult the regulations prior to incurring costs to ensure allowability.

2. Purchases of Equipment over $10,000 using award funds, unless specified in the approved application and budget.

3. Unless the AmeriCorps share of the award is $250,000 or less, changes to cumulative and/or aggregate budget line items that amount to 10 percent or more of the total budget must be approved in writing in advance by AmeriCorps. The total budget includes both the AmeriCorps and recipient shares. Recipients may transfer funds among approved direct cost categories when the cumulative amount of such transfers does not exceed 10 percent of the total budget.

**C. Approval of Programmatic and Budget Changes.** AmeriCorps' Portfolio Managers are the only officials who have the authority to alter or change the terms and conditions or requirements of the award. Portfolio Managers will execute written amendments and recipients should not assume approvals have been granted unless documentation from AmeriCorps' Office of Grant Administration (OGA) has been received via a notice of grant award.  Programmatic changes also require final approval of AmeriCorps' OGA after written recommendation for approval is received from the Portfolio Manager.

## IX.  NATIONAL SERVICE CRIMINAL HISTORY CHECK (NSCHC) TRAINING

All recipients must complete and retain a certificate of completion of the AmeriCorps' National Service Criminal History Check (NSCHC) eCourse training every year to ensure that recipients conducting criminal history background checks comply with all NSCHC requirements. The AmeriCorps designated eCourse provides a thorough overview of the requirements and can be found at: https://americorpsonlinecourses.litmos.com/course/325500.

Each grant recipient must identify at minimum one staff person who has some responsibility for NSCHC compliance to fulfill this requirement on behalf of the grant recipient.  The grant recipient must retain the certificate of completion and assign staff to retake the course annually prior to the expiration of the certificate.  Grant recipients must save certificates of completion from each year as grant records.

8

 

# City of Santa Fe New Mexico
## *Finance Department*
## Project Ledger Request Form

Date of Request: 5/16/2025

Project Title: Retired Senior Volunteer Program (RSVP)

Project Type: [ ] CIP  [ ] Grant  [✓] Internal Tracking

Department: Comm. Services/Seniors    Project Manager: Theresa Trujillo    Ext: 4745

Project Date Range: 07/01/2025    to    06/30/2026    [ ] Create Fixed Asset

---

Project ID: To Be Populated

Grant ID: To Be Populated

Approved By: *ERIKA LUJAN*
ERIKA LUJAN (Jul 2, 2025 14:26 MDT)

(Finance Use Only)

---

[✓] Multi-Funding (complete all funding sources, should equal 100%)

Funding Source: New Mexico Agency on Aging    % of Funding: 24.96%

MUNIS ORG: 2410116    MUNIS OBJ: 490240    Awarded Amount: $58,607.00

Funding Source: US Dept of Health & Human Services (5/1/25-4/30/26)  % of Funding: 21.29%

MUNIS ORG: 2410116    MUNIS OBJ: 490510    Awarded Amount: $50,000.00

**Expense String Phase:**    **LOCAL Amount: $126,236.00  53.75%**

A project must have at least one phase identified, this can be used as an additional level of tracking, for example, CIP - Design, Construction, etc. For Grants can be used as reimbursable types, such as transportation, salaries.

(You can create more than one phase and you can default MUNIS ORGs and OBJs, optional)

Phase: SEE ATTACHED SHEET  MUNIS ORG: 2410116    MUNIS OBJ: SEE ATTACHED SHEET

**Grants Only** (list all grants if applicable):

Grantor Name: NM State Aging & Long-Term Services Department (NMAOA)  Awarded Amount: $313,120.00

AR Charge Code: 2410116.490240    [✓] Grant funds multiple projects
(Complete a form for each project)

Grantor Id: 26-624-4000-0024    Federal CFDA (if applicable):

---

Grantor Name: Corporation for National and Community Service (USDHHS)  Awarded Amount: $50,000.00

AR Charge Code: 2410116.49510    [ ] Grant funds multiple projects
(Complete a form for each project)

