CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>  v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER MODIFYING BRIEFING SCHEDULE**<br>**FOR MOTIONS FOR SUMMARY JUDGMENT** |

    Subject to the Court's approval, Plaintiffs San Francisco Unified School District and City of Santa Fe ("Plaintiffs"), together with Defendants AmeriCorps and Jennifer Bastress Tahmasebi ("Defendants" and, with Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby stipulate as follows:

    WHEREAS, this Court previously entered an order setting the briefing and hearing schedule for the Parties' cross-motions for summary judgment (ECF No. 76);

    WHEREAS, on January 9, 2026, Plaintiffs filed their motion for summary judgment (ECF No. 77);

    WHEREAS, Defendants' opposition and cross-motion for summary judgment is currently due on February 9, 2026 (ECF No. 76), but the partial government shutdown earlier this week impeded defense

counsel's ability to confer with Defendants and prepare that filing; and

WHEREAS, the Parties met and conferred and have reached agreement on a slight modification to the Court-ordered briefing schedule.

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court enter the following modified schedule for briefing summary judgment:

| Event | Current Date | Updated Proposed Date |
|---|---|---|
| Defendants' last day to file (1) opposition to MSJ and (2) cross-motion for summary judgment ("Cross-MSJ") | February 9, 2026 | February 18, 2026 |
| Plaintiffs' last day to file (1) reply in support of MSJ and (2) opposition to Cross-MSJ | March 10, 2026 | March 19, 2026 |
| Defendants' last day to file reply in support of Cross-MSJ | April 8, 2026 | No modification requested |
| Hearing | May 14, 2026 at 1:30 p.m. | No modification requested |

DATED: February 5, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*\*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED: February 5, 2026                    DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON

|   |   |
|---|---|
| 1 | Deputy City Attorney |
| 2 | By:  /s/ Molly J. Alarcon |
| 3 | MOLLY J. ALARCON<br>Deputy City Attorney |
| 4 | COOLEY LLP |
| 5 | Benedict Hur<br>Simona Agnolucci |
| 6 | Eduardo Santacana<br>Thilini Chandrasekera |
| 7 | Michael Morizono |
| 8 | Attorneys for Plaintiff |
| 9 | SAN FRANCISCO UNIFIED SCHOOL DISTRICT |

DATED: February 5, 2026

MARCOS D. MARTINEZ**
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
mdmartinez@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Erin Monju*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

By:  /s/ Jonathan B. Miller
JONATHAN B. MILLER

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

*Admitted pro hac vice
**Application for admission pro hac vice forthcoming

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the briefing and hearing schedule is modified as follows:

1. Defendants' opposition to Plaintiffs' MSJ and any cross-motion for summary judgment ("Cross-MSJ") is due on February 18, 2026;

2. Plaintiffs' reply in support of their MSJ and any opposition to the Cross-MSJ are due on March 19, 2026;

3. Defendants' reply in support of their Cross-MSJ is due on April 8, 2026; and

4. The hearing on the MSJ and Cross-MSJ is set for May 14, 2026 at 1:30 p.m.

IT IS SO ORDERED.

DATED: February 9, 2026___

HON. EDWARD M. CHEN
United States District Judge