CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**SUPPLEMENTAL ADMINISTRATIVE RECORD** |

    Defendants AmeriCorps and Jennifer Bastress Tahmasebi, in her official capacity as Interim

Agency Head of AmeriCorps, file the attached Supplemental Administrative Record for the

above-captioned case.

DATED: February 18, 2026               Respectfully submitted,

                                 CRAIG H. MISSAKIAN
                                 United States Attorney

                                 */s/ Jevechius D. Bernardoni*
                                 JEVECHIUS D. BERNARDONI
                                 Assistant United States Attorney

                                 Attorneys for Defendants