## CERTIFICATION OF SUPPLEMENTAL ADMINISTRATIVE RECORD

I, Mary Hyde, Acting Chief Program Officer of AmeriCorps, hereby certify, to the best of my knowledge, that the material described in the index below comprises the supplemental administrative record regarding the agency's Executive Order Compliance Instructions dated February 13, 2025. The record contains non-privileged materials that were directly or indirectly considered or relied upon in preparing those Instructions and implementing those Instructions with regard to Plaintiffs. This supplement adds to the Administrative Record items 10 through 22 to include non-privileged materials that were considered in implementing the February 13, 2025 Instructions.

Dated: February 18, 2026



MARY HYDE
Digitally signed by MARY HYDE
Date: 2026.02.18 13:41:58 -05'00'

Mary Hyde
Acting Chief Program Officer
AmeriCorps

10. Notice of ASN Grant Award 24ACICA002 to California Volunteers for FY24
11. Notice of RSVP Grant Award 23SRDNM003 to City of Santa Fe for FY24
12. Notice of SCP Grant Award 23SCDNM002 to City of Santa Fe for FY24
13. Notice of FGP Grant Award 23SFDNM002 to City of Santa Fe for FY24
14. AmeriCorps GovDelivery Message "Important Notice: Executive Order Compliance" (February 3, 2025)
15. AmeriCorps GovDelivery Message "Executive Order Compliance Update" (February 11, 2025)
16. Email to California Volunteers from AmeriCorps Portfolio Manager, West Region, Lindsey Pugh (February 14, 2025)
17. Letters from AmeriCorps Portfolio Manager Maryon Bradshaw to City of Santa Fe (February 14, 2025)
18. Email from AmeriCorps Regional Administrator, West Region, Amy Dailey to California Volunteers (February 25, 2025)
19. Amendment requested by SFUSD shown in redline
20. Notice of Grant Awards for City of Santa Fe Amendments (February 26 and 28, 2025)
21. Amendment requested by City of Santa Fe and processed by AmeriCorps
22. Email from AmeriCorps Acting Senior Portfolio Manager, West Region, Sara Van Marel to California Volunteers (March 13, 2025)

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## AmeriCorps State

### Grantee

Governors Office of Planning & Research

1400 10th St  Sacramento CA 95814-5502

EIN: 680281364

UEI: G6Y2ZAMJJRA9

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **24ACICA001** | Performance Period: | **07/01/2024 - 06/30/2027** |
| Amendment No.: | **0** | Budget Period: | **07/01/2024 - 06/30/2027** |
| CFDA No.: | **94.006** | Grant Year: | **1** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the National and Community Service Act of 1990, as amended (42 U.S.C. §12501 et seq.).

### Funding Information

| Year 1 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $29,098,961 | $29,098,961 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $29,098,961 | $29,098,961 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $0 |
| Total CNCS Funds Awarded to Date | **$29,098,961** |

### Member Information

Member Education Awards as of this Amendment

| | W/Allowance | WO/Allowance |
|---|---|---|
| Full Time (1700 hours) | 682 | 0 |
| Three Quarter Time (1200 hours) | 244 | 0 |
| 1-Year Half Time (900 hours) | 281 | 2 |
| 2-Year Half Time (1st Year) | 0 | 0 |
| 2-Year Half Time (2nd Year) | 0 | 0 |
| Reduced Half Time (675 hours) | 50 | 2 |
| Quarter Time (450 hours) | 61 | 15 |
| Minimum Time (300 hours) | 220 | 786 |
| Abbreviated Time (100 hours) | 0 | 0 |
| Member Service Years (MSY Awards) | 1,247.13 | |

### Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-F11-OPO-23000-4101 | $29,098,961.00 |

## Special Conditions

Within 30 days of receipt of this award, the single audit for the period ending 6/30/22 must be submitted to the Federal Audit Clearinghouse.  Failure to do so by this date may result in your funds being placed on a manual hold.

The current Single Audit Report has not been submitted to the Federal Audit Clearinghouse. Please submit the Single Audit Report for period ending 6/30/2023 by no later than December 31, 2024. Failure to do so by this date may result in your funds being placed on manual hold.

Within 30 days of receipt of this award, closeout requirements for 20ESHCA001 must be completed. Failure to do so by this date may result in your funds being placed on a manual hold.

### Award Description

This award funds the approved 2024-2025 AmeriCorps State Competitive programs, as listed on the approved program and funding summary charts. No member may enroll prior to the approved start date of the member enrollment period.

Your 2024-2025 regulatory match is 38% and your budgetary match is 55%.

For Official Use Only

SAR001

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## AmeriCorps State

### Grantee

Governors Office of Planning & Research

1400 10th St  Sacramento CA 95814-5502

EIN: 680281364

UEI: G6Y2ZAMJJRA9

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **24ACICA001** | Performance Period: | **07/01/2024 - 06/30/2027** |
| Amendment No.: | **0** | Budget Period: | **07/01/2024 - 06/30/2027** |
| CFDA No.: | | Grant Year: | **1** |

Multiyear funding fot the following grants was awarded on the 2023-24 grant, deobligated from the 21 grant, and reobligated on this grant:
916 Ink
Bay Area Community Resources, Inc (24AC260715)
Breakthrough Silicon Valley
Child Abuse Prevention Council of Sacramento (24AC262484)
Community Partners
Giants Community Fund
iFoster N CCDA Attainment IRU
Improve Your Tomorrow

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024ASNProgram508TC.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Stacy L Bishop*    06/30/2024

Governors Office of Planning & Research
_____
Legal Applicant

_____        _____
Signature                          Award Date

Stacy Bishop
_____
Senior Grants Officer

Ia Moua
_____
Project Director

Ia Moua
_____
Certifying Official/Executive Officer

_____
Grants Officer

Lindsey Pugh
_____
Program Officer

SAR002

For Official Use Only

RPT_PROG_CHART

December 5, 2024 1:19 PM

# AmeriCorps State Program Summary Chart

**Legal Applicant:** **Governors Office of Planning & Research**

**Grant Number:** **24ACICA001**

| Application ID Number/ Operating Site or Applicant | Program Name | Total CNCS | Total Grantee | Member Positions with CNCS Living Allowance | | | | | | | | Member Positions w/o CNCS Living Allowance | | | | | | | | Total Slots | Total MSYs | Cost/ MSY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | | | |
| 24AC262620 / 916 Ink | 916 Ink AmeriCorps | $463,853 | $495,610 | 10 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 20.0 | $23,193 |
| 24AC260715 / BAY AREA COMMUNITY RESOURCES, INC. | Sustainability Service Corps | $1,071,529 | $1,259,838 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 45.0 | $23,812 |
| 24AC262562 / Breakthrough Silicon Valley | Breakthrough Silicon Valley | $490,100 | $378,449 | 10 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 20.58 | $23,814 |
| 24AC261805 / CITY YEAR, INC. | City Year Los Angeles | $5,000,000 | $5,000,000 | 185 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 215 | 200.0 | $25,000 |
| 24AC261887 / Child Abuse Prevention Council of Sacramento | Birth and Beyond | $1,085,811 | $1,113,314 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 45.0 | $24,129 |
| 24AC262484 / Child Abuse Prevention Council of Sacramento | CA Foster Youth Inititative | $1,162,500 | $886,459 | 20 | 20 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | 46.5 | $25,000 |
| 24AC261367 / City of Ontario | Ontario Promise Corps | $368,000 | $507,834 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 16.0 | $23,000 |
| 24AC262574 / Giants Community Fund | Giants Community Fund | $603,692 | $587,537 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 116 | 25.57 | $23,609 |
| 24AC262624 / IFOSTER N CCDA ATTAINMENT IRU | iFoster | $1,100,555 | $1,191,865 | 10 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 | 50.0 | $22,011 |
| 24AC262679 / Improve Your Tomorrow | IYT College Academy Planning Grant | $2,619,124 | $5,301,992 | 65 | 0 | 66 | 0 | 26 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 167 | 110.02 | $23,806 |
| 24AC262884 / JUDICIAL COUNCIL OF CALIFORNIA | California JusticeCorps | $2,197,826 | $2,252,471 | 43 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 255 | 0 | 299 | 97.23 | $22,604 |
| 24AC261625 / Jumpstart for Young Children, Inc. | Jumpstart California | $2,033,443 | $3,536,376 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 526 | 0 | 576 | 121.9 | $16,681 |
| 24AC262916 / LifeLong Medical Care | LifeLong AmeriCorps Health Fellows | $250,000 | $245,704 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10.0 | $25,000 |
| 24AC261198 / Napa County Office of Education | CalSERVES Expanded Learning (EXL) | $713,000 | $1,355,925 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 31.0 | $23,000 |
| 24AC262946 / Our City Forest | Our City Forest Program | $649,980 | $1,546,435 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 26.0 | $24,999 |
| 24AC261222 / Prevent Child Abuse - California | AmeriCorps Prevent Abuse Through Home Visitation (PATH) | $650,000 | $492,361 | 18 | 5 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 26.0 | $25,000 |

For Official Use Only

SAR003

For Official Use Only

RPT_PROG_CHART

December 5, 2024 1:19 PM

# AmeriCorps State Program Summary Chart

**Legal Applicant:** Governors Office of Planning & Research

| Application ID Number/ Operating Site or Applicant | Program Name | Total CNCS | Total Grantee | Member Positions with CNCS Living Allowance | | | | | | | | Member Positions w/o CNCS Living Allowance | | | | | | | | Total Slots | Total MSYS | Cost/ MSY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | | | |
| 24AC261591 / Prevent Child Abuse - California | Pre-K & Beyond Learning Corps (PBLC) | $517,500 | $423,103 | 7 | 6 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 20.7 | $25,000 |
| 24AC261614 / Reading & Math, Inc. | California Reading and Math Corps | $3,191,076 | $2,627,248 | 0 | 175 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 198 | 134.0 | $23,814 |
| 24AC262807 / Safe Passages | Elev8 Youth Program | $450,844 | $776,681 | 0 | 16 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 18.06 | $24,964 |
| 24AC262739 / San Diego County Office of Education | San Diego County Superintendent of Schools | $899,967 | $1,267,756 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 36.0 | $24,999 |
| 24AC261705 / San Francisco Unified School District | SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT | $667,194 | $736,961 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 15 | 5 | 0 | 44 | 26.79 | $24,905 |
| 24AC262806 / Shasta County Child Abuse Prevention Coordinating Council | North State Rural AmeriCorps Hope Project | $479,315 | $491,225 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 22.0 | $21,787 |
| 24AC261193 / Strategic Energy Innovations | Climate Corps Education Outside | $799,983 | $984,881 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 32.0 | $24,999 |
| 24AC261641 / Up2Us, Inc | Up2Us Sports AmeriCorps Coach Program, California | $514,250 | $524,557 | 0 | 1 | 8 | 0 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69 | 20.57 | $25,000 |
| 24AC262542 / Youth Action Project, Incorporated | YOUTH ACTION PROJECT, INCORPORATED | $405,000 | $681,349 | 1 | 21 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 16.2 | $25,000 |
| 24AC262572 / community Partners | Changeist | $714,419 | $1,178,181 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30.0 | $23,814 |
| **Operating Sites Subtotal** | | $29,098,961 | $35,844,112 | 682 | 244 | 281 | 0 | 50 | 61 | 220 | 0 | 0 | 0 | 2 | 0 | 2 | 15 | 786 | 0 | 2,343 | 1,247.12 | $23,333 |
| **Parent Organization Subtotal** | | $0 | $0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | $0 |
| **Totals** | | $29,098,961 | $35,844,112 | 682 | 244 | 281 | 0 | 50 | 61 | 220 | 0 | 0 | 0 | 2 | 0 | 2 | 15 | 786 | 0 | 2343 | 1,247.12 | $23,333 |

For Official Use Only

SAR004

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 - 03/31/2026** |
| Amendment No.: | **4** | Budget Period: | **04/01/2024 - 03/31/2026** |
| CFDA No.: | **94.002** | Grant Year: | **2** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $52,500 | $0 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $52,500 | $0 | $52,500 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$90,000** |

### Funding Source and Amount

Not applicable to this award.

### Special Conditions

### Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application.  This amendment also removes the special condition from amendment 3. All other terms and conditions of this award remain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

SAR005

# Notice of Grant Award

For Official Use Only

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

Agreement No.:    **23SRDNM003**

Amendment No.:    **4**

CFDA No.:

Performance Period:    **07/01/2023 - 03/31/2026**

Budget Period:    **04/01/2024 - 03/31/2026**

Grant Year:    **2**

*Stacy L Bishop*    02/28/2025

City of Santa Fe
_____
Legal Applicant

_____
Signature                    Award Date

Stacy Bishop
_____
Senior Grants Officer

Ramona A. Baca
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Manuel Sanchez
_____
Certifying Official/Executive Officer

Maryon Bradshaw
_____
Program Officer

For Official Use Only

SAR006

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SCDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **2** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | **94.016** | Grant Year: | **2** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $2,500 | $0 | $2,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $2,500 | $0 | $2,500 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $2,500 |
| Total CNCS Funds Awarded to Date | **$2,500** |

### Funding Source and Amount

Not applicable to this award.

### Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application. This amendment also removes the special condition on amendment 1. All other terms and conditions of this awardremain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

SAR007

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

For Official Use Only

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SCDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **2** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | | Grant Year: | **2** |

*Stacy A Bishop*   02/26/2025

City of Santa Fe
_____
Legal Applicant

_____
Signature                          Award Date

Stacy Bishop
_____
Senior Grants Officer

Roberta P. Armijo
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Cheryl James
_____
Certifying Official/Executive Officer

Maryon Bradshaw
_____
Program Officer

For Official Use Only

SAR008

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Foster Grandparent Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **2** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | **94.011** | Grant Year: | **2** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $27,119 | $0 | $27,119 |
| Grantee's Unobligated Balance (Carryover) | $10,894 | $0 | $10,894 |
| Total Available | $38,013 | $0 | $38,013 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $62,632 |
| Total CNCS Funds Awarded to Date | **$62,632** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application. This amendment also removes the special condition from the amendment 1. All other terms and conditions of this award remain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

SAR009

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

For Official Use Only

## Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | |
|---|---|---|
| Agreement No.: | **23SFDNM002** | |
| Amendment No.: | 2 | |
| CFDA No.: | | |

Performance Period: **07/01/2023 - 06/30/2026**
Budget Period: **07/01/2024 - 06/30/2026**
Grant Year: **2**

*Stacy L Bishop*    02/28/2025

_____

Signature                    Award Date

Stacy Bishop
_____
Senior Grants Officer

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Maryon Bradshaw
_____
Program Officer

City of Santa Fe
_____
Legal Applicant

Theresa Trujillo
_____
Project Director

Sandra M. Duran
_____
Certifying Official/Executive Officer

For Official Use Only

SAR010

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

AmeriCorps is a federal agency that engages millions of Americans in service through AmeriCorps and AmeriCorps Seniors' programs and leads the nation's volunteering and service efforts.

## Important Notice: Executive Order Compliance Update

AmeriCorps sent this bulletin at 02/03/2025 05:48 PM EST

Office of the Chief Executive Officer
Feb. 3, 2025

## Important Notice: Executive Order Compliance Update

Dear Grantees and Sponsors,

Per White House directive, AmeriCorps is taking steps to comply with **President Trump's executive orders**, including executive orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

AmeriCorps is continuing to review all applicable executive orders and corresponding guidance issued by the Office of Management and Budget and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with President Trump's executive orders, related directives, and the Trump-Vance Administration priorities.

As part of this review, AmeriCorps has removed some AmeriCorps State and National and AmeriCorps VISTA service opportunity listings that appear out of compliance with executive orders. If your listing is no longer visible, please take no action until you receive further instruction.

During this review, programs should stop all activities that are not in compliance with the Trump-Vance Administration's executive orders: **Presidential Actions – The White House**.

AmeriCorps will share additional information and updates as they are available.

Thank you for your work and your commitment to national service.

In service,

Jennifer Bastress Tahmasebi
Interim Agency Head

    

SAR011

Unsubscribe  /  Manage preferences  /  AmeriCorps.gov

We sent this email to Email Address on behalf of AmeriCorps.



**Subscribe to updates from AmeriCorps**

Email Address                     e.g. name@example.com

[Subscribe]

**Share Bulletin**



Powered by

GOVDELIVERY

Privacy Policy | Cookie Statement | Help

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

**AmeriCorps is a federal agency that engages millions of Americans in service through AmeriCorps and AmeriCorps Seniors' programs and leads the nation's volunteering and service efforts.**

## Executive Order Compliance Update

AmeriCorps sent this bulletin at 02/11/2025 05:56 PM EST

AmeriCorps
Feb. 11, 2025

## Executive Order Compliance Update

Dear grantees and sponsors,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency is reviewing all current AmeriCorps awards to ensure alignment with these directives and administration priorities. We are writing today to provide you advance notice that we anticipate the results of the review may require action from grantees and sponsors on a short turnaround time.

To best support your quick response, we are providing the below background information now. We aim to have our review completed as soon as possible and will share additional information with grantees and sponsors soon.

Please note, to our grantees and sponsors who are federally recognized tribes: we are assessing the implications of the executive orders and other directives in light of your status as sovereign entities, with whom the U.S. government has a special trust relationship and responsibilities. We will notify you if we anticipate the results of the review nevertheless may require your action.

In service,
Carly Bruder
Acting Chief Program Officer

---

### AmeriCorps Grantee/Sponsor Guidance on Compliance with President Trump's Executive Orders

**What is an executive order?**

The President of the United States manages the operations of the executive branch of government through executive orders and memoranda. Executive orders and memoranda are written directives, signed by the president, that order the government to take specific actions to ensure "the laws be faithfully executed."

Information about presidential actions, including executive orders is available on the **White House website**.

SAR013

**What part of my AmeriCorps grant must comply with executive orders?**

AmeriCorps, as part of the executive branch of government, must comply with all applicable executive orders and memoranda. No AmeriCorps funding may be spent on any activity that is not compliant with the executive orders and memoranda.

All aspects of AmeriCorps grants/awards must comply with President Trump's executive orders, including, but not limited to:

- Grant applications for AmeriCorps resources.
- Activities performed by AmeriCorps members/volunteers.
- Training provided to members/volunteers.
- Program materials, such as volunteer/member applications, enrollment forms, service opportunity listings, and handbooks.
- Social media and website posts about your AmeriCorps award.

Grantees and sponsors must also ensure all sub applicants, volunteer stations, operating sites, and host sites are compliant with executive orders through their memorandum of understanding and subsite monitoring.

**Which executive orders must I comply with?**
AmeriCorps Grantee/Sponsors awards must comply with all executive orders, including but not limited to:

- **Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government – The White House**
  - Per the Trump-Vance Administration:
    - It is the policy of the United States to recognize two sexes, male and female.
    - "Sex" shall refer to an individual's immutable biological classification as either male or female. "Sex" is not a synonym for and does not include the concept of "gender identity."
    - When administering or enforcing sex-based distinctions, every agency and all federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable federal policies and documents.
    - Federal funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

- **Ending Radical and Wasteful Government DEI Programs and Preferencing – The White House**
  - Per the Trump-Vance Administration:
    - (i) terminate, to the maximum extent allowed by law, all DEI, DEIA, and "environmental justice" offices and positions (including but not limited to "Chief Diversity Officer" positions); all "equity action plans," "equity" actions, initiatives, or programs, "equity-related" grants or contracts; and all DEI or DEIA performance requirements for employees, contractors, or grantees.

- **Ending Illegal Discrimination And Restoring Merit-Based Opportunity – The White House**
  - Per the Trump-Vance Administration:
    - (iv) The head of each agency shall include in every contract or grant award:
    - (A) A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and
    - (B) A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable federal anti-discrimination laws.

- **Unleashing American Energy – The White House**
  - Per the Trump-Vance Administration:
    - (b) All activities, programs, and operations associated with the American Climate Corps, including actions taken by any agency shall be terminated immediately.



Unsubscribe  /  Manage preferences  /  AmeriCorps.gov

We sent this email to Email Address on behalf of AmeriCorps.

SHARE

**Subscribe to updates from AmeriCorps**

Email Address                    e.g. name@example.com

Subscribe

**Share Bulletin**



Powered by

GOVDELIVERY

Privacy Policy | Cookie Statement | Help

SAR015

**Pugh, Lindsey**

| | |
|---|---|
| **From:** | Pugh, Lindsey |
| **Sent:** | Friday, February 14, 2025 1:31 PM |
| **To:** | Robert Nesman; Ia Moua; Anthony Chavez |
| **Cc:** | West |
| **Subject:** | Executive Order Compliance- Response Required by February 19th |
| **Attachments:** | CA_22CAICA001.pdf; CA_22TAICA001.pdf; Executive Order Compliance Instructions.pdf; CA State Commission Compliance Results.xlsx |
| | |
| **Importance:** | High |

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter regarding your AmeriCorps award. Immediate action is required, and you must complete this process and reply all to this email by **February 19, 2025**. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Sincerely,
Lindsey

**Lindsey Pugh**

**Portfolio Manager, West Region**
Office of Regional Operations
AmeriCorps.gov



SAR016

**AmeriCorps**

February 14, 2025

Robert Nesman
Governors Office of Planning & Research
1400 10th St
Sacramento, CA 95814

RE: Executive Order Compliance - Action Required

      Grant Number: 22CAICA001
      Application ID: 24CA267097

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review:

Based on this review, the language below from your application requires clarification:

24CA267097
• The state wide responsibilities and collaboration narrative includes the following terms: Climate Change

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that State Administration, 24CA267097 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox West@americorps.gov and Cc your Portfolio Manager.

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677

SAR017



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24CA267097 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, Governors Office of Planning & Research is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Lindsey Pugh

Cc: West@americorps.gov

**AmeriCorps**

February 14, 2025

Robert Nesman
Governors Office of Planning & Research
1400 10th St
Sacramento, CA 95814

RE: Executive Order Self-Certification Required

> Grant Number: 22TAICA001
> Application ID: 24TA267194

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed all current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review:

TTA Commission Investment, 24TA267194 was reviewed for compliance with current administration Executive Orders and guidance and appears to be **in compliance.**

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that TTA Commission Investment, 24TA267194 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox West@americorps.gov and Cc your Portfolio Manager.

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24TA267194 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, Governors Office of Planning & Research is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.


Sincerely,
Lindsey Pugh

Cc: West@americorps.gov

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

      Grant Number: 23SRDNM003
      Application ID: 24SR266327

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SR266327
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
    a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that Santa Fe City RSVP, 24SR266327 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677

SAR021

2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24SR266327 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw

Cc: Mountain@americorps.gov

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

      Grant Number: 23SFDNM002
      Application ID: 24SF263957

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SF263957
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that Santa Fe FGP, 24SF263957 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677

SAR023



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.
   a. Initiate an amendment to your most recent award 24SF263957 and remove or update any language related to out of compliance activities.
   b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.
   a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw

Cc: Mountain@americorps.gov

**AmeriCorps**

February 14, 2025

Manuel Sanchez
City of Santa Fe
200 Lincoln Ave
Santa Fe, NM 87501

RE: Executive Order Compliance - Action Required

　　　　Grant Number: 23SCDNM002
　　　　Application ID: 24SC263842

Dear Manuel Sanchez,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency has reviewed current AmeriCorps awards to ensure compliance with these directives and administration priorities. We are writing today to provide you with an update of that review.

Based on this review, the language below from your application requires clarification:

24SC263842
• The other narrative includes the following terms: Diversity, Equity; DEI
• The strengthening communities narrative includes the following terms: Diversity, Equity; Gender Expression; Gender Identity

It is unclear whether the above-quoted language from your application indicates that your program is using Federal funds to promote or provide services out of compliance of the recent Executive Orders.

Please review your application for compliance with executive orders, and take one of the following actions:

1. If you assess the above award is **compliant** with executive orders and no revisions are required, complete the self-certification.
   a. Reply all to this letter by email by February 19, 2025. Copy and paste this statement below into the body of that email:

"I certify that SCP of Santa Fe, 24SC263842 complies with all administration Executive Orders and does not include any activities that promote DEI activities."

Emails must be sent by the Authorized Representative to the following inbox Mountain@americorps.gov and Cc your Portfolio Manager.

250 E Street SW
Washington, D.C. 20525
202-606-5000 / 800-942-2677

SAR025



2. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, to maintain your AmeriCorps award, you must: Stop providing those services in your program/ project immediately.

    a. Initiate an amendment to your most recent award 24SC263842 and remove or update any language related to out of compliance activities.
    b. Submit that amendment by February 19, 2025.

3. If you assess the above award is currently **noncompliant** within the scope of your approved grant activities, and you no longer wish to remain an AmeriCorps grantee/sponsor, you may relinquish your award.

    a. Please email your Regional Office with your intent to relinquish by February 19, 2025. They will provide further instruction upon receipt of your email.

In order to ensure AmeriCorps is in full compliance, City of Santa Fe is required to respond to this letter by **February 19, 2025,** end of day local time. It is critical that action is taken, and AmeriCorps receives responsiveness. If we do not receive your response by **February 19, 2025,** adverse action up to and including termination of awards may begin.

Your regional office team is available to support you through this decision. Thank you for your immediate attention to this matter.

Sincerely,
Maryon Bradshaw

Cc: Mountain@americorps.gov

**Van Marel, Sara**

| | |
|---|---|
| **From:** | Dailey, Amy |
| **Sent:** | Tuesday, February 25, 2025 2:58 PM |
| **To:** | Robert Nesman |
| **Cc:** | Van Marel, Sara; Pugh, Lindsey; Curtis, Rebecca; Ia Moua; Jacqueline.Yannacci@californiavolunteers.ca.gov; Tara Baltzley; Anthony.Chavez@CaliforniaVolunteers.CA.GOV |
| **Subject:** | Executive Orders |
| **Attachments:** | FW: [External] Executive Orders |

Dear Robert and California Volunteers Team,

AmeriCorps is continuing its review of all current awards to ensure activities using AmeriCorps funding are in alignment with Trump-Vance administration priorities.   AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders and, in accordance with the preliminary injunction, will not take any action related to award terminations in relation to this review.

Please continue with your review of your award, including submitting the self-certification or amendment, as applicable.

We appreciate your partnership.

