UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**DECLARATION OF BONNIE JANICKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT** |

I, Bonnie Janicki, declare as follows:

1. I am a Supervisory Grant Award Specialist at the Corporation for National and Community Service, doing business as AmeriCorps, headquartered in Washington, DC. I have served in this position since September 15, 2019. This declaration is based on my personal knowledge and information provided to me in my official capacity by others.

2. AmeriCorps is an independent agency of the U.S. Government whose mission is to improve lives, strengthen communities, and foster civic engagement through service and volunteering. It does so by enlisting members and volunteers to serve in communities across the country and by investing in their volunteer efforts. AmeriCorps offers programs that provide different volunteer opportunities and administers some of these programs through grantmaking, providing federal financial assistance to states and nonprofits to support the placement of AmeriCorps members and AmeriCorps Seniors volunteers in communities.

3. In my role as Supervisory Grant Award Specialist, I oversee processing grant actions in AmeriCorps' electronic grant system, eGrants, and issue Notices of Grant Awards to successful applicants to whom AmeriCorps leadership has decided to award grants.

4. On June 30, 2024, AmeriCorps awarded an AmeriCorps State and National (ASN)

competitive grant 24ACICA002 to California Volunteers, the State Service Commission of California, for $29,098,061 to support service programs throughout the state of California for Fiscal Year 2024. **Att. 1.** The Terms of Acceptance in its Notice of Grant Award state: "By accepting funds under this grant, recipient agrees to comply with" the FY 2024 General Terms and Conditions, Program Terms and Conditions, assurances and certifications, and applicable federal statutes, regulations, and guidelines.

5. The FY 2024 General Grant and Cooperative Agreement Terms and Conditions state in Section II.B., Other Applicable Terms and Conditions, that "[t]he recipient must comply with all other applicable statutes, executive orders, regulations, and policies governing the award..." This requirement has been included in each fiscal year's General Grant and Cooperative Agreement Terms and Conditions since at least 2016.

6. The ASN grant to California Volunteers has a performance period and budget period of July 1, 2024 to June 30, 2027 to reflect that it is a three-year grant, but the Notice of Grant Award provided funds for the approved 2024-2025 programs only. State Commissions must compete annually for the funds for the upcoming Fiscal Year by submitting a continuation application.

7. Upon submission of the grant application in the electronic grants system (eGrants), the duly authorized representative of the applicant certified that the applicant would comply with 2023-2024 Assurances and Certifications including an assurance that the applicant "will comply with all applicable requirements of all other Federal laws, executive orders, regulations, application guidelines, and policies governing this program." As a State Commission, California Volunteers uses its own application process to award subgrants to organizations within California; AmeriCorps does not directly communicate with subgrantees but instead communicates with its grantee State Commission, California Volunteers.

8. Plaintiff City of Santa Fe held three grants for AmeriCorps Seniors programs in February 2025.

    a. On February 28, 2024, AmeriCorps awarded Santa Fe an RSVP continuation grant (23SRDNM003) for $52,500 to carry out the City of Santa Fe's RSVP program in Fiscal Year 2024. **Att. 2.** Santa Fe was awarded a three-year grant in 2023 but must submit a continuation application each year for the following Fiscal Year's funds.

1  Santa Fe's grant has a current Fiscal Year 2024 budget period of April 1, 2024 to
2  March 31, 2026 (because Fiscal Year 2024 is the second year of the three-year grant,
3  the second-year funds can be used until the end of the third grant year but Santa Fe
4  must still submit a continuation application to obtain the third fiscal year of funds).

