# Attachment 1

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## AmeriCorps State

### Grantee

| | |
|---|---|
| Governors Office of Planning & Research | EIN: 680281364 |
| 1400 10th St  Sacramento CA 95814-5502 | UEI: G6Y2ZAMJJRA9 |

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | 24ACICA001 | Performance Period: | 07/01/2024 - 06/30/2027 |
| Amendment No.: | 0 | Budget Period: | 07/01/2024 - 06/30/2027 |
| CFDA No.: | 94.006 | Grant Year: | 1 |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the National and Community Service Act of 1990, as amended (42 U.S.C. §12501 et seq.).

### Funding Information

| Year 1 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $0 | $29,098,961 | $29,098,961 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $0 | $29,098,961 | $29,098,961 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $0 |
| Total CNCS Funds Awarded to Date | **$29,098,961** |

### Member Information

Member Education Awards as of this Amendment

| | W/Allowance | WO/Allowance |
|---|---|---|
| Full Time (1700 hours) | 682 | 0 |
| Three Quarter Time (1200 hours) | 244 | 0 |
| 1-Year Half Time (900 hours) | 281 | 2 |
| 2-Year Half Time (1st Year) | 0 | 0 |
| 2-Year Half Time (2nd Year) | 0 | 0 |
| Reduced Half Time (675 hours) | 50 | 2 |
| Quarter Time (450 hours) | 61 | 15 |
| Minimum Time (300 hours) | 220 | 786 |
| Abbreviated Time (100 hours) | 0 | 0 |
| Member Service Years (MSY Awards) | 1,247.13 | |

### Funding Source and Amount

| | |
|---|---|
| 2024--OPE1-F11-OPO-23000-4101 | $29,098,961.00 |

### Special Conditions

Within 30 days of receipt of this award, the single audit for the period ending 6/30/22 must be submitted to the Federal Audit Clearinghouse.  Failure to do so by this date may result in your funds being placed on a manual hold.

The current Single Audit Report has not been submitted to the Federal Audit Clearinghouse. Please submit the Single Audit Report for period ending 6/30/2023 by no later than December 31, 2024. Failure to do so by this date may result in your funds being placed on manual hold.

Within 30 days of receipt of this award, closeout requirements for 20ESHCA001 must be completed. Failure to do so by this date may result in your funds being placed on a manual hold.

### Award Description

This award funds the approved 2024-2025 AmeriCorps State Competitive programs, as listed on the approved program and funding summary charts. No member may enroll prior to the approved start date of the member enrollment period.

Your 2024-2025 regulatory match is 38% and your budgetary match is 55%.

# Notice of Grant Award

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## AmeriCorps State

### Grantee

Governors Office of Planning & Research
1400 10th St  Sacramento CA 95814-5502

EIN: 680281364
UEI: G6Y2ZAMJJRA9

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **24ACICA001** | Performance Period: | **07/01/2024 - 06/30/2027** |
| Amendment No.: | **0** | Budget Period: | **07/01/2024 - 06/30/2027** |
| CFDA No.: | | Grant Year: | **1** |

Multiyear funding fot the following grants was awarded on the 2023-24 grant, deobligated from the 21 grant, and reobligated on this grant:
916 Ink
Bay Area Community Resources, Inc (24AC260715)
Breakthrough Silicon Valley
Child Abuse Prevention Council of Sacramento (24AC262484)
Community Partners
Giants Community Fund
iFoster N CCDA Attainment IRU
Improve Your Tomorrow

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024ASNProgram508TC.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

