# Attachment 2

# Notice of Grant Award

**Corporation for National and Community Service**
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe
200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168
UEI: QLN2YKMMJ8X6

### Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **23SRDNM003** | Performance Period: | **07/01/2023 - 03/31/2026** |
| Amendment No.: | **4** | Budget Period: | **04/01/2024 - 03/31/2026** |
| CFDA No.: | **94.002** | Grant Year: | **2** |

### Purpose

The purpose of this award is to assist the grantee in carrying out a national service program as authorized by the Domestic Volunteer Service Act of 1973, as amended (42 U.S.C. Chapter 22).

### Funding Information

| Year 2 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $52,500 | $0 | $52,500 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $52,500 | $0 | $52,500 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $90,000 |
| Total CNCS Funds Awarded to Date | **$90,000** |

### Funding Source and Amount

Not applicable to this award.

### Special Conditions

### Award Description

To ensure compliance with Executive Orders, the purpose of this amendment is to attach revised 2024 General Terms and Conditions and revise the narratives of the application.  This amendment also removes the special condition from amendment 3. All other terms and conditions of this award remain unchanged.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2024-General-Terms-Conditions-508-20230919.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/2024-RSVP-Program-Specific-508TC-20231207.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines.

Corporation for National and Community Service:

# Notice of Grant Award

For Official Use Only

250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## Retired and Senior Volunteer Program

### Grantee

City of Santa Fe

200 Lincoln Ave  Santa Fe NM 87501-1904

EIN: 856000168

UEI: QLN2YKMMJ8X6

## Award Information

| | |
|---|---|
| Agreement No.: **23SRDNM003** | Performance Period: **07/01/2023 - 03/31/2026** |
| Amendment No.: **4** | Budget Period: **04/01/2024 - 03/31/2026** |
| CFDA No.: | Grant Year: **2** |

*[Signature: Stacy A. Bishop]*   02/28/2025

Signature                               Award Date

Stacy Bishop
Senior Grants Officer

Daisy Gallardo, 202-815-4248
Grants Officer

Maryon Bradshaw
Program Officer

City of Santa Fe
Legal Applicant

Ramona A. Baca
Project Director

Manuel Sanchez
Certifying Official/Executive Officer