# Attachment 5

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

AmeriCorps is a federal agency that engages millions of Americans in service through AmeriCorps and AmeriCorps Seniors' programs and leads the nation's volunteering and service efforts.

# Important Notice: Executive Order Compliance Update

AmeriCorps sent this bulletin at 02/03/2025 05:48 PM EST

Office of the Chief Executive Officer
Feb. 3, 2025

## Important Notice: Executive Order Compliance Update

Dear Grantees and Sponsors,

Per White House directive, AmeriCorps is taking steps to comply with **President Trump's executive orders**, including executive orders "Ending Radical and Wasteful Government DEI Programs and Preferencing" and "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government."

AmeriCorps is continuing to review all applicable executive orders and corresponding guidance issued by the Office of Management and Budget and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with President Trump's executive orders, related directives, and the Trump-Vance Administration priorities.

As part of this review, AmeriCorps has removed some AmeriCorps State and National and AmeriCorps VISTA service opportunity listings that appear out of compliance with executive orders. If your listing is no longer visible, please take no action until you receive further instruction.

During this review, programs should stop all activities that are not in compliance with the Trump-Vance Administration's executive orders: **Presidential Actions – The White House**.

AmeriCorps will share additional information and updates as they are available.

Thank you for your work and your commitment to national service.

In service,

Jennifer Bastress Tahmasebi
Interim Agency Head

   

Unsubscribe  /  Manage preferences  /  AmeriCorps.gov

We sent this email to Email Address on behalf of AmeriCorps.



**Subscribe to updates from AmeriCorps**

Email Address [                    ]     e.g. name@example.com

Subscribe

**Share Bulletin**



Powered by

GOVDELIVERY

[Privacy Policy](#) | [Cookie Statement](#) | [Help](#)