# Attachment 6

We only use cookies that are necessary for this site to function to provide you with the best experience. The controller of this site may choose to place supplementary cookies to support additional functionality such as support analytics, and has an obligation to disclose these cookies. Learn more in our Cookie Statement.

**AmeriCorps is a federal agency that engages millions of Americans in service through AmeriCorps and AmeriCorps Seniors' programs and leads the nation's volunteering and service efforts.**

## Executive Order Compliance Update

AmeriCorps sent this bulletin at 02/11/2025 05:56 PM EST

AmeriCorps
Feb. 11, 2025

## Executive Order Compliance Update

Dear grantees and sponsors,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure alignment with these directives and the Trump-Vance Administration priorities.

The agency is reviewing all current AmeriCorps awards to ensure alignment with these directives and administration priorities. We are writing today to provide you advance notice that we anticipate the results of the review may require action from grantees and sponsors on a short turnaround time.

To best support your quick response, we are providing the below background information now. We aim to have our review completed as soon as possible and will share additional information with grantees and sponsors soon.

Please note, to our grantees and sponsors who are federally recognized tribes: we are assessing the implications of the executive orders and other directives in light of your status as sovereign entities, with whom the U.S. government has a special trust relationship and responsibilities. We will notify you if we anticipate the results of the review nevertheless may require your action.

In service,
Carly Bruder
Acting Chief Program Officer

---

### AmeriCorps Grantee/Sponsor Guidance on Compliance with President Trump's Executive Orders

**What is an executive order?**

The President of the United States manages the operations of the executive branch of government through executive orders and memoranda. Executive orders and memoranda are written directives, signed by the president, that order the government to take specific actions to ensure "the laws be faithfully executed."

Information about presidential actions, including executive orders is available on the **White House website**.

**What part of my AmeriCorps grant must comply with executive orders?**

AmeriCorps, as part of the executive branch of government, must comply with all applicable executive orders and memoranda. No AmeriCorps funding may be spent on any activity that is not compliant with the executive orders and memoranda.

All aspects of AmeriCorps grants/awards must comply with President Trump's executive orders, including, but not limited to:

- Grant applications for AmeriCorps resources.
- Activities performed by AmeriCorps members/volunteers.
- Training provided to members/volunteers.
- Program materials, such as volunteer/member applications, enrollment forms, service opportunity listings, and handbooks.
- Social media and website posts about your AmeriCorps award.

Grantees and sponsors must also ensure all sub applicants, volunteer stations, operating sites, and host sites are compliant with executive orders through their memorandum of understanding and subsite monitoring.

**Which executive orders must I comply with?**
AmeriCorps Grantee/Sponsors awards must comply with all executive orders, including but not limited to:

- **Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government – The White House**
  - Per the Trump-Vance Administration:
    - It is the policy of the United States to recognize two sexes, male and female.
    - "Sex" shall refer to an individual's immutable biological classification as either male or female. "Sex" is not a synonym for and does not include the concept of "gender identity."
    - When administering or enforcing sex-based distinctions, every agency and all federal employees acting in an official capacity on behalf of their agency shall use the term "sex" and not "gender" in all applicable federal policies and documents.
    - Federal funds shall not be used to promote gender ideology. Each agency shall assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology.

- **Ending Radical and Wasteful Government DEI Programs and Preferencing – The White House**
  - Per the Trump-Vance Administration:
    - (i) terminate, to the maximum extent allowed by law, all DEI, DEIA, and "environmental justice" offices and positions (including but not limited to "Chief Diversity Officer" positions); all "equity action plans," "equity" actions, initiatives, or programs, "equity-related" grants or contracts; and all DEI or DEIA performance requirements for employees, contractors, or grantees.

- **Ending Illegal Discrimination And Restoring Merit-Based Opportunity – The White House**
  - Per the Trump-Vance Administration:
    - (iv) The head of each agency shall include in every contract or grant award:
    - (A) A term requiring the contractual counterparty or grant recipient to agree that its compliance in all respects with all applicable federal anti-discrimination laws is material to the government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code; and
    - (B) A term requiring such counterparty or recipient to certify that it does not operate any programs promoting DEI that violate any applicable federal anti-discrimination laws.

- **Unleashing American Energy – The White House**
  - Per the Trump-Vance Administration:
    - (b) All activities, programs, and operations associated with the American Climate Corps, including actions taken by any agency shall be terminated immediately.



Unsubscribe / Manage preferences / AmeriCorps.gov

We sent this email to Email Address on behalf of AmeriCorps.



**Subscribe to updates from AmeriCorps**

Email Address          e.g. name@example.com

Subscribe

**Share Bulletin**

Powered by



Privacy Policy | Cookie Statement | Help