# Attachment 9

## Van Marel, Sara

| | |
|---|---|
| **From:** | Dailey, Amy |
| **Sent:** | Tuesday, February 25, 2025 2:58 PM |
| **To:** | Robert Nesman |
| **Cc:** | Van Marel, Sara; Pugh, Lindsey; Curtis, Rebecca; Ia Moua; Jacqueline.Yannacci@californiavolunteers.ca.gov; Tara Baltzley; Anthony.Chavez@CaliforniaVolunteers.CA.GOV |
| **Subject:** | Executive Orders |
| **Attachments:** | FW: [External] Executive Orders |

Dear Robert and California Volunteers Team,

AmeriCorps is continuing its review of all current awards to ensure activities using AmeriCorps funding are in alignment with Trump-Vance administration priorities.   AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders and, in accordance with the preliminary injunction, will not take any action related to award terminations in relation to this review.

Please continue with your review of your award, including submitting the self-certification or amendment, as applicable.

We appreciate your partnership.

In service,

Amy

**Amy Dailey**
**Regional Administrator, West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 489-8953

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

Book time on my calendar

