Attachment 10

# San Francisco Unified School District

- Previous APP ID: 24AC261705
- Amendment APP ID: 24AC274270
- Changes Made (please list)

## Cost Effectiveness and Budget Adequacy

Member Recruitment: ~~.~~ Budget expenses related to member recruitment include approximately 15% of each program staff ~~member's~~member¿s time including recruitment fairs, presentations in University classes, oversight of online service postings, and communication & interviews with potential applicants; $300 in recruitment advertising online (Indeed, LinkedIn), and $200 for printed copies of recruitment flyers for recruitment fairs and postings.

Member Retention: In addition to the training, professional development, and leadership and career development activities described above, the budget supports member retention with a nationally high $30,000 living allowance per member~~.~~, $4,675 to provide workshops and activities with outside trainers (Youth Mental Health First Aid, ~~Equity Trainings and~~ Community Building), $459 for all member travel (mileage reimbursement between service site locations) and $10,600 for member gear and supplies that members will utilize directly with students. . $859 is allotted for staff travel for member supervision and support, distribution of supplies and recruitment presentations. $3,351 is allotted for program staff to travel and attend AmeriCorps conferences and trainings. An additional $6,150 is budgeted for AmeriCorps members to support their school sites with Youth Community Building activities. $4,000 is budgeted to account for printing materials utilized by AmeriCorps members in training and at partner school sites, printing newsletters for mentors, and necessary forms and outreach materials for mentees.

Data Collection: Budget expenses support the collection of data by program staff and $30,000 for evaluation support by ETR Associates~~.~~. ETR Associates will also support the program with a realignment of the pre/post surveys provided to mentees in order to adapt and improve programming. In addition, ~~SFUSD's~~SFUSD¿s Research, Planning & Assessment Department will provide evaluation activities.

## Executive Summary

The San Francisco Unified School District (SFUSD) Healthy Choices AmeriCorps program (Healthy Choices) will have 44 AmeriCorps members who will provide Positive Behavior Intervention & Supports (PBIS) that include interventions to support students' sense of belonging, ~~SEL,~~ social development, and nutrition/wellness/health~~, and anti-racist healing practices~~ in 38 SFUSD public schools. At the end of the first program year, the AmeriCorps members will be responsible for 90 students with improved academic performance, 135 students with increased attendance, and 135 students with improved academic engagement and social ~~emotional~~ skills~~.~~. In addition, the AmeriCorps members will leverage an additional 250 volunteers who will engage students through one-on-one and in small group mentoring through SFUSD's ~~trauma-informed~~ evidence-based Mentoring For Success program. The AmeriCorps

investment will be matched with $667,204, $522,603 in public funding, and $144,601 in private funding.

## Organizational Capability

Organizational Background and Staffing: SFUSD Student & Family Services Division (SFSD) which will oversee the project has successfully designed, launched, and expanded numerous large publicly-funded programs to meet SFUSD needs including three awards from CA Volunteers and AmeriCorps. Throughout the implementation of Healthy Choices AmeriCorps programs starting in 2015, we have overcome project implementation challenges and successfully recruited and managed volunteers. The mission of Healthy Choices AmeriCorps is to improve lives, strengthen communities, and foster civic engagement through service and volunteering. The feedback loops developed ensure that the program is continually improving based on feedback from AmeriCorps members, school site staff, and CA Volunteers. The Healthy Choices management structure is effective because it involves both the central SFSD office and supervision in the field by seasoned SSWs and Counselors. Laurie Vargas-Zeuschner, MS, PPSC, the current Healthy Choices Program Manager, assisted with the initial start-up of the program, has co-coordinated MFS since 2009, oversaw the launch of the Equity in Service series and was the previous Member Training and Supervision Manager. Ms. Vargas-Zeuschner will implement and oversee the program, manage training events, and linkages to community partners, and will also be responsible for ensuring compliance, monitoring background checks, contracting and recruiting/securing AmeriCorps members. She will be supervised by SFUSD's SFSD Manager II and work closely with the Clerk and Financial Analyst to maintain compliance.

