Attachment 13

## Van Marel, Sara

| | |
|---|---|
| **From:** | West |
| **Sent:** | Thursday, March 13, 2025 12:24 PM |
| **To:** | Ia Moua; Robert Nesman; Anthony Chavez |
| **Cc:** | West; Jacqueline Yannacci; Patrick Gianelli; Curtis, Rebecca; Pugh, Lindsey |
| **Subject:** | Executive Order Next Steps |

Thank you for your response to the executive order compliance review process.  AmeriCorps is aware of the preliminary injunction related to the two DEI-related executive orders. In accordance with the preliminary injunction, no additional action is needed at this time and you may continue with grant activities. Upon the resolution of the preliminary injunction AmeriCorps will follow up with additional instructions.

Thank you,

**Sara Van Marel**

**Acting Senior Portfolio Manager, CA-West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 967-5071



Book a Meeting

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

---

**From:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>
**Sent:** Wednesday, February 19, 2025 4:59 PM
**To:** Van Marel, Sara <SVanMarel@americorps.gov>; Pugh, Lindsey <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** [External] RE: [External] RE: Executive Order Compliance- Response Required by February 19th

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Sara and Lindsey,

Thank you for approving our request to extend the deadline for Executive Order compliance submission to 2/26/25.  We'll make every effort to take all necessary action as soon as possible before the extended deadline.

Related to this process, can you please return Formula Prime 24AFICA002 and PHA Prime 23ACICA002—both are in "Awaiting PO Certification" status—so that we can initiate subgrantee amendments as needed to comply with the Executive Order?  As you may recall, the Formula Prime

was recently submitted to include the homelessness planning grants.  I believe the PHA Prime may have been opened on your end.

Thank you,
Ia

---

**From:** Van Marel, Sara <SVanMarel@americorps.gov>
**Sent:** Tuesday, February 18, 2025 1:42 PM
**To:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>; LPugh <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** RE: [External] RE: Executive Order Compliance- Response Required by February 19th

Good Afternoon,

Your request for an extension has been approved through 2/26/2025. Due to the time sensitive nature, this is the final deadline and may not be extended further. Per your original letter, if the necessary actions are not taken by this now extended due date, adverse action up to and including termination of awards may begin. Please make every effort to take all necessary action as soon as possible, and before the extended deadline if possible.

Please let me know if you have any questions.

Thank you,

**Sara Van Marel**

**Acting Senior Portfolio Manager, CA-West Region**
Office of Regional Operations
AmeriCorps.gov
M: (202) 967-5071



Book a Meeting

*This email is being sent at a time convenient for me.  Please wait to respond at a time that is convenient for you.*

---

**From:** Ia Moua <Ia.Moua@californiavolunteers.ca.gov>
**Sent:** Tuesday, February 18, 2025 1:39 PM
**To:** Pugh, Lindsey <LPugh@americorps.gov>; Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>; Jacqueline Yannacci <Jacqueline.Yannacci@californiavolunteers.ca.gov>; Patrick Gianelli <patrick.gianelli@californiavolunteers.ca.gov>
**Subject:** [External] RE: Executive Order Compliance- Response Required by February 19th
**Importance:** High

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Lindsey,

2

California Volunteers is in receipt of the Executive Order Compliance notification dated January 20, 2025. We're writing to request for an extension to submit California Volunteers' response to next **Wednesday, February 26th**. Based on our review of the required actions and the volume of programs identified, this extension is necessary to allow sufficient time for our agency to implement the necessary review prior to completing certification of subgrantee compliance.

Thank you in advance for your consideration of this request.

Sincerely,
Ia

**Ia Moua**
Director, State and National Service
California Volunteers, Office of the Governor
**e:** ia.moua@cv.ca.gov
**p:** (916) 261-2098
**w:** californiavolunteers.ca.gov

---

**From:** Pugh, Lindsey <LPugh@americorps.gov>
**Sent:** Friday, February 14, 2025 10:31 AM
**To:** Robert Nesman <Robert.Nesman@californiavolunteers.ca.gov>; Ia Moua <Ia.Moua@californiavolunteers.ca.gov>; Anthony Chavez <Anthony.Chavez@californiavolunteers.ca.gov>
**Cc:** West <West@americorps.gov>
**Subject:** Executive Order Compliance- Response Required by February 19th
**Importance:** High

Dear Robert Nesman,

As previously shared, AmeriCorps is continuing to review all applicable executive orders, memoranda, and corresponding guidance issued since January 20, 2025, by President Trump, the Office of Management and Budget, and the Office of Personnel Management. AmeriCorps is taking proactive action to ensure compliance with these directives and the Trump-Vance Administration priorities.

Please review the attached guidance and letter regarding your AmeriCorps award. Immediate action is required, and you must complete this process and reply all to this email by **February 19, 2025**. Given the short review period, regional offices will have limited capacity to provide support through this process. We will do our best to respond to questions.

Sincerely,
Lindsey

**Lindsey Pugh**
**Portfolio Manager, West Region**
Office of Regional Operations
AmeriCorps.gov

