United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Unified School    ,

Plaintiff(s),

v.

AMERICOPRS, et al.    ,

Defendant(s).

Case No. 3:25-cv-02425

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marcos Martinez , an active member in good standing of the bar of New Mexico , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Santa Fe, New Mexico in the above-entitled action. My local co-counsel in this case is Jill Habig , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 268770 .

200 Lincoln Ave. Santa Fe, NM 87501

MY ADDRESS OF RECORD

(505) 955-6512

MY TELEPHONE # OF RECORD

mdmartinez@santafenm.gov

MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit 115, Oakland CA 94609

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 738-6788

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jill@publicrightsproject.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 23189 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/13/2026

Marcos Martinez
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marcos Martinez           is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 16, 2026



UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

Updated 11/2021

2

United States District Court
Northern District of California