UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Unified School District ,

Plaintiff(s),

v.

AmeriCorps, et al.                          ,

Defendant(s).

Case No. 3:25-cv-02425

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Grace Lee ,          am an active member in good standing of the bar of Washington, D.C.          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: City of Santa Fe, New Mexico  in the above-entitled action. My local co-counsel in this case is Jill Habig          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 268770          .

490 43rd Street, Unit #115, Oakland, CA 94609

MY ADDRESS OF RECORD

(510) 214-6960

MY TELEPHONE # OF RECORD

grace.lee@publicrightsproject.org

MY EMAIL ADDRESS OF RECORD

490 43rd Street, Unit #115, Oakland, CA 94609

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 214-6960

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jill.habig@publicrightsproject.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I work remotely from and reside in Washington, D.C., for an organization with the listed office address and phone number in California.

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90021719          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   1    times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/13/2026

/s/ Grace Lee

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Grace Lee_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 16, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE