CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 15, 2026 HEARING AND REQUESTING SETTLEMENT CONFERENCE REFERRAL** |

Subject to the Court's approval, Plaintiffs San Francisco Unified School District and City of Santa Fe ("Plaintiffs"), together with Defendants AmeriCorps and Jennifer Bastress Tahmasebi ("Defendants" and, with Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Court entered orders setting the briefing and hearing schedule for the Parties' cross-motions for summary judgment (ECF Nos. 76, 79, & 86);

WHEREAS, the Parties' cross-motions for summary judgment are currently fully briefed and set for hearing on May 15, 2026; and

WHEREAS, the Parties met and conferred and have agreed, subject to Court approval, to

STIP. & [PROPOSED] ORDER CONTINUING HEARING AND REFERRING CASE TO SETTLEMENT CONFERENCE
3:25-CV-02425- EMC                                          1

continue the May 15, 2026 hearing so that the Parties can participate in a settlement conference with a magistrate judge.

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court refer the Parties to a magistrate judge for a settlement conference and continue the May 15, 2026 hearing until after the settlement conference.

DATED: May 1, 2026                                    Respectfully submitted,


                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney

                                                     */s/ Jevechius D. Bernardoni*
                                                     JEVECHIUS D. BERNARDONI
                                                     Assistant United States Attorney

                                                     Attorneys for Defendants

DATED: May 1, 2026                                   DAVID CHIU
                                                     City Attorney, City and County of San Francisco
                                                     YVONNE R. MERÉ
                                                     Chief Deputy City Attorney
                                                     MOLLIE M. LEE
                                                     Chief of Strategic Advocacy
                                                     SARA J. EISENBERG
                                                     Chief of Complex and Affirmative Litigation
                                                     MOLLY J. ALARCON
                                                     Deputy City Attorney

                                                     By:   */s/ Sara J. Eisenberg*
                                                     SARA J. EISENBERG
                                                     Chief of Complex and Affirmative Litigation

                                                     COOLEY LLP
                                                     Benedict Hur
                                                     Simona Agnolucci
                                                     Eduardo Santacana
                                                     Thilini Chandrasekera
                                                     Michael Morizono

                                                     Attorneys for Plaintiff
                                                     SAN FRANCISCO UNIFIED SCHOOL
                                                     DISTRICT


DATED:  May 1, 2026                                  MARCOS D. MARTINEZ*

City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
mdmartinez@santafenm.gov

Jill Habig, SBN 268770
Grace Lee*
Jonathan B. Miller*
Erin Monju*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org


By:    /s/  Marcos D. Martinez
MARCOS D. MARTINEZ

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

*Admitted pro hac vice
**Application for admission pro hac vice
forthcoming

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. & [PROPOSED] ORDER CONTINUING HEARING AND REFERRING CASE TO SETTLEMENT CONFERENCE
3:25-CV-02425- EMC                          3

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the Parties are referred to a magistrate judge for a settlement conference.  It is FURTHER ORDERED that the May 15, 2026 hearing on the Parties' cross-motions for summary judgment is continued.  Within 14 days following the settlement conference, the Parties shall file a status report and, if necessary, propose a new hearing date for the cross-motions for summary judgment.

IT IS SO ORDERED.

DATED: _____          _____

HON. EDWARD M. CHEN
United States District Judge