CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT and CITY OF SANTA FE,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICORPS and JENNIFER BASTRESS TAHMASEBI, Interim Agency Head of AmeriCorps,<br><br>    Defendants. | Case No. 3:25-cv-02425-EMC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING MAY 15, 2026 HEARING AND REQUESTING SETTLEMENT CONFERENCE REFERRAL** |

Subject to the Court's approval, Plaintiffs San Francisco Unified School District and City of

Santa Fe ("Plaintiffs"), together with Defendants AmeriCorps and Jennifer Bastress Tahmasebi

("Defendants" and, with Plaintiffs, the "Parties"), through their undersigned counsel of record, hereby

stipulate as follows:

WHEREAS, the Court entered orders setting the briefing and hearing schedule for the Parties'

cross-motions for summary judgment (ECF Nos. 76, 79, & 86);

WHEREAS, the Parties' cross-motions for summary judgment are currently fully briefed and set

for hearing on May 15, 2026; and

WHEREAS, the Parties met and conferred and have agreed, subject to Court approval, to

continue the May 15, 2026 hearing so that the Parties can participate in a settlement conference with a magistrate judge.

NOW, THEREFORE, the Parties stipulate and respectfully request, by and through their respective undersigned counsel, that the Court refer the Parties to a magistrate judge for a settlement conference and continue the May 15, 2026 hearing until after the settlement conference.

DATED: May 1, 2026            Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED: May 1, 2026            DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

By:    */s/ Sara J. Eisenberg*
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation

COOLEY LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Thilini Chandrasekera
Michael Morizono

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

DATED: May 1, 2026            MARCOS D. MARTINEZ*

City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
mdmartinez@santafenm.gov

Jill Habig, SBN 268770
Grace Lee*
Jonathan B. Miller*
Erin Monju*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
(510) 738-6788
jon@publicrightsproject.org

By:    /s/  Marcos D. Martinez
MARCOS D. MARTINEZ

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

*Admitted pro hac vice
**Application for admission pro hac vice
forthcoming

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. & [PROPOSED] ORDER CONTINUING HEARING AND REFERRING CASE TO SETTLEMENT CONFERENCE
3:25-CV-02425- EMC                                        3

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that the Parties are referred to a magistrate judge for a settlement conference.  It is FURTHER ORDERED that the May 15, 2026 hearing on the Parties' cross-motions for summary judgment is continued.  Within 14 days following the settlement conference, the Parties shall file a status report and, if necessary, propose a new hearing date for the cross-motions for summary judgment.

IT IS SO ORDERED.

DATED:  __May 4, 2026_____

_____
HON. EDWARD M. CHEN
United States District Judge

STIP. & [PROPOSED] ORDER CONTINUING HEARING AND REFERRING CASE TO SETTLEMENT CONFERENCE
3:25-CV-02425-EMC                                                          1