**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

**CIVIL MINUTES**

| **Date:** June 5, 2026 | **Time:** 2:35 p.m.-2:56 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-02425-EMC | **Case Name:** San Francisco Unified School District v. AmeriCorps, a.k.a. the Corporation for National an | |

**For Plaintiff:** Molly J. Alarcon, San Francisco City Attorney's Office; Thilini Chandrasekera and Michael Morizono, Cooley LLP; Grace Lee, Public Rights Project

**For Defendant:** Jevechius Bernardoni, United States Attorney's Office

**Deputy Clerk:** Brittany Sims                    **Reported by:** Not Recorded or Reported

**PROCEEDINGS**

Telephonic Pre-Settlement Conference held. Judge Cisneros disclosed a potential conflict for the parties' consideration. The disclosure will be followed up in writing. The parties were given a deadline to consider the matter and determine whether they would like to proceed with Judge Cisneros or request reassignment to another settlement judge. If the case proceeds with Judge Cisneros, she is available to conduct a settlement conference on August 19, 21, or 24. The parties were given a deadline to select a date, if they agree to proceed with Judge Cisneros.