# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 19, 2026 | **Time:** 10:09 a.m.- 1:43 p.m. | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:25-cv-02425-EMC | **Case Name:** San Francisco Unified School District v. AmeriCorps, a.k.a. the Corporation for National an and Community Service, et al. | |

**For Plaintiff San Francisco United School District:** Molly Alarcon, San Francisco City Attorney's Office, Thilini Chandrasekera, Michael Morizono and Eduardo Santacana, Cooley LLP; Laurie Vargas, observer only.

**For Plaintiff Santa Fe:** Marcos Martinez, City Attorney's Office, Grace Lee and Erin Monju, Public Rights Project; Sandra Emory, Client Representative

**For Defendants:** Jevechius Doherty Bernardoni, United States Attorney's Office**;** Liz Appel, Client Representative

**Deputy Clerk:** Brittany Sims **Reported by:** Not Recorded or Reported

## PROCEEDINGS

Settlement Conference held. The case did not settle, though the parties remain engaged with Judge Cisneros and have agreed to follow up with her concerning proposed next steps.