COOLEY LLP
BENEDICT HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
THILINI CHANDRASEKERA (333672)
(tchandrasekera@cooley.com)
MICHAEL MORIZONO (359395)
(mmorizono@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

*[Additional counsel on signature page]*

DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 175394
Chief Deputy City Attorney
MOLLIE M. LEE, SBN 251404
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON, SBN 315244
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3894
Facsimile: (415) 437-4644

E-Mail: molly.alarcon@sfcityatty.org

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED
SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SAN FRANCISCO UNIFIED SCHOOL DISTRICT; CITY OF SANTA FE,

Plaintiffs,

v.

AMERICORPS (a.k.a. the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE); JENNIFER BASTRESS TAHMASEBI in her official capacity as Interim Agency Head of AmeriCorps,

Defendants.

Case No. 3:25-cv-02425-EMC

**JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Date: October 20, 2026
Time: 1:30 p.m.
Judge: Hon. Edward M. Chen

Trial Date: Not Yet Set
Date Action Filed: March 10, 2025

Pursuant to the Court's Notice of Scheduling Conference, Dkt. No. 99, the Parties jointly submit the following Status Report.

1. The Parties' cross-motions for summary judgment were fully briefed in April 2026, with hearings set for May 15, 2026. On May 1, 2026, the Parties stipulated to continue that hearing and to request referral to a magistrate judge for a settlement conference, and the Court granted that request on May 4, 2026, referring the case to Magistrate Judge Lisa J. Cisneros and taking the summary judgment hearing off calendar.

2. Following preliminary telephonic conferences with Judge Cisneros in June 2026, the Parties met with Judge Cisneros for a settlement conference on August 19, 2026. The case did not settle at that conference, but the Parties remain engaged with Judge Cisneros and agreed to follow up with her regarding proposed next steps.

3. The Parties continue to engage in settlement discussions, but are awaiting information that may inform settlement talks. The federal Office of Management and Budget is expected to issue further rules this fall or winter that the Parties expect may bear on their negotiations. The Parties intend to reconnect with Judge Cisneros in November 2026, and anticipate that settlement discussions may continue beyond that date.

4. Counsel for Defendants notes that he has a case management conference in another case scheduled for the same date and time as the October 20, 2026 status conference in the above-captioned case. The Parties thus agree and stipulate, subject to Court approval, that the October 20, 2026 status conference should be continued for one week to October 27, 2026 at 1:30 p.m.

DATED: October 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

DATED: October 13, 2026

DAVID CHIU
City Attorney, City and County of San Francisco
YVONNE R. MERÉ
Chief Deputy City Attorney
MOLLIE M. LEE
Chief of Strategic Advocacy
SARA J. EISENBERG
Chief of Complex and Affirmative Litigation
MOLLY J. ALARCON
Deputy City Attorney

By: */s/ Molly J. Alarcon*
MOLLY J. ALARCON
Deputy City Attorney

COOLEY LLP
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Thilini Chandrasekera
Michael Morizono

Attorneys for Plaintiff
SAN FRANCISCO UNIFIED SCHOOL DISTRICT

DATED: October 13, 2026

MARCOS D. MARTINEZ*
City Attorney City of Santa Fe, New Mexico
200 Lincoln Ave Santa Fe, NM 87501
505-955-6512
mdmartinez@santafenm.gov

Jill Habig, SBN 268770
Jonathan B. Miller*
Erin Monju*
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609

(510) 738-6788
jon@publicrightsproject.org

By: */s/ Erin Monju*
ERIN MONJU

Attorneys for Plaintiff
CITY OF SANTA FE, NEW MEXICO

*Admitted pro hac vice

## FILER'S ATTESTATION

I, MOLLY J. ALARCON, am the ECF user whose identification and password are being used to file this JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, I hereby attest that the other above-named signatories concur in this filing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the October 20, 2026 status conference is continued to October 27, 2026 at 1:30 p.m.

DATED: ________________

______________________________
The Honorable Edward M. Chen