Grantor Id: 23SRDNM003    Federal CFDA (if applicable): 94.002

*(If grants please provide all grant award documents with form)*  [✓] Attached Grant Documentation

| OBJ | OBJ TITLE | BASE BUDGET FY 24/25 | MUNIS INPUT BUDGET | Volunteer Programs Sector Companion State | Federal | Local | Total | Foster Grandparents State | Federal | Local | RSVP State | Federal | Local | CCP State | Federal | Local |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 7% | | 10% | | 7% | 2% | 34% | 7% | 7% | 28% | | | |
| 0004 | Vacancy Credit-Salaries | (17,072.00) | (19,570) | | | | | | | | | | | | | |
| 0105 | Vacancy Credit-Benefits | (7,374.00) | (9,020) | | | | | | | | | | | | | |
| 0100 | Salaries (General) | 287,163.00 | 320,172 | 24,323.00 | | 31,673.00 | | 23,959.09 | 6,080.00 | 111,080.09 | 21,673.00 | 23,269.00 | 90,677.00 | | 1,769.00 | 1,724.00 |
| 1400 | Overtime | | | | | | | | | | | | | | | |
| 1510 | OT-Fire Worked Holiday @ 1.5 | | | | | | | | | | | | | | | |
| 1800 | Shift Differential | | | | | | | | | | | | | | | |
| 2000 | Annual Leave | | | | | | | | | | | | | | | |
| 2010 | Personal Day | | | | | | | | | | | | | | | |
| 2015 | Miscellaneous Leave | | | | | | | | | | | | | | | |
| 2050 | Comp-time | | | | | | | | | | | | | | | |
| 2100 | Sick Leave | | | | | | | | | | | | | | | |
| 2220 | Incentives | | | | | | | | | | | | | | | |
| 3100 | FICA | 21,970.00 | 24,552 | 1,479.00 | | 3,072.00 | | 1,588.00 | 1,042.00 | 7,383.00 | 2,580.00 | 498.00 | 6,466.00 | | | |
| 3150 | Retirement (PERA) | 63,597.00 | 73,276 | 4,607.00 | | 10,058.00 | | 1,651.00 | 1,093.00 | 20,000.00 | 2,674.00 | 570.00 | 27,090.00 | | | |
| 3200 | Employee Health Insurance | 35,973.00 | 34,621 | 5,616.00 | | 2,386.00 | | 1,900.00 | | 12,386.00 | 5,000.00 | | 6,132.00 | | | |
| 3250 | Retiree Health Care | 5,644.00 | 6,523 | 650.00 | | 850.00 | | | | 2,831.00 | 707.00 | 305.09 | 1,509.00 | | | |
| 3350 | Workers' Comp | 3,061.00 | 3,767 | | | 428.00 | | | | 1,560.00 | | | 1,639.00 | | | |
| 3400 | City Share Dental Insurance | 1,257.00 | 1,257 | 68.00 | | 198.00 | | | | 381.00 | 272.00 | 150.00 | 197.00 | | | |
| 3450 | Uniform Allowance | | 1,400 | | | 350.00 | | | 50.00 | 350.00 | 88.00 | 103.00 | 425.00 | | 479.00 | |
| 2900 | Other Consulting | 2,407.00 | 2,875 | 894.00 | | | | 1,326.00 | | | | 103.00 | | | 300.00 | |
| 0100 | Office Supplies | 3,850.00 | 4,400 | 1,900.00 | | | | 1,900.00 | | | 200.00 | 103.00 | | | 460.00 | |
| 0020 | Operating Supplies | 5,885.00 | 8,800 | 2,000.00 | | | | 3,600.00 | | | 200.00 | 100.00 | | | | |
| 0400 | Food | 2,400.00 | 3,545 | 2,300.00 | | | | | | | | | | | | |
| 0500 | Uniform Clothing & Linen | 1,000.00 | | | | | | 200.00 | | | 341.00 | | | | | |
| 0170 | Software Subscriptions | 758.00 | 600 | 200.00 | | | | | | | | | | | | |
| 1300 | Gasoline | | | | | | | | | | | | | | 34.80 | |
| 5860 | Misc. Insurance Prem | 3,441.00 | 3,441 | 266.00 | | | | 208.00 | | | 1,550.00 | 1,320.00 | | | | |
| 0200 | Out of State Per Diem | 3,478.00 | 4,200 | 1,350.00 | | | | | 1,250.00 | | | 1,289.00 | | | | |
| 0250 | In-State Per Diem | 3,100.00 | 3,400 | | | | | | | | | | | | | |
| 0500 | Out of State Transportation | 1,783.00 | 3,300 | 760.00 | | | | | 750.00 | | | 750.00 | | | | |
| 0550 | In State Transportation | 41,012.00 | 72,371 | 26,684.43 | | | | 2,504.17 | 1,517.00 | | 15,194.00 | 20,860.00 | | | 444.00 | |
| 0170 | Registration | 2,660.00 | 561 | 323.00 | | | | 263.00 | | | 295.00 | | | | | |
| 1452 | Other Admin Fees | | | | | | | | | | | | | | | |
| 1850 | Advertising | | | 9,000.00 | | | | 4,000.00 | 5,600.00 | | | | | | 600.00 | |
| 2850 | Recognition | 11,500.00 | 11,770 | 2,220.00 | | | | 1,800.00 | | | 7,180.00 | 600.00 | | | 300.00 | |
| 2200 | Recruitment | 3,101.00 | 2,660 | 2,000.00 | | | | 1,800.00 | | | 300.00 | 100.00 | | | 500.00 | |
| 2500 | Stipends | 183,253.00 | | 70,592.00 | | | | 4,760.00 | 16,704.00 | | | | | | 4,476.00 | |
| 0100 | Operating Transfer Out To TID | 24,335.00 | 133,632 | | | | | | | | | | | | | |
| | | | | 857,204.83 | | 49,085.00 | | 86,208.17 | 35,513.00 | 165,677.00 | 56,007.00 | 50,000.00 | 126,233.00 | | 9,000.00 | 1,724.00 |
| | | | | 857,204.83 | | 50,613.00 | | 86,208.17 | 35,513.00 | 165,677.00 | 56,027.00 | 50,000.00 | 126,233.00 | | 9,600.00 | 1,724.00 |
| | | | | | | 1,754.00 | | | | | | | | | | |