In service,

Amy

**Amy Dailey**
**Regional Administrator, West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 489-8953

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

Book time on my calendar



SAR027

# San Francisco Unified School District

- Previous APP ID: 24AC261705
- Amendment APP ID: 24AC274270
- Changes Made (please list)

## Cost Effectiveness and Budget Adequacy

Member Recruitment: ~~.~~ Budget expenses related to member recruitment include approximately 15% of each program staff ~~member's~~member¿s time including recruitment fairs, presentations in University classes, oversight of online service postings, and communication & interviews with potential applicants; $300 in recruitment advertising online (Indeed, LinkedIn), and $200 for printed copies of recruitment flyers for recruitment fairs and postings.

Member Retention: In addition to the training, professional development, and leadership and career development activities described above, the budget supports member retention with a nationally high $30,000 living allowance per member~~,.~~ $4,675 to provide workshops and activities with outside trainers (Youth Mental Health First Aid, ~~Equity Trainings and~~ Community Building), $459 for all member travel (mileage reimbursement between service site locations) and $10,600 for member gear and supplies that members will utilize directly with students. . $859 is allotted for staff travel for member supervision and support, distribution of supplies and recruitment presentations. $3,351 is allotted for program staff to travel and attend AmeriCorps conferences and trainings. An additional $6,150 is budgeted for AmeriCorps members to support their school sites with Youth Community Building activities. $4,000 is budgeted to account for printing materials utilized by AmeriCorps members in training and at partner school sites, printing newsletters for mentors, and necessary forms and outreach materials for mentees.

Data Collection: Budget expenses support the collection of data by program staff and $30,000 for evaluation support by ETR Associates~~.~~. ETR Associates will also support the program with a realignment of the pre/post surveys provided to mentees in order to adapt and improve programming. In addition, ~~SFUSD's~~SFUSD¿s Research, Planning & Assessment Department will provide evaluation activities.

## Executive Summary

The San Francisco Unified School District (SFUSD) Healthy Choices AmeriCorps program (Healthy Choices) will have 44 AmeriCorps members who will provide Positive Behavior Intervention & Supports (PBIS) that include interventions to support students' sense of belonging, ~~SEL, social development, and~~ nutrition/wellness/health~~, and anti-racist healing practices~~ in 38 SFUSD public schools. At the end of the first program year, the AmeriCorps members will be responsible for 90 students with improved academic performance, 135 students with increased attendance, and 135 students with improved academic engagement and social ~~emotional~~ skills~~.~~. In addition, the AmeriCorps members will leverage an additional 250 volunteers who will engage  students through one-on-one and in small group mentoring through SFUSD's ~~trauma-informed~~ evidence-based Mentoring For Success program. The AmeriCorps

investment will be matched with $667,204, $522,603 in public funding, and $144,601 in private funding.

## Organizational Capability

Organizational Background and Staffing: SFUSD Student & Family Services Division (SFSD) which will oversee the project has successfully designed, launched, and expanded numerous large publicly-funded programs to meet SFUSD needs including three awards from CA Volunteers and AmeriCorps. Throughout the implementation of Healthy Choices AmeriCorps programs starting in 2015, we have overcome project implementation challenges and successfully recruited and managed volunteers. The mission of Healthy Choices AmeriCorps is to improve lives, strengthen communities, and foster civic engagement through service and volunteering. The feedback loops developed ensure that the program is continually improving based on feedback from AmeriCorps members, school site staff, and CA Volunteers. The Healthy Choices management structure is effective because it involves both the central SFSD office and supervision in the field by seasoned SSWs and Counselors. Laurie Vargas-Zeuschner, MS, PPSC, the current Healthy Choices Program Manager, assisted with the initial start-up of the program, has co-coordinated MFS since 2009, oversaw the launch of the Equity in Service series and was the previous Member Training and Supervision Manager. Ms. Vargas-Zeuschner will implement and oversee the program, manage training events, and linkages to community partners, and will also be responsible for ensuring compliance, monitoring background checks, contracting and recruiting/securing AmeriCorps members. She will be supervised by SFUSD's SFSD Manager II and work closely with the Clerk and Financial Analyst to maintain compliance.

The Member Training and Supervision Manager will be Gabrielle Anderson, LCSW, a SSW with over 11 years of experience as a SSW and previous Site Supervisor for numerous Healthy Choices AmeriCorps members. Ms. Anderson convenes the Members weekly for professional development, facilitated peer-support, community service and outreach. Healthy Choices will leverage and benefit from several partners including the Office of Counseling and Post-Secondary Success (OCPSS), Student InterventionInternship Team (SIT), Foster Youth Services (FYS), the Wellness Policy Initiative, and the San Francisco Education Fund. OCPSS will provide training in college and career readiness to Full-time Members and will partner with FYS and SIT to offer orientation, training, and supervision of Master's-level Members. Healthy Choices also partners with all SFUSD departments (e.g. Accounting, Budget, Payroll, HR, Legal, Research, Planning & Assessment) with which the program works, not just direct service partners, to carry out the project to ensure smooth and legally compliant operations. Healthy Choices' comprehensive Program Manual orients and guides personnel to manage and implement the program. School partners with Full-time Members complete an orientation and MOU to ensure awareness of/compliance with all requirements.

SFUSD's SFSD Manager II will support the program at the District Level to ensure program goals and compliance are met. The Clerk will support with hiring, onboarding and ongoing compliance and the Financial Analyst will maintain school and district partnerships as well as support the Program manager with budget oversight.

Member Supervision: The Healthy Choices management structure involves the central team. The Program Manager oversees the program and supervision in the field is offered by seasoned SSWs and Counselors. Members are supervised by school site personnel who report back to SFSD staff. Masters-level interns receive clinical supervision from licensed mental health professionals. Day-to-day operations are overseen by the site-based SSWs. The site supervisor to member ratio is no more than 1:2.

The Member Supervisors (1) complete an orientation on regulations, priorities and expectations, (2) participate in quarterly meetings, and (3) complete 2 performance reviews of all Members. SSWs provide Members with introductions at the school, involve Members in meetings, connect them with community partners, and infuse them into school networks. Members check in with their supervisor daily and have hour-long weekly supervision. During the one full day a week of professional support, AmeriCorps members connect with peers, the Program Manager, and the Training and Supervision Manager. Members sign~~-~~ in and out, and enter all activities into a web-based log. As their day-to-day supervisors, SSWs are extensively trained to ensure program rules and regulations are followed. Moreover, AmeriCorps rules and regulations (including prohibited activities) are emphasized in a signed agreement and reinforced during trainings. Through the partnership with the Student ~~Intervention~~Internship Team, Site Supervisors also receive supervision training. Healthy Choices program staff remain in constant communication with Site Supervisors in order to provide support to them and their members.

~~Commitment to Diversity, Equity, Inclusion, and Accessibility: SFUSD values include (a) Social justice: We stand with those who are most impacted by systems of oppression and actively change those systems within our district, and (b) Diversity-driven: We respect and seek to understand each person to be an inclusive and anti-racist district. SFUSD is committed to diversity, equity, inclusion, and accessibility and emphasizes hiring staff at all levels that reflect the diversity and lived experiences of the students we serve; 25% of all SFUSD staff are Asian, 20% are Latinx, 12% are Black/African American, 12% White, 3% Filipino, and 1% American Indian or Alaskan Native (CA Dept of Education, DataQuest, 2022-23). Moreover, the program staff identify as either a Person of Color, LGBTQ, as well as our Program manager having grown up and attending SFUSD schools.~~

~~Recruiting Members who are representative of our BIPOC students and their communities is critical for achieving SFUSD's goal to close the achievement gap and advance racial justice. Healthy Choices will implement a targeted recruitment campaign to reach prospective Members that aligns with SFUSD's African American Achievement & Leadership Initiative's goal to attract and retain staff of color that reflect our city's students and their communities. Specific Member recruitment strategies include outreach from Healthy Choices program staff to local colleges and universities and targeted outreach to Black and Latino student organizations, and education, health, and social work departments.~~

## Rationale and Approach/Program Design

COMMUNITY NEED ~~and~~AND LOGIC MODEL: SFUSD serves a ~~diverse~~ community of 50,013 students in 132 schools. While San ~~Francisco's~~Francisco¿s overall Social Vulnerability Index rating of 0.2632 indicates low to medium vulnerability, ~~the medium to high SVI rating for Racial and Ethnic Minority Status (0.6667) and~~a high SVI rating for Housing Type/Transportation (0.8947) ~~reflect~~reflects the challenges faced by many SFUSD students and their families; these challenges are even more pronounced for students served by Healthy Choices. Moreover, while our  Socioeconomic Status SVI rating indicates low vulnerability, this does not reflect that our city has one of the highest wealth gaps in the country: in the 2022-23 school year 80% of students in the mentoring program lived below the Federal Poverty line. Healthy Choices' Mentoring For Success supports students at risk of academic failure and suspension who face complex barriers like foster care involvement, and homelessness, and nearly 30% live with a disability. They also face greater socio-economic challenges with approximately three-quarters living below the Federal Poverty Line. Also, according to the most recent findings, 74% of

participants in the mentoring program live in neighborhoods where the highest levels of violence, ~~structural racism, income inequality,~~ poverty, and health disparities exist.

Even before pandemic-related learning loss, numerous measures - test scores, suspensions, instructional time, GPA, graduation rates - continued to show an achievement gap between average SFUSD performance and that of ~~many BIPOC students, particularly~~ African American, ~~Latino~~Latin American and Pacific Islander students. Students facing complex barriers also report up to 22% lower confidence than their peers in ~~SEL~~social skills -- including social-_awareness, self-management, growth mindset, and self-efficacy -- that are critical to students' well-being and academic achievement (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey). ~~Persistent systemic racism that disproportionately impacts BIPOC communities and the students~~Students served by Healthy Choices have ~~been exacerbated by~~experienced learning loss and ~~the increasing~~an increase in mental health challenges ~~of children and youth.~~. These factors amplify the need for programs like Healthy Choices~~, which helps level the playing field for historically underserved students~~ by providing ~~specialized~~support and helping them build positive connections to school. This ~~equitable~~balanced support creates the foundation for future academic success, positive behavioral interactions, and meaningful participation in the school community.

INTERVENTION: Healthy Choices AmeriCorps members will provide students with interventions and structured activities ~~geared to their particular needs~~ that help build lasting skills for academic and social-~~emotional~~ development success, improved attendance, and positive engagement. Expected outcomes include: (1) Increased knowledge and skills to implement Positive Behavior Interventions and Supports (PBIS) structures and interventions; (2) Student self-report of connections to a caring adult and positive engagement in school; (3) Increased attendance; and (4) Increased GPA. Members will serve in 38 SFUSD schools (25 elementary, 2 K-8, 8 middle, 3 high) to enhance school-wide ~~climate~~culture activities and offer ~~individualized~~ interventions for students with complex needs and higher-than-average absenteeism, suspension, and low Student Survey findings on school connectedness. Tier II mentoring serves 80% low ~~SES~~financial conditions (compared to 52% in SFUSD), 30% in Special Education (compared to 13% in SFUSD~~) and over 67% are African American or Hispanic/Latino (compared to 40% in SFUSD).~~). Healthy Choices addresses ~~inequities~~imbalances through mentoring and three Tiers of intervention to meet the varied needs of students. ~~66% of White elementary school students feel safe at school but only 53% of African American students feel safe; 80% of White students feel a sense of belonging and connectedness at school while only 65% of African American students do (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey).~~

As reported in egrants, TIER II Targeted (to meet needs of 15% of student body): 20 Full-time and 24 Part-time Specialized Members will support groups to bolster students exhibiting risk. Members will mentor 1 to 5 students each, either one-to-one or in small groups utilizing the Mentoring For Success model, to promote school engagement, as well as facilitate structured group activities that integrate ~~anti-racist~~emotional healing practices. Members will also increase capacity by working with the MFS team to recruit 250 volunteer mentors.

Additional activities supported by AmeriCorps members include TIER I Universal (to meet needs of 80% of the student body): 20 Full-time Members will collaborate with school personnel to provide vital program coordination support under the supervision of School Social Workers. These activities, targeting all students at a school, will include organizing lunch-time activities or clubs in collaboration with the Nutrition Education Project (and their FoodCorps AmeriCorps members, not duplicating services),

SAR031

supporting whole classroom ~~SEL~~ character-building activities, and working with each ~~school's~~ school¿s School ~~Climate~~ Culture Committee to support positive behavior. TIER III Intensive (to meet needs of 5% of student body): 24 Specialized Part-time AmeriCorps members will be recruited to provide individualized services for ~~high-need~~ students. These Master's-level Members will serve in SFUSD's Student Intervention Team, Counseling or Foster Youth Services programs. They will receive clinical supervision and provide mentoring and small-group and individual therapeutic, case management, and counseling services. Each Member will provide Tier III supports to 1 to 5 students.

The program will also create a much-needed workforce pathway for AmeriCorps members to become future teachers and social workers. There is a great need for applicants in these positions, especially for teachers. In 2023, at least 25% of ~~SFUSD's~~ SFUSD¿s 145 classroom vacancies were unfilled at the start of the school year with classrooms being temporarily led by principals, social workers and non-credentialed or substitute teachers. SFUSD is also struggling to fill all School Social Worker (SSW) positions, which are needed more than ever given the severe impacts of the pandemic~~.~~. To date, SFUSD has successfully hired three program alumni as SSWs, three into classroom teaching positions and at least six into other classified positions.