5    b. On June 21, 2024, AmeriCorps awarded Santa Fe an SCP continuation grant
6  (23SCDNM002) for $2,500 to carry out the Santa Fe's SCP program in Fiscal Year
7  2024.  **Att. 3.**  Santa Fe was awarded a three-year grant in 2023 but must submit a
8  continuation application each year for the following Fiscal Year's funds.  Santa Fe's
9  SCP grant has a current Fiscal Year 2024 budget period of July 1, 2024 to June 30,
10  2026 (because Fiscal Year 2024 is the second year of the three-year grant, the second-
11  year funds can be used until the end of the third grant year but Santa Fe must still
12  submit a continuation application to obtain the third fiscal year of funds).

13    c. On June 27, 2024, AmeriCorps awarded Santa Fe an FGP continuation grant
14  (23SFDNM002) for $62,632 to carry out Santa Fe's FGP program in Fiscal Year
15  2024.  **Att. 4.**  Santa Fe's FGP grant has a current Fiscal Year 2024 budget period of
16  July 1, 2024 to June 30, 2026 (because Fiscal Year 2024 is the second year of the
17  three-year grant, the second-year funds can be used until the end of the third grant
18  year but Santa Fe must still submit a continuation application to obtain the third fiscal
19  year of funds).

20   9.  Upon submission of each of these grant applications in the electronic grants system
21 (eGrants), the duly authorized representative of the City of Santa Fe certified that it would comply with
22 2023-2024 Assurances and Certifications including an assurance that the applicant "will comply with all
23 applicable requirements of all other Federal laws, executive orders, regulations, application guidelines,
24 and policies governing this program."  The Notice of Grant Award for each of these grants include the
25 following statement: "Terms of Acceptance: By accepting funds under this grant, recipient agrees to
26 comply with General Terms and Conditions found at
27 https://americorps.gov/sites.default/files/document/FY2024-General-Terms-Conditions-
28 50820230919.pdf and the Program Terms and Conditions found at [For RSVP grant:

JANICKI DECL.
3:25-CV-02425- EMC        3

1 https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. For SCP and FGP grants: https://americorps.gov/sites/default/files/document/20240502-2024-FGP-SCPProgram-Specific-508TC.pdf]. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines." The FY 2024 General Grant and Cooperative Agreement Terms and Conditions state in Section II.B. that the recipient must comply with executive orders.

10. After President Trump took office on January 20, 2025, AmeriCorps took steps to align its programs and grant funding with the administration's Executive Orders. On February 3, 2025, AmeriCorps Interim Agency Head Jennifer Bastress Tahmasebi sent an electronic message through the GovDelivery messaging platform titled "Important Notice: Executive Order Compliance Update" to all AmeriCorps grantees stating, *inter alia,* that "AmeriCorps is continuing to review all applicable executive orders and corresponding guidance issued by the Office of Management and Budget and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with President Trump's executive orders, related directives, and the Trump-Vance Administration priorities." **Att. 5.**

11. On February 11, 2025, Carly Bruder, who was Acting Chief Program Officer at the time, sent an electronic GovDelivery message titled "Executive Order Compliance Update" to all grantees to notify them that AmeriCorps is continuing to review all applicable executive orders, memoranda and corresponding guidance issued since January 20, 2025 by President Trump, the Office of Management and Budget and the Office of Personnel Management. This message provided advance notice that that the agency's review "may require action" from grantees and provided AmeriCorps' initial guidance on compliance. **Att. 6.**

12. The February 13, 2025 "Executive Order Compliance Instructions" were instructions to all recipients of AmeriCorps grants in effect at that time.

13. On February 14, 2025, Portfolio Manager, West Region, Lindsey Pugh emailed a letter and the Executive Order Compliance Instructions to California Volunteers. **Att. 7.** The letter identified language from California Volunteers' grant that required clarification, stating that it is unclear whether the quoted language indicates that the program is using Federal funds to promote or provide services out

1   of compliance with recent Executive Orders, and requesting California Volunteers to review their
2   application for compliance with the executive orders and take one of the three requested actions based
3   on whether California Volunteers assesses that the award is compliant with the executive orders or is
4   noncompliant within the scope of the approved grant activities.  The letter also attached a spreadsheet
5   identifying potential issues with California Volunteer's subgrantees.  The letter stated that if
6   AmeriCorps does not receive a response by the February 19 deadline, adverse action up to and including
7   termination of awards may begin.