*Stacy L Bishop* (signature)    06/30/2024

Signature                        Award Date

Stacy Bishop
Senior Grants Officer

Grants Officer

Lindsey Pugh
Program Officer

Governors Office of Planning & Research
Legal Applicant

Ia Moua
Project Director

Ia Moua
Certifying Official/Executive Officer

## AmeriCorps State Program Summary Chart

**Legal Applicant:** Governors Office of Planning & Research

**Grant Number:** 24ACICA001

| Application ID Number/ Operating Site or Applicant | Program Name | Total CNCS | Total Grantee | Member Positions with CNCS Living Allowance | | | | | | | | Member Positions w/o CNCS Living Allowance | | | | | | | | Total Slots | Total MSYs | Cost/ MSY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | | | |
| 24AC262620 / 916 Ink | 916 Ink AmeriCorps | $463,853 | $495,610 | 10 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 20.0 | $23,193 |
| 24AC260715 / BAY AREA COMMUNITY RESOURCES, INC. | Sustainability Service Corps | $1,071,529 | $1,259,838 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 45.0 | $23,812 |
| 24AC262562 / Breakthrough Silicon Valley | Breakthrough Silicon Valley | $490,100 | $378,449 | 10 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 | 20.58 | $23,814 |
| 24AC261805 / CITY YEAR, INC. | City Year Los Angeles | $5,000,000 | $5,000,000 | 185 | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 215 | 200.05 | $25,000 |
| 24AC261887 / Child Abuse Prevention Council of Sacramento | Birth and Beyond | $1,085,811 | $1,113,314 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 45 | 45.0 | $24,129 |
| 24AC262484 / Child Abuse Prevention Council of Sacramento | CA Foster Youth Inititative | $1,162,500 | $886,459 | 20 | 20 | 25 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 65 | 46.5 | $25,000 |
| 24AC261367 / City of Ontario | Ontario Promise Corps | $368,000 | $507,834 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 | 16.0 | $23,000 |
| 24AC262574 / Giants Community Fund | Giants Community Fund | $603,692 | $587,537 | 0 | 0 | 0 | 0 | 6 | 0 | 110 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 116 | 25.57 | $23,609 |
| 24AC262624 / IFOSTER N CCDA ATTAINMENT IRU | iFoster | $1,100,555 | $1,191,865 | 10 | 0 | 80 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 90 | 50.0 | $22,011 |
| 24AC262679 / Improve Your Tomorrow | IYT College Academy Planning Grant | $2,619,124 | $5,301,992 | 65 | 0 | 66 | 0 | 26 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 167 | 110.02 | $23,806 |
| 24AC262884 / JUDICIAL COUNCIL OF CALIFORNIA | California JusticeCorps | $2,197,826 | $2,252,471 | 43 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 255 | 0 | 299 | 97.23 | $22,604 |
| 24AC261625 / Jumpstart for Young Children, Inc. | Jumpstart California | $2,033,443 | $3,536,376 | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 526 | 0 | 576 | 121.9 | $16,681 |
| 24AC262916 / LifeLong Medical Care | LifeLong AmeriCorps Health Fellows | $250,000 | $245,704 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 10.0 | $25,000 |
| 24AC261198 / Napa County Office of Education | CalSERVES Expanded Learning (EXL) | $713,000 | $1,355,925 | 31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 31 | 31.0 | $23,000 |
| 24AC262946 / Our City Forest | Our City Forest Program | $649,980 | $1,546,435 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 26 | 26.0 | $24,999 |
| 24AC261222 / Prevent Child Abuse - California | AmeriCorps Prevent Abuse Through Home Visitation (PATH) | $650,000 | $492,361 | 18 | 5 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 26.0 | $25,000 |

## AmeriCorps State Program Summary Chart

**Legal Applicant:** Governors Office of Planning & Research

| Application ID Number/ Operating Site or Applicant | Program Name | Total CNCS | Total Grantee | Member Positions with CNCS Living Allowance | | | | | | | | Member Positions w/o CNCS Living Allowance | | | | | | | | Total Slots | Total MSYs | Cost/ MSY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | FT | TQ | HT | 2YR HT | RHT | QT | MT | AT | | | |
| 24AC261591 / Prevent Child Abuse - California | Pre-K & Beyond Learning Corps (PBLC) | $517,500 | $423,103 | 7 | 6 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 20.7 | $25,000 |
| 24AC261614 / Reading & Math, Inc. | California Reading and Math Corps | $3,191,076 | $2,627,248 | 0 | 175 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 198 | 134.0 | $23,814 |
| 24AC262807 / Safe Passages | Elev8 Youth Program | $450,844 | $776,681 | 0 | 16 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 18.06 | $24,964 |
| 24AC262739 / San Diego County Office of Education | San Diego County Superintendent of Schools | $899,967 | $1,267,756 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36 | 36.0 | $24,999 |
| 24AC261705 / San Francisco Unified School District | SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT | $667,194 | $736,961 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 15 | 5 | 0 | 44 | 26.79 | $24,905 |
| 24AC262806 / Shasta County Child Abuse Prevention Coordinating Council | North State Rural AmeriCorps Hope Project | $479,315 | $491,225 | 22 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 22.0 | $21,787 |
| 24AC261193 / Strategic Energy Innovations | Climate Corps Education Outside | $799,983 | $984,881 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 32.0 | $24,999 |
| 24AC261641 / Up2Us, Inc | Up2Us Sports AmeriCorps Coach Program, California | $514,250 | $524,557 | 0 | 1 | 8 | 0 | 0 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 69 | 20.57 | $25,000 |
| 24AC262542 / Youth Action Project, Incorporated | YOUTH ACTION PROJECT, INCORPORATED | $405,000 | $681,349 | 1 | 21 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 16.2 | $25,000 |
| 24AC262572 / community Partners | Changeist | $714,419 | $1,178,181 | 30 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 | 30.0 | $23,814 |
| **Operating Sites Subtotal** | | $29,098,961 | $35,844,112 | 682 | 244 | 281 | 0 | 50 | 61 | 220 | 0 | 0 | 0 | 0 | 0 | 2 | 15 | 786 | 0 | 2,343 | 1,247.12 | $23,333 |
| **Parent Organization Subtotal** | | $0 | $0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.0 | $0 |
| **Totals** | | $29,098,961 | $35,844,112 | 682 | 244 | 281 | 0 | 50 | 61 | 220 | 0 | 0 | 0 | 2 | 0 | 2 | 15 | 786 | 0 | 2343 | 1,247.12 | $23,333 |