The Member Training and Supervision Manager will be Gabrielle Anderson, LCSW, a SSW with over 11 years of experience as a SSW and previous Site Supervisor for numerous Healthy Choices AmeriCorps members. Ms. Anderson convenes the Members weekly for professional development, facilitated peer-support, community service and outreach. Healthy Choices will leverage and benefit from several partners including the Office of Counseling and Post-Secondary Success (OCPSS), Student InterventionInternship Team (SIT), Foster Youth Services (FYS), the Wellness Policy Initiative, and the San Francisco Education Fund. OCPSS will provide training in college and career readiness to Full-time Members and will partner with FYS and SIT to offer orientation, training, and supervision of Master's-level Members. Healthy Choices also partners with all SFUSD departments (e.g. Accounting, Budget, Payroll, HR, Legal, Research, Planning & Assessment) with which the program works, not just direct service partners, to carry out the project to ensure smooth and legally compliant operations. Healthy Choices' comprehensive Program Manual orients and guides personnel to manage and implement the program. School partners with Full-time Members complete an orientation and MOU to ensure awareness of/compliance with all requirements.

SFUSD's SFSD Manager II will support the program at the District Level to ensure program goals and compliance are met. The Clerk will support with hiring, onboarding and ongoing compliance and the Financial Analyst will maintain school and district partnerships as well as support the Program manager with budget oversight.

Member Supervision: The Healthy Choices management structure involves the central team. The Program Manager oversees the program and supervision in the field is offered by seasoned SSWs and Counselors. Members are supervised by school site personnel who report back to SFSD staff. Masters-level interns receive clinical supervision from licensed mental health professionals. Day-to-day operations are overseen by the site-based SSWs. The site supervisor to member ratio is no more than 1:2.

The Member Supervisors (1) complete an orientation on regulations, priorities and expectations, (2) participate in quarterly meetings, and (3) complete 2 performance reviews of all Members. SSWs provide Members with introductions at the school, involve Members in meetings, connect them with community partners, and infuse them into school networks. Members check in with their supervisor daily and have hour-long weekly supervision. During the one full day a week of professional support, AmeriCorps members connect with peers, the Program Manager, and the Training and Supervision Manager. Members sign~~-~~ in and out, and enter all activities into a web-based log. As their day-to-day supervisors, SSWs are extensively trained to ensure program rules and regulations are followed. Moreover, AmeriCorps rules and regulations (including prohibited activities) are emphasized in a signed agreement and reinforced during trainings. Through the partnership with the Student ~~Intervention~~Internship Team, Site Supervisors also receive supervision training. Healthy Choices program staff remain in constant communication with Site Supervisors in order to provide support to them and their members.

~~Commitment to Diversity, Equity, Inclusion, and Accessibility: SFUSD values include (a) Social justice: We stand with those who are most impacted by systems of oppression and actively change those systems within our district, and (b) Diversity-driven: We respect and seek to understand each person to be an inclusive and anti-racist district. SFUSD is committed to diversity, equity, inclusion, and accessibility and emphasizes hiring staff at all levels that reflect the diversity and lived experiences of the students we serve; 25% of all SFUSD staff are Asian, 20% are Latinx, 12% are Black/African American, 12% White, 3% Filipino, and 1% American Indian or Alaskan Native (CA Dept of Education, DataQuest, 2022-23). Moreover, the program staff identify as either a Person of Color, LGBTQ, as well as our Program manager having grown up and attending SFUSD schools.~~

~~Recruiting Members who are representative of our BIPOC students and their communities is critical for achieving SFUSD's goal to close the achievement gap and advance racial justice. Healthy Choices will implement a targeted recruitment campaign to reach prospective Members that aligns with SFUSD's African American Achievement & Leadership Initiative's goal to attract and retain staff of color that reflect our city's students and their communities. Specific Member recruitment strategies include outreach from Healthy Choices program staff to local colleges and universities and targeted outreach to Black and Latino student organizations, and education, health, and social work departments.~~

## Rationale and Approach/Program Design

COMMUNITY NEED ~~and~~AND LOGIC MODEL: SFUSD serves a ~~diverse~~ community of 50,013 students in 132 schools. While San ~~Francisco's~~Francisco¿s overall Social Vulnerability Index rating of 0.2632 indicates low to medium vulnerability, ~~the medium to high SVI rating for Racial and Ethnic Minority Status (0.6667) and~~a high SVI rating for Housing Type/Transportation (0.8947) ~~reflect~~reflects the challenges faced by many SFUSD students and their families; these challenges are even more pronounced for students served by Healthy Choices. Moreover, while our Socioeconomic Status SVI rating indicates low vulnerability, this does not reflect that our city has one of the highest wealth gaps in the country: in the 2022-23 school year 80% of students in the mentoring program lived below the Federal Poverty line. Healthy Choices' Mentoring For Success supports students at risk of academic failure and suspension who face complex barriers like foster care involvement, _and_ homelessness, and nearly 30% live with a disability. They also face greater socio-economic challenges with approximately three-quarters living below the Federal Poverty Line. Also, according to the most recent findings, 74% of

participants in the mentoring program live in neighborhoods where the highest levels of violence, ~~structural racism, income inequality,~~ poverty, and health disparities exist.