# RSVP 26

Interim Agreement Report                                                    2025-07-02

| Created: | 2025-06-25 |
|---|---|
| By: | Roberta Armijo (rparmijo@santafenm.gov) |
| Status: | Out for Signature |
| Transaction ID: | CBJCHBCAABAABjQ5IqNICuJt539ubDmY9R7SmVu3VGFm |

## Agreement History

Agreement history is the list of the events that have impacted the status of the agreement prior to the final signature. A final audit report will be generated when the agreement is complete.

# "RSVP 26" History

Document created by Roberta Armijo (rparmijo@santafenm.gov)
2025-06-25 - 8:15:50 PM GMT- IP address: 63.232.20.2

Document emailed to Manuel Sanchez (mnsanchez@santafenm.gov) for signature
2025-06-25 - 8:17:49 PM GMT

Email viewed by Manuel Sanchez (mnsanchez@santafenm.gov)
2025-07-02 - 3:43:30 PM GMT- IP address: 63.232.20.2

Document e-signed by Manuel Sanchez (mnsanchez@santafenm.gov)
Signature Date: 2025-07-02 - 3:43:40 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to Maria Tucker (metucker@ci.santa-fe.nm.us) for signature
2025-07-02 - 3:43:42 PM GMT

Email viewed by Maria Tucker (metucker@ci.santa-fe.nm.us)
2025-07-02 - 3:43:49 PM GMT- IP address: 63.232.20.2

Document e-signed by Maria Tucker (metucker@ci.santa-fe.nm.us)
Signature Date: 2025-07-02 - 3:45:22 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to Mark Scott (mscott@santafenm.gov) for signature
2025-07-02 - 3:45:23 PM GMT

 

Powered by
Adobe
Acrobat Sign

# FY26 SENIORS RSVP $50,000

Final Audit Report                                                                    2025-07-02

| | |
|---|---|
| Created: | 2025-07-02 |
| By: | ERIKA LUJAN (evlujan@santafenm.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbkc4q8sjXwzqFg6vOBH0l9iHz4vKYkSE |

## "FY26 SENIORS RSVP $50,000" History

Document created by ERIKA LUJAN (evlujan@santafenm.gov)
2025-07-02 - 8:17:17 PM GMT- IP address: 63.232.20.2

Document emailed to ERIKA LUJAN (evlujan@santafenm.gov) for signature
2025-07-02 - 8:25:49 PM GMT

Document e-signed by ERIKA LUJAN (evlujan@santafenm.gov)
Signature Date: 2025-07-02 - 8:26:39 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov) for signature
2025-07-02 - 8:26:43 PM GMT

Email viewed by ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov)
2025-07-02 - 9:10:51 PM GMT- IP address: 104.47.64.254

Document e-signed by ajhopkins@santafenm.gov ajhopkins@santafenm.gov (ajhopkins@santafenm.gov)
Signature Date: 2025-07-02 - 9:11:05 PM GMT - Time Source: server- IP address: 63.232.20.2

Document emailed to EMILY OSTER (ekoster@santafenm.gov) for signature
2025-07-02 - 9:11:09 PM GMT

Email viewed by EMILY OSTER (ekoster@santafenm.gov)
2025-07-02 - 9:13:20 PM GMT- IP address: 104.47.64.254

Document e-signed by EMILY OSTER (ekoster@santafenm.gov)
Signature Date: 2025-07-02 - 9:16:24 PM GMT - Time Source: server- IP address: 63.232.20.2

Agreement completed.
2025-07-02 - 9:16:24 PM GMT




Powered by
**Adobe
Acrobat Sign**

**Signature:**

**Email:** xivigil@santafenm.gov