Evidence Base: Related to improving education outcomes, the PBIS components of the program replicate an evidence-based multi-tiered support program that has been examined in numerous randomized control trial (RCT) studies that found positive results for populations like that of Healthy Choices. The group mentoring intervention qualifies for the Moderate designation since one quasi-experimental design (QED) study demonstrates effectiveness. Two other internal studies done under the guidance of an external evaluator demonstrate positive outcomes. We believe the Evidence Tier we qualify for is Preliminary with Outcome Study.

1) OUTCOMES & IMPACT 2022-2023: Healthy Choices increased the district's capacity to implement PBIS through Mentoring For Success (MFS). In the most recent complete school year of the program, 22 AmeriCorps members supported the provision of 2,438 services documented by MFS providers across 20 SFUSD schools. The 381 unique students served received, on average 8.23 service sessions each. Analyses of Mentor Logs data show that 245 individual mentors served 257 unique students and on average, mentors and mentees interacted for about an hour each week. Notably, ~~students'~~ students¿ attendance rate for the MFS services was 95.8%, indicating students value mentoring. This was corroborated by student survey responses: most elementary (93%) and secondary (78%) students said the time they spend with their mentor is "¿meaningful."¿ Among secondary students, 92% also reported they "¿feel heard and respected by their mentor"¿ and 93% of elementary students "¿liked to meet with their mentor."¿ See the ~~'Mentoring¿~~ Mentoring for Success Evaluation Summary for 2022-2023 School ~~Year'~~ Year¿ for more details.

2) OTHER SUPPORTING EVIDENCE: The Healthy Choices activities have a solid evidence base in peer-reviewed research. Summarized here are PBIS and Mentoring, which are the primary framework and intervention utilized by the program, although other structured activities and Restorative Practices are also utilized. While SAMHSA's National Registry of Evidence-Based Programs and Practices was suspended in 2018, PBIS had a research rating of 3.5 on SAMHSA's 4-point quality-of-research scale. Several rigorous PBIS studies, including RCTs, have demonstrated that the model results in improvements in the perceived safety of schools; improved academics; improved social-emotional functioning; increased prosocial behaviors; significantly fewer suspensions; and reduced bullying with populations like Healthy

~~Choices'~~Choices¿ (Bradshaw et al., 2014; Chaparro et al., 2012; Horner et al., 2020; Wassdorp et al., 2012). Numerous studies support the effectiveness of mentoring for improving outcomes across behavioral, social, ~~emotional,~~ and academic domains for youth of all ages. MFS and its group mentoring program Project Arrive that Members help to carry out, are the evidence-based mentoring programs embedded within SFUSD. Based on The Elements of Effective Practice for Mentoring (MENTOR, 2015), Mentoring For Success began to implement group mentoring for SFUSD 9th graders in 2011 and internal evaluations showed that 28% of participants reduced unexcused absences and 48% improved their grades. Later, MFS partnered with Georgia State University to rigorously study the program. From 2013-16, the research project examined school-based group mentoring (Project Arrive) during SY 2014-15 and SY 2015-16 (http://sites.gsu.edu/project-arrive/). Project Arrive, a quasi-experimental comparison group design, targeted 9th grade students with Early Warning Indicators of GPA below 2.0 and attendance below 87.5%. Control group participants met the same criteria but went to high schools without mentoring programs. Outcomes show that participants who entered 9th grade faring worse than a similar comparison group, were doing better than comparisons by the end of the year. Mentored youth were nearly 3 times as likely to be on track to graduate by the end of 9th grade, and earned higher grades (GPA = 2.08) than comparisons (GPA = 1.79). Project Arrive students reported higher levels of school belonging and more caring peer relationships than comparisons by the end of 9th grade. Analysis determined a causal relationship between program participation, school belonging, and the resulting improvement in credits earned toward graduation. According to the most recent Mentoring for Success Evaluation Summary for 2022-2023 School Year, conducted by our evaluation partner ETR (https://www.etr.org/), at the secondary school level nearly 75% of students who received 1:1 mentoring reported that through mentoring they "¿learned ways to improve my own health"¿ and "¿actually took steps to improve my own health"¿ (76% and 74% respectively). Many students also reported that their "¿mentor helps me do better in school"¿ (84%), and most students (92%) reported they "¿feel heard and respected by their mentor."¿ At the elementary school level, most students who received 1:1 mentoring (93%) "¿liked to meet with their mentor."¿ Most who participated in group mentoring also "¿enjoyed going to monthly group activities with my mentor"¿ (88%). Prior to group mentoring, just 47.5% middle school students said they agreed that "¿At my school, there is a teacher or some other adult who notices when I am not there"¿ compared with 73.7% after mentoring.

Notice Priority: Healthy Choices will address ~~four~~three notice priorities: (1) ~~serving historically underrepresented and underserved individuals; and (2)~~ creating workforce pathways for AmeriCorps members. (~~3~~2)Providing additional benefits to AmeriCorps members aimed at enhancing member experience and bolstering member recruitment and retention including a high $30,000 living allowance to FT members, social work career required service hours and trainings, mental health support,and mileage reimbursement. (~~4~~3) Members have the opportunity to gain skills in Youth Mental Health, ~~Trauma Informed Practices, Restorative Practices, Foundations of Racial Equity,~~character development in students as well as becoming a leader at their school site by supporting the evidence-based mentoring program.

Member Experience: Full-time Members will begin their service with a week of 40 hours of hands-on orientation that includes skill-building and team-building. Part-time Members begin their service with a 12 hours of orientation including Tier II & III practices as well as an AmeriCorps overview. PT members are enrolled in masters level mental health programs where their university classes prepare them for their role as an AmeriCorps member in SFUSD. Ongoing interactive training workshops and activities (for FT & PT members) provide Members with the foundation required to serve in schools with confidence. Topics include: Program Model Overview; PBIS; ~~Restorative Practices;~~character development in students

Mentoring For Success; ~~Trauma-informed Practices; Anti-racist Practices~~; Orientation to AmeriCorps Service (expectations, prohibited activities, roles/responsibilities); Entering Communities Sensitively; Performance Measures; and Commitment to National Service. Training culminates with a team-building ropes course and being sworn in as an AmeriCorps member. As a part of Orientation, Site Visits from program staff will occur within one month of members being placed at their sites.

One day per week will be dedicated to ~~Members'~~Members; professional development, providing opportunities to: engage in peer-learning and troubleshooting; review and reinforce knowledge, including around prohibited activities; and share effective practice. Professional support and training is 236 hours per Full-time Member and 59-110 hours per Specialized Part-time Member (based on service type) over 10 months. ~~In addition, the Healthy Choices central team will facilitate a Racial Equity Committee that works to integrate racial awareness into all aspects of Mentoring For Success. To emphasize anti-racist healing practices as part of Member growth, during Team Day trainings, Healthy Choices implements an Equity in Service series with an emphasis on Racial Equity. This training will build a strong foundation for Members to become future SFUSD staff with the skills to be anti-racist educators, social workers and mental health care providers who are prepared to interrupt systemic oppression in schools.~~

Members emerge from the program well-equipped for careers in school-based and community services. Full-time and Specialized Part-time Members may gain practitioner hours toward licensure as a mental health professional. Full-time and Specialized Part-time Members will participate in at least one National Day of Service, and school-district wide service activities. Service days and weekly in-services allow Members to develop leadership skills and see how their daily activities connect to the national, state, and local vision of service. In order to further support Members' career development, the program will facilitate workshops using the CA Volunteers Career Advantage curriculum. Life After AmeriCorps alumni resources are shared and SFUSD Human Resources inform Members about the SFUSD Pathways Program, which is an embedded teacher credentialing program. Healthy Choices program staff support members entering the mental health field by setting up informational interviews with hiring managers. Members will receive a LinkedIn 'Rock Your Profile' workshop.

## Changes Outside of Narrative

### Budget Changes

SFUSD also requested changes within their AmeriCorps budget. These changes include reducing their member costs. The result of the requested change to their budget is a reduction in CNCS share from $667,194 to $664,712 ($2,482) and a reduction in Grantee Share from $736,961 to $733,443 ($3,518). Total budget changed from $1,404,155 to $1,398,155 ($6,000).

### Member Service Years / MSY Changes

SFUSD requested a slight change to their AmeriCorps member slots through this amendment, moving from 20 Full Time members to 19 Full Time members and 1 Three-Quarter Time member. The result of the requested slot conversion is a net decrease in MSY award from 26.79 to 26.78.

SAR035

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 - 03/31/2026** |
| Amendment No.: | **4** | Budget Period: | **04/01/2024 - 03/31/2026** |
| CFDA No.: | **94.002** | Grant Year: | **2** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $52,500 | $0 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $52,500 | $0 | $52,500 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$90,000** |

## Funding Source and Amount

Not applicable to this award.

## Special Conditions

## Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application.  This amendment also removes the special condition from amendment 3. All other terms and conditions of this award remain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

For Official Use Only

SAR036

For Official Use Only

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

Agreement No.:   **23SRDNM003**
Amendment No.:   **4**
CFDA No.:

Performance Period:   **07/01/2023 - 03/31/2026**
Budget Period:   **04/01/2024 - 03/31/2026**
Grant Year:   **2**

*Stacy L Bishop*                02/28/2025

City of Santa Fe
_____
Legal Applicant

_____                _____
Signature                        Award Date

Stacy Bishop
_____
Senior Grants Officer

Ramona A. Baca
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Manuel Sanchez
_____
Certifying Official/Executive Officer

Maryon Bradshaw
_____
Program Officer

SAR037

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SCDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **2** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | **94.016** | Grant Year: | **2** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $2,500 | $0 | $2,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $2,500 | $0 | $2,500 |

### Cumulative Funding for Project Period

| | |
|---|---|
| Total Awarded in Previous Amendments | $2,500 |
| Total CNCS Funds Awarded to Date | **$2,500** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application. This amendment also removes the special condition on amendment 1. All other terms and conditions of this awardremain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

For Official Use Only

SAR038

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Senior Companion Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | | |
|---|---|---|
| Agreement No.: | **23SCDNM002** | |
| Amendment No.: | **2** | |
| CFDA No.: | | |

Performance Period: **07/01/2023 - 06/30/2026**
Budget Period: **07/01/2024 - 06/30/2026**
Grant Year: **2**

*Stacy L Bishop*    02/26/2025

City of Santa Fe
_____
Legal Applicant

_____
Signature                          Award Date

Stacy Bishop
_____
Senior Grants Officer

Roberta P. Armijo
_____
Project Director

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Cheryl James
_____
Certifying Official/Executive Officer

Maryon Bradshaw
_____
Program Officer

For Official Use Only

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

### Foster Grandparent Program

## Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SFDNM002** | Performance Period: | **07/01/2023 - 06/30/2026** |
| Amendment No.: | **2** | Budget Period: | **07/01/2024 - 06/30/2026** |
| CFDA No.: | **94.011** | Grant Year: | **2** |

## Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic and Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

## Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $27,119 | $0 | $27,119 |
| Grantee's Unobligated Balance (Carryover) | $10,894 | $0 | $10,894 |
| Total Available | $38,013 | $0 | $38,013 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $62,632 |
| Total CNCS Funds Awarded to Date | **$62,632** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application. This amendment also removes the special condition from the amendment 1. All other terms and conditions of this award remain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCP-Program-Specific-508TC.pdf.  Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

SAR040

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

For Official Use Only

## Foster Grandparent Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

### Award Information

| | |
|---|---|
| Agreement No.: | **23SFDNM002** |
| Amendment No.: | **2** |
| CFDA No.: | |

| | |
|---|---|
| Performance Period: | **07/01/2023 - 06/30/2026** |
| Budget Period: | **07/01/2024 - 06/30/2026** |
| Grant Year: | **2** |

*Stacy L Bishop*    02/28/2025

_____

Signature                          Award Date

Stacy Bishop
_____
Senior Grants Officer

Daisy Gallardo, 202-815-4248
_____
Grants Officer

Maryon Bradshaw
_____
Program Officer

City of Santa Fe
_____
Legal Applicant

Theresa Trujillo
_____
Project Director

Sandra M. Duran
_____
Certifying Official/Executive Officer

SAR041

# City of Santa Fe

## RSVP Grant

- Previous APP ID 24SR266327
- Amendment APP ID 24SR274547
- Changes made (please list)

## Organizational Capability

Since 1976, the City of Santa Fe Division of Senior Services (DSS) has offered a variety of programs and services to individuals 60 and over. DSS operates five senior centers which feature activities to keep seniors healthy and engaged, congregate and home delivered meals, in-home support services, transportation services, and volunteer opportunities, all designed to encourage older adults to continue living in their own homes as comfortably and independently as possible. RSVP has been a key component in accomplishing this mission since 1981.

Because the City of Santa Fe is the sponsoring organization for our program, all accounting and reporting functions are performed on the City's web-based MUNIS Financial System. The Accounting Office has one employee (the Financial Analyst for the Division of Senior Services) who is responsible for reconciling the common account for the City as well as reconciling accounts payable and payroll accounts monthly. The City of Santa Fe requires two signatures on checks: the Mayor and the Finance Director, and an Independent Auditor's Report is conducted on the City of Santa Fe annually; the city also has an Internal Audit Division that routinely monitors all finances and conducts audits as necessary.