8       14.    On February 14, 2025, Portfolio Manager Maryon Bradshaw emailed letters to the City
9   of Santa Fe identifying language from its RSVP, FGP, and SCP grants that require clarification.  **Att. 8.**
10  The letters state that it is unclear whether the quoted language indicates that the program is using
11  Federal funds to promote or provide services out of compliance with recent Executive Orders, and
12  request the City of Santa Fe to review their application for compliance with the executive orders and
13  take one of three actions based on whether the City of Santa Fe assesses that the award is compliant with
14  the executive orders or is noncompliant within the scope of the approved grant activities. The letters
15  established a February 19 deadline and stated that if AmeriCorps does not receive a response, adverse
16  action up to and including termination of awards may begin.

17      15.    On February 18, 2025, California Volunteers requested an extension of the February 19
18  deadline to February 26.  Acting Senior Portfolio Manager, CA-West Region, Sara Van Marel
19  responded with an approval of an extension through February 26.

20      16.    On February 19, 2025, City of Santa Fe requested a three-week extension on the deadline
21  to submit a response regarding Executive Order Compliance.  David Chene, Senior Portfolio Manager,
22  Mountain Region, responded allowing an extension to February 21.

23      17.    On February 25, 2025, AmeriCorps Regional Administrator, West Region, Amy Dailey,
24  emailed the following to California Volunteers: "AmeriCorps is continuing its review of all current
25  awards to ensure activities using AmeriCorps funding are in alignment with Trump-Vance
26  administration priorities. AmeriCorps is aware of the preliminary injunction related to the two DEI-
27  related executive orders and, in accordance with the preliminary injunction, will not take any action
28  related to award terminations in relation to this review. Please continue with your review of your award,

JANICKI DECL.
3:25-CV-02425- EMC                        5

1  including submitting the self-certification or amendment, as applicable." **Att. 9**

2      18.    On February 26, 2025, California Volunteers submitted its response to the Executive Order Compliance Instructions, including SFUSD's requested amendment to its subgrant. The SFUSD's requested grant amendment would change language in their grants to remove references to equity training, BIPOC, and racial equity, among other changes as shown in the track changes comparison of the original grant language and requested amended language at **Att. 10**, but none of these changes describe a fundamental change in substantive programming funded by AmeriCorps grants. AmeriCorps has not processed this grant amendment and does not intend to process it pending the outcome of this case. SFUSD has received uninterrupted grant funding for its subgrant and AmeriCorps has not required any changes to SFUSD's substantive programming funded by AmeriCorps grants.

    19.    On February 26, February 28, and February 28, 2025, AmeriCorps awarded the City of Santa Fe's FY24 Executive Order Compliance Amendment for its SCP grant, FGP grant, and RSVP grant, respectively. **Att. 11.** Santa Fe requested the amendments to the language in their grants to remove references to racial diversity, among other changes as shown in the track changes comparison of the original grant language and requested amended language at **Att. 12**, but none of these changes describe a fundamental change in substantive programming funded by AmeriCorps grants. AmeriCorps has approved these requested amendments for their FY24 grants and the changes also apply to their FY25 continuation grants. AmeriCorps has continued to fund Santa Fe's SCP, FGP, and RSVP programs and has not required any changes to Santa Fe's substantive programming funded by AmeriCorps.