Even before pandemic-related learning loss, numerous measures - test scores, suspensions, instructional time, GPA, graduation rates - continued to show an achievement gap between average SFUSD performance and that of ~~many BIPOC students, particularly~~ African American, ~~Latino~~Latin American and Pacific Islander students. Students facing complex barriers also report up to 22% lower confidence than their peers in ~~SEL~~social skills -- including social-_awareness, self-management, growth mindset, and self-efficacy -- that are critical to students' well-being and academic achievement (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey). ~~Persistent systemic racism that disproportionately impacts BIPOC communities and the students~~Students served by Healthy Choices have ~~been exacerbated by~~experienced learning loss and ~~the increasing~~an increase in mental health challenges ~~of children and youth.~~. These factors amplify the need for programs like Healthy Choices~~,~~ which helps level the playing field for historically underserved students~~ by providing ~~specialized~~support and helping them build positive connections to school. This ~~equitable~~balanced support creates the foundation for future academic success, positive behavioral interactions, and meaningful participation in the school community.

INTERVENTION: Healthy Choices AmeriCorps members will provide students with interventions and structured activities ~~geared to their particular needs~~that help build lasting skills for academic and social~~-emotional~~ development success, improved attendance, and positive engagement. Expected outcomes include: (1) Increased knowledge and skills to implement Positive Behavior Interventions and Supports (PBIS) structures and interventions; (2) Student self-report of connections to a caring adult and positive engagement in school; (3) Increased attendance; and (4) Increased GPA. Members will serve in 38 SFUSD schools (25 elementary, 2 K-8, 8 middle, 3 high) to enhance school-wide ~~climate~~culture activities and offer~~ individualized~~ interventions for students with complex needs and higher-than-average absenteeism, suspension, and low Student Survey findings on school connectedness. Tier II mentoring serves 80% low ~~SES~~financial conditions (compared to 52% in SFUSD), 30% in Special Education (compared to 13% in SFUSD~~) and over 67% are African American or Hispanic/Latino (compared to 40% in SFUSD)~~.). Healthy Choices addresses ~~inequities~~imbalances through mentoring and three Tiers of intervention to meet the varied needs of students. ~~66% of White elementary school students feel safe at school but only 53% of African American students feel safe; 80% of White students feel a sense of belonging and connectedness at school while only 65% of African American students do (SFUSD Spring 2023 SFUSD CORE Elementary Student Survey).~~

As reported in egrants, TIER II Targeted (to meet needs of 15% of student body): 20 Full-time and 24 Part-time Specialized Members will support groups to bolster students exhibiting risk. Members will mentor 1 to 5 students each, either one-to-one or in small groups utilizing the Mentoring For Success model, to promote school engagement, as well as facilitate structured group activities that integrate ~~anti-racist~~emotional healing practices. Members will also increase capacity by working with the MFS team to recruit 250 volunteer mentors.

Additional activities supported by AmeriCorps members include TIER I Universal (to meet needs of 80% of the student body): 20 Full-time Members will collaborate with school personnel to provide vital program coordination support under the supervision of School Social Workers. These activities, targeting all students at a school, will include organizing lunch-time activities or clubs in collaboration with the Nutrition Education Project (and their FoodCorps AmeriCorps members, not duplicating services),

supporting whole classroom ~~SEL~~character-building activities, and working with each ~~school's~~school¿s School ~~Climate~~Culture Committee to support positive behavior. TIER III Intensive (to meet needs of 5% of student body): 24 Specialized Part-time AmeriCorps members will be recruited to provide individualized services for ~~high-need~~ students. These Master's-level Members will serve in SFUSD's Student Intervention Team, Counseling or Foster Youth Services programs. They will receive clinical supervision and provide mentoring and small-group and individual therapeutic, case management, and counseling services. Each Member will provide Tier III supports to 1 to 5 students.