The City of Santa Fe receives numerous federal grant awards, many of which are recurring funds. Regular audits and assessments conducted by the regional office of AmeriCorps Seniors, the State of New Mexico's Aging and Long-Term Services Department (ALTSD), (and our own Advisory Council) l assure that we are following mandates and, in some cases, exceed expectations. The Division of Senior Services is mandated by the New Mexico Non-Metro Area Agency on Aging (AAA) to provide an annual update of our Direct Provider Agreement (DPA) which incorporates impact-based programming as identified in the Older Americans Act (OAA). The funding includes audits and assessments reflecting compliance with respective mandates. The City of Santa Fe meets its obligation as sponsor and pursuant to OMB Circular A-133 with Comprehensive Annual Financial Reports (CAFR) conducted each fiscal year by outside auditors, following the standards applicable to financial audits contained in ""Government Auditing Standards"" issued by the Comptroller General of the United States. Copies of the audits are on file at City Hall.

City Hall is owned by the City of Santa Fe and is where the program's Fiscal Administrator is located. The Mary Esther Gonzales Senior Center, which houses the RSVP office is also owned by the City of Santa Fe, so there is no danger of losing any operating space. The City owns the equipment within its facilities and the vehicles used by our program, which are purchased with either general funds or grant funds. We are required to follow New Mexico's procurement code

when making purchases and comply with all City purchasing regulations. The City of Santa Fe periodically contracts with external consultants specialized in staffing and salary administration to conduct surveys to ensure that proper levels of staffing and job classifications are maintained. Additionally, comprehensive job descriptions are updated and/or developed to clearly define duties and responsibilities for each position. For reference and as public record, the RSVP office displays two notebooks of policies and procedures that Santa Fe RSVP follows. One notebook contains policies and procedures set by our sponsor, the City of Santa Fe, and those rules pertain to the RSVP staff. The other contains Internal Program policies developed by RSVP staff regarding daily operations of the program and pertain to volunteers, stations, and staff; internal policies are set according to AmeriCorps requirements or mandates and assist in program operations.

Because our sponsor is a government entity, we must adhere to all policy and procurement guidelines that a municipality must follow. Every purchase requires an extensive procedure that includes approval by multiple staff, with final approval by the Purchasing Officer. Our sponsoring agency provides many of our in-kind resources including office and meeting space, vehicle, and maintenance, copy and fax machines, computer equipment, staff payroll processing, and payment of a portion of employee fringe benefits. Through the Division of Senior Services, we receive in-kind contributions such as transportation services, lunches, and breakfasts for free or a suggested donation, health clinics provided by medical professionals, free financial and consumer counseling, and loans of durable medical equipment. We also reach out to community members and businesses for in-kind support and gift donations.

Staff is well versed in computer software including Word, Excel, Access, Publisher, and Munis Financial. Our access to the City's financial system enables us to verify and track information relevant to program operations. Additional funding requests are submitted as required to local and state agencies in efforts to continually sustain and expand our program to best serve our community. Staff members participate in local public hearings, town meetings, City Finance Committee and City Council meetings, to learn what resources are available.

Three staff members are directly involved in our program, but only two are budgeted through the RSVP program. Mona Baca was hired in April of 2022 as the new RSVP Administrator. Erika Cuellar is the full-time Program Coordinator. The Financial Analyst for the Division of Senior Services (including the volunteer programs) is Brittany Gurule. Her salary is funded through the City's Finance Department, with general funds.

Staff duties are clearly defined. The Program Administrator, with input from the Program manager, Program Coordinator and Advisory Council when appropriate, is responsible for program design and outreach, including the development of newsletters, presentations, meetings, and interviews; program compliance and budgeting decisions and oversight; working with the Fiscal Liaison and other staff; program infrastructure including handbooks, policies and procedures; writing all grant requests and reports; completing AmeriCorps reports; and developing/maintaining relationships with volunteer stations and other community organizations. The Program Coordinator is responsible for maintaining the Volunteer Reporter database and volunteer files, sending birthday cards and volunteer welcome packets, collecting and reporting information for quarterly state reports, and entering purchase orders for needed supplies, services, or items. Both staff members are responsible for working with volunteers, organizing, and implementing volunteer recognition

events and meetings, and representing RSVP to community members. The Financial Analyst is responsible for tracking the budget in the City's system, creating monthly state and federal fiscal reports, and approving and processing budget adjustment requests. When there is a vacancy in RSVP staff positions, the job is posted through the City of Santa Fe Human Resources Department. A list of the applicants meeting the required criteria is submitted to the direct supervisor of the open position and the interview is conducted designated program staff and/or sponsor staff; all interview questions are approved by the HR Department.

Additional local input is provided by the Senior Volunteer Programs (SVP) Advisory Council, which underwent a change in 2016 from only focusing on RSVP to now including FGP and SCP in the advice it provides. The Advisory Council currently consists of 10 ~~racially and culturally diverse~~representative community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our programs. The Advisory Council is under the purview of the Senior Services Board of Directors, also comprised of local community members.

The City of Santa Fe maintains comprehensive Personnel Rules and Regulations that include a clear and detailed travel policy. The city also has an agreement with the American Federation of State, County and Municipal Employees (AFSCME) Union.  Both entities routinely review and update rules, regulations, policies, and procedures to ensure accuracy and effectiveness. These documents are publicly available and are accepted by all grant sources that fund City of Santa Fe programs. The City of Santa Fe's budget review process is viewed as an opportunity for evaluation of program efficiency and staffing needs and there is a Performance Assessment and Development Plan for each staff member.  Individual staff members conduct the evaluation process with their supervisor, review job requirements, and plan for individual development and goals.

RSVP office and fiscal staff participate in appropriate conferences, training workshops and conference calls, including those conducted by AmeriCorps and Community Service and the New Mexico Aging and Long-Term Services Department. RSVP staff attends all relevant regional and local workshops and conferences which include mandated AmeriCorps training. When funding permits, RSVP staff may travel out-of-state to attend AmeriCorps-approved conferences. The city provides mandatory staff training in the fiscal computer system, operating a city vehicle, and first aid/CPR~~."~~

## "Other" Section

~~Describe your organization's DEIA goals and demonstrate what progress has been made toward achieving them?~~

~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe already has a large culturally diverse population.~~

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

* In what ways could your organization utilize training and technical assistance, and other resources related to DEIA?

Include topics related to DEIA at monthly share meetings. Ask other programs to share what their goals are and what progress has been achieved.

EVALUATION

The RSVP program volunteers are issued quarterly calendars that they can fill out with their volunteer hours and mileage in order to receive mileage reimbursement. We also have a RSVP website for volunteers who want to enter their hours and mileage reimbursement request online. Some volunteers email their hours and mileage reimbursement to the Program Coordinator or Program Administrator. Our Program Coordinator checks all forms of submission for accuracy in hours and maps out mileage requests confirming the number of miles for reimbursement and prepares a quarterly spreadsheet for payment to each volunteer. We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

* Describe any challenges your organization is experiencing with recruitment and/or retention of volunteer. Include any relevant information with regard to influencing factors (e.g., Covid-19, inflation, stipend, school protocols), and how AmeriCorps can assist your project in meeting those challenges?

Our current largest challenges are the following. 1) The amount of administrative effort it takes to have our grant on a 9-month cycle for the first year and 2) Our grant cycle being on a different fiscal year than the City and State Government. Our previous Portfolio Manager and the City of Santa Fe worked tirelessly to align the RSVP Program with the City and State's fiscal year. We always submitted our FGP, SCP, and RSVP grants to governing body for approval at the same time. We will now have to submit the RSVP NOFA separately. In

addition, our financial analyst will have due dates that vary between the three volunteer programs and will have to be diligent in her financial budget/reporting for the federal, state, and city government.

## Program Management

RSVP Santa Fe manages volunteer stations using various methods to ensure compliance with program policies and to protect volunteers, including a Memorandum of Understanding (MOU), assignment descriptions, site visits and communication, program evaluations, and volunteer satisfaction surveys. All volunteer stations are first required to complete a Memorandum of Understanding (MOU) upon forming a partnership with RSVP and every three years thereafter. This agreement, signed by the RSVP Administrator and the designated station/site supervisor, outlines the role of each party, and sets out provisions to support and protect the volunteer. The MOU clearly outlines AmeriCorps-prohibited activities (which are also spelled out in the RSVP Volunteer Handbook).  MOU compliance is monitored through annual meetings with volunteer site coordinators, surprise visits to volunteer stations and volunteer reports. Any concerns or questions are addressed in a meeting between both parties. RSVP staff works with volunteer station staff to provide volunteers with a clear understanding of their role and to ensure that volunteers are performing their assigned service activities; this includes updating the assignment description as necessary. Updates are made when volunteer roles change but remain in compliance of the program goals and policies. If a volunteer station assigns duties outside the scope of allowable activities, those volunteer hours are not counted as RSVP service. Continued disregard of our prohibited activities policy can result in volunteer relocation and a suspension and/or termination of partnership. The RSVP Administrator serves at many volunteer stations outside of business hours to develop a better understanding of the required duties, which helps her recruit appropriately, become better acquainted with volunteers, and more familiar with station requirements and operations; it also helps to build a positive rapport with the volunteer station staff. Periodic site visits are conducted as well as emails and phone calls to learn the latest needs of the stations and to ensure the appropriateness of volunteer assignments. The Advisory Council also conducts a program evaluation at least once during the three-year grant period, in which they visit at least four stations, meet with site supervisors, other staff members, and even volunteers in an effort to understand the stations needs and expectations of RSVP.

Volunteer and station information is tracked through use of the Volunteer Reporter database, which stores data needed for program reports, including tracking volunteer assignments, number of volunteers, station information, volunteer hours, and demographics. We have a strict confidentiality policy in which we do not share personal information with those outside of RSVP/Sponsor staff unless authorized by said volunteer. We also believe it is important to maintain transparency and public awareness of our program and services; therefore, all Advisory Council meetings are subject to the Public Meetings Act. All grant and program information are made accessible in the RSVP office and available upon request. RSVP staff members attend local public hearings, town meetings, and City Finance Committee and City Council meetings, to be current on community issues, barriers, and resources and to answer program questions. We respond to changing community needs, whether they come from volunteers, other seniors, or other community members.

As documented in site monitoring visits conducted by both our federal and state funders over the past 33 years, RSVP Santa Fe has successfully complied with all city state and federal regulations and never been cited with a major program infraction. We have a diverse andan active Advisory

Council that meets bimonthly to guide the program, and more frequently as needed for special needs or events. The RSVP Program Administrator maintains communication with stations and outside agencies.  The RSVP Program Coordinator maintains volunteer records, which contain volunteer enrollment forms, copies of driver's license or alternate photo identification as proof of age, proof of insurance if a driver, and verification that the volunteer is not listed on the National Sex Offender Registry Website, a criminal background check if required, volunteer assignment description, and signed volunteer hours reports.  We budget for 7 background checks ($27.25 each Fieldprint-$27.75 and for volunteers that assist children or seniors one on one.  As recommended by AmeriCorps Seniors, we have phased into utilizing the background check providers approved and relied upon for comprehensive and accurate data.  Internal policy states that volunteers are not placed at their volunteer station until all mandated background checks have been cleared and adjudicated.

## Recruitment and Development

RSVP Santa Fe has a solid history of offering high-quality assignments that provide volunteers with opportunities to share their experience and skills, while effectively addressing community needs. Our RSVP works with about 50 non-profits, health care agencies, senior centers, and governmental agencies, all of which utilize volunteers to address community needs that have been identified by the organizations themselves or by regional or national studies.  Upon development of a new volunteer station, the RSVP Administrator meets with their volunteer coordinator.  RSVP provides an overview of our program and learns the station's mission, volunteer needs and policies. This helps ensure a mutual understanding, so our volunteers receive relevant and adequate materials and information to perform their assignments effectively in a safe and supportive environment.

RSVP staff conducts introductory conversations with potential volunteers to determine if they have any special interests that would enhance a particular volunteer stations objective, or if they would like assistance in identifying an appropriate volunteer assignment. With the information they provide, we can place them in a suitable workstation. Upon enrollment in the RSVP program, staff orients them on our program policies, procedures and benefits and provides them with a Volunteer Handbook and a written description of their volunteer assignment.

Each volunteer station has a volunteer coordinator who is responsible for assignment-specific orientation, training, support, and oversight, as well as providing volunteers with materials needed for their work.  Upon placement, volunteers receive training from that coordinator prior to volunteering.  Training takes place in a meeting/classroom, or where the volunteer activity will be conducted.

Volunteers receive ongoing training and education throughout their AmeriCorps Senior membership. We host meet-and-greets to educate volunteers about AmeriCorps and help them better understand their roles as volunteers, provide updated program information, and highlight new volunteer opportunities. We offer our volunteers emergency preparedness events, free legal clinics, and an annual health and resource fair. Annually we offer transportation, registration, and lunch fees to volunteers to attend the two-day New Mexico Conference on Aging.  We also reimburse volunteers who take the AARP Driver Safety Course in person or online.  The City of Santa Fe also sponsors a Senior Companion Program and a Foster Grandparent Program, which host monthly volunteer training to which RSVP volunteers are invited.  Topics include medical insurance, health and nutrition, disease prevention, emergency planning for homebound or disabled individuals, nutrition, the detection of elder abuse, military veterans' benefits, and tutoring

tips etc. These trainings provide additional tools for RSVP volunteers providing companionship, transportation, tutoring and some food services.