    20.    On March 13, 2025, AmeriCorps Acting Senior Portfolio Manager, CA-West Region, Sara Van Marel emailed California Volunteers with the following message: "Thank you for your response to the executive order compliance review process. AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders. In accordance with the preliminary injunction, no additional action is needed at this time and you may continue with grant activities. Upon the resolution of the preliminary injunction AmeriCorps will follow up with additional instructions." **Att. 13.**

    21.    AmeriCorps is taking no further action with regard to the February 13, 2025 Executive

1  Order Compliance Instructions with respect to any AmeriCorps grantees nationwide.  For the avoidance
2  of doubt, as to plaintiffs San Francisco Unified School District ("SFUSD") and the City of Santa Fe
3  ("Santa Fe") specifically, AmeriCorps does not and will not seek to enforce the February 13, 2025
4  Executive Order Compliance Instructions, including, but not limited to, with respect to SFUSD's and/or
5  Santa Fe's continuation grants.

6        22.     With respect to AmeriCorps grant applications more broadly, upon submission of a grant application in the electronic grants system (eGrants), the duly authorized representative of the applicant must certify that the applicant will comply with Assurances and Certifications. From February 25, 2025 to March 7, 2025, the Certifications included a certification specific to "Ending Illegal Discrimination and Restoring Merit-Based Opportunity, Executive Order January 21, 2025" requiring applicants to certify "that the activities under this grant comply with applicable Executive Orders and do not include any activities that promote DEI activities." On March 7, 2025, the certification was updated to require applicants to certify "that the activities under this grant comply with all applicable Executive Orders and do not include any activities promoting Diversity, Equity, and Inclusion (DEI) **that violate any applicable Federal anti-discrimination laws**." (emphasis added). On April 3, 2025, this certification was removed in its entirety.

      23.     The Certifications and Assurances that applicants must currently agree to in eGrants are available at these links: egrants.cns.gov/cnsmisc/ECERTS.HTM and egrants.cns.gov/cnsmisc/EASSUR.HTM. None of these certifications or assurances include language prohibiting activities that promote DEI activities. The assurances include a certification that the applicant: "Will comply with all applicable requirements of all other federal laws, executive orders, regulations, application guidelines, and policies governing the program under which the application is filed."

      24.     AmeriCorps Notices of Grant Awards require grant recipients to comply with Terms and Conditions that are hyperlinked in the Notices of Grant Awards. For the grants currently in effect, these include the FY2025[1] General Grant and Cooperative Agreement Terms and Conditions

---

[1] The fiscal year (FY) for grants varies by program, but most relevant here, the AmeriCorps State and National (ASN) grant FY 2025 began in mid-2025 to mid-2026 (exact dates vary by grant), the

(https://www.americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf), applicable to all grant recipients nationwide. Section II.B requires states that the recipient must comply with executive orders. This requirement has been included in the annual General Terms and Conditions since at least 2016.

25. Additionally, Plaintiffs' grants are through AmeriCorps programs that require their compliance terms and conditions specific to those programs. As an AmeriCorps State and National grant recipient, Plaintiff SFUSD is also subject to the 2025 Terms and Conditions for AmeriCorps State and National Grants (https://www.americorps.gov/sites/default/files/document/2025-06/2025_ASN_Program_Specific_T%26C.pdf). As an AmeriCorps Seniors grant recipient, Plaintiff Santa Fe is subject to the 2025 Terms and Conditions for AmeriCorps Seniors Foster Grandparent (FGP) and Senior Companion Programs (SCP) and 2025 Terms and Conditions for AmeriCorps RSVP Grants, as applicable (https://www.americorps.gov/sites/default/files/document/2025-06/2025_FGP_SCP_T%26C_508.pdf and https://www.americorps.gov/sites/default/files/document/2025-03/FY2025-RSVP-Terms-and-Conditions.pdf, respectively). None of these program-specific documents include any condition prohibiting activities that promote DEI activities or require certification of compliance with executive orders.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, DC on February 18, 2026.

                                                            BONNIE JANICKI

---

AmeriCorps Seniors Foster Grandparent Program and Senior Companion Program grants FY 2025 is July 1, 2025 to June 30, 2026, and AmeriCorps RSVP is April 1, 2025 to March 31, 2026.