The program will also create a much-needed workforce pathway for AmeriCorps members to become future teachers and social workers. There is a great need for applicants in these positions, especially for teachers. In 2023, at least 25% of ~~SFUSD's~~SFUSD¿s 145 classroom vacancies were unfilled at the start of the school year with classrooms being temporarily led by principals, social workers and non-credentialed or substitute teachers. SFUSD is also struggling to fill all School Social Worker (SSW) positions, which are needed more than ever given the severe impacts of the pandemic~~--~~. To date, SFUSD has successfully hired three program alumni as SSWs, three into classroom teaching positions and at least six into other classified positions.

Evidence Base: Related to improving education outcomes, the PBIS components of the program replicate an evidence-based multi-tiered support program that has been examined in numerous randomized control trial (RCT) studies that found positive results for populations like that of Healthy Choices. The group mentoring intervention qualifies for the Moderate designation since one quasi-experimental design (QED) study demonstrates effectiveness. Two other internal studies done under the guidance of an external evaluator demonstrate positive outcomes. We believe the Evidence Tier we qualify for is Preliminary with Outcome Study.

1) OUTCOMES & IMPACT 2022-2023: Healthy Choices increased the district's capacity to implement PBIS through Mentoring For Success (MFS). In the most recent complete school year of the program, 22 AmeriCorps members supported the provision of 2,438 services documented by MFS providers across 20 SFUSD schools. The 381 unique students served received, on average 8.23 service sessions each. Analyses of Mentor Logs data show that 245 individual mentors served 257 unique students and on average, mentors and mentees interacted for about an hour each week. Notably, ~~students'~~students¿ attendance rate for the MFS services was 95.8%, indicating students value mentoring. This was corroborated by student survey responses: most elementary (93%) and secondary (78%) students said the time they spend with their mentor is "¿meaningful."¿ Among secondary students, 92% also reported they "¿feel heard and respected by their mentor"¿ and 93% of elementary students "¿liked to meet with their mentor."¿ See the ~~'Mentoring¿~~Mentoring for Success Evaluation Summary for 2022-2023 School ~~Year'~~Year¿ for more details.

2) OTHER SUPPORTING EVIDENCE: The Healthy Choices activities have a solid evidence base in peer-reviewed research. Summarized here are PBIS and Mentoring, which are the primary framework and intervention utilized by the program, although other structured activities and Restorative Practices are also utilized. While SAMHSA's National Registry of Evidence-Based Programs and Practices was suspended in 2018, PBIS had a research rating of 3.5 on SAMHSA's 4-point quality-of-research scale. Several rigorous PBIS studies, including RCTs, have demonstrated that the model results in improvements in the perceived safety of schools; improved academics; improved social-emotional functioning; increased prosocial behaviors; significantly fewer suspensions; and reduced bullying with populations like Healthy

~~Choices'~~Choices¿ (Bradshaw et al., 2014; Chaparro et al., 2012; Horner et al., 2020; Wassdorp et al., 2012). Numerous studies support the effectiveness of mentoring for improving outcomes across behavioral, social, ~~emotional,~~ and academic domains for youth of all ages. MFS and its group mentoring program Project Arrive that Members help to carry out, are the evidence-based mentoring programs embedded within SFUSD. Based on The Elements of Effective Practice for Mentoring (MENTOR, 2015), Mentoring For Success began to implement group mentoring for SFUSD 9th graders in 2011 and internal evaluations showed that 28% of participants reduced unexcused absences and 48% improved their grades. Later, MFS partnered with Georgia State University to rigorously study the program. From 2013-16, the research project examined school-based group mentoring (Project Arrive) during SY 2014-15 and SY 2015-16 (http://sites.gsu.edu/project-arrive/). Project Arrive, a quasi-experimental comparison group design, targeted 9th grade students with Early Warning Indicators of GPA below 2.0 and attendance below 87.5%. Control group participants met the same criteria but went to high schools without mentoring programs. Outcomes show that participants who entered 9th grade faring worse than a similar comparison group, were doing better than comparisons by the end of the year. Mentored youth were nearly 3 times as likely to be on track to graduate by the end of 9th grade, and earned higher grades (GPA = 2.08) than comparisons (GPA = 1.79). Project Arrive students reported higher levels of school belonging and more caring peer relationships than comparisons by the end of 9th grade. Analysis determined a causal relationship between program participation, school belonging, and the resulting improvement in credits earned toward graduation. According to the most recent Mentoring for Success Evaluation Summary for 2022-2023 School Year, conducted by our evaluation partner ETR (https://www.etr.org/), at the secondary school level nearly 75% of students who received 1:1 mentoring reported that through mentoring they "¿learned ways to improve my own health"¿ and "¿actually took steps to improve my own health"¿ (76% and 74% respectively). Many students also reported that their "¿mentor helps me do better in school"¿ (84%), and most students (92%) reported they "¿feel heard and respected by their mentor."¿ At the elementary school level, most students who received 1:1 mentoring (93%) "¿liked to meet with their mentor."¿ Most who participated in group mentoring also "¿enjoyed going to monthly group activities with my mentor"¿ (88%). Prior to group mentoring, just 47.5% middle school students said they agreed that "¿At my school, there is a teacher or some other adult who notices when I am not there"¿ compared with 73.7% after mentoring.