According to the U.S. Census 2022 QuickFacts estimates, the largest racial/ethnic groups in Santa Fe County are Hispanic (50.5%), White Non-Hispanic (43.3%) and American Indian (4.4%), followed by Asian (1.6%) and Black (1.3%). The RSVP Santa Fe group reflects these demographics with 38% self-identifying as Hispanic and 61% as non-Hispanic. Staff members speak basic Spanish, some program materials are available in Spanish, and several of our volunteer opportunities are targeted at bilingual or Spanish-speaking volunteers.  Also, according to the U.S. Census 2022 QuickFacts, in Santa Fe County, 51.2% of residents are female.  In our RSVP program, 67% are female.

Currently, the staff is working to diversify the volunteer corps even more.

We are collaborating with the local Vet Counseling Center to increase our numbers of volunteers with military backgrounds.  The RSVP office posts Safe Space signs so that volunteers know they may come out as LGBTQ without repercussions and that staff will assist them in locating supportive volunteer workstations.  Our enrollment form specifically asks whether a new volunteer wants or needs special accommodation due to a physical disability, and we know which workstations are appropriate for volunteers with which special needs.

Successful outreach efforts are varied.  The Senior Scene newsletter, a 20-page monthly publication produced by the RSVP Administrator, includes RSVP recruitment and information pages.  We distribute 3,600 copies throughout the Santa Fe area and post it on the City of Santa Fe website www.santafenm.gov.  We create flyers and signage for bulletin boards at senior centers, senior community housing areas, faith-based groups, schools, and churches.  On our website, (www.rsvpsantafe.org) volunteers can learn about our program, enroll, and submit their hours worked reports.  We host informational booths at community events and conferences.  We maintain the City of Santa Fe RSVP and Division of Senior Services and Facebook pages.  RSVP program information is included in the Santa Fe Family Caregiver Resource Guide (annual circulation 15,000).  Staff participate in radio interviews.  We submit recruitment articles in the volunteer newsletters of our existing volunteer stations.  Word-of-mouth from current volunteers and Advisory Council members bring us many referrals.  We created a huge, freestanding AmeriCorps Seniors banner, which we put on the sidewalk each time we have an event.

RSVP shows appreciation to volunteers through recognition events and gifts. We frequently express our gratitude by mail, email, Facebook, phone calls and in person. We host a volunteer recognition luncheon each spring featuring a meal, table favors, donated door prizes, entertainment, and appreciation expressed to volunteers by program staff and by local government officials.  This used to be our most popular event, but as Baby Boomers have aged into our program, they have requested more of the educational opportunities, useful gifts, and mileage reimbursement as recognition.  We send birthday cards and distribute recognition gifts throughout the year.  We anticipate hosting two recognition events per year.  We provide mileage reimbursement to volunteers, in response to their requests for funds to offset gasoline costs while volunteering.

An important element of volunteer satisfaction is working in a capacity one finds fulfilling. Frequent communication with volunteers and their stations ensures that volunteers are in appropriate jobs and receive the support and appreciation they deserve. We send out annual volunteer satisfaction surveys asking what they appreciate about our program, what we could be doing differently, what kinds of recognition they would like and how we can best support them. Their answers guide our program choices in the following year, so volunteers are aware that we

value their input.   Many volunteers have reported that the mileage reimbursement has been the main recognition effort that leads to their retention as RSVP members, aside from the satisfaction of the jobs they do.

## Strengthening Communities

The Santa Fe Retired Senior Volunteer Program (RSVP Program recruits and supports volunteers to meet community needs throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. This includes 29 communities and 5 Native American pueblos.   According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 154,823, of which 25.3% were age 65 and older, representing just over 39,000 people, making a significant percentage of the area's population of senior citizens.  These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

RSVP Santa Fe aims to assist those individuals in need and promote healthy independent lifestyles by addressing loneliness, resources and access to care, and food insecurity; this is why the primary focus of our program is Healthy Futures. Within this focus area volunteers will provide a variety of services under the Aging in Place and Obesity and Food objectives to meet identified, specific community needs in our geographic service area.

Isolation and transportation are inexorably linked for seniors. Isolation is an increasing problem in the aging population. Many senior citizens experience a decline in activities they were once able to do without issue, such as driving, running errands, and completing home tasks. This can result in feeling cut off, helpless and alone which can pose a serious danger to their mental and physical health. According to a study by the Journal of American Medicine Association, an estimated two million senior Americans, defined as those leaving home once a week or less, live in the community in the USA, nearly 1.5 times the total nursing home population. Homebound incidence is increasing following efforts to transition from institutional to community-based care. Older adults now have a higher risk of becoming homebound than entering a nursing home, but little is known about the healthcare utilization and spending of this growing population. Homebound older adults ~~are a diverse population~~represent the community, with Hispanic and Black non-Hispanic individuals experiencing higher rates of being homebound compared to White non-Hispanic individuals, especially during the COVID-19 pandemic. Homebound adults have complex social and medical needs and experience high levels of dementia, chronic illness,

and symptom burden. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug and alcohol abuse, cognitive difficulties, depression, physical health problems, and death. A study done by researchers at the University of California, San Francisco found that lonely seniors are at a greater risk of decline in their mental and physical health and die faster (www.agingcare.com). With the COVID epidemic close behind us, seniors are still remaining cautious and are choosing to remain home as much as possible to avoid transmission. Transportation is another major challenge for many seniors in New Mexico. Poor health, vision problems, reaction times, and affordability can affect a senior's ability to get behind the wheel. A large portion of Santa Fe County is rural with narrow dirt roads or else multi-lane, heavily-trafficked roads that challenge even the most alert and skillful of drivers. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and abilities necessary to safely drive (National Caregivers Library, "Transportation and the Elderly," retrieved from www.caregiverslibrary.org). If seniors do give up driving, the City of Santa Fe's bus system and the transportation services offered through the Division of Senior Services have a limited service area and service hours, and can be logistically difficult for anyone with a specific appointment or a mobility issue.

RSVP volunteers will provide transportation and companionship services to elderly and/or disabled individuals to help them maintain a healthy lifestyle, keep them living in their home (avoiding institutionalization), and increase social ties and support through interactions and activities. Transportation assistance may be to medical appointments, social activities, grocery shopping or other errands and appointments as necessary. Companionship may be provided through visits in the home, a senior center, or rehab/care facility. Senior centers offer independence and encourage older adults to stay active through fitness programs, educational workshops and social activities ultimately promoting socialization which is needed to maintain a good quality of life. Volunteers within senior centers will accompany their companion to an activity or social event, while others may facilitate fitness and nutrition classes, computer classes, arts and crafts, and music to engage other seniors and provide a sense of social support, community connection, and cognitive and physical stimulation. The total number of individuals receiving transportation and companionship assistance during the reporting period will be measured through volunteer time sheets and activity sign-in sheets. RSVP staff will either distribute a survey or conduct it over the phone, to individuals receiving transportation and companionship services to determine the number of clients reporting an increase in social ties or improved capacity for independent living due to our volunteer services.

Hunger among seniors is disturbingly prevalent in New Mexico. Research done by Feeding America estimates the food insecurity rate in Santa Fe County to be 12.6% with 68% of the

population falling below the SNAP threshold of 165% of FPL. Another 2018 study [the Faces of Hunger in New Mexico] done by Feeding America, in partnership with the New Mexico Association of Food Banks, looked at the number of people seeking emergency food assistance. This study found that 29% of those served by food banks in New Mexico are seniors and 16% are grandparents raising grandchildren. It also found that 61% of hungry households have to choose between paying utilities and buying food. According to the New Mexico Roadrunner Food Bank, "seniors are among the most physically vulnerable to hunger. With age come unique nutritional needs and medical conditions. Hunger and the lack of access to nutritious food compromise their health. Hunger deteriorates their mental and physical wellbeing. Chronic illnesses worsen with hunger and leave seniors at risk of increased long term care needs and hospitalization." Many seniors lack access to and education about affordable nutritious foods, which can compromise their health and well-being, leaving them at risk for long-term health issues. So, despite hunger remaining an issue, obesity and other health problems are caused by lack of nutrition education and fitness, lack of accessibility to nutritious food, including high costs, and low costs of convenient unhealthy food. These can lead to lasting effects on nutrition and health, placing seniors at a higher risk for disease and other health complications.

RSVP volunteers at Kitchen Angels will cook, package, and deliver fresh meals to elderly and/or disabled individuals in their homes. Other volunteers will deliver ECHO commodities to seniors who cannot pick up the food themselves or do not have anyone to do so. The brief volunteer visits will also serve as wellness checks on these homebound individuals who do not come into contact with many people. The total number of individuals receiving home-delivered meals during the reporting period will be measured through a client tracking database. Once a year Kitchen Angels staff will distribute surveys to individuals receiving home-delivered meals to determine the number of clients reporting an increase in social ties/support and improved nutrition due to the volunteer services.

Additional RSVP volunteers will serve at a food bank (Food Depot), food pantry (Bienvenidos Outreach), soup kitchens (St. John's, San Martin de Porres, Guadalupe Soup Kitchen) and a food distribution program (ECHO commodities) that distribute emergency food and offer food support, services, nutrition education and/or referrals to alleviate long-term hunger. Volunteers may unload, sort, package, and distribute food; assist clients with paperwork to receive food and provide tips on nutrition and/or recipes; cook hot meals, prepare lunch bags. Some stations track the number of food bags distributed. A survey will be distributed to food recipients once during the reporting period to determine the percent of individuals who report an increase in food security.

Issues that affect seniors are the primary focus of our program, and are the areas we measure; however, other issues exist within our community, which have an effect on all ages, and other volunteers will address some of those through their service. The 2022 Nation's Report Card by the National Assessment of Educational Progress, states that only 19% of New Mexico fourth-graders are proficient in math and just 21% are proficient in reading. The Education Week's Quality Counts gave New Mexico a D in its 2021 annual state report card, which ranked the state as 51st in the nation for educational achievement.

RSVP volunteers within other community priorities will work to address these gaps in literacy and math. Volunteers with Literacy Volunteers of Santa Fe will provide tutoring to individuals in Basic Literacy and/or English as a Second Language (ESL). The goal of this tutoring is to teach individuals how to read and write or speak English so they have a better understanding and more job opportunities. RSVP volunteers will also serve as tutors and mentors within Santa Fe Public Schools and school readiness programs, with children identified as needing more one-on-one attention and support. Tutoring program coordinators will share progress and success stories with RSVP.

We will ensure that our project engages a ~~diverse and inclusive~~representative group by recruiting volunteers of all backgrounds, various interests, education, and skill set. Throughout the year we attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these in different locations of the City in order to recruit a ~~diverse~~large group of volunteers.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities ~~which includes inclusivity, equity, processes, and outcomes.~~at the Senior Centers. By having a ~~diverse~~representative group of advisory members, it enables us to clearly make decisions with various perspectives ~~on equity.~~

.

RSVP Volunteers serve a wide range of volunteer stations which include low to high class communities. We have volunteer stations that include, but are not limited to shelters, soup kitchens, hospice, auxiliary, commodities, libraries, environmental programs, veteran's services, Spanish colonial museum, and arts & culture.

Definitions of ~~Diversity, Equity, Inclusion, and~~ Accessibility

~~Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all community groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity.~~

~~Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups.~~

~~Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work. An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization.~~

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.

___Post-COVID19 Note: Many volunteers were feeling isolated and are now volunteering. This is good for their social, mental, and physical wellbeing. _We have seen an influx in new volunteers. More volunteers feel more comfortable, and they are getting out more. Therefore, we have seen an increase in volunteer participation.

## FGP Grant

- Previous APP ID: 24SF263957
- Amendment APP ID: 24SF274548
- Changes Made (please list)

## "Other" Section

RECOGNITION

Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.


COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.

The COVID 19 pandemic has undoubtedly had a negative impact on child wellbeing in the United States. Since our Foster Grandparents have safely returned to service, our volunteers have provided the much-needed support to students who have fallen behind. According to the New Mexico Legislative Finance Committee report, the minimum projected educational time lost starts at 4 months with a maximum projection of 12 months. New Mexico is enduring difficult times and without the assistance from state and federal governments, many of our children will suffer setbacks that will take years to recover. As we continue to see our Covid-19 rates decrease we anticipate that new and existing volunteers will resume and or start serving with confidence and renewed enthusiasm.


EVALUATION

The FGP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they attend school. These timesheets are verified by school staff and submitted bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends. We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

~~DEIA~~

~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe already has a large culturally diverse population.~~

We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them

about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.

~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask~~We ask for feedback from other programs to share what their goals are and what progress has been achieved.


CHALLENGES

Our main challenge is recruiting new Foster Grandparents who fall under the poverty guidelines. Another challenge is loss of current Foster Grandparents due to health issues and pre-existing injuries. If AmeriCorps increased the poverty guidelines by a minimal percentage that would assist us in recruiting new Foster Grandparents.