Notice Priority: Healthy Choices will address ~~four~~three notice priorities: (1) ~~serving historically underrepresented and underserved individuals; and (2)~~ creating workforce pathways for AmeriCorps members. (~~3~~2)Providing additional benefits to AmeriCorps members aimed at enhancing member experience and bolstering member recruitment and retention including a high $30,000 living allowance to FT members, social work career required service hours and trainings, mental health support,and mileage reimbursement. (~~4~~3) Members have the opportunity to gain skills in Youth Mental Health, ~~Trauma Informed Practices, Restorative Practices, Foundations of Racial Equity,~~character development in students as well as becoming a leader at their school site by supporting the evidence-based mentoring program.

Member Experience: Full-time Members will begin their service with a week of 40 hours of hands-on orientation that includes skill-building and team-building. Part-time Members begin their service with a 12 hours of orientation including Tier II & III practices as well as an AmeriCorps overview. PT members are enrolled in masters level mental health programs where their university classes prepare them for their role as an AmeriCorps member in SFUSD. Ongoing interactive training workshops and activities (for FT & PT members) provide Members with the foundation required to serve in schools with confidence. Topics include: Program Model Overview; PBIS; ~~Restorative Practices;~~character development in students

Mentoring For Success; ~~Trauma-informed Practices; Anti-racist Practices~~; Orientation to AmeriCorps Service (expectations, prohibited activities, roles/responsibilities); Entering Communities Sensitively; Performance Measures; and Commitment to National Service. Training culminates with a team-building ropes course and being sworn in as an AmeriCorps member. As a part of Orientation, Site Visits from program staff will occur within one month of members being placed at their sites.

One day per week will be dedicated to ~~Members'~~ Members¿ professional development, providing opportunities to: engage in peer-learning and troubleshooting; review and reinforce knowledge, including around prohibited activities; and share effective practice. Professional support and training is 236 hours per Full-time Member and 59-110 hours per Specialized Part-time Member (based on service type) over 10 months. ~~In addition, the Healthy Choices central team will facilitate a Racial Equity Committee that works to integrate racial awareness into all aspects of Mentoring For Success. To emphasize anti-racist healing practices as part of Member growth, during Team Day trainings, Healthy Choices implements an Equity in Service series with an emphasis on Racial Equity. This training will build a strong foundation for Members to become future SFUSD staff with the skills to be anti-racist educators, social workers and mental health care providers who are prepared to interrupt systemic oppression in schools.~~

Members emerge from the program well-equipped for careers in school-based and community services. Full-time and Specialized Part-time Members may gain practitioner hours toward licensure as a mental health professional. Full-time and Specialized Part-time Members will participate in at least one National Day of Service, and school-district wide service activities. Service days and weekly in-services allow Members to develop leadership skills and see how their daily activities connect to the national, state, and local vision of service. In order to further support Members' career development, the program will facilitate workshops using the CA Volunteers Career Advantage curriculum. Life After AmeriCorps alumni resources are shared and SFUSD Human Resources inform Members about the SFUSD Pathways Program, which is an embedded teacher credentialing program. Healthy Choices program staff support members entering the mental health field by setting up informational interviews with hiring managers. Members will receive a LinkedIn 'Rock Your Profile' workshop.

## Changes Outside of Narrative

### Budget Changes

SFUSD also requested changes within their AmeriCorps budget. These changes include reducing their member costs. The result of the requested change to their budget is a reduction in CNCS share from $667,194 to $664,712 ($2,482) and a reduction in Grantee Share from $736,961 to $733,443 ($3,518). Total budget changed from $1,404,155 to $1,398,155 ($6,000).

### Member Service Years / MSY Changes

SFUSD requested a slight change to their AmeriCorps member slots through this amendment, moving from 20 Full Time members to 19 Full Time members and 1 Three-Quarter Time member. The result of the requested slot conversion is a net decrease in MSY award from 26.79 to 26.78.