FY 24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023. Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024. Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 14 VSY's we have budgeted for 18 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 6 new volunteers. We recently recruited a volunteer who will be serving 8 hours/week. We were able to place one volunteer in PMS La Communidad Head start this school year and our newest FGP will be placed there as well.

We have two MOU's - one with Santa Fe Public Schools and one with Presbyterian Medical Services. Our volunteers currently serve at 9 different Santa Fe Public schools and one head start program.

~~DEIA - Describe your organizations' DEIA goals and demonstrate what progress has been made toward achieving them?~~

~~The City of Santa Fe Senior Services Division is following the Office for Equity and Inclusion and implementing plans, and programs to meet the diverse needs of the Santa Fe community. Our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, inclusion and accessibility to all. Last year the City of Santa Fe provided a Diversity, Equity and Inclusion training for all City employees. Additionally, we are very fortunate that the City of Santa Fe already has a large culturally diverse population.~~

~~In what ways could your organization utilize training, technical assistance, and other resources related to DEIA?~~

The city wishes to collaborate with community partners to build outreach and education opportunities to promote public safety and quality of life as well as human rights. ~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our challenges have been in the recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected our senior volunteers, and many of them still feel safest staying in their home. Many of our volunteers have been ill and have missed days of volunteering. Two of our Foster Grandparents have recently passed away and one moved out of state. Several have reduced their service hours. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing and libraries and attend community events to spread the word. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.


FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps. We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

## Strengthening Communities Section

The Foster Grandparent Program (FGP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of April 2021 was 155,201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens. These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs.

The communities in our service area range from a small city, ~~many culturally diverse~~ rural towns and Native American pueblos where poverty is prevalent and extend to small housing developments and gated communities where wealthy seniors come to retire. The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid. Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses. Our rural areas are the majority of Santa Fe County and house many farmers and craftspeople. Although an appealing place to live, there is still disparity and need in the area. The median household income in 2021 was estimated at $61,200; however at least 12.4% of Santa Fe County residents remain in poverty. According to the statewide numbers for 2021, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%. Although our primary areas of volunteer placement continue to be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe for both recruitment and volunteer placement.

About three in ten New Mexico children live in poverty, 26% of children in New Mexico compared to 17% nationwide. More than three in four kids are not learning reading and math as they should and nearly three in ten do not graduate from high school on time, according to the annual New Mexico Kids Count Data Book. In 2022 New Mexico ranked 50th among states for overall child well-being, 49th in education and 49th in economic well-being. Unfortunately, New Mexico also ranks 49th in family and community, which ranks the number of children who live in nurturing families and are part of supportive communities that have better social and learning outcomes. According to the national Education Week magazine, students in public schools in New Mexico have the poorest chance for success among students nationwide because of factors such as the state's high poverty rate and because students are failing to meet learning goals in reading and math and the low graduation rate.

According to the New Mexico Kids Count 2022 Profile, 76% of New Mexico fourth graders are not proficient in reading, making New Mexico scoring the worst amongst other states. This is worse than the 66% U.S. average and those results put New Mexico among 18 states that score below the national average. Only 33% of SFPS Schools met 3rd through 8th grade English language arts expectations. For the third year in a row, in 2018, more than half of Santa Fe's public schools received D's or F's in statewide rating. Of the district's 29 public educational facilities, eight received an F, eight earned a D, four scored a C, five got a B and four received an A. Following the disappointing grades earned, we are able to gain a better understanding of what is happening in our district and continue to reach out to these schools and offer our assistance.

Our program currently has a total of 13 volunteers. Approximately 12 volunteers will be paired with teacher identified children with special and/or exceptional needs, grades kindergarten through third grade, in the Santa Fe Public School system. The goal is to provide approximately 40 students with one-on-one mentoring and tutoring in the areas of reading, math and assistance with some language barriers. Children who receive tutoring services will be tracked via a Care Plan, and results will be reported once toward the end of the school year by the volunteer station to track progress and report on National Performance Measures. The goal of the mentoring/tutoring is to provide students with the needed attention to help them reach proper grade levels, learn to read and write

or speak English so that they have better opportunities of success when they move on to the next grade level. One hundred percent of the FGP volunteers will be assigned to outcome-based measurements.

The foundation of an early head start, and subsequent lifelong developmental potential are necessary in a child's early years. High quality Head Start and proficiency in reading by the end of third grade is crucial in a child's overall development. Children who do not have a solid, early educational foundation are more likely to drop out of school and subsequently reduce a person's earning potential and chances for career success as adults. In Santa Fe County, hundreds of children participate in the federally funded Head Start Programs, sponsored by Presbyterian Medical Services. These Head Starts are for children living at or below the federal poverty threshold. In addition to providing a high-quality educational foundation for children, these programs also help parents to reach their own personal, educational, and employment goals.

Prior to the pandemic, three Foster Grandparents were assigned to teacher identified children (approximately 7 children) up through the age of kindergarten, who are enrolled in early childhood education programs and who come from low-income families and/or have learning, cognitive or developmental disabilities. According to Federal Head Start Performance Standards, all Head Starts are required to complete developmental screenings to identify children who may be in need of disability services. Santa Fe Head Start staff use the Early Screening Inventory Development test which identifies children needing extra assistance with specific delays and/or disabilities. Without intervention the identified children will not acquire the skills necessary to be successful in school. A current MOU is still in place with PMS even though it is not an active volunteer station. We will continue to communicate with the head start programs and place the volunteers once PMS deems it safe to do so.

Ideally, all children would enter kindergarten with the skills and behaviors necessary for a smooth transition from home to school. Unfortunately, for many American children early school success is not a reality. Environmental and developmental risks such as inconsistent parenting, complications during pregnancy/birth and early exposure to poverty often have negative effects on children's social and emotional development and long-term academic achievement. School readiness provided by Foster Grandparents give students the well-documented boost as they go into kindergarten. National Performance Measures are clearly documented to record the number of children demonstrating gain in school readiness in terms of social and/or emotional development. Children who receive the assistance of a Foster Grandparent will be tracked via a Care Plan, and results will be reported two times throughout the school year to track progress and report on National Performance Measures. With the current funding cuts, Head Starts are facing a devastating loss in federal support. Our Foster Grandparents are needed more now than ever to help fill the gaps of helping these children succeed.

FGP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by actively seeking input from our volunteers and volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the FGP program. Additional local input is provided by the

Volunteer Programs Advisory Council. The Advisory Committee consists of 11 racially and culturally diverse community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The Advisory Committee is under the purview of the Senior Services Board of Directors, also comprised of local community members. Advisory Council members provide outside guidance and oversight to the program. They conduct site visits to volunteer stations, conduct interviews with station coordinators and volunteers, and evaluate the relevance of the programs FGP provides. FGP staff members will create measurement tools, compile the survey data, and analyze and report results.

The Santa Fe FGP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty years, the Santa Fe FGP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops.

We will ensure that our project engages ~~a diverse and inclusive group~~community members by recruiting volunteers of all backgrounds, various interests, education, and skill set. Throughout the year we attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these in different locations of the city in order to recruit ~~a diverse group of~~ volunteers.

We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly and has an open discussion about all activities ~~which includes inclusivity, equity, processes, and outcomes.~~taking place at our Senior Center. By having a ~~diverse~~ group of advisory members, it enables us to clearly make decisions with various perspectives on ~~equity.~~ serving our community.

~~Definitions of Diversity, Equity, Inclusion, and Accessibility~~

~~Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all~~serving our community ~~groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity.~~

~~Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups.~~

~~Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work.~~

~~An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization~~.

Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.


## SCP Grant

- Previous APP ID: 24SC263842
- Amendment APP ID: 24SC274546
- Changes Made (please list)

### "Other" Section

RECOGNITION

Although our program is budgeted for 18 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we recruit new volunteers and therefore budget at a higher number to accommodate those volunteers.

EVALUATION

The SCP program volunteers are issued weekly timesheets where they indicate the days, hours, miles, that they assist their assigned clients and submit them bi-weekly to the Volunteer Program Manager who checks them for accuracy before preparing the spreadsheets needed to disburse stipends.  We also have The Volunteer Reporter Database to input hours served by each volunteer for a higher quality performance measurement data.

COVID-19

The New Mexico Department of Health has reported a total of 666,445 statewide cases of Covid-19 and 9,014 deaths. Santa Fe County accounts for 40,310 cases and 396 deaths. Vaccination efforts in New Mexico have been recently rated one of the top states in the Nation. Over 3.7 million vaccinations have been administered to New Mexicans and the Department of Health continues to make vaccinations to seniors a priority.~~-~~

~~DEIA~~

~~Overall, our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, and inclusion. The City of Santa Fe recently provided a Diversity, Equity and Inclusion training for all City employees. We are fortunate that the City of Santa Fe~~

~~already has a large culturally diverse population.~~

~~We continue to increase our presence at local community events in various City locations and educate others across all demographics about our AmeriCorps Seniors Volunteer Programs. We currently attend/share our volunteer program information with our City of Santa Fe Community Engagement Department on a weekly basis. The weekly meetings include a diverse group of individuals from various City Departments. This has been beneficial not only for us educate them about our program but to learn from others about their events/programs as well. The community engagement department is assisting us in expanding our reach by promoting the Senior Services Volunteer Programs through new various informational outlets.~~

~~Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings.  Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our main challenge is finding clients that need respite care. Our main resource in finding respite care clients for our Senior Companion volunteers was our In-Home Support Services program. We anticipate that the program will resume in April after being on hold due to the pandemic. This will increase our awareness and lead us to a broader range of seniors who are seeking this type of service.

FY24 PROGRAMMATIC UPDATES

Volunteer Program Manager, Theresa Trujillo began June 12, 2023; Division of Senior Services Director, Manuel Sanchez began June 12, 2023; Project Administrator Roberta Armijo began September 4, 2023; Financial Analyst Brittany Gurule took over financial grant reports on June 30, 2024. Sandra Duran still assisted as needed but left the City of Santa Fe in early October 2023.  Accounting Officer, Cheryl James left the City of Santa Fe in late January 2024.  Accounting Officer Matt Bonifer is currently assisting as Grant Manager until a replacement is hired.

FY24 Although our program is budgeted for 22 VSY's we have budgeted for 26 volunteers in these line items due to the turnaround in the number of our volunteers (due to health and death); we aim to recruit 4 new volunteers.

~~DEIA - Describe your organizations' DEIA goals and demonstrate what progress has been made toward achieving them?~~

~~The City of Santa Fe Senior Services Division is following the Office for Equity and Inclusion and~~

~~implementing plans, and programs to meet the diverse needs of the Santa Fe community. Our goals are to continue to educate ourselves with the knowledge of providing equal access to opportunities in diversity, equity, inclusion and accessibility to all. Last year the City of Santa Fe provided a Diversity, Equity and Inclusion training for all City employees. Additionally, we are very fortunate that the City of Santa Fe already has a large culturally diverse population.~~

~~In what ways could your organization utilize training, technical assistance, and other resources related to DEIA?~~

~~The city wishes to collaborate with community partners to build outreach and education opportunities to promote public safety and quality of life as well as human rights. Our organization could utilize training and technical assistance, and other resources related to DEIA by including topics related to DEIA at monthly share meetings. Ask for feedback from other programs to share what their goals are and what progress has been achieved.~~

CHALLENGES

Our challenges have been in recruitment of new volunteers who want to be Foster Grandparents or Senior Companions. COVID 19 affected all sectors of the economy, and many seniors feel safest in their home. Many of our volunteers have been ill and have had to miss days of volunteering. Two of our Senior Companions have taken a leave of absence to care for their loved ones or their own health issues with another needing to take some time off to care for herself, one recently passed away and one moved out of state. We continue to advertise in our monthly Senior Scene Magazine, on Santa Fe Public School newsletter, at PMS Head start locations as well as word of mouth. We will continue to post flyers at low-income senior housing, libraries, and other apartment complexes as well. Volunteers are very grateful for the AmeriCorps stipend and mileage reimbursement, as well as uniforms and recognition gifts and events.

FRAUD, WASTE and ABUSE PLAN

In case of any instances of Fraud, Waste, or Abuse, we are obligated to report it to the Office of Inspector General (OIG) and comply with the City of Santa Fe's policy on fraud, waste, and abuse. The City of Santa Fe's Administrative Manual includes a "City Fraud Prevention Policy" which is applicable to all City officials and employees. Additionally, we have AmeriCorps Policies and Procedures Policy Number 102 Revision Number 4 which outlines what should be reported to the OIG and AmeriCorps. We have access to LITMOS and we will ensure that staff view and complete the Fraud, Waste and Abuse training. All City of Santa Fe accounting and reporting functions are performed on the City's Munis Financial System. This system is web-based and accessible to all employees. The City of Santa Fe requires that employees utilizing the Munis Financial System adhere to the three-way match process meaning that each staff can only be assigned one function of the financial process. This allows for better control and transparency.

## Strengthening Communities

The Senior Companion Program (SCP) recruits, supports and coordinates volunteers throughout the 1,911 square mile area that comprises Santa Fe County in Northern New Mexico. According to the U.S. Census Bureau, the estimated population of Santa Fe County as of July 2021 was 155, 201, of which 26.6% were age 65 and older, representing just over 40,000 people, making a significant percentage of the area's population of senior citizens. These numbers are only expected to increase in the coming years as a new and larger generation ages. The Administration on Aging (AoA) predicts that by 2060 there will be about 98 million older persons in the United States, which is more than twice what the senior population was in 2014. This is why our volunteer programs continue to be critical in keeping our senior volunteers active, engaged and assisting in meeting vital community needs. The communities in our service area range from a small city, many culturally ~~diverse~~heterogenous rural towns and Native American pueblos where poverty is prevalent~~,~~ and extend to small housing developments and gated communities where wealthy seniors come to retire. The majority of the population in the county lives from paycheck to paycheck or relies entirely on income support services such as Social Security, Supplemental Nutrition Assistance Program, and Medicaid. Santa Fe, the state capital, is slightly larger than 37 square miles and has an estimated 87,000 people, an economy that is based predominantly on government and tourism. Outside of the relatively small City of Santa Fe, many people commute or work in small businesses. Our rural areas are the majority of Santa Fe County which house many farmers and craftspeople. Although an appealing place to live, there is still disparity and need in the area. The median household income in 2019 was estimated at $61,200; however at least 12.4% of Santa Fe County residents remain in poverty. According to the statewide numbers for 2019, 18.2% of the population was surviving below the federal poverty level, much higher than the national average of 12.3%. Although our primary areas of volunteer placement continue to be within the City of Santa Fe, we continue to reach out to the rural areas of the county of Santa Fe to both recruit and for volunteer placement. The primary focus of our Santa Fe Senior Companion Program is aging in Place. Within this area, approximately 18 volunteers will provide services to older adults and individuals with disabilities that include companionship, transportation, assistance with activities of daily living and respite care services. According to Consumer Affairs, 28% of seniors live alone, totaling more than 14.7 million people (5 million men and 9.7 million women). Loneliness and social isolation increase the risk of dementia by 50%. Before the pandemic, 1 in 4 people older than 65~~-~~ experienced social isolation, putting them at greater risk of loneliness, according to the U.S. Centers for Disease Control. The exact number of seniors who feel lonely is difficult to pinpoint, but one study surveyed adults over 60 and found 43% of respondents felt lonely. Additionally, an older adult without children means fewer family members to visit and provide companionship as they age. As people age, social contacts become less frequent due to: retirement, transportation issues, income, death of spouses and/or family and friends or the lack of mobility or physical limitations. Health studies show that homebound or isolated people are often at an increased risk for many problems including drug/alcohol abuse, cognitive difficulties, depression, physical health problems and even death. In conjunction with the City of Santa Fe's In-Home Support Services, our Senior Companion Program continues to play an integral role in providing senior support services to older adults whom have been identified as being lonely, isolated and frail, and whom require assistance to allow them to remain in their own homes as long as possible. Previously, our In-Home Support Services section had a yearlong waiting list for in-home support services and respite care. However, due to Covid-19 our In-home assistance has been temporarily suspended. We continue to see an increasing amount of seniors currently at risk of being socially isolated or lonely; the wait list continues to grow. When possible, the Santa Fe Senior Companion Program will step in and provide services to the older adults in dire need of in-home care, companionship, transportation services and respite care. According to the City of Santa Fe's Four Year Plan public hearing (specifically for

senior programs) held in January 2019, over 200 older adults rated the importance of services in the following order: 1) meals-on-wheels, 2) in- home care, 3) transportation, 4) respite care 5) health promotion and 6) activities. Based on this feedback, the SF SCP continues to play a vital role in helping to meet community needs. Because a large portion of Santa Fe County is rural, many of our senior neighbors are isolated from a senior center and have difficulty accessing transportation, as well as primary and behavioral health services. Transportation support services are particularly crucial in Santa Fe County: the city itself is more than 100 years old and comprised primarily of either (1) narrow, often unpaved winding roads in the older sections of town; or, (2) multi-lane, heavily trafficked roads that challenge the most alert and skillful of drivers. Many roads within rural areas of the County are unpaved and often traverse arroyos, where running water may exceed depths of two to three feet following a rainstorm; during the winter, these roads can be snow covered and treacherous. Roads and automobiles are often not designed for an aging population experiencing diminishing skills and the abilities necessary to safely drive (National Caregivers Library, Transportation and the Elderly, retrieved from www.caregiverslibrary.org). The City of Santa Fe's bus system has a limited service area and is logistically difficult for anyone with a specific appointment or a mobility issue. These factors contribute to the importance of the transportation services our volunteers provide to their assigned clients. In addition to helping to abate the emotional effects of helplessness, isolation and dependence that seniors experience when they are no longer able to drive, our volunteers provide a safe atmosphere of socialization while transporting seniors to medical appointments, places of worship, and on personal errands. Volunteers will be assigned clients and services will be provided based on individual Client Care Plans, with oversight from the City of Santa Fe's In-Home Support program.

Companionship is a critical issue for many of our senior citizens. The study "The Relation of Social Isolation, Loneliness, and Social Support to Disease Outcomes Among the Elderly", published June 2006, (sage.checkm8.com) used random-digit dialing to conduct a telephone interview with 755 senior citizens in New Mexico. The study asked participants to respond to questions pertaining to demographics, social isolation and loneliness, social support, and disease diagnosis [and] allowed for comparison of Caucasian and Hispanic participants. Survey results reported that belongingness support related most consistently to health outcomes. The results also demonstrate the importance of social variables for predicting disease outcomes in the elderly across ethnic groups. SCP volunteers offer companionship to disabled or frail clients age 60 and over that have been assigned to them via a volunteer station, and carefully tracked with timesheets and surveys. The volunteer service activities under Aging in Place will lead to National Performance Measure outputs, which will in turn create National Performance Measure outcomes. We will measure the number of homebound or older adults and individuals with disabilities who report having increased social ties because of the assistance with ADL's, transportation, companionship and other services our SCP volunteers provide. The Santa Fe SCP plan to support data collection and ensure National Performance Measure outputs and outcomes are measured, collected and managed relies predominantly on local input. SCP staff receives substantial community input by participating in alliances and community groups; staffing tables at community events; attending City Council meetings; by inviting the public to our events; and by actively seeking input from our volunteer stations. Volunteer stations, which consist of nonprofit organizations, public government agencies, or proprietary health care facilities where we have a current Memorandum of Understanding (MOU) in place, also provide feedback that helps us guide the SCP program. Additional local input is provided by the Senior Volunteer Programs Advisory Committee (SVPAC). The SVPAC consists of nine racially and culturally diverse community members from our service area, retired and working, who meet bimonthly to help implement new projects and guide our program. The SVPAC is under the purview of the Senior Services Board of Directors, also comprised of local community members. SVPAC members provide outside guidance and oversight to the program. They conduct

annual Project Self-Assessments that include site visits to volunteer stations, interviews with station coordinators and volunteers, and evaluations of the relevance of the programs SCP provides. The Santa Fe SCP program and its sponsor, the City of Santa Fe, have a proven, comprehensive and strong infrastructure. For over twenty-five years, the Santa Fe SCP has been an integral part of an all-encompassing community networking system, mobilizing community resources. We coordinate with outside agencies to locate appropriate services for all seniors, thereby reducing administrative overhead and ensuring maximum funding is available for services. We are able to access City-owned meeting spaces free of charge for volunteer activities. We call upon government and not-for-profit agencies to provide free training to our volunteers. Aside from our volunteer stations, we work with community partners to present information sessions and workshops. We will ensure that our project ~~engages a diverse and inclusive group by recruiting~~<u>recruits</u> volunteers of ~~all~~<u>many</u> backgrounds, various interests, education, and skill set <u>so as to meet the needs of the people they serve</u>. Throughout the years, we have attend expos and fairs at different locations in the City of Santa Fe. We purposely attend these events in different locations of the City in order to recruit a ~~diverse group~~<u>broad range</u> of volunteers. We will ensure that our project serves members of our community by the input of the Senior Volunteer Advisory Committee. The Senior Volunteer Advisory Committee meets bi-monthly ~~and has an open discussion about all activities, which includes inclusivity, equity, processes, and outcomes. By having a diverse group of advisory members, it enables us to clearly make decisions with various perspectives on equity.~~<u>.</u>

Clients/Seniors that are served have various incomes and demographics. Our Senior Companions mainly serve clients that live in low-income senior housing communities. ~~Definitions of Diversity, Equity, Inclusion, and Accessibility Diversity- Practice or quality of including or involving people of different backgrounds ensuring representation of all community groups and racial identities. These differences can be defined as race, ethnicity, age, gender, gender identity, gender expression, sexual orientation, mental or physical abilities, nationality, language, religious beliefs, socioeconomic background and status, learning styles, and education, among other areas of identity. Equity-The principle of equity acknowledges that are populations that have been and are systemically underrepresented and underserved and that fairness regarding these unbalanced conditions is needed to assist equality in the provision of effective opportunities to all groups. Equity is the guarantee of fair treatment, access, opportunity, and advancement in the systems, protocols, practices, and policies that allow everyone to be treated fairly within an organization, while at the same time striving to identify and eliminate barriers that have prevented the full participation of some groups. Inclusion-The act of creating environments in which any individual or group can feel welcomed, respected, supported, and valued to fully participate and bring their full, authentic selves to work. An inclusive and welcoming climate embraces differences and offers respect in the words and actions of all people. This can manifest in the intentional integration of diverse voices and perspectives within organizational conversations. Inclusion is closely tied to the culture of an organization and a sense of belonging for all members of the organization. Accessibility-Provide accessibility and reasonable accommodation to allow persons with disabilities to participate in programs and activities.~~

SAR065

**Van Marel, Sara**

| | |
|---|---|
| **From:** | West |
| **Sent:** | Thursday, March 13, 2025 12:24 PM |
| **To:** | Ia Moua; Robert Nesman; Anthony Chavez |
| **Cc:** | West; Jacqueline Yannacci; Patrick Gianelli; Curtis, Rebecca; Pugh, Lindsey |
| **Subject:** | Executive Order Next Steps |

Thank you for your response to the executive order compliance review process.  AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders. In accordance with the preliminary injunction, no additional action is needed at this time and you may continue with grant activities. Upon the resolution of the preliminary injunction AmeriCorps will follow up with additional instructions.

Thank you,

**Sara Van Marel**

**Acting Senior Portfolio Manager, CA-West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 967-5071

 **AmeriCorps**

Book a Meeting

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

---

**From:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>
**Sent:** Wednesday, February 19, 2025 4:59 PM
**To:** Van Marel, Sara <SVanMarel@americorps.gov>; Pugh, Lindsey <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** [External] RE: [External] RE: Executive Order Compliance- Response Required by February 19th

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Sara and Lindsey,

Thank you for approving our request to extend the deadline for Executive Order compliance submission to 2/26/25.  We'll make every effort to take all necessary action as soon as possible before the extended deadline.

Related to this process, can you please return Formula Prime 24AFICA002 and PHA Prime 23ACICA002—both are in "Awaiting PO Certification" status—so that we can initiate subgrantee amendments as needed to comply with the Executive Order?  As you may recall, the Formula Prime

SAR066

was recently submitted to include the homelessness planning grants.  I believe the PHA Prime may have been opened on your end.

Thank you,
Ia

---

**From:** Van Marel, Sara <SVanMarel@americorps.gov>
**Sent:** Tuesday, February 18, 2025 1:42 PM
**To:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>; LPugh <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** RE: [External] RE: Executive Order Compliance- Response Required by February 19th

Good Afternoon,

Your request for an extension has been approved through 2/26/2025. Due to the time sensitive nature, this is the final deadline and may not be extended further. Per your original letter, if the necessary actions are not taken by this now extended due date, adverse action up to and including termination of awards may begin. Please make every effort to take all necessary action as soon as possible, and before the extended deadline if possible.

Please let me know if you have any questions.

Thank you,

**Sara Van Marel**

**Acting Senior Portfolio Manager, CA-West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 967-5071

 **AmeriCorps**

Book a Meeting

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

---

**From:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>
**Sent:** Tuesday, February 18, 2025 1:39 PM
**To:** Pugh, Lindsey <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** [External] RE: Executive Order Compliance- Response Required by February 19th
**Importance:** High

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsey,

2

California Volunteers is in receipt of the Executive Order Compliance notification dated January 20, 2025.  We're writing to request for an extension to submit California Volunteers' response to next **Wednesday, February 26ᵗʰ**. Based on our review of the required actions and the volume of programs identified, this extension is necessary to allow sufficient time for our agency to implement the necessary review prior to completing certification of subgrantee compliance.

Thank you in advance for your consideration of this request.

Sincerely,
Ia

**Ia Moua**
Director, State and National Service
California Volunteers, Office of the Governor
**e:** ia.moua@cv.ca.gov
**p:** (916) 261-2098
**w:** californiavolunteers.ca.gov

---

**From:** Pugh, Lindsey <LPugh@americorps.gov>
**Sent:** Friday, February 14, 2025 10:31 AM
**To:** Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Ia Moua <Ia.Moua@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>
**Subject:** Executive Order Compliance- Response Required by February 19th
**Importance:** High

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter regarding your AmeriCorps award. Immediate action is required, and you must complete this process and reply all to this email by **February 19, 2025**. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Sincerely,
Lindsey

**Lindsey Pugh**
**Portfolio Manager, West Region**
Office of Regional Operations
AmeriCorps.gov

3

SAR068